DANIEL JOHNSON, JR. (State Bar No. 57409)
RITA E. TAUTKUS (State Bar No. 162090)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: djjohnson@morganlewis.com
E-mail: rtautkus@morganlewis.com

ANDREW J. WU (State Bar No. 214442)
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: awu@morganlewis.com

Attorneys for Plaintiffs
ALPHA & OMEGA SEMICONDUCTOR, LTD.
ALPHA & OMEGA SEMICONDUCTOR, INC.

ORIGINAL FILED

07 MAY 17 PM 3:29

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO ...

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation; and ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR, a Delaware corporation,<br><br>Defendant. | Case No. C07 02638<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-SF/7546276.1

CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: May 17, 2007

MORGAN, LEWIS & BOCKIUS LLP
DANIEL JOHNSON, JR.
ANDREW J. WU
RITA E. TAUTKUS

By _____
Daniel Johnson, Jr.
Attorneys for Plaintiff
ALPHA & OMEGA SEMICONDUCTOR, LTD. AND ALPHA & OMEGA SEMICONDUCTOR, INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-SF/7546276.1

1

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS