1  DANIEL JOHNSON, JR. (State Bar No. 57409)
   RITA E. TAUTKUS (State Bar No. 162090)
2  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
3  San Francisco, CA 94105-1126
   Tel: 415.442.1000
4  Fax: 415.442.1001
   E-mail: djjohnson@morganlewis.com
5  E-mail: rtautkus@morganlewis.com

6  ANDREW J. WU (State Bar No. 214442)
   MORGAN, LEWIS & BOCKIUS LLP
7  2 Palo Alto Square
   3000 El Camino Real, Suite 700
8  Palo Alto, CA 94306-2122
   Tel: 650.843.4000
9  Fax: 650.843.4001
   E-mail: awu@morganlewis.com
10

11 Attorneys for Plaintiffs
   ALPHA & OMEGA SEMICONDUCTOR, LTD.
12 ALPHA & OMEGA SEMICONDUCTOR, INC.

13
                    UNITED STATES DISTRICT COURT
14
                    NORTHERN DISTRICT OF CALIFORNIA
15

16
17 ALPHA & OMEGA SEMICONDUCTOR,            Case No. C 07-2638-PVT
   LTD., a Bermuda corporation; and
   ALPHA & OMEGA SEMICONDUCTOR,            **DECLINATION TO PROCEED BEFORE A**
18 INC., a California corporation,         **MAGISTRATE JUDGE**

19              Plaintiffs,                **AND**

20       v.                                **REQUEST FOR REASSIGNMENT TO A**
                                           **UNITED STATES DISTRICT JUDGE**
21 FAIRCHILD SEMICONDUCTOR, a
   Delaware corporation,
22
                Defendant.
23

24
25
26
27
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-SF/7553927.1                    DECLINATION TO PROCEED BEFORE A
                                  MAGISTRATE JUDGE & REQUEST FOR
                                  REASSIGNMENT TO A DISTRICT JUDGE

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

Plaintiffs Alpha & Omega Semiconductor, Ltd. and Alpha & Omega Semiconductor, Inc. hereby respectfully decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition, and hereby request the reassignment of this case to a United States District Judge.

Dated: May 24, 2007

MORGAN, LEWIS & BOCKIUS LLP
DANIEL JOHNSON, JR.
ANDREW J. WU
RITA E. TAUTKUS


By  /s/ Daniel Johnson, Jr.
    Daniel Johnson, Jr.
    Attorneys for Plaintiff
    ALPHA & OMEGA SEMICONDUCTOR, LTD. AND ALPHA & OMEGA SEMICONDUCTOR, INC.