| Attorney or Party without Attorney: | | | | | For Court Use Only |
|---|---|---|---|---|---|
| MORGAN, LEWIS & BOCKIUS<br>2 Palo Alto Square, 7th Floor<br>PALO ALTO, CA 94304 | | | | | |
| Telephone No: (650) 843-4000 | FAX No: (650) 493-5556 | | | | |
| Attorney for: | | Ref. No. or File No.:<br>065669-0008 | | | |
| Insert name of Court, and Judicial District and Branch Court: | | | | | |
| Applicant: ALPHA & OMEGA SEMICONDUCTOR<br>: FAIRCHILD SEMICONDUCTOR | | | | | |
| **PROOF OF SERVICE<br>LIST OF DOCUMENTS** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C07 02638 PVT | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the ADDENDUM: See Attached List of Documents

3. a. Party served:    FAIRCHILD SEMICONDUCTOR, BY SERVING, TOWNSEND & TOWNSEND
   b. Person served:   CECILIA LUNA, AUTHORIZED TO ACCEPT

4. Address where the party was served:    2 EMBARCADERO CENTER, 8TH FLOOR
                                           SAN FRANCISCO, CA

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., May. 29, 2007 (2) at: 4:21PM

7. **Person Who Served Papers:**
   a. VIRGILIO G. RONDOLO
   b. **SWIFT ATTORNEY SERVICE**
   P.O. BOX 5324
   500 ALLERTON STREET, SUITE 105
   Redwood City, CA 94063
   c. (650)364-9612, FAX (650)364-3305

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*   $103.25
   e. I am: (3) registered California process server
      (i) Owner
      (ii) Registration No.:   285
      (iii) County:            San Mateo

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Wed, May. 30, 2007

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
LIST OF DOCUMENTS

(VIRGILIO G. RONDOLO)

morgan.8388

List of Documents Served on 5/29/07 re C07-02638 PVT

1.  Summons in a Civil Case
2.  Civil Cover Sheet
3.  Complaint for Patent Infringement and Declaratory Judgment (Exhibits 1-4)
4.  Certification of Interested Entities or Persons
5.  Order Setting Initial Case Management Conference and ADR Deadlines
6.  Standing Order for All Judges of the Northern Dist. of California
7.  ECF Registration Information Handout
8.  Welcome to the USDC for the Northern Dist. of California, Clerk's Office, San Jose Division handout
9.  Instructions for Completion of ADR Forms (3 attachments)
10. Notice of Assignment of Case to A United States Magistrate Judge (2 attachments)
11. Notice of Electronic Availability of Case File Information
12. General Order No. 53
13. Notice of Lawsuit and Request for Waiver of Service of Summons and Waiver
14. General Order No. 40
15. General Order No. 45
16. Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a U.S. District Judge. (5/24/07)
17. Reassignment Order (5/25/07)
18. Clerk's Notice of Impending Reassignment to a U.S. District Judge (5/25/07)