```
 1  DANIEL JOHNSON, JR. (State Bar No. 57409)
    RITA E. TAUTKUS (State Bar No. 162090)
 2  AMY M. SPICER (State Bar No. 188399)
    MORGAN, LEWIS & BOCKIUS LLP
 3  One Market, Spear Street Tower
    San Francisco, CA  94105-1126
 4  Tel:  415.442.1000
    Fax:  415.442.1001
 5  E-mail:  djjohnson@morganlewis.com
    E-mail:  rtautkus@morganlewis.com
 6  E-mail:  aspicer@morganlewis.com

 7  ANDREW J. WU (State Bar No. 214442)
    MORGAN, LEWIS & BOCKIUS LLP
 8  2 Palo Alto Square
    3000 El Camino Real, Suite 700
 9  Palo Alto, CA  94306-2122
    Tel:  650.843.4000
10  Fax:  650.843.4001
    E-mail:  awu@morganlewis.com
11

12  Attorneys for Plaintiffs
    ALPHA & OMEGA SEMICONDUCTOR, LTD.
13  ALPHA & OMEGA SEMICONDUCTOR, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation; and ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR, a Delaware corporation,<br><br>Defendant. | Case No. C07-02638 JSW<br><br>**PROOF OF SERVICE** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-SF/7558084.1

PROOF OF SERVICE
C07-02638 JSW

**PROOF OF SERVICE**
*Alpha & Omega Semiconductor v. Fairchild Semiconductor*
USND-C07-02638 JSW (Client No. 065669.0008)

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is One Market, Spear Street Tower, San Francisco, California  94105-1126.

On **June 1, 2007**, I served the within document(s):

**ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT**

**PROOF OF SERVICE LIST OF DOCUMENTS (for the Complaint and other list of documents dated May 30, 2007)**

| ☒ | I caused the envelope(s) with the document(s) listed above to be **delivered by hand**, by **Specialized Legal Services**, to the addressee(s) noted below.. |
|---|---|

| Addressee | Service |
|---|---|
| Eric P. Jacobs, Esq.<br>**TOWNSEND & TOWNSEND**<br>2 Embarcadero Center, 8th Floor<br>San Francisco, CA 94111<br>Tel:   415.576.0200<br>**Fax:  415.576.0300** | **HAND** |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **June 1, 2007**, at San Francisco, California.

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

/s/
_____
Linda Buda