| | |
|---|---|
| 1 | DANIEL JOHNSON, JR. (State Bar No. 57409) |
| | RITA E. TAUTKUS (State Bar No. 162090) |
| 2 | AMY M. SPICER (State Bar No. 188399) |
| | MORGAN, LEWIS & BOCKIUS LLP |
| 3 | One Market, Spear Street Tower |
| | San Francisco, CA  94105-1126 |
| 4 | Tel:  415.442.1000 |
| | Fax:  415.442.1001 |
| 5 | E-mail:  djjohnson@morganlewis.com |
| | E-mail:  rtautkus@morganlewis.com |
| 6 | E-mail:  aspicer@morganlewis.com |

ANDREW J. WU (State Bar No. 214442)
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306-2122
Tel:  650.843.4000
Fax:  650.843.4001
E-mail:  awu@morganlewis.com

Attorneys for Plaintiffs
ALPHA & OMEGA SEMICONDUCTOR, LTD.
ALPHA & OMEGA SEMICONDUCTOR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation; and ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR, a Delaware corporation,<br><br>Defendant. | Case No. C 07-2638 JSW<br><br>**NOTICE RE: PRIOR ASSOCIATIONS WITH JUDGE WHITE** |

1  By court order dated May 25, 2007, this case was reassigned to the Honorable Jeffrey S.
2  White for all further proceedings.  In an abundance of caution, plaintiffs Alpha & Omega
3  Semiconductor, Ltd. and Alpha & Omega Semiconductor, Inc., wish to disclose prior
4  employment associations between counsel of record and Judge White.  Both Amy Spicer and Rita
5  Tautkus were associated with Orrick, Herrington & Sutcliffe LLP while Judge White was a
6  member of the partnership of that Firm.  Subsequently, Ms. Spicer served as Judge White's
7  judicial law clerk from 2003 until 2004.
8  We do not believe that these prior associations are grounds for recusal; we merely place
9  them on the record at this time in the interest of candor.

Dated: June 1, 2007

MORGAN, LEWIS & BOCKIUS LLP
DANIEL JOHNSON, JR.
ANDREW J. WU
RITA E. TAUTKUS
AMY M. SPICER


By   /s/ Daniel Johnson, Jr.
Daniel Johnson, Jr.
Attorneys for Plaintiff
ALPHA & OMEGA SEMICONDUCTOR,
LTD. AND ALPHA & OMEGA
SEMICONDUCTOR, INC.