1  DANIEL JOHNSON, JR. (State Bar No. 57409)
   RITA E. TAUTKUS (State Bar No. 162090)
2  AMY M. SPICER (State Bar No. 188399)
   MORGAN, LEWIS & BOCKIUS LLP
3  One Market, Spear Street Tower
   San Francisco, CA  94105-1126
4  Tel:  415.442.1000
   Fax:  415.442.1001
5  E-mail:  djjohnson@morganlewis.com
   E-mail:  rtautkus@morganlewis.com
6  E-mail:  aspicer@morganlewis.com

7  ANDREW J. WU (State Bar No. 214442)
   MORGAN, LEWIS & BOCKIUS LLP
8  2 Palo Alto Square
   3000 El Camino Real, Suite 700
9  Palo Alto, CA  94306-2122
   Tel:  650.843.4000
10 Fax:  650.843.4001
   E-mail:  awu@morganlewis.com

11

12 Attorneys for Plaintiffs
   ALPHA & OMEGA SEMICONDUCTOR, LTD.
13 ALPHA & OMEGA SEMICONDUCTOR, INC.

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16

17 ALPHA & OMEGA SEMICONDUCTOR,        Case No. C07-02638 JSW
   LTD., a Bermuda corporation; and
18 ALPHA & OMEGA SEMICONDUCTOR,        **PROOF OF SERVICE**
   INC., a California corporation,
19
                       Plaintiffs,
20
        v.
21
   FAIRCHILD SEMICONDUCTOR, a
22 Delaware corporation,

23                     Defendant.

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-SF/7558282.1                                           PROOF OF SERVICE
                                                         C07-02638 JSW

**PROOF OF SERVICE**
*Alpha & Omega Semiconductor v. Fairchild Semiconductor*
USND-C07-02638 JSW (Client No. 065669.0008)

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is One Market, Spear Street Tower, San Francisco, California 94105-1126.

**NOTICE RE: PRIOR ASSOCIATIONS WITH JUDGE WHITE**

| | |
|---|---|
| ☐ | by transmitting **via facsimile** the document(s) listed above to the fax number(s) set forth below on this date. |
| ☒ | by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the **United States mail** at San Francisco, California addressed as set forth below. |
| ☐ | by placing the document(s) listed above in a sealed **Federal Express** envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a **Federal Express** agent for delivery. |
| ☐ | I caused the envelope(s) with the document(s) listed above to be **delivered by hand**, by **[Specialized Legal Services] [One Legal Process Server]**, to the addressee(s) noted below.. |
| ☐ | by transmitting via **E-Mailing** the document(s) listed above to the person(s) at the address(es) set forth below. |

| Addressee | Service |
|---|---|
| Eric P. Jacobs, Esq.<br>**TOWNSEND & TOWNSEND**<br>2 Embarcadero Center, 8th Floor<br>San Francisco, CA 94111<br>Tel: 415.576.0200<br>**Fax: 415.576.0300** | **U.S. Mail** |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **June 1, 2007**, at San Francisco, California.

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

/s/
Linda Buda

Morgan, Lewis &
Bockius LLP
Attorneys At Law
New York

1-SF/7558282.1                               1                              PROOF OF SERVICE
                                                                           C07-02638 JSW