1  DANIEL JOHNSON, JR. (State Bar No. 57409)
   RITA E. TAUTKUS (State Bar No. 162090)
2  AMY M. SPICER (State Bar No. 188399)
   **MORGAN, LEWIS & BOCKIUS LLP**
3  One Market, Spear Street Tower
   San Francisco, CA 94105-1126
4  Tel: 415.442.1000
   Fax: 415.442.1001
5  E-mail: djjohnson@morganlewis.com
   E-mail: rtautkus@morganlewis.com
6  E-mail: aspicer@morganlewis.com

7  ANDREW J. WU (State Bar No. 214442)
   **MORGAN, LEWIS & BOCKIUS LLP**
8  2 Palo Alto Square
   3000 El Camino Real, Suite 700
9  Palo Alto, CA 94306-2122
   Tel: 650.843.4000
10 Fax: 650.843.4001
   E-mail: awu@morganlewis.com

11
   Attorneys for Plaintiffs
12 ALPHA & OMEGA SEMICONDUCTOR, LTD.
   ALPHA & OMEGA SEMICONDUCTOR, INC.

13

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                     SAN FRANCISCO DIVISION

17

18 | ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation; and ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation, | Case No. C 07-2638 JSW

19 |  | **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

20 | Plaintiffs, |

21 | v. | **FILED BY AOS IN THE EARLIEST FILED CASE (CASE NO. C 07-2638 JSW) AND LODGED IN THE LATER FILED CASE (CASE NO. C 07-2664 PJH)**

22 | FAIRCHILD SEMICONDUCTOR, a Delaware corporation, |

23 |  | [Civ. L.R. 3-12]

24 | Defendant. |

25

26       Pursuant to N.D. Cal. Civil Local Rules 3-12 and 7-11, plaintiffs ALPHA & OMEGA

27 SEMICONDUCTOR, LTD. and ALPHA & OMEGA SEMICONDUCTOR, INC. (jointly

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7558717.1                                    ADMIN. MOTION RE: RELATED CASES
                                                           C 07-2638 JSW

1  "AOS") respectfully submit this Administrative Motion to Consider Whether Cases Should Be
2  Related.
3       The above-captioned case (the "*AOS*" action), filed on May 17, 2007, and the
4  subsequently filed case of *Fairchild Semiconductor Corp. v. Alpha & Omega, Inc., et. al*, Case
5  No. 07-2664 PJH (the "*Fairchild*" action), filed on May 18, 2007, are "related cases" as defined
6  by Civil Local Rule 3-12(a).
7       First, the two cases involve the exact same parties, substantially the same patents, and
8  substantially the same events. *See* Civ. L.R. 3-12(a)(1). In the first-filed *AOS* action, plaintiffs
9  AOS seek, among other claims for relief, a declaratory judgment of non-infringement of U.S.
10 Patent Nos. 6,429,481 and 6,710,406. In the *Fairchild* action, plaintiff Fairchild alleges
11 infringement by AOS of these same two patents as well as two related patents.
12      Second, if the cases are conducted before different judges, there will likely be a
13 burdensome duplication of labor and expense for both the parties and the Court. *See* Civ. L.R. 3-
14 12(a)(2). Much of the discovery that will be requested by the parties will be necessary and
15 requested in each action, as will briefing regarding claims construction, patent invalidity, patent
16 unenforceability, infringement, and other shared legal questions. Moreover, conducting these
17 cases before different judges raises the potential for conflicting results in substantially similar
18 cases.
19      Counsel for Fairchild has stated that Fairchild does not oppose this motion. (*See*
20 Declaration of Daniel Johnson, Jr. In Support of Administrative Motion to Consider Whether
21 Cases Should Be Related at ¶ 2.) AOS therefore respectfully request that the cases be deemed
22 "related" and assigned to the judge in the earlier-filed suit, the *AOS* action.
23
24 Dated: June 12, 2007                  MORGAN, LEWIS & BOCKIUS LLP
25                                            By   /s/ Daniel Johnson, Jr.
26                                                Daniel Johnson, Jr.
                                               Attorneys for Plaintiffs
27                                                ALPHA & OMEGA SEMICONDUCTOR,
                                               LTD. AND ALPHA & OMEGA
                                               SEMICONDUCTOR, INC.
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7558717.1                                   2                         ADMIN. MOTION RE: RELATED CASES
                                                                                C 07-2638 JSW