1  DANIEL JOHNSON, JR. (State Bar No. 57409)
   RITA E. TAUTKUS (State Bar No. 162090)
2  AMY M. SPICER (State Bar No. 188399)
   **MORGAN, LEWIS & BOCKIUS LLP**
3  One Market, Spear Street Tower
   San Francisco, CA 94105-1126
4  Tel: 415.442.1000
   Fax: 415.442.1001
5  E-mail: djjohnson@morganlewis.com
   E-mail: rtautkus@morganlewis.com
6  E-mail: aspicer@morganlewis.com

7  ANDREW J. WU (State Bar No. 214442)
   **MORGAN, LEWIS & BOCKIUS LLP**
8  2 Palo Alto Square
   3000 El Camino Real, Suite 700
9  Palo Alto, CA 94306-2122
   Tel: 650.843.4000
10 Fax: 650.843.4001
   E-mail: awu@morganlewis.com
11
   Attorneys for Plaintiffs
12 ALPHA & OMEGA SEMICONDUCTOR, LTD.
   ALPHA & OMEGA SEMICONDUCTOR, INC.
13

14             UNITED STATES DISTRICT COURT

15             NORTHERN DISTRICT OF CALIFORNIA

16                 SAN FRANCISCO DIVISION

17

18 | ALPHA & OMEGA SEMICONDUCTOR, | Case No. C 07-2638 JSW
   | LTD., a Bermuda corporation; and
19 | ALPHA & OMEGA SEMICONDUCTOR, | **DECLARATION OF DANIEL JOHNSON,**
   | INC., a California corporation, | **JR. IN SUPPORT OF ADMINISTRATIVE**
20 |                                 | **MOTION TO CONSIDER WHETHER**
   |            Plaintiffs,          | **CASES SHOULD BE RELATED**
21 |
   |       v.                        | **FILED BY AOS IN THE EARLIEST FILED**
22 |                                 | **CASE (CASE NO. C 07-2638 JSW) AND**
   | FAIRCHILD SEMICONDUCTOR, a      | **LODGED IN THE LATER FILED CASE**
23 | Delaware corporation,           | **(CASE NO. C 07-2664 PJH)**
   |
24 |            Defendant.           | [Civ. L.R. 3-12]

25

26 **I, Daniel Johnson, Jr., declare as follows:**

27     1.    I am an attorney at the law firm of Morgan, Lewis & Bockius LLP and am

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7558717.1

JOHNSON DECL. IN SUPPORT OF
ADMIN. MOTION RE: RELATED CASES
C 07-2638 JSW

1 licensed to practice law in the State of California and am admitted to practice before this Court. I
2 am one of the attorneys representing the plaintiffs in the above-captioned action. I have
3 knowledge of the information contained in this Declaration.

4     2.    On June 11, 2007, prior to filing the Administrative Motion to Consider Whether
5 Cases Should Be Related in the above-captioned litigation, I met and conferred with Eric Jacobs
6 and Peter Goldsmith of Townsend and Townsend and Crew LLP, counsel for Fairchild
7 Semiconductor, Corporation ("Fairchild"). Counsel for Fairchild communicated during the meet
8 and confer discussion that Fairchild will not oppose the Administrative Motion.

9     I declare under the penalty of perjury under the laws of the State of California and the
10 United States that the foregoing is true and correct. Executed on June 12, 2007, in San Francisco,
11 California.

15                         /s/ Daniel Johnson, Jr.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7558717.1

2

JOHNSON DECL. IN SUPPORT OF
ADMIN. MOTION RE: RELATED CASES
C 07-2638 JSW