DANIEL JOHNSON, JR. (State Bar No. 57409)
RITA E. TAUTKUS (State Bar No. 162090)
AMY M. SPICER (State Bar No. 188399)
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: djjohnson@morganlewis.com
E-mail: rtautkus@morganlewis.com
E-mail: aspicer@morganlewis.com

ANDREW J. WU (State Bar No. 214442)
**MORGAN, LEWIS & BOCKIUS LLP**
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: awu@morganlewis.com

Attorneys for Plaintiffs
ALPHA & OMEGA SEMICONDUCTOR, LTD.
ALPHA & OMEGA SEMICONDUCTOR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation; and ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR, a Delaware corporation,<br><br>Defendant. | Case No. C 07-2638 JSW<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>[Civ. L.R. 3-12] |

The Administrative Motion to Consider Whether Cases Should Be Related filed by

plaintiffs Alpha & Omega Semiconductor, Ltd. and Alpha & Omega Semiconductor, Inc. is

1  hereby GRANTED.

2  *Fairchild Semiconductor Corp. v. Alpha & Omega, Inc., et. al*, Case No. 07-2664 PJH, is

3  a "related case" to the above-captioned case and shall be reassigned to this Judge.

4  IT IS SO ORDERED.

Date: _____

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

1-SF/7558717.1

2

[PROPOSED] ORDER GRANTING
ADMIN. MOTION RE: RELATED CASES
C 07-2638 JSW