| | |
|---|---|
| 1 | DANIEL JOHNSON, JR. (State Bar No. 57409) |
| 2 | RITA E. TAUTKUS (State Bar No. 162090) |
| | AMY M. SPICER (State Bar No. 188399) |
| 3 | MORGAN, LEWIS & BOCKIUS LLP |
| | One Market, Spear Street Tower |
| 4 | San Francisco, CA  94105-1126 |
| | Tel:  415.442.1000 |
| 5 | Fax:  415.442.1001 |
| | E-mail:  djjohnson@morganlewis.com |
| 6 | E-mail:  rtautkus@morganlewis.com |
| 7 | E-mail:  aspicer@morganlewis.com |
| 8 | ANDREW J. WU (State Bar No. 214442) |
| | MORGAN, LEWIS & BOCKIUS LLP |
| 9 | 2 Palo Alto Square |
| | 3000 El Camino Real, Suite 700 |
| 10 | Palo Alto, CA  94306-2122 |
| 11 | Tel:  650.843.4000 |
| | Fax:  650.843.4001 |
| 12 | E-mail:  awu@morganlewis.com |
| 13 | |
| 14 | Attorneys for Plaintiffs |
| | ALPHA & OMEGA SEMICONDUCTOR, LTD. |
| 15 | ALPHA & OMEGA SEMICONDUCTOR, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 19 | ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation; and | Case No. C 07-2638 JSW |
| 20 | ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation, | **CERTIFICATE OF SERVICE** |
| 21 | | |
| 22 | Plaintiffs, | |
| 23 | v. | |
| 24 | FAIRCHILD SEMICONDUCTOR, a Delaware corporation, | |
| 25 | | |
| 26 | Defendant. | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-SF/7562034.1

CERTIFICATE OF SERVICE
C 07-2638 JSW

CERTIFICATE OF SERVICE
*Alpha & Omega Semiconductor v. Fairchild Semiconductor*
USND-C 07-2638 JSW

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is One Market, Spear Street Tower, San Francisco, California 94105-1126.

On **June 12, 2007**, I served the within document(s):

(1) ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

FILED BY AOS IN THE EARLIEST FILED CASE (CASE NO. C 07-2638 JSW) AND LODGED IN THE LATER FILED CASE (CASE NO. C 07-2664 PJH);

(2) DECLARATION OF DANIEL JOHNSON, JR. IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

FILED BY AOS IN THE EARLIEST FILED CASE (CASE NO. C 07-2638 JSW) AND LODGED IN THE LATER FILED CASE (CASE NO. C 07-2664 PJH);

(3) [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

| ☒ | I caused the envelope(s) with the document(s) listed above to be **delivered by hand**, by **First Legal Support Services**, to the addressee(s) noted below. |

| Addressee | Service |
| --- | --- |
| Eric P. Jacobs, Esq.<br>**TOWNSEND AND TOWNSEND AND CREW LLP**<br>Two Embarcadero Center, 8th Floor<br>San Francisco, CA 94111<br>Tel:  415.576.0200<br>**Fax:  415.576.0300** | **HAND** |

Executed on **June 12, 2007**, at San Francisco, California.

I declare under penalty of perjury that the foregoing is true and correct.

/s/Mary Jensen
Mary Jensen

1-SF/7562034.1                                    1                                    CERTIFICATE OF SERVICE
C 07-2638 JSW

Morgan, Lewis & Bockius LLP
Attorneys At Law
New York