1  TOWNSEND AND TOWNSEND AND CREW LLP
   ERIC P. JACOBS (State Bar No. 88413)
2  PETER H. GOLDSMITH (State Bar No. 91294)
   ROBERT A. McFARLANE (State Bar No. 172650)
3  IGOR SHOIKET (State Bar No. 190066)
   Two Embarcadero Center, 8th Floor
4  San Francisco, California  94111
   Telephone:    (415) 576-0200
5  Facsimile:    (415) 576-0300
   E-mail:       epjacobs@townsend.com
6                phgoldsmith@townsend.com
                 ramcfarlane@townsend.com
7                ishoiket@townsend.com

8  Attorneys for Defendant
   FAIRCHILD SEMICONDUCTOR CORPORATION
9

10                 UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13

| ALPHA & OMEGA SEMICONDUCTOR, LTD. and ALPHA & OMEGA SEMICONDUCTOR, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR CORPORATION,<br><br>Defendant. | Case No. C 07-02638 JSW<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>**JURY TRIAL DEMANDED** |
|---|---|

   Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

   • FAIRCHILD SEMICONDUCTOR CORPORATION

   / / /

1  DATED:  June 18, 2007                Respectfully submitted,

2

3
                                        By:  /s/*Eric P. Jacobs*
4                                            Eric P. Jacobs
                                             Peter H. Goldsmith
5                                            Robert A. McFarlane
                                             Igor Shoiket
6                                            TOWNSEND AND TOWNSEND AND CREW LLP
                                             Two Embarcadero Center, 8th Floor
7                                            San Francisco, California  94111
                                             Telephone:  (415) 576-0200
8                                            Facsimile:  (415) 576-0300

9                                       Attorneys for Defendant
                                        FAIRCHILD SEMICONDUCTOR CORPORATION
10

11  61079316 v1

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28