DANIEL JOHNSON, JR. (State Bar No. 57409)
RITA E. TAUTKUS (State Bar No. 162090)
AMY M. SPICER (State Bar No. 188399)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax: 415.442.1001
E-mail:  djjohnson@morganlewis.com
E-mail:  rtautkus@morganlewis.com

ANDREW J. WU (State Bar No. 214442)
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306-2122
Tel:  650.843.4000
Fax: 650.843.4001
E-mail:  awu@morganlewis.com

Attorneys for Plaintiffs
ALPHA & OMEGA SEMICONDUCTOR, LTD.
ALPHA & OMEGA SEMICONDUCTOR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation; and ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation,<br><br>    Plaintiffs,<br><br>        v.<br><br>FAIRCHILD SEMICONDUCTOR, a Delaware corporation,<br><br>    Defendant. | Case No. C 07-2638 JSW<br><br>**AMENDED CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Morgan, Lewis &
Bockius LLP
Attorneys At Law
New York

1-SF/7571539.1

AMENDED CERT. OF INTERESTED
ENTITIES OR PERSONS
C 07-2638 JSW

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

ALPHA & OMEGA SEMICONDUCTOR (SHANGHAI) LIMITED

ALPHA & OMEGA SEMICONDUCTOR (HONG KONG) LIMITED

Dated: July 3, 2007                    MORGAN, LEWIS & BOCKIUS LLP

By:   /s/ Daniel Johnson, Jr.
      Daniel Johnson, Jr.
      Attorneys for Plaintiffs
      ALPHA & OMEGA SEMICONDUCTOR,
      LTD. AND ALPHA & OMEGA
      SEMICONDUCTOR, INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-SF/7571539.1                    1                    AMENDED CERT. OF INTERESTED
                                                       ENTITIES OR PERSONS
                                                       C 07-2638 JSW