1  DANIEL JOHNSON, JR. (State Bar No. 57409)
   RITA E. TAUTKUS (State Bar No. 162090)
2  AMY M. SPICER (State Bar No. 188399)
   **MORGAN, LEWIS & BOCKIUS LLP**
3  One Market, Spear Street Tower
   San Francisco, CA  94105-1126
4  Tel:  415.442.1000
   Fax: 415.442.1001
5  E-mail: djjohnson@morganlewis.com
   E-mail: rtautkus@morganlewis.com
6  E-mail: aspicer@morganlewis.com

7  ANDREW J. WU (State Bar No. 214442)
   **MORGAN, LEWIS & BOCKIUS LLP**
8  2 Palo Alto Square
   3000 El Camino Real, Suite 700
9  Palo Alto, CA  94306-2122
   Tel:  650.843.4000
10 Fax: 650.843.4001
   E-mail: awu@morganlewis.com

Attorneys for Plaintiffs and Counterdefendants
12 ALPHA & OMEGA SEMICONDUCTOR, INC.
   ALPHA & OMEGA SEMICONDUCTOR, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 07-2638 JSW<br><br>**ALPHA & OMEGA SEMICONDUCTOR, LTD.'S REPLY AND AFFIRMATIVE DEFENSES TO FAIRCHILD'S COUNTERCLAIMS**<br><br>**DEMAND FOR JURY TRIAL** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7573036.1

AOS, LTD.'S REPLY
TO COUNTERCLAIMS
C 07-2638 JSW

Alpha & Omega Semiconductor, Ltd. ("AOS, Ltd.") responds to the counterclaims of Fairchild Semiconductor Corp. ("Fairchild") as follows:

## JURISDICTION AND VENUE

1. AOS, Ltd. denies that it has infringed or now infringes the patents asserted against AOS, Ltd. in Fairchild's counterclaims. AOS, Ltd. admits, without admitting the validity of Fairchild's patent infringement claims, that Fairchild's counterclaims purport to state causes of action under the patent laws of the United States. AOS, Ltd. admits that this Court has subject matter jurisdiction over these purported claims under 28 U.S.C. §§ 1331, 1338(a), 2201 and 2202.

2. AOS, Ltd. admits, for the purpose of this action only, that venue is proper in this judicial district.

3. AOS, Ltd. admits, for the purpose of this action only, that this Court has personal jurisdiction over AOS, Ltd.

## PARTIES

4. AOS, Ltd. lacks sufficient knowledge or information to admit or deny the allegations in paragraph 4.

5. AOS, Ltd. admits that Alpha & Omega Semiconductor, Inc. ("AOS, Inc.") is a corporation duly incorporated under the laws of the State of California with its principal place of business in Sunnyvale, California. AOS, Ltd. admits that it is a Bermuda corporation and that it has a place of business in Taipei, Taiwan, but denies that its principal place of business is in Taipei, Taiwan.

## FIRST COUNTERCLAIM

**(Declaratory Judgment of Non-Infringement)**

6. AOS, Ltd. realleges and incorporates by reference the responses stated in paragraphs 1-5 above.

7. AOS, Ltd. admits that it is the owner by assignment of U.S. Patent Numbers 5,907,776 (the "'776 patent") and 5,767,567 (the "'567 patent").

8. AOS, Ltd. admits that an actual and justiciable case or controversy exists between Fairchild on the one hand and AOS, Ltd. and AOS, Inc. on the other. AOS, Ltd. admits that it has

1  sued Fairchild alleging infringement of the '776 and '567 patents.

2      9.    AOS, Ltd. denies each and every allegation contained in paragraph 9.

3      10.    AOS, Ltd. admits that Fairchild purports to seek a judicial determination from this Court, but AOS, Ltd. denies that there is any basis for such a determination.

## SECOND COUNTERCLAIM

**(Declaratory Judgment of Invalidity)**

11. AOS, Ltd. realleges and incorporates by reference the responses stated in paragraphs 1-10 above.

12. AOS, Ltd. admits that an actual and justiciable case or controversy exists between Fairchild on the one hand and AOS, Ltd. and AOS, Inc. on the other. AOS, Ltd. admits that it has sued Fairchild alleging infringement of the '776 and '567 patents.

13. AOS, Ltd. denies each and every allegation contained in paragraph 13.

14. AOS, Ltd. admits that Fairchild purports to seek a judicial determination from this Court, but AOS, Ltd. denies that there is any basis for such a determination.

## THIRD COUNTERCLAIM

**(Infringement of United States Patent No. 6,429,481)**

15. AOS, Ltd. realleges and incorporates by reference the responses stated in paragraphs 1-5 above.

16. AOS, Ltd. admits that the title page of United States Patent No. 6,429,481 (the "'481 patent") states on its face that the patent was issued on August 6, 2002. AOS, Ltd. admits that on its face, the '481 patent is entitled "Field Effect Transistor and Method of Its Manufacture." AOS, Ltd. admits that on its face the '481 patent lists "Fairchild Semiconductor Corporation" as its assignee. AOS, Ltd. admits that a copy of the '481 patent is attached to Fairchild's counterclaims as Exhibit A. AOS, Ltd. denies that the '481 was duly and legally issued. AOS, Ltd. lacks sufficient knowledge or information to admit or deny that Fairchild continues to hold all rights and interest in the '481 patent. AOS, Ltd. denies any and all remaining allegations of paragraph 16 of Fairchild's counterclaims.

17. AOS, Ltd. denies that it has been or currently is directly or indirectly infringing or

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7573036.1    3    AOS, LTD.'S REPLY TO COUNTERCLAIMS
C 07-2638 JSW

1  actively inducing or contributing to the infringement of the '481 patent. AOS, Ltd. denies any
2  and all remaining allegations of paragraph 17.

3      18.    AOS, Ltd. denies each and every allegation contained in paragraph 18.

4      19.    AOS, Ltd. denies each and every allegation contained in paragraph 19.

## FOURTH COUNTERCLAIM

**(Infringement of United States Patent No. 6,710,406)**

20. AOS, Ltd. realleges and incorporates by reference the responses stated in paragraphs 1-5 above.

21. AOS, Ltd. admits that the title page of United States Patent No. 6,710,406 (the "'406 patent") states on its face that the patent was issued on March 23, 2004. AOS, Ltd. admits that on its face, the '406 patent is entitled "Field Effect Transistor and Method of Its Manufacture." AOS, Ltd. admits that on its face the '406 patent lists "Fairchild Semiconductor Corporation" as its assignee. AOS, Ltd. admits that a copy of the '406 patent is attached to Fairchild's counterclaims as Exhibit B. AOS, Ltd. denies that the '406 was duly and legally issued. AOS, Ltd. lacks sufficient knowledge or information to admit or deny that Fairchild continues to hold all rights and interest in the '406 patent. AOS, Ltd. denies any and all remaining allegations of paragraph 21 of Fairchild's counterclaims.

22. AOS, Ltd. denies that it has been or currently is directly or indirectly infringing or actively inducing or contributing to the infringement of the '406 patent. AOS, Ltd. denies any and all remaining allegations of paragraph 22.

23. AOS, Ltd. denies each and every allegation contained in paragraph 23.

24. AOS, Ltd. denies each and every allegation contained in paragraph 24.

## FIFTH COUNTERCLAIM

**(Infringement of United States Patent No. 6,521,497)**

25. AOS, Ltd. realleges and incorporates by reference the answers stated in paragraphs 1-5 above.

26. AOS, Ltd. admits that the title page of United States Patent No. 6,521,497 (the "'497 patent") states on its face that the patent was issued on February 18, 2003. AOS, Ltd.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7573036.1      4      AOS, LTD.'S REPLY TO COUNTERCLAIMS
C 07-2638 JSW

admits that on its face, the '497 patent is entitled "Method of Manufacturing a Field Effect Transistor." AOS, Ltd. admits that on its face the '497 patent lists "Fairchild Semiconductor Corporation" as its assignee. AOS, Ltd. admits that a copy of the '497 patent is attached to Fairchild's counterclaims as Exhibit C. AOS, Ltd. denies that the '497 was duly and legally issued. AOS, Ltd. lacks sufficient knowledge or information to admit or deny that Fairchild continues to hold all rights and interest in the '497 patent. AOS, Ltd. denies any and all remaining allegations of paragraph 26 of Fairchild's counterclaims.

27. AOS, Ltd. denies that it has been or currently is directly or indirectly infringing or actively inducing or contributing to the infringement of the '497 patent. AOS, Ltd. denies any and all remaining allegations of paragraph 27.

28. AOS, Ltd. denies each and every allegation contained in paragraph 28.

29. AOS, Ltd. denies each and every allegation contained in paragraph 29.

## SIXTH COUNTERCLAIM

### (Infringement of United States Patent No. 6,828,195)

30. AOS, Ltd. realleges and incorporates by reference the answers stated in paragraphs 1-5 above.

31. AOS, Ltd. admits that the title page of United States Patent No. 6,828,195 (the "'195 patent") states on its face that the patent was issued on December 7, 2004. AOS, Ltd. admits that on its face, the '195 patent is entitled "Method of Manufacturing a Trench Transistor Having a Heavy Body Region." AOS, Ltd. admits that on its face the '195 patent lists "Fairchild Semiconductor Corporation" as its assignee. AOS, Ltd. admits that a copy of the '195 patent is attached to Fairchild's counterclaims as Exhibit D. AOS, Ltd. denies that the '195 was duly and legally issued. AOS, Ltd. lacks sufficient knowledge or information to admit or deny that Fairchild continues to hold all rights and interest in the '195 patent. AOS, Ltd. denies any and all remaining allegations of paragraph 31 of Fairchild's counterclaims.

32. AOS, Ltd. denies that it has been or currently is directly or indirectly infringing or actively inducing or contributing to the infringement of the '195 patent. AOS, Ltd. denies any and all remaining allegations of paragraph 32.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7573036.1         5         AOS, LTD.'S REPLY TO COUNTERCLAIMS
C 07-2638 JSW

1    33.    AOS, Ltd. denies each and every allegation contained in paragraph 33.

2    34.    AOS, Ltd. denies each and every allegation contained in paragraph 34.

## AFFIRMATIVE AND OTHER DEFENSES

Further responding to Fairchild's counterclaims, AOS, Ltd. asserts the following defenses. AOS, Ltd. reserves the right to amend its response with additional defenses as further information is obtained.

## FIRST DEFENSE

### (Failure to State a Claim)

35.    Fairchild's counterclaims fail to state a claim against AOS, Ltd. upon which relief may be granted.

## SECOND DEFENSE

### (Non-infringement of the Asserted Patents)

36.    AOS, Ltd. has not infringed, contributed to the infringement of, or induced the infringement of any valid claim of the '481, '406, '497, or '195 patents, and is not liable for infringement thereof.

37.    Any and all products AOS, Ltd. makes that are accused of infringement in this action have substantial uses that do not infringe and therefore cannot induce or contribute to the infringement of the '481, '406, '497, or '195 patents.

38.    No product AOS, Ltd. makes, uses, offers to sell, or imports into the United States or process AOS, Ltd. uses to make AOS, Ltd.'s products infringes the '481, '406, '497, or '195 patents.

## THIRD DEFENSE

### (Invalidity of the Asserted Patents)

39.    AOS, Ltd. believes that, after a reasonable opportunity for further investigation or discovery, it will be able to demonstrate that one or more claims of the '481, '406, '497, and '195 patents are invalid for failing to comply with the provisions of the Patent Laws of the United States, including without limitation 35 U.S.C. §§ 102, 103, and 112.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7573036.1                            6                    AOS, LTD.'S REPLY
                                                               TO COUNTERCLAIMS
                                                               C 07-2638 JSW

## FOURTH DEFENSE

### (Failure to Mark)

40. AOS, Ltd. believes that, after a reasonable opportunity for further investigation or discovery, it will be able to demonstrate that any claims for damages for alleged infringement are barred or limited due to failure to allege compliance with (and failure to comply with) the requirements of 35 U.S.C. § 287.

## FIFTH DEFENSE

### (Unavailability of Relief)

41. AOS, Ltd. believes that, after a reasonable opportunity for further investigation or discovery, it will be able to demonstrate that Fairchild has failed to plead and meet the requirements of 35 U.S.C. § 271(b) and (c) and is not entitled to any alleged damages prior to providing any actual notice to AOS, Ltd. of the '481, '406, '497, and/or '195 patents.

## SIXTH DEFENSE

### (Unavailability of Enhanced Damages)

42. AOS, Ltd. believes that, after a reasonable opportunity for further investigation or discovery, it will be able to demonstrate that Fairchild has failed to plead and meet the requirements of 35 U.S.C. § 284 for enhanced damages and is not entitled to any damages prior to providing any actual notice to AOS, Ltd. of the '481, '406, '497, and/or '195 patents.

## SEVENTH DEFENSE

### (Prosecution History Estoppel)

43. To the extent that Fairchild attempts to assert infringement under the doctrine of equivalents, AOS, Ltd. believes that, after a reasonable opportunity for further investigation or discovery, it will be able to demonstrate that arguments and amendments contained in the prosecution history will estop or bar any claims for alleged infringement.

## EIGHTH DEFENSE

### (Laches/Prosecution Laches/Estoppel)

44. AOS, Ltd. believes that, after a reasonable opportunity for further investigation or discovery, it will be able to demonstrate that any claims for alleged infringement are barred or

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7573036.1           7           AOS, LTD.'S REPLY
                                     TO COUNTERCLAIMS
                                     C 07-2638 JSW

limited by the doctrine of laches, prosecution laches, and/or equitable estoppel.

## NINTH DEFENSE

### (Adequate Remedy At Law)

45. AOS, Ltd. believes that, after a reasonable opportunity for further investigation or discovery, it will be able to demonstrate that any claims for injunctive relief are barred in light of the fact that Fairchild has an adequate remedy at law.

## TENTH DEFENSE

### (Res Judicata / Collateral Estoppel)

46. Fairchild's counterclaims alleging infringement of the '481, '406, '497, and '195 patents are barred because of the doctrines of res judicata and collateral estoppel.

## PRAYER FOR RELIEF

WHEREFORE, AOS, Ltd. prays for the entry of judgment as follows:

A. Dismissing with prejudice any and all of Fairchild's counterclaims and ordering that Fairchild take nothing as a result;

B. Awarding AOS, Ltd. its reasonable attorneys' fees, expenses and costs incurred in this action;

C. Granting AOS, Ltd. such other action and further relief as this Court may deem just and proper, or that AOS, Ltd. may be entitled to as a matter of law or equity.

Dated: July 9, 2007                          MORGAN, LEWIS & BOCKIUS LLP


By    /s/ Daniel Johnson, Jr.
      Daniel Johnson, Jr.
      Attorneys for Plaintiffs and Counterdefendants
      ALPHA & OMEGA SEMICONDUCTOR,
      LTD., AND ALPHA & OMEGA
      SEMICONDUCTOR, INC.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7573036.1                          8                    AOS, LTD.'S REPLY
                                                             TO COUNTERCLAIMS
                                                             C 07-2638 JSW

## DEMAND FOR JURY TRIAL

AOS, Ltd. hereby requests a trial by jury.

Dated: July 9, 2007                         MORGAN, LEWIS & BOCKIUS LLP


By   /s/ Daniel Johnson, Jr.
   Daniel Johnson, Jr.
   Attorneys for Plaintiffs and Counterdefendants
   ALPHA & OMEGA SEMICONDUCTOR,
   LTD., AND ALPHA & OMEGA
   SEMICONDUCTOR, INC.

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

1-SF/7573036.1                 9                 AOS, LTD.'S REPLY
                                                 TO COUNTERCLAIMS
                                                 C 07-2638 JSW