1  DANIEL JOHNSON, JR. (State Bar No. 57409)
   RITA E. TAUTKUS (State Bar No. 162090)
2  AMY M. SPICER (State Bar No. 188399)
   **MORGAN, LEWIS & BOCKIUS LLP**
3  One Market, Spear Street Tower
   San Francisco, CA  94105-1126
4  Tel:  415.442.1000
   Fax:  415.442.1001
5  E-mail:  djjohnson@morganlewis.com
   E-mail:  rtautkus@morganlewis.com
6  E-mail:  aspicer@morganlewis.com

7  ANDREW J. WU (State Bar No. 214442)
   **MORGAN, LEWIS & BOCKIUS LLP**
8  2 Palo Alto Square
   3000 El Camino Real, Suite 700
9  Palo Alto, CA  94306-2122
   Tel:  650.843.4000
10 Fax:  650.843.4001
   E-mail:  awu@morganlewis.com

11

12 Attorneys for Plaintiffs and Counterdefendants
   ALPHA & OMEGA SEMICONDUCTOR, INC.
   ALPHA & OMEGA SEMICONDUCTOR, LTD.

13

14                 UNITED STATES DISTRICT COURT

15               NORTHERN DISTRICT OF CALIFORNIA

16                   SAN FRANCISCO DIVISION

17

18 | ALPHA & OMEGA SEMICONDUCTOR, | Case No. C 07-2638 JSW |
   | INC., a California corporation; and | |

19 | ALPHA & OMEGA SEMICONDUCTOR, | **ALPHA & OMEGA SEMICONDUCTOR,** |
   | LTD., a Bermuda corporation, | **INC.'S REPLY AND AFFIRMATIVE** |
   | | **DEFENSES TO FAIRCHILD'S** |
20 | Plaintiffs, | **COUNTERCLAIMS** |

21 | v. | **DEMAND FOR JURY TRIAL** |

22 | FAIRCHILD SEMICONDUCTOR | |
   | CORP., a Delaware corporation, | |
23 | | |

24 | Defendant. | |

25 | _____ | |

26 | AND RELATED COUNTERCLAIMS | |

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7573036.1

AOS, INC.'S REPLY
TO COUNTERCLAIMS
C 07-2638 JSW

Alpha & Omega Semiconductor, Inc. ("AOS, Inc.") responds to the counterclaims of

Fairchild Semiconductor Corp. ("Fairchild") as follows:

## JURISDICTION AND VENUE

1.      AOS, Inc. denies that it has infringed or now infringes the patents asserted against

AOS, Inc. in Fairchild's counterclaims.  AOS, Inc. admits, without admitting the validity of

Fairchild's patent infringement claims, that Fairchild's counterclaims purport to state causes of

action under the patent laws of the United States.  AOS, Inc. admits that this Court has subject

matter jurisdiction over these purported claims under 28 U.S.C. §§ 1331, 1338(a), 2201 and 2202.

2.      AOS, Inc. admits, for the purpose of this action only, that venue is proper in this

judicial district.

3.      AOS, Inc. admits, for the purpose of this action only, that this Court has personal

jurisdiction over AOS, Inc.

## PARTIES

4.      AOS, Inc. lacks sufficient knowledge or information to admit or deny the

allegations in paragraph 4.

5.      AOS, Inc. admits that it is a corporation duly incorporated under the laws of the

State of California with its principal place of business in Sunnyvale, California.  AOS, Inc. admits

that Alpha & Omega Semiconductor, Ltd. ("AOS, Ltd.") is a Bermuda corporation and that it has

a place of business in Taipei, Taiwan, but denies that it has a principal place of business in Taipei,

Taiwan.

## FIRST COUNTERCLAIM

### (Declaratory Judgment of Non-Infringement)

6.      AOS, Inc. realleges and incorporates by reference the responses stated in

paragraphs 1-5 above.

7.      AOS, Inc. admits that AOS, Ltd. is the owner by assignment of U.S. Patent

Numbers 5,907,776 (the "'776 patent") and 5,767,567 (the "'567 patent").

8.      AOS, Inc. admits that an actual and justiciable case or controversy exists between

Fairchild on the one hand and AOS, Ltd. and AOS, Inc. on the other.  AOS, Inc. admits that it has

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7573036.1                        2                        AOS, INC.'S REPLY
TO COUNTERCLAIMS
C 07-2638 JSW

1    sued Fairchild alleging infringement of the '776 and '567 patents.

2         9.    AOS, Inc. denies each and every allegation contained in paragraph 9.

3         10.   AOS, Inc. admits that Fairchild purports to seek a judicial determination from this

4    Court, but AOS, Inc. denies that there is any basis for such a determination.

5                        **SECOND COUNTERCLAIM**

6                     **(Declaratory Judgment of Invalidity)**

7         11.   AOS, Inc. realleges and incorporates by reference the responses stated in

8    paragraphs 1-10 above.

9         12.   AOS, Inc. admits that an actual and justiciable case or controversy exists between

10   Fairchild on the one hand and AOS, Ltd. and AOS, Inc. on the other.  AOS, Inc. admits that it has

11   sued Fairchild alleging infringement of the '776 and '567 patents.

12        13.   AOS, Inc. denies each and every allegation contained in paragraph 13.

13        14.   AOS, Inc. admits that Fairchild purports to seek a judicial determination from this

14   Court, but AOS, Inc. denies that there is any basis for such a determination.

15                        **THIRD COUNTERCLAIM**

16               **(Infringement of United States Patent No. 6,429,481)**

17        15.   AOS, Inc. realleges and incorporates by reference the responses stated in

18   paragraphs 1-5 above.

19        16.   AOS, Inc. admits that the title page of United States Patent No. 6,429,481 (the

20   "'481 patent") states on its face that the patent was issued on August 6, 2002.  AOS, Inc. admits

21   that on its face, the '481 patent is entitled "Field Effect Transistor and Method of Its

22   Manufacture."  AOS, Inc. admits that on its face the '481 patent lists "Fairchild Semiconductor

23   Corporation" as its assignee.  AOS, Inc. admits that a copy of the '481 patent is attached to

24   Fairchild's counterclaims as Exhibit A.  AOS, Inc. denies that the '481 was duly and legally

25   issued.  AOS, Inc. lacks sufficient knowledge or information to admit or deny that Fairchild

26   continues to hold all rights and interest in the '481 patent.  AOS, Inc. denies any and all

27   remaining allegations of paragraph 16 of Fairchild's counterclaims.

28        17.   AOS, Inc. denies that it has been or currently is directly or indirectly infringing or

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1   actively inducing or contributing to the infringement of the '481 patent.  AOS, Inc. denies any

2   and all remaining allegations of paragraph 17.

3       18.      AOS, Inc. denies each and every allegation contained in paragraph 18.

4       19.      AOS, Inc. denies each and every allegation contained in paragraph 19.

5                           **FOURTH COUNTERCLAIM**

6                  **(Infringement of United States Patent No. 6,710,406)**

7       20.      AOS, Inc. realleges and incorporates by reference the responses stated in

8   paragraphs 1-5 above.

9       21.      AOS, Inc. admits that the title page of United States Patent No. 6,710,406 (the

10  "'406 patent") states on its face that the patent was issued on March 23, 2004.  AOS, Inc. admits

11  that on its face, the '406 patent is entitled "Field Effect Transistor and Method of Its

12  Manufacture."  AOS, Inc. admits that on its face the '406 patent lists "Fairchild Semiconductor

13  Corporation" as its assignee.  AOS, Inc. admits that a copy of the '406 patent is attached to

14  Fairchild's counterclaims as Exhibit B.  AOS, Inc. denies that the '406 was duly and legally

15  issued.  AOS, Inc. lacks sufficient knowledge or information to admit or deny that Fairchild

16  continues to hold all rights and interest in the '406 patent.  AOS, Inc. denies any and all

17  remaining allegations of paragraph 21 of Fairchild's counterclaims.

18      22.      AOS, Inc. denies that it has been or currently is directly or indirectly infringing or

19  actively inducing or contributing to the infringement of the '406 patent.  AOS, Inc. denies any

20  and all remaining allegations of paragraph 22.

21      23.      AOS, Inc. denies each and every allegation contained in paragraph 23.

22      24.      AOS, Inc. denies each and every allegation contained in paragraph 24.

23                           **FIFTH COUNTERCLAIM**

24                  **(Infringement of United States Patent No. 6,521,497)**

25      25.      AOS, Inc. realleges and incorporates by reference the answers stated in paragraphs

26  1-5 above.

27      26.      AOS, Inc. admits that the title page of United States Patent No. 6,521,497 (the

28  "'497 patent") states on its face that the patent was issued on February 18, 2003.  AOS, Inc.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7573036.1                                  4                      AOS, INC.'S REPLY
                                                                       TO COUNTERCLAIMS
                                                                       C 07-2638 JSW

1   admits that on its face, the '497 patent is entitled "Method of Manufacturing a Field Effect

2   Transistor." AOS, Inc. admits that on its face the '497 patent lists "Fairchild Semiconductor

3   Corporation" as its assignee. AOS, Inc. admits that a copy of the '497 patent is attached to

4   Fairchild's counterclaims as Exhibit C. AOS, Inc. denies that the '497 was duly and legally

5   issued. AOS, Inc. lacks sufficient knowledge or information to admit or deny that Fairchild

6   continues to hold all rights and interest in the '497 patent. AOS, Inc. denies any and all

7   remaining allegations of paragraph 26 of Fairchild's counterclaims.

8       27.     AOS, Inc. denies that it has been or currently is directly or indirectly infringing or

9   actively inducing or contributing to the infringement of the '497 patent. AOS, Inc. denies any

10   and all remaining allegations of paragraph 27.

11      28.     AOS, Inc. denies each and every allegation contained in paragraph 28.

12      29.     AOS, Inc. denies each and every allegation contained in paragraph 29.

13                          **SIXTH COUNTERCLAIM**

14                **(Infringement of United States Patent No. 6,828,195)**

15      30.     AOS, Inc. realleges and incorporates by reference the answers stated in paragraphs

16   1-5 above.

17      31.     AOS, Inc. admits that the title page of United States Patent No. 6,828,195 (the

18   "'195 patent") states on its face that the patent was issued on December 7, 2004. AOS, Inc.

19   admits that on its face, the '195 patent is entitled "Method of Manufacturing a Trench Transistor

20   Having a Heavy Body Region." AOS, Inc. admits that on its face the '195 patent lists "Fairchild

21   Semiconductor Corporation" as its assignee. AOS, Inc. admits that a copy of the '195 patent is

22   attached to Fairchild's counterclaims as Exhibit D. AOS, Inc. denies that the '195 was duly and

23   legally issued. AOS, Inc. lacks sufficient knowledge or information to admit or deny that

24   Fairchild continues to hold all rights and interest in the '195 patent. AOS, Inc. denies any and all

25   remaining allegations of paragraph 31 of Fairchild's counterclaims.

26      32.     AOS, Inc. denies that it has been or currently is directly or indirectly infringing or

27   actively inducing or contributing to the infringement of the '195 patent. AOS, Inc. denies any

28   and all remaining allegations of paragraph 32.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

33.     AOS, Inc. denies each and every allegation contained in paragraph 33.

34.     AOS, Inc. denies each and every allegation contained in paragraph 34.

**AFFIRMATIVE AND OTHER DEFENSES**

Further responding to Fairchild's counterclaims, AOS, Inc. asserts the following defenses. AOS, Inc. reserves the right to amend its response with additional defenses as further information is obtained.

**FIRST DEFENSE**

**(Failure to State a Claim)**

35.     Fairchild's counterclaims fail to state a claim against AOS, Inc. upon which relief may be granted.

**SECOND DEFENSE**

**(Non-infringement of the Asserted Patents)**

36.     AOS, Inc. has not infringed, contributed to the infringement of, or induced the infringement of any valid claim of the '481, '406, '497, or '195 patents, and is not liable for infringement thereof.

37.     Any and all products AOS, Inc. makes that are accused of infringement in this action have substantial uses that do not infringe and therefore cannot induce or contribute to the infringement of the '481, '406, '497, or '195 patents.

38.     No product AOS, Inc. makes, uses, offers to sell, or imports into the United States or process AOS, Inc. uses to make AOS, Inc.'s products infringes the '481, '406, '497, or '195 patents.

**THIRD DEFENSE**

**(Invalidity of the Asserted Patents)**

39.     AOS, Inc. believes that, after a reasonable opportunity for further investigation or discovery, it will be able to demonstrate that one or more claims of the '481, '406, '497, and '195 patents are invalid for failing to comply with the provisions of the Patent Laws of the United States, including without limitation 35 U.S.C. §§ 102, 103, and 112.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7573036.1                                    6

AOS, INC.'S REPLY
TO COUNTERCLAIMS
C 07-2638 JSW

1

2

**FOURTH DEFENSE**

**(Failure to Mark)**

3     40.     AOS, Inc. believes that, after a reasonable opportunity for further investigation or

4    discovery, it will be able to demonstrate that any claims for damages for alleged infringement are

5    barred or limited due to failure to allege compliance with (and failure to comply with) the

6    requirements of 35 U.S.C. § 287.

7

8

**FIFTH DEFENSE**

**(Unavailability of Relief)**

9     41.     AOS, Inc. believes that, after a reasonable opportunity for further investigation or

10    discovery, it will be able to demonstrate that Fairchild has failed to plead and meet the

11    requirements of 35 U.S.C. § 271(b) and (c) and is not entitled to any alleged damages prior to

12    providing any actual notice to AOS, Inc. of the '481, '406, '497, and/or '195 patents.

13

14

**SIXTH DEFENSE**

**(Unavailability of Enhanced Damages)**

15     42.     AOS, Inc. believes that, after a reasonable opportunity for further investigation or

16    discovery, it will be able to demonstrate that Fairchild has failed to plead and meet the

17    requirements of 35 U.S.C. § 284 for enhanced damages and is not entitled to any damages prior to

18    providing any actual notice to AOS, Inc. of the '481, '406, '497, and/or '195 patents.

19

20

**SEVENTH DEFENSE**

**(Prosecution History Estoppel)**

21     43.     To the extent that Fairchild attempts to assert infringement under the doctrine of

22    equivalents, AOS, Inc. believes that, after a reasonable opportunity for further investigation or

23    discovery, it will be able to demonstrate that arguments and amendments contained in the

24    prosecution history will estop or bar any claims for alleged infringement.

25

26

**EIGHTH DEFENSE**

**(Laches/Prosecution Laches/Estoppel)**

27     44.     AOS, Inc. believes that, after a reasonable opportunity for further investigation or

28    discovery, it will be able to demonstrate that any claims for alleged infringement are barred or

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7573036.1

7

AOS, INC.'S REPLY
TO COUNTERCLAIMS
C 07-2638 JSW

1 limited by the doctrine of laches, prosecution laches, and/or equitable estoppel.

2 ### NINTH DEFENSE

3 ### (Adequate Remedy At Law)

4 45. AOS, Inc. believes that, after a reasonable opportunity for further investigation or

5 discovery, it will be able to demonstrate that any claims for injunctive relief are barred in light of

6 the fact that Fairchild has an adequate remedy at law.

7 ### TENTH DEFENSE

8 ### (Res Judicata / Collateral Estoppel)

9 46. Fairchild's counterclaims alleging infringement of the '481, '406, '497, and '195

10 patents are barred because of the doctrines of res judicata and collateral estoppel.

11 ### PRAYER FOR RELIEF

12 WHEREFORE, AOS, Inc. prays for the entry of judgment as follows:

13 A. Dismissing with prejudice any and all of Fairchild's counterclaims and ordering

14 that Fairchild take nothing as a result;

15 B. Awarding AOS, Inc. its reasonable attorneys' fees, expenses and costs incurred in

16 this action;

17 C. Granting AOS, Inc. such other action and further relief as this Court may deem

18 just and proper, or that AOS, Inc. may be entitled to as a matter of law or equity.

19
20 Dated: July 9, 2007                    MORGAN, LEWIS & BOCKIUS LLP

21
22 By    /s/ Daniel Johnson, Jr.
Daniel Johnson, Jr.
23 Attorneys Plaintiffs and Counterdefendants
ALPHA & OMEGA SEMICONDUCTOR,
24 LTD., AND ALPHA & OMEGA
SEMICONDUCTOR, INC.

25
26
27
28

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7573036.1          8          AOS, INC.'S REPLY
TO COUNTERCLAIMS
C 07-2638 JSW

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DEMAND FOR JURY TRIAL

AOS, Inc. hereby requests a trial by jury.

Dated: July 9, 2007

MORGAN, LEWIS & BOCKIUS LLP

By      /s/ Daniel Johnson, Jr.
Daniel Johnson, Jr.
Attorneys for Plaintiffs and Counterdefendants
ALPHA & OMEGA SEMICONDUCTOR,
LTD., AND ALPHA & OMEGA
SEMICONDUCTOR, INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7573036.1

9

AOS, INC.'S REPLY
TO COUNTERCLAIMS
C 07-2638 JSW