```
1  TOWNSEND AND TOWNSEND AND CREW LLP
   ERIC P. JACOBS (State Bar No. 88413)
2  PETER H. GOLDSMITH (State Bar No. 91294)
   ROBERT A. McFARLANE (State Bar No. 172650)
3  IGOR SHOIKET (State Bar No. 190066)
   Two Embarcadero Center, 8th Floor
4  San Francisco, California 94111
   Telephone:    (415) 576-0200
5  Facsimile:    (415) 576-0300
   E-mail:       epjacobs@townsend.com
6                phgoldsmith@townsend.com
                 ramcfarlane@townsend.com
7                ishoiket@townsend.com

8  Attorneys for Defendant and Counterclaimant
   FAIRCHILD SEMICONDUCTOR
9  CORPORATION
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, LTD. and ALPHA & OMEGA SEMICONDUCTOR, INC.,<br><br>　　　　Plaintiffs and Counterdefendants,<br><br>　　v.<br><br>FAIRCHILD SEMICONDUCTOR CORPORATION,<br><br>　　　　Defendant and Counterclaimant. | Case No. C 07-02638 JSW<br><br>**ADR CERTIFICATION OF PARTIES AND LEAD COUNSEL** |

　　　　Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

　　　　**(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;

　　　　**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

1     **(3)** Considered whether this case might benefit from any of the available dispute
2 resolution options.

                                            FAIRCHILD SEMICONDUCTOR CORPORATION

Dated: July 27, 2007                   By: _/s/ Stephen Schott_____
                                            Name: Stephen Schott
                                            Title: Associate General Counsel

                                         TOWNSEND AND TOWNSEND AND CREW LLP

Dated: July 27, 2007                   By: _/s/ Eric P. Jacobs_____
                                            Eric P. Jacobs
                                            Two Embarcadero Center, 8th Fl.
                                            San Francisco, CA 94111-3834
                                            Tel:     (415) 576-0200
                                            Fax:    (415) 576-0300
                                            Email:  epjacobs@townsend.com

                                            Attorneys for Defendant and Counterclaimant
                                            FAIRCHILD SEMICONDUCTOR CORPORATION

---

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

---

Rev 12.05

61110133 v1