TOWNSEND AND TOWNSEND AND CREW LLP
ERIC P. JACOBS (State Bar No. 88413), epjacobs@townsend.com
PETER H. GOLDSMITH (State Bar No. 91294), phgoldsmith@townsend.com
ROBERT A. McFARLANE (State Bar No. 172650), ramcfarlane@townsend.com
IGOR SHOIKET (State Bar No. 190066), ishoiket@townsend.com
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone:    (415) 576-0200
Facsimile:    (415) 576-0300

Attorneys for Defendant and Counterclaimant:
FAIRCHILD SEMICONDUCTOR CORPORATION


MORGAN LEWIS & BOCKIUS LLP
DANIEL JOHNSON, JR., (State Bar No. 57409), djjohnson@morganlewis.com
RITA E. TAUTKUS (State Bar No. 162090), retautkus@ morganlewis.com
BRETT M. SCHUMAN ((State Bar No. 189247), bschuman@ morganlewis.com
One Market Street, Spear Street Tower
San Francisco, CA 94105-1126
Telephone:    (415) 442-1000
Facsimile:    (415) 442-1001

ANDREW J. WU (State Bar No. 214442), awu@ morganlewis.com
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Telephone:    (650) 843-4000
Facsimile:    (415) 843-4000

Attorneys for Plaintiffs and Counterdefendants:
ALPHA & OMEGA SEMICONDUCTOR, LTD.
ALPHA & OMEGA SEMICONDUCTOR, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, LTD, a Bermuda corporation; and ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation,<br><br>Plaintiffs and Counterdefendants<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation<br><br>Defendant and Counterclaimant. | Case No. C 07-02638 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process: Private ADR - Mediation by a provider/mediator to be determined by the parties after further consultation.

TOWNSEND AND TOWNSEND AND CREW LLP

Dated: July 27, 2007                    By: /s/ Jacobs
    Eric P. Jacobs
    Peter H. Goldsmith
    Robert A. McFarlane
    Igor Shoiket
    Two Embarcadero Center, 8th Fl.
    San Francisco, CA 94111-3834
    Tel:  (415) 576-0200
    Fax:  (415) 576-0300
    Email: epjacobs@townsend.com

Attorneys for Defendant and Counterclaimant:

FAIRCHILD SEMICONDUCTOR CORPORATION

MORGAN LEWIS & BOCKIUS LLP

Dated: July 27, 2007                    By:_____
    Daniel Johnson, Jr.
    Rita E. Tautkus
    Brett M. Schuman
    One Market Street, Spear Street Tower
    San Francisco, CA 94105-1126
    Tel:  (415) 442-1000
    Fax:  (415) 442-1001
    Email: djjohnson@morganlewis.com

    Andrew J. Wu
    2 Palo Alto Square
    3000 El Camino Real, Suite 700
    Palo Alto, CA 94306
    Tel:  (650) 843-4000
    Fax:  (650) 843-4001
    Email: awu@morganlewis.com

Attorneys for Plaintiffs and Counterdefendants:

ALPHA & OMEGA SEMICONDUCTOR, INC.
ALPHA & OMEGA SEMICONDUCTOR, LTD.

| | |
|---|---|
| 1 | |
| 2 | Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5: |
| 3 | |
| 4 | The parties agree to participate in the following ADR process: Private ADR - Mediation by a provider/mediator to be determined by the parties after further consultation. |

                                           TOWNSEND AND TOWNSEND AND CREW LLP

Dated: July 27, 2007                       By:_____
                                           Eric P. Jacobs
                                           Peter H. Goldsmith
                                           Robert A. McFarlane
                                           Igor Shoiket
                                           Two Embarcadero Center, 8th Fl.
                                           San Francisco, CA 94111-3834
                                           Tel:   (415) 576-0200
                                           Fax:   (415) 576-0300
                                           Email: epjacobs@townsend.com

                                           Attorneys for Defendant and Counterclaimant:

                                           FAIRCHILD SEMICONDUCTOR
                                           CORPORATION


                                           MORGAN LEWIS & BOCKIUS LLP

Dated: July 27, 2007                       By:_____
                                           Daniel Johnson, Jr.
                                           Rita E. Tautkus
                                           Brett M. Schuman
                                           One Market Street, Spear Street Tower
                                           San Francisco, CA 94105-1126
                                           Tel:   (415) 442-1000
                                           Fax:   (415) 442-1001
                                           Email: djjohnson@morganlewis.com

                                           Andrew J. Wu
                                           2 Palo Alto Square
                                           3000 El Camino Real, Suite 700
                                           Palo Alto, CA 94306
                                           Tel:   (650) 843-4000
                                           Fax:   (650) 843-4001
                                           Email: awu@morganlewis.com

                                           Attorneys for Plaintiffs and Counterdefendants:

                                           ALPHA & OMEGA SEMICONDUCTOR, INC.
                                           ALPHA & OMEGA SEMICONDUCTOR, LTD.

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to Private ADR - Mediation by a provider/mediator to be determined by the parties.

IT IS SO ORDERED.

Dated: _____

_____
MAGISTRATE JUDGE JEFFREY S. WHITE

61102575 v1