DANIEL JOHNSON, JR. (State Bar No. 57409)
RITA E. TAUTKUS (State Bar No. 162090)
BRETT M. SCHUMAN State Bar No. 189247)
AMY M. SPICER (State Bar No. 188399)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
djjohnson@morganlewis.com
rtautkus@morganlewis.com
bschuman@morganlewis.com
aspicer@morganlewis.com

ANDREW J. WU (State Bar No. 214442)
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
awu@morganlewis.com

Attorneys for Plaintiffs and Counterdefendants
ALPHA & OMEGA SEMICONDUCTOR, LTD.
ALPHA & OMEGA SEMICONDUCTOR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation; and ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation,<br><br>Plaintiffs and Counterdefendants,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR, a Delaware corporation,<br><br>Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 07-2638 JSW<br>(Consolidated with Case No. C-07-2644 JSW)<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7586029.1

ADR CERT. BY PARTIES & COUNSEL
C 07-2638 JSW

1     Pursuant to Civil Local Rule 16-8(b) and ADR Local Rule 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: August 9, 2007            MORGAN, LEWIS & BOCKIUS LLP

By: _____
Daniel Johnson, Jr.
Attorneys for Plaintiffs and Counterdefendants
ALPHA & OMEGA SEMICONDUCTOR, LTD.
AND ALPHA & OMEGA SEMICONDUCTOR, INC.

Dated: August 16, 2007           ALPHA & OMEGA SEMICONDUCTOR

By: _____
Dr. Francois Hebert
ALPHA & OMEGA SEMICONDUCTOR, LTD.
AND ALPHA & OMEGA SEMICONDUCTOR, INC.

## **CERTIFICATE OF SERVICE**

    I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                    /s/ Daniel Johnson, Jr.
                                                      Daniel Johnson, Jr.