IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**     **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: August 17, 2007     **Court Reporter**: Catherine Edwards

**CASE NO. C-07-2638  JSW**

**TITLE:** Alpha and Omega Semiconductor, Ltd., v. Fairchild Semiconductor Corporation

**COUNSEL FOR PLAINTIFF:**     **COUNSEL FOR DEFENDANT:**

Daniel Johnson, Jr.     Igor Shoiket
Amy Spicer     Eric Jacobs

**PROCEEDINGS:  Initial Case Management Conference**

**RESULTS:**  Counsel shall confer with clients and submit a consent / declination for reassignment to a Magistrate Judge for All Purposes by  August 24, 2007.

Amended pleadings shall be filed by 9-28-07.

The Court will allow 200 hours, per side, for depositions.

Further Case Management Conference:  2-1-08 at 1:30 p.m.
Supplemental case management statement due:  1-25-08

Close of Claim Construction Discovery:  1-14-08

Opening Claim Construction Brief due:  2-1-08

Opposition Claim Construction Brief due:  2-15-08

Reply Claim Construction Brief due:  2-22-08

**Claim Construction Tutorial:  3-11-08 at 2:00 p.m.**

(Counsel shall video the tutorial for the Court)

**Claim Construction Hearing:  3-18-08 at 1:30 p.m.**