1  DANIEL JOHNSON, JR. (State Bar No. 57409)
   RITA E. TAUTKUS (State Bar No. 162090)
2  BRETT M. SCHUMAN (State Bar No. 189247)
   AMY M. SPICER (State Bar No. 188399)
3  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
4  San Francisco, CA 94105-1126
   Tel: 415.442.1000
5  Fax: 415.442.1001
   djjohnson@morganlewis.com
6  rtautkus@morganlewis.com
   bschuman@morganlewis.com
7  aspicer@morganlewis.com

8  ANDREW J. WU (State Bar No. 214442)
   MORGAN, LEWIS & BOCKIUS LLP
9  2 Palo Alto Square
   3000 El Camino Real, Suite 700
10 Palo Alto, CA 94306-2122
   Tel: 650.843.4000
11 Fax: 650.843.4001
   awu@morganlewis.com
12
   Attorneys for Plaintiffs and Counterdefendants
13 ALPHA & OMEGA SEMICONDUCTOR, LTD.
   ALPHA & OMEGA SEMICONDUCTOR, INC.

14

15                          UNITED STATES DISTRICT COURT

16                         NORTHERN DISTRICT OF CALIFORNIA

17

18 | ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation; and | Case No. C 07-2638 JSW
19 | ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation, | (Consolidated with Case No. C-07-2664 JSW)
20 |           Plaintiffs and Counterdefendants, | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
21 |           v.
22 | FAIRCHILD SEMICONDUCTOR, a Delaware corporation,
23 |           Defendant and Counterclaimant.
24
25 | AND RELATED COUNTERCLAIMS.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-SF/7592469.1

DECLINATION TO PROCEED BEFORE A
MAGISTRATE JUDGE
C 07-2638 JSW

1  During the initial Case Management Conference conducted on August 17, 2007, the Court ordered counsel to confer with their respective clients regarding reassignment of the case to a United States Magistrate Judge for all purposes and to file a statement consenting or declining to consent to such reassignment by August 24, 2007.

Plaintiffs and Counterdefendants Alpha & Omega Semiconductor, Ltd. and Alpha & Omega Semiconductor, Inc. hereby respectfully decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition.

Dated: August 24, 2007      MORGAN, LEWIS & BOCKIUS LLP


By   /s/ Daniel Johnson, Jr.
    Daniel Johnson, Jr.
    Attorneys for Plaintiffs and Counterdefendants
    ALPHA & OMEGA SEMICONDUCTOR, LTD. AND ALPHA & OMEGA SEMICONDUCTOR, INC.