1  TOWNSEND AND TOWNSEND AND CREW LLP
   ERIC P. JACOBS (State Bar No. 88413)
2  PETER H. GOLDSMITH (State Bar No. 91294)
   ROBERT A. McFARLANE (State Bar No. 172650)
3  IGOR SHOIKET (State Bar No. 190066)
   Two Embarcadero Center, 8th Floor
4  San Francisco, California  94111
   Telephone:     (415) 576-0200
5  Facsimile:      (415) 576-0300
   E-mail:          epjacobs@townsend.com
6                     phgoldsmith@townsend.com
                      ramcfarlane@townsend.com
7                     ishoiket@townsend.com

8  Attorneys for Defendant and Counterclaimant
   FAIRCHILD SEMICONDUCTOR CORP.
9

10                UNITED STATES DISTRICT COURT

11             FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13

14
   ALPHA & OMEGA SEMICONDUCTOR,           Case No. C 07-2638 JSW
15 INC., a California corporation; and    (Consolidated with Case No. C 07-2664 JSW)
   ALPHA & OMEGA SEMICONDUCTOR,
16 LTD., a Bermuda corporation,           **FAIRCHILD SEMICONDUCTOR
                                          CORPORATIONS'S CONSENT TO
17        Plaintiffs and Counterdefendants, PROCEED BEFORE MAGISTRATE
                                          JUDGE**
18        v.

19 FAIRCHILD SEMICONDUCTOR
   CORP., a Delaware corporation,
20
          Defendant and Counterclaimant.
21

22 AND RELATED COUNTERCLAIMS.

23

24        Pursuant to the Court's instructions given at the case management conference held on

25 August 17, 2007, Fairchild Semiconductor Corporation ("Fairchild") has considered the Court's

26 recommendation that this matter be reassigned to a magistrate judge for all purposes.  Fairchild would

27 agree to such a reassignment if the parties were permitted jointly to propose the magistrate judge to

28 whom the matter would be reassigned.

1 | DATED: August 24, 2007        Respectfully submitted,

2

3                                  By: /s/*Eric P. Jacobs*
                                       Eric P. Jacobs
4                                      Peter H. Goldsmith
                                       Robert A. McFarlane
5                                      Igor Shoiket
                                       TOWNSEND AND TOWNSEND AND CREW LLP
6                                      Two Embarcadero Center, 8th Floor
                                       San Francisco, California  94111
7                                      Telephone:  (415) 576-0200
                                       Facsimile:   (415) 576-0300
8
                                   Attorneys for Defendant and Counterclaimant
9                                  FAIRCHILD SEMICONDUCTOR CORP.

10

11  61134167 v1

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28