**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, LTD., et al., | No. C 07-02638 JSW |
| Plaintiffs, | |
| v. | **ORDER REFERRING DISCOVERY TO MAGISTRATE JUDGE** |
| FAIRCHILD SEMICONDUCTOR CORPORATION, | |
| Defendant. | |

Pursuant to Civil Local Rule 72-1, this matter is referred to a randomly assigned magistrate judge for resolution of all discovery matters.

**IT IS SO ORDERED.**

Dated: August 29, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom