1  TOWNSEND AND TOWNSEND AND CREW LLP
   ERIC P. JACOBS (State Bar No. 88413)
2  PETER H. GOLDSMITH (State Bar No. 91294)
   ROBERT A. McFARLANE (State Bar No. 172650)
3  IGOR SHOIKET (State Bar No. 190066)
   Two Embarcadero Center, 8th Floor
4  San Francisco, California  94111
   Telephone:     (415) 576-0200
5  Facsimile:     (415) 576-0300
   E-mail:    epjacobs@townsend.com
6          phgoldsmith@townsend.com
           ramcfarlane@townsend.com
7          ishoiket@townsend.com

8  Attorneys for Defendant and Counterclaimant
   FAIRCHILD SEMICONDUCTOR CORP.

9

10

11                     UNITED STATES DISTRICT COURT

                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
12
                          SAN FRANCISCO DIVISION
13

14

15  ALPHA & OMEGA SEMICONDUCTOR,            Case No. C 07-2638 JSW
    INC., a California corporation; and     (Consolidated with Case No. C 07-2664 JSW)
16  ALPHA & OMEGA SEMICONDUCTOR,
    LTD., a Bermuda corporation,            **STIPULATION AND [PROPOSED]**
17                                          **ORDER RE FILING OF ANSWER AND**
            Plaintiffs and Counterdefendants,  **FIRST AMENDED COUNTERCLAIMS**
18                                          **FOR PATENT INFRINGEMENT AND**
               v.                           **DECLARATORY JUDGMENT**
19
    FAIRCHILD SEMICONDUCTOR
20  CORP., a Delaware corporation,

            Defendant and Counterclaimant.
21

22  AND RELATED COUNTERCLAIMS.

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE FILING OF ANSWER AND AMENDED COUNTERCLAIMS
CASE NO. C 07-02638 JSW (CONSOLIDATED WITH CASE NO. C 07-2664 JSW)

1      IT IS HEREBY STIPULATED by and between the parties hereto through their respective

2   counsel of record that Defendant and Counterclaimant Fairchild Semiconductor Corp. ("Fairchild")

3   may file an Answer and First Amended Counterclaims For Patent Infringement and Declaratory

4   Judgment, a copy of which is attached hereto as Exhibit A.

5   DATED:  September 28, 2007          Respectfully submitted,

6

7

8                                            By:  /s/ *Eric P. Jacobs*
                                                 Eric P. Jacobs
9                                                Peter H. Goldsmith
                                                 Robert A. McFarlane
10                                               Igor Shoiket
                                                 TOWNSEND AND TOWNSEND AND CREW LLP
11                                               Two Embarcadero Center, 8th Floor
                                                 San Francisco, California  94111
12                                               Telephone:  (415) 576-0200
                                                 Facsimile:   (415) 576-0300
13
                                             Attorneys for Defendant and Counterclaimant
14                                           FAIRCHILD SEMICONDUCTOR CORP.

15  DATED:  September 28, 2007

16
                                             By:  /s/ *Amy M. Spicer*
17                                               Daniel Johnson, Jr.
                                                 Rita E. Tautkus
18                                               Amy M. Spicer
                                                 MORGAN, LEWIS & BOCKIUS LLP
19                                               One Market, Spear Street Tower
                                                 San Francisco, California  94105
20                                               Telephone:  (415) 442-1000
                                                 Facsimile:   (415) 442-1001
21
                                             Attorneys for Plaintiffs and Counterdefendants
22                                           ALPHA & OMEGA SEMICONDUCTOR, INC.
                                             ALPHA & OMEGA SEMICONDUCTOR, LTD.
23

24  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

25

26  DATED:  September ___, 2007          By:  _____
                                                 The Honorable Jeffery S. White
27                                               United States District Court Judge

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**GENERAL ORDER ATTESTATION**

I, Eric P. Jacobs, am the ECF user whose ID and password are being used to file this

STIPULATION AND [PROPOSED] ORDER RE FILING OF ANSWER AND FIRST AMENDED

COUNTERCLAIMS FOR PATENT INFRINGEMENT AND DECLARATORY JUDGMENT.  In

compliance with General Order 45,X.B., I hereby attest that Amy M. Spicer has concurred in this

filing.

*/s/ Eric P. Jacobs*
Eric P. Jacobs

STIPULATION AND [PROPOSED] ORDER RE FILING OF ANSWER AND AMENDED COUNTERCLAIMS
CASE NO. C 07-02638 JSW (CONSOLIDATED WITH CASE NO. C 07-2664 JSW)

2