| | |
|---|---|
| MORGAN, LEWIS & BOCKIUS LLP<br>Daniel Johnson, Jr. (State Bar No. 57409)<br>Brett M. Schuman (State Bar No. 189247)<br>Amy M. Spicer (State Bar No. 188399)<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1126<br>Tel: 415.442.1000<br>Fax: 415.442.1001<br>djjohnson@morganlewis.com<br>bschuman@morganlewis.com<br>aspicer@morganlewis.com<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>Andrew J. Wu (State Bar No. 214442)<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 700<br>Palo Alto, CA 94306-2122<br>Tel: 650.843.4000<br>Fax: 650.843.4001<br>awu@morganlewis.com<br><br>Attorneys for Plaintiffs and Counterdefendants<br>ALPHA & OMEGA SEMICONDUCTOR, INC.<br>ALPHA & OMEGA SEMICONDUCTOR, LTD. | TOWNSEND AND TOWNSEND AND CREW LLP<br>Eric P. Jacobs (State Bar No. 88413)<br>Peter H. Goldsmith (State Bar No. 91294)<br>Robert A. McFarlane (State Bar No. 172650)<br>Igor Shoiket (State Bar No. 190066)<br>Two Embarcadero Center, 8th Floor<br>San Francisco, CA 94111<br>Tel: 415.576.0200<br>Fax: 415.576.0300<br>epjacobs@townsend.com<br>phgoldsmith@townsend.com<br>ramcfarlane@townsend.com<br>ishoiket@townsend.com<br><br>Attorneys for Defendant and Counterclaimant<br>FAIRCHILD SEMICONDUCTOR CORP. |

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>                Plaintiffs,<br><br>   v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>                Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 07-2638 JSW<br>(Consolidated with Case No. C-07-2664 JSW)<br><br>**STIPULATION AND [PROPOSED] ORDER RE FILING OF AMENDED COMPLAINT FOR PATENT INFRINGEMENT AND DECLARATORY JUDGMENT** |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF/7609937.2          1-          STIPULATION AND [PROPOSED] ORDER RE:
AMENDED COMPLAINT
C 07-2638 JSW (CONSOL. WITH C 07-2664 JSW)

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel of record that Plaintiffs and Counterdefendants Alpha & Omega Semiconductor, Inc. and Alpha & Omega Semiconductor, Ltd. (jointly "AOS") may file an Amended Complaint For Patent Infringement and Declaratory Judgment, a copy of which is attached hereto as Exhibit A.

Dated: September 28, 2007                MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Daniel Johnson, Jr.
    Daniel Johnson, Jr.
    Attorneys for Plaintiffs and
    Counterdefendants
    ALPHA & OMEGA SEMICONDUCTOR,
    LTD., AND ALPHA & OMEGA
    SEMICONDUCTOR, INC.

Dated: September 28, 2007                TOWNSEND AND TOWNSEND AND
                                         CREW LLP

By: /s/ Eric P. Jacobs
    Eric P. Jacobs
    Attorneys for Defendant and
    Counterclaimant
    FAIRCHILD SEMICONDUCTOR
    CORPORATION

## [PROPOSED] ORDER

Pursuant to the parties' stipulation set forth above, and for good cause appearing, it is so ordered.

Dated:

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

1-SF/7609937.2                2                STIPULATION AND [PROPOSED] ORDER RE:
                                               AMENDED COMPLAINT
                                               C 07-2638 JSW (CONSOL. WITH C 07-2664 JSW)

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Amy M. Spicer, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER RE FILING OF AMENDED COMPLAINT FOR PATENT INFRINGEMENT AND DECLARATORY JUDGMENT. In compliance with General Order 45, X.B., I hereby attest that counsel for plaintiffs, counterdefendants, counterclaimants, and defendants have concurred in this filing.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 28th day of September 2007, at San Francisco, California.

By: /s/ Amy M. Spicer
    Amy M. Spicer

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

1-SF/7609937.2

3

STIPULATION AND [PROPOSED] ORDER RE:
AMENDED COMPLAINT
C 07-2638 JSW (CONSOL. WITH C 07-2664 JSW)