1  TOWNSEND AND TOWNSEND AND CREW LLP
   ERIC P. JACOBS (State Bar No. 88413)
2  PETER H. GOLDSMITH (State Bar No. 91294)
   ROBERT A. McFARLANE (State Bar No. 172650)
3  IGOR SHOIKET (State Bar No. 190066)
   Two Embarcadero Center, 8th Floor
4  San Francisco, California  94111
   Telephone:     (415) 576-0200
5  Facsimile:     (415) 576-0300
   E-mail:    epjacobs@townsend.com
6          phgoldsmith@townsend.com
           ramcfarlane@townsend.com
7          ishoiket@townsend.com

8  Attorneys for Defendant and Counterclaimant
   FAIRCHILD SEMICONDUCTOR CORP.
9

10
                    UNITED STATES DISTRICT COURT
11
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
12
                         SAN FRANCISCO DIVISION
13

14

15 | ALPHA & OMEGA SEMICONDUCTOR, | Case No. C 07-2638 JSW
   | INC., a California corporation; and | (Consolidated with Case No. C 07-2664 JSW)
16 | ALPHA & OMEGA SEMICONDUCTOR,
   | LTD., a Bermuda corporation, | **STIPULATION AND [PROPOSED]**
17 |                                      | **ORDER RE FILING OF ANSWER AND**
   | Plaintiffs and Counterdefendants,   | **FIRST AMENDED COUNTERCLAIMS**
18 |                                      | **FOR PATENT INFRINGEMENT AND**
   | v.                                   | **DECLARATORY JUDGMENT**
19 | FAIRCHILD SEMICONDUCTOR
   | CORP., a Delaware corporation,
20 |
   |    Defendant and Counterclaimant.
21 |
22 | AND RELATED COUNTERCLAIMS.
23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE FILING OF ANSWER AND AMENDED COUNTERCLAIMS
CASE NO. C 07-02638 JSW (CONSOLIDATED WITH CASE NO. C 07-2664 JSW)

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel of record that Defendant and Counterclaimant Fairchild Semiconductor Corp. ("Fairchild") may file an Answer and First Amended Counterclaims For Patent Infringement and Declaratory Judgment, a copy of which is attached hereto as Exhibit A.

DATED: September 28, 2007          Respectfully submitted,

By: /s/ *Eric P. Jacobs*
Eric P. Jacobs
Peter H. Goldsmith
Robert A. McFarlane
Igor Shoiket
TOWNSEND AND TOWNSEND AND CREW LLP
Two Embarcadero Center, 8th Floor
San Francisco, California  94111
Telephone:  (415) 576-0200
Facsimile:   (415) 576-0300

Attorneys for Defendant and Counterclaimant
FAIRCHILD SEMICONDUCTOR CORP.

DATED: September 28, 2007

By: /s/ *Amy M. Spicer*
Daniel Johnson, Jr.
Rita E. Tautkus
Amy M. Spicer
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, California  94105
Telephone:  (415) 442-1000
Facsimile:   (415) 442-1001

Attorneys for Plaintiffs and Counterdefendants
ALPHA & OMEGA SEMICONDUCTOR, INC.
ALPHA & OMEGA SEMICONDUCTOR, LTD.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: ~~September~~ October 2, 2007          By: /s/ *Jeffrey S. White*
The Honorable Jeffery S. White
United States District Court Judge
by Hon. Phyllis J. Hamilton