1  TOWNSEND AND TOWNSEND AND CREW LLP
   ERIC P. JACOBS (State Bar No. 88413), epjacobs@townsend.com
2  PETER H. GOLDSMITH (State Bar No. 91294), phgoldsmith@townsend.com
   ROBERT A. McFARLANE (State Bar No. 172650), ramcfarlane@townsend.com
3  IGOR SHOIKET (State Bar No. 190066), ishoiket@townsend.com
   Two Embarcadero Center, 8th Floor
4  San Francisco, California  94111
   Telephone:     (415) 576-0200
5  Facsimile:      (415) 576-0300

6  Attorneys for Defendant and Counterclaimant,
   FAIRCHILD SEMICONDUCTOR CORPORATION

7

8  MORGAN LEWIS & BOCKIUS LLP
   DANIEL JOHNSON, JR., (State Bar No. 57409), djjohnson@morganlewis.com
9  RITA E. TAUTKUS (State Bar No. 162090), retautkus@ morganlewis.com
   BRETT M. SCHUMAN ((State Bar No. 189247), bschuman@ morganlewis.com
10 One Market Street, Spear Street Tower
   San Francisco, CA 94105-1126
11 Telephone:     (415) 442-1000
   Facsimile:      (415) 442-1001
12
   ANDREW J. WU (State Bar No. 214442), awu@ morganlewis.com
13 2 Palo Alto Square
   3000 El Camino Real, Suite 700
14 Palo Alto, CA  94306-2122
   Telephone:     (650) 843-4000
15 Facsimile:      (415) 843-4000

16 Attorneys for Plaintiffs and Counterdefendants,
   ALPHA & OMEGA SEMICONDUCTOR, LTD.
17 ALPHA & OMEGA SEMICONDUCTOR, INC.

18                    UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
19                          SAN FRANCISCO DIVISION

20 
   ALPHA & OMEGA SEMICONDUCTOR,                Case No. C 07-2638 JSW (EDL)
21 INC., a California corporation; and          (Consolidated with Case No. C 07-2664 JSW)
   ALPHA & OMEGA SEMICONDUCTOR,
22 LTD., a Bermuda corporation,                **STIPULATION AND [PROPOSED]
                                                ORDER MODIFYING CASE
23      Plaintiffs and Counterdefendants,       MANAGEMENT SCHEDULE**

24           v.

25 FAIRCHILD SEMICONDUCTOR
   CORPORATION, a Delaware corporation,
26
        Defendant and Counterclaimant.
27
   AND RELATED COUNTERCLAIMS.
28

1   WHEREAS, at the Initial Case Management Conference held on August 17, 2007, the Court imposed a deadline of September 28, 2007 for the parties to amend their pleadings;

2   WHEREAS, Plaintiffs and Counterdefendants Alpha & Omega Semiconductor, Inc., and Alpha & Omega Semiconductor, Ltd., (collectively, "AOS") filed an amended complaint pursuant to stipulation on September 28, 2007, alleging infringement of one additional patent (U.S. Patent No. 5,930,630), and Defendant and Counterclaimant Fairchild Semiconductor Corporation ("Fairchild") filed amended counterclaims pursuant to stipulation on that same date, alleging infringement of two additional patents (U.S. Patent Nos. 7,148,111 and 6,818,947);

WHEREAS, the parties each previously served their Disclosure of Asserted Claims and Preliminary Infringement Contentions ("PICs") on August 31, 2007, and the three newly asserted patents will require the preparation and service of additional PICs for those patents;

WHEREAS, the parties agree that an Amended Disclosure of Asserted Claims and Preliminary Infringement Contentions may be served by the parties on or before October 19, 2007, without prejudice to further amendment under Patent Local Rule 3-6, for patents asserted in their original pleadings;

WHEREAS, pursuant to Civil Local Rule 6-2(a)(2), there have been no previous time modifications in this action subsequent to the Initial Case Management Conference; and

WHEREAS, the parties believe that, in view of the assertion of the three new patents, good cause exists for the schedule adopted by the Court at the Initial Case Management Conference to be modified to impose new deadlines under the Patent Local Rules and to set a new date for the Claim Construction Hearing presently set for March 18, 2008;

THE PARTIES HEREBY STIPULATE, by and through their respective counsel, and respectfully request that the Court modify the schedule set forth in the Initial Case Management Order as follows:

| Event | Prior Date | New Date |
|---|---|---|
| Amended Disclosure of Asserted Claims and Preliminary Infringement Contentions pursuant to Patent Local Rule 3-1 for patents asserted by the parties in their original pleadings. | None<br><br>(The parties served their Disclosures of Asserted Claims and Preliminary Infringement Contentions for the original patents on August 31, 2007) | October 19, 2007 |

| | | |
|---|---|---|
| Disclosure of Asserted Claims and Preliminary Infringement Contentions pursuant to Patent Local Rule 3-1 and production of documents pursuant to Patent Local Rule 3-2 for patents <u>newly</u> asserted by the parties in their amended pleadings (U.S. Patent No. 5,930,630 for AOS, and U.S. Patents Nos. 7,148,111 and 6,818,947 for Fairchild). | None | October 29, 2007 |
| Preliminary Invalidity Contentions for all asserted patents pursuant to Patent Local Rule 3-3 and production of documents accompanying disclosure pursuant to Patent Local Rule 3-4. | October 14, 2007 (for originally asserted patents) | November 29, 2007 |
| Close of Claim Construction Discovery | January 14, 2008 | February 27, 2008 |
| Opening Claim Construction Briefs | February 1, 2008 | March 13, 2008 |
| Opposition Claim Construction Briefs | February 15, 2008 | March 27, 2008 |
| Reply Claim Construction Briefs | February 22, 2008 | April 7, 2008 |
| Claim Construction Tutorial | March 11, 2008 | April 14, 2008 |
| Claim Construction Hearing | March 18, 2008 | April 21, 2008 |

Dated: October 5, 2007        TOWNSEND AND TOWNSEND AND CREW LLP


By:  /s/ *Eric P. Jacobs*
    Eric P. Jacobs
Defendant and Counterclaimant
FAIRCHILD SEMICONDUCTOR CORPORATION


Dated: October 5, 2007        MORGAN, LEWIS & BOCKIUS LLP


By:  /s/ *Brett M. Schuman*
    Brett M. Schuman
Attorneys for Plaintiffs and Counterdefendants
ALPHA & OMEGA SEMICONDUCTOR, LTD., and
ALPHA & OMEGA SEMICONDUCTOR, INC.

1

## GENERAL ORDER ATTESTATION

2

3  I, Eric P. Jacobs, am the ECF user whose ID and password are being used to file this STIPULATION

4  AND [PROPOSED] ORDER MODIFYING CASE MANAGEMENT SCHEDULE.  In compliance

5  with General Order 45,X.B., I hereby attest that Brett M. Schuman has concurred in this filing.

6  
*/s/ Eric P. Jacobs*  
Eric P. Jacobs

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1 **[PROPOSED] ORDER**

    Pursuant to the parties' Stipulation, and good cause appearing therefor,

    IT IS HEREBY ORDERED that the schedule set forth in the Court's Initial Case Management Order is modified as set forth above.

DATED: _____                                  _____
                                                       HON. JEFFREY S. WHITE
                                                       United States District Court Judge

61172035 v1