TOWNSEND AND TOWNSEND AND CREW LLP
ERIC P. JACOBS (State Bar No. 88413), epjacobs@townsend.com
PETER H. GOLDSMITH (State Bar No. 91294), phgoldsmith@townsend.com
ROBERT A. McFARLANE (State Bar No. 172650), ramcfarlane@townsend.com
IGOR SHOIKET (State Bar No. 190066), ishoiket@townsend.com
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone:    (415) 576-0200
Facsimile:    (415) 576-0300

Attorneys for Defendant and Counterclaimant,
FAIRCHILD SEMICONDUCTOR CORPORATION


MORGAN LEWIS & BOCKIUS LLP
DANIEL JOHNSON, JR., (State Bar No. 57409), djjohnson@morganlewis.com
RITA E. TAUTKUS (State Bar No. 162090), retautkus@ morganlewis.com
BRETT M. SCHUMAN ((State Bar No. 189247), bschuman@ morganlewis.com
One Market Street, Spear Street Tower
San Francisco, CA 94105-1126
Telephone:    (415) 442-1000
Facsimile:    (415) 442-1001


ANDREW J. WU (State Bar No. 214442), awu@ morganlewis.com
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Telephone:    (650) 843-4000
Facsimile:    (415) 843-4000

Attorneys for Plaintiffs and Counterdefendants,
ALPHA & OMEGA SEMICONDUCTOR, LTD.
ALPHA & OMEGA SEMICONDUCTOR, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>Plaintiffs and Counterdefendants,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 07-2638 JSW (EDL)<br>(Consolidated with Case No. C 07-2664 JSW)<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING CASE MANAGEMENT SCHEDULE** |

1    WHEREAS, at the Initial Case Management Conference held on August 17, 2007, the Court imposed a deadline of September 28, 2007 for the parties to amend their pleadings;

    WHEREAS, Plaintiffs and Counterdefendants Alpha & Omega Semiconductor, Inc., and Alpha & Omega Semiconductor, Ltd., (collectively, "AOS") filed an amended complaint pursuant to stipulation on September 28, 2007, alleging infringement of one additional patent (U.S. Patent No. 5,930,630), and Defendant and Counterclaimant Fairchild Semiconductor Corporation ("Fairchild") filed amended counterclaims pursuant to stipulation on that same date, alleging infringement of two additional patents (U.S. Patent Nos. 7,148,111 and 6,818,947);

    WHEREAS, the parties each previously served their Disclosure of Asserted Claims and Preliminary Infringement Contentions ("PICs") on August 31, 2007, and the three newly asserted patents will require the preparation and service of additional PICs for those patents;

    WHEREAS, the parties agree that an Amended Disclosure of Asserted Claims and Preliminary Infringement Contentions may be served by the parties on or before October 19, 2007, without prejudice to further amendment under Patent Local Rule 3-6, for patents asserted in their original pleadings;

    WHEREAS, pursuant to Civil Local Rule 6-2(a)(2), there have been no previous time modifications in this action subsequent to the Initial Case Management Conference; and

    WHEREAS, the parties believe that, in view of the assertion of the three new patents, good cause exists for the schedule adopted by the Court at the Initial Case Management Conference to be modified to impose new deadlines under the Patent Local Rules and to set a new date for the Claim Construction Hearing presently set for March 18, 2008;

    THE PARTIES HEREBY STIPULATE, by and through their respective counsel, and respectfully request that the Court modify the schedule set forth in the Initial Case Management Order as follows:

| Event | Prior Date | New Date |
|---|---|---|
| Amended Disclosure of Asserted Claims and Preliminary Infringement Contentions pursuant to Patent Local Rule 3-1 for patents asserted by the parties in their <u>original</u> pleadings. | None<br><br>(The parties served their Disclosures of Asserted Claims and Preliminary Infringement Contentions for the original patents on August 31, 2007) | October 19, 2007 |

**STIPULATION AND [PROPOSED] ORDER MODIFYING CASE MANAGEMENT SCHEDULE**   2
CASE NO. C 07-02638 JSW (EDL) (CONSOLIDATED WITH CASE NO. C 07-2664 JSW)

| | | |
|---|---|---|
| Disclosure of Asserted Claims and Preliminary Infringement Contentions pursuant to Patent Local Rule 3-1 and production of documents pursuant to Patent Local Rule 3-2 for patents <u>newly</u> asserted by the parties in their amended pleadings (U.S. Patent No. 5,930,630 for AOS, and U.S. Patents Nos. 7,148,111 and 6,818,947 for Fairchild). | None | October 29, 2007 |
| Preliminary Invalidity Contentions for all asserted patents pursuant to Patent Local Rule 3-3 and production of documents accompanying disclosure pursuant to Patent Local Rule 3-4. | October 14, 2007 (for originally asserted patents) | November 29, 2007 |
| Close of Claim Construction Discovery | January 14, 2008 | February 27, 2008 |
| Opening Claim Construction Briefs | February 1, 2008 | March 13, 2008 |
| Opposition Claim Construction Briefs | February 15, 2008 | March 27, 2008 |
| Reply Claim Construction Briefs | February 22, 2008 | April 7, 2008 |
| Claim Construction Tutorial | March 11, 2008 | May 20, 2008 at 2:00 p.m. |
| Claim Construction Hearing | March 18, 2008 | May 28, 2008 at 1:30 p.m. |

Dated: October 5, 2007        TOWNSEND AND TOWNSEND AND CREW LLP


By:   /s/ *Eric P. Jacobs*
        Eric P. Jacobs
Defendant and Counterclaimant
FAIRCHILD SEMICONDUCTOR CORPORATION


Dated: October 5, 2007        MORGAN, LEWIS & BOCKIUS LLP


By:   /s/ *Brett M. Schuman*
        Brett M. Schuman
Attorneys for Plaintiffs and Counterdefendants
ALPHA & OMEGA SEMICONDUCTOR, LTD., and
ALPHA & OMEGA SEMICONDUCTOR, INC.

1 **[PROPOSED] ORDER**

3    Pursuant to the parties' Stipulation, and good cause appearing therefor,

4    IT IS HEREBY ORDERED that the schedule set forth in the Court's Initial Case Management
5 Order is modified as set forth above.

6 DATED:  October 10, 2007

```
                                        _____
                                        HON. JEFFREY S. WHITE
                                        United States District Court Judge
```

61172035 v1