MORGAN, LEWIS & BOCKIUS LLP
Daniel Johnson, Jr. (State Bar No. 57409)
Brett M. Schuman (State Bar No. 189247)
Amy M. Spicer (State Bar No. 188399)
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: djjohnson@morganlewis.com
        bschuman@morganlewis.com
        aspicer@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Andrew J. Wu (State Bar No. 214442)
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: awu@morganlewis.com

Attorneys for Plaintiffs and Counterdefendants
ALPHA & OMEGA SEMICONDUCTOR, INC.
ALPHA & OMEGA SEMICONDUCTOR, LTD.

TOWNSEND AND TOWNSEND AND CREW LLP
Eric P. Jacobs (State Bar No. 88413)
Peter H. Goldsmith (State Bar No. 91294)
Robert A. McFarlane (State Bar No. 172650)
Igor Shoiket (State Bar No. 190066)
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111
Tel: 415.576.0200
Fax: 415.576.0300
E-mail: epjacobs@townsend.com
        phgoldsmith@townsend.com
        ramcfarlane@townsend.com
        ishoiket@townsend.com

Attorneys for Defendant and Counterclaimant
FAIRCHILD SEMICONDUCTOR CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>Plaintiffs and Counterdefendants,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 07-2638 JSW (EDL)<br>(Consolidated with Case No. C 07-2664 JSW)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PRIVILEGE LOG PRODUCTION** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-PA/3669757.1

STIPULATION AND [PROPOSED] ORDER RE: PRIVILEGE LOGS
C 07-2638 JSW (EDL) (CONSOLIDATED WITH C 07-2664 JSW)

**STIPULATION**

WHEREAS, Alpha & Omega Semiconductor, Inc., Alpha & Omega Semiconductor, Ltd. (collectively, "AOS") and Fairchild Semiconductor Corp. ("Fairchild") are parties to the above captioned matters;

WHEREAS, discovery matters in the above captioned matters have been referred to Magistrate Judge Elizabeth D. Laporte;

WHEREAS, pursuant to the Order Re Discovery Procedures (Docket No. 40) entered by Judge Laporte on September 28, 2007, (the "Order") the parties are required to produce privilege logs "no later than 14 days after the discovery responses are due";

WHEREAS, the parties have agreed to produce documents diligently and in good faith on a periodic, rolling basis;

WHEREAS, due to the rolling nature of the production, the parties agree that a reasonable interpretation of the Order would require each party to produce a privilege log within 14 days of the production of any corresponding batch of discovery from which any document(s) have been withheld, and would further require each party to fully supplement their privilege log on a periodic and rolling basis no later than 14 days after the production of each additional batch of discovery from which any document(s) have been withheld, with each party to produce a final privilege log not later than 14 days after the completion of that party's production;

IT IS THEREFORE STIPULATED by and between the parties, through their undersigned counsel of record, that each party be required to produce a privilege log within 14 days of the production of any corresponding batch of discovery from which any document(s) have been withheld, and that each party be further required to fully supplement their privilege log on a periodic and rolling basis no later than 14 days after the production of each additional batch of discovery from which any document(s) have been withheld, with each party to produce a final privilege log not later than 14 days after the completion of that party's production.

///
///
///

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-PA/3669757.1

STIPULATION AND [PROPOSED] ORDER RE: PRIVILEGE LOGS
C 07-2638 JSW (EDL) (CONSOLIDATED WITH C 07-2664 JSW)

1  IT IS SO AGREED AND STIPULATED.

Dated: October 15, 2007                MORGAN, LEWIS & BOCKIUS LLP


By:   /s/ Andrew J. Wu
      Andrew J. Wu
      Attorneys for Plaintiffs and
      Counterdefendants
      ALPHA & OMEGA SEMICONDUCTOR,
      LTD., AND ALPHA & OMEGA
      SEMICONDUCTOR, INC.


Dated: October 15, 2007                TOWNSEND AND TOWNSEND AND
                                       CREW LLP


By:   /s/ Igor Shoiket
      Igor Shoiket
      Attorneys for Defendant and
      Counterclaimant
      FAIRCHILD SEMICONDUCTOR
      CORPORATION

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-PA/3669757.1                      2       STIPULATION AND [PROPOSED] ORDER RE: PRIVILEGE
                                                                                      LOGS
                                            C 07-2638 JSW (EDL) (CONSOLIDATED WITH C 07-2664 JSW)

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation set forth above,

**IT IS SO ORDERED.**

Dated:   October 18, 2007



_____
HON. ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-PA/3669757.1     3     STIPULATION AND [PROPOSED] ORDER RE: PRIVILEGE LOGS
C 07-2638 JSW (EDL) (CONSOLIDATED WITH C 07-2664 JSW)

1  Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Andrew J.
2  Wu, attest that concurrence in the filing of this document has been obtained from each of the
3  other signatories.  I declare under penalty of perjury under the laws of the United States of
4  America that the foregoing is true and correct.  Executed this 15 day of October, 2007, at Palo
5  Alto.

            /s/ Andrew J. Wu
            Andrew J. Wu

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-PA/3669757.1         4         STIPULATION AND [PROPOSED] ORDER RE: PRIVILEGE LOGS
C 07-2638 JSW (EDL) (CONSOLIDATED WITH C 07-2664 JSW)