1   Daniel Johnson, Jr. (State Bar No. 57409)
    Brett M. Schuman (State Bar No. 189247)
2   Amy M. Spicer (State Bar No. 188399)
    **MORGAN, LEWIS & BOCKIUS LLP**
3   One Market, Spear Street Tower
    San Francisco, CA 94105-1126
4   Tel: 415.442.1000
    Fax: 415.442.1001
5   djjohnson@morganlewis.com
    bschuman@morganlewis.com
6   aspicer@morganlewis.com

7   ANDREW J. WU (State Bar No. 214442)
    **MORGAN, LEWIS & BOCKIUS LLP**
8   2 Palo Alto Square
    3000 El Camino Real, Suite 700
9   Palo Alto, CA 94306-2122
    Tel: 650.843.4000
10  Fax: 650.843.4001
    E-mail: awu@morganlewis.com
11
    Attorneys for Plaintiffs and Counterdefendants
12  ALPHA & OMEGA SEMICONDUCTOR, INC.
    ALPHA & OMEGA SEMICONDUCTOR, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 07-2638 JSW<br><br>**ALPHA & OMEGA SEMICONDUCTOR, INC.'S AND ALPHA & OMEGA SEMICONDUCTOR, LTD.'S REPLY AND AFFIRMATIVE DEFENSES TO FAIRCHILD'S FIRST AMENDED COUNTERCLAIMS**<br><br>**DEMAND FOR JURY TRIAL** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7614113.1

AOS'S REPLY TO
FIRST AMENDED COUNTERCLAIMS
C 07-2638 JSW

Alpha & Omega Semiconductor, Inc. ("AOS, Inc.") and Alpha & Omega Semiconductor, Ltd. ("AOS, Ltd.") (collectively, "AOS") respond to Fairchild Semiconductor Corp.'s ("Fairchild") first amended counterclaims as follows:

## JURISDICTION AND VENUE

1. AOS denies that it has infringed or now infringes the patents asserted against AOS in Fairchild's counterclaims. AOS admits, without admitting the validity of Fairchild's patent infringement claims, that Fairchild's counterclaims purport to state causes of action under the patent laws of the United States. AOS admits that this Court has subject matter jurisdiction over these purported claims under 28 U.S.C. §§ 1331, 1338(a), 2201 and 2202.

2. AOS admits, for the purpose of this action only, that venue is proper in this judicial district.

3. AOS admits, for the purpose of this action only, that this Court has personal jurisdiction.

## PARTIES

4. AOS lacks sufficient knowledge or information to admit or deny the allegations in paragraph 4.

5. AOS admits that AOS, Inc. is a corporation duly incorporated under the laws of the State of California with its principal place of business in Sunnyvale, California. AOS admits that AOS, Ltd. is a Bermuda corporation.

## FIRST COUNTERCLAIM

**(Declaratory Judgment of Non-Infringement)**

6. AOS realleges and incorporates by reference the responses stated in paragraphs 1-5 above.

7. AOS admits that it is the owner by assignment of U.S. Patent Numbers 5,907,776 (the "'776 patent") and 5,767,567 (the "'567 patent").

8. AOS admits that an actual and justiciable case or controversy exists between Fairchild on the one hand and AOS on the other. AOS admits that it has sued Fairchild alleging infringement of the '776 and '567 patents.

9.   AOS denies each and every allegation contained in paragraph 9.

10.   AOS admits that Fairchild purports to seek a judicial determination from this Court, but AOS denies that there is any basis for such a determination.

## SECOND COUNTERCLAIM

### (Declaratory Judgment of Invalidity)

11.   AOS realleges and incorporates by reference the responses stated in paragraphs 1-10 above.

12.   AOS admits that an actual and justiciable case or controversy exists between Fairchild on the one hand and AOS on the other. AOS admits that it has sued Fairchild alleging infringement of the '776 and '567 patents.

13.   AOS denies each and every allegation contained in paragraph 13.

14.   AOS admits that Fairchild purports to seek a judicial determination from this Court, but AOS denies that there is any basis for such a determination.

## THIRD COUNTERCLAIM

### (Infringement of United States Patent No. 6,429,481)

15.   AOS realleges and incorporates by reference the responses stated in paragraphs 1-5 above.

16.   AOS admits that the title page of United States Patent No. 6,429,481 (the "'481 patent") states on its face that the patent was issued on August 6, 2002. AOS admits that on its face, the '481 patent is entitled "Field Effect Transistor and Method of Its Manufacture." AOS admits that on its face the '481 patent lists "Fairchild Semiconductor Corporation" as its assignee. AOS admits that a copy of the '481 patent is attached to Fairchild's amended counterclaims as Exhibit A. AOS denies that the '481 was duly and legally issued. AOS lacks sufficient knowledge or information to admit or deny that Fairchild continues to hold all rights and interest in the '481 patent. AOS denies any and all remaining allegations of paragraph 16 of Fairchild's amended counterclaims.

17.   AOS denies that it has been or currently is directly or indirectly infringing or actively inducing or contributing to the infringement of the '481 patent. AOS denies any and all

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7614113.1                            3                      AOS'S REPLY TO
                                                          FIRST AMENDED COUNTERCLAIMS
                                                                 C 07-2638 JSW

1  remaining allegations of paragraph 17.

2      18.    AOS denies each and every allegation contained in paragraph 18.

3      19.    AOS denies each and every allegation contained in paragraph 19.

### FOURTH COUNTERCLAIM

**(Infringement of United States Patent No. 6,710,406)**

20. AOS realleges and incorporates by reference the responses stated in paragraphs 1-5 above.

21. AOS admits that the title page of United States Patent No. 6,710,406 (the "'406 patent") states on its face that the patent was issued on March 23, 2004. AOS admits that on its face, the '406 patent is entitled "Field Effect Transistor and Method of Its Manufacture." AOS admits that on its face the '406 patent lists "Fairchild Semiconductor Corporation" as its assignee. AOS admits that a copy of the '406 patent is attached to Fairchild's amended counterclaims as Exhibit B. AOS denies that the '406 was duly and legally issued. AOS lacks sufficient knowledge or information to admit or deny that Fairchild continues to hold all rights and interest in the '406 patent. AOS denies any and all remaining allegations of paragraph 21 of Fairchild's amended counterclaims.

22. AOS denies that it has been or currently is directly or indirectly infringing or actively inducing or contributing to the infringement of the '406 patent. AOS denies any and all remaining allegations of paragraph 22.

23. AOS denies each and every allegation contained in paragraph 23.

24. AOS denies each and every allegation contained in paragraph 24.

### FIFTH COUNTERCLAIM

**(Infringement of United States Patent No. 6,521,497)**

25. AOS realleges and incorporates by reference the answers stated in paragraphs 1-5 above.

26. AOS admits that the title page of United States Patent No. 6,521,497 (the "'497 patent") states on its face that the patent was issued on February 18, 2003. AOS admits that on its face, the '497 patent is entitled "Method of Manufacturing a Field Effect Transistor." AOS

1 admits that on its face the '497 patent lists "Fairchild Semiconductor Corporation" as its assignee. AOS admits that a copy of the '497 patent is attached to Fairchild's amended counterclaims as Exhibit C.  AOS denies that the '497 was duly and legally issued.  AOS lacks sufficient knowledge or information to admit or deny that Fairchild continues to hold all rights and interest in the '497 patent.  AOS denies any and all remaining allegations of paragraph 26 of Fairchild's amended counterclaims.

27. AOS denies that it has been or currently is directly or indirectly infringing or actively inducing or contributing to the infringement of the '497 patent.  AOS denies any and all remaining allegations of paragraph 27.

28. AOS denies each and every allegation contained in paragraph 28.

29. AOS denies each and every allegation contained in paragraph 29.

## SIXTH COUNTERCLAIM

**(Infringement of United States Patent No. 6,828,195)**

30. AOS realleges and incorporates by reference the answers stated in paragraphs 1-5 above.

31. AOS admits that the title page of United States Patent No. 6,828,195 (the "'195 patent") states on its face that the patent was issued on December 7, 2004.  AOS admits that on its face, the '195 patent is entitled "Method of Manufacturing a Trench Transistor Having a Heavy Body Region."  AOS admits that on its face the '195 patent lists "Fairchild Semiconductor Corporation" as its assignee.  AOS admits that a copy of the '195 patent is attached to Fairchild's amended counterclaims as Exhibit D.  AOS denies that the '195 was duly and legally issued.  AOS lacks sufficient knowledge or information to admit or deny that Fairchild continues to hold all rights and interest in the '195 patent.  AOS denies any and all remaining allegations of paragraph 31 of Fairchild's amended counterclaims.

32. AOS denies that it has been or currently is directly or indirectly infringing or actively inducing or contributing to the infringement of the '195 patent.  AOS denies any and all remaining allegations of paragraph 32.

33. AOS denies each and every allegation contained in paragraph 33.

34. AOS denies each and every allegation contained in paragraph 34.

## SEVENTH COUNTERCLAIM

### (Infringement of United States Patent No. 7,148,111)

35. AOS realleges and incorporates by reference the answers stated in paragraphs 1-5 above.

36. AOS admits that the title page of United States Patent No. 7,148,111 (the "'111 patent") states on its face that the patent was issued on December 12, 2006. AOS admits that on its face, the '111 patent is entitled "Method of Manufacturing a Trench Transistor Having a Heavy Body Region." AOS admits that on its face the '111 patent lists "Fairchild Semiconductor Corporation" as its assignee. AOS admits that a copy of the '111 patent is attached to Fairchild's amended counterclaims as Exhibit E. AOS denies that the '111 was duly and legally issued. AOS lacks sufficient knowledge or information to admit or deny that Fairchild continues to hold all rights and interest in the '111 patent. AOS denies any and all remaining allegations of paragraph 36 of Fairchild's amended counterclaims.

37. AOS denies that it has been or currently is directly or indirectly infringing or actively inducing or contributing to the infringement of the '111 patent. AOS denies any and all remaining allegations of paragraph 37.

38. AOS denies each and every allegation contained in paragraph 38.

39. AOS denies each and every allegation contained in paragraph 39.

## EIGHTH COUNTERCLAIM

### (Infringement of United States Patent No. 6,818,947)

40. AOS realleges and incorporates by reference the answers stated in paragraphs 1-5 above.

41. AOS admits that the title page of United States Patent No. 6,818,947 (the "'947 patent") states on its face that the patent was issued on November 16, 2004. AOS admits that on its face, the '947 patent is entitled "Buried Gate-Field Termination Structure." AOS admits that on its face the '947 patent lists "Fairchild Semiconductor Corporation" as its assignee. AOS admits that a copy of the '947 patent is attached to Fairchild's amended counterclaims as Exhibit

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7614113.1               6             AOS'S REPLY TO
                                    FIRST AMENDED COUNTERCLAIMS
                                    C 07-2638 JSW

F. AOS denies that the '947 was duly and legally issued. AOS lacks sufficient knowledge or information to admit or deny that Fairchild continues to hold all rights and interest in the '947 patent. AOS denies any and all remaining allegations of paragraph 41 of Fairchild's amended counterclaims.

42. AOS denies that it has been or currently is directly or indirectly infringing or actively inducing or contributing to the infringement of the '947 patent. AOS denies any and all remaining allegations of paragraph 42.

43. AOS denies each and every allegation contained in paragraph 43.

44. AOS denies each and every allegation contained in paragraph 44.

## AFFIRMATIVE AND OTHER DEFENSES

Further responding to Fairchild's amended counterclaims, AOS asserts the following defenses. AOS reserves the right to amend its response with additional defenses as further information is obtained.

## FIRST DEFENSE

### (Failure to State a Claim)

45. Fairchild's counterclaims fail to state a claim against AOS upon which relief may be granted.

## SECOND DEFENSE

### (Non-infringement of the Asserted Patents)

46. AOS has not infringed, contributed to the infringement of, or induced the infringement of any valid claim of the '481, '406, '497, '195, '111, or '947 patents, and is not liable for infringement thereof.

47. Any and all products AOS makes that are accused of infringement in this action have substantial uses that do not infringe and therefore cannot induce or contribute to the infringement of the '481, '406, '497, '195, '111, or '947 patents.

48. No product AOS makes, uses, offers to sell, or imports into the United States or process AOS uses to make AOS's products infringes the '481, '406, '497, '195, '111, or '947 patents.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7614113.1                     7                     AOS'S REPLY TO
                                                    FIRST AMENDED COUNTERCLAIMS
                                                         C 07-2638 JSW

## THIRD DEFENSE

### (Invalidity of the Asserted Patents)

49. AOS believes that, after a reasonable opportunity for further investigation or discovery, it will be able to demonstrate that one or more claims of the '481, '406, '497, '195, '111, and '947 patents are invalid for failing to comply with the provisions of the Patent Laws of the United States, including without limitation 35 U.S.C. §§ 102, 103, 112.

## FOURTH DEFENSE

### (Failure to Mark)

50. AOS believes that, after a reasonable opportunity for further investigation or discovery, it will be able to demonstrate that any claims for damages for alleged infringement are barred or limited due to failure to allege compliance with (and failure to comply with) the requirements of 35 U.S.C. § 287.

## FIFTH DEFENSE

### (Unavailability of Relief)

51. AOS believes that, after a reasonable opportunity for further investigation or discovery, it will be able to demonstrate that Fairchild has failed to plead and meet the requirements of 35 U.S.C. § 271(b) and (c) and that Fairchild is not entitled to any alleged damages prior to providing any actual notice to AOS of its claim of infringement of the '481, '406, '497, '195, '111, and/or '947 patents.

## SIXTH DEFENSE

### (Unavailability of Enhanced Damages)

52. AOS believes that, after a reasonable opportunity for further investigation or discovery, it will be able to demonstrate that Fairchild has failed to plead and meet the requirements of 35 U.S.C. § 284 for enhanced damages and is not entitled to any damages prior to providing any actual notice to AOS of the '481, '406, '497, '195, '111, and/or '947 patents.

## SEVENTH DEFENSE

### (Prosecution History Estoppel)

53. To the extent that Fairchild attempts to assert infringement under the doctrine of

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7614113.1       8       AOS'S REPLY TO
FIRST AMENDED COUNTERCLAIMS
C 07-2638 JSW

1  equivalents, AOS believes that, after a reasonable opportunity for further investigation or
2  discovery, it will be able to demonstrate that arguments and amendments contained in the
3  prosecution history will estop or bar any claims for alleged infringement.

**EIGHTH DEFENSE**

**(Laches/Prosecution Laches/Estoppel)**

6  54.  AOS believes that, after a reasonable opportunity for further investigation or
7  discovery, it will be able to demonstrate that any claims for alleged infringement are barred or
8  limited by the doctrine of laches, prosecution laches, and/or equitable estoppel.

**NINTH DEFENSE**

**(Adequate Remedy At Law)**

11  55.  AOS believes that, after a reasonable opportunity for further investigation or
12  discovery, it will be able to demonstrate that any claims for injunctive relief are barred in light of
13  the fact that Fairchild has an adequate remedy at law.

**TENTH DEFENSE**

**(Res Judicata / Collateral Estoppel)**

16  56.  Fairchild's amended counterclaims alleging infringement of the '481, '406, '497,
17  and '195 patents are barred because of the doctrines of res judicata and collateral estoppel.

**PRAYER FOR RELIEF**

19  WHEREFORE, AOS prays for the entry of judgment as follows:
20  A.  Dismissing with prejudice any and all of Fairchild's counterclaims and ordering
21  that Fairchild take nothing as a result;
22  B.  Awarding AOS its reasonable attorneys' fees, expenses and costs incurred in this
23  action;
24  C.  Granting AOS such other action and further relief as this Court may deem just and
25  proper, or that AOS may be entitled to as a matter of law or equity.
26  //
27  //
28  //

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7614113.1                                9                    AOS'S REPLY TO
                                                        FIRST AMENDED COUNTERCLAIMS
                                                                  C 07-2638 JSW

Dated: October 18, 2007                              MORGAN, LEWIS & BOCKIUS LLP


By  /s/ Daniel Johnson, Jr.
   Daniel Johnson, Jr.
   Attorneys Plaintiffs and Counterdefendants
   ALPHA & OMEGA SEMICONDUCTOR,
   LTD., AND ALPHA & OMEGA
   SEMICONDUCTOR, INC.


## **DEMAND FOR JURY TRIAL**

AOS hereby requests a trial by jury.

Dated: October 18, 2007                              MORGAN, LEWIS & BOCKIUS LLP


By  /s/ Daniel Johnson, Jr.
   Daniel Johnson, Jr.
   Attorneys for Plaintiffs and Counterdefendants
   ALPHA & OMEGA SEMICONDUCTOR,
   LTD., AND ALPHA & OMEGA
   SEMICONDUCTOR, INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7614113.1                                10                    AOS'S REPLY TO
                                                                FIRST AMENDED COUNTERCLAIMS
                                                                        C 07-2638 JSW