1  TOWNSEND AND TOWNSEND AND CREW LLP
   ERIC P. JACOBS (State Bar No. 88413), epjacobs@townsend.com
2  PETER H. GOLDSMITH (State Bar No. 91294), phgoldsmith@townsend.com
   ROBERT A. McFARLANE (State Bar No. 172650), ramcfarlane@townsend.com
3  IGOR SHOIKET (State Bar No. 190066), ishoiket@townsend.com
   Two Embarcadero Center, 8th Floor
4  San Francisco, California  94111
   Telephone:    (415) 576-0200
5  Facsimile:    (415) 576-0300

6  Attorneys for Defendant and Counterclaimant,
   FAIRCHILD SEMICONDUCTOR CORPORATION

7

8  MORGAN LEWIS & BOCKIUS LLP
   DANIEL JOHNSON, JR., (State Bar No. 57409), djjohnson@morganlewis.com
9  RITA E. TAUTKUS (State Bar No. 162090), retautkus@ morganlewis.com
   BRETT M. SCHUMAN ((State Bar No. 189247), bschuman@ morganlewis.com
10 One Market Street, Spear Street Tower
   San Francisco, CA 94105-1126
11 Telephone:    (415) 442-1000
   Facsimile:    (415) 442-1001
12
   ANDREW J. WU (State Bar No. 214442), awu@ morganlewis.com
13 2 Palo Alto Square
   3000 El Camino Real, Suite 700
14 Palo Alto, CA  94306-2122
   Telephone:    (650) 843-4000
15 Facsimile:    (415) 843-4000

16 Attorneys for Plaintiffs and Counterdefendants,
   ALPHA & OMEGA SEMICONDUCTOR, LTD.
17 ALPHA & OMEGA SEMICONDUCTOR, INC.

18                UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
19                      SAN FRANCISCO DIVISION

20

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>Plaintiffs and Counterdefendants,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 07-2638 JSW (EDL)<br>(Consolidated with Case No. C 07-2664 JSW)<br><br>**STIPULATION AND [PROPOSED] ORDER RE: FILING OF SECOND AMENDED COUNTERCLAIMS FOR PATENT INFRINGEMENT AND DECLARATORY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel of record that Defendant and Counterclaimant Fairchild Semiconductor Corp. ("Fairchild") may file with its Answer to First Amended Complaint, Second Amended Counterclaims For Patent Infringement and Declaratory Judgment, a copy of which is attached hereto as Exhibit A.

DATED: October 18, 2007    Respectfully submitted,

By: /s/ Eric P. Jacobs
Eric P. Jacobs
Peter H. Goldsmith
Robert A. McFarlane
Igor Shoiket
TOWNSEND AND TOWNSEND AND CREW LLP
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

Attorneys for Defendant and Counterclaimant
FAIRCHILD SEMICONDUCTOR CORP.

DATED: October 18, 2007

By: /s/ Andrew J. Wu
Andrew J. Wu
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Telephone:    (650) 843-4000
Facsimile:    (415) 843-4000

Daniel Johnson, Jr.
Rita E. Tautkus
Amy M. Spicer
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, California 94105

Attorneys for Plaintiffs and Counterdefendants
ALPHA & OMEGA SEMICONDUCTOR, INC.
ALPHA & OMEGA SEMICONDUCTOR, LTD.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: October ___, 2007    By: _____
The Honorable Jeffrey S. White
United States District Court Judge

| | |
|---|---|
| 1 | **GENERAL ORDER ATTESTATION** |
| 2 | I, Eric P. Jacobs, am the ECF user whose ID and password are being used to file this |
| 3 | **STIPULATION AND [PROPOSED] ORDER RE: FILING OF SECOND AMENDED** |
| 4 | **COUNTERCLAIMS FOR PATENT INFRINGEMENT AND DECLARATORY JUDGMENT**. |
| 5 | In compliance with General Order 45, X.B., I hereby attest that Andrew J. Wu has concurred in this |
| 6 | filing. |

*/s/ Eric P. Jacobs*
Eric P. Jacobs

61185637 v1