1   TOWNSEND AND TOWNSEND AND CREW LLP
    ERIC P. JACOBS (State Bar No. 88413), epjacobs@townsend.com
2   PETER H. GOLDSMITH (State Bar No. 91294), phgoldsmith@townsend.com
    ROBERT A. McFARLANE (State Bar No. 172650), ramcfarlane@townsend.com
3   IGOR SHOIKET (State Bar No. 190066), ishoiket@townsend.com
    Two Embarcadero Center, 8th Floor
4   San Francisco, California  94111
    Telephone:    (415) 576-0200
5   Facsimile:    (415) 576-0300

6   Attorneys for Defendant and Counterclaimant,
    FAIRCHILD SEMICONDUCTOR CORPORATION

7

8   MORGAN LEWIS & BOCKIUS LLP
    DANIEL JOHNSON, JR., (State Bar No. 57409), djjohnson@morganlewis.com
9   RITA E. TAUTKUS (State Bar No. 162090), retautkus@ morganlewis.com
    BRETT M. SCHUMAN ((State Bar No. 189247), bschuman@ morganlewis.com
10  One Market Street, Spear Street Tower
    San Francisco, CA 94105-1126
11  Telephone:    (415) 442-1000
    Facsimile:    (415) 442-1001
12
    ANDREW J. WU (State Bar No. 214442), awu@ morganlewis.com
13  2 Palo Alto Square
    3000 El Camino Real, Suite 700
14  Palo Alto, CA  94306-2122
    Telephone:    (650) 843-4000
15  Facsimile:    (415) 843-4000

16  Attorneys for Plaintiffs and Counterdefendants,
    ALPHA & OMEGA SEMICONDUCTOR, LTD.
17  ALPHA & OMEGA SEMICONDUCTOR, INC.

18              UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
19                 SAN FRANCISCO DIVISION

20
    ALPHA & OMEGA SEMICONDUCTOR,          Case No. C 07-2638 JSW (EDL)
21  INC., a California corporation; and       (Consolidated with Case No. C 07-2664 JSW)
    ALPHA & OMEGA SEMICONDUCTOR,
22  LTD., a Bermuda corporation,          **STIPULATION AND [PROPOSED]
                                          ORDER RE: FILING OF SECOND
23       Plaintiffs and Counterdefendants,    AMENDED COUNTERCLAIMS FOR
                                          PATENT INFRINGEMENT AND
24          v.                           DECLARATORY JUDGMENT**

25  FAIRCHILD SEMICONDUCTOR
    CORPORATION, a Delaware corporation,
26       Defendant and Counterclaimant.

27  ─────────────────────────────

28  AND RELATED COUNTERCLAIMS.

IT IS HEREBY STIPULATED by and between the parties hereto through their respective

counsel of record that Defendant and Counterclaimant Fairchild Semiconductor Corp. ("Fairchild")

may file with its Answer to First Amended Complaint, Second Amended Counterclaims For Patent

Infringement and Declaratory Judgment, a copy of which is attached hereto as Exhibit A.

DATED:  October 18, 2007    Respectfully submitted,


By:  /s/  Eric P. Jacobs
      Eric P. Jacobs
      Peter H. Goldsmith
      Robert A. McFarlane
      Igor Shoiket
      TOWNSEND AND TOWNSEND AND CREW LLP
      Two Embarcadero Center, 8th Floor
      San Francisco, California  94111
      Telephone:  (415) 576-0200
      Facsimile:   (415) 576-0300

      Attorneys for Defendant and Counterclaimant
      FAIRCHILD SEMICONDUCTOR CORP.

DATED:  October 18, 2007


By:  /s/  Andrew J. Wu
      Andrew J. Wu
      MORGAN, LEWIS & BOCKIUS LLP
      2 Palo Alto Square
      3000 El Camino Real, Suite 700
      Palo Alto, CA 94306-2122
      Telephone:         (650) 843-4000
      Facsimile:          (415) 843-4000

      Daniel Johnson, Jr.
      Rita E. Tautkus
      Amy M. Spicer
      MORGAN, LEWIS & BOCKIUS LLP
      One Market, Spear Street Tower
      San Francisco, California  94105

      Attorneys for Plaintiffs and Counterdefendants
      ALPHA & OMEGA SEMICONDUCTOR, INC.
      ALPHA & OMEGA SEMICONDUCTOR, LTD.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  October 23, 2007        By: _____
      The Honorable Jeffrey S. White
      United States District Court Judge

**GENERAL ORDER ATTESTATION**

I, Eric P. Jacobs, am the ECF user whose ID and password are being used to file this

**STIPULATION AND [PROPOSED] ORDER RE: FILING OF SECOND AMENDED**

**COUNTERCLAIMS FOR PATENT INFRINGEMENT AND DECLARATORY JUDGMENT**.

In compliance with General Order 45, X.B., I hereby attest that Andrew J. Wu has concurred in this

filing.

                                        /s/ Eric P. Jacobs
                                        Eric P. Jacobs

61185637 v1