**FIGURE AO4410-1**



**ALPHA & OMEGA**
*SEMICONDUCTOR*

### AO4410

## N-Channel Enhancement Mode Field Effect Transistor



| General Description | Features |
|---|---|
| The AO4410 uses advanced trench technology to provide excellent $R_{DS(ON)}$, shoot-through immunity, body diode characteristics and ultra-low gate resistance. This device is ideally suited for use as a low side switch in Notebook CPU core power conversion. *Standard product AO4410 is Pb-free (meets ROHS & Sony 259 specifications).* | $V_{DS}$ (V) = 30V<br>$I_D$ = 18A    $(V_{GS}$ = 10V)<br>$R_{DS(ON)}$ < 5.5mΩ $(V_{GS}$ = 10V)<br>$R_{DS(ON)}$ < 6.2mΩ $(V_{GS}$ = 4.5V)<br><br>***UIS TESTED!***<br>***Rg, Ciss, Coss, Crss Tested*** |



SOIC-8



**Absolute Maximum Ratings** $T_A$=25°C unless otherwise noted

| Parameter | | Symbol | Maximum | Units |
|---|---|---|---|---|
| Drain-Source Voltage | | $V_{DS}$ | 30 | V |
| Gate-Source Voltage | | $V_{GS}$ | ±12 | V |
| Continuous Drain | $T_A$=25°C | $I_D$ | 18 | A |
| Current [AF] | $T_A$=70°C | | 15 | |
| Pulsed Drain Current [B] | | $I_{DM}$ | 80 | |
| Power Dissipation | $T_A$=25°C | $P_D$ | 3 | W |
| | $T_A$=70°C | | 2.1 | |
| Avalanche Current [B] | | $I_{AR}$ | 30 | A |
| Repetitive avalanche energy 0.3mH [B] | | $E_{AR}$ | 135 | mJ |
| Junction and Storage Temperature Range | | $T_J$, $T_{STG}$ | -55 to 150 | °C |

**Thermal Characteristics**

| Parameter | | Symbol | Typ | Max | Units |
|---|---|---|---|---|---|
| Maximum Junction-to-Ambient [A] | t ≤ 10s | $R_{\theta JA}$ | 31 | 40 | °C/W |
| Maximum Junction-to-Ambient [A] | Steady-State | | 59 | 75 | °C/W |
| Maximum Junction-to-Lead [C] | Steady-State | $R_{\theta JL}$ | 16 | 24 | °C/W |

AOS Datasheet for AO4410

**FIGURE AO4410-2**



Package Marking for AO4410

**FIGURE AO4410-3**



E (doped heavy body)

C (source junctions (regions))

G (dielectric layer)

B (trench filled with doped polysilicon)

F (epitaxial layer)

A (substrate)

D (doped well)

Scanning Electron Microscopy Image of Cross-Section of MOSFET Array for AO4410

**FIGURE AO4410-4**



Scanning Capacitance Microscopy Image of Cross-Section of MOSFET Array for AO4410

**FIGURE AO4410-5**



Secondary Ion Mass Spectroscopy Data for Boron, Arsenic, and Oxygen in MOSFET Array for AO4410

**FIGURE AO4410-6**

A (Field Termination
Structure)



Scanning Electron Microscopy Image of Layout of MOSFET at Die Edge for AO4410

**FIGURE AO4413A-1**

 **ALPHA & OMEGA**
SEMICONDUCTOR

## AO4413A
### P-Channel Enhancement Mode Field Effect Transistor



### General Description

The AO4413A uses advanced trench technology to provide excellent $R_{DS(ON)}$, and ultra-low low gate charge with a 25V gate rating. This device is suitable for use as a load switch or in PWM applications. *Standard product AO4413A is Pb-free (meets ROHS & Sony 259 specifications). AO4413AL is a Green Product ordering option. AO4413A and AO4413AL are electrically identical.*

### Features

$V_{DS} (V) = -30V$
$I_D = -15A$    $(V_{GS} = -10V)$
$R_{DS(ON)} < 7m\Omega$    $(V_{GS} = -20V)$
$R_{DS(ON)} < 8.5m\Omega$ $(V_{GS} = -10V)$



SOIC-8
Top View



**Absolute Maximum Ratings** $T_A$=25°C unless otherwise noted

| Parameter | | Symbol | Maximum | Units |
|---|---|---|---|---|
| Drain-Source Voltage | | $V_{DS}$ | -30 | V |
| Gate-Source Voltage | | $V_{GS}$ | ±25 | V |
| Continuous Drain Current [A] [B] | $T_A$=25°C | $I_D$ | -15 | A |
| | $T_A$=70°C | | -12.8 | |
| Pulsed Drain Current [B] | | $I_{DM}$ | -80 | |
| Power Dissipation [A] | $T_A$=25°C | $P_D$ | 3 | W |
| | $T_A$=70°C | | 2.1 | |
| Junction and Storage Temperature Range | | $T_J$, $T_{STG}$ | -55 to 150 | °C |

**Thermal Characteristics**

| Parameter | | Symbol | Typ | Max | Units |
|---|---|---|---|---|---|
| Maximum Junction-to-Ambient [A] | t ≤ 10s | $R_{\theta JA}$ | 32 | 40 | °C/W |
| Maximum Junction-to-Ambient [A] | Steady-State | | 62 | 75 | °C/W |
| Maximum Junction-to-Lead [C] | Steady-State | $R_{\theta JL}$ | 18 | 24 | °C/W |

AOS Datasheet for AO4413A

# FIGURE AO4413A-2



Package Marking for AO4413A

**FIGURE AO4413A-3**



E (doped heavy body)

C (source junctions (regions))

B (trench filled with doped polysilicon)

G (dielectric layer)

F (epitaxial layer)

A (substrate)

D (doped well)

Scanning Electron Microscopy Image of Cross-Section of MOSFET Array for AO4413A

**FIGURE AO4413A-4**



E (doped heavy body)    C (source junctions (regions))    B (trench filled with doped polysilicon)

G (dielectric layer)

F (epitaxial layer)

A (substrate)

D (doped well)

Scanning Capacitance Microscopy Image of Cross-Section of MOSFET Array for AO4413A

**FIGURE AO4413A-5**



Secondary Ion Mass Spectroscopy Data for Boron, Phosphorus, and Oxygen in MOSFET Array for AO4413A

**FIGURE AO4413A-6**



A (Field Termination
Structure)

Scanning Electron Microscopy Image of Layout of MOSFET at Die Edge for AO4413A

**FIGURE AO4422-1**



**ALPHA & OMEGA**
SEMICONDUCTOR, LTD.

Rev 3: Nov 2004

## AO4422, AO4422L ( Green Product )
## N-Channel Enhancement Mode Field Effect Transistor

### General Description

The AO4422 uses advanced trench technology to provide excellent $R_{DS(ON)}$ and low gate charge. This device is suitable for use as a load switch or in PWM applications. The source leads are separated to allow a Kelvin connection to the source, which may be used to bypass the source inductance. AO4422L (Green Product ) is offered in a lead-free package.

### Features

$V_{DS}$ (V) = 30V
$I_D$ = 11A
$R_{DS(ON)} < 15m\Omega$ ($V_{GS}$ = 10V)
$R_{DS(ON)} < 24m\Omega$ ($V_{GS}$ = 4.5V)



SOIC-8



### Absolute Maximum Ratings  $T_A$=25°C unless otherwise noted

| Parameter | | Symbol | Maximum | Units |
|---|---|---|---|---|
| Drain-Source Voltage | | $V_{DS}$ | 30 | V |
| Gate-Source Voltage | | $V_{GS}$ | ±20 | V |
| Continuous Drain Current [A] | $T_A$=25°C | $I_D$ | 11 | A |
| | $T_A$=70°C | | 9.3 | |
| Pulsed Drain Current [B] | | $I_{DM}$ | 50 | |
| Power Dissipation | $T_A$=25°C | $P_D$ | 3 | W |
| | $T_A$=70°C | | 2.1 | |
| Junction and Storage Temperature Range | | $T_J$, $T_{STG}$ | -55 to 150 | °C |

### Thermal Characteristics

| Parameter | | Symbol | Typ | Max | Units |
|---|---|---|---|---|---|
| Maximum Junction-to-Ambient [A] | t ≤ 10s | $R_{\theta JA}$ | 31 | 40 | °C/W |
| Maximum Junction-to-Ambient [A] | Steady-State | | 59 | 75 | °C/W |
| Maximum Junction-to-Lead [C] | Steady-State | $R_{\theta JL}$ | 16 | 24 | °C/W |

AOS Datasheet for AO4422

**FIGURE AO4422-2**



Package Marking for AO4422

### FIGURE AO4422-3



E (doped heavy body)    C (source junctions (regions))

G (dielectric layer)

B (trench filled with doped polysilicon)

F (epitaxial layer)

A (substrate)

102320  5.0  kV  X20.0K  1.50μm

D (doped well)

Scanning Electron Microscopy Image of Cross-Section of MOSFET Array for AO4422

**FIGURE AO4422-4**



Scanning Capacitance Microscopy Image of Cross-Section of MOSFET Array for AO4422

**FIGURE AO4422-5**



Secondary Ion Mass Spectroscopy Data for Boron, Arsenic, and Oxygen in MOSFET Array for AO4422

**FIGURE AO4422-6**



A (Field Termination Structure)

Scanning Electron Microscopy Image of Layout of MOSFET at Die Edge for AO4422

**FIGURE AO4468-1**

 **ALPHA & OMEGA**
*SEMICONDUCTOR*

**AO4468**

**N-Channel Enhancement Mode Field Effect Transistor**



### General Description

The AO4468 uses advanced trench technology to provide excellent $R_{DS(ON)}$ and low gate charge. This device is suitable for use as a load switch or in PWM applications. The source leads are separated to allow a Kelvin connection to the source, which may be used to bypass the source inductance. *Standard Product AO4468 is Pb-free (meets ROHS & Sony 259 specifications).*

### Features

$V_{DS}$ (V) = 30V

$I_D$ = 11.6A    ($V_{GS}$ = 10V)

$R_{DS(ON)}$ < 14m$\Omega$    ($V_{GS}$ = 10V)

$R_{DS(ON)}$ < 22m$\Omega$    ($V_{GS}$ = 4.5V)

*UIS Tested*
*Rg,Ciss,Coss,Crss Tested*



SOIC-8



**Absolute Maximum Ratings** $T_A$=25°C unless otherwise noted

| Parameter | | Symbol | Maximum | Units |
|---|---|---|---|---|
| Drain-Source Voltage | | $V_{DS}$ | 30 | V |
| Gate-Source Voltage | | $V_{GS}$ | ±20 | V |
| Continuous Drain Current [A] | $T_A$=25°C | $I_D$ | 11.6 | A |
| | $T_A$=70°C | | 9.2 | |
| Pulsed Drain Current [B] | | $I_{DM}$ | 50 | |
| Avalanche Current [F] | | $I_{AR}$ | 16 | A |
| Repetitive avalanche energy L=0.3mH [F] | | $E_{AR}$ | 38 | mJ |
| Power Dissipation | $T_A$=25°C | $P_D$ | 3.1 | W |
| | $T_A$=70°C | | 2 | |
| Junction and Storage Temperature Range | | $T_J$, $T_{STG}$ | -55 to 150 | °C |

**Thermal Characteristics**

| Parameter | | Symbol | Typ | Max | Units |
|---|---|---|---|---|---|
| Maximum Junction-to-Ambient [A] | t ≤ 10s | $R_{\theta JA}$ | 31 | 40 | °C/W |
| Maximum Junction-to-Ambient [A] | Steady-State | | 59 | 75 | °C/W |
| Maximum Junction-to-Lead [C] | Steady-State | $R_{\theta JL}$ | 16 | 24 | °C/W |

**FIGURE AO4468-2**



Package Marking for AO4468

**FIGURE AO4468-3**



E (doped heavy body)

C (source junctions (regions))

G (dielectric layer)

B (trench filled with doped polysilicon)

F (epitaxial layer)

A (substrate)

125140 5.0 kV X20.0K 1.50μm

D (doped well)

Scanning Electron Microscopy Image of Cross-Section of MOSFET Array for AO4468

**FIGURE AO4468-4**



Scanning Capacitance Microscopy Image of Cross-Section of MOSFET Array for AO4468

**FIGURE AO4468-5**

implant
steps for
forming
heavy body



abrupt junction

Secondary Ion Mass Spectroscopy Data for Boron, Arsenic, and Oxygen in MOSFET Array for AO4468

**FIGURE AO4468-6**



A (Field Termination Structure)

Scanning Electron Microscopy Image of Layout of MOSFET at Die Edge for AO4468

**FIGURE AO4704-1**



**ALPHA & OMEGA**
SEMICONDUCTOR, LTD

## AO4704
## N-Channel Enhancement Mode Field Effect Transistor with Schottky Diode



### General Description

The AO4704 uses advanced trench technology to provide excellent $R_{DS(ON)}$, shoot-through immunity and body diode characteristics. This device is suitable for use as a synchronous switch in PWM applications. The co-packaged Schottky Diode boosts efficiency further. AO4704 is Pb-free (meets ROHS & Sony 259 specifications).

### Features

$V_{DS}$ (V) = 30V
$I_D$ = 13 A
$R_{DS(ON)}$ < 11.5mΩ ($V_{GS}$ = 10V)
$R_{DS(ON)}$ < 13mΩ ($V_{GS}$ = 4.5V)

**SCHOTTKY**
$V_{DS}$ (V) = 30V, $I_F$ = 3A, $V_F$<0.5V@1A

*UIS TESTED!*
*Rg,Ciss,Coss,Crss Tested*

### SOIC-8



S/A ⊏ 1    8 ⊐ D/K
S/A ⊏ 2    7 ⊐ D/K
S/A ⊏ 3    6 ⊐ D/K
G ⊏ 4      5 ⊐ D/K



**Absolute Maximum Ratings** $T_A$=25°C unless otherwise noted

| Parameter | | Symbol | MOSFET | Schottky | Units |
|---|---|---|---|---|---|
| Drain-Source Voltage | | $V_{DS}$ | 30 | | V |
| Gate-Source Voltage | | $V_{GS}$ | ±12 | | V |
| Continuous Drain Current[AF] | $T_A$=25°C | $I_D$ | 13 | | A |
| | $T_A$=70°C | | 10.4 | | |
| Pulsed Drain Current[B] | | $I_{DM}$ | 40 | | |
| Schottky reverse voltage | | $V_{KA}$ | | 30 | V |
| Continuous Forward Current[AF] | $T_A$=25°C | $I_F$ | | 4.4 | A |
| | $T_A$=70°C | | | 3.2 | |
| Pulsed Diode Forward Current[B] | | $I_{FM}$ | | 30 | |
| Power Dissipation | $T_A$=25°C | $P_D$ | 3.1 | 3.1 | W |
| | $T_A$=70°C | | 2 | 2 | |
| Avalanche Current[B] | | $I_{AR}$ | 20 | | A |
| Repetitive avalanche energy 0.3mH[B] | | $E_{AR}$ | 60 | | mJ |
| Junction and Storage Temperature Range | | $T_J$, $T_{STG}$ | -55 to 150 | -55 to 150 | °C |

**FIGURE AO4704-2**



Package Marking for AO4704

**FIGURE AO4704-3**



E (doped heavy body)

C (source junctions (regions))

G (dielectric layer)

B (trench filled with doped polysilicon)

F (epitaxial layer)

A (substrate)

D (doped well)

Scanning Electron Microscopy Image of Cross-Section of MOSFET Array for AO4704

**FIGURE AO4704-4**



Scanning Capacitance Microscopy Image of Cross-Section of MOSFET Array for AO4704

**FIGURE AO4704-5**



Secondary Ion Mass Spectroscopy Data for Boron, Arsenic, and Oxygen in MOSFET Array for AO4704

**FIGURE AO4704-6**



A (Field Termination Structure)

Scanning Electron Microscopy Image of Layout of MOSFET at Die Edge for AO4704

## FIGURE AO4812-1

 **ALPHA & OMEGA**
**SEMICONDUCTOR**



### AO4812
### Dual N-Channel Enhancement Mode Field Effect Transistor

| General Description | Features |
|---|---|
| The AO4812 uses advanced trench technology to provide excellent $R_{DS(ON)}$ and low gate charge. The two MOSFETs make a compact and efficient switch and synchronous rectifier combination for use in buck converters. AO4812 is Pb-free (*meets ROHS & Sony 259 specifications*). | $V_{DS}$ (V) = 30V<br>$I_D$ = 6.9A ($V_{GS}$ = 10V)<br>$R_{DS(ON)}$ < 28mΩ ($V_{GS}$ = 10V)<br>$R_{DS(ON)}$ < 42mΩ ($V_{GS}$ = 4.5V)<br><br>*UIS TESTED!*<br>*Rg,Ciss,Coss,Crss Tested* |





SOIC-8





**Absolute Maximum Ratings** $T_A$=25°C unless otherwise noted

| Parameter | | Symbol | Maximum | Units |
|---|---|---|---|---|
| Drain-Source Voltage | | $V_{DS}$ | 30 | V |
| Gate-Source Voltage | | $V_{GS}$ | ±20 | V |
| Continuous Drain | $T_A$=25°C | $I_D$ | 6.9 | A |
| Current $^{AF}$ | $T_A$=70°C | | 5.8 | |
| Pulsed Drain Current$^D$ | | $I_{DM}$ | 30 | |
| Power Dissipation | $T_A$=25°C | $P_D$ | 2 | W |
| | $T_A$=70°C | | 1.44 | |
| Avalanche Current$^B$ | | $I_{AR}$ | 15 | A |
| Repetitive avalanche energy 0.3mH$^B$ | | $E_{AR}$ | 34 | mJ |
| Junction and Storage Temperature Range | | $T_J$, $T_{STG}$ | -55 to 150 | °C |

| Thermal Characteristics | | | | | |
|---|---|---|---|---|---|
| Parameter | | Symbol | Typ | Max | Units |
| Maximum Junction-to-Ambient$^A$ | t ≤ 10s | $R_{θJA}$ | 48 | 62.5 | °C/W |
| Maximum Junction-to-Ambient$^A$ | Steady-State | | 74 | 110 | °C/W |
| Maximum Junction-to-Lead$^C$ | Steady-State | $R_{θJL}$ | 35 | 40 | °C/W |

AOS Datasheet for AO4812

**FIGURE AO4812-2**



Package Marking for AO4812

**FIGURE AO4812-3**



E (doped heavy body)

C (source junctions (regions))

G (dielectric layer

B (trench filled
with doped
polysilicon)

F (epitaxial layer)

A (substrate)

D (doped well)

Scanning Electron Microscopy Image of Cross-Section of MOSFET Array for AO4812

**FIGURE AO4812-4**



Scanning Capacitance Microscopy Image of Cross-Section of MOSFET Array for AO4812

**FIGURE AO4812-5**



Secondary Ion Mass Spectroscopy Data for Boron, Arsenic, and Phosphorus in MOSFET Array for AO4812

**FIGURE AO4812-6**



A (Field Termination
Structure)

Scanning Electron Microscopy Image of Layout of MOSFET at Die Edge for AO4812