**FIGURE AO4914-1**



**ALPHA & OMEGA**
*SEMICONDUCTOR*

**AO4914**
**Dual N-Channel Enhancement Mode Field Effect Transistor with Schottky Diode**



## General Description

The AO4914 uses advanced trench technology to provide excellent $R_{DS(ON)}$ and low gate charge. The two MOSFETs make a compact and efficient switch and synchronous rectifier combination for use in DC-DC converters. A Schottky diode is co-packaged in parallel with the synchronous MOSFET to boost efficiency further. Standard product AO4914 is Pb-free (meets ROHS & Sony 259 specifications).

## Features

|  | Q1 | Q2 |
|---|---|---|
| $V_{DS}$ (V) = | 30V | 30V |
| $I_D$ = 8.5A ($V_{GS}$ = 10V) | | $I_D$ = 8.5A ($V_{GS}$ = 10V) |
| $R_{DS(ON)}$ < 18mΩ | <18mΩ | ($V_{GS}$ = 10V) |
| $R_{DS(ON)}$ < 28mΩ | <28mΩ | ($V_{GS}$ = 4.5V) |

**SCHOTTKY**
$V_{DS}$ (V) = 30V, $I_F$ = 3A, $V_F$<0.5V@1A

*UIS TESTED!*
*Rg,Ciss,Coss,Crss Tested*



| S1/A | 1 | 8 | D1/K |
| G1 | 2 | 7 | D1/K |
| S2 | 3 | 6 | D2 |
| G2 | 4 | 5 | D2 |

SOIC-8



**Absolute Maximum Ratings** $T_A$=25°C unless otherwise noted

| Parameter | | Symbol | Max Q1 | Max Q2 | Units |
|---|---|---|---|---|---|
| Drain-Source Voltage | | $V_{DS}$ | 30 | 30 | V |
| Gate-Source Voltage | | $V_{GS}$ | ±20 | ±20 | V |
| Continuous Drain Current[A,F] | $T_A$=25°C | $I_D$ | 8.5 | 8.5 | A |
| | $T_A$=70°C | | 6.6 | 6.6 | |
| Pulsed Drain Current[B] | | $I_{DM}$ | 30 | 30 | |
| Power Dissipation[B] | $T_A$=25°C | $P_D$ | 2 | 2 | W |
| | $T_A$=70°C | | 1.28 | 1.28 | |
| Avalanche Current[C] | | $I_{AR}$ | 17 | 17 | A |
| Repetitive avalanche energy 0.3nH[C] | | $E_{AR}$ | 43 | 43 | mJ |
| Junction and Storage Temperature Range | | $T_J$, $T_{STG}$ | -55 to 150 | -55 to 150 | °C |

| Parameter | | Symbol | Maximum Schottky | Units |
|---|---|---|---|---|
| Reverse Voltage | | $V_{DS}$ | 30 | V |
| Continuous Forward Current[A,F] | $T_A$=25°C | $I_F$ | 3 | A |
| | $T_A$=70°C | | 2.2 | |
| Pulsed Diode Forward Current[B] | | $I_{FM}$ | 20 | |
| Power Dissipation[A] | $T_A$=25°C | $P_D$ | 2 | W |
| | $T_A$=70°C | | 1.39 | |
| Junction and Storage Temperature Range | | $T_J$, $T_{STG}$ | -55 to 150 | °C |

**FIGURE AO4914-2**



Package Marking for AO4914

**FIGURE AO4914-3**



Scanning Electron Microscopy Image of Cross-Section of MOSFET Array for AO4914

**FIGURE AO4914-4**



Scanning Capacitance Microscopy Image of Cross-Section of MOSFET Array for AO4914

**FIGURE AO4914-5**



Secondary Ion Mass Spectroscopy Data for Boron, Arsenic, and Oxygen in MOSFET Array for AO4914

**FIGURE AO4914-6**



A (Field Termination Structure)

Scanning Electron Microscopy Image of Layout of MOSFET at Die Edge for AO4914

**FIGURE AO6402-1**



# ALPHA & OMEGA
## SEMICONDUCTOR

### AO6402
### N-Channel Enhancement Mode Field Effect Transistor



| General Description | Features |
|---|---|
| The AO6402 uses advanced trench technology to provide excellent $R_{DS(ON)}$ and low gate charge. This device may be used as a load switch or in PWM applications. *Standard Product AO6402 is Pb-free (meets ROHS & Sony 259 specifications).* | $V_{DS}$ (V) = 30V<br>$I_D$ = 6.9A  ($V_{GS}$ = 10V)<br>$R_{DS(ON)}$ < 28mΩ ($V_{GS}$ = 10V)<br>$R_{DS(ON)}$ < 42mΩ ($V_{GS}$ = 4.5V)<br><br>*Rg,Ciss,Coss,Crss Tested* |

TSOP-6
Top View

D ⊏ 1   6 ⊐ D
D ⊏ 2   5 ⊐ D
G ⊏ 3   4 ⊐ S



**Absolute Maximum Ratings  $T_A$=25°C unless otherwise noted**

| Parameter | | Symbol | Maximum | Units |
|---|---|---|---|---|
| Drain-Source Voltage | | $V_{DS}$ | 30 | V |
| Gate-Source Voltage | | $V_{GS}$ | ±20 | V |
| Continuous Drain Current [A] | $T_A$=25°C | $I_D$ | 6.9 | A |
| | $T_A$=70°C | | 5.8 | |
| Pulsed Drain Current [B] | | $I_{DM}$ | 20 | |
| Power Dissipation | $T_A$=25°C | $P_D$ | 2 | W |
| | $T_A$=70°C | | 1.44 | |
| Junction and Storage Temperature Range | | $T_J$, $T_{STG}$ | -55 to 150 | °C |

**Thermal Characteristics**

| Parameter | | Symbol | Typ | Max | Units |
|---|---|---|---|---|---|
| Maximum Junction-to-Ambient [A] | t ≤ 10s | $R_{\theta JA}$ | 48 | 62.5 | °C/W |
| Maximum Junction-to-Ambient [A] | Steady-State | | 74 | 110 | °C/W |
| Maximum Junction-to-Lead [C] | Steady-State | $R_{\theta JL}$ | 35 | 40 | °C/W |

AOS Datasheet for AO6402

**FIGURE AO6402-2**



Package Marking for AO6402

**FIGURE AO6402-3**



E (doped heavy body)

C (source junctions (regions))

G (dielectric layer)

B (trench filled with doped polysilicon)

F (epitaxial layer)

A (substrate)

D (doped well)

Scanning Electron Microscopy Image of Cross-Section of MOSFET Array for AO6402

**FIGURE AO6402-4**



Scanning Capacitance Microscopy Image of Cross-Section of MOSFET Array for AO6402

**FIGURE AO6402-5**



Secondary Ion Mass Spectroscopy Data for Boron, Arsenic, and Oxygen in MOSFET Array for AO6402

**FIGURE AO6402-6**

A (Field Termination
Structure) 

Scanning Electron Microscopy Image of Layout of MOSFET at Die Edge for AO6402

**FIGURE AO6405-1**

 **ALPHA & OMEGA**
**SEMICONDUCTOR**



## AO6405
## P-Channel Enhancement Mode Field Effect Transistor

### General Description

The AO6405 uses advanced trench technology to provide excellent $R_{DS(ON)}$ with low gate charge. This device is suitable for use as a load switch or in PWM applications. *Standard Product AO6405 is Pb-free (meets ROHS & Sony 259 specifications). AO6405L is a Green Product ordering option. AO6405 and AO6405L are electrically identical.*

### Features

$V_{DS}$ (V) = -30V
$I_O$ = -5 A  ($V_{GS}$ = -10V)
$R_{DS(ON)}$ < 52mΩ ($V_{GS}$ = -10V)
$R_{DS(ON)}$ < 87mΩ ($V_{GS}$ = -4.5V)

**TSOP6**
**Top View**






### Absolute Maximum Ratings $T_A$=25°C unless otherwise noted

| Parameter | | Symbol | Maximum | Units |
|---|---|---|---|---|
| Drain-Source Voltage | | $V_{DS}$ | -30 | V |
| Gate-Source Voltage | | $V_{GS}$ | ±20 | V |
| Continuous Drain Current [A] | $T_A$=25°C | $I_O$ | -5 | A |
| | $T_A$=70°C | | -4.2 | |
| Pulsed Drain Current [B] | | $I_{OM}$ | -20 | |
| Power Dissipation [A] | $T_A$=25°C | $P_D$ | 2 | W |
| | $T_A$=70°C | | 1.4 | |
| Junction and Storage Temperature Range | | $T_J$, $T_{STG}$ | -55 to 150 | °C |

### Thermal Characteristics

| Parameter | | Symbol | Typ | Max | Units |
|---|---|---|---|---|---|
| Maximum Junction-to-Ambient [A] | t ≤ 10s | $R_{θJA}$ | 47.5 | 62.5 | °C/W |
| Maximum Junction-to-Ambient [A] | Steady-State | | 74 | 110 | °C/W |
| Maximum Junction-to-Lead [C] | Steady-State | $R_{θJL}$ | 37 | 50 | °C/W |

AOS Datasheet for AO6405

**FIGURE AO6405-2**



Package Marking for AO6405

**FIGURE AO6405-3**



Scanning Electron Microscopy Image of Cross-Section of MOSFET Array for AO6405

**FIGURE AO6405-4**



Scanning Capacitance Microscopy Image of Cross-Section of MOSFET Array for AO6405

**FIGURE AO6405-5**



Secondary Ion Mass Spectroscopy Data for Boron, Phosphorus, and Oxygen in MOSFET Array for AO6405

**FIGURE AO6405-6**



A (Field Termination
Structure)

Scanning Electron Microscopy Image of Layout of MOSFET at Die Edge for AO6405

**FIGURE AOD414-1**



## ALPHA & OMEGA
### SEMICONDUCTOR, LTD



### AOD414
### N-Channel Enhancement Mode Field Effect Transistor

### General Description

The AOD414 uses advanced trench technology to provide excellent $R_{DS(ON)}$, shoot-through immunity and body diode characteristics. This device is ideally suited for use as a low side switch in CPU core power conversion. *Standard Product AOD414 is Pb-free (meets ROHS & Sony 259 specifications).*

### Features

$V_{DS}$ (V) = 30V
$I_D$ = 85A ($V_{GS}$ = 10V)
$R_{DS(ON)}$ < 5.2mΩ ($V_{GS}$ = 10V)
$R_{DS(ON)}$ < 7.0mΩ ($V_{GS}$ = 4.5V)

*UIS TESTED!*
*Rg,Ciss,Coss,Crss Tested*



TO-252
D-PAK

Top View
Drain Connected
to Tab

G    D    S



### Absolute Maximum Ratings  $T_A$=25°C unless otherwise noted

| Parameter | | Symbol | Maximum | Units |
|---|---|---|---|---|
| Drain-Source Voltage | | $V_{DS}$ | 30 | V |
| Gate-Source Voltage | | $V_{GS}$ | ±20 | V |
| Continuous Drain Current [B,G] | $T_C$=25°C [G] | $I_D$ | 85 | A |
| | $T_C$=100°C [B] | | 73 | |
| Pulsed Drain Current | | $I_{DM}$ | 200 | |
| Avalanche Current [C] | | $I_{AR}$ | 30 | A |
| Repetitive avalanche energy L=0.1mH [C] | | $E_{AR}$ | 140 | mJ |
| Power Dissipation [B] | $T_C$=25°C | $P_D$ | 100 | W |
| | $T_C$=100°C | | 50 | |
| Power Dissipation [A] | $T_A$=25°C | $P_{DSM}$ | 2.5 | W |
| | $T_A$=70°C | | 1.6 | |
| Junction and Storage Temperature Range | | $T_J$, $T_{STG}$ | -55 to 175 | °C |

### Thermal Characteristics

| Parameter | | Symbol | Typ | Max | Units |
|---|---|---|---|---|---|
| Maximum Junction-to-Ambient [A] | t ≤ 10s | $R_{θJA}$ | 14.2 | 20 | °C/W |
| Maximum Junction-to-Ambient [A] | Steady-State | | 40 | 50 | °C/W |
| Maximum Junction-to-Lead [C] | Steady-State | $R_{θJL}$ | 0.56 | 1.5 | °C/W |

**FIGURE AOD414-2**



Package Marking for AOD414

**FIGURE AOD414-3**



Scanning Electron Microscopy Image of Cross-Section of MOSFET Array for AOD414

**FIGURE AOD414-4**



Scanning Capacitance Microscopy Image of Cross-Section of MOSFET Array for AOD414

**FIGURE AOD414-5**



Secondary Ion Mass Spectroscopy Data for Boron, Arsenic, and Oxygen in MOSFET Array for AOD414

**FIGURE AOD414-6**



A (Field Termination
Structure)

Scanning Electron Microscopy Image of Layout of MOSFET at Die Edge for AOD414

**FIGURE AOL1412-1**



**ALPHA & OMEGA**
*SEMICONDUCTOR*



## AOL1412
### N-Channel Enhancement Mode Field Effect Transistor
## SRFET ™

| General Description | Features |
|---|---|
| SRFET™ AOL1412 uses advanced trench technology with a monolithically integrated Schottky diode to provide excellent $R_{DS(ON)}$, and low gate charge. This device is suitable for use as a low side FET in SMPS, load switching and general purpose applications. *Standard Product AOL1412 is Pb-free (meets ROHS & Sony 259 specifications).* | $V_{DS}$ (V) = 30V<br>$I_D$ =85A ($V_{GS}$ = 10V)<br>$R_{DS(ON)}$ < 3.9mΩ ($V_{GS}$ = 10V)<br>$R_{DS(ON)}$ < 4.6mΩ ($V_{GS}$ = 4.5V)<br><br>UIS Tested<br>Rg,Ciss,Coss,Crss Tested |

*Ultra SO-8™ Top View*    *Fits SOIC8 footprint !*



Bottom tab connected to drain



SRFET™
Soft Recovery MOSFET:
Integrated Schottky Diode

**Absolute Maximum Ratings** $T_A$=25°C unless otherwise noted

| Parameter | | Symbol | Maximum | Units |
|---|---|---|---|---|
| Drain-Source Voltage | | $V_{DS}$ | 30 | V |
| Gate-Source Voltage | | $V_{GS}$ | ±12 | V |
| Continuous Drain Current [B] | $T_C$=25°C [I] | $I_D$ | 85 | A |
| | $T_C$=100°C | | 84 | |
| Pulsed Drain Current | | $I_{DM}$ | 200 | |
| Continuous Drain Current [H] | $T_A$=25°C | $I_{DSM}$ | 27 | A |
| | $T_A$=70°C | | 21 | |
| Avalanche Current [C] | | $I_{AR}$ | 40 | A |
| Repetitive avalanche energy L=0.3mH [D] | | $E_{AR}$ | 240 | mJ |
| Power Dissipation [B] | $T_C$=25°C | $P_D$ | 100 | W |
| | $T_C$=100°C | | 50 | |
| Power Dissipation [A] | $T_A$=25°C | $P_{DSM}$ | 5 | W |
| | $T_A$=70°C | | 3 | |
| Junction and Storage Temperature Range | | $T_J$, $T_{STG}$ | -55 to 175 | °C |

**Thermal Characteristics**

| Parameter | | Symbol | Typ | Max | Units |
|---|---|---|---|---|---|
| Maximum Junction-to-Ambient [A] | t ≤ 10s | $R_{θJA}$ | 19.6 | 25 | °C/W |
| Maximum Junction-to-Ambient [A] | Steady-State | | 50 | 60 | °C/W |
| Maximum Junction-to-Case [C] | Steady-State | $R_{θJC}$ | 1 | 1.5 | °C/W |

**FIGURE AOL1412-2**



Package Marking for AOL1412

**FIGURE AOL1412-3**



E (doped heavy body)

C (source junctions (regions))

G (dielectric layer)

B (trench filled with doped polysilicon)

F (epitaxial layer)

A (substrate)

125261  5.0  kV  X20.0K  1.50µm

D (doped well)

Scanning Electron Microscopy Image of Cross-Section of MOSFET Array for AOL1412

**FIGURE AOL1412-4**



Scanning Capacitance Microscopy Image of Cross-Section of MOSFET Array for AOL1412

**FIGURE AOL1412-5**



Secondary Ion Mass Spectroscopy Data for Boron, Arsenic, and Oxygen in MOSFET Array for AOL1412

**FIGURE AOL1412-6**



A (Field Termination
Structure)

Scanning Electron Microscopy Image of Layout of MOSFET at Die Edge for AOL1412

**FIGURE AO4912-1**



## ALPHA & OMEGA
### SEMICONDUCTOR


Pb Free

### AO4912
## Asymmetric Dual N-Channel Enhancement Mode Field Effect Transistor

### General Description
The AO4912 uses advanced trench technology to provide excellent $R_{DS(ON)}$ and low gate charge. The two MOSFETs make a compact and efficient switch and synchronous rectifier combination for use in DC-DC converters. A Schottky diode is co-packaged in parallel with the synchronous MOSFET to boost efficiency further. *Standard Product AO4912 is Pb-free (meets ROHS & Sony 259 specifications).*

### Features

| Q1 | Q2 | |
|---|---|---|
| $V_{DS}$ (V) = 30V | $V_{DS}$(V) = 30V | |
| $I_D$ = 8.5A | $I_D$=7A | ($V_{GS}$ = 10V) |
| $R_{DS(ON)}$ < 17m$\Omega$ | <26m$\Omega$ | ($V_{GS}$ = 10V) |
| $R_{DS(ON)}$ < 25m$\Omega$ | <31m$\Omega$ | ($V_{GS}$ = 4.5V) |

**SCHOTTKY**
$V_{DS}$ (V) = 30V, $I_F$ = 3A, $V_F$<0.5V@1A

*UIS TESTED!*
*Rg,Ciss,Coss,Crss Tested*



| D2 | 1 | 8 | G2 |
| D2 | 2 | 7 | D1/S2/K |
| G1 | 3 | 6 | D1/S2/K |
| S1/A | 4 | 5 | D1/S2/K |

SOIC-8





**Absolute Maximum Ratings  $T_A$=25°C unless otherwise noted**

| Parameter | | Symbol | Max Q1 | Max Q2 | Units |
|---|---|---|---|---|---|
| Drain-Source Voltage | | $V_{DS}$ | 30 | 30 | V |
| Gate-Source Voltage | | $V_{GS}$ | ±20 | ±12 | V |
| Continuous Drain Current [AF] | $T_A$=25°C | $I_D$ | 8.5 | 7 | A |
| | $T_A$=70°C | | 6.8 | 6.4 | |
| Pulsed Drain Current [B] | | $I_{DM}$ | 40 | 30 | |
| Power Dissipation [B] | $T_A$=25°C | $P_D$ | 2 | 2 | W |
| | $T_A$=70°C | | 1.28 | 1.28 | |
| Avalanche Current [B] | | $I_{AR}$ | 17 | 15 | A |
| Repetitive avalanche energy 0.3mH [B] | | $E_{AR}$ | 43 | 34 | mJ |
| Junction and Storage Temperature Range | | $T_J$, $T_{STG}$ | -55 to 150 | -55 to 150 | °C |

| Parameter | | Symbol | Maximum Schottky | Units |
|---|---|---|---|---|
| Reverse Voltage | | $V_{DS}$ | 30 | V |
| Continuous Forward Current [AF] | $T_A$=25°C | $I_F$ | 3 | A |
| | $T_A$=70°C | | 2.2 | |
| Pulsed Diode Forward Current [B] | | $I_{FM}$ | 20 | |
| Power Dissipation [A] | $T_A$=25°C | $P_D$ | 2 | W |
| | $T_A$=70°C | | 1.28 | |
| Junction and Storage Temperature Range | | $T_J$, $T_{STG}$ | -55 to 150 | °C |

**FIGURE AO4912-2**



Package Marking for AO4912

**FIGURE AO4912-3**



Scanning Electron Microscopy Image of Cross-Section of MOSFET Array for AO4912

**FIGURE AO4912-4**



Scanning Capacitance Microscopy Image of Cross-Section of MOSFET Array for AO4912

**FIGURE AO4912-5**



Secondary Ion Mass Spectroscopy Data for Boron, Arsenic, and Phosphorus in MOSFET Array for AO4912

**FIGURE AO4912-6**



C (contact area)

B (trench filled with doped polysilicon)

A (field termination structure)

Scanning Electron Microscopy Image (Plan View) for AO4912 (This figure is based on AOL1414. It does, however, reflect the design of all accused products with a striped configuration.)

**FIGURE AO4912-7**

A (field termination structure)



Scanning Capacitance Microscopy Image of Cross-Section of Die Edge for AO4912 (This figure is based on AOL1414. It does, however, reflect the design of all accused products with a striped configuration.)

**FIGURE AO4912-8**



B (trench filled with doped polysilicon)

A (source junctions (regions))

C (contact area)

Scanning Electron Microscopy Image (Plan View) of MOSFET Array for AO4912 (This figure is based on AOL1414. It does, however, reflect the design of all accused products with a striped configuration.)

**FIGURE AO4912-9**



Scanning Capacitance Microscopy Image (Plan View) of MOSFET Array for 4912

**FIGURE AOD438-1**

 **ALPHA & OMEGA**
SEMICONDUCTOR, LTD



## AOD438
### N-Channel Enhancement Mode Field Effect Transistor

| General Description | Features |
|---|---|
| The AOD438 uses advanced trench technology to provide excellent $R_{DS(ON)}$, low gate charge and low gate resistance. This device is ideally suited for use as a low side switch in CPU core power conversion. *Standard Product AOD438 is Pb-free (meets ROHS & Sony 259 specifications). AOD438L is a Green Product ordering option. AOD438 and AOD438L are electrically identical.* | $V_{DS}$ (V) = 30V<br>$I_D$ = 85A ($V_{GS}$ = 10V)<br>$R_{DS(ON)}$ < 3.5mΩ ($V_{GS}$ = 10V)<br>$R_{DS(ON)}$ < 5.5mΩ ($V_{GS}$ = 4.5V) |

TO-252
D-PAK



Top View
Drain Connected
to Tab

G    D    S



### Absolute Maximum Ratings  $T_A$=25°C unless otherwise noted

| Parameter | | Symbol | Maximum | Units |
|---|---|---|---|---|
| Drain-Source Voltage | | $V_{DS}$ | 30 | V |
| Gate-Source Voltage | | $V_{GS}$ | ±20 | V |
| Continuous Drain Current [B,G] | $T_C$=25°C [G] | $I_D$ | 85 | A |
| | $T_C$=100°C [B] | | 63 | |
| Pulsed Drain Current | | $I_{DM}$ | 200 | |
| Avalanche Current [C] | | $I_{AR}$ | 30 | A |
| Repetitive avalanche energy L=0.1mH [C] | | $E_{AR}$ | 112 | mJ |
| Power Dissipation [B] | $T_C$=25°C | $P_D$ | 100 | W |
| | $T_C$=100°C | | 50 | |
| Power Dissipation [A] | $T_A$=25°C | $P_{DSM}$ | 2.5 | W |
| | $T_A$=70°C | | 1.6 | |
| Junction and Storage Temperature Range | | $T_J$, $T_{STG}$ | -55 to 175 | °C |

### Thermal Characteristics

| Parameter | | Symbol | Typ | Max | Units |
|---|---|---|---|---|---|
| Maximum Junction-to-Ambient [A] | t ≤ 10s | $R_{θJA}$ | 14.2 | 20 | °C/W |
| Maximum Junction-to-Ambient [A] | Steady-State | | 39 | 50 | °C/W |
| Maximum Junction-to-Case [C] | Steady-State | $R_{θJC}$ | 0.8 | 1.5 | °C/W |

AOS Datasheet for AOD438

**FIGURE AOD438-2**



Package Marking for AOD438

**FIGURE AOD438-3**



E (doped heavy body)

C (source junctions (regions))

G (dielectric layer)

B (trench filled with doped polysilicon)

F (epitaxial layer)

A (substrate)

D (doped well)

Scanning Electron Microscopy Image of Cross-Section of MOSFET Array for AOD438

**FIGURE AOD438-4**



Scanning Capacitance Microscopy Image of Cross-Section of MOSFET Array for AOD438

**FIGURE AOD438-5**



Secondary Ion Mass Spectroscopy Data for Boron, Arsenic, Phosphorus, and Oxygen in MOSFET Array for AOD438

**FIGURE AOD438-6**



C (contact area)

B (trench filled with doped polysilicon)

A (field termination structure)

Scanning Electron Microscopy Image (Plan View) for AOD438 (This figure is based on AOL1414. It does, however, reflect the design of all accused products with a striped configuration.)

**FIGURE AOD438-7**

A (field termination structure)



Scanning Capacitance Microscopy Image of Cross-Section of Die Edge for AOD438

**FIGURE AOD438-8**



Scanning Electron Microscopy Image (Plan View) of MOSFET Array for AOD438

**FIGURE AOD438-9**



Scanning Capacitance Microscopy Image (Plan View) of MOSFET Array for AOD438 (This figure is based on AO4912. It does, however, reflect the contact area design of all accused products with a striped configuration.)

**FIGURE AOL1414-1**



## ALPHA & OMEGA
### SEMICONDUCTOR

### AOL1414
### N-Channel Enhancement Mode Field Effect Transistor



| General Description | Features |
|---|---|
| The AOL1414 uses advanced trench technology to provide excellent $R_{DS(ON)}$, low gate charge and low gate resistance. This device is ideally suited for use as a high side switch in CPU core power conversion. *Standard Product AOL1414 is Pb-free (meets ROHS & Sony 259 specifications).* | $V_{DS}$ (V) = 30V <br> $I_D$ = 85A ($V_{GS}$ = 10V) <br> $R_{DS(ON)}$ < 6.5mΩ ($V_{GS}$ = 10V) <br> $R_{DS(ON)}$ < 7.5mΩ ($V_{GS}$ = 4.5V) <br><br> *UIS Tested* <br> *Rg, Ciss, Coss, Crss Tested* |

*Ultra SO-8™ Top View*     *Fits SOIC8 footprint !*



Bottom tab connected to drain



**Absolute Maximum Ratings  $T_A$=25°C unless otherwise noted**

| Parameter | | Symbol | Maximum | Units |
|---|---|---|---|---|
| Drain-Source Voltage | | $V_{DS}$ | 30 | V |
| Gate-Source Voltage | | $V_{GS}$ | ±12 | V |
| Continuous Drain Current [B] | $T_C$=25°C | $I_D$ | 85 | A |
| | $T_C$=100°C | | 70 | |
| Pulsed Drain Current | | $I_{DM}$ | 200 | |
| Continuous Drain Current [G] | $T_A$=25°C | $I_{DSM}$ | 21 | |
| | $T_A$=70°C | | 17 | |
| Avalanche Current [C] | | $I_{AR}$ | 30 | A |
| Repetitive avalanche energy L=0.3mH [C] | | $E_{AR}$ | 135 | mJ |
| Power Dissipation [B] | $T_C$=25°C | $P_D$ | 100 | W |
| | $T_C$=100°C | | 50 | |
| Power Dissipation [A] | $T_A$=25°C | $P_{DSM}$ | 5 | W |
| | $T_A$=70°C | | 3 | |
| Junction and Storage Temperature Range | | $T_J$, $T_{STG}$ | -55 to 175 | °C |

**Thermal Characteristics**

| Parameter | | Symbol | Typ | Max | Units |
|---|---|---|---|---|---|
| Maximum Junction-to-Ambient [A] | t ≤ 10s | $R_{θJA}$ | 19.5 | 25 | °C/W |
| Maximum Junction-to-Ambient [A] | Steady-State | | 48 | 60 | °C/W |
| Maximum Junction-to-Case [G] | Steady-State | $R_{θJC}$ | 1 | 1.5 | °C/W |

AOS Datasheet for AOL1414

**FIGURE AOL1414-2**



Package Marking for AOL1414

**FIGURE AOL1414-3**



E (doped heavy body)

C (source junctions (regions))

G (dielectric layer)

B (trench filled with doped polysilicon)

F (epitaxial layer)

A (substrate)

D (doped well)

Scanning Electron Microscopy Image of Cross-Section of MOSFET Array for AOL1414

**FIGURE AOL1414-4**



Scanning Capacitance Microscopy Image of Cross-Section of MOSFET Array for AOL1414

**FIGURE AOL1414-5**



Secondary Ion Mass Spectroscopy Data for Boron, Phosphorus, and Arsenic in MOSFET Array for AOL1414

**FIGURE AOL1414-6**



C (contact area)

B (trench filled
with doped
polysilicon)

A (field termination structure)

Scanning Electron Microscopy Image (Plan View) for AOL1414

**FIGURE AOL1414-7**

A (field termination structure)



Scanning Capacitance Microscopy Image of Cross-Section of Die Edge for AOL1414

**FIGURE AOL1414-8**



B (trench filled with doped polysilicon)

A (source junctions (regions))

C (contact area)

Scanning Electron Microscopy Image (Plan View) of MOSFET Array for AOL1414

**FIGURE AOL1414-9**



Scanning Capacitance Microscopy Image (Plan View) of MOSFET Array for AOL1414 (This figure is based on AO4912. It does, however, reflect the contact area design of all accused products with a striped configuration.)