1  MORGAN, LEWIS & BOCKIUS LLP
   Daniel Johnson, Jr. (State Bar No. 57409)
2  Brett M. Schuman (State Bar No. 189247)
   Amy M. Spicer (State Bar No. 188399)
3  One Market, Spear Street Tower
   San Francisco, CA  94105-1126
4  Tel:  415.442.1000
   Fax:  415.442.1001
5  djjohnson@morganlewis.com
   bschuman@morganlewis.com
6  aspicer@morganlewis.com

7  MORGAN, LEWIS & BOCKIUS LLP
   Andrew J. Wu (State Bar No. 214442)
8  2 Palo Alto Square
   3000 El Camino Real, Suite 700
9  Palo Alto, CA  94306-2122
   Tel:  650.843.4000
10 Fax:  650.843.4001
   awu@morganlewis.com

11
   Attorneys for Plaintiffs and Counterdefendants
12 ALPHA & OMEGA SEMICONDUCTOR, INC.
   ALPHA & OMEGA SEMICONDUCTOR, LTD.

13

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                    SAN FRANCISCO DIVISION

17

18 ALPHA & OMEGA                        Case No. 07-2638 JSW (EDL)
   SEMICONDUCTOR, INC., a              (Consolidated with Case No. 07-2664 JSW)
19 California corporation; and ALPHA &
   OMEGA SEMICONDUCTOR, LTD., a        **[PROPOSED] ORDER GRANTING
20 Bermuda corporation,                 AOS'S MOTION TO STRIKE
                                        FAIRCHILD SEMICONDUCTOR
21              Plaintiffs,             CORP.'S PATENT LOCAL RULE 3.1
                                        DISCLOSURE**
22         v.
                                        Date:  November 27, 2007
23 FAIRCHILD SEMICONDUCTOR             Time:  9:00 a.m.
   CORP., a Delaware corporation,       Location: Courtroom E, 15th Floor
24                                      Judge:  Hon. Elizabeth D. Laporte
              Defendant.
25 _____

26 AND RELATED COUNTERCLAIMS

27

28     The Motion to Strike Fairchild Semiconductor Corp.'s Patent Local Rule 3.1

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

                              [PROPOSED] ORDER GRANTING AOS'S MOTION TO
                        1.    STRIKE FAIRCHILD'S LOCAL RULE 3.1 DISCLOSURE,
                              CASE NO. 07-2638 JSW (EDL)

1   Disclosure filed by Plaintiffs and Counterdefendants Alpha & Omega Semiconductor, Inc.

2   and Alpha & Omega Semiconductor, Ltd. (collectively, "AOS") on October 23, 2007,

3   came on regularly for hearing before the Honorable Elizabeth D. Laporte.  After

4   considering the papers filed by the parties and the arguments of counsel, and good cause

5   appearing, the Court HEREBY GRANTS AOS's motion to strike Fairchild's Preliminary

6   Infringement Contentions ("PICs") and COMPELS Fairchild to serve PICs compliant

7   with Patent Local Rule 3-1.  Fairchild shall serve on AOS its amended and compliant

8   PICs by December 4, 2007.

9

10   Dated:                                    By: _____

11                                                  HON. ELIZABETH D. LAPORTE
                                                    UNITED STATES MAGISTRATE JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING AOS'S MOTION TO
STRIKE FAIRCHILD'S LOCAL RULE 3.1
DISCLOSURE, CASE NO. 07-2638 JSW (EDL)

1-SF/7621037.1