TOWNSEND AND TOWNSEND AND CREW LLP
ERIC P. JACOBS (State Bar No. 88413)
PETER H. GOLDSMITH (State Bar No. 91294)
ROBERT A. McFARLANE (State Bar No. 172650)
IGOR SHOIKET (State Bar No. 190066)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone:     (415) 576-0200
Facsimile:     (415) 576-0300
E-mail:        epjacobs@townsend.com
               phgoldsmith@townsend.com
               ramcfarlane@townsend.com
               ishoiket@townsend.com

Attorneys for Defendant and Counterclaimant
FAIRCHILD SEMICONDUCTOR CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>    Plaintiffs and Counterdefendants,<br><br>    v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>    Defendant and Counterclaimant. | Case No. C 07-2638 JSW<br>(Consolidated with Case No. C 07-2664 JSW)<br><br>**FAIRCHILD SEMICONDUCTOR CORPORATION'S ADMINISTRATIVE MOTION FOR AN ORDER PERMITTING THE FILING UNDER SEAL OF EXHIBITS 3 AND 8 TO FAIRCHILD SEMICONDUCTOR CORPORATION'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS**<br><br>Hon. Elizabeth D. Laporte |
| AND RELATED COUNTERCLAIMS. | |

<u>Civil L.R. 79-5(c) Motion</u>

Defendant and Counterclaimant FAIRCHILD SEMICONDUCTOR CORPORATION ("Fairchild"), submits this Administrative Motion to the Court pursuant to Civil Local Rules 7-11 and 79-5(c) for permission to file the following documents under seal:

**EXHIBIT 8 TO THE DECLARATION OF IGOR SHOIKET IN SUPPORT OF FAIRCHILD SEMICONDUCTOR CORPORATION'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS**

This Administrative Motion is made pursuant to the Court's Order Granting Stipulated Protective Order, entered on August 7, 2007 [Docket No. 27], and is narrowly tailored to seal only that material for which good cause to seal has been established.

Pursuant to Local Rule 79-5(c), sealed copies of the above-described Exhibit are being lodged with the clerk.

Submitted herewith is a Proposed Order granting Fairchild's Motion to file the foregoing document under seal, and the Declaration of Igor Shoiket in support of this Administrative Motion.

<u>Civil L.R. 79-5(d) Motion</u>

Defendant FAIRCHILD SEMICONDUCTOR CORPORATION ("Fairchild"), submits this Administrative Motion to the Court pursuant to Civil Local Rules 7-11 and 79-5(d) for permission to file the following documents under seal:

**EXHIBIT 3 TO THE DECLARATION OF IGOR SHOIKET IN SUPPORT OF FAIRCHILD SEMICONDUCTOR CORPORATION'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS**

Fairchild submits this Administrative Motion because Plaintiffs and Counterdefendants ALPHA AND OMEGA SEMICONDUCTOR, INC. and ALPHA AND OMEGA SEMICONDUCTOR, LTD. ("AOS") have designated documents attached as Exhibit 3 as "Confidential, Attorneys' Eyes Only" pursuant to the Court's Order Granting Stipulated Protective Order in this case, entered on August 7, 2007, [Docket No. 27]. Pursuant to Civil L.R. 79-5(d), within five (5) days of the filing of this Administrative Motion, the designating party, AOS, must file with the Court and serve a declaration establishing that the designated information is sealable, and must

1 | lodge and serve a narrowly tailored proposed sealing order, or must withdraw the designation of
2 | confidentiality.

3 | DATED: November 6, 2007                    TOWNSEND AND TOWNSEND AND CREW LLP

4 |                                            By:   /s/  Igor Shoiket
5 |                                                   IGOR SHOIKET

6 |                                            Attorneys for Defendant and Counterclaimant.
                                               FAIRCHILD SEMICONDUCTOR CORPORATION

8 | 61201201.1