TOWNSEND AND TOWNSEND AND CREW LLP
ERIC P. JACOBS (State Bar No. 88413)
PETER H. GOLDSMITH (State Bar No. 91294)
ROBERT A. McFARLANE (State Bar No. 172650)
IGOR SHOIKET (State Bar No. 190066)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone:    (415) 576-0200
Facsimile:    (415) 576-0300
E-mail:       epjacobs@townsend.com
              phgoldsmith@townsend.com
              ramcfarlane@townsend.com
              ishoiket@townsend.com

Attorneys for Defendant and Counterclaimant
FAIRCHILD SEMICONDUCTOR CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>Plaintiffs and Counterdefendants,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 07-2638 JSW<br>(Consolidated with Case No. C 07-2664 JSW)<br><br>**DECLARATION OF IGOR SHOIKET IN SUPPORT OF FAIRCHILD SEMICONDUCTOR CORPORATION'S ADMINISTRATIVE MOTION FOR AN ORDER PERMITTING THE FILING UNDER SEAL OF EXHIBIT 8 TO THE DECLARATION OF IGOR SHOIKET IN SUPPORT OF FAIRCHILD SEMICONDUCTOR CORPORATION'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS**<br><br>Hon. Elizabeth D. Laporte |

1  I, Igor Shoiket, declare as follows:

2  1. I am an attorney and member in good standing of the State Bar of California and the Bar of this Court. I am a partner in the law firm of Townsend and Townsend and Crew LLP ("Townsend"), counsel for Defendant Fairchild Semiconductor Corporation ("Fairchild"). I have personal knowledge of the matters stated, except where otherwise indicated, in this Declaration and could competently testify to them if I were called as a witness.

2. On August 7, 2007, the Court entered a Stipulated Protective Order in this case [Docket No. 27].

3. On November 6, 2007, Fairchild lodged with the clerk "Confidential Exhibit 8" attached to the Shoiket Declaration In Support of Fairchild Semiconductor Corporation's Motion To Compel Responses To Interrogatories And Production of Documents.

4. Confidential Exhibit 8 to the Declaration of Igor Shoiket is sealable under the Court's Protective Order and Local Rules because the document contains information of Fairchild that: (1) is confidential; (2) has not been disclosed to the public; and (3) could, if disclosed to the general public, cause harm to Fairchild's competitive positions. Accordingly, Fairchild requests that this document remain sealed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on November 6, 2007 at San Francisco, California.

/s/ Igor Shoiket
Igor Shoiket

Counsel for Defendant and Counterclaimant
FAIRCHILD SEMICONDUCTOR CORPORATION

61201188.1