TOWNSEND AND TOWNSEND AND CREW LLP
ERIC P. JACOBS (State Bar No. 88413)
PETER H. GOLDSMITH (State Bar No. 91294)
ROBERT A. McFARLANE (State Bar No. 172650)
IGOR SHOIKET (State Bar No. 190066)
Two Embarcadero Center, 8th Floor
San Francisco, California  94111
Telephone:     (415) 576-0200
Facsimile:      (415) 576-0300
E-mail:          epjacobs@townsend.com
                   phgoldsmith@townsend.com
                   ramcfarlane@townsend.com
                   ishoiket@townsend.com

Attorneys for Defendant and Counterclaimant
FAIRCHILD SEMICONDUCTOR CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>Plaintiffs and Counterdefendants,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 07-2638 JSW (EDL)<br>(Consolidated with Case No. C 07-2664 JSW)<br><br>**[PROPOSED] ORDER GRANTING FAIRCHILD SEMICONDUCTOR CORPORATION'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS** |

1    Pursuant to Defendant and Counterclaimant Fairchild Semiconductor Corporation's Motion To
2    Compel Responses To Interrogatories And Production Of Documents, and good cause appearing
3    therefor,
4        IT IS HEREBY ORDERED that the motion is GRANTED.
5        AOS is required to supplement its discovery responses to include information related to all of
6    its systems of products, including but not limited to modules, containing trench design power
7    MOSFETs or IGBTs made, used, offered for sale, sold, or imported into the United States on its
8    behalf, or by any of its customers, as originally requested by Fairchild, within fourteen days of the
9    issuance of the Court's Order.

Dated:_____          _____
                                        Honorable Elizabeth D. Laporte

61202461 v1