TOWNSEND AND TOWNSEND AND CREW LLP
ERIC P. JACOBS (State Bar No. 88413)
PETER H. GOLDSMITH (State Bar No. 91294)
ROBERT A. McFARLANE (State Bar No. 172650)
IGOR SHOIKET (State Bar No. 190066)
Two Embarcadero Center, 8th Floor
San Francisco, California  94111
Telephone:     (415) 576-0200
Facsimile:      (415) 576-0300
E-mail:          epjacobs@townsend.com
                     phgoldsmith@townsend.com
                     ramcfarlane@townsend.com
                     ishoiket@townsend.com

Attorneys for Defendant and Counterclaimant
FAIRCHILD SEMICONDUCTOR CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>Plaintiffs and Counterdefendants,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 07-2638 JSW (EDL)<br>(Consolidated with Case No. C 07-2664 JSW)<br><br>**DECLARATION OF IGOR SHOIKET IN SUPPORT OF FAIRCHILD SEMICONDUCTOR CORPORATION'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS**<br><br>Date:           December 11, 2007<br>Time:          9:00 a.m.<br>Courtroom:  Courtroom E, 15th Floor<br><br>Hon. Elizabeth D. Laporte |

I, Igor Shoiket, declare as follows:

1.     I am an attorney licensed to practice law in the State of California and am admitted to practice in this Court.  I am a partner at Townsend and Townsend and Crew LLP, attorney of record for Defendant and Counterclaimant Fairchild Semiconductor Corporation ("Fairchild") in this matter.

2. This Declaration is submitted in support of Fairchild's Motion to Compel Responses to Interrogatories and Production of Documents. I have personal knowledge of the matters stated herein and if called to testify as a witness, I could and would competently testify thereto.

3. Attached hereto as Exhibit 1 is a true and correct copy of Fairchild's First Set of Interrogatories to Alpha and Omega Semiconductor, Ltd. ("AOS") dated July 27, 2007.

4. Attached hereto as Exhibit 2 is a true and correct copy of Fairchild's First Set of Requests for Production to AOS dated July 27, 2007.

5. Attached hereto as Exhibit 3 is a true and correct copy of AOS's Responses and Objections to Fairchild's First Set of Interrogatories dated September 28, 2007.

6. Attached hereto as Exhibit 4 is a true and correct copy of AOS's Responses and Objections to Fairchild's First Set of Requests for Production dated September 28, 2007.

7. Attached hereto as Exhibit 5 is a true and correct copy of a letter dated October 10, 2007 from Fairchild counsel Priya Sreenivasan to AOS counsel Harry F. Doscher.

8. Attached hereto as Exhibit 6 is a true and correct copy of a letter dated October 25, 2007 from AOS counsel Ahren C. Hoffman to Fairchild counsel Priya Sreenivasan.

9. On November 5, 2007, I contacted Andrew Wu of Morgan, Lewis and Bockius LLP by telephone to discuss, among other things, Fairchild's motion to compel discovery. Mr. Wu indicated that AOS's position in regards to its objections to the definition of "accused product(s)" in Fairchild's discovery requests remained unchanged as of that time. Mr. Wu further indicated that he would review the correspondence between the parties on this issue and would inform Fairchild if AOS's position changed on November 6, 2007. Attached hereto as Exhibit 7 is a true and correct copy of a letter dated November 6, 2007 from AOS counsel Andrew J. Wu to me.

10. Attached hereto as Exhibit 8 is a true and correct copy of a letter dated August 3, 2005 from Steven Schott, Director of Patents and Associate General Counsel at Fairchild, to Michael Chang, CEO of AOS.

///

///

///

1    I declare under penalty of perjury under the laws of the United States of America that the
2    foregoing is true and correct.
3    Executed this 6th day of November, 2007, in San Francisco, California.

        By:    /s/*Igor Shoiket*
               IGOR SHOIKET

61201208 v1