```
 1  TOWNSEND AND TOWNSEND AND CREW LLP
    ERIC P. JACOBS (State Bar No. 88413)
 2  PETER H. GOLDSMITH (State Bar No. 91294)
    ROBERT A. McFARLANE (State Bar No. 172650)
 3  IGOR SHOIKET (State Bar No. 190066)
    Two Embarcadero Center, 8th Floor
 4  San Francisco, California  94111
    Telephone:     (415) 576-0200
 5  Facsimile:     (415) 576-0300
    E-mail:        epjacobs@townsend.com
 6                 phgoldsmith@townsend.com
                   ramcfarlane@townsend.com
 7                 ishoiket@townsend.com

 8  Attorneys for Defendant and Counterclaimant
    FAIRCHILD SEMICONDUCTOR CORPORATION
 9
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>Plaintiffs and Counterdefendants,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 07-2638 JSW (EDL)<br>(Consolidated with Case No. C 07-2664 JSW)<br><br>**[PROPOSED] ORDER GRANTING FAIRCHILD SEMICONDUCTOR CORPORATION'S MOTION TO STRIKE PLAINTIFFS' PATENT LOCAL RULE 3-1 DISCLOSURE** |

1   Pursuant to Defendant and Counterclaimant Fairchild Semiconductor Corporation's
2   ("Fairchild's") Motion To Strike Plaintiffs' Patent Local Rule 3-1 Disclosure, and good cause
3   appearing therefor,

4   IT IS HEREBY ORDERED that the motion is GRANTED;

5   IT IS HEREBY FURTHER ORDERED that the Supplemental Disclosure of Asserted Claims
6   and Preliminary Infringement Contentions of Plaintiffs and Counterdefendants Alpha & Omega
7   Semiconductor, Inc., and Alpha & Omega Semiconductor, Ltd. (collectively, "AOS") is stricken;

8   IT IS HEREBY FURTHER ORDERED that AOS shall serve Second Supplemental Disclosure
9   of Asserted Claims and Preliminary Infringement Contentions with respect to U.S. Patents No.
10  5,767,567 and 5,907,776 that fully comply with the Patent Local Rules by no later than two weeks
11  from the date of this Order;

12  IT IS HEREBY FURTHER ORDERED that Fairchild shall have forty-five (45) days from the
13  date that AOS serves amended PICs that fully comply with the Patent Local Rules to serve
14  supplemental Preliminary Invalidity Contentions under Patent L.R. 3-3.

Dated:_____           _____
                                         Honorable Elizabeth D. Laporte

61202935 v1