1  TOWNSEND AND TOWNSEND AND CREW LLP
   ERIC P. JACOBS (State Bar No. 88413)
2  PETER H. GOLDSMITH (State Bar No. 91294)
   ROBERT A. McFARLANE (State Bar No. 172650)
3  IGOR SHOIKET (State Bar No. 190066)
   Two Embarcadero Center, 8th Floor
4  San Francisco, California  94111
   Telephone:     (415) 576-0200
5  Facsimile:     (415) 576-0300
   E-mail:        epjacobs@townsend.com
6                 phgoldsmith@townsend.com
                  ramcfarlane@townsend.com
7                 ishoiket@townsend.com

8  Attorneys for Defendant and Counterclaimant
   FAIRCHILD SEMICONDUCTOR CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>Plaintiffs and Counterdefendants,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 07-2638 JSW (EDL)<br>(Consolidated with Case No. C 07-2664 JSW)<br><br>**DECLARATION OF IGOR SHOIKET IN SUPPORT OF FAIRCHILD SEMICONDUCTOR CORPORATION'S MOTION TO STRIKE PLAINTIFFS' PATENT LOCAL RULE 3-1 DISCLOSURE**<br><br>Date:         December 11, 2007<br>Time:         9:00 a.m.<br>Courtroom:    Hon. Elizabeth D. Laporte |

I, Igor Shoiket, declare as follows:

1.     I am an attorney licensed to practice law in the State of California and am admitted to practice in this Court.  I am a partner at Townsend and Townsend and Crew LLP ("Townsend"), attorney of record for Defendant and Counterclaimant Fairchild Semiconductor, Corporation ("Fairchild") in this matter.

2. This Declaration is submitted in support of Fairchild's Motion to Strike Plaintiffs' Patent Local Rule 3-1 Disclosure. I have personal knowledge of the matters stated herein and if called to testify as a witness, I could and would competently testify thereto.

3. Attached hereto as Exhibit 1 is a true and correct copy of the PICs served by Plaintiffs and Counterdefendants Alpha and Omega Semiconductor, Inc. and Alpha and Omega Semiconductor, Ltd. (collectively, "AOS") on or about August 31, 2007. Attached hereto as Exhibit 2 is a true and correct copy of AOS's Supplemental PICs, served on or about October 19, 2007.

4. Attached hereto as Exhibit 3 is a true and correct copy of U.S. Patent No. 5,907,776. Attached hereto as Exhibit 4 is a true and correct copy of U.S. Patent No. 5,767,567.

5. Attached hereto as Exhibit 5 is a true and correct copy of a letter dated September 12, 2007, from Leonard J. Augustine, Jr., an associate attorney at Townsend, to Brett M. Schuman of Morgan, Lewis & Bockius, LLP ("Morgan Lewis"), counsel of record for AOS, regarding the inadequacy of AOS's PICs under Patent L.R. 3-1.

6. Attached hereto as Exhibit 6 is a true and correct copy of a letter dated September 21, 2007, from Andrew Wu of Morgan Lewis to Mr. Augustine, responding to his September 12 letter.

7. Attached hereto as Exhibit 7 is a true and correct copy of a letter dated September 26, 2007 from Mr. Augustine to Mr. Wu, responding to Mr. Wu's September 21 letter. Because attorneys at Townsend had previously received an out-of-office e-mail reply from Mr. Wu, a copy of this letter was also separately sent by e-mail to Mr. Schuman. Attached as Exhibit 8 is a true and correct copy of a cover e-mail from Esther A. Casillas, Mr. Augustine's assistant, to Mr. Schuman, dated September 26, 2007, which attached the September 26 letter to Mr. Wu.

8. Attached hereto as Exhibit 9 is a true and correct copy of a letter dated October 1, 2007 from Mr. Schuman to Mr. Augustine, in which Mr. Schuman stated: "[W]ithout conceding that its initial PICs are in any way insufficient, AOS will agree to re-examine its PICs and provide appropriate supplemental information."

9. On October 2, 2007, I attended a conference call with AOS's counsel. In that call, the parties agreed to a stipulation allowing the parties to serve supplemental PICs by October 19, 2007, and counsel for AOS agreed that AOS would serve such supplemental PICs.

10.   Attached hereto as Exhibit 10 is a true and correct copy of a letter dated October 26, 2007 from Mr. Augustine to Harry F. Doscher of Morgan Lewis, regarding the inadequacy of AOS's Supplemental PICs that were served on or about October 19, 2007, and attached hereto as Exhibit 11 is a true and correct copy of a cover email to which the October 26, 2007 letter was attached, with copies to Mr. Schuman, Mr. Wu, Rita Tautkus, Amy Spicer, Ahren Hoffman, and R. Wilkins, each of Morgan Lewis.

11.   Attached hereto as Exhibit 12 is a true and correct copy of a letter dated October 29, 2007, from Mr. Hoffman to Mr. Augustine.

12.   On November 5, 2007, I contacted Mr. Wu by telephone to discuss, among other things, Fairchild's motion to strike AOS's PICs as supplemented. Mr. Wu indicated that AOS's position that AOS's PICs complied with the Patent Local Rules remained unchanged.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of November, 2007, in San Francisco, California.

By: /s/*Igor Shoiket*
    Igor Shoiket

61193952 v1