TOWNSEND AND TOWNSEND AND CREW LLP
ERIC P. JACOBS (State Bar No. 88413)
PETER H. GOLDSMITH (State Bar No. 91294)
ROBERT A. McFARLANE (State Bar No. 172650)
IGOR SHOIKET (State Bar No. 190066)
Two Embarcadero Center, 8th Floor
San Francisco, California  94111
Telephone:     (415) 576-0200
Facsimile:     (415) 576-0300
E-mail:        epjacobs@townsend.com
               phgoldsmith@townsend.com
               ramcfarlane@townsend.com
               ishoiket@townsend.com

Attorneys for Defendant and Counterclaimant
FAIRCHILD SEMICONDUCTOR CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>Plaintiffs and Counterdefendants,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 07-2638 JSW (EDL)<br>(Consolidated with Case No. C 07-2664 JSW)<br><br>**DECLARATION OF IGOR SHOIKET IN SUPPORT OF FAIRCHILD SEMICONDUCTOR CORPORATION'S OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE FAIRCHILD'S PATENT LOCAL RULE 3-1 DISCLOSURE**<br><br>Date:         December 11, 2007<br>Time:         9:00 a.m.<br>Courtroom:    Hon. Elizabeth D. Laporte |

I, Igor Shoiket, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am admitted to practice in this Court. I am a partner at Townsend and Townsend and Crew LLP ("Townsend"), attorney of record for Defendant and Counterclaimant Fairchild Semiconductor Corporation ("Fairchild") in this matter.

1      2.    This Declaration is submitted in support of Fairchild's Opposition to AOS's Motion to Strike Fairchild's Patent Local Rule 3-1 Disclosure. I have personal knowledge of the matters stated herein and if called to testify as a witness, I could and would competently testify thereto.

    3.    Attached hereto as Exhibit 1 is a true and correct copy of U.S. Patent No. 6,429,481. Attached hereto as Exhibit 2 is a true and correct copy of U.S. Patent No. 6,521,497. Attached hereto as Exhibit 3 is a true and correct copy of U.S. Patent No. 6,710,406. Attached hereto as Exhibit 4 is a true and correct copy of U.S. Patent No. 6,828,195.

    4.    Attached hereto as Exhibit 5 is a true and correct copy of a letter dated September 12, 2007, from Leonard J. Augustine, Jr., counsel of record for Fairchild, to Brett M. Schuman of Morgan, Lewis & Bockius, LLP ("Morgan Lewis"), counsel of record for AOS, regarding the inadequacy of AOS's PICs under Patent L.R. 3-1.

    5.    Attached hereto as Exhibit 6 is a true and correct copy of a letter dated September 21, 2007, from Andrew Wu of Morgan Lewis to Mr. Augustine, responding to his September 12 letter.

    6.    Attached hereto as Exhibit 7 is a true and correct copy of a letter dated September 26, 2007 from Mr. Augustine to Mr. Wu, responding to Mr. Wu's September 21 letter. Because attorneys at Townsend had previously received an out-of-office e-mail reply from Mr. Wu, a copy of this letter was also separately sent by e-mail to Mr. Schuman. Attached as Exhibit 8 is a true and correct copy of a cover e-mail from Esther A. Casillas, Mr. Augustine's assistant, to Mr. Schuman, dated September 26, 2007, which attached the September 26 letter to Mr. Wu.

    7.    Attached hereto as Exhibit 9 is a true and correct copy of a letter dated October 1, 2007 from Mr. Schuman to Mr. Augustine, in which Mr. Schuman stated: "[W]ithout conceding that its initial PICs are in any way insufficient, AOS will agree to re-examine its PICs and provide appropriate supplemental information."

    8.    On October 2, 2007, I attended a conference call with AOS's counsel. In that call, the parties agreed to a stipulation allowing the parties to serve supplemental PICs by October 19, 2007, and counsel for AOS agreed that AOS would serve such supplemental PICs.

///

///

1   I declare under penalty of perjury under the laws of the United States of America that the
2   foregoing is true and correct..
3   Executed this 6th day of November, 2007, in San Francisco, California.

By: /s/*Igor Shoiket*
    IGOR SHOIKET

61202663 v1