TOWNSEND AND TOWNSEND AND CREW LLP
ERIC P. JACOBS (State Bar No. 88413)
PETER H. GOLDSMITH (State Bar No. 91294)
ROBERT A. McFARLANE (State Bar No. 172650)
IGOR SHOIKET (State Bar No. 190066)
Two Embarcadero Center, 8th Floor
San Francisco, California  94111
Telephone:    (415) 576-0200
Facsimile:     (415) 576-0300
E-mail:          epjacobs@townsend.com
                    phgoldsmith@townsend.com
                    ramcfarlane@townsend.com
                    ishoiket@townsend.com

Attorneys for Defendant and Counterclaimant
FAIRCHILD SEMICONDUCTOR CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>　　　　Plaintiffs and Counterdefendants,<br><br>　　v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>　　　　Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 07-2638 JSW (EDL)<br>(Consolidated with Case No. C 07-2664 JSW)<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO STRIKE FAIRCHILD'S PATENT LOCAL RULE 3-1 DISCLOSURE** |

1  Pursuant to the Motion To Strike Fairchild Semiconductor Corporation's Patent Local Rule 3-1
2  Disclosure filed by Plaintiffs and Counterdefendants Alpha & Omega Semiconductor, Inc. and Alpha
3  & Omega Semiconductor, Ltd., and good cause appearing therefor,
4      IT IS HEREBY ORDERED that the motion is DENIED.

Dated:_____          _____
                                        Honorable Elizabeth D. Laporte

61202946 v1