1  TOWNSEND AND TOWNSEND AND CREW LLP
   ERIC P. JACOBS (State Bar No. 88413)
2  PETER H. GOLDSMITH (State Bar No. 91294)
   ROBERT A. McFARLANE (State Bar No. 172650)
3  IGOR SHOIKET (State Bar No. 190066)
   Two Embarcadero Center, 8th Floor
4  San Francisco, California 94111
   Telephone:    (415) 576-0200
5  Facsimile:    (415) 576-0300
   E-mail:       epjacobs@townsend.com
6                phgoldsmith@townsend.com
                 ramcfarlane@townsend.com
7                ishoiket@townsend.com

8  Attorneys for Defendant and Counterclaimant
   FAIRCHILD SEMICONDUCTOR CORPORATION
9

10                  UNITED STATES DISTRICT COURT

11             FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13

14

| | |
|---|---|
| 15  ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and | Case No. C 07-2638 JSW (EDL) (Consolidated with Case No. C 07-2664 JSW) |
| 16  ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation, | **FAIRCHILD SEMICONDUCTOR CORPORATION'S NOTICE OF MOTION AND MOTION TO CHANGE TIME TO CONSOLIDATE THE HEARING DATES ON DISCOVERY MOTIONS** |
| 17  Plaintiffs and Counterdefendants, | |
| 18  v. | |
| 19  FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation, | **Civil L.R. 6-3** |
| 20  Defendant and Counterclaimant. | Hon. Elizabeth D. Laporte |
| 21 | |
| 22  AND RELATED COUNTERCLAIMS. | |

TO PLAINTIFFS AND COUNTERDEFENDANTS ALPHA & OMEGA SEMICONDUCTOR, INC., AND ALPHA & OMEGA SEMICONDUCTOR, LTD.:

PLEASE TAKE NOTICE THAT pursuant to Northern District of California Civil L.R. 6-1 and 6-3, Defendant and Counterclaimant Fairchild Semiconductor Corporation ("Fairchild") hereby moves the Court for an order consolidating the Motion To Strike Fairchild's Patent Local Rule 3-1 Disclosure filed by Plaintiffs and Counterdefendants Alpha & Omega Semiconductor, Inc., and Alpha & Omega Semiconductor, Ltd., (collectively, "AOS") currently set for hearing on November 27, 2007, ("AOS's Motion to Strike"), with Fairchild's Motion to Strike AOS's Patent Local Rule 3-1 Disclosure ("Fairchild's Motion to Strike") and with Fairchild's Motion to Compel Responses to Interrogatories and Requests for Documents ("Fairchild's Motion to Compel"), filed concurrently herewith, and set for hearing on December 11, 2007. This motion is made on the grounds that these motions involve overlapping issues, that hearing all the pending motions at the same time would be more efficient for the Court and the parties, and that it would ensure the most reasonable and effective resolution of the motions. A declaration of Igor Shoiket In Support Of Fairchild's Motion To Change Time To Consolidate The Hearing Dates On Discovery Motions ("Shoiket Decl.") and a Proposed Order Changing Time accompany and support this Motion.

In accordance with Civil Local Rule 6-3(a)(2), Igor Shoiket, counsel for Fairchild, contacted Andrew Wu, counsel for AOS, on November 5, 2007, and requested a stipulation from AOS to have the pending motions consolidated for hearing on December 11, 2007. Mr. Shoiket offered to extend the time for AOS to file its reply to Fairchild's opposition to AOS's Motion to Strike, to be based on the December 11th hearing date. Alternatively, Mr. Shoiket offered to shorten time to hear Fairchild's motions on November 27th. Mr. Wu indicated that AOS would not agree to either proposal. Shoiket Decl. ¶ 3.

**MEMORANDUM OF POINTS AND AUTHORITIES**

I.  **CONSOLIDATING THE PENDING MOTIONS WOULD BE COST-EFFECTIVE AND WOULD SERVE THE INTERESTS OF JUSTICE**

The pending motions currently scheduled for November 27, 2007, and December 11, 2007, share a substantial overlap both in terms of subject matter and law, and involve the same, or closely

related, facts, and legal principles. All three motions deal with the adequacy of the parties' Disclosures of Asserted Claims and Preliminary Infringement Contentions ("PICs") under Patent Local Rule 3-1, so considerations of judicial economy would suggest these motions be heard on the same day. Fairchild's Motion to Compel challenges AOS's objections to Fairchild's definition of AOS's products accused of infringement in this case. AOS's objections to the definition of the accused products, in turn, are based on an argument that Fairchild's PICs fail to provide sufficient guidance as to what products are at issue in this case. Thus, all three motions seek to resolve disputes related to sufficiency of the parties' PICs and the definition of the "accused products," as based on the PICs. Consolidating the motions will promote judicial economy by allowing the Court and parties to deal with the legal and factual issues common to the motions of both parties at one hearing. Further, consolidating the motion hearings for these motions would conserve resources by avoiding the need for counsel and the Court to attend separate hearings on different dates.

AOS is not prejudiced by Fairchild's requested enlargement of time to hear AOS's Motion to Strike two weeks later than AOS's original noticed hearing date of November 27. AOS does not allege any inadequacy in Fairchild's disclosure of its theories of infringement or supporting evidence, but only whether the current Fairchild PICs can support an accusation of infringement against AOS's entire trench power MOSFET product line as opposed to being limited to the AOS devices identified in the parties' licensing correspondence in 2005 and the products for which claim charts were submitted in Fairchild's PICs.

Determination of the universe of the accused devices is essentially a discovery issue, and discovery is in initial stages. AOS does not argue that Fairchild's current PICs provide insufficient notice and disclosure as to how Fairchild applies its asserted claims to AOS's accused products. Instead, AOS appears to argue that Fairchild must provide separate infringement claim charts for each of the 342 AOS products accused of infringement. Consequently, a brief two-week continuance of AOS's motion will not prejudice AOS's ability to develop its claim construction positions with respect to Fairchild's patents. Fairchild's PICs, which are 291 pages in length, are also detailed enough to allow AOS to prepare its invalidity contentions under the current case schedule. On the other hand, AOS's PICs fail to provide a sufficient disclosure of the factual basis for AOS's theories of

infringement. This prejudices Fairchild's ability to select claim terms and prepare claim constructions, as it is unclear how AOS reads the asserted claims of its patents on Fairchild's accused devices. Most importantly, Fairchild's ability to prepare invalidity contentions is hindered because it is unclear how broadly or narrowly AOS reads the asserted claims of its patents.

While it is important to the orderly progression of this case to address the deficiencies in AOS's PICs as soon as the Court's schedule permits, there is no prejudice to AOS to delay the hearing of its motion by only two weeks. Therefore, Fairchild respectfully requests that the Court continue AOS's Motion to Strike and consolidate it for hearing with Fairchild's Motion to Strike and Motion to Compel, set for hearing on December 11, 2007. In continuing the hearing of AOS's Motion to Strike, AOS's reply papers for its motion would be due on November 27, 2007, rather than November 13, 2007. In the alternative, Fairchild proposes that the time to hear Fairchild's Motion to Strike and Motion to Compel be shortened to coincide with the hearing on AOS's Motion To Strike on November 27, 2007.

## II.    PRIOR TIME MODIFICATIONS AND EFFECTS ON THE SCHEDULE FOR THE CASE

Subsequent to the initial Case Management Conference, the only previous time modification in the case was the Court's Order Modifying Case Management Schedule dated Oct. 5, 2007 (Docket No. 43). In that Order, the Court specified a date by which the parties could file amended PICs and extended by a short amount the deadlines related to service of Preliminary Invalidity Contentions and claim construction. The requested brief time modification will not have any substantial impact on the current case schedule.

## III.    CONCLUSION

For these reasons, Fairchild respectfully requests the Court enlarge the time for hearing AOS's Motion to Strike from November 27, 2007, to December 11, 2007, at 9:00 a.m., according to the schedule proposed above. Alternatively, Fairchild respectfully requests the Court to shorten the time for hearing Fairchild's Motion to Strike and Motion to Compel from December 11, 2007, to November 27, 2007, at 9:00 a.m.

| | | |
|---|---|---|
| 1 | DATED: November 6, 2007 | TOWNSEND AND TOWNSEND AND CREW LLP |
| 2 | | |
| 3 | | By:  /s/  Igor Shoket<br>         IGOR SHOIKET |
| 4 | | Attorneys for Defendant and Counterclaimant |
| 5 | 61201132 v1 | FAIRCHILD SEMICONDUCTOR CORPORATION |