TOWNSEND AND TOWNSEND AND CREW LLP
ERIC P. JACOBS (State Bar No. 88413)
PETER H. GOLDSMITH (State Bar No. 91294)
ROBERT A. McFARLANE (State Bar No. 172650)
IGOR SHOIKET (State Bar No. 190066)
Two Embarcadero Center, 8th Floor
San Francisco, California  94111
Telephone:   (415) 576-0200
Facsimile:    (415) 576-0300
E-mail:         epjacobs@townsend.com
                    phgoldsmith@townsend.com
                    ramcfarlane@townsend.com
                    ishoiket@townsend.com

Attorneys for Defendant and Counterclaimant
FAIRCHILD SEMICONDUCTOR CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>    Plaintiffs and Counterdefendants,<br><br>        v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>    Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 07-2638 JSW (EDL)<br>(Consolidated with Case No. C 07-2664 JSW)<br><br>**[PROPOSED] ORDER GRANTING FAIRCHILD SEMICONDUCTOR CORPORATION'S MOTION TO CHANGE TIME TO CONSOLIDATE THE HEARING DATES FOR DISCOVERY MOTIONS** |

1    Pursuant to Defendant and Counterclaimant Fairchild Semiconductor Corporation's
2 ("Fairchild's") Motion To Change Time to Consolidate the Hearing Dates for Discovery Motions, and
3 good cause appearing therefor,
4    IT IS HEREBY ORDERED that the AOS's Motion to Strike Fairchild's Patent Local Rule 3-1
5 Disclosure ("AOS's Motion to Strike") is continued and consolidated with Fairchild's Motion to Strike
6 Plaintiffs' Patent Local Rule 3-1 Disclosure and Fairchild's Motion to Compel Responses to
7 Interrogatories and Production of Documents, and set for hearing on December 11, 2007 at 9:00 a.m.;
8    IT IS HEREBY FURTHER ORDERED that AOS's reply papers for its Motion to Strike are
9 due on November 27, 2007, rather than November 13, 2007.

Date: _____

_____
Honorable Elizabeth D. Laporte

61203137 v1