1  TOWNSEND AND TOWNSEND AND CREW LLP
   ERIC P. JACOBS (State Bar No. 88413)
2  PETER H. GOLDSMITH (State Bar No. 91294)
   ROBERT A. McFARLANE (State Bar No. 172650)
3  IGOR SHOIKET (State Bar No. 190066)
   Two Embarcadero Center, 8th Floor
4  San Francisco, California 94111
   Telephone:    (415) 576-0200
5  Facsimile:    (415) 576-0300
   E-mail:       epjacobs@townsend.com
6                phgoldsmith@townsend.com
                 ramcfarlane@townsend.com
7                ishoiket@townsend.com

8  Attorneys for Defendant and Counterclaimant
   FAIRCHILD SEMICONDUCTOR CORPORATION
9

10              UNITED STATES DISTRICT COURT

11         FOR THE NORTHERN DISTRICT OF CALIFORNIA

12               SAN FRANCISCO DIVISION

13

14

   ALPHA & OMEGA SEMICONDUCTOR,          Case No. C 07-2638 JSW (EDL)
15 INC., a California corporation; and    (Consolidated with Case No. C 07-2664 JSW)
   ALPHA & OMEGA SEMICONDUCTOR,
16 LTD., a Bermuda corporation,           **DECLARATION OF IGOR SHOIKET IN
                                          SUPPORT OF FAIRCHILD
17      Plaintiffs and Counterdefendants, SEMICONDUCTOR CORPORATION'S
                                          MOTION TO CHANGE TIME TO
18           v.                           CONSOLIDATE THE HEARING DATES
                                          ON DISCOVERY MOTIONS**
19 FAIRCHILD SEMICONDUCTOR
   CORP., a Delaware corporation,         **Civil L.R. 6-3**
20
        Defendant and Counterclaimant.    Hon. Elizabeth D. Laporte
21

22 AND RELATED COUNTERCLAIMS.

23

24      I, Igor Shoiket, declare as follows:

25      1.      I am an attorney licensed to practice law in the State of California and am admitted to

26 practice in this Court. I am a partner at Townsend and Townsend and Crew LLP, attorney of record

27 for Defendant and Counterclaimant Fairchild Semiconductor Corporation ("Fairchild") in this matter.

28

2.    This Declaration is submitted in support of Fairchild's Motion to Change Time to Consolidate the Hearing Dates on Discovery Motions.  I have personal knowledge of the matters stated herein and if called to testify as a witness, I could and would competently testify thereto.

3.    On November 5, 2007, I contacted Mr. Andrew Wu of Morgan, Lewis & Bockius LLP, counsel for Plaintiffs and Counterdefendants Alpha & Omega Semiconductor, Inc. and Alpha & Omega Semiconductor, Ltd. (collectively, "AOS") and requested a stipulation to have AOS's Motion To Strike Fairchild's Patent Local Rule 3-1 Disclosure (filed on October 23, 2007 and currently scheduled to be heard on November 27, 2007) consolidated for hearing with Fairchild's Motion to Strike AOS's Patent Local Rule 3-1 Disclosure ("Fairchild's Motion to Strike") and Fairchild's Motion to Compel Responses to Interrogatories and Requests for Documents ("Fairchild's Motion to Compel"), filed concurrently herewith, on December 11, 2007.  I also offered to extend the time for AOS to file its reply to Fairchild's opposition to AOS's Motion to Strike, to be based on the December 11th hearing date.  I alternatively offered to shorten time to hear Fairchild's motions on November 27. Mr. Wu indicated that AOS would not agree to either proposal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of November, 2007, in San Francisco, California.


By:    /s/ Igor Shoiket
       IGOR SHOIKET

61202573 v1