MORGAN, LEWIS & BOCKIUS LLP
Daniel Johnson, Jr. (State Bar No. 57409)
Brett M. Schuman (State Bar No. 189247)
Amy M. Spicer (State Bar No. 188399)
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
djjohnson@morganlewis.com
bschuman@morganlewis.com
aspicer@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Andrew J. Wu (State Bar No. 214442)
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
awu@morganlewis.com

Attorneys for Plaintiffs and Counterdefendants
ALPHA & OMEGA SEMICONDUCTOR, INC.
ALPHA & OMEGA SEMICONDUCTOR, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 07-2638 JSW (EDL)<br>(Consolidated with Case No. 07-2664 JSW)<br><br>**DECLARATION OF HARRY F. DOSCHER IN SUPPORT OF AOS'S OPPOSITION TO FAIRCHILD'S MOTION TO CONTINUE THE HEARING DATE FOR AOS'S PENDING MOTION TO STRIKE[1] PURSUANT TO CIV. L.R. 6-3** |

---

[1] Fairchild's motion is entitled "Fairchild Semiconductor Corporation's Notice of Motion and Motion To Change Time To Consolidate The Hearing Dates On Discovery Motions."

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DOSCHER DECLARATION ISO AOS'S OPPOSITION TO MOTION TO CONTINUE HEARING RE AOS'S MOTION TO STRIKE; CASE NO. 07-2638 JSW (EDL)

I, Harry F. Doscher, declare as follows:

1. I am an Associate at the law firm of Morgan, Lewis & Bockius LLP, 2 Palo Alto Square, 3000 El Camino Real, Suite 700, Palo Alto, California 94306, and a member in good standing of the Bar of the State of California. I am admitted to practice in the United States District Court for the Northern District of California. Morgan, Lewis & Bockius LLP has been retained as trial counsel for Plaintiffs and Counterdefendants Alpha & Omega Semiconductor, Inc. and Alpha & Omega Semiconductor, Ltd. (together, "AOS") in the present action. I am making this declaration in support of AOS's Opposition to Fairchild's Motion to Continue the Hearing Date for AOS's Pending Motion to Strike.

2. Attached hereto as <u>Exhibit A</u> is a true and correct copy of a letter dated October 5, 2007, from me to Eric P. Jacobs of Townsend and Townsend and Crew LLP ("Townsend"), counsel of record for Fairchild Semiconductor Corp. ("Fairchild"), regarding deficiencies in Fairchild's Responses to AOS's First Set of Interrogatories and First Set of Requests for Production of Documents and Things. Among numerous other deficiencies, I noted that Fairchild had generally objected to all of AOS's discovery requests based on AOS's definition of the term "Accused Fairchild Device" and had improperly limited its responses to the eight specific Fairchild devices which were identified in AOS's Preliminary Infringement Contentions ("PICs").

3. Attached hereto as <u>Exhibit B</u> is a true and correct copy of a letter dated October 10, 2007, from Leonard J. Augustine of Townsend to me, responding to my October 5 letter.

4. Attached hereto as <u>Exhibit C</u> is a true and correct copy of a letter dated October 24, 2007, from me to Mr. Augustine responding to Mr. Augustine's October 10 letter and noting additional deficiencies in Fairchild's responses to AOS's discovery requests based on our ongoing review of the documents produced.

5. Attached hereto as <u>Exhibit D</u> is a true and correct copy of a letter dated November 2, 2007, from Priya Sreenivasan of Townsend to me, responding to my October 24 letter, in which Ms. Sreenivasan stated: "It appears that Fairchild and AOS have reached an impasse on each party's definition of 'accused devices.'"

6. On November 5, 2007, I attended a conference call with Igor Shoiket, counsel for

Fairchild. In that call, we told Mr. Shoiket that we did not believe the current motions should be combined because we expected we would soon have to file our own motion to compel and that it would make more sense to have both motions to compel heard together at a later date.

7.   Attached hereto as <u>Exhibit E</u> is a true and correct copy of a letter dated November 8, 2007, from me to Ms. Sreenivasan responding to her November 2 letter, in which AOS proposed an agreement to modify its definition of "accused devices." If we are unable to reach agreement, AOS intends to file a motion to compel on November 13, 2007.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to my personal knowledge.

Executed this 9th day of November, 2007, at Palo Alto, California.

_____
Harry F. Doscher