# EXHIBIT E

Morgan, Lewis & Bockius LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306
Tel: 650.843.4000
Fax: 650.843.4001
www.morganlewis.com



Morgan Lewis
COUNSELORS AT LAW

November 8, 2007

By Email & First Class Mail

Priya Sreenivasan, Esq.
Townsend and Townsend and Crew LLP
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
psreenivasan@townsend.com

> Re:  *Alpha & Omega Semiconductor, Ltd. and Alpha & Omega Semiconductor, Inc. v. Fairchild Semiconductor Corporation*, Nos. C 07-2638 JSW and C 07-2664 JSW (N.D. Cal.)

Dear Priya,

I write in response to your November 2, 2007 letter to me regarding Fairchild's discovery responses. As you point out, it appears that AOS and Fairchild have reached an impasse on each party's definition of "accused devices." As a last effort to avoid motion practice on its part, AOS proposes an agreement to modify AOS's definition of "accused products" as follows:

- The term "Accused Fairchild Device" shall mean any power MOSFET-based device made, used, sold, offered for sale, or imported by Fairchild including:
    (a) any IC that includes a source contact area that is connected to a lead-frame by more than one lead-wire; and/or
    (b) any trench MOSFET;
    (c) MOSFET transistors having a body region formed through two dopant implants; and/or
    (d) any other devices identified by AOS in the course of the litigation as infringing asserted an AOS Asserted Patent.

Note that AOS does not contend that every product that falls within this definition infringes AOS's asserted patents, but AOS believes the definition encompasses products reasonably calculated to lead to discoverable evidence. We look forward to receiving your response by 3pm Monday. If we have not received a response by that time we will

1-PA/3674823.1

Priya Sreenivasan, Esq.
November 8, 2007
Page 2



assume that we have in fact reached impasse and file a motion to compel responses to our discovery requests.

Regards,

Harry F. Doscher

cc: Matthew R. Hulse (via email: mrhulse@townsend.com)
Eric P. Jacobs, Esq. (via email: epjacobs@townsend.com)
Igor Shoiket (via email: ishoiket@townsend.com)
Leonard Augustine, Esq. (via email: LJAugustine@townsend.com)
Brett M. Schuman, Esq. (via email: bschuman@morganlewis.com)
Andrew J. Wu, Esq. (via email: awu@morganlewis.com)

1-PA/3674823.1