| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| | Daniel Johnson, Jr. (State Bar No. 57409) |
| 2 | Brett M. Schuman (State Bar No. 189247) |
| | Amy M. Spicer (State Bar No. 188399) |
| 3 | One Market, Spear Street Tower |
| | San Francisco, CA 94105-1126 |
| 4 | Tel: 415.442.1000 |
| | Fax: 415.442.1001 |
| 5 | djjohnson@morganlewis.com |
| | bschuman@morganlewis.com |
| 6 | aspicer@morganlewis.com |

MORGAN, LEWIS & BOCKIUS LLP
Andrew J. Wu (State Bar No. 214442)
Harry F. Doscher (State Bar No. 245969)
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
awu@morganlewis.com
hdoscher@morganlewis.com

Attorneys for Plaintiffs and Counterdefendants
ALPHA & OMEGA SEMICONDUCTOR, INC.
ALPHA & OMEGA SEMICONDUCTOR, LTD.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>Plaintiffs,<br>v.<br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 07-2638 JSW (EDL)<br>(Consolidated with Case No. 07-2664 JSW)<br><br>**[SEALED] EXHIBIT D TO THE DECLARATION OF HARRY F. DOSCHER IN SUPPORT OF AOS'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS AND THINGS** |

**MANUAL FILING NOTIFICATION**

Regarding:   [SEALED] EXHIBIT D TO THE DECLARATION OF HARRY F.

DOSCHER IN SUPPORT OF AOS'S MOTION TO COMPEL RESPONSES TO

INTERROGATORIES AND PRODUCTION OF DOCUMENTS AND THINGS

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

_____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

_____

Dated:    November 13, 2007            Respectfully submitted,

                                        MORGAN, LEWIS & BOCKIUS LLP


                                        By:  /s/  Harry F. Doscher
                                             Harry F. Doscher

                                        *Attorneys for Plaintiffs and
                                        Counterdefendants Alpha & Omega
                                        Semiconductor, Inc. and Alpha & Omega
                                        Semiconductor, Ltd.*