1  MORGAN, LEWIS & BOCKIUS LLP
   Daniel Johnson, Jr. (State Bar No. 57409)
2  Brett M. Schuman (State Bar No. 189247)
   Amy M. Spicer (State Bar No. 188399)
3  One Market, Spear Street Tower
   San Francisco, CA  94105-1126
4  Tel:  415.442.1000
   Fax:  415.442.1001
5  djjohnson@morganlewis.com
   bschuman@morganlewis.com
6  aspicer@morganlewis.com

7  MORGAN, LEWIS & BOCKIUS LLP
   Andrew J. Wu (State Bar No. 214442)
8  Harry F. Doscher (State Bar No. 245969)
   2 Palo Alto Square
9  3000 El Camino Real, Suite 700
   Palo Alto, CA  94306-2122
10 Tel:  650.843.4000
   Fax:  650.843.4001
11 awu@morganlewis.com
   hdoscher@morganlewis.com

Attorneys for Plaintiffs and Counterdefendants
ALPHA & OMEGA SEMICONDUCTOR, INC.
ALPHA & OMEGA SEMICONDUCTOR, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>        Plaintiffs,<br><br>    v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>        Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 07-2638 JSW (EDL)<br>(Consolidated with Case No. 07-2664 JSW)<br><br>**[PROPOSED] ORDER GRANTING AOS'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS** |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING AOS'S
MOTION TO COMPEL DISCOVERY
CASE NO. 07-2638 JSW (EDL)

The Motion to Compel Responses to Interrogatories and Production of Documents filed by Plaintiffs and Counterdefendants Alpha & Omega Semiconductor, Inc. and Alpha & Omega Semiconductor, Ltd. (collectively, "AOS") on November 13, 2007, came for consideration under L.R. 6-3 before the Honorable Elizabeth D. Laporte. After considering the papers filed by the parties and the arguments of counsel, and good cause appearing, the Court HEREBY GRANTS Plaintiff's Motion to Compel Responses to Interrogatories and Production of Documents.

Dated:                                    By: _____
                                              HON. ELIZABETH D. LAPORTE
                                              UNITED STATES MAGISTRATE JUDGE