MORGAN, LEWIS & BOCKIUS LLP
Daniel Johnson, Jr. (State Bar No. 57409)
Brett M. Schuman (State Bar No. 189247)
Amy M. Spicer (State Bar No. 188399)
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
djjohnson@morganlewis.com
bschuman@morganlewis.com
aspicer@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Andrew J. Wu (State Bar No. 214442)
Harry F. Doscher (State Bar No. 245969)
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
awu@morganlewis.com
hdoscher@morganlewis.com

Attorneys for Plaintiffs and Counterdefendants
ALPHA & OMEGA SEMICONDUCTOR, INC.
ALPHA & OMEGA SEMICONDUCTOR, LTD.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 07-2638 JSW (EDL)<br>(Consolidated with Case No. 07-2664 JSW)<br><br>**ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 79-5 EXHIBIT D TO THE DECLARATION OF HARRY F. DOSCHER IN SUPPORT OF AOS'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS AND THINGS**<br><br>**AND SUPPORTING DECLARATION OF HARRY F. DOSCHER** |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

MOTION TO SEAL EXHIBIT D TO THE DOSCHER DECLARATION,
CASE NO. 07-2638 JSW (EDL)
(CONSOL. WITH CASE NO. 07-2664 JSW)

Pursuant to Civil L.R. 79-5 and the Stipulated Protective Order entered by this Court on August 2, 2007 [D.I. 27], Plaintiffs and Counterdefendants Alpha & Omega Semiconductor, Inc. and Alpha & Omega Semiconductor, Ltd. (collectively, "AOS") request the following document to be filed under seal:

1. Exhibit D to the Declaration of Notice of Motion and Motion to Compel Responses to Interrogatories and Production of Documents contains information that Defendant and Counterclaimant Fairchild Semiconductor Corp. ("Fairchild") has designated "Highly Confidential-Attorneys' Eyes Only."

AOS will lodge the aforementioned document in hard copy with the Court. This request is supported by the following declaration.

For the foregoing reasons, AOS requests that the Court order the above document sealed pursuant to the Stipulated Protective Order.

Dated:    November 13, 2007            Respectfully submitted,

                                        MORGAN, LEWIS & BOCKIUS LLP


                                        By:   /s/  Harry F. Doscher
                                              Harry F. Doscher

                                        *Attorneys for Plaintiffs and*
                                        *Counterdefendants Alpha & Omega*
                                        *Semiconductor, Inc. and Alpha & Omega*
                                        *Semiconductor, Ltd.*


I, Harry F. Doscher, declare as follows:

1. I am an attorney at the law firm of Morgan, Lewis & Bockius LLP, attorneys for AOS. I am a member in good standing of the Bar of the State of California and admitted to practice in the United States District Court for the Northern District of California. I submit this declaration in support of the above Administrative Request to File Documents Under Seal Pursuant to Civil L.R. 79-5.

1  2. I have personal knowledge of each statement set forth in the Administrative Request to File Under Seal Pursuant to Civil L.R. 79-5, and each such statement is true and correct.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this the 13th day of November 2007 in Palo Alto, California.

/s/ Harry F. Doscher
Harry F. Doscher