```
 1  MORGAN, LEWIS & BOCKIUS LLP
    Daniel Johnson, Jr. (State Bar No. 57409)
 2  Brett M. Schuman (State Bar No. 189247)
    Amy M. Spicer (State Bar No. 188399)
 3  One Market, Spear Street Tower
    San Francisco, CA  94105-1126
 4  Tel: 415.442.1000
    Fax: 415.442.1001
 5  djjohnson@morganlewis.com
    bschuman@morganlewis.com
 6  aspicer@morganlewis.com

 7  MORGAN, LEWIS & BOCKIUS LLP
    Andrew J. Wu (State Bar No. 214442)
 8  2 Palo Alto Square
    3000 El Camino Real, Suite 700
 9  Palo Alto, CA  94306-2122
    Tel: 650.843.4000
10  Fax: 650.843.4001
    awu@morganlewis.com
11
    Attorneys for Plaintiffs and
12  Counterdefendants
    ALPHA & OMEGA
13  SEMICONDUCTOR, INC.
    ALPHA & OMEGA
14  SEMICONDUCTOR, LTD.
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 07-2638 JSW (EDL)<br>(Consolidated with Case No. 07-2664 JSW)<br><br>**DECLARATION OF FRANCOIS HEBERT IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF ITS MOTION TO STRIKE FAIRCHILD'S PATENT L.R. 3-1 DISCLOSURES**<br><br>Date: November 27, 2007<br>Time: 9:00 a.m.<br>Location: Courtroom E, 15th Floor<br>Judge: Hon. Elizabeth D. Laporte |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-PA/3675120.1

HEBERT DECLARATION IN SUPPORT OF AOS'S REPLY IN
SUPPORT OF ITS MOTION TO STRIKE CASE NO. 07-2638
JSW (EDL) (CONSOL. WITH CASE NO. 07-2664 JSW)

I, François Hébert, declare as follows:

1. I am the Chief Technology Officer for Alpha & Omega Semiconductor, Inc.

2. My educational background includes a Bachelor's degree in Electrical Engineering in 1984 from the University of Waterloo, a Master's degree in Electrical Engineering in 1985 from the University of Waterloo and a Ph.D in Electrical Engineering from the University of Waterloo in 1988.

3. I have worked in the semiconductor industry for more than 20 years. I have worked in the power MOSFET industry for more than 12 years, and I have extensive knowledge regarding the structure, design, simulation, manufacturing, characterization and performance of these devices.

4. I have reviewed Fairchild Corporation's Opposition to Plaintiff's Motion to Strike Fairchild's Patent Local Rule 3-1 Disclosure, as well as the Declaration of Dr. Richard Blanchard in support of that opposition. I may refer to those documents herein as "Fairchild Opposition" and "Blanchard Declaration."

5. I disagree with a number of statements in the Blanchard Declaration. For example, I disagree with his statement and suggestions that all of AOS's accused power MOSFET products are manufactured using processes that are the same in all respects relevant to Fairchild's asserted patents.

6. In fact, there are numerous differences among AOS's MOSFET devices. For example, different AOS MOSFET products have different turn-on (threshold) voltages, different gate voltage ratings (maximum $V_{gs}$ voltage which can be applied for safe operation), different drain voltage ratings (maximum $V_{ds}$ voltage which can be applied for safe operation), different maximum drain current ratings, different drain to source resistance, different transconductance, different drain to source breakdown voltages ($BV_{dss}$), different capacitances (input capacitance $C_{iss}$, output capacitance $C_{oss}$ and gate-drain capacitance $C_{rss}$), different gate resistance ($R_g$), different optimum operating frequencies.

7. Many of these characteristics relate to the operating performance of the products,

2    HEBERT DECLARATION IN SUPPORT OF AOS'S REPLY IN SUPPORT OF ITS MOTION TO STRIKE CASE NO. 07-2638 JSW (EDL) (CONSOL. WITH CASE NO. 07-2664 JSW)

3674935_1.DOC

including, for example, the resistance of the device to breakdown.

8. To achieve the different performance characteristics described above, AOS's MOSFET devices have different features, such as different silicon substrates (n type, p type, and different doping concentrations), different drain drift regions, different doping concentrations in certain regions, carrier type (n or p) and thickness, different trench depth, different trench width, different distances between the trenches, different active cell geometries (striped, closed-cell for example), different depths of the various doping profiles (sometimes referred to as wells), and different number of steps used to fabricate the devices. While not all of the features are different between every product, the there are certainly some differences between the products.

9. Power MOSFETs are configured and optimized for different applications. AOS's catalog (see aosmd.com website for example), shows that the applications include for example: low-frequency DC-DC power conversion, high-frequency DC-DC power conversion, switch-mode-power-supplies (SMPS), SMPS low-side MOSFET, SMPS high-side MOSFET, low-frequency load-switching applications, battery protection applications, AC-DC power conversion, inverters, motor control, general purpose. Some applications even include multiple MOSFETs in one package, or one MOSFET with one passive device such as a diode. An example showing multiple applications of AOS MOSFETs can be found below (from the AOS website, aosmd.com):

3

HEBERT DECLARATION IN SUPPORT OF AOS'S REPLY IN SUPPORT OF ITS MOTION TO STRIKE CASE NO. 07-2638 JSW (EDL) (CONSOL. WITH CASE NO. 07-2664 JSW)

3674935_1.DOC

| Part Number | Status | Replacement Part | Package | Configuration | Popular Application | Typ | ESD Diode | Schottky Diode | Schottky Type | $V_{DS}$ (V) | $V_{GS}$ (±V) | $I_{DS}$ (A) 25 | $I_{DS}$ (A) 70 | $P_D$ (W) 25 | $P_D$ (W) 70 | $R_{DSON}$ (mΩ) 10 | $R_{DSON}$ (mΩ) 4.5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AOD496 | New | | TO-252 | Single | SMPS | N | No | No | | 30 | 20 | 62 | 44 | 62.5 | 31 | 9.5 | 18 |
| AOD603 | Full Production | | TO-252-5L | Complementary | Inverter | N | No | No | | 60 | 20 | 12 | 12 | 2 | 1.3 | 60 | 85 |
| AOD603 | Full Production | | TO-252-5L | Complementary | Inverter | P | No | No | | -60 | 20 | -12 | -10 | 2.5 | 1.6 | 115 | 150 |
| AOD604 | Full Production | | TO-252-5L | Complementary | Inverter | N | No | No | | 40 | 20 | 8 | 8 | 2 | 1.3 | 33 | 47 |
| AOD604 | Full Production | | TO-252-5L | Complementary | Inverter | P | No | No | | -40 | 20 | -8 | -8 | 2.5 | 1.6 | 50 | 70 |
| AOD606 | New | | TO-252-4L | Complementary | Inverter | N | No | No | | 40 | 20 | 8 | 8 | 4.2 | 2.7 | 33 | 47 |
| AOD606 | New | | TO-252-4L | Complementary | Inverter | P | No | No | | -40 | 20 | -8 | -8 | 5 | 3.2 | 50 | 70 |
| AOD607 | New | | TO-252-4L | Complementary | Inverter | N | No | No | | 30 | 20 | 12 | | 2.1 | 1.3 | 25 | 34 |
| AOD607 | New | | TO-252-4L | Complementary | Inverter | P | No | No | | -30 | 20 | -12 | | 2.1 | 1.3 | 37 | 62 |
| AOD608 | Full Production | | TO-252-4L | Complementary | Inverter | N | Yes | No | | 40 | 20 | 10 | 10 | 2 | 1.3 | 39 | 50 |
| AOD608 | Full Production | | TO-252-4L | Complementary | Inverter | P | Yes | No | | -40 | 20 | -10 | -10 | 2.5 | 1.6 | 51 | 75 |
| AOI452 | New | | TO-251A | Single | General Purpose | N | No | No | | 25 | 20 | 55 | | 50 | | 8.7 | 14.7 |
| AOI472 | New | | TO-251A | Single | General Purpose | N | No | No | | 25 | 20 | 50 | | 50 | | 5 | 9.5 |
| AOL1401 | New | | Ultra SO8 | Single | Battery Protection | P | Yes | No | | -38 | 25 | -19 | -15 | 5 | 3 | 10 | |
| AOL1408 | Not for new designs | AOL1700 | Ultra SO8 | Single | SMPS Low Side | N | No | No | | 30 | 20 | 27 | 22 | 5 | 3 | 4 | 6 |
| AOL1412 | New | | Ultra SO8 | Single | SMPS Low Side | N | No | Yes | SRFET | 30 | 12 | 27 | 21 | 5 | 3 | 3.9 | 4.6 |
| AOL1413 | New | | Ultra SO8 | Single | Load Switch | P | Yes | No | | -30 | 25 | -14 | -11 | 5 | 3.2 | 17 | |
| AOL1414 | Full Production | | Ultra SO8 | Single | SMPS High Side | N | No | No | | 30 | 12 | 21 | 17 | 5 | 3 | 6.5 | 7.5 |
| AOL1415 | Full Production | | Ultra SO8 | Single | SMPS High Side | N | No | No | | 30 | 20 | 21 | 17 | 5 | 3 | 6.5 | 10.5 |
| AOL1420 | Not for new designs | AOL1700 | Ultra SO8 | Single | SMPS Low Side | N | No | No | | 30 | 20 | 29 | 23 | 5 | 3 | 3.7 | 5.5 |
| AOL1424 | New | | Ultra SO8 | Single | SMPS | N | Yes | No | | 30 | 20 | 24 | 19 | 5 | 3 | 5.4 | 7 |
| AOL1426 | New | | Ultra SO8 | Single | SMPS High Side | N | No | No | | 30 | 12 | 15 | 12 | 4 | 2.6 | 10.5 | 13.5 |
| AOL1428 | New | | Ultra SO8 | Single | SMPS High Side | N | No | No | | 30 | 20 | 18 | 14 | 5 | 3 | 9.5 | 16 |
| AOL1432 | New | | Ultra SO8 | Single | SMPS High Side | N | No | No | | 25 | 20 | 21 | 17 | 6 | 4 | 8.5 | 14 |
| AOL1436 | Not for new designs | AOL1428 | Ultra SO8 | Single | SMPS Low Side | N | No | No | | 25 | 30 | 20 | 16 | 5 | 3 | 11.5 | |
| AOL1440 | New | | Ultra SO8 | Single | SMPS Low Side | N | No | No | | 25 | 30 | 25 | 20 | 5 | 3 | 5.2 | |
| AOL1444 | Not for new designs | AOL1700 | Ultra SO8 | Single | SMPS Low Side | N | No | No | | 30 | 20 | 26 | 21 | 5 | 3 | 4.3 | 6.3 |
| AOL1446 | Not for new designs | AOL1413 | Ultra SO8 | Single | SMPS High Side | N | No | No | | 30 | 20 | 21 | 16 | 5 | 3 | 7 | 11 |
| AOL1454 | New | | Ultra SO8 | Single | Inverter | N | Yes | No | | 40 | 20 | 17 | 13 | 5 | 3.2 | 9 | 13 |
| AOL1700 | New | | Ultra SO8 | Single | SMPS Low Side | N | No | Yes | SRFET | 30 | 20 | 26 | 21 | 5 | 3.2 | 4.3 | 6 |
| AOL1702 | New | | Ultra SO8 | Single | SMPS Low Side | N | No | Yes | SRFET | 30 | 12 | 21 | 17 | 5 | 3.2 | 5.8 | 7.2 |
| AOL1704 | New | | Ultra SO8 | Single | SMPS Low Side | N | No | Yes | SRFET | 30 | 12 | 18 | 14 | 4.3 | 2.8 | 7.8 | 9.8 |
| AOL1706 | New | | Ultra SO8 | Single | SMPS Low Side | N | No | Yes | SRFET | 30 | 20 | 21 | 16.5 | 5 | 3.2 | 6.2 | 9.5 |
| AON3402 | New | | DFN 3x3 | Single | General Purpose | N | Yes | No | | 20 | 12 | 12 | 9.6 | 3 | 1.9 | 13 | 17 |
| AON3406 | New | | DFN 3x3 | Single | General Purpose | N | Yes | No | | 30 | 20 | 10 | 7.8 | 3 | 1.9 | 15 | 24 |

10. Specific differences between transistors configured for different applications include, without limitation, the following examples: Devices which are switched often and under severe conditions (SMPS, DC-DC converters, etc...) require different characteristics than devices which are rarely switched. Motor-control devices (devices used in hand held battery powered tools for example), must be able to survive much harsher conditions than MOSFETs used to protect batteries of notebook computers and as a result, special techniques to clamp the breakdown voltage and protect the active cells of Power Tool MOSFETs are integrated in the structure.

11. In addition to differences between among the 14 products for which Fairchild provided analysis, there are also difference between those 14 products and the other 342 products that Fairchild accuses of infringement.

12. For example, many of the 342 products have performance characteristics not reflected among any of the 14 products. As one example, the highest $R_{DS}$ among the 14 specifically identified products is 52 mΩ (AOD6405), while $R_{DS}$ of the 342 products AOS products (at $V_{GS}$=10V) ranges from 3.5 mΩ (AOD438) to 1600 mΩ (AO5800E).

4

HEBERT DECLARATION IN SUPPORT OF AOS'S REPLY IN SUPPORT OF ITS MOTION TO STRIKE CASE NO. 07-2638 JSW (EDL) (CONSOL. WITH CASE NO. 07-2664 JSW)

3674935_1.DOC

13. Similarly, while the 14 products for which Fairchild provided analysis all have the same drain-source voltage of 30V, the drain-source voltage of the other members in the product family ranges from 12V (AO4437) to 20V (AO6702), 30V (AO6800), 40V (AO4617), 60V (AO4612), 75V (AO4850); AOD464 (105V), AOT404 (105V), and AOD450 (200V).

14. These differences among drain-source voltages of the AOS products are driven by the technical features of those products. For example, the $V_{DS}$ as well as the $R_{DS}$ (when normalized to the area of the device) are impacted by (among other things) the relative depths of a MOSFET transistor's trenches and wells.

15. In short, there are certainly differences among the 14 products for which Fairchild has provided reverse-engineering analyses, as well as differences between those products and the other products listed on the AOS selection guide. Some devices for example, have a well which is shallower than the gate trenches, while other devices haves wells which are deeper than the gate trenches.

16. Finally, it is my understanding that at least some of these differences between the AOS products would be shown by additional reverse engineering, such as Scanning Electron Microscopy (SEMs), or Scanning Capacitance Microscopy (SCMs), or Secondary Ion Mass Spectroscopy (SIMS). Among other things, such analysis would indicate the relative depths of the trenches and wells in the products.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to my personal knowledge.

Executed this 13th day of November, 2007, at Sunnyale, California.

By _____
François Hébert

5

HEBERT DECLARATION IN SUPPORT OF AOS'S REPLY IN SUPPORT OF ITS MOTION TO STRIKE CASE NO. 07-2638 JSW (EDL) (CONSOL. WITH CASE NO. 07-2664 JSW)

3674935_1.DOC