1  MORGAN, LEWIS & BOCKIUS LLP
   Daniel Johnson, Jr. (State Bar No. 57409)
2  Brett M. Schuman (State Bar No. 189247)
   Amy M. Spicer (State Bar No. 188399)
3  One Market, Spear Street Tower
   San Francisco, CA  94105-1126
4  Tel:  415.442.1000
   Fax:  415.442.1001
5  djjohnson@morganlewis.com
   bschuman@morganlewis.com
6  aspicer@morganlewis.com

7  MORGAN, LEWIS & BOCKIUS LLP
   Andrew J. Wu (State Bar No. 214442)
8  Harry F. Doscher (State Bar No. 245969)
   2 Palo Alto Square
9  3000 El Camino Real, Suite 700
   Palo Alto, CA  94306-2122
10 Tel:  650.843.4000
   Fax:  650.843.4001
11 awu@morganlewis.com
   hdoscher@morganlewis.com

Attorneys for Plaintiffs and Counterdefendants
ALPHA & OMEGA SEMICONDUCTOR, INC.
ALPHA & OMEGA SEMICONDUCTOR, LTD.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>Defendant.<br>―――――――――――――<br>AND RELATED COUNTERCLAIMS | Case No. 07-2638 JSW (EDL)<br>(Consolidated with Case No. 07-2664 JSW)<br><br>**CERTIFICATE OF SERVICE** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CERTIFICATE OF SERVICE, CASE NO. 07-2638 JSW (EDL)
(CONSOL. WITH CASE NO. 07-2664 JSW)

**CERTIFICATE OF SERVICE**

I am employed in the City of Palo Alto, County of Santa Clara, State of California, I am over the age of 18 years and not a party to the within action. My business address is 2 Palo Alto Square, 3000 El Camino Real, Palo Alto, California 94306. On November 13, 2007, I caused copies of the attached document(s) described as follows:

**[SEALED] EXHIBIT D TO THE DECLARATION OF HARRY F. DOSCHER IN SUPPORT OF AOS'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS AND THINGS**

to be served on:

Eric P. Jacobs, Esq.
**TOWNSEND AND TOWNSEND AND CREW LLP**
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111
Tel:    415.576.0200
Fax:   415.576.0300
epjacobs@townsend.com
psreenivasan@townsend.com
mrhulse@townsend.com
ishoiket@townsend.com
ljaugustine@townsend.com

___(BY OVERNIGHT DELIVERY)  I caused each such envelope to the addressee(s) noted above, with charges fully prepaid, to be sent by overnight delivery from Palo Alto, California.  I am readily familiar with the practice of Morgan, Lewis & Bockius LLP for collection and processing of correspondence for overnight delivery, said practice being that in the ordinary course of business, mail is placed with the overnight delivery service on the same day as it is placed for collection.

_X_ (BY ELECTRONIC MAIL)  The person whose name is noted below caused to be transmitted by electronic mail each such document to the email addressee(s) noted above.

_X_ (BY FIRST CLASS MAIL)  I caused each such envelope to the addressee(s) noted above, with postage thereon fully prepaid, to be placed in the United States mail in Palo Alto, California.  I am readily familiar with the practice of Morgan, Lewis & Bockius LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business mail is deposited in the United States Postal Service the same date as it is placed for collection.

___(BY FACSIMILE)  The person whose name is noted below caused to be transmitted by facsimile each such document to the addressee(s) noted above.

___(BY PERSONAL SERVICE)  The person whose name is noted below caused to be delivered by hand each such envelope to the addressee(s) noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Palo Alto, California, on November 13, 2007.

/s/ Marilyn J. Boensch
Marilyn J. Boensch