MORGAN, LEWIS & BOCKIUS LLP
Daniel Johnson, Jr. (State Bar No. 57409)
Brett M. Schuman (State Bar No. 189247)
Amy M. Spicer (State Bar No. 188399)
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
djjohnson@morganlewis.com
bschuman@morganlewis.com
aspicer@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Andrew J. Wu (State Bar No. 214442)
Harry F. Doscher (State Bar No. 245969)
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
awu@morganlewis.com
hdoscher@morganlewis.com

Attorneys for Plaintiffs and Counterdefendants
ALPHA & OMEGA SEMICONDUCTOR, INC.
ALPHA & OMEGA SEMICONDUCTOR, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 07-2638 JSW (EDL)<br>(Consolidated with Case No. 07-2664 JSW)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER PURSUANT TO CIVIL. L.R. 7 TO PROHIBIT DISCLOSURE OF CONFIDENTIAL INFORMATION TO RICHARD BLANCHARD** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING AOS'S
MOTION FOR PROTECTIVE ORDER
CASE NO. 07-2638 JSW (EDL)

1  The Motion for a Protective Order Pursuant to Civil. L.R. 7 to Prohibit Disclosure of
2  Confidential Information to Richard Blanchard filed by Plaintiffs and Counterdefendants Alpha &
3  Omega Semiconductor, Inc. and Alpha & Omega Semiconductor, Ltd. (collectively, "AOS") on
4  November 13, 2007, came for consideration under L.R. 6-3 before the Honorable Elizabeth D.
5  Laporte.  After considering the papers filed by the parties and the arguments of counsel, and good
6  cause appearing, the Court HEREBY GRANTS Plaintiff's Motion for a Protective Order
7  Pursuant to Civil. L.R. 7 to Prohibit Disclosure of Confidential Information to Richard Blanchard.
8  Fairchild Semiconductor Corp. is ORDERED not to disclose any of AOS's "CONFIDENTIAL"
9  and/or "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY" information to Dr. Richard
10 A. Blanchard.

12 Dated:                               By: _____
13                                          HON. ELIZABETH D. LAPORTE
                                             UNITED STATES MAGISTRATE JUDGE