MORGAN, LEWIS & BOCKIUS LLP
Daniel Johnson, Jr. (State Bar No. 57409)
Brett M. Schuman (State Bar No. 189247)
Amy M. Spicer (State Bar No. 188399)
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001
djjohnson@morganlewis.com
bschuman@morganlewis.com
aspicer@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Andrew J. Wu (State Bar No. 214442)
Harry F. Doscher (State Bar No. 245969)
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306-2122
Tel:  650.843.4000
Fax:  650.843.4001
awu@morganlewis.com
hdoscher@morganlewis.com

Attorneys for Plaintiffs and Counterdefendants
ALPHA & OMEGA SEMICONDUCTOR, INC.
ALPHA & OMEGA SEMICONDUCTOR, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>Defendant.<br>_____<br>AND RELATED COUNTERCLAIMS | Case No. 07-2638 JSW (EDL)<br>(Consolidated with Case No. 07-2664 JSW)<br><br>**DECLARATION OF HARRY F. DOSCHER IN SUPPORT OF PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER PURSUANT TO CIVIL. L.R. 7 TO PROHIBIT DISCLOSURE OF CONFIDENTIAL INFORMATION TO RICHARD BLANCHARD**<br><br>Date:       December 18, 2007<br>Time:      9:00 a.m.<br>Ctrm:      Courtroom E, 15th Floor<br>Judge:     Hon. Elizabeth D. Laporte |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

I, Harry F. Doscher, declare as follows:

1.      I am an Associate at the law firm of Morgan, Lewis & Bockius LLP, 2 Palo Alto Square, 3000 El Camino Real, Suite 700, Palo Alto, California 94306, and a member in good standing of the Bar of the State of California.  I am admitted to practice in the United States District Court for the Northern District of California.  Morgan, Lewis & Bockius LLP has been retained as trial counsel for Plaintiffs and Counterdefendants Alpha & Omega Semiconductor, Inc. and Alpha & Omega Semiconductor, Ltd. (together, "AOS") in the present action.  I am making this declaration in support of AOS's Motion for Protective Order.

2.      Attached hereto as Exhibit A is a true and correct copy of the Stipulated Protective Order in this case, Docket #27 (August 2, 2007).

3.      Attached hereto as Exhibit B is a true and correct copy, including attachments, of a letter dated October 5, 2007, from Matthew R. Hulse, counsel for Fairchild, to Brett M. Schuman, counsel for AOS, placing AOS on notice of Fairchild's intent to disclose AOS's "Confidential" or "Highly Confidential – Attorneys' Eyes Only" information to Dr. Blanchard.

4.      Attached hereto as Exhibit C is a true and correct copy of a letter dated October 11, 2007, from Andrew Wu, counsel for AOS, to Mr. Hulse, objecting to disclosure to Dr. Blanchard.

5.      Attached hereto as Exhibit D is a true and correct copy of a letter dated October 31, 2007, from Mr. Hulse to Mr. Wu., again seeking access for Dr. Blanchard to AOS's confidential information.

6.      Attached hereto as Exhibit E is a true and correct copy of an email dated November 6, 2007, from Mr. Wu to Igor Shoiket, counsel for Fairchild, withdrawing AOS's objection under the Protective Order regarding Dr. Anasuya Krishnaswamy.

7.      Attached hereto as Exhibit F is a true and correct copy of an email dated November 8, 2007, from Mr. Wu to Mr. Hulse reiterating AOS's objections to Dr. Blanchard.

8.      Attached hereto as Exhibit G is a true and correct copy of a print out of a search on the USPTO web site for all published patent applications naming Dr. Blanchard as an inventor.

9.      Attached hereto as Exhibit H is a true and correct copy of a print out of U.S. Patent Application 20060267083 and corresponding assignment information from the USPTO web site

1    showing that Dr. Blanchard is the sole named inventor and the application has not been assigned

2    to any other entity.

3    10.    Attached hereto as <u>Exhibit I</u> is a true and correct copy of a print out of U.S. Patent

4    Application 20060249788 and corresponding assignment information from the USPTO web site

5    showing that Dr. Blanchard is the sole named inventor and the application has not been assigned

6    to any other entity.

7    11.    Attached hereto as <u>Exhibit J</u> is a true and correct copy of a print out of U.S. Patent

8    Application 20050095789 and corresponding assignment information from the USPTO web site

9    showing that Dr. Blanchard is the sole named inventor and the application has not been assigned

10    to any other entity.

11         I declare under penalty of perjury under the laws of the United States that the foregoing is

12    true and correct to my personal knowledge.

13         Executed this 13th day of November, 2007, at Palo Alto, California.

14

15             /s/ Harry F. Doscher

16              Harry F. Doscher

17

18

19

20

21

22

23

24

25

26

27

28

DOSCHER DECLARATION ISO AOS'S MOTION FOR
PROTECTIVE ORDER; CASE NO. 07-2638 JSW (EDL)