TOWNSEND
*and*
TOWNSEND
*and*
CREW
LLP

Palo Alto, California
Tel 650 326-2400

Walnut Creek, California
Tel 925 472-5000

San Diego, California
Tel 858 350-6100

Denver, Colorado
Tel 303 571-4000

Seattle, Washington
Tel 206 467-9600

San Francisco

Two Embarcadero Center
Eighth Floor
San Francisco
California 94111-3834
Tel 415 576-0200
Fax 415 576-0300

Direct: (415) 273-7511
mrhulse@townsend.com

October 5, 2007

**VIA EMAIL**

Brett M. Schuman
Morgan Lewis & Bockius LLP
One Market Street, Spear Street Tower
San Francisco, CA 94105

Re:    Alpha & Omega Semiconductor, Ltd. v. Fairchild Semiconductor Corp.
       Case No. C 07-2638 JSW (consolidated with Case No. C 07-2664 JSW)
       Our File No. 18865P-021600

Dear Brett:

Fairchild has retained Dr. Richard Blanchard as a technical expert consultant in this action. During the course of his work, he will need to review documents and other technical information which AOS will likely designate as "Confidential" or "Highly Confidential - Attorneys' Eyes Only" information under the protective order. For this reason, I am writing to place AOS on notice of Fairchild's intent to disclose such information to Dr. Blanchard.

Please find attached Dr. Blanchard's resume which includes a description of his work experience, education, publications, and consulting activities in which he testified at deposition or trial. Additionally, enclosed is a signed undertaking stating that Dr. Blanchard agrees to abide by the terms of the protective order.

We are unable to disclose further information about Dr. Blanchard's consulting activities, as required by the protective order, due to confidentiality agreements with his clients. His work, however, does not pose any actual or potential risk of misuse of AOS's confidential information. We therefore request that AOS permit Dr. Blanchard to have access to AOS's confidential information based on the information we are providing and the information about him which AOS already possesses.

AOS is very familiar with Dr. Blanchard's background and reputation for professionalism and therefore should have no objection to his having access to confidential information. Indeed, AOS deposed him in the *Siliconix v. AOS* patent litigation, and we understand that AOS sought to hire him as an expert consultant in the present action, not knowing that Fairchild had already retained him. Additionally, the information we are providing about his background far exceeds the level of disclosure required by the accompanying protective order to which AOS stipulated in

TOWNSEND
*and*
TOWNSEND
*and*
CREW
LLP

October 5, 2007
Page 2

the *Siliconix* action.  (See separate attachment.)  Under that protective order, a party seeking to disclose confidential information needed to disclose only the consultant's name, address, present employer, title, resume, and a signed undertaking.  (See *Siliconix v. AOS* protective order at Section 4.1.)  No other information was required.  Accordingly, the background information we are providing about Dr. Blanchard is more than sufficient.

For the reasons set forth above, we request that AOS permit Dr. Blanchard to review AOS's information designated as "Confidential" and "Highly Confidential - Attorneys' Eyes Only" under the protective order in this action.  Please let me know by October 12 whether this is acceptable.  If AOS agrees, we suggest the parties file a stipulation and proposed order to modify the protective order in this respect.

Very truly yours,


/s/
Matthew R. Hulse

Enclosures


61170816 v1

**Silicon Valley Expert Witness Group, Inc.**
**An LECG Company**
**Consultant Curriculum Vitae**

# Richard A. Blanchard, Ph.D.

## Expertise

- MOS and Bipolar Device Technology
- Semiconductor Device Physics
- Microchip Fabrication & Analysis
- Electronic Systems
- Electrical & Electronic Failures

- CMOS, DMOS & BiCMOS
- Power IC's & Power Electronics
- Printed Circuit Board Manufacturing
- Semiconductor Process & Control
- Semiconductor Process Equipment

## Professional Summary

Dr. Blanchard has over 35 years of combined industry, research, academic, and consulting experience. His research covers semiconductor device and electronics design, semiconductor device physics, semiconductor manufacturing processes and equipment, failure analysis, reverse engineering of semiconductor and electronic circuits, and reliability modeling. Dr. Blanchard's work has resulted in more that 120 U.S. issued patents. He has also written or co-authored numerous books and articles in the semiconductor design and process development areas as well as failure analysis.

## Employment History

From: 1998       **Silicon Valley Expert Witness Group, Inc.**
To:   Date        Mountain View, CA
      Position:   *Director, Advanced Technologies*
                  Silicon Valley Expert Witness Group, Inc. (SVEWG) is a high technology, "Silicon Valley" consulting company specializing in expert witness litigation support and technology consulting. SVEWG has an extensive roster of world-class technology experts used in the defense and promotion of intellectual property rights and other litigation disputes. SVEWG Principals offer extensive in-house technology, legal and business expertise and have direct access to senior litigation and technology consultants worldwide.

From: 1991       **Failure Analysis Associates, Inc. (Now named "Exponent")**
To:   1998        Menlo Park, CA
      Position:   *Principal Engineer & Division Manager*
                  Responsible for the Electrical/Electronic Division of Failure Analysis Associates providing consulting services to the electrical

**Silicon Valley Expert Witness Group, Inc.**
**An LECG Company**
**Consultant Curriculum Vitae**

and electronics industry.  Specific duties include:

- Semiconductor devices. Failure analysis and reverse engineering of solid-state electronic components and circuits. Semiconductor processing and semiconductor process equipment. Semiconductor manufacturing and process control.
- Failure analysis of electric and electronic systems, subsystems, and components, including causes of electrical fires
- Reliability modeling and lifetime prediction of electrical and electronic systems and subsystems
- Automotive electronics. Design of discrete devices and integrated circuits
- Power Electronics. Power MOS and Smart Power Technologies

From: 1987        **IXYS Corporation**
To:   1991

        Position:   *Senior Vice President*
        Responsible for the development of IC products.  Established an in-house CAD capability.  Recruited an IC design team and coordinated the definition and development of IXYS ICs.  Identified, qualified and monitored the IC foundries that manufactured these circuits. Set up testing capability at IXYS. Coordinated assembly on IC's. Worked on various MOSFET and IGBT device, test, and assembly problems.

From: 1982        **Siliconix, Inc.**
To:   1987

        Position:   *Vice President, Engineering*
        Other titles held at Siliconix, Inc. were Engineering Manager (1982-1983) and Director (1983-1984).  Responsible for the development of advanced process technology and the design of both discrete devices (JFETs, lateral and vertical DMOS transistors) and integrated circuits (low and high voltage CMOS, D/CMOS and bipolar-JFET).  These responsibilities included providing technical and administrative direction to two IC design groups in the United Kingdom and the U.S., one device and process design group and a "quick-turn" processing line.  Two CAD groups, one in the U.K. and one in the U.S., and a CAE group developing computer software and hardware for the engineering community rounded out the department.  Personally responsible for many key innovations and inventions in power MOS and D/CMOS IC technology and their assembly and test requirements. He submitted approximately 20 patent disclosures while employed at Siliconix, Inc.  He holds the two key "trench FET" patents, of which he is the sole inventor.

**Resume of Richard A. Blanchard, Ph.D.**                    Page 2

## Silicon Valley Expert Witness Group, Inc.
## An LECG Company
## Consultant Curriculum Vitae

From:  1976       **Supertex, Inc.**
To:    1982
       Position:  *Founder and Vice President, MOS Power Products*
                  Responsible for investigation of new semiconductor devices and new
                  technologies.  In charge of Power MOS device research, design and
                  development.  His work lead to the design and development of both the
                  discrete power MOS device family and the high voltage IC (HVIC)
                  family sold by Supertex, Inc. Responsible for an in-house assembly
                  area as well as engineering aspects of power MOS and HVIC testing.

From:  1976       **Cognition, Inc.**
To:    1978
       Position:  *Founder and Consulting Engineer*
                  Responsible for developing the process technology for fabricating
                  monolithic silicon pressure sensors. A process line was established
                  for the manufacture of piezoresistive pressure sensors, including the
                  precision etching of thin silicon diaphragms.

From:  1974       **Foothill College**
To:    1978
       Position:  *Associate Professor, Assistant Division Chairman, Engineering &*
                  *Technology Division*
                  Accomplishments included developing the curriculum for the
                  Semiconductor Technology Program, and establishing a small
                  processing facility for teaching students the fundamentals of
                  semiconductor technology.  Supervised approximately 60 instructors
                  in the evening and off-campus programs.

From:  1974       **Independent Consultant**
To:    1976
       Duties:    Consultant to the semiconductor industry, including court appointed
                  "Special Master" in the Fairchild Semiconductor Corporation v.
                  National Semiconductor Corporation Isoplanar patent suit.

From:  1970       **Fairchild Semiconductor**
To:    1974       Mountain View, CA
       Position:  *Senior Engineer, Department Manager*
                  Responsible for the fabrication of the integrated circuits in the
                  Polaroid SX-70 camera.  Technologies directly related to this work
                  include standard bipolar technology, bipolar- MOS technology,
                  silicon gate technology and flip-chip assembly technology.

**Silicon Valley Expert Witness Group, Inc.**
**An LECG Company**
**Consultant Curriculum Vitae**

## Deposition and Trial Testimony (Past Five Years)

Apple Computer, Inc. v. Tatung Co., International Court of Arbitration of the International Chamber of Commerce, Case No. 10099 AER.  (D, R)

Anne Camilleri as Guardian for Andrea Camilleri, an incompetent Adult, vs. Costco Companies, Inc., Thompson Merchandising, Everstar Merchandise, So Yang Enterprises Co. Ltd. And Does 1 to 1000.  Superior Court of the State of California, County of San Mateo, Case No. 407 06 & Case No. 408 615.  (D)

Micrel, Inc. v. Federal Insurance Company, Superior Court of the State of California and Santa Clara County, Case No. CV786627.  (D, R)

Sun Microsystems v. Kingston Technology, United States District Court, Northern District of California, Case No. C99-03610VRW.  (D, R)

Level One v. Altima, United States International Trade Commission, Washington, D.C., Investigation No. 337-TA-435.  (D, R, T)

Optus Networks Pty Ltd CAN 008 570 330 and Ors v. Leighton Contractors Pty Ltd CAN 000 893 667 and Ors, Supreme Court of New South Wales Sydney Registry Common Law Division Construction List, No. 55059 of 1997.  (R, T)

Federal Insurance Company v. Metex Corporation, Superior Court of the State of California, County of San Francisco, No. 988899.  (D, R)

Pekin Insurance Company and Green Bay Motor Sports, Inc. v. American Suzuki Motor Corporation, Circuit Court of the State of Wisconsin, County of Brown, No. 01-CV-416 (4/2002).  (D)

Kenneth Toner and Daniel J. Harper, as Trustee of the Recall Claimants Trust v. Cadet Manufacturing Company, I.R.C.A. S.P.A., Zoppas Industries S.P.A. and Still-man Heating Products Inc., Superior Court of the State of Washington, County of King, No. 98-2-10876-2SEA (4/2002). (D)

Allen Scott Schneider, Tami Schneider v. Sentry Alarm, Inc., Sylvester's Alarm, Inc. a.k.a. Sylvester's Security Services, Inc. Automatic Alarm, Inc., Superior Court of the State of California, County of Santa Clara, Case No. CV 795867.  (D)

David Bryte, Personal Representative of the Estate of Lova E. Bryte, deceased, et al, plaintiffs v. Sunbeam Corporation & Sears Roebuck and Co., defendants. In the United States District Court for the Northern District of West Virginia, Case No. 2:00-CV-93. (D, R)

SimpleTech, Inc. v. Atmel Corporation, Superior Court of the State of California, County of Santa Clara, Case No. CV 809851 (2004).  (D, R)

## Silicon Valley Expert Witness Group, Inc.
## An LECG Company
## Consultant Curriculum Vitae

Pavel Kuzmenko; Karina Kuzmenko and Kristina Kuzmenko v. Morningside Apartments, William R. Canihan, and MacFrugal's Bargain Close Out, Superior Court of the State of California, County of Sacramento, Case No. 01AS00112 (2004).  (D)

State Farm Fire & Casualty Insurance Company; as subrogee for Terry Swan, and Terry Swan, individually v. Sears, Roebuck and Co., a foreign corporation, the United States District Court for the Western District of Washington, Case No. C01-129 (C).  (D, R)

Rexford Agin, Susan Agin and Daniel Agin v. Sunbeam Products, Inc., in the United States District Court for the Southern District of Ohio Eastern Division, Civil Action No. C2030052.  (D, R)

Bobby Cook, as Personal Representative of the Estate of Cathy Lynn Cook, Deceased; and Bobby Cook, Individually v. Sunbeam Corporation, Sunbeam Products, Inc., Wal-Mart Stores, Inc., and Wal-Mart Stores, East, Inc., United States District Court for the Northern District of Alabama Southern Division, Case No. CV-01-B-2000-S.  (D, R)

IXYS Corporation v. Advanced Power Technology, Inc., United States District Court for the Northern District of California San Francisco Division, Case No. C 02-3942 MHP.  (D, R)

Motorola, Inc. v. Analog Devices, Inc., United States District Court for the Eastern District of Texas Beaumont Division, Civil Action No. 1:03-CV-0131 (RHC).  (D, R)

Siliconix Inc., a Delaware corporation v. Alpha and Omega Semiconductor Inc., a California corporation, and Alpha and Omega Semiconductor Limited, a Bermuda corporation, United States District Court for the Northern District of California San Francisco Division, Case No. C03-04803 WHA (Inventor).  (D)

Sunex, Inc. v. Omnivision Technologies/Omnivision Technologies, Inc., a Delaware Corporation v. Sunex, Inc, Superior Court of the State of California County of San Diego, North County Division, Case No. 031205.  (D)

Fujitsu Limited v. Cirrus Logic, Inc., Amkor Technology, Inc., Sumitomo Bakelite Co., Ltd., and Sumitomo Plastics America, Inc., Superior Court of the State of California County of Santa Clara, Case. No. 1-03-CV-009885.  (D)

Silicon Laboratories, Inc. v. Ali Niknejad & Axiom Microdevices, Inc., United States District Court for the Western Division of Texas Austin Division, Civil Action No. A-04-CA-155-SS. (D, T)

Joel R. Bertelson, Daniel E. Mendl, Daniel E. Mendl as Trustee, The Bigfoot Ranch, II, Inc., Daniel E. Mendl as Attorney In Fact for Katherine Hope Bertelson and Union Mutual Fire Insurance Co. and New England Guaranty Insurance Co., Inc. v. Sunbeam Products, Inc. and The Allen Agency, Inc., Superior Court of the State of Vermont Chittenden County, SS, Docket No. S0312-04 CnC.  (D)

**Silicon Valley Expert Witness Group, Inc.**
**An LECG Company**
**Consultant Curriculum Vitae**

Micrel Inc. v. <u>Monolithic Power Systems</u>, Michael R. Hsing, James C. Moyer, and DOES 1-20 inclusive, Unites States District Court for the Northern District of California San Francisco Division, Case No. C04-04770 JSW (JCS).  (D)

<u>Siliconix, Inc.</u> v. Denso Corporation, United States District Court for the Northern District of California, San Francisco Division, Case No. C05-01507 WHA and Consolidated Actions Nos. C04-00344 WHA and C05-03617 WHA.  (D)

<u>Tessera, Inc.</u> v. Micron Technology, Inc. and Infineon, United States District Court for the Eastern District of Texas Marshall Division, Case No. 2-05CV94.  (R)

<u>Siliconix, Inc.</u> v. Semiconductor Components Industries, LLC d/b/a On Semiconductor, American Arbitration Association, Phoenix, Arizona, Case No. 76 133 Y 00327 05 DEAR.  (D)

John Rumans, Jeanne Rumans and Jessica Rumans v. <u>Sunbeam Products, Inc.</u>, United States District Court for the Western District of Missouri Western Division, Case No. 05-1226-CV-W-HFS. (D)

Markel American Insurance Company, Insurance Company of North America and State Farm Fire and Casualty Company v. Cadet Heater Manufacturing Company v. <u>ZIMM</u> (Third-Party Defendants), United States District Court for the District of Oregon, Case No. 3:05-CV-1188 KI (Lead Case). (D, R)

Verigy US, Inc. v. Romi Omar Mayder, Wesley Mayder, <u>Silicon Test Systems, Inc</u>., and Silicon Test Solutions, LLC, United States District Court for the Northern District of California San Jose Division, Case No., C07-04330 RMW (HRL).  (D)

Nathan J. Sheridan v. Fladeboe Volkswagen, Inc., <u>Volkswagen of America, Inc.</u>, Superior Court of the State of California for the County of Orange, Case No. 06CC09510.  (D)

D = Deposition
R = Report
T = Testimony in Court

## Patents

| Patent Number | Date Issued | Title |
|---|---|---|
| 7,244,970 | 07/17/2007 | Low Capacitance Two-Terminal Barrier Controlled TVS Diodes |
| 7,224,027 | 05/29/2007 | High Voltage Power MOSFET Having a Voltage Sustaining Region that Includes Doped Columns Formed by Trench Etching and Diffusion from Regions of Oppositely Doped Polysilicon |
| 7,202,494 | 04/10/2007 | FinFET Including a Supperlattice |

**Silicon Valley Expert Witness Group, Inc.**
**An LECG Company**
**Consultant Curriculum Vitae**

| 7,199,427 | 04/03/2007 | DMOS Device with a Programmable Threshold Voltage |
| 7,138,289 | 11/21/2006 | Technique for Fabricating Multilayer Color Sensing Photodetectors |
| 7,094,621 | 08/22/2006 | Fabrication on diaphragms and 'Floating' Regions of Single Crystal Semiconductor for MEMS Devices |
| 7,091,552 | 08/15/2006 | High Voltage Power MOSFET Having a Voltage Sustaining Region that Includes Doped Columns Formed by Trench Etching and Ion Implantation |
| 7,084,455 | 08/01/2006 | Power Semiconductor Device Having a Voltage Sustaining Region that Includes Terraced Trench with Continuous Doped Columns Formed in an Epitaxial Layer |
| 7,067,376 | 06/27/2006 | High Voltage power MOSFET Having Low On-Resistance |
| 7,061,072 | 06/13/2006 | Integrated Circuit Inductors Using Driven Shields |
| 7,023,069 | 04/04/2006 | Method for Forming Thick Dielectric Regions Using Etched Trenches |
| 7,019,360 | 03/28/2006 | High Voltage Power MOSFET Having a Voltage Sustaining Region that Includes Doped Columns Formed by Trench Etching Using an Etchant Gas that is also a Doping Source |
| 7,015,104 | 03/21/2006 | Technique for Forming the Deep Doped Columns in Superjunction |
| 6,992,350 | 01/31/2006 | High Voltage Power MOSFET Having Low On-Resistance |
| 6,949,432 | 09/27/2005 | Trench DMOS Transistor Structure Having a Low Resistance Path to a Drain Contact Located on an Upper Surface |
| 6,921,938 | 07/26/2005 | Double Diffused Field Effect Transistor Having Reduced On-Resistance |
| 6,906,529 | 06/14/2005 | Capacitive Sensor Device With Electrically Configurable Pixels |
| 6,882,573 | 04/19/2005 | DMOS Device with a Programmable Threshold Voltage |
| 6,861,337 | 03/01/2005 | Method for Using a Surface Geometry for a MOS-Gated Device in the Manufacture of Dice Having Different Sizes |
| 6,812,526 | 11/02/2004 | Trench DMOS Transistor Structure Having a Low Resistance Path to a Drain Contact Located on an Upper Surface |
| 6,812,056 | 11/02/2004 | Technique for Fabricating MEMS Devices Having Diaphragms of "Floating" Regions of Single Crystal Material |
| 6,794,251 | 09/21/2004 | Method of Making a Power Semiconductor Device |
| 6,790,745 | 09/14/2004 | Fabrication of Dielectrically Isolated Regions of Silicon in a Substrate |
| 6,777,745 | 08/17/2004 | Symmetric Trench MOSFET Device and Method of Making Same |
| 6,750,523 | 06/15/2004 | Photodiode Stacks for Photovoltaic Relays and the Method of Manufacturing the Same |
| 6,750,104 | 06/15/2004 | High Voltage Power MOSFET Having a Voltage Sustaining Region that Includes Doped Columns Formed by Trench Etching Using an Etchant Gas that is also a Doping Source |
| 6,734,495 | 05/11/2004 | Two Terminal Programmable MOS-Gated Current Source |
| 6,730,963 | 05/04/2004 | Minimum Sized Cellular MOS-Gated Device Geometry |
| 6,724,044 | 04/20/2004 | MOSFET Device Having Geometry that Permits Frequent Body Contact |
| 6,724,039 | 04/20/2004 | Semiconductor Device Having a Schottky Diode |

**Resume of Richard A. Blanchard, Ph.D.**                    Page 7

**Silicon Valley Expert Witness Group, Inc.**
**An LECG Company**
**Consultant Curriculum Vitae**

| | | |
|---|---|---|
| 6,713,351 | 03/30/2004 | Double Diffused Field Effect Transistor Having Reduced On-Resistance |
| 6,710,414 | 03/23/2004 | Surface Geometry for a MOS-Gated Device that Allows the Manufacture of Dice Having Different Sizes |
| 6,710,400 | 03/23/2004 | Method for Fabricating a High Voltage Power MOSFET Having a Voltage Sustaining Region that Includes Doped Columns Formed by Rapid Diffusion |
| 6,689,662 | 02/10/2004 | Method of Forming a Higher Voltage Power MOSFET Having Low On-Resistance |
| 6,686,244 | 02/03/2004 | Power Semiconductor Device Having a Voltage Sustaining Region that Includes Doped Columns Formed with a Single Ion Implantation Step |
| 6,660,571 | 12/09/2003 | High Voltage Power MOSFET Having Low On-Resistance |
| 6,656,797 | 12/02/2003 | High Voltage Power MOSFET Having a Voltage Sustaining Region that Includes Doped Columns Formed by Trench Etching and Ion Implantation |
| 6,649,477 | 11/18/2003 | Method for Fabricating a Power Semiconductor Device Having a Voltage Sustaining Layer with a Terraced Trench Facilitating Formation of Floating Islands |
| 6,627,949 | 09/30/2003 | High Voltage Power MOSFET Having Low On-Resistance |
| 6,624,494 | 09/23/2003 | Method for Fabricating a Power Semiconductor Device Having a Floating Island Voltage Sustaining Layer |
| 6,621,107 | 09/16/2003 | Trench DMOS Transistor with Embedded Trench Schottky Rectifier |
| 6,593,619 | 07/15/2003 | High Voltage Power MOSFET Having Low On-Resistance |
| 6,593,174 | 07/15/2003 | Field Effect Transistor Having Dielectrically Isolated Sources and Drains and Method for Making Same |
| 6,576,516 | 06/10/2003 | High Voltage Power MOSFET Having a Voltage Sustaining Region that Includes Doped Columns Formed by Trench Etching and Diffusion from Regions of Oppositely Doped Polysilicon |
| 6,566,201 | 05/20/2003 | Method for Fabricating a High Voltage Power MOSFET Having a Voltage Sustaining Region that Includes Doped Columns Formed by Rapid Diffusion |
| 6,538,279 | 03/25/2003 | High-Side Switch With Depletion-Mode Device |
| 6,492,663 | 12/10/2002 | Universal Source Geometry for MOS-Gated Power Devices |
| 6,479,352 | 11/12/2002 | Method of Fabricating High Voltage Power MOSFET Having Low On-Resistance |
| 6,472,709 | 10/29/2002 | Trench DMOS Transistor Structure Having a Low Resistance Path to a Drain Contact Located on an Upper Surface |
| 6,468,866 | 10/22/2002 | Single Feature Size MOS Technology Power Device |
| 6,465,304 | 10/15/2002 | Method for Fabricating a Power Semiconductor Device Having a Floating Island Voltage Sustaining Layer |
| 6,432,775 | 08/13/2002 | Trench DMOS Transistor Structure Having a Low Resistance Path to a Drain Contact Located on an Upper Surface |
| 6,420,764 | 07/16/2002 | Field Effect Transistor Having Dielectrically Isolated Sources and |

**Silicon Valley Expert Witness Group, Inc.**
**An LECG Company**
**Consultant Curriculum Vitae**

|  |  | Drains and Methods for Making Same |
|---|---|---|
| 6,403,427 | 06/11/2002 | Field Effect Transistor Having Dielectrically Isolated Sources and Drains and Method for Making Same |
| 6,399,961 | 06/04/2002 | Field Effect Transistor Having Dielectrically Isolated Sources and Drains and Method for Making Same |
| 6,369,426 | 04/09/2002 | Transistor with Integrated Photodetector for Conductivity Modulation |
| 6,368,918 | 04/09/2002 | Method of Fabricating an Embedded Flash EEPROM with a Tunnel Oxide Grown on a Textured Substrate |
| 6,331,794 | 12/18/2001 | Phase Leg with Depletion-mode Device |
| 6,316,336 | 11/13/2001 | Method for Forming Buried Layers With Top-Side Contacts and the Resulting Structure |
| 6,291,845 | 19/18/2001 | Fully-Dielectric-Isolated FET Technology |
| 6,272,050 | 08/07/2001 | Method and Apparatus for Providing an Embedded Flash-EEPROM Technology |
| 6,239,752 | 05/29/2001 | Semiconductor Chip Package that is also an Antenna |
| 6,225,662 | 05/01/2001 | Semiconductor Structure with Heavily Doped Buried Breakdown Region |
| 6,215,170 | 04/10/2001 | Structure for Single Conductor Acting as Ground and Capacitor Plate Electrode Using Reduced Area |
| 6,198,114 | 03/06/2001 | Field Effect Transistor Having Dielectrically Isolated Sources and Drains and Method for Making Same |
| 6,069,385 | 05/30/2000 | Trench MOS-Gated Device |
| 6,064,109 | 05/16/2000 | Ballast Resistance for Producing Varied Emitter Current Flow Along the Emitter's Injecting Edge |
| 6,046,473 | 04/04/2000 | Structure and Process for Reducing the On-Resistance of MOS-Gated Power Devices |
| 6,011,298 | 01/04/2000 | High Voltage Termination with Buried Field-Shaping Region |
| 5,985,721 | 11/16/1999 | Single Feature Size MOS Technology Power Device |
| 5,981,998 | 11/09/1999 | Single Feature Size MOS Technology Power Device |
| 5,981,318 | 11/09/1999 | Fully-dielectric-isolated FET Technology |
| 5,960,277 | 09/28/1999 | Method of Making a Merged Device with Aligned Trench FET and Buried Emitter Patterns |
| 5,897,355 | 05/27/1999 | Method of Manufacturing Insulated Gate Semiconductor Device to Improve Ruggedness |
| 5,869,371 | 02/09/1999 | Structure and Process for Reducing the On-Resistance of MOS-gated Power Devices |
| 5,856,696 | 01/05/1999 | Field Effect Transistor Having Dielectrically Isolated Sources and Drains |
| 5,821,136 | 10/13/1998 | Inverted Field-Effect Device with Polycrystalline Silicon/Germanium Channel |
| 5,801,396 | 09/01/1998 | Inverted Field-Effect Device with Polycrystalline Silicon/Germanium Channel |
| 5,798,549 | 08/25/1998 | Conductive Layer Overlaid Self-Aligned MOS-Gated Semiconductor |

**Silicon Valley Expert Witness Group, Inc.**
**An LECG Company**
**Consultant Curriculum Vitae**

| | | |
|---|---|---|
| | | Devices |
| 5,773,328 | 06/30/1998 | Method Of Making A Fully-Dielectric-Isolated Fet |
| 5,756,386 | 05/26/1998 | Method of Making Trench MOS-Gated Device with A Minimum Number of Masks |
| 5,710,443 | 01/20/1998 | Merged Device with Aligned Trench Fet and Buried Emitter Patterns |
| 5,708,289 | 01/13/1998 | Pad Protection Diode Structure |
| 5,701,023 | 12/23/1997 | Insulated Gate Semiconductor Device Typically Having Subsurface-Peaked Portion of Body Region For Improved Ruggedness |
| 5,691,555 | 11/25/1997 | Integrated Structure Current Sensing Resistor For Power Devices Particularly For Overload Self-Protected Power MOS Devices |
| 5,668,025 | 09/16/1997 | Method of Making a FET with Dielectrically Isolated Sources and Drains |
| 5,663,079 | 09/02/1997 | Method of Making Increased Density MOS-Gated Semiconductor Devices |
| 5,648,670 | 07/15/1997 | Trench MOS-Gated Device with a Minimum Number of Masks |
| 5,640,037 | 06/17/1997 | Cell with Self-Aligned Contacts |
| 5,637,889 | 06/10/1997 | Composite Power Transistor Structures Using Semiconductor Materials With Different Bandgaps |
| 5,589,415 | 12/31/1996 | Method For Forming a Semiconductor Structure with Self-Aligned Contacts |
| 5,576,245 | 11/19/1996 | Method of Making Vertical Current Flow Field Effect Transistor |
| 5,574,301 | 11/12/1996 | Vertical Switched-Emitter Structure with Improved Lateral Isolation |
| 5,528,063 | 06/18/1996 | Conductive-Overlaid Self-Aligned MOS-Gated Semiconductor Devices |
| 5,485,027 | 01/16/1996 | Isolated DMOS IC Technology |
| 5,298,781 | 03/29/1994 | Vertical Current Flow Field Effect Transistor with Thick Insulator Over Non-Channel Areas |
| 5,237,481 | 08/17/1993 | Temperature Sensing Device for Use in a Power Transistor |
| 5,218,228 | 06/08/1993 | High Voltage MOS Transistors with Reduced Parasitic Current Gain |
| 5,164,325 | 11/17/1992 | Method of Making a Vertical Current Flow Field Effect Transistor |
| 5,156,989 | 10/20/1992 | Complementary Isolated DMOS IC Technology |
| 5,132,235 | 07/21/1992 | Method for Fabricating a High Voltage MOS Transistor |
| 5,034,785 | 07/23/1992 | Planar Vertical Channel DMOS Structure |
| 4,983,535 | 01/08/1991 | Vertical DMOS Transistor Fabrication Process |
| 4,978,631 | 12/18/1990 | Current Source with a Process Selectable Temperature Coefficient |
| 4,958,204 | 09/18/1990 | Junction Field-Effect Transistor with a Novel Gate |
| 4,956,700 | 19/11/1990 | Integrated Circuit with High Power, Vertical Output Transistor Capability |
| 4,952,992 | 08/28/1990 | Method and Apparatus for Improving the On-Voltage Characteristics of a Semiconductor Device |
| 4,929,991 | 05/29/1990 | Rugged Lateral DMOS Transistor Structure |
| 4,920,388 | 04/24/1990 | Power Transistor with Integrated Gate Resistor |
| 4,916,509 | 04/10/1990 | Method for Obtaining Low Interconnect Resistance on a Grooved |

**Silicon Valley Expert Witness Group, Inc.**
**An LECG Company**
**Consultant Curriculum Vitae**

| | | Surface and the Resulting Structure |
|---|---|---|
| 4,914,058 | 04/03/1990 | Grooved DMOS Process with Varying Gate Dielectric Thickness |
| 4,896,196 | 01/23/1990 | Vertical DMOS Power Transistor with an Integral Operating Condition Sensor |
| 4,893,160 | 01/09/1990 | Method for Increasing the Performance of Trenched Devices and the Resulting Structure |
| 4,868,537 | 09/19/1989 | Doped $SiO_2$ Resistor and Method of Forming Same |
| 4,851,366 | 07/25/1989 | Method for Providing Dielectrically Isolated Circuit |
| 4,845,051 | 07/04/1989 | Buried Gate JFET |
| 4,832,586 | 05/30/1989 | Dual-Gate High Density FET |
| 4,827,324 | 05/02/1989 | Implantation of Ions into an Insulating Layer of Increase Planar PN Junction Breakdown Voltage |
| 4,824,795 | 04/25/1989 | Method for Obtaining Regions of Dielectrically Isolated Single Crystal Silicon |
| 4,813,882 | 03/28/1989 | Power MOS Transistor with Equipotential Ring |
| 4,799,100 | 01/17/1989 | Method and Apparatus for Increasing Breakdown of a Planar Junction |
| 4,798,810 | 01/17/1989 | Method for Manufacturing a Power MOS Transistor |
| 4,794,436 | 12/27/1988 | High Voltage Drifted-Drain MOS Transistor |
| 4,791,462 | 12/13/1988 | Dense Vertical J-MOS Transistor |
| 4,774,196 | 09/27/1988 | Method of Bonding Semiconductor Wafers |
| 4,767,722 | 08/30/1988 | Method for Making Planar Vertical Channel DMOS Structures |
| 4,759,836 | 07/26/1988 | Ion Implantation of Thin Film $CrSi_2$ and SiC Resistors |
| 4,707,909 | 11/24/1987 | Manufacture of Trimmable High Value Polycrystalline Silicon Resistors |
| 4,682,405 | 07/28/1987 | Method for Forming Lateral and Vertical DMOS Transistors |
| 4,402,003 | 08/30/1983 | Composite MOS/Bipolar Power Device |
| 4,398,339 | 08/16/1983 | Fabrication Method for High Power MOS Device |
| 4,393,391 | 07/12/1988 | Power MOS Transistor With a Plurality of Longitudinal Grooves to Increase Channel Conducting Area |
| 4,345,265 | 08/17/1982 | MOS Power Transistor with Improved High-Voltage Capability |
| 4,344,081 | 08/10/1982 | Combined DMOS and a Vertical Device and Fabrication Method Therefore |
| 4,145,703 | 03/20/1979 | High Power MOS Device and Fabrication Method Therefore |

## Education

| 1982 | Stanford University | Ph.D., Electrical Engineering |
|---|---|---|
| | | Thesis: "Optimization of Discrete High Power MOS Transistors." |
| 1970 | M.I.T. | MSEE |
| | | Thesis: "The Use of a Thermal Feedback Mechanism in Power Transistor Structures." |
| 1968 | M.I.T. | BSEE |

**Silicon Valley Expert Witness Group, Inc.**
**An LECG Company**
**Consultant Curriculum Vitae**

## Publications – Books

Blanchard, R. A., Burgess, David, "Wafer Failure Analysis for Yield Enhancement," *Accelerated Analysis,* 2000.

Blanchard, R.A., "Electronic Failure Analysis Handbook," co-author of three chapters, P. L. Martin, ed., *McGraw-Hill,* 1999.

Blanchard, R.A., Trapp, O., Lopp, L., "Semiconductor Technology Handbook," Portola Valley, California, *Technology Associates*, 1993.

Blanchard, R.A., "Discrete Semiconductor Switches: Still Improving," Chapter 3, Section 6, Modern Power Electronics, B. K. Bose, ed., Piscataway, N.J, *IEEE Press*, 1992.

Blanchard, R.A., "Power Integrated Circuits: Physics, Design, and Application," (Chapter 3 with J. Plummer) *McGraw-Hill*, 1986.

Blanchard, R.A., Gise, P., "Modern Semiconductor Fabrication Technology," *Reston Publishing Company*, 1986.

Blanchard, R.A. and others, "MOSPOWER Applications Handbook," *Siliconix, Inc.*, 1984; Sections 1.3, 2.9, 2.9.1, 2.11, 4.2, 5.6, 5.6.2, 7.1.

Blanchard, R.A., Gise, P., "Semiconductor and Integrated Circuit Fabrication Techniques," *Reston Publishing Company*, 1979.

## Publications - Papers

Blanchard, R.A., Wong, Chuck, "Off-line Battery Charger Circuit with Secondary-Side PWM Control," HFPC 2000 Proceedings, October 2000.

Blanchard, R. A., Kusko, Alexander, "Electrical Arcing—Its Impact on Power Quality," Power Quality Assurance, May/June 1996.

Blanchard, R. A., Kusko, Alexander, "Standby vs. Online UPS," Power Quality Assurance, March/April 1996.

Blanchard, R. A., Kusko, Alexander, "Power Electronic Equipment Protection," Power Quality Assurance, January/February 1996.

Blanchard, R.A., Li, R., "Quantitative Analysis and Measurements of Computer Local Area Network (LAN) Failures," PCIM/Power Quality/Mass Transit '95 Conference, Long Beach, California, to be presented September 9-15, 1995.

Blanchard, R.A., Medora, N., Kusko, A., "Power Factor Correction ICs - A Topological Overview," Proceedings, High Frequency Power Conversion Conference, HFPC '95, San Jose, California, May 1995.

## Silicon Valley Expert Witness Group, Inc.
## An LECG Company
## Consultant Curriculum Vitae

Blanchard, R.A., Kusko, A., "Operation of Electrical Loads Supplied from Sine-Wave Current Source UPS," Proceedings, High Frequency Power Conversion Conference, San Jose, California, April 1994.

Cogan, A., Maluf, Blanchard, R.A., "A Very Large-Area, High-Power, High-Voltage DMOS Transistor," Electronic Components Conference, May 1987.

Blanchard, R.A., Dawes, W., et al., "Transient Hardened Power FETs," *IEEE Transactions on Nuclear Science*, Vol. NS-33 (6), December 1986.

Blanchard, R.A., Severns, R., Cogan, A., Fortier, T., "Special Features of Power MOSFETs in High-Frequency Switching Circuits," Proceedings, High Frequency Power Conversion Conference, Virginia Beach, Virginia, May 1986.

Blanchard, R.A., Fortier, T., Cogan, A., Harnden, J., "Low-On-Resistance, Low Voltage Power MOSFETs for Motor-drive Applications," Proceedings, Electro 86 Session 10, Boston, Massachusetts, May 1986.

Blanchard, R.A., "The Use of MOSFETs in High-Dose-Rate Radiation Environments," Proceedings, APEC 86, New Orleans, Louisiana (With R. Severns).

Blanchard, R.A., Thibodeau, P., "Use of Depletion-Mode MOSFETs in Synchronous Rectification," Proceedings of the 1986 Power Electronics Specialist Conference, Vancouver, B.C., Canada, 1986.

Blanchard, R.A., Dawes, W., et al., "Power MOSFET Usage in Radiation Environments; Circuit Design Techniques and Improved Fabrication Methods," *Digest of Papers GOMAC* 1986, San Diego, California. Received the Meritorious Paper of the Conference Award.

Blanchard, R.A., Williams, "D/CMOS Technology: SMARTPOWER Processes that Solve Different Design Problems," Proceedings of Electro '86, Session 13, March 15, 1986.

Blanchard, R.A., Cogan, A., "Future Trends in Semiconductor Switching," Proceedings, SATECH 85, Chicago, Illinois, October 1985.

Blanchard, R.A., Thibodeau, P. "The Design of a High Efficiency, Low Voltage Power Supply Using MOSFET Synchronous Rectification and Current Mode Control," PESC '85 Record, Toulouse, France, June 1985.

Blanchard, R.A., Severns, R., "The Use of MOSFETs in High-Dose-Rate Radiation Environments," Proceedings of APEC, 1986.

Blanchard, R.A., Numann, "SMARTPOWER Technology: Empty Promises or Emerging Products?" *Powertechniques*, July 1985.

Blanchard, R.A., "SMARTPOWER ICs: Process Innovation Produces Significant New Circuits," *Electronic Components News*, May 1984.

# Silicon Valley Expert Witness Group, Inc.
## An LECG Company
## Consultant Curriculum Vitae

Blanchard, R.A., "The Application of High-Power MOS-Gated Structures," Proceedings, Electro 85, New York, New York, May 1985.

Blanchard, R.A., Buchanan, Tubis, "Power MOS Technology Invades Telecom," Proceedings of Intelec '84, October 1984.

Blanchard, R.A., Severns, R., "Practical Synchronous Rectification Using MOSFETs," Proceedings of Powercon 11, 1984.

Blanchard, R.A., "Process Improvements and Innovations Spur New Power ICs," *Electronic Engineering Times*, September 24, 1984.

Blanchard, R.A., "MOSPOWER Devices and Coming on Strong," *Electronic Products*, pp 71-76, July 2, 1984.

Alexander, M., Blanchard, R.A., Abramczyk, E., "Depletion-Mode MOSFETs Open a Channel into Power Switching," *Electronic Design*, June 28, 1984.

Blanchard, R.A., Severns, R., "MOSFETs Schottky Diodes Vie for Low-Voltage-Supply Designs," *EDN*, June 28, 1984.

Blanchard, R. A., "MOSPOWER Devices Boost Power-Supply Performance," *Electronic Engineering Times*, June 4, 1984.

Blanchard, R.A., Allan, G., "Understanding MOS Power Transistor Characteristics Minimizes Incoming Testing Requirements," *Test & Measurement World*, pp 78-87, January 1984.

Blanchard, R.A., Severns, R., "Practical Synchronous Rectification Using MOSFETs," Proceedings, Powercon 11, Dallas, Texas, 1984.

Blanchard, R.A., Buchanan, W., Tubis, C., "Power MOS Technology Invades Telecom," Proceedings, Intelec 84, New Orleans, Louisiana, October 1984.

Blanchard, R.A., "Power Control with Integrated CMOS/DMOS Output," Proceedings of Electro 1983, May 1983.

Blanchard, R.A., Berger, P., "Discrete and Integrated MOSPOWER Transistors in Power Conversion and Power Control Applications," Proceedings of PCI, Orlando, Florida, November 1983.

Blanchard, R.A., "MOSFETs in Arrays and Integrated Circuits," Proceedings of Electro '83, Session 7, April 1983.

Blanchard, R.A., "Status and Emerging Direction of MOS Power Technology," Proceedings of PCI/MOTOR CON '83, April 1983.

Blanchard, R.A., Alexander, M., "Use MOSPOWER as Synchronous Rectifiers in Switched-Mode Power Supplies," *Powerconversion International*, Vol. 9., No. 4, pp 16-26, April 1983.

## Silicon Valley Expert Witness Group, Inc.
## An LECG Company
## Consultant Curriculum Vitae

Blanchard, R.A., "Power Control With Integrated CMOS/DMOS Output," Proceedings, Electro 1983, New York, New York, May 1983.

Blanchard, R.A., Alexander, M., "Use of MOSPOWER as Synchronous Rectifiers in Switched-Mode Power Supplies," *Powerconversion International*, Vol. 9, No. 4, March 1983.

Blanchard, R.A., Severns, R., "Designing Switched-Mode Power Converters for Very Low Temperature Operation," Proceedings, Powercon 10, San Diego, California, March 1983.

Blanchard, R.A., Harnden, J., "MOSFETs Control More Power in the Same-sized Package," *Electronic Design*, pp 107-114, December 9, 1982.

Blanchard, R.A., Oxner, "Logic-Compatible MOSFETs Simplify High-Power Interfacing," *EDN*, pp 105-109, November 24, 1982.

Blanchard, R.A., "Bipolar and MOS Transistors: Emerging Partners for the 1980's," Proceedings, Intelec 1982, Washington, D.C., October 1982.

Blanchard, R.A., "The Use of MOS Power Transistors in Hybrid Circuits," *The International Journal for Hybrid Microelectronics*, Vol. 5(2), p. 130-137, November, 1982.

Blanchard, P.A., "A New High-Power MOS Transistor for Very High Current, High Voltage Switching Applications," Proceedings of Powercon 8, 1981.

Blanchard, R.A., "VMOS Power Transistors in Automotive Systems - An Update," International Automotive Engineering Congress and Exposition, Detroit, Michigan, February 1981.

Blanchard, R.A., Glogoija, M., Baker, R., White, K., "A New High-Power MOS Transistor for Very High Current, High Voltage Switching Applications," Proceedings, Powercon 8, Dallas, Texas, 1981.

Blanchard, R.A., "Power MOS transistors: Structure and Performance," *Powerconversion International*, March/April 1980.

Blanchard, R.A., "The VMOS Power Device - A Direct Interface between Microprocessors and Electromechanical Actuators," International Automotive Engineering Congress and Exposition, Detroit, Michigan, March 1977

Horiuchi, S., Blanchard, R.A., "Boron Diffusion in Polycrystalline Silicon Layers," *Solid-State Electronics*, Vol. 18, p. 529-532, 1974.

Blanchard, R.A., Lane, R., Grav, P., Stafford, K., "A Completely Monolithic Sample/Hold Amplifier Using Compatible Bipolar and Silicon-Gate FET Devices," *IEEE Journal of Solid-State Circuits*, Vol. SC-9 (6), December 1974.

Blanchard, R.A., "High Voltage Simultaneous Diffusion Silicon-Gate CMOS." *IEEE J.S.S.C.*, SC-9, No. 3, pp 103-110, June 1974.

**Silicon Valley Expert Witness Group, Inc.**
**An LECG Company**
**Consultant Curriculum Vitae**

## Professional Associations and Achievements

- Senior Member, Institute of Electrical and Electronics Engineers
- Member, Electronic Device Failure Analysis Society
- Member, International Microelectronics & Packaging Society
- Member, American Vacuum Society
- Member, National Fire Protection Association
- Court Appointed Special Master

For more information please contact:

**Silicon Valley Expert Witness Group, Inc.**

| 2570 W. El Camino Real | 740 E. Campbell | 1275 K Street |
|---|---|---|
| Suite 650 | Suite 550 | Suite 1025 |
| Mountain View, CA 94040 | Richardson, TX 75081 | Washington, DC 20005 |
| Ph: 650-917-0700 | Ph: 214-575-4600 | Ph: 202-842-5030 |
| Fax: 650-917-0701 | Fax: 214-575-4610 | Fax: 202-842-5420 |

Please email: info@svewg.com

QUINN EMANUEL URQUHART
 OLIVER & HEDGES, LLP
 David Eiseman (Bar No. 114758)
 Albert P. Bedecarré (Bar No. 148178)
 Patrick C. Doolittle (Bar No. 203659)
 Daniel N. Kassabian (Bar No. 215249)
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

Attorneys for Plaintiff
Siliconix incorporated

ORRICK, HERRINGTON & SUTCLIFFE LLP
 G. Hopkins Guy, III (Bar No. 124811)
 Stephen N. Adams (Bar No. 141956)
 Duo Chen (Bar No. 220675)
1000 Marsh Road
Menlo Park, California 94025
Telephone:     (650) 614-7400
Facsimile:      (650) 614-7401

Attorneys for Defendant
Alpha and Omega Semiconductor Incorporated
and Alpha And Omega Semiconductor Limited

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SILICONIX INCORPORATED,<br>a Delaware corporation,<br><br>          Plaintiff,<br><br>   v.<br><br>ALPHA AND OMEGA<br>SEMICONDUCTOR INCORPORATED,<br>a California corporation, and ALPHA AND<br>OMEGA SEMICONDUCTOR LIMITED,<br>a Bermuda corporation,<br><br>          Defendants. | CASE NO. C 03-4803 WHA<br><br><br><br>**STIPULATED PROTECTIVE ORDER** |

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 26, and it appearing that discovery in the above-entitled action will involve the disclosure of confidential information, it is hereby stipulated by and between the Parties through their respective counsel and ordered that the following Protective Order be entered to give effect to the terms and conditions set forth below.

1.0    Definitions

1.1    "Siliconix" means Siliconix incorporated.

1.2    "AOS" means Alpha and Omega Semiconductor Incorporated and Alpha and Omega Semiconductor Limited.

1.3    "Designating Party" means Siliconix or AOS or any non-party producing documents or information under this Protective Order.

1.4    "Receiving Party" means Siliconix or AOS.

1.5    "Protected Information" includes the following categories of information, and shall include documents produced during discovery, answers to interrogatories, responses to requests for admission, depositions, hearing or trial transcripts, and tangible things, the information contained therein and all copies, abstracts, excerpts, analyses or other writings that contain, reflect or disclose such information whether contained in attorney work product or not.

1.5.1    "Confidential" designates Protected Information that a Designating Party believes to be of a proprietary business or technical nature and not readily available to competitors, potential competitors, and/or other third parties.

1.5.2    "Confidential – Attorneys' Eyes Only" designates Protected Information that the Designating Party reasonably believes is "Confidential" information within the meaning of Section 1.5.1, the disclosure of which is likely to cause harm to the competitive position of the Designating Party.  Such information may fall into one or more of the following categories:

1.5.2.1    Future Business Plans

1.5.2.2    Current Business Plans

1.5.2.3    New Product Development

STIPULATED PROTECTIVE ORDER
CASE NO. C 03–4803 WHA

1.5.2.4    New Business Development (for old products)

1.5.2.5    Trade Secrets (as defined by California law)

1.5.2.6    Proprietary Engineering Information (not generally available to the public)

1.5.2.7    Computer Source Code or Product Designs

1.5.2.7    Competitor Market Analysis

1.5.2.8    Customer Lists

1.5.2.9    Internal Financial/Accounting Information

1.5.2.10   Operations Information

1.5.2.11   Distributor Agreements

1.5.2.12   License Agreements

1.5.2.13   Foundry Agreements

1.5.2.14   Development Agreements

1.5.2.15   Agreements with Sales Representatives

1.5.2.16   Prices Charged to Distributors and/or Customers

1.5.2.17   Business Relationships with Third Parties

1.5.2.18   Current Product Development and Production

1.5.2.19   Costs Related Information

1.5.3    Protected Information shall not include:  information that is in the public domain at the time of disclosure (except such information in the public domain which may be treated as a trade secret due to the effort involved in collecting and maintaining such information); information which after disclosure is published or becomes part of the public domain through no fault of a Party receiving information under this Protective Order, but only after it is published or comes into the public domain (subject to the same trade secret exclusion stated above); information that is in the possession of a Party receiving such information without any confidentiality obligations at the time of disclosure; information independently derived by a Party receiving Protected Information without reference to any Protected Information, as

- 3 -

1  evidenced by documentation; or information disclosed by a third party having the legal right to do

2  so.

3        1.6    "Document" shall have the meaning ascribed to it in Federal Rule of Civil

4  Procedure Rule 34(a).

5        1.7    "Employees" means regular full or part-time employees and also temporary

6  personnel who are providing secretarial, clerical and/or administrative services only of the

7  designated employer.

8     2.0    Designations of Protected Information

9        2.1    Each Designating Party who produces or discloses any material that the

10 Designating Party reasonably believes to contain or reveal Protected Information may designate

11 the same Confidential, or Confidential – Attorneys' Eyes Only.

12       2.2    Documents may be designated as Confidential only if, prior to production,

13 the document is clearly marked with a legend which states:

14                              CONFIDENTIAL

15       2.3    Documents may be designated as Confidential – Attorneys' Eyes Only

16 only if, prior to production, the document is clearly marked with a legend which states:

17                 CONFIDENTIAL – ATTORNEYS' EYES ONLY

18       2.4    An answer to an Interrogatory or Request for Admission may be designated

19 as the appropriate category of Protected Information by a statement made therein.

20       2.5    A deposition transcript or a portion thereof may be designated as the

21 appropriate category of Protected Information by so designating on the record at the deposition or

22 designating any portion of the transcript as "Confidential" or "Confidential – Attorneys' Eyes

23 Only" within thirty (30) days following the mailing of the transcript or videotape by the court

24 reporter or videographer.  Such notice thereof shall be made in writing to the reporter, with copies

25 to all other counsel, designating the portions of the transcript or videotape that contain Protected

26 Information as either Confidential or Confidential – Attorneys' Eyes Only, and directing the

27 reporter to mark that portion of the transcript or videotape accordingly.  Until expiration of the

28

1   thirty day period specified in this Section 2.5, all deposition transcripts and/or videotapes shall be

2   considered and treated as Confidential – Attorneys' Eyes Only.

3           2.6    Counsel of record shall exert their best efforts to raise claims of

4   confidentiality prior to the disclosure of Protected Information.

5           2.7    Notwithstanding the provisions of Sections 2.2 – 2.6 of this Protective

6   Order, failure of counsel to designate and/or mark any Protected Information as "Confidential" or

7   "Confidential – Attorneys' Eyes Only" as provided above shall not preclude the disclosing Party

8   from thereafter in good faith making such a designation and requesting the Receiving Party to so

9   mark and treat such Protected Information so designated.  After such designation, such Protected

10   Information shall be fully subject to this Protective Order and treated thereafter according to the

11   new or corrected designation subject to any objection procedure provided herein.  The Receiving

12   Party, however, shall incur no liability for disclosures made prior to notice of such designation.

13   The Parties shall confer in good faith to correct the designation and shall take all necessary steps

14   to prevent further dissemination of the subject materials.

15        3.0    Disclosure of Protected Information

16           3.1    Information designated "Confidential" may only be disclosed to the

17   following persons:

18             3.1.1   outside counsel of record for Siliconix or AOS in this Action and

19   the Employees of outside counsel of record ("Outside Counsel") who are assisting in this

20   litigation and whose duties require access to Protected Information;

21             3.1.2   independent experts and/or consultants retained by counsel of

22   record for Siliconix or AOS, subject to the provisions of Section 4.0 of this Protective Order;

23             3.1.3   in-house attorneys for each Party, and Employees who are assisting

24   such in-house attorneys in this litigation in filing and/or administrative duties and whose duties

25   require access to Protected Information;

26             3.1.4   Employees or representatives of each Party who are necessary to

27   the Party's preparation and pursuit of claims and defenses in this action;

28

STIPULATED PROTECTIVE ORDER
CASE NO. C 03–4803 WHA

3.1.5   third parties specifically retained to assist outside counsel in copying or computer coding of documents, but only for purposes of copying or computer coding Protected Information;

3.1.6   qualified persons taking or recording testimony involving Protected Information and their Employees whose duties require access to Protected Information; and

3.1.7   the Court and the Court's staff; and

3.1.8   such other persons as the Parties agree to in writing prior to any disclosure of Protected Information.

3.2   Information designated Confidential – Attorneys' Eyes Only, including copies thereof, extracts therefrom, compilations and/or summaries thereof and any information therein, may only be disclosed to the following persons: persons falling within the categories specified in Sections 3.1.1, 3.1.2, 3.1.5, 3.1.6, and 3.1.7 of this Protective Order, but shall in no case be disclosed to persons who are involved in competitive decision making or intellectual property licensing decisions for Siliconix or AOS, or to persons who are currently prosecuting, supervising, advising or assisting in any way in the preparation and/or prosecution of any new or pending patent application, continuation, divisional, renewal, substitute or convention application relating to field-effect transistors ("FETs"), or any portion thereof, whether design or utility, whether in the United States or abroad (including applications filed under the Patent Cooperation Treaty), whether or not claiming priority from the patents asserted in this litigation or any foreign counterpart thereof, on behalf of themselves, their employer, any Party to this litigation or any third party (hereafter "Prosecution Counsel" or "Prosecution Consultant"), and further provided that such persons shall not during the pendency of, and for a period of one year following the conclusion of this action (including any appeals), engage in any such prosecution, supervision, advice or assistance in any way in the preparation and/or prosecution of any new patents or patent applications, including provisional patent applications relating to FETs.

3.3   Protected Information shall not be made available to any person except as authorized under this Protective Order, and no person identified in Sections 3.1.2, and 3.1.5 shall have access to Protected Information without having first read, acknowledged and agreed in

STIPULATED PROTECTIVE ORDER
CASE NO. C 03–4803 WHA

writing (in the form of the Declaration for Protective Order attached hereto as Exhibit A) to be bound by this Protective Order.  A file of all such written acknowledgments shall be maintained by the Party obtaining them, and copies of such written acknowledgments shall be provided to all counsel of record upon request at the conclusion of this action or if circumstances arise which create reasonable concern over the adherence to this Protective Order.

3.4     Each individual who receives any materials designated as "Confidential" or "Confidential – Attorney's Eyes Only" hereby agrees to subject himself or herself to the jurisdiction of this Court for purposes of any proceedings relating to the performance under, compliance with or violation of this Protective Order.

3.5     If the recipient of any Protected Information learns that, by inadvertence or otherwise, it has disclosed Protected Information to any person or in any circumstance not authorized under this Protective Order, the Receiving Party must immediately (a) notify in writing the Designating Party of the unauthorized disclosures, (b) use its best efforts to retrieve all copies of the Protected Information, (c) inform the person or persons to whom unauthorized disclosures were made of all the terms of this Order, and (d) request such person or persons to execute the declaration and undertaking in the form attached hereto as Exhibit A.

4.0     Objections to Disclosures

4.1     Not less than ten (10) days prior to the initial disclosure of Protected Information to any person falling under the provisions of Sections 3.1.2 of this Protective Order, the Party planning to make such disclosure shall serve (by facsimile and mail) the name, address, present employer, title, resume, and a signed Declaration in the form of Exhibit A of the proposed recipient on the Designating Party (and to the opposing Party, if the Designating Party is other than Siliconix or AOS).

4.2     Within the ten (10) day period before disclosure of the Protected Information to the proposed recipient, the Party or non-Party whose Protected Information is concerned may serve (by facsimile and mail) a written objection to disclosure to such person. Such an objection shall stay disclosure to the proposed recipient.  Failure to serve a written notice of objection within ten (10) days shall be deemed approval of a proposed recipient.

STIPULATED PROTECTIVE ORDER
CASE NO. C 03–4803 WHA

4.3     If a written objection is served pursuant to Section 4.2, the Parties shall attempt to resolve the objection by meeting and conferring within ten (10) days of service of the written objection.  If the objection is not resolved by meeting and conferring, the Party seeking to prevent disclosure shall file a motion, to be heard on the earliest date available.  Failure to file such a motion within ten (10) days of meeting and conferring or at the conclusion of the ten-day period to meet and confer shall preclude a Party from objecting to the disclosure of Protected Information to the person to whom the objection is directed.  The disclosure of Protected Information to such proposed person shall be withheld pending the ruling of the Court on any such motion.  On any such motion, the Party seeking to prevent disclosure to a person proposed for approval shall have the burden of proof.

4.4     If at any time during the pendency or trial of this Action, counsel for any Party claims that a Designating Party is unreasonably designating certain information as Confidential or Confidential – Attorneys' Eyes Only, the objecting Party may serve a captioned notice of objection on the Designating Party and all Parties, identifying with particularity the items to which the designation is challenged, stating the basis for each challenge, and proposing a new designation for each item.  If the Designating Party does not re-designate the material within ten (10) days after service of such notice, the objecting Party may file and serve a motion for an order that the material be re-designated.  On any such motion, the Party seeking to prevent re-designation shall have the burden of proof.  The original designation shall remain effective until three (3) business days after an Order is entered re-designating the materials.  The Court may award sanctions on any motion concerning the challenge of a designation if the Court finds that any Designating Party's or Receiving Party's position was taken without reasonable justification.

5.0     Use of Protected Information

5.1     Protected Information disclosed pursuant to this Protective Order shall, unless otherwise ordered by this Court, be used by a recipient thereof solely for the purpose of this Action and not for any other action or for any business or competitive purposes or for any other reason.  Protected Information shall not be used for any purposes other than in the

- 8 -

prosecution or defense of claims asserted in this Action.  In no event shall any person receiving Protected Information use it for commercial or competitive purposes, including any use in the preparation and/or prosecution of any new or pending patent application, continuation, divisional, renewal, substitute or convention application, or any portion thereof, whether design or utility, whether in the United States or abroad (including applications filed under the Patent Cooperation Treaty), or make any public disclosure of the contents thereof.  Nothing contained in this Protective Order, however, shall affect the right of the Designating Party to disclose information designated solely by it under this Protective Order.

        5.2     No person shall disclose to anyone not specified in Section 3.0 of this Protective Order any Protected Information without prior written consent of the Designating Party or further Order of this Court.

        6.0     Depositions Involving Protected Information

        6.1     At any deposition session, when counsel of record for a Party deems that a question and/or the answer to a question will result in the disclosure of Protected Information, counsel may designate as Confidential or Confidential – Attorneys' Eyes Only the portion of the transcript or videotape containing such question or answer.

        6.2     Any portion of a transcript designated as Confidential or Confidential – Attorneys' Eyes Only Protected Information shall be transcribed separately from the remainder of the transcript of the deposition and designated in the manner set forth in Section 2.0 of this Protective Order.

        6.3     During the portion of a deposition in which Protected Information will be disclosed, counsel of record for the Designating Party may request that all persons other than the individuals specified in Section 3.1 (for Confidential Protected Information) or Section 3.2 (for Confidential – Attorneys' Eyes Only Protected Information) leave the deposition room prior to disclosure of Protected Information.  The failure of such other persons to comply with a request of this type shall constitute substantial justification for counsel of record to advise the witness not to answer the question.

6.4 Where appropriate, in light of the amount of Protected Information likely to be disclosed at a given deposition, counsel of record for Siliconix and counsel of record for AOS may agree at the beginning of the deposition that the entire transcript and/or videotape shall be designated Confidential or Confidential – Attorneys' Eyes Only subject to review of the transcript and withdrawal of any unnecessary Confidential or Confidential – Attorneys' Eyes Only designation by the Designating Party within thirty (30) days of receipt of the transcript. Section 6.4 is made expressly subject to the provisions set forth in Section 4.4.

6.5 A person not otherwise permitted to receive a disclosure of Protected Information under Section 3.1 of this Protective Order may be shown such Protected Information and may be examined or deposed about such Protected Information if the Protected Information itself reveals that such person legitimately had access to that Protected Information at some earlier time. This exception does not permit any person who has received a disclosure of Protected Information to have access to any other Protected Information, even if that information is similar or of the same type.

7.0 Court Filings Including Protected Information

7.1 Any written material constituting, containing or disclosing Protected Information that is lodged or filed with the Clerk of the Court, including Court papers, shall be submitted in compliance with Civil Local Rule 79-5 and marked "FILED UNDER SEAL," and endorsed on the front page of the written material itself with a statement substantially in the following form:

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER
IN CIVIL ACTION NO. C 03-4803 WHA
UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

or

CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER
IN CIVIL ACTION NO. C 03-4803 WHA
UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

STIPULATED PROTECTIVE ORDER
CASE NO. C 03–4803 WHA

1         7.2    All such materials shall be accepted by the Clerk of the Court for filing and

2   shall be maintained by the Clerk of the Court separate from the public records in this action and

3   shall be released only upon further Order of the Court.

4         7.3    All documents, exhibits or papers filed in connection with any proceedings

5   related to compliance with, performance under, construction of or violation of this Protective

6   Order, shall be filed under seal pursuant to Civil Local Rule 79-5.

7      8.0    Pretrial and Trial

8         8.1    This Protective Order is intended to regulate the handling of Protected

9   Information during the pretrial period of this litigation, but shall remain in force and effect

10   thereafter until modified, superseded or terminated on the record by agreement of the Parties

11   hereto or by Order of this Court.

12         8.2    Subject to the Federal Rules of Evidence, Protected Information may be

13   offered in evidence at trial or any Court hearing in this Action, provided that:

14           8.2.1   the proponent of the evidence advises the Court and the

15   Designating Party that Protected Information will be offered prior to its offer and the Designating

16   Party has appropriate opportunity to object to the disclosure of the Protected Information;

17           8.2.2   any documents, exhibits or papers containing Protected Information

18   shall be filed under seal pursuant to Civil Local Rule 79-5;

19           8.2.3   the evidence be received *in camera* or under other conditions to

20   prevent disclosure to any persons other than the judge, the jury, the court reporter, counsel of

21   record, any witness testifying with respect to the evidence, and other persons who are entitled to

22   receive the appropriate category of Protected Information under the terms of this Protective

23   Order, and

24           8.2.4   the trial or Court hearing transcript is treated in the manner

25   specified in Section 6.0 of this Protective Order.

26      9.0    General Provisions

27         9.1    Upon final termination of this Action with respect to any Party, that Party

28   shall, at the option of the Designating Party, either return to the Designating Party or destroy all

STIPULATED PROTECTIVE ORDER
CASE NO. C 03–4803 WHA

1   Protected Information in its possession, except such pretrial and trial records as are regularly

2   maintained by outside counsel in the ordinary course of business, which records must be

3   protected in conformity with this Protective Order.  The termination of proceedings in this Action

4   shall not thereafter relieve the Parties from the obligation to maintain the confidentiality of all

5   Protected Information received pursuant to this Protective Order, including the provisions relating

6   to prosecution of patents set forth in paragraphs 3.2 and 5.1.

7          9.2     This Protective Order is intended to provide a mechanism for the handling

8   of Protected Information, the disclosure or production of which is objected to only on the basis of

9   Confidentiality.  Each Party reserves the right to object to any disclosure of information or

10  production of any document it deems Protected Information on any other ground it may deem

11  appropriate.  The designation of Protected Information pursuant to this Protective Order shall not

12  create any presumption with respect to the Confidential, proprietary, or trade secret nature of any

13  information, documents or things.

14         9.3     The Parties may, by joint stipulation, apply to amend this Protective Order.

15  The amendment shall take effect once the stipulation is entered by the court.

16         9.4     The Court retains jurisdiction to amend this Protective Order without

17  agreement of the Parties and to issue Orders concerning Protected Information disclosed under

18  this Protective Order.

19         9.5     Notwithstanding the foregoing provisions, counsel for either Party may

20  give advice and opinions to his or her client based on his or her evaluation of information

21  disclosed by the opposing Party or a third party and designated as Confidential or Confidential –

22  Attorneys' Eyes Only, including for purposes of settlement discussions.

23         9.6     Nothing in this Protective Order shall limit or restrict the manner in which

24  the Parties shall handle their own Protected Information.

25         9.7     Adherence to this Protective Order in no way constitutes an admission by

26  any Party that any information provided in this Action and not subject to this Protective Order is

27  not proprietary or confidential.

28

STIPULATED PROTECTIVE ORDER
CASE NO. C 03–4803 WHA

9.8    This Protective Order shall not abrogate or diminish any contractual, statutory or other legal obligation or right of any Party or person, nor obligate any Party or person to provide any discovery to which it asserts objections.

9.9    Nothing in the foregoing provisions of this Protective Order shall be deemed to preclude any Party from seeking and obtaining, on an appropriate showing, such additional protection with respect to the confidentiality of these proceedings or specific documents or testimony as that Party may deem appropriate, including but not limited to restrictions on public disclosure or disclosure to competitors.

9.10    The terms of this Protective Order shall apply to confidential documents or material produced or disclosed by third parties in connection with this action if such third party wishes to designate the document or information Protected Information.

9.11    Each Party reserves the right to apply to the Court to modify the terms of this Protective Order in the event that the Party believes that it is necessary.  In the event such an application is made, all persons described herein shall be bound by this Protective Order until it is modified by the Court.

9.12    The disclosure of Protected Information to any attorney of record shall not prevent or disqualify that attorney of record from representing any Party or any non-party in any future litigation.

9.13    If any Party or non-party, having received Protected Information, receives a subpoena or other compulsory process from any other person or entity seeking the production of the Protected Information produced by the Designating Party, counsel for the Designating Party shall be notified in writing immediately and in no event more than three (3) court days after the receipt of the subpoena or other compulsory process and such notification shall include copies of the subpoena or compulsory process.  Absent the consent of the Designating Party, the Party or person receiving such subpoena or compulsory process shall refrain to the fullest extent permissible under law from producing the subpoenaed Protected Information.  The Party or person receiving such subpoena or compulsory process also must immediately inform in writing the party who caused the subpoena or Order to issue in the other litigation that some or all the

- 13 -

1    material covered by the subpoena or Order is the subject of this Protective Order.  In addition, the

2    Receiving Party must deliver a copy of this Protective Order promptly to the Party in the other

3    action that caused the subpoena or Order to issue.  The purpose of imposing these duties is to alert

4    the interested Parties to the existence of this Protective Order and to afford the Designating Party

5    in this Action an opportunity to try to protect its confidentiality interests in the court from which

6    the subpoena or Order issued.  The Designating Party shall bear the full burden and all expenses

7    of seeking protection in that court of its Protected Information, and nothing in these provisions

8    should be construed as authorizing or encouraging a Party to this Action to disobey a lawful

9    directive from another court.

10

11    Dated:  May 4, 2004                  QUINN EMANUEL URQUHART
                                        OLIVER & HEDGES

12

13                                  By:   /s/ Daniel N. Kassabian
                                        Daniel N. Kassabian

14                                Attorneys for Plaintiff
                                Siliconix incorporated

15

16    Dated:  May 4, 2004                  ORRICK, HERRINGTON & SUTCLIFFE LLP

17

18                                    By:   /s/ Stephen N. Adams
                                        Stephen N. Adams

19                                Attorneys for Defendants
                                Alpha and Omega Semiconductor Incorporated

20                              and Alpha and Omega Semiconductor Limited

21

22

23

24

25

26

27

28

- 14 -

EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SILICONIX INCORPORATED,<br>a Delaware corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>ALPHA AND OMEGA<br>SEMICONDUCTOR INCORPORATED,<br>a California corporation, and ALPHA AND<br>OMEGA SEMICONDUCTOR LIMITED,<br>a Bermuda corporation,<br><br>                    Defendants. | Case No.  C 03-4803 WHA<br><br><br>**DECLARATION AND UNDERTAKING<br>OF _____** |

I, _____, being duly sworn, state that:

1.       My address is _____.

2.       My present employer is       _____.

3.       My present occupation or job description is _____

_____

_____.

4.       I have received a copy of the Stipulated Protective Order entered in the

above-captioned action signed by the Honorable William Alsup on _____, 2004.

5.       I have carefully read and understand the provisions of the Stipulated Protective

Order.

6.       I will comply with and agree to be bound by all of the provisions of the Stipulated

Protective Order.

7.       I will hold in confidence, will not disclose to anyone not qualified under the

Stipulated Protective Order, and will use only for purposes of the above-captioned action, any

STIPULATED PROTECTIVE ORDER
CASE NO. C 03–4803 WHA

1  "Confidential," and or "Confidential – Attorneys' Eyes Only" or which is disclosed to me.

2        8.     I will return all "Confidential" and "Confidential Attorneys' Eyes Only" which

3  comes into my possession, and documents or things which I have prepared relating thereto, to

4  counsel for the Party by whom I am retained.

5        9.     I understand and acknowledge that violation of this Undertaking or the Stipulated

6  Protective Order may be punishable by Contempt of Court.  I hereby submit to the jurisdiction of

7  this Court for the purpose of enforcement of the Stipulated Protective Order in the

8  above-captioned action.

9      I declare under penalty of perjury under the laws of the United States of America that the

10  foregoing is true and correct.

11      Executed this _____day of _____, 200__ in _____.

12

13                       _____

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**EXHIBIT A**

2

ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND

3

I, _Richard A. Blanchard_ [print or type full name], of _10724 Mora_

4

_Dr., Los Altos, CA   94024_____ [print or type full

5

address], declare under penalty of perjury that I have read in its entirety and understand the Stipulated

6

Protective Order (the "Order") that was issued by the United States District Court for the Northern

7

District of California on _August 1, 2007_____ [date] in the case of C 07-02664 JSW

8

(the "Action"). I agree to comply with and to be bound by all the terms of this Order and I understand

9

and acknowledge that failure to so comply could expose me to sanctions and punishment in the nature

10

of contempt. I solemnly promise that I will not disclose in any manner any information or item that is

11

subject to this Order to any person or entity except in strict compliance with the provisions of this

12

Order.

13

I further agree to submit to the jurisdiction of the United States District Court for the

14

Northern District of California for the purpose of enforcing the terms of this Order, even if such

15

enforcement proceedings occur after termination of this Action.

16

17

Date: _August 10, 2007_

18

19

City and State where sworn and signed: _Mt. View, CA_

20

21

Printed name: _Richard A. Blanchard_

22

[printed name]

23

Signature: _Richard A. Blanchard_

24

[signature]

25

26

27

28

ACKNOWLEDGEMENT AND AGREEMENT TO BE BOUND BY STIPULATED PROTECTIVE ORDER
CASE NO. C 07-02638 JSW (CONSOLIDATED WITH CASE NO. C 07-2664 JSW)