Morgan, Lewis & Bockius LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306
Tel: 650.843.4000
Fax: 650.843.4001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

**Andrew J. Wu**
Partner
650.843.7511
awu@morganlewis.com

October 11, 2007

**VIA E-MAIL AND U.S. MAIL**

Matthew R. Hulse
Townsend and Townsend and Crew LLP
Two Embarcadero Center
Eighth Floor
San Francisco, California 94111-3834

    Re:  *Alpha & Omega Semiconductor, Ltd. et al. v. Fairchild Semiconductor Corp.*,
          <u>Case No. C 07-2638 JSW (consolidated with Case No. C 07-2664 JSW)</u>

Dear Matt:

    I write in response to your letter to Brett Schuman dated October 5, 2007 regarding Fairchild's retention of Richard Blanchard as a "technical expert consultant." As discussed below, AOS objects to disclosure of its confidential information to Dr. Blanchard pursuant to Section 7.4 of the Protective Order.

    As your letter acknowledges, Fairchild has not complied with the requirements for disclosure of confidential information to experts under the Protective Order. Specifically, your letter states that "[w]e are unable to disclose further information about Dr. Blanchard's consulting activities, as required by the protective order, due to confidentiality agreements with his clients." As such, Fairchild has not complied with the requirements of Section 7.4(a) of the Protective Order, and AOS objects to Fairchild's request to disclose AOS confidential information to Dr. Blanchard. This should come as no surprise, since it is my understanding that Fairchild has previously requested that AOS modify Section 7.4(a) so that Fairchild will not be required to disclose information regarding Dr. Blanchard's consulting work, and AOS has previously rejected that request.

    Moreover, AOS is concerned that disclosure to Dr. Blanchard would risk the confidentiality of AOS's information, possibly resulting in competitive harm to AOS. In particular, AOS is concerned that Dr. Blanchard provides consulting services to AOS's competitors, and that AOS's confidential information could be used for the benefit of those

1-PA/3669684.1

Morgan Lewis
COUNSELORS AT LAW

Matthew R. Hulse.
October 11, 2007
Page 2

competitors. Indeed, Dr. Blanchard's relationship with Siliconix itself appears to be objectionable in this respect. Certainly, AOS would need additional information regarding Dr. Blanchard's consulting work before permitting disclosure of its confidential information to him.

Please confirm that Fairchild will not disclose any of AOS's "Confidential" or "Highly Confidential – Attorneys' Eyes Only" information to Dr. Blanchard. Thank you.

Sincerely,

*[signature]*

Andrew J. Wu

1-PA/3669684.1