MORGAN, LEWIS & BOCKIUS LLP
Daniel Johnson, Jr. (State Bar No. 57409)
Brett M. Schuman (State Bar No. 189247)
Amy M. Spicer (State Bar No. 188399)
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001
djjohnson@morganlewis.com
bschuman@morganlewis.com
aspicer@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Andrew J. Wu (State Bar No. 214442)
Harry F. Doscher (State Bar No. 245969)
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306-2122
Tel:  650.843.4000
Fax:  650.843.4001
awu@morganlewis.com
hdoscher@morganlewis.com

Attorneys for Plaintiffs and Counterdefendants
ALPHA & OMEGA SEMICONDUCTOR, INC.
ALPHA & OMEGA SEMICONDUCTOR, LTD.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>Plaintiffs,<br>v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>Defendant.<br><br>_____<br><br>AND RELATED COUNTERCLAIMS | Case No. 07-2638 JSW (EDL)<br>(Consolidated with Case No. 07-2664 JSW)<br><br>**[SEALED] EXHIBIT D TO DECLARATION OF HARRY F. DOSCHER IN SUPPORT OF PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER PURSUANT TO CIVIL. L.R. 7 TO PROHIBIT DISCLOSURE OF CONFIDENTIAL INFORMATION TO RICHARD BLANCHARD** |

**MANUAL FILING NOTIFICATION**
Regarding:    [SEALED] EXHIBIT D TO DECLARATION OF HARRY F. DOSCHER IN SUPPORT OF PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER PURSUANT TO CIVIL. L.R. 7 TO PROHIBIT DISCLOSURE OF CONFIDENTIAL INFORMATION TO RICHARD BLANCHARD

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1       This filing is in paper or physical form only, and is being maintained in the case file in the

2   Clerk's office.  If you are a participant in this case, this filing will be served in hard-copy shortly.

3   For information on retrieving this filing directly from the court, please see the court's main web

4   site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

5       This filing was not efiled for the following reason(s):

6   [_] Voluminous Document (PDF file size larger than the efiling system allows)

7   [_] Unable to Scan Documents

8   [_] Physical Object (description): _____

9   _____

10  [_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

11  [X] Item Under Seal

12  [_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

13  [_] Other (description): _____

14  _____

15

16  Dated:    November 13, 2007        Respectfully submitted,

17                    MORGAN, LEWIS & BOCKIUS LLP

18

19                    By:  /s/  Harry F. Doscher_____

20                          Harry F. Doscher

21                    *Attorneys for Plaintiffs and*
*Counterdefendants Alpha & Omega*

22                    *Semiconductor, Inc. and Alpha & Omega*
*Semiconductor, Ltd.*

23

24

25

26

27

28