**Andrew J. Wu/PA/MLBLaw**
11/06/2007 04:10 PM

To  "Shoiket, Igor" <ishoiket@townsend.com>

cc  ahoffman@morganlewis.com, aspicer@morganlewis.com, bschuman@morganlewis.com, "Jacobs, Eric P." <epjacobs@townsend.com>, hdoscher@morganlewis.com, rtautkus@morganlewis.com, rwilkins@morganlewis.com

bcc  Michael H. Nguyen/PA/MLBLaw

Subject  RE: Fairchild v. AOS - Dr. Anasuya Krishnaswamy 📝

Igor,

AOS is withdrawing its objection under the Protective Order regarding Dr. Krishnaswamy.

Andrew J. Wu
Morgan, Lewis & Bockius LLP
2 Palo Alto Square
3000 El Camino Real
Palo Alto, California 94306
650-843-7511
650-843-4001 (facsimile)
awu@morganlewis.com

"Shoiket, Igor" <ishoiket@townsend.com>

 **"Shoiket, Igor"**
**<ishoiket@townsend.com>**
11/06/2007 03:20 PM

To  awu@morganlewis.com

cc  ahoffman@morganlewis.com, aspicer@morganlewis.com, bschuman@morganlewis.com, "Jacobs, Eric P." <epjacobs@townsend.com>, hdoscher@morganlewis.com, rtautkus@morganlewis.com, rwilkins@morganlewis.com

Subject  RE: Fairchild v. AOS - Dr. Anasuya Krishnaswamy

```
What is AOS's response in regards to Dr. Krishnaswamy?

-----Original Message-----
From: awu@morganlewis.com [mailto:awu@morganlewis.com]
Sent: Tuesday, November 06, 2007 12:46 PM
To: Shoiket, Igor
Cc: ahoffman@morganlewis.com; aspicer@morganlewis.com;
bschuman@morganlewis.com; Jacobs, Eric P.; hdoscher@morganlewis.com;
rtautkus@morganlewis.com; rwilkins@morganlewis.com
Subject: RE: Fairchild v. AOS - Dr. Anasuya Krishnaswamy




Igor,

My secretary will be sending you a letter in a few minutes regarding the
discovery issue we discussed yesterday.
```

Andrew J. Wu
Morgan, Lewis & Bockius LLP
2 Palo Alto Square
3000 El Camino Real
Palo Alto, California 94306
650-843-7511
650-843-4001 (facsimile)
awu@morganlewis.com


| | "Shoiket, Igor" | |
| | <ishoiket@townsen | |
| | d.com> | |
| To | | awu@morganlewis.com |
| | 11/05/2007 02:05 | |
| cc | | |
| | PM | ahoffman@morganlewis.com, |
| | | aspicer@morganlewis.com, |
| | | bschuman@morganlewis.com, |
| "Jacobs, | | |
| | | Eric P." <epjacobs@townsend.com>, |
| | | hdoscher@morganlewis.com, |
| | | rtautkus@morganlewis.com, |
| | | rwilkins@morganlewis.com |
| Subject | | |
| | | RE: Fairchild v. AOS - Dr. |
| Anasuya | | Krishnaswamy |


Andrew -

I propose that we discuss this issue at 4:00 pm today to make sure that
we've addressed all of your questions, to avoid any further delay in
getting this matter resolved by agreement or motion.

I would also like to discuss at that time our proposal for a stipulation
under Civil L.R. 6-2 to change time to consolidate all hearings, as set
forth in my earlier (attached) e-mail.  If we are unable to reach an
agreement on this issue, we will file a motion to change time under
Civil L.R. 6-3 tomorrow.

Please let me know which number I should call at 4:00 pm to discuss
these issues.

Regards,

Igor

-----Original Message-----
From: awu@morganlewis.com [mailto:awu@morganlewis.com]
Sent: Monday, November 05, 2007 1:46 PM
To: Shoiket, Igor
Cc: ahoffman@morganlewis.com; aspicer@morganlewis.com;
bschuman@morganlewis.com; Jacobs, Eric P.; hdoscher@morganlewis.com;
rtautkus@morganlewis.com; rwilkins@morganlewis.com
Subject: RE: Fairchild v. AOS - Dr. Anasuya Krishnaswamy

Igor,

AOS is not yet withdrawing its objection, having just gotten the details
regarding the TPL matter.  I can probably get you an answer tomorrow.
Let
me know if you still want to talk at 4:00.

Andrew J. Wu
Morgan, Lewis & Bockius LLP
2 Palo Alto Square
3000 El Camino Real
Palo Alto, California 94306
650-843-7511
650-843-4001 (facsimile)
awu@morganlewis.com

                "Shoiket, Igor"

                <ishoiket@townsen

                d.com>
To
                                awu@morganlewis.com

```
                    11/05/2007 01:40
cc
                    PM                      ahoffman@morganlewis.com,

                                            aspicer@morganlewis.com, "Jacobs,

                                            Eric P." <epjacobs@townsend.com>,

                                            hdoscher@morganlewis.com,

                                            rtautkus@morganlewis.com,

                                            rwilkins@morganlewis.com,

                                            bschuman@morganlewis.com


Subject
                                            RE: Fairchild v. AOS - Dr.
Anasuya
                                            Krishnaswamy
```

Andrew -

Yes, the TPL v. Fujitsu case is Technology Properties Limited, Inc. v.
Fujitsu Ltd., et al, No. 2-05-CV-494 (E.D. Texas).  There is related
litigation in ND Cal but it's been stayed for a while now.  Regardless,
all of Dr. Krishnaswamy's consulting for TPL was done in the ED Texas
case.

We assume that AOS is withdrawing its objections to Dr. Krishnaswamy and
intend to begin sharing AOS's confidential and AEO information with her
pursuant to the protective order.  Let me know immediately if this
understanding is incorrect, in which case I propose a telephonic
conference at 4:00 pm this afternoon to address whatever issues AOS
believes to remain.  I am at 415-273-7590.

Regards,

Igor

-----Original Message-----
From: awu@morganlewis.com [mailto:awu@morganlewis.com]
Sent: Monday, November 05, 2007 12:52 PM

To: Shoiket, Igor
Cc: ahoffman@morganlewis.com; aspicer@morganlewis.com; Jacobs, Eric P.;
hdoscher@morganlewis.com; rtautkus@morganlewis.com;
rwilkins@morganlewis.com
Subject: RE: Fairchild v. AOS - Dr. Anasuya Krishnaswamy

Igor,

Just so we're clear, is this Technology Properties Limited, Inc. v.
Fujitsu
Ltd., et al, No. 2-05CV-494 (E.D. Texas)?  Are there any related cases?

Andrew J. Wu
Morgan, Lewis & Bockius LLP
2 Palo Alto Square
3000 El Camino Real
Palo Alto, California 94306
650-843-7511
650-843-4001 (facsimile)
awu@morganlewis.com

|  | "Shoiket, Igor" | |
|---|---|---|
|  | <ishoiket@townsen | |
|  | d.com> | |
| To |  | awu@morganlewis.com |
| cc | 11/03/2007 02:11 | |
|  | PM | ahoffman@morganlewis.com, |
|  |  | aspicer@morganlewis.com, |
|  |  | hdoscher@morganlewis.com, |
|  |  | rtautkus@morganlewis.com, |
|  |  | rwilkins@morganlewis.com, |
| "Jacobs, |  | Eric P." <epjacobs@townsend.com> |
| Subject |  | RE: Fairchild v. AOS - Dr. |
| Anasuya |  | Krishnaswamy |

Andrew,

Dr. Krishnaswamy was a technical consultant for TPL in the TPL v. Fujitsu
case.

Further, as required by par. 7.4 (a) of the Protective Order, we have
identified Dr. Krishnaswamy's current employment and each person or entity
from whom Dr. Krishnaswamy has received compensation for work in her areas
of expertise, relating to the subject matter of this litigation or to
semiconductor industry in general, at any time during the preceding five
years.

We've also identified each person or entity to whom Dr. Krishnaswamy has
provided professional services, relating to the subject matter of this
litigation or to semiconductor industry in general, at any time during the
preceding five years.

Fairchild has fully complied with the requirements of the Protective Order
by making a full and complete disclosure of Dr. Krishnaswamy's relevant
education and consulting and technical experience.  Please confirm that AOS
is withdrawing all objections to disclosure of AOS's "Confidential" and
"Highly  Confidential -- Attorneys' Eyes Only" information to Dr.
Krishnaswamy.


Igor


Igor Shoiket
Attorney At Law
TOWNSEND AND TOWNSEND AND CREW LLP
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
e-mail: ishoiket@townsend.com


www.townsend.com

Offices in:
Denver | Palo Alto | San Diego | San Francisco | Seattle | Tokyo |
Washington, DC | Walnut Creek

This email message is for the sole use of the intended recipient(s) and may
contain confidential and privileged information. Any unauthorized review,
use, disclosure or distribution is prohibited. If you are not the intended
recipient, please contact me by reply e-mail and destroy all copies of the
original message.

-----Original Message-----
From: awu@morganlewis.com [mailto:awu@morganlewis.com]
Sent: Friday, November 02, 2007 5:04 PM
To: Shoiket, Igor
Cc: ahoffman@morganlewis.com; aspicer@morganlewis.com;
awu@morganlewis.com;
hdoscher@morganlewis.com; rtautkus@morganlewis.com;
rwilkins@morganlewis.com; Jacobs, Eric P.
Subject: RE: Fairchild v. AOS - Dr. Anasuya Krishnaswamy

Igor,

AOS objects to disclosure of its Confidential or Highly  Confidential --
Attorneys' Eyes Only" information to Dr. Krishnaswamy.  Fairchild's
disclosure does not indicate the party for whom Dr. Krishnaswamy consulted
in the  TPL v. Fujitsu case.  Further, other than that case, Fairchild's
disclosure does not disclose her employment, consulting or otherwise,
between 2003 and the present.

Andrew J. Wu
Morgan, Lewis & Bockius LLP
2 Palo Alto Square
3000 El Camino Real
Palo Alto, California 94306
650-843-7511
650-843-4001 (facsimile)
awu@morganlewis.com


                "Shoiket, Igor"

```
                        <ishoiket@townsen
                        d.com>
To
                                        "awu@morganlewis.com"
                        11/02/2007 04:37    <'awu@morganlewis.com'>,
                        PM                  "rtautkus@morganlewis.com"
                                        <'rtautkus@morganlewis.com'>,
                                        "aspicer@morganlewis.com"
                                        <'aspicer@morganlewis.com'>,
                                        "ahoffman@morganlewis.com"
                                        <'ahoffman@morganlewis.com'>,
                                        "rwilkins@morganlewis.com"
                                        <'rwilkins@morganlewis.com'>,
                                        "hdoscher@morganlewis.com"
                                        <'hdoscher@morganlewis.com'>


cc
                                        "Jacobs, Eric P."
                                        <epjacobs@townsend.com>

Subject
                                        RE: Fairchild v. AOS - Dr.
Anasuya
                                        Krishnaswamy
```

To make sure the record is perfectly clear, Dr. Anasuya Krishnaswamy was
disclosed to AOS on October 26, 2007, and AOS has not objected to the
disclosure of information designated by AOS as "Confidential" and/or
"Highly Confidential -- Attorneys' Eyes Only" to Dr. Anasuya
Krishnaswamy
within the time limits of section 7.4(b) of the Protective Order.


Igor


        -----Original Message-----
        From:   Shoiket, Igor
        Sent:   Friday, November 02, 2007 4:20 PM
        To:     'awu@morganlewis.com'; 'rtautkus@morganlewis.com';
        'aspicer@morganlewis.com'; 'ahoffman@morganlewis.com';
        'rwilkins@morganlewis.com'; 'hdoscher@morganlewis.com'


        Cc:     Jacobs, Eric P.
        Subject:        Fairchild v. AOS - Dr. Anasuya Krishnaswamy


        Counsel:

Pursuant to section 7.4 of the Protective Order, we intend to
disclose information designated by AOS as "Confidential" and/or
"Highly Confidential -- Attorneys' Eyes Only" to Dr. Anasuya
Krishnaswamy.


Regards,


Igor


Igor Shoiket
TOWNSEND AND TOWNSEND AND CREW LLP
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
e-mail: ishoiket@townsend.com


www.townsend.com


Offices in:
Denver | Palo Alto | San Diego | San Francisco | Seattle | Tokyo |
Walnut Creek | Washington, DC
    This email message is for the sole use of the intended
recipient(s)
    and may contain confidential and privileged information. Any
    unauthorized review, use, disclosure or distribution is
prohibited.
    If you are not the intended recipient, please contact me by reply
    e-mail and destroy all copies of the original message.




    -----Original Message-----
From:   Hulse, Matthew R
Sent:   Friday, October 26, 2007 6:43 PM
To:     'bschuman@morganlewis.com'
Cc:     'awu@morganlewis.com'; 'rtautkus@morganlewis.com';
    'aspicer@morganlewis.com'; 'ahoffman@morganlewis.com';
    'rwilkins@morganlewis.com'; 'hdoscher@morganlewis.com'


Subject:        Fairchild v. AOS


Brett:


Please see the attached letter.


Matt

Matthew R. Hulse
Townsend and Townsend and Crew LLP
Two Embarcadero Center, 8th Floor
San Francisco, CA  94111
mrhulse@townsend.com
Direct: 415.273.7511
Main: 415.576.0200
Fax: 415.576.0300
www.townsend.com

Offices in:
Denver | Palo Alto | San Diego | San Francisco | Seattle | Walnut
Creek | Washington, DC | Tokyo

This message may contain confidential information. If you are not
the
intended recipient and received this message in error, any use, or
distribution is strictly prohibited. Please also notify us
immediately by return e-mail, and delete this message from your
computer system. Thank you.

  << File: 10262007 Ltr from Hulse to Schuman.pdf >>  << File:
Krishnaswamy resume.pdf >>  << File: Acknowledgement.pdf >>


DISCLAIMER
This e-mail message is intended only for the personal
use of the recipient(s) named above. This message may
be an attorney-client communication and as such privileged
and confidential.  If you are not an intended recipient,
you may not review, copy or distribute this message. If
you have received this communication in error, please
notify us immediately by e-mail and delete the original message.


DISCLAIMER
This e-mail message is intended only for the personal
use of the recipient(s) named above. This message may
be an attorney-client communication and as such privileged
and confidential.  If you are not an intended recipient,
you may not review, copy or distribute this message. If
you have received this communication in error, please
notify us immediately by e-mail and delete the original
message.


DISCLAIMER
This e-mail message is intended only for the personal
use of the recipient(s) named above. This message may
be an attorney-client communication and as such privileged

and confidential.  If you are not an intended recipient,
you may not review, copy or distribute this message. If
you have received this communication in error, please
notify us immediately by e-mail and delete the original
message.


----- Message from "Shoiket, Igor" <ishoiket@townsend.com> on Mon, 5 Nov
2007 09:56:50 -0800 -----

 To: ahoffman@morganlewis.com, aspicer@morganlewis.com,

     hdoscher@morganlewis.com, rtautkus@morganlewis.com,

     rwilkins@morganlewis.com, bschuman@morganlewis.com


 cc: "Jacobs, Eric P." <epjacobs@townsend.com>


 Sub RE: Fairchild v. AOS - Request for a stipulation on a motion to

 jec change time

  t:


I apologize, I meant to say "December 11 noticed hearing date" in my
original e-mail.

>  -----Original Message-----
> From:            Shoiket, Igor
> Sent:            Monday, November 05, 2007 9:55 AM
> To:        'ahoffman@morganlewis.com'; 'aspicer@morganlewis.com';
> 'hdoscher@morganlewis.com'; 'rtautkus@morganlewis.com';
> 'rwilkins@morganlewis.com'; bschuman@morganlewis.com
> Cc:         Jacobs, Eric P.
> Subject:          Fairchild v. AOS - Request for a stipulation on a
motion
> to change time
>
> Counsel:
>
> Fairchild is planning to file a motion to strike AOS's Supplemental
> PICs for the '567 and the '776 patents and a motion to compel
> discovery as it relates to AOS's limitation of the definition of the
> "accused devices" to the products identified in the August 3, 2005
> letter.  We plan to files these motions tomorrow, November 6, 2007,
> concurrently with our opposition to AOS's motion to strike Fairchild's
> PICs.
>
> We believe that all three motions address related subject matter and
> therefore should be heard on the same date.  To that end, we propose
> that the parties stipulate to extend the time to hear AOS's motion to
> strike Fairchild's PICs to December 11, to coincide with the noticed

> hearing on Fairchild's motions that will be filed tomorrow.  We will
> agree that AOS's time to file and serve a reply to Fairchild's
> opposition to AOS's motion to strike Fairchild's PICs should be
> calculated based on the December 11 noticed hearing date, thereby
> allowing AOS additional time to file and serve its brief.
>
> Alternatively, we would agree to shorten time for the briefing and
> hearing schedule on Fairchild's motions that will be filed tomorrow,
> so that all three motions referenced above may be heard on November
> 27, the noticed hearing date for AOS's motion to strike Fairchild's
> PICs.
>
> Please let us know today whether AOS will agree to either of the
> stipulations, as proposed above.
>
> Regards,
>
> Igor
>
> Igor Shoiket
> TOWNSEND AND TOWNSEND AND CREW LLP
> Two Embarcadero Center, 8th Floor
> San Francisco, California 94111
> Telephone: (415) 576-0200
> Facsimile: (415) 576-0300
> e-mail: ishoiket@townsend.com
>
> www.townsend.com
> <file:///C:/Documents%20and%20Settings/ixs/Application%20Data/Microsof
> t/Signatures/www.townsend.com>
>
> Offices in:
> Denver | Palo Alto | San Diego | San Francisco | Seattle | Tokyo |
> Walnut Creek | Washington, DC
> This email message is for the sole use of the intended recipient(s)
> and may contain confidential and privileged information. Any
> unauthorized review, use, disclosure or distribution is prohibited. If
> you are not the intended recipient, please contact me by reply e-mail
> and destroy all copies of the original message.
>
>
>

DISCLAIMER
This e-mail message is intended only for the personal
use of the recipient(s) named above. This message may
be an attorney-client communication and as such privileged
and confidential.  If you are not an intended recipient,
you may not review, copy or distribute this message. If
you have received this communication in error, please
notify us immediately by e-mail and delete the original
message.