| | | |
|---|---|---|
| **Andrew J. Wu/PA/MLBLaw**<br>11/08/2007 09:48 AM | To | "Hulse, Matthew R" <mrhulse@townsend.com> |
| | cc | ahoffman@morganlewis.com, aspicer@morganlewis.com, bschuman@morganlewis.com, hdoscher@morganlewis.com, rtautkus@morganlewis.com, rwilkins@morganlewis.com |
| | bcc | Michael H. Nguyen/PA/MLBLaw |
| | Subject | RE: Fairchild v. AOS |

Matt,

AOS maintains its objection to disclosure of any of its confidential information to Dr. Blanchard. His consulting work for the "two companies in the power MOSFET industry" described in your October 31, 2007 letter renders him unacceptable. In addition, we are concerned that Dr. Blanchard consults or has consulted for other companies not disclosed in your letter. Indeed, your letter only discloses "current" consulting, rather than all consulting within the last 5 years as required by the Protective Order. Also, our objection regarding Dr. Blanchard's connection to Siliconix still stands.

Andrew J. Wu
Morgan, Lewis & Bockius LLP
2 Palo Alto Square
3000 El Camino Real
Palo Alto, California 94306
650-843-7511
650-843-4001 (facsimile)
awu@morganlewis.com

"Hulse, Matthew R" <mrhulse@townsend.com>



| | | |
|---|---|---|
| **"Hulse, Matthew R"**<br>**<mrhulse@townsend.com>**<br>11/01/2007 05:09 PM | To | awu@morganlewis.com |
| | cc | ahoffman@morganlewis.com, aspicer@morganlewis.com, bschuman@morganlewis.com, hdoscher@morganlewis.com, rtautkus@morganlewis.com, rwilkins@morganlewis.com |
| | Subject | RE: Fairchild v. AOS |

Andrew:

Attached is a redacted version of the letter.

Matt

-----Original Message-----
From: awu@morganlewis.com [mailto:awu@morganlewis.com]
Sent: Wednesday, October 31, 2007 2:14 PM
To: Hulse, Matthew R
Cc: ahoffman@morganlewis.com; aspicer@morganlewis.com;
bschuman@morganlewis.com; hdoscher@morganlewis.com;
rtautkus@morganlewis.com; rwilkins@morganlewis.com
Subject: Re: Fairchild v. AOS

Matt,

Could you create and send to me a redacted / non-confidential version of this letter that I could share with my client?

Thanks,

Andrew J. Wu
Morgan, Lewis & Bockius LLP
2 Palo Alto Square
3000 El Camino Real
Palo Alto, California 94306
650-843-7511
650-843-4001 (facsimile)
awu@morganlewis.com

| | | |
|---|---|---|
| To | "Hulse, Matthew R" <mrhulse@townsend.com> | awu@morganlewis.com |
| cc | 10/31/2007 01:56 PM | bschuman@morganlewis.com, rtautkus@morganlewis.com, aspicer@morganlewis.com, ahoffman@morganlewis.com, rwilkins@morganlewis.com, hdoscher@morganlewis.com |
| Subject | | Fairchild v. AOS |

Dear Andrew:

Please see the attached letter.  It contains "Highly Confidential -- Attorneys' Eyes Only" information subject to the protective order.

Matt

Matthew R. Hulse
Townsend and Townsend and Crew LLP
Two Embarcadero Center, 8th Floor
San Francisco, CA  94111
mrhulse@townsend.com
Direct: 415.273.7511
Main: 415.576.0200
Fax: 415.576.0300
www.townsend.com

Offices in:
Denver | Palo Alto | San Diego | San Francisco | Seattle | Walnut Creek |
Washington, DC | Tokyo

This message may contain confidential information. If you are not the
intended recipient and received this message in error, any use, or
distribution is strictly prohibited. Please also notify us immediately by
return e-mail, and delete this message from your computer system. Thank you.

<<10312007 Letter from Hulse to Wu.pdf>> (See attached file: 10312007 Letter from Hulse to Wu.pdf)

DISCLAIMER
This e-mail message is intended only for the personal
use of the recipient(s) named above. This message may
be an attorney-client communication and as such privileged
and confidential.  If you are not an intended recipient,
you may not review, copy or distribute this message. If
you have received this communication in error, please
notify us immediately by e-mail and delete the original
message.
[attachment "10312007 Letter from Hulse to Wu (Redacted).pdf" deleted by Andrew J. Wu/PA/MLBLaw]