# US PATENT & TRADEMARK OFFICE
## PATENT APPLICATION FULL TEXT AND IMAGE DATABASE

[ Help ] [ Home ] [ Boolean ] [ Manual ] [ Number ] [ PTDLs ]
[ Next List ] [ Bottom ] [ View Shopping Cart ]

*Searching PGPUB Production Database...*

**Results of Search in PGPUB Production Database for:**
**IN/Blanchard-Richard-A$**: 65 applications.
*Hits 1 through 50 out of 65*

[ Final 15 Hits ]

[ Jump To ]

[ Refine Search ]  IN/Blanchard-Richard-A$

| | PUB. APP. NO. | Title |
|---|---|---|
| 1 | 20070117360 | Isolated vertical power device structure with both N-doped and P-doped trenches |
| 2 | 20070035906 | Transient blocking unit |
| 3 | 20070012999 | Method for Making a Semiconductor Device Including Regions of Band-Engineered Semiconductor Superlattice to Reduce Device-On Resistance |
| 4 | 20070012983 | Terminations for semiconductor devices with floating vertical series capacitive structures |
| 5 | 20070012911 | Semiconductor Device Including Regions of Band-Engineered Semiconductor Superlattice to Reduce Device-On Resistance |
| 6 | 20060292889 | FINFET Including a Superlattice |
| 7 | 20060292765 | Method for Making a FINFET Including a Superlattice |
| 8 | 20060267083 | Power semiconductor device having a voltage sustaining region that includes doped columns formed with a single ion implantation step |
| 9 | 20060261407 | High-voltage transistor fabrication with trench etching technique |
| 10 | 20060249788 | High voltage power MOSFET having low on-resistance |
| 11 | 20060238936 | Apparatus and method for transient blocking employing relays |
| 12 | 20060231857 | METHOD FOR MAKING A SEMICONDUCTOR DEVICE INCLUDING A MEMORY CELL WITH A NEGATIVE DIFFERENTIAL RESISTANCE (NDR) DEVICE |
| 13 | 20060226502 | Microelectromechanical Systems (MEMS) Device Including a Superlattice |
| 14 | 20060223215 | Method for Making a Microelectromechanical Systems (MEMS) Device Including a Superlattice |
| 15 | 20060202189 | SEMICONDUCTOR DEVICE INCLUDING A MEMORY CELL WITH A NEGATIVE DIFFERENTIAL RESISTANCE (NDR) DEVICE |

| | | |
|---|---|---|
| 16 | 20060163690 | Semiconductor having thick dielectric regions |
| 17 | 20060134867 | Technique for forming the deep doped columns in superjunction |
| 18 | 20060131605 | Low capacitance two-terminal barrier controlled TVS diodes |
| 19 | 20060125003 | High voltage power MOSFET having low on-resistance |
| 20 | 20060008937 | Technique for fabricating multilayer color sensing photodetectors |
| 21 | 20050189586 | DMOS device with a programmable threshold voltage |
| 22 | 20050139914 | Method for forming thick dielectric regions using etched trenches |
| 23 | 20050110110 | Integrated released beam layer structure fabricated in trenches and manufacturing method thereof |
| 24 | 20050095789 | Trench DMOS transistor structure having a low resistance path to a drain contact located on an upper surface |
| 25 | 20050054136 | Fabrication of diaphragms and "floating" regions of single crystal semiconductor for MEMS devices |
| 26 | 20050042830 | High voltage power MOSFET having a voltage sustaining region that includes Doped Columns Formed by trench etching and diffusion from regions of oppositely doped polysilicon |
| 27 | 20050001272 | MOSFET device having geometry that permits frequent body contact |
| 28 | 20040251917 | Capacitive sensor device with electrically configurable pixels |
| 29 | 20040235250 | Symmetric trench MOSFET device and method of making same |
| 30 | 20040178444 | Double diffused field effect transistor having reduced on-resistance |
| 31 | 20040175855 | TECHNIQUE FOR FABRICATING MEMS DEVICES HAVING DIAPHRAGMS OF "FLOATTING" REGIONS OF SINGLE CRYSTAL MATERIAL |
| 32 | 20040164348 | High voltage power mosfet having a voltage sustaining region that includes doped columns formed by trench etching using an etchant gas that is also a doping source |
| 33 | 20040157384 | Power semiconductor device having a voltage sustaining region that includes doped columns formed with a single ion implantation step |
| 34 | 20040124960 | Integrated circuit inductors using driven shields |
| 35 | 20040110333 | High voltage power MOSFET having a voltage sustaining region that includes doped columns formed by trench etching and ion implantation |
| 36 | 20040097028 | Method for fabricating a power semiconductor device having a voltage sustaining layer with a terraced trench facilitating formation of floating islands |
| 37 | 20040070044 | High voltage power MOSFET having low on-resistance |
| 38 | 20040036138 | High voltage power MOSFET having low on-resistance |
| 39 | 20040032762 | DMOS device with a programmable threshold voltage |
| 40 | 20040031989 | TWO TERMINAL PROGRAMMABLE MOS-GATED CURRENT SOURCE |
| 41 | 20040009643 | METHOD FOR FABRICATING A HIGH VOLTAGE POWER MOSFET HAVING A VOLTAGE SUSTAINING REGION THAT INCLUDES DOPED COLUMNS FORMED BY RAPID DIFFUSION |
| 42 | 20030211671 | SURFACE GEOMETRY FOR A MOS-GATED DEVICE THAT ALLOWS THE MANUFACTURE OF DICE HAVING DIFFERENT SIZES |
| 43 | 20030209766 | Method for using a surface geometry for a MOS-gated device in the manufacture of dice having different sizes |
| 44 | 20030209759 | MOSFET DEVICE HAVING GEOMETRY THAT PERMITS FREQUENT BODY CONTACT |

45 20030203552 High voltage power MOSFET having a voltage sustaining region that includes doped columns formed by trench etching and diffusion from regions of oppositely doped polysilicon
46 20030181010 POWER SEMICONDUCTOR DEVICE HAVING A VOLTAGE SUSTAINING REGION THAT INCLUDES DOPED COLUMNS FORMED WITH A SINGLE ION IMPLANTATION STEP
47 20030173581 Photodiode stacks for photovoltaic relays and the method of manufacturing the same
48 20030122189 High voltage power MOSFET having a voltage sustaining region that includes doped columns formed by trench etching using an etchant gas that is also a doping source
49 20030122188 High voltage power MOSFET having a voltage sustaining region that includes doped columns formed by trench etching and ion implantation
50 20030075729 Minimum sized cellular MOS-gated device geometry

[Next List] [Top] [View Shopping Cart]
[Help] [Home] [Boolean] [Manual] [Number] [PTDLs]

# US PATENT & TRADEMARK OFFICE
## PATENT APPLICATION FULL TEXT AND IMAGE DATABASE

[Help] [Home] [Boolean] [Manual] [Number] [PTDLs]
[Prev List] [Bottom] [View Shopping Cart]

*Searching PGPUB Production Database...*

**Results of Search in PGPUB Production Database for:**
**IN/Blanchard-Richard-A$**: 65 applications.
*Hits 51 through 65 out of 65*

[Prev. 50 Hits]

[Jump To]

[Refine Search] IN/Blanchard-Richard-A$

| PUB. APP. NO. | Title |
|---|---|
| 51 20030068863 | Method for fabricating a power semiconductor device having a floating island voltage sustaining layer |
| 52 20030068854 | Method for fabricating a power semiconductor device having a voltage sustaining layer with a terraced trench facilitating formation of floating Islands |
| 53 20030040144 | Trench DMOS transistor with embedded trench schottky rectifier |
| 54 20020195655 | Symmetric trench MOSFET device and method of making same |
| 55 20020140028 | Double diffused field effect transistor having reduced on-resistance |
| 56 20020140025 | High voltage power MOSFET having low on-resistance |
| 57 20020132432 | Field effect transistor having dielectrically isolated sources and drains and method for making same |
| 58 20020125527 | Trench DMOS transistor structure having a low resistance path to a drain contact located on an upper surface |
| 59 20020066924 | High voltage power MOSFET having low on-resistance |
| 60 20020017684 | Transistor with integrated photodetector for conductivity modulation |
| 61 20020014658 | High voltage power mosfet having low on-resistance |
| 62 20020009832 | Method of fabricating high voltage power mosfet having low on-resistance |
| 63 20010028578 | Method and apparatus for providing an embedded flash-EEPROM technology |
| 64 20010028085 | Trench DMOS transistor structure having a low resistance path to a drain contact located on an upper surface |
| 65 20010000111 | Field effect transistor having dielectrically isolated sources and drains and method for making same |

[Prev List] [Top] [View Shopping Cart]

| Help | Home | Boolean | Manual | Number | PTDLs |