MORGAN, LEWIS & BOCKIUS LLP
Daniel Johnson, Jr. (State Bar No. 57409)
Brett M. Schuman (State Bar No. 189247)
Amy M. Spicer (State Bar No. 188399)
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
djjohnson@morganlewis.com
bschuman@morganlewis.com
aspicer@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Andrew J. Wu (State Bar No. 214442)
Harry F. Doscher (State Bar No. 245969)
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
awu@morganlewis.com
hdoscher@morganlewis.com

Attorneys for Plaintiffs and Counterdefendants
ALPHA & OMEGA SEMICONDUCTOR, INC.
ALPHA & OMEGA SEMICONDUCTOR, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 07-2638 JSW (EDL)<br>(Consolidated with Case No. 07-2664 JSW)<br><br>**DECLARATION OF HARRY F. DOSCHER IN SUPPORT OF FAIRCHILD SEMICONDUCTOR CORPORATION'S ADMINISTRATIVE MOTION FOR AN ORDER PERMITTING THE FILING UNDER SEAL OF EXHIBIT 3 TO THE DECLARATION OF IGOR SHOIKET IN SUPPORT OF FAIRCHILD SEMICONDUCTOR CORPORATION'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS**<br><br>Hon. Elizabeth D. Laporte |

I, Harry F. Doscher, declare as follows:

I am an Associate at the law firm of Morgan, Lewis & Bockius LLP, 2 Palo Alto Square, 3000 El Camino Real, Suite 700, Palo Alto, California 94306, and a member in good standing of the Bar of the State of California. I am admitted to practice in the United States District Court for the Northern District of California. Morgan, Lewis & Bockius LLP has been retained as trial counsel for Plaintiffs and Counterdefendants Alpha & Omega Semiconductor, Inc. and Alpha & Omega Semiconductor, Ltd. (together, "AOS") in the present action. I submit this declaration pursuant to Civil L.R. 79-5(d), regarding Fairchild Semiconductor Corporation's Administrative Motion for an Order Permitting the Filing Under Seal of Exhibit 3 to the Declaration of Igor Shoiket in Support of Fairchild Semiconductor Corporation's Motion to Compel Responses to Interrogatories and Production of Documents. I have personal knowledge of each statement set forth herein, and each such statement is true and correct.

1. On August 2, 2007, the Court entered the Stipulated Protective Order. [D.I. 27]. The Stipulated Protective Order evidences the general agreement of the parties to this action that information concerning product design and structure, manufacturing, and proprietary commercial information, among other things, is highly confidential, and disclosure would create a substantial risk of serious injury:

> "Highly Confidential – Attorneys' Eyes Only" Information or Items: highly sensitive "Confidential Information or Items," the disclosure of which to another Party or non-party would create a substantial risk of serious injury to the Producing Party.
>
> * * *
>
> Without written permission from the Designating Party or a court order secured after appropriate notice to all interested persons, a Party may not file in the public record in this Action any Protected Material. A Party that seeks to file under seal any Protected Material must comply with Civil Local Rule 79-5.

Stipulated Protective Order [D.I. 27] at 1:22-24 & 11:18-21. Protected Material, as defined in the Stipulated Protective Order, includes material that is designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only." *Id.* at 2:4-5.

2. Exhibit 3 to the Declaration of Igor Shoiket in Support of Fairchild Semiconductor Corporation's Motion to Compel Responses to Interrogatories and Production of Documents contains highly confidential proprietary business information, including the identification of third party, outside vendors and customers of AOS and confidential internal business practices, which would place AOS at a competitive disadvantage if the information were to become publicly known, particularly to the competitors of AOS, and have been designated by AOS as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order.

3. For the foregoing reasons, I believe that good cause exists to protect Exhibit 3 to the Declaration of Igor Shoiket in Support of Fairchild Semiconductor Corporation's Motion to Compel Responses to Interrogatories and Production of Documents, by filing Exhibit 3 under seal pursuant to Civil L.R. 79-5.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to my personal knowledge.

Executed this 20th day of November, 2007, at Palo Alto, California.

    /s/ Harry F. Doscher
    Harry F. Doscher