TOWNSEND AND TOWNSEND AND CREW LLP
ERIC P. JACOBS (State Bar No. 88413)
PETER H. GOLDSMITH (State Bar No. 91294)
ROBERT A. McFARLANE (State Bar No. 172650)
IGOR SHOIKET (State Bar No. 190066)
Two Embarcadero Center, 8th Floor
San Francisco, California  94111
Telephone:     (415) 576-0200
Facsimile:      (415) 576-0300
E-mail:          epjacobs@townsend.com
                    phgoldsmith@townsend.com
                    ramcfarlane@townsend.com
                    ishoiket@townsend.com

Attorneys for Defendant and Counterclaimant
FAIRCHILD SEMICONDUCTOR CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>Plaintiffs and Counterdefendants,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 07-2638 JSW (EDL)<br>(Consolidated with Case No. C 07-2664 JSW)<br><br>**DECLARATION OF IGOR SHOIKET IN SUPPORT OF ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 79-5:**<br>**(1) PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER; AND**<br>**(2) EXHIBIT D TO THE DECLARATION OF HARRY F. DOSCHER IN SUPPORT OF PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER** |

I, Igor Shoiket, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am admitted to practice before this Court. I am a partner in the law firm Townsend and Townsend and Crew LLP, and am one of the attorneys representing Defendant and Counterclaimant Fairchild Semiconductor Corporation ("Fairchild") in the above-captioned matter. I make this declaration on personal knowledge and if called as a witness could and would competently testify with respect to the matters stated herein.

2. On August 2, 2007, the Court entered a Stipulated Protective Order in this case. [Docket No. 28].

3. On November 14, 2007, Plaintiffs and Counterdefendants Alpha & Omega Semiconductor, Inc. and Alpha & Omega Semiconductor, Ltd. (collectively, "AOS") filed an Administrative Request to File Under Seal Pursuant to Civil L.R. 79-5 Plaintiff's Motion for a Protective Order and Exhibit D to the Declaration of Harry F. Doscher in Support of Plaintiff's Motion for a Protective Order ("Administrative Request") [Docket No. 82].

4. Pursuant to the Stipulated Protective Order entered in this case, the following documents referenced in AOS's Administrative Motion are sealable because the documents contain sensitive proprietary information of third parties that is: (1) proprietary and confidential; (2) has not been disclosed to the public; (3) has been designated as "Highly Confidential-Attorney's Eyes Only" and (4) could, if disclosed to the public, cause harm to the third parties:

    Plaintiff's Motion for a Protective Order Pursuant to Civil L.R. 7 to Prohibit Disclosure of Confidential Information to Richard Blanchard

    Exhibit D to the Declaration of Harry F. Doscher in Support of Plaintiff's Motion for a Protective Order (Letter from Matthew Hulse to Andrew Wu dated October 31, 2007)

**DECLARATION OF IGOR SHOIKET IN SUPPORT OF ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 79-5 PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER AND EXHIBIT D TO THE DECLARATION OF HARRY F. DOSCHER IN SUPPORT OF PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER**
CASE NO. C 07-02638 JSW (EDL) (CONSOLIDATED WITH CASE NO. C 07-2664 JSW)

2

1    5.    AOS has lodged with the Clerk a sealed copy of these documents pursuant to Civil L.R.
2 79-5(b).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 20, 2007, at San Francisco, California.

By: __/s/_____
    Igor Shoiket

61213722 v1