| | |
|---|---|
| 1 | TOWNSEND AND TOWNSEND AND CREW LLP |
| | ERIC P. JACOBS (State Bar No. 88413) |
| 2 | PETER H. GOLDSMITH (State Bar No. 91294) |
| | ROBERT A. McFARLANE (State Bar No. 172650) |
| 3 | IGOR SHOIKET (State Bar No. 190066) |
| | Two Embarcadero Center, 8th Floor |
| 4 | San Francisco, California 94111 |
| | Telephone:   (415) 576-0200 |
| 5 | Facsimile:    (415) 576-0300 |
| | E-mail:         epjacobs@townsend.com |
| 6 | phgoldsmith@townsend.com |
| | ramcfarlane@townsend.com |
| 7 | ishoiket@townsend.com |

Attorneys for Defendant and Counterclaimant
FAIRCHILD SEMICONDUCTOR CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation, <br><br> Plaintiffs and Counterdefendants, <br><br> v. <br><br> FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation, <br><br> Defendant and Counterclaimant. <br><br> AND RELATED COUNTERCLAIMS. | Case No. C 07-2638 JSW (EDL) <br> (Consolidated with Case No. C 07-2664 JSW) <br><br> **DECLARATION OF IGOR SHOIKET IN SUPPORT OF ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 79-5 EXHIBIT D TO THE DECLARATION OF HARRY F. DOSCHER IN SUPPORT OF AOS'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS AND THINGS** |

I, Igor Shoiket, declare as follows:

    1.    I am an attorney licensed to practice law in the State of California and am admitted to

**DECLARATION OF IGOR SHOIKET IN SUPPORT OF ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 79-5 EXHIBIT D TO THE DECLARATION OF HARRY F. DOSCHER IN SUPPORT OF AOS'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS AND THINGS**
CASE NO. C 07-02638 JSW (EDL)  (CONSOLIDATED WITH CASE NO. C 07-2664 JSW)

1  practice before this Court. I am a partner in the law firm Townsend and Townsend and Crew LLP,
2  and am one of the attorneys of record for Defendant and Counterclaimant Fairchild Semiconductor
3  Corporation ("Fairchild") in the above-captioned matter. I make this declaration on personal
4  knowledge and if called as a witness could and would competently testify with respect to the matters
5  stated herein.

6   2.  On August 2, 2007, the Court entered a Stipulated Protective Order in this case.
7  [Docket No. 28].

8   3.  On November 13, 2007, Plaintiffs and Counterdefendants Alpha & Omega
9  Semiconductor, Inc. and Alpha & Omega Semiconductor, Ltd. (collectively, "AOS") filed an
10 Administrative Request to File Under Seal Pursuant to Civil L.R. 79-5 Exhibit D to the Declaration of
11 Harry F. Doscher in Support of AOS's Motion to Compel Responses to Interrogatories and Production
12 of Documents and Things ("Administrative Request") [Docket No. 74].

13  4.  Pursuant to the Stipulated Protective Order entered in this case, the following document
14 referenced in AOS's Administrative Motion are sealable because the documents contain sensitive
15 proprietary information of Fairchild Semiconductor Corporation that is: (1) proprietary and
16 confidential; (2) has not been disclosed to the public; (3) has been designated as "Highly Confidential-
17 Attorney's Eyes Only" and (4) could, if disclosed to the public, cause harm to Fairchild:

   Exhibit D-Fairchild Semiconductor Corporation's Responses to Alpha & Omega
   Semiconductor, Inc.'s First Set of Interrogatories

  5.  AOS has lodged with the Clerk a sealed copy of these documents pursuant to Civil
L.R.. 79-5(b).

  I declare under penalty of perjury under the laws of the United States that the foregoing is true
and correct.

  Executed on November 20, 2007, at San Francisco, California.

                              By: __/s/_____
                                      Igor Shoiket

61210763 v1