TOWNSEND AND TOWNSEND AND CREW LLP
ERIC P. JACOBS (State Bar No. 88413)
PETER H. GOLDSMITH (State Bar No. 91294)
ROBERT A. McFARLANE (State Bar No. 172650)
IGOR SHOIKET (State Bar No. 190066)
Two Embarcadero Center, 8th Floor
San Francisco, California  94111
Telephone:    (415) 576-0200
Facsimile:    (415) 576-0300
E-mail:       epjacobs@townsend.com
              phgoldsmith@townsend.com
              ramcfarlane@townsend.com
              ishoiket@townsend.com

Attorneys for Defendant and Counterclaimant
FAIRCHILD SEMICONDUCTOR CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>Plaintiffs and Counterdefendants,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 07-2638 JSW (EDL)<br>(Consolidated with Case No. C 07-2664 JSW)<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 79-5 EXHIBIT D TO THE DECLARATION OF HARRY F. DOSCHER IN SUPPORT OF AOS'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS AND THINGS** |

1. On August 2, 2007, the Court entered a Stipulated Protective Order in this case. [Docket No. 28].

2. On November 13, 2007, Plaintiffs and Counterdefendants Alpha & Omega Semiconductor, Inc. and Alpha & Omega Semiconductor, Ltd. (collectively, "AOS") filed an Administrative Request to File Under Seal Pursuant to Civil L.R. 79-5 Exhibit D to the Declaration of Harry F. Doscher in Support of AOS's Motion to Compel Responses to Interrogatories and Production of Documents and Things ("Administrative Request") [Docket No. 74].

The Court having considered the parties' submissions, and good cause appearing.

IT IS HEREBY ORDERED that the Clerk shall accept for filing under seal the lodged sealed copies of the following document:

**Exhibit D-Fairchild Semiconductor Corporation's Responses to Alpha & Omega Semiconductor, Inc.'s First Set of Interrogatories.**

DATED _____, 2007

_____
Honorable Elizabeth D. Laporte

61210767 v1

**PROPOSED] ORDER GRANTING ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 79-5 EXHIBIT D TO THE DECLARATION OF HARRY F. DOSCHER IN SUPPORT OF AOS'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS AND THINGS**
CASE NO. C 07-02638 JSW (EDL) (CONSOLIDATED WITH CASE NO. C 07-2664 JSW)     2