TOWNSEND AND TOWNSEND AND CREW LLP
ERIC P. JACOBS (State Bar No. 88413)
PETER H. GOLDSMITH (State Bar No. 91294)
ROBERT A. McFARLANE (State Bar No. 172650)
IGOR SHOIKET (State Bar No. 190066)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone:    (415) 576-0200
Facsimile:    (415) 576-0300
E-mail:    epjacobs@townsend.com
    phgoldsmith@townsend.com
    ramcfarlane@townsend.com
    ishoiket@townsend.com

Attorneys for Defendant and Counterclaimant
FAIRCHILD SEMICONDUCTOR CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>    Plaintiffs and Counterdefendants,<br><br>    v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>    Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 07-2638 JSW<br>(Consolidated with Case No. C 07-2664 JSW)<br><br>[~~PROPOSED~~] ORDER GRANTING FAIRCHILD SEMICONDUCTOR CORPORATION'S ADMINISTRATIVE MOTION FOR AN ORDER PERMITTING THE FILING UNDER SEAL OF EXHIBIT TO 8 TO THE DECLARATION OF IGOR SHOIKET IN SUPPORT OF FAIRCHILD SEMICONDUCTOR CORPORATION'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS<br><br>Hon. Elizabeth D. Laporte |

1. On August 7, 2007 the Court entered a Stipulated Protective Order in this case. [Docket No. 27].

2. Defendant Fairchild Semiconductor Corporation ("Fairchild") is filing a Motion To Compel Responses To Interrogatories And Production of Documents. The Confidential Exhibit 8 to the Declaration of Igor Shoiket In Support Of Fairchild Semiconductor Corporation's Motion To Compel Responses To Interrogatories And Production of Documents contains Fairchild confidential documents. Fairchild has lodged the documents below with this Court.

The Court, having considered Fairchild's Administrative Motion to Seal, HEREBY ORDERS that the Clerk shall accept for filing under seal the lodged sealed copies of the following documents:

**EXHIBIT 8 TO THE DECLARATION OF IGOR SHOIKET IN SUPPORT OF FAIRCHILD SEMICONDUCTOR CORPORATION'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS**

DATED: November 20, 2007           By: _____
                                        Honorable Elizabeth D. Laporte
                                        Judge of the United States District Court

*IT IS SO ORDERED*
*Elizabeth D. Laporte*
*Judge Elizabeth D. Laporte*

61201204.1