MORGAN, LEWIS & BOCKIUS LLP
Daniel Johnson, Jr. (State Bar No. 57409)
Brett M. Schuman (State Bar No. 189247)
Amy M. Spicer (State Bar No. 188399)
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
djjohnson@morganlewis.com
bschuman@morganlewis.com
aspicer@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Andrew J. Wu (State Bar No. 214442)
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
awu@morganlewis.com

Attorneys for Plaintiffs and Counterdefendants
ALPHA & OMEGA SEMICONDUCTOR, INC.
ALPHA & OMEGA SEMICONDUCTOR, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 07-2638 JSW (EDL)<br>(Consolidated with Case No. 07-2664 JSW)<br><br>**[PROPOSED] ORDER DENYING FAIRCHILD SEMICONDUCTOR CORPORATION'S MOTION TO STRIKE PLAINTIFFS' PATENT LOCAL RULE 3-1 DISCLOSURES** |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-PA/3676873.1

[PROPOSED] ORDER DENYING DEFENDANT'S
MOTION TO STRIKE; CASE NO. 07-2638 JSW (EDL)

1  The Motion to Strike Plaintiffs' Patent Local Rule 3-1 Disclosures filed by Defendant and Counterclaimant Fairchild Semiconductor Corporation ("Fairchild") on November 6, 2007, came for consideration under Patent L.R. 3-1 before the Honorable Elizabeth D. Laporte.  After considering the papers filed by the parties and the arguments of counsel, and good cause appearing, the Court HEREBY DENIES Fairchild's Motion to Strike Plaintiffs' Patent Local Rule 3-1 Disclosures.

Dated:                                          By: _____
                                                    HON. ELIZABETH D. LAPORTE
                                                    UNITED STATES MAGISTRATE JUDGE

1    [PROPOSED] ORDER DENYING DEFENDANT'S
     MOTION TO STRIKE; CASE NO. 07-2638 JSW (EDL)