1  TOWNSEND AND TOWNSEND AND CREW LLP
   ERIC P. JACOBS (State Bar No. 88413)
2  PETER H. GOLDSMITH (State Bar No. 91294)
   ROBERT A. McFARLANE (State Bar No. 172650)
3  IGOR SHOIKET (State Bar No. 190066)
   Two Embarcadero Center, 8th Floor
4  San Francisco, California  94111
   Telephone:    (415) 576-0200
5  Facsimile:    (415) 576-0300
   E-mail:       epjacobs@townsend.com
6                phgoldsmith@townsend.com
                 ramcfarlane@townsend.com
7                ishoiket@townsend.com

8  Attorneys for Defendant and Counterclaimant
   FAIRCHILD SEMICONDUCTOR CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>Plaintiffs and Counterdefendants,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 07-2638 JSW (EDL)<br>(Consolidated with Case No. C 07-2664 JSW)<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 79-5 PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER AND EXHIBIT D TO THE DECLARATION OF HARRY F. DOSCHER IN SUPPORT OF PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER** |

1.   On August 2, 2007, the Court entered a Stipulated Protective Order in this case. [Docket No. 28].

2.   On November 14, 2007, Plaintiffs and Counterdefendants Alpha & Omega Semiconductor, Inc. and Alpha & Omega Semiconductor, Ltd. (collectively, "AOS") filed an Administrative Request to File Under Seal Pursuant to Civil L.R. 79-5 Plaintiff's Motion for a Protective Order and Exhibit D to the Declaration of Harry F. Doscher in Support of Plaintiff's Motion for a Protective Order ("Administrative Request") [Docket No. 82].

The Court having considered the parties' submissions, and good cause appearing.

IT IS HEREBY ORDERED that the Clerk shall accept for filing under seal the lodged sealed copies of the following document:

Plaintiff's Motion for a Protective Order Pursuant to Civil L.R. 7 to Prohibit Disclosure of Confidential Information to Richard Blanchard

Exhibit D to the Declaration of Harry F. Doscher in Support of Plaintiff's Motion for a Protective Order (Letter from Matthew Hulse to Andrew Wu dated October 31, 2007)

DATED   November 21  ,2007

_____
Honorable Judge Elizabeth D. Laporte

IT IS SO ORDERED
*Elizabeth D. Laporte*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

61213874 v1

[PROPOSED] ORDER GRANTING ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 79-5 PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER AND EXHIBIT D TO THE DECLARATION OF HARRY F. DOSCHER IN SUPPORT OF PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER
CASE NO. C 07-02638 JSW (EDL) (CONSOLIDATED WITH CASE NO. C 07-2664 JSW)   2