# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL MINUTES

**ELIZABETH D. LAPORTE**  **Date:** November 27, 2007
**UNITED STATES MAGISTRATE JUDGE**

**Case No:**     C-07-02638 JSW (EDL)

**Title:**     ALPHA & OMEGA SEMICONDUCTOR, LTD ET AL v. FAIRCHILD SEMICONDUCTOR CORPORATION

**Attorneys:**   Plaintiff/Counterdefendant: Brett M. Schuman
                Defendant/Counterclaimant: Igor Shoiket, Eric P. Jacobs

**Deputy Clerk:**     Lili M. Harrell          **Court Reporter:** Joan Columbini
                                                                  (9:28am - 10:05am)

**PROCEEDINGS:**                                              **RULINGS:**

Plaintiff/Counterdefendant's Motion to Strike Fairchild      Denied
Semiconductor Corp.'s Patent Local Rule 3.1 Disclosure [51]

**ORDERED AFTER HEARING:**

**ORDER TO BE PREPARED BY:** [ ] Plaintiff  [X] Defendant  [ ] Court

**Case Continued to:**

Notes:

cc: