IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

T-NETIX, INC., ET AL                    §
                                        §
V.                                      §        No. 2:06cv426 (TJW)
                                        §
GLOBAL TEL-LINK CORPORATION             §

## ORDER

The court, *sua sponte*, orders the following:

1.    Any party claiming patent infringement shall comply with P.R. 3-1 and 3-2 within 15 days from the date of this order;

2.    Any party opposing a claim of patent infringement shall comply with P.R. 3-3 and 3-4 in accordance with the deadline provided in those rules;

3.    The parties may conduct discovery relevant to these disclosures subject to the following limitations: 30 interrogatories per side; 30 requests for admission per side; 30 requests for production per side; 25 hours of party depositions per side; 25 hours of third-party depositions per side; the depositions of any inventors; and unlimited depositions on written questions directed toward third parties.  Discovery "relevant to these disclosures" includes discovery relating to the technical operation of the accused products, as well as the identity of and technical operation of any products reasonably similar to any accused product.  It also includes discovery into the scope and content of any identified prior art references, as well as any issues related to whether the reference in fact constitutes prior art.

4.    The parties may also conduct discovery into any jurisdictional issues, subject to the above limits.

5.    The provisions of the Patent Rules, including P.R. 2-2, will apply to discovery conducted pursuant to this order.

6.    Consistent with the court's calendar, the court will set this case for a Scheduling Conference at a future date and time to address requests for additional discovery.

 SIGNED this 23rd day of May, 2007.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE