1  TOWNSEND AND TOWNSEND AND CREW LLP
   ERIC P. JACOBS (State Bar No. 88413)
2  PETER H. GOLDSMITH (State Bar No. 91294)
   ROBERT A. McFARLANE (State Bar No. 172650)
3  IGOR SHOIKET (State Bar No. 190066)
   Two Embarcadero Center, 8th Floor
4  San Francisco, California  94111
   Telephone:     (415) 576-0200
5  Facsimile:     (415) 576-0300
   E-mail:        epjacobs@townsend.com
6                 phgoldsmith@townsend.com
                  ramcfarlane@townsend.com
7                 ishoiket@townsend.com

8  Attorneys for Defendant and Counterclaimant
   FAIRCHILD SEMICONDUCTOR CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>　　　Plaintiffs and Counterdefendants,<br><br>　　　v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>　　　Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 07-2638 JSW (EDL)<br>(Consolidated with Case No. C 07-2664 JSW)<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER TO PROHIBIT DISCLOSURE OF CONFIDENTIAL INFORMATION TO DR. RICHARD A. BLANCHARD**<br><br>Date:　December 18, 2007<br>Time:　9:00 a.m.<br>Ctrm:　Courtroom E, 15th Floor<br>Judge:　Hon. Elizabeth D. Laporte |

1  Plaintiff's Motion For a Protective Order Pursuant To Civil L.R. 7 To Prohibit Disclosure Of Confidential Information To Dr. Richard A. Blanchard was heard before The Honorable Elizabeth D. Laporte on December 18, 2007, at 9:00 a.m.  The Court, having considered the briefs and arguments of counsel, and for good cause appearing therein, hereby ORDERS that Plaintiff's Motion For a Protective Order Pursuant To Civil L.R. 7 To Prohibit Disclosure Of Confidential Information To Dr. Richard A. Blanchard be DENIED.  Dr. Richard A. Blanchard may have access to all information designated as "Highly Confidential - Attorneys' Eyes Only" or "Confidential" under the Protective Order in this case, including such information designated by Alpha & Omega Semiconductor, Inc. or Alpha & Omega Semiconductor, Ltd.

Dated December ____, 2007 at San Francisco, California.

_____
Hon. Elizabeth D. Laporte
United States Magistrate Judge

61218036 v1