1  TOWNSEND AND TOWNSEND AND CREW LLP
   ERIC P. JACOBS (State Bar No. 88413)
2  PETER H. GOLDSMITH (State Bar No. 91294)
   ROBERT A. McFARLANE (State Bar No. 172650)
3  IGOR SHOIKET (State Bar No. 190066)
   Two Embarcadero Center, 8th Floor
4  San Francisco, California  94111
   Telephone:    (415) 576-0200
5  Facsimile:    (415) 576-0300
   E-mail:       epjacobs@townsend.com
6                phgoldsmith@townsend.com
                 ramcfarlane@townsend.com
7                ishoiket@townsend.com

8  Attorneys for Defendant and Counterclaimant
   FAIRCHILD SEMICONDUCTOR CORPORATION
9

10               UNITED STATES DISTRICT COURT

11         FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                 SAN FRANCISCO DIVISION

13

14
   ALPHA & OMEGA SEMICONDUCTOR,          Case No. C 07-2638 JSW (EDL)
15 INC., a California corporation; and   (Consolidated with Case No. C 07-2664 JSW)
   ALPHA & OMEGA SEMICONDUCTOR,
16 LTD., a Bermuda corporation,          **APPENDIX OF UNREPORTED**
                                         **AUTHORITIES CITED IN SUPPORT OF**
17     Plaintiffs and Counterdefendants, **OPPOSITION TO AOS'S MOTION FOR**
                                         **PROTECTIVE ORDER RE RICHARD**
18                 v.                    **BLANCHARD**

19 FAIRCHILD SEMICONDUCTOR
   CORP., a Delaware corporation,
20     Defendant and Counterclaimant.

21 ────────────────────────────────

22 AND RELATED COUNTERCLAIMS.

23

24         Defendant and Counterclaimant Fairchild Semiconductor Corporation attaches copies of the

25 following authorities in support of Fairchild's Opposition to AOS's Motion for a Protective Order

26 Regarding Richard Blanchard:

27         1.    *U.S. Gypsum Company v. Lafarge North America*, 2004 WL 816770 (N.D. Ill.).

28         2.    *Advanced Semiconductor Materials America v. Applied Materials*, 43 U.S.P.Q. 2nd

1    1381 (N.D. Cal. 1996).

2            3.    *Tecular Corp. v. VOX2, Inc.*, 2001 WL 641188 (N.D. Ill.).

3            4.    *Nellson Northern Operating v. Elan Nutrition*, 238 F.R.D. 544 (Vt. 2006).

4

5    DATED:  November 27, 2007          Respectfully submitted,

6

7

8                                By:  /s/*Igor Shoiket*
                                     Eric P. Jacobs
9                                    Peter H. Goldsmith
                                     Robert A. McFarlane
10                                   Igor Shoiket
                                     TOWNSEND AND TOWNSEND AND CREW LLP
11                                   Two Embarcadero Center, 8th Floor
                                     San Francisco, California  94111
12                                   Telephone:  (415) 576-0200
                                     Facsimile:   (415) 576-0300

13                                   Attorneys for Defendant and Counterclaimant
                                     FAIRCHILD SEMICONDUCTOR CORPORATION
14

15   61218935 v1
16
17
18
19
20
21
22
23
24
25
26
27
28