1  TOWNSEND AND TOWNSEND AND CREW LLP
   ERIC P. JACOBS (State Bar No. 88413)
2  PETER H. GOLDSMITH (State Bar No. 91294)
   ROBERT A. McFARLANE (State Bar No. 172650)
3  IGOR SHOIKET (State Bar No. 190066)
   Two Embarcadero Center, 8th Floor
4  San Francisco, California  94111
   Telephone:    (415) 576-0200
5  Facsimile:    (415) 576-0300
   E-mail:        epjacobs@townsend.com
6                 phgoldsmith@townsend.com
                  ramcfarlane@townsend.com
7                 ishoiket@townsend.com

8  Attorneys for Defendant and Counterclaimant
   FAIRCHILD SEMICONDUCTOR CORPORATION

9

10              UNITED STATES DISTRICT COURT

11        FOR THE NORTHERN DISTRICT OF CALIFORNIA

12              SAN FRANCISCO DIVISION

13

14  ALPHA & OMEGA SEMICONDUCTOR,          Case No. C 07-2638 JSW (EDL)
    INC., a California corporation; and     (Consolidated with Case No. C 07-2664 JSW)
15  ALPHA & OMEGA SEMICONDUCTOR,
    LTD., a Bermuda corporation,
16                                          **DECLARATION OF MATTHEW R. HULSE**
            Plaintiffs and Counterdefendants,   **IN SUPPORT OF FAIRCHILD**
17                                          **SEMICONDUCTOR CORP.'S OPPOSITION**
                v.                          **TO PLAINTIFF'S MOTION FOR A**
18                                          **PROTECTIVE ORDER TO PROHIBIT**
    FAIRCHILD SEMICONDUCTOR               **DISCLOSURE OF CONFIDENTIAL**
19  CORP., a Delaware corporation,         **INFORMATION TO DR. RICHARD A.**
                                           **BLANCHARD**
20          Defendant and Counterclaimant.

21                                          Date:     December 18, 2007
                                            Time:     9:00 a.m.
22                                          Ctrm:     Courtroom E, 15th Floor
                                            Judge:    Hon. Elizabeth D. Laporte
23  ─────────────────────────────

    AND RELATED COUNTERCLAIMS.
24

25

26

27

28

I, Matthew R. Hulse, declare as follows:

1.    I am an attorney licensed to practice law in the State of California and am admitted to practice before this Court.  I am an associate in the law firm Townsend and Townsend and Crew LLP, and am one of the attorneys representing Defendant and Counterclaimant Fairchild Semiconductor Corporation ("Fairchild") in the above-captioned matter.  I make this declaration on personal knowledge and if called as a witness could and would competently testify with respect to the matters stated herein.

2.    Attached hereto as Exhibit 1 is a true and correct copy of a Stipulated Protective Order dated May 4, 2004 in the case Siliconix v. AOS, U.S.D.C., Northern District of California, Case No C 03-4803 WHA.

3.    Attached hereto as Exhibit 2 is a true and correct copy of a letter dated October 23, 2007, from Harry F. Doscher to me regarding AOS's Notice of Intent to Disclose to Dr. Salama information designated as" Confidential" or "Highly Confidential - Attorney's Eyes Only" under the Protective Order, the Curriculum Vitae of Dr. Salama and the signed Undertaking of Dr. Salama.

4.    Attached here to as Exhibit 3 is a true and correct copy of a letter dated October 30, 2007 from me to Mr. Doscher responding to Mr. Doscher's October 23, 2007 letter.

5.    Attached hereto as Exhibit 4 is a true and correct copy of a letter dated November 8, 2007 from Mr. Doscher to me responding to my October 30, letter.

6.    Attached hereto as Exhibit 5 is a true and correct copy of a letter dated November 9, 2007 from me to Mr. Doscher responding to Mr. Doscher's November 8, 2007 letter.

7.    Attached hereto as Exhibit 6 is a true and correct copy of a letter dated November 14, 2007 from Mr. Doscher to me responding to my November 9, 2007 letter.

/ / /

/ / /

/ / /

/ / /

/ / /

1        8.     Attached hereto as Exhibit 7 is a true and correct copy of a letter dated November 20,

2    2007 from me to Harry Doscher responding to Mr. Doscher's November 14, 2007 letter.

3

4        I declare under penalty of perjury under the laws of the United States that the foregoing is true

5    and correct to the best of my knowledge and belief.

6        Executed on November 27, 2007, at San Francisco, California.

7

8

9                                                  Matthew R. Hulse

10   61218791 v1

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28