# EXHIBIT 1

1    QUINN EMANUEL URQUHART
     OLIVER & HEDGES, LLP
2      David Eiseman (Bar No. 114758)
       Albert P. Bedecarré (Bar No. 148178)
3      Patrick C. Doolittle (Bar No. 203659)
       Daniel N. Kassabian (Bar No. 215249)
4    50 California Street, 22nd Floor
     San Francisco, California 94111
5    Telephone:    (415) 875-6600
     Facsimile:    (415) 875-6700
6
     Attorneys for Plaintiff
7    Siliconix incorporated

ORRICK, HERRINGTON & SUTCLIFFE LLP
  G. Hopkins Guy, III (Bar No. 124811)
  Stephen N. Adams (Bar No. 141956)
  Duo Chen (Bar No. 220675)
1000 Marsh Road
Menlo Park, California 94025
Telephone:    (650) 614-7400
Facsimile:    (650) 614-7401

Attorneys for Defendant
Alpha and Omega Semiconductor Incorporated
and Alpha And Omega Semiconductor Limited

8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12

13   SILICONIX INCORPORATED,              CASE NO. C 03-4803 WHA
     a Delaware corporation,
14
                 Plaintiff,
15
         v.
16                                        **STIPULATED PROTECTIVE ORDER**
     ALPHA AND OMEGA
17   SEMICONDUCTOR INCORPORATED,
     a California corporation, and ALPHA AND
18   OMEGA SEMICONDUCTOR LIMITED,
     a Bermuda corporation,
19
                 Defendants.
20

21

22

23

24

25

26

27

28

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 26, and it appearing that discovery in the above-entitled action will involve the disclosure of confidential information, it is hereby stipulated by and between the Parties through their respective counsel and ordered that the following Protective Order be entered to give effect to the terms and conditions set forth below.

1.0    Definitions

    1.1    "Siliconix" means Siliconix incorporated.

    1.2    "AOS" means Alpha and Omega Semiconductor Incorporated and Alpha and Omega Semiconductor Limited.

    1.3    "Designating Party" means Siliconix or AOS or any non-party producing documents or information under this Protective Order.

    1.4    "Receiving Party" means Siliconix or AOS.

    1.5    "Protected Information" includes the following categories of information, and shall include documents produced during discovery, answers to interrogatories, responses to requests for admission, depositions, hearing or trial transcripts, and tangible things, the information contained therein and all copies, abstracts, excerpts, analyses or other writings that contain, reflect or disclose such information whether contained in attorney work product or not.

    1.5.1    "Confidential" designates Protected Information that a Designating Party believes to be of a proprietary business or technical nature and not readily available to competitors, potential competitors, and/or other third parties.

    1.5.2    "Confidential – Attorneys' Eyes Only" designates Protected Information that the Designating Party reasonably believes is "Confidential" information within the meaning of Section 1.5.1, the disclosure of which is likely to cause harm to the competitive position of the Designating Party.  Such information may fall into one or more of the following categories:

        1.5.2.1    Future Business Plans

        1.5.2.2    Current Business Plans

        1.5.2.3    New Product Development

| | | |
|---|---|---|
| 1 | 1.5.2.4 | New Business Development (for old products) |
| 2 | 1.5.2.5 | Trade Secrets (as defined by California law) |
| 3 | 1.5.2.6 | Proprietary Engineering Information (not generally |
| 4 | | available to the public) |
| 5 | 1.5.2.7 | Computer Source Code or Product Designs |
| 6 | 1.5.2.7 | Competitor Market Analysis |
| 7 | 1.5.2.8 | Customer Lists |
| 8 | 1.5.2.9 | Internal Financial/Accounting Information |
| 9 | 1.5.2.10 | Operations Information |
| 10 | 1.5.2.11 | Distributor Agreements |
| 11 | 1.5.2.12 | License Agreements |
| 12 | 1.5.2.13 | Foundry Agreements |
| 13 | 1.5.2.14 | Development Agreements |
| 14 | 1.5.2.15 | Agreements with Sales Representatives |
| 15 | 1.5.2.16 | Prices Charged to Distributors and/or Customers |
| 16 | 1.5.2.17 | Business Relationships with Third Parties |
| 17 | 1.5.2.18 | Current Product Development and Production |
| 18 | 1.5.2.19 | Costs Related Information |

19   1.5.3    Protected Information shall not include:  information that is in the

20  public domain at the time of disclosure (except such information in the public domain which may

21  be treated as a trade secret due to the effort involved in collecting and maintaining such

22  information); information which after disclosure is published or becomes part of the public

23  domain through no fault of a Party receiving information under this Protective Order, but only

24  after it is published or comes into the public domain (subject to the same trade secret exclusion

25  stated above); information that is in the possession of a Party receiving such information without

26  any confidentiality obligations at the time of disclosure; information independently derived by a

27  Party receiving Protected Information without reference to any Protected Information, as

28

STIPULATED PROTECTIVE ORDER
CASE NO. C 03–4803 WHA

1   evidenced by documentation; or information disclosed by a third party having the legal right to do

2   so.

3          1.6     "Document" shall have the meaning ascribed to it in Federal Rule of Civil

4   Procedure Rule 34(a).

5          1.7     "Employees" means regular full or part-time employees and also temporary

6   personnel who are providing secretarial, clerical and/or administrative services only of the

7   designated employer.

8          2.0     Designations of Protected Information

9          2.1     Each Designating Party who produces or discloses any material that the

10  Designating Party reasonably believes to contain or reveal Protected Information may designate

11  the same Confidential, or Confidential – Attorneys' Eyes Only.

12         2.2     Documents may be designated as Confidential only if, prior to production,

13  the document is clearly marked with a legend which states:

14                                  CONFIDENTIAL

15         2.3     Documents may be designated as Confidential – Attorneys' Eyes Only

16  only if, prior to production, the document is clearly marked with a legend which states:

17                   CONFIDENTIAL – ATTORNEYS' EYES ONLY

18         2.4     An answer to an Interrogatory or Request for Admission may be designated

19  as the appropriate category of Protected Information by a statement made therein.

20         2.5     A deposition transcript or a portion thereof may be designated as the

21  appropriate category of Protected Information by so designating on the record at the deposition or

22  designating any portion of the transcript as "Confidential" or "Confidential – Attorneys' Eyes

23  Only" within thirty (30) days following the mailing of the transcript or videotape by the court

24  reporter or videographer.  Such notice thereof shall be made in writing to the reporter, with copies

25  to all other counsel, designating the portions of the transcript or videotape that contain Protected

26  Information as either Confidential or Confidential – Attorneys' Eyes Only, and directing the

27  reporter to mark that portion of the transcript or videotape accordingly.  Until expiration of the

28

- 4 -

1    thirty day period specified in this Section 2.5, all deposition transcripts and/or videotapes shall be

2    considered and treated as Confidential – Attorneys' Eyes Only.

3         2.6    Counsel of record shall exert their best efforts to raise claims of

4    confidentiality prior to the disclosure of Protected Information.

5         2.7    Notwithstanding the provisions of Sections 2.2 – 2.6 of this Protective

6    Order, failure of counsel to designate and/or mark any Protected Information as "Confidential" or

7    "Confidential – Attorneys' Eyes Only" as provided above shall not preclude the disclosing Party

8    from thereafter in good faith making such a designation and requesting the Receiving Party to so

9    mark and treat such Protected Information so designated.  After such designation, such Protected

10   Information shall be fully subject to this Protective Order and treated thereafter according to the

11   new or corrected designation subject to any objection procedure provided herein.  The Receiving

12   Party, however, shall incur no liability for disclosures made prior to notice of such designation.

13   The Parties shall confer in good faith to correct the designation and shall take all necessary steps

14   to prevent further dissemination of the subject materials.

15        3.0    Disclosure of Protected Information

16        3.1    Information designated "Confidential" may only be disclosed to the

17   following persons:

18             3.1.1   outside counsel of record for Siliconix or AOS in this Action and

19   the Employees of outside counsel of record ("Outside Counsel") who are assisting in this

20   litigation and whose duties require access to Protected Information;

21             3.1.2   independent experts and/or consultants retained by counsel of

22   record for Siliconix or AOS, subject to the provisions of Section 4.0 of this Protective Order;

23             3.1.3   in-house attorneys for each Party, and Employees who are assisting

24   such in-house attorneys in this litigation in filing and/or administrative duties and whose duties

25   require access to Protected Information;

26             3.1.4   Employees or representatives of each Party who are necessary to

27   the Party's preparation and pursuit of claims and defenses in this action;

28

STIPULATED PROTECTIVE ORDER
CASE NO. C 03–4803 WHA

1          3.1.5    third parties specifically retained to assist outside counsel in

2 copying or computer coding of documents, but only for purposes of copying or computer coding

3 Protected Information;

4          3.1.6    qualified persons taking or recording testimony involving Protected

5 Information and their Employees whose duties require access to Protected Information; and

6          3.1.7    the Court and the Court's staff; and

7          3.1.8    such other persons as the Parties agree to in writing prior to any

8          disclosure of Protected Information.

9          3.2      Information designated Confidential – Attorneys' Eyes Only, including

10 copies thereof, extracts therefrom, compilations and/or summaries thereof and any information

11 therein, may only be disclosed to the following persons: persons falling within the categories

12 specified in Sections 3.1.1, 3.1.2, 3.1.5, 3.1.6, and 3.1.7 of this Protective Order, but shall in no

13 case be disclosed to persons who are involved in competitive decision making or intellectual

14 property licensing decisions for Siliconix or AOS, or to persons who are currently prosecuting,

15 supervising, advising or assisting in any way in the preparation and/or prosecution of any new or

16 pending patent application, continuation, divisional, renewal, substitute or convention application

17 relating to field-effect transistors ("FETs"), or any portion thereof, whether design or utility,

18 whether in the United States or abroad (including applications filed under the Patent Cooperation

19 Treaty), whether or not claiming priority from the patents asserted in this litigation or any foreign

20 counterpart thereof, on behalf of themselves, their employer, any Party to this litigation or any

21 third party (hereafter "Prosecution Counsel" or "Prosecution Consultant"), and further provided

22 that such persons shall not during the pendency of, and for a period of one year following the

23 conclusion of this action (including any appeals), engage in any such prosecution, supervision,

24 advice or assistance in any way in the preparation and/or prosecution of any new patents or patent

25 applications, including provisional patent applications relating to FETs.

26          3.3      Protected Information shall not be made available to any person except as

27 authorized under this Protective Order, and no person identified in Sections 3.1.2, and 3.1.5 shall

28 have access to Protected Information without having first read, acknowledged and agreed in

STIPULATED PROTECTIVE ORDER
CASE NO. C 03-4803 WHA

1    writing (in the form of the Declaration for Protective Order attached hereto as Exhibit A) to be

2    bound by this Protective Order.  A file of all such written acknowledgments shall be maintained

3    by the Party obtaining them, and copies of such written acknowledgments shall be provided to all

4    counsel of record upon request at the conclusion of this action or if circumstances arise which

5    create reasonable concern over the adherence to this Protective Order.

6        3.4    Each individual who receives any materials designated as "Confidential" or

7    "Confidential – Attorney's Eyes Only" hereby agrees to subject himself or herself to the

8    jurisdiction of this Court for purposes of any proceedings relating to the performance under,

9    compliance with or violation of this Protective Order.

10        3.5    If the recipient of any Protected Information learns that, by inadvertence or

11    otherwise, it has disclosed Protected Information to any person or in any circumstance not

12    authorized under this Protective Order, the Receiving Party must immediately (a) notify in

13    writing the Designating Party of the unauthorized disclosures, (b) use its best efforts to retrieve all

14    copies of the Protected Information, (c) inform the person or persons to whom unauthorized

15    disclosures were made of all the terms of this Order, and (d) request such person or persons to

16    execute the declaration and undertaking in the form attached hereto as Exhibit A.

17        4.0    Objections to Disclosures

18        4.1    Not less than ten (10) days prior to the initial disclosure of Protected

19    Information to any person falling under the provisions of Sections 3.1.2 of this Protective Order,

20    the Party planning to make such disclosure shall serve (by facsimile and mail) the name, address,

21    present employer, title, resume, and a signed Declaration in the form of Exhibit A of the proposed

22    recipient on the Designating Party (and to the opposing Party, if the Designating Party is other

23    than Siliconix or AOS).

24        4.2    Within the ten (10) day period before disclosure of the Protected

25    Information to the proposed recipient, the Party or non-Party whose Protected Information is

26    concerned may serve (by facsimile and mail) a written objection to disclosure to such person.

27    Such an objection shall stay disclosure to the proposed recipient.  Failure to serve a written notice

28    of objection within ten (10) days shall be deemed approval of a proposed recipient.

STIPULATED PROTECTIVE ORDER
CASE NO. C 03–4803 WHA

1      4.3 If a written objection is served pursuant to Section 4.2, the Parties shall

2    attempt to resolve the objection by meeting and conferring within ten (10) days of service of the

3    written objection.  If the objection is not resolved by meeting and conferring, the Party seeking to

4    prevent disclosure shall file a motion, to be heard on the earliest date available.  Failure to file

5    such a motion within ten (10) days of meeting and conferring or at the conclusion of the ten-day

6    period to meet and confer shall preclude a Party from objecting to the disclosure of Protected

7    Information to the person to whom the objection is directed.  The disclosure of Protected

8    Information to such proposed person shall be withheld pending the ruling of the Court on any

9    such motion.  On any such motion, the Party seeking to prevent disclosure to a person proposed

10   for approval shall have the burden of proof.

11     4.4 If at any time during the pendency or trial of this Action, counsel for any

12   Party claims that a Designating Party is unreasonably designating certain information as

13   Confidential or Confidential – Attorneys' Eyes Only, the objecting Party may serve a captioned

14   notice of objection on the Designating Party and all Parties, identifying with particularity the

15   items to which the designation is challenged, stating the basis for each challenge, and proposing a

16   new designation for each item.  If the Designating Party does not re-designate the material within

17   ten (10) days after service of such notice, the objecting Party may file and serve a motion for an

18   order that the material be re-designated.  On any such motion, the Party seeking to prevent

19   re-designation shall have the burden of proof.  The original designation shall remain effective

20   until three (3) business days after an Order is entered re-designating the materials.  The Court

21   may award sanctions on any motion concerning the challenge of a designation if the Court finds

22   that any Designating Party's or Receiving Party's position was taken without reasonable

23   justification.

24     5.0 Use of Protected Information

25     5.1 Protected Information disclosed pursuant to this Protective Order shall,

26   unless otherwise ordered by this Court, be used by a recipient thereof solely for the purpose of

27   this Action and not for any other action or for any business or competitive purposes or for any

28   other reason.  Protected Information shall not be used for any purposes other than in the

STIPULATED PROTECTIVE ORDER
CASE NO. C 03–4803 WHA

1   prosecution or defense of claims asserted in this Action.  In no event shall any person receiving

2   Protected Information use it for commercial or competitive purposes, including any use in the

3   preparation and/or prosecution of any new or pending patent application, continuation, divisional,

4   renewal, substitute or convention application, or any portion thereof, whether design or utility,

5   whether in the United States or abroad (including applications filed under the Patent Cooperation

6   Treaty), or make any public disclosure of the contents thereof.  Nothing contained in this

7   Protective Order, however, shall affect the right of the Designating Party to disclose information

8   designated solely by it under this Protective Order.

9       5.2    No person shall disclose to anyone not specified in Section 3.0 of this

10  Protective Order any Protected Information without prior written consent of the Designating Party

11  or further Order of this Court.

12      6.0    Depositions Involving Protected Information

13      6.1    At any deposition session, when counsel of record for a Party deems that a

14  question and/or the answer to a question will result in the disclosure of Protected Information,

15  counsel may designate as Confidential or Confidential – Attorneys' Eyes Only the portion of the

16  transcript or videotape containing such question or answer.

17      6.2    Any portion of a transcript designated as Confidential or Confidential –

18  Attorneys' Eyes Only Protected Information shall be transcribed separately from the remainder of

19  the transcript of the deposition and designated in the manner set forth in Section 2.0 of this

20  Protective Order.

21      6.3    During the portion of a deposition in which Protected Information will be

22  disclosed, counsel of record for the Designating Party may request that all persons other than the

23  individuals specified in Section 3.1 (for Confidential Protected Information) or Section 3.2 (for

24  Confidential – Attorneys' Eyes Only Protected Information) leave the deposition room prior to

25  disclosure of Protected Information.  The failure of such other persons to comply with a request

26  of this type shall constitute substantial justification for counsel of record to advise the witness not

27  to answer the question.

28

- 9 -

6.4     Where appropriate, in light of the amount of Protected Information likely to be disclosed at a given deposition, counsel of record for Siliconix and counsel of record for AOS may agree at the beginning of the deposition that the entire transcript and/or videotape shall be designated Confidential or Confidential – Attorneys' Eyes Only subject to review of the transcript and withdrawal of any unnecessary Confidential or Confidential – Attorneys' Eyes Only designation by the Designating Party within thirty (30) days of receipt of the transcript. Section 6.4 is made expressly subject to the provisions set forth in Section 4.4.

6.5     A person not otherwise permitted to receive a disclosure of Protected Information under Section 3.1 of this Protective Order may be shown such Protected Information and may be examined or deposed about such Protected Information if the Protected Information itself reveals that such person legitimately had access to that Protected Information at some earlier time. This exception does not permit any person who has received a disclosure of Protected Information to have access to any other Protected Information, even if that information is similar or of the same type.

7.0     Court Filings Including Protected Information

7.1     Any written material constituting, containing or disclosing Protected Information that is lodged or filed with the Clerk of the Court, including Court papers, shall be submitted in compliance with Civil Local Rule 79-5 and marked "FILED UNDER SEAL," and endorsed on the front page of the written material itself with a statement substantially in the following form:

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER
IN CIVIL ACTION NO. C 03-4803 WHA
UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

or

CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER
IN CIVIL ACTION NO. C 03-4803 WHA
UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

STIPULATED PROTECTIVE ORDER
CASE NO. C 03–4803 WHA

1        7.2    All such materials shall be accepted by the Clerk of the Court for filing and

2    shall be maintained by the Clerk of the Court separate from the public records in this action and

3    shall be released only upon further Order of the Court.

4        7.3    All documents, exhibits or papers filed in connection with any proceedings

5    related to compliance with, performance under, construction of or violation of this Protective

6    Order, shall be filed under seal pursuant to Civil Local Rule 79-5.

7        8.0    Pretrial and Trial

8        8.1    This Protective Order is intended to regulate the handling of Protected

9    Information during the pretrial period of this litigation, but shall remain in force and effect

10   thereafter until modified, superseded or terminated on the record by agreement of the Parties

11   hereto or by Order of this Court.

12       8.2    Subject to the Federal Rules of Evidence, Protected Information may be

13   offered in evidence at trial or any Court hearing in this Action, provided that:

14       8.2.1   the proponent of the evidence advises the Court and the

15   Designating Party that Protected Information will be offered prior to its offer and the Designating

16   Party has appropriate opportunity to object to the disclosure of the Protected Information;

17       8.2.2   any documents, exhibits or papers containing Protected Information

18   shall be filed under seal pursuant to Civil Local Rule 79-5;

19       8.2.3   the evidence be received *in camera* or under other conditions to

20   prevent disclosure to any persons other than the judge, the jury, the court reporter, counsel of

21   record, any witness testifying with respect to the evidence, and other persons who are entitled to

22   receive the appropriate category of Protected Information under the terms of this Protective

23   Order, and

24       8.2.4   the trial or Court hearing transcript is treated in the manner

25   specified in Section 6.0 of this Protective Order.

26       9.0    General Provisions

27       9.1    Upon final termination of this Action with respect to any Party, that Party

28   shall, at the option of the Designating Party, either return to the Designating Party or destroy all

STIPULATED PROTECTIVE ORDER
CASE NO. C 03–4803 WHA

1   Protected Information in its possession, except such pretrial and trial records as are regularly

2   maintained by outside counsel in the ordinary course of business, which records must be

3   protected in conformity with this Protective Order.  The termination of proceedings in this Action

4   shall not thereafter relieve the Parties from the obligation to maintain the confidentiality of all

5   Protected Information received pursuant to this Protective Order, including the provisions relating

6   to prosecution of patents set forth in paragraphs 3.2 and 5.1.

7          9.2    This Protective Order is intended to provide a mechanism for the handling

8   of Protected Information, the disclosure or production of which is objected to only on the basis of

9   Confidentiality.  Each Party reserves the right to object to any disclosure of information or

10  production of any document it deems Protected Information on any other ground it may deem

11  appropriate.  The designation of Protected Information pursuant to this Protective Order shall not

12  create any presumption with respect to the Confidential, proprietary, or trade secret nature of any

13  information, documents or things.

14         9.3    The Parties may, by joint stipulation, apply to amend this Protective Order.

15  The amendment shall take effect once the stipulation is entered by the court.

16         9.4    The Court retains jurisdiction to amend this Protective Order without

17  agreement of the Parties and to issue Orders concerning Protected Information disclosed under

18  this Protective Order.

19         9.5    Notwithstanding the foregoing provisions, counsel for either Party may

20  give advice and opinions to his or her client based on his or her evaluation of information

21  disclosed by the opposing Party or a third party and designated as Confidential or Confidential –

22  Attorneys' Eyes Only, including for purposes of settlement discussions.

23         9.6    Nothing in this Protective Order shall limit or restrict the manner in which

24  the Parties shall handle their own Protected Information.

25         9.7    Adherence to this Protective Order in no way constitutes an admission by

26  any Party that any information provided in this Action and not subject to this Protective Order is

27  not proprietary or confidential.

28

STIPULATED PROTECTIVE ORDER
CASE NO. C 03–4803 WHA

1           9.8     This Protective Order shall not abrogate or diminish any contractual,

2    statutory or other legal obligation or right of any Party or person, nor obligate any Party or person

3    to provide any discovery to which it asserts objections.

4           9.9     Nothing in the foregoing provisions of this Protective Order shall be

5    deemed to preclude any Party from seeking and obtaining, on an appropriate showing, such

6    additional protection with respect to the confidentiality of these proceedings or specific

7    documents or testimony as that Party may deem appropriate, including but not limited to

8    restrictions on public disclosure or disclosure to competitors.

9           9.10    The terms of this Protective Order shall apply to confidential documents or

10    material produced or disclosed by third parties in connection with this action if such third party

11    wishes to designate the document or information Protected Information.

12           9.11    Each Party reserves the right to apply to the Court to modify the terms of

13    this Protective Order in the event that the Party believes that it is necessary.  In the event such an

14    application is made, all persons described herein shall be bound by this Protective Order until it is

15    modified by the Court.

16           9.12    The disclosure of Protected Information to any attorney of record shall not

17    prevent or disqualify that attorney of record from representing any Party or any non-party in any

18    future litigation.

19           9.13    If any Party or non-party, having received Protected Information, receives

20    a subpoena or other compulsory process from any other person or entity seeking the production of

21    the Protected Information produced by the Designating Party, counsel for the Designating Party

22    shall be notified in writing immediately and in no event more than three (3) court days after the

23    receipt of the subpoena or other compulsory process and such notification shall include copies of

24    the subpoena or compulsory process.  Absent the consent of the Designating Party, the Party or

25    person receiving such subpoena or compulsory process shall refrain to the fullest extent

26    permissible under law from producing the subpoenaed Protected Information.  The Party or

27    person receiving such subpoena or compulsory process also must immediately inform in writing

28    the party who caused the subpoena or Order to issue in the other litigation that some or all the

STIPULATED PROTECTIVE ORDER
CASE NO. C 03–4803 WHA

1    material covered by the subpoena or Order is the subject of this Protective Order.  In addition, the

2    Receiving Party must deliver a copy of this Protective Order promptly to the Party in the other

3    action that caused the subpoena or Order to issue.  The purpose of imposing these duties is to alert

4    the interested Parties to the existence of this Protective Order and to afford the Designating Party

5    in this Action an opportunity to try to protect its confidentiality interests in the court from which

6    the subpoena or Order issued.  The Designating Party shall bear the full burden and all expenses

7    of seeking protection in that court of its Protected Information, and nothing in these provisions

8    should be construed as authorizing or encouraging a Party to this Action to disobey a lawful

9    directive from another court.

10

11    Dated:  May 4, 2004                          QUINN EMANUEL URQUHART
                                                     OLIVER & HEDGES
12

13                                                   By:   /s/ Daniel N. Kassabian
                                                           Daniel N. Kassabian
14                                                   Attorneys for Plaintiff
                                                     Siliconix incorporated
15

16    Dated:  May 4, 2004                          ORRICK, HERRINGTON & SUTCLIFFE LLP

17

18                                                   By:   /s/ Stephen N. Adams
                                                           Stephen N. Adams
19                                                   Attorneys for Defendants
                                                     Alpha and Omega Semiconductor Incorporated
20                                                   and Alpha and Omega Semiconductor Limited

21

22

23

24

25

26

27

28

                                          - 14 -                    STIPULATED PROTECTIVE ORDER
                                                                    CASE NO. C 03-4803 WHA

1    EXHIBIT A

2    UNITED STATES DISTRICT COURT

3    NORTHERN DISTRICT OF CALIFORNIA

4    SAN FRANCISCO DIVISION

5

6    SILICONIX INCORPORATED,                    Case No.  C 03-4803 WHA
     a Delaware corporation,
7
                    Plaintiff,
8                                               **DECLARATION AND UNDERTAKING**
          v.                                    **OF** _____
9
     ALPHA AND OMEGA
10   SEMICONDUCTOR INCORPORATED,
     a California corporation, and ALPHA AND
11   OMEGA SEMICONDUCTOR LIMITED,
     a Bermuda corporation,
12
                    Defendants.
13

14

15        I, _____, being duly sworn, state that:

16        1.    My address is _____.

17        2.    My present employer is _____.

18        3.    My present occupation or job description is _____

19   _____

20   _____.

21        4.    I have received a copy of the Stipulated Protective Order entered in the

22   above-captioned action signed by the Honorable William Alsup on _____, 2004.

23        5.    I have carefully read and understand the provisions of the Stipulated Protective

24   Order.

25        6.    I will comply with and agree to be bound by all of the provisions of the Stipulated

26   Protective Order.

27        7.    I will hold in confidence, will not disclose to anyone not qualified under the

28   Stipulated Protective Order, and will use only for purposes of the above-captioned action, any

                                        STIPULATED PROTECTIVE ORDER
                                        CASE NO. C 03–4803 WHA

1   "Confidential," and or "Confidential – Attorneys' Eyes Only" or which is disclosed to me.

2        8.    I will return all "Confidential" and "Confidential Attorneys' Eyes Only" which

3   comes into my possession, and documents or things which I have prepared relating thereto, to

4   counsel for the Party by whom I am retained.

5        9.    I understand and acknowledge that violation of this Undertaking or the Stipulated

6   Protective Order may be punishable by Contempt of Court.  I hereby submit to the jurisdiction of

7   this Court for the purpose of enforcement of the Stipulated Protective Order in the

8   above-captioned action.

9        I declare under penalty of perjury under the laws of the United States of America that the

10   foregoing is true and correct.

11        Executed this _____ day of _____, 200__ in _____.

12

13                        _____

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 2

Morgan, Lewis & Bockius LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306
Tel: 650.843.4000
Fax: 650.843.4001
www.morganlewis.com

**Morgan Lewis**
C O U N S E L O R S   A T   L A W

**Harry F. Doscher**
Associate
650.843.7565
hdoscher@morganlewis.com

October 23, 2007

VIA Email and First Class Mail

Matthew R. Hulse, Esq.
Townsend and Townsend and Crew LLP
Two Embarcadero Center, 8th Floor
San Francisco, CA  94111
mrhulse@townsend.com

Re:     *Alpha & Omega Semiconductor, Ltd. and Alpha & Omega Semiconductor,
        Inc. v. Fairchild Semiconductor Corporation*,
        Nos. C 07-2638 JSW and C 07-2664 JSW (N.D. Cal.)

Dear Matthew:

AOS has retained Dr. C. Andre T. Salama as a consultant in this action.  This letter serves as notice of our intent to disclose to Dr. Salama information designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" under the Protective Order.  Please find attached Dr. Salama's C.V. as well as his executed agreement to be bound by the terms of the Protective Order.

Dr. Salama has provided consulting services to the following entities within the past five years:

- Nortel Networks Inc., from 2002-2004
- Gennum Corporation, from 2002-2004
- Semiconductor Insights Inc., from 2005-2006
- PMC Sierra Inc., from 2002-2004
- Zarlink Inc., from 2002-2004
- Lucent Technologies Inc., from 2004-2005
- Siemens Inc., in 2006

Within the last five years, Dr. Salama has provided professional services in connection with the following litigations:

Matthew R. Hulse, Esq.
October 23, 2007
Page 2

Morgan Lewis
COUNSELORS AT LAW

- *Matsushita Electric Industrial Company, LTD v. Siliconix Incorporated*, 3:06-cv-01953-WHA, filed 03/15/2006 in the Northern District of California, San Francisco Division (retained by Matsushita)
- *Alpha & Omega Semiconductor, Inc. v. Siliconix, Inc.*, Reference Co. 1110009946, filed February 28, 2007 with the JAMS Resolution Center, San Jose, California (retained by AOS)

Please let me know within the schedule prescribed by the Protective Order if you have any objection regarding Dr. Salama.

Best Regards,

Harry F. Doscher

Enclosures

cc:    Leonard J. Augustine, Jr., Esq. (w/Enclosures via email: ljaugustine@townsend.com)
       Eric P. Jacobs, Esq. (w/Enclosures via email: epjacobs@townsend.com)
       Igor Shoiket (w/Enclosures via email: ishoiket@townsend.com)
       Priya Sreenivasan, Esq. (w/Enclosures via email: psreenivasan@townsend.com)
       Brett M. Schuman, Esq. (w/Enclosures via email: bschuman@morganlewis.com)
       Andrew J. Wu, Esq. (w/Enclosures via email: awu@morganlewis.com)

1-PA/3671145.1

# C U R R I C U L U M   V I T A E

## C. ANDRE T. SALAMA

**October 2007**

# Contents

Page

- **Short Form**                                                    1
- **General Data**                                                  2
- **Academic Experience**                                           4
- **Research and Consulting Experience**                            4
- **Research Grants and Contracts**                                 4
- **Publications and Patents**                                      5
- **Personnel Training**                                           26
- **Major Contributions to Engineering**                           27
  **Technology and Practice**

1

# • SHORT FORM

**C. ANDRE T. SALAMA** received the B.A.Sc. (Hons.) M.A.Sc. and Ph. D. degrees, all in Electrical Engineering, from the University of British Columbia in 1961, 1962 and 1966 respectively.

From 1962 to 1963 he served as a Research Assistant at the University of California, Berkeley. From 1966 to 1967 he was employed at Bell Northern Research, Ottawa, as a Member of Scientific Staff working in the area of integrated circuit design. Since 1967 he has been on the staff of the Department of Electrical and Computer Engineering, University of Toronto where he holds the J.M. Ham Chair in Microelectronics. In 1992, he was appointed University Professor (presently Emeritus) for scholarly achievements and preeminence in the field of microelectronics. In 1989-90, he was awarded the ITAC/NSERC Research Fellowship in information technology. In 1994, he was awarded the Canada Council I.W. Killam Memorial Prize in Engineering for outstanding career contributions to the field of microelectronics. In 2000, he received the IEEE Millenium Medal. In 2003, he received the Outstanding Lifetime Achievement Award from the Canadian Semiconductor Technology Conference for seminal and outstanding contributions to semiconductor device research and promotion of Canadian University research in microelectronics. He received the NSERC Lifetime Achievement Award of Research Excellence for outstanding and sustained contributions to the field of microelectronics (2004), the Networks of Centres of Excellence (NCE) Recognition Award for research excellence and outstanding leadership (2004) and the ITAC Outstanding Service Award for contributions to Microelectronics in Canada (2006).

He was associate editor of the IEEE Transactions on Circuits and Systems in 1986-88 and a member of the International Electron Devices Meeting (IEDM) Technical Program Committee in 1980-82, 1987-89 and 1996-98. He was the chair of the Solid State Devices Subcommittee for IEDM in 1998 and was a member of the editorial board of Solid State Electronics from 1984 to 2002. He is presently a member of the editorial board of the Analog IC and Signal Processing Journal and the Technical Program Committee of the International Symposium on Power Semiconductor Devices and ICs (ISPSD) and the Technical Program Committee of the International Symposium on Low Power Electronics and Design (ISLPED). He chaired the technical program committee of ISPSD in 1996 and was the general chair for the conference in 1999.

Dr. Salama is the Scientific Director of Micronet, a network of centres of excellence focussing on microelectronics research and funded by the Canadian Government and Industry.

He has published extensively in technical journals, is the holder of eleven patents and has served as a consultant to the semiconductor industry in Canada and the U.S. His research interests include the design and fabrication of semiconductor devices and integrated circuits with emphasis on deep submicron devices as well as circuits and systems for high speed, low power signal processing applications.

Dr. Salama is a Fellow of the Institute of Electrical and Electronics Engineers, a Fellow of the Royal Society of Canada, a Fellow of the Canadian Academy of Engineering, a Fellow of the Engineering Institute of Canada, a member of the Association of Professional Engineers of Ontario and the Electrochemical Society.

## ● GENERAL DATA

DATE OF BIRTH:  September 27, 1938

CITIZENSHIP:  Canadian

LANGUAGES:  French

UNIVERSITY EDUCATION:

University of British Columbia (E.E.) 1964-1966
University of California, Berkeley (E.E.) 1963-1964
University of British Columbia (E.E.) 1957-1962

DEGREES:

Ph.D. (E.E.) 1966, University of B.C.
M.A.Sc. (E.E.) 1962, University of B.C.
B.A.Sc. (E.E.) (Honours) 1961, University of B.C.

THESES:

| | |
|---|---|
| Ph.D.: | Silicon on Sapphire (SOS) Thin Film Transistors<br>Supervisor:  Prof. L. Young |
| M.A.Sc.: | Static and Dynamic Characteristics of Series<br>Connected Tunnel Diodes and their Applications<br>in Digital Circuits<br>Supervisor:  Prof. M.P. Beddoes. |

PROFESSIONAL ENGINEERING REGISTRATION:  Ontario (1970 to present)

SCIENTIFIC AND PROFESSIONAL SOCIETIES:

- **Fellow[*] - Engineering Institute of Canada (2007 to present)**

- **Fellow[*] - Canadian Academy of Engineering (2005 to present)**

- **Fellow[**] - Royal Society of Canada (2001 to present)**

- **Fellow[***] - Institute of Electrical and Electronics Engineers (IEEE) (1987 to present)**

- Member - Innovation Management Association of Canada (IMAC) (1991 to present)

- Member - Electrochemical Society (1967 to present)

- Chair - IEEE Toronto Section (1985 to 1987)

- Vice Chair - IEEE Toronto Section (1983 to 1985)

- Secretary - IEEE Toronto Section (1981 to 1983)

- Treasurer - IEEE Toronto Section (1979 to 1981)

---

[*]   **In recognition of notable and outstanding contributions to the field of microelectronics.**
[**]  **For innovation, creativity and leadership in semiconductor device research and integrated circuit design.**
[***] **For contributions to the development of power semiconductor devices and the design of integrated circuits.**

AWARDS:

- **ITAC Outstanding Service Award, 2006**[*]
- **NSERC Lifetime Achievement Award of Research Excellence, 2004**[+]
- **Networks of Centres of Excellence (NCE) Recognition Award, 2004**[++]
- **IEEE Toronto Section Centennial Medal, 2003**[+++]
- **Outstanding Lifetime Achievement Award, Canadian Semiconductor Technology Conference, 2003**[++++]
- **IEEE Millenium Medal, 2000**[*]
- **Canada Council I.W. Killam Memorial Prize in Engineering, 1994**[**]
- **ITAC/NSERC Research Fellowship in Information Technology, 1989-1990.**[***]
- National Research Council Scholarship, 1965-1966
- National Research Council Scholarship, 1964-1965
- National Research Council Scholarship, 1962
- Northern Electric Graduate Research Fellowship. 1961-1962
- B.C. Electric Scholarship in E.E., 1960-1961
- B.C. Electric Proficiency Scholarship, 1958-1959

LISTED:

- Who's Who in Canada (1994 to present)
- Who's Who in Ontario (1994 to present)
- Who's Who in America (1991 to present)
- Men of Achievement (1990 to present)
- International Leaders in Achievement (1990 to present)
- Dictionary of International Biography (1990 to present)
- Men and Women of Distinction (1990 to present)
- Who's Who in Engineering (1980 to present)
- American Men of Science (1973 to present)
- Who's Who in the East (1973 to present)

PRESENT POSITION:

- **University Professor**[****] **(Emeritus)**
  Dept. of Electrical and Computer Engineering, University of Toronto, Toronto, Ontario, Canada, M5S 3G4

REFERENCES:

- Dr. A.R. Boothroyd, Professor, Dept. of Electronics. Carleton University, Ottawa, Ontario, Canada K1S 5B6.
- Dr. D. Hodges, Department of Electrical Engineering and Computer Sciences, University of California, Berkeley, California, 94720, U.S.A.
- Dr. L. Young, Professor, Department of Electrical Engineering, University of British Columbia, Vancouver, B.C. Canada V6T 1W5
- Dr. L.T. Bruton, Professor, Department of Electrical Engineering, University of Calgary, Calgary, Alberta, Canada T2N 1N4.
- Dr. H. Pépin, Professor, INRS Energie et Materiaux. C.P. 1020, Varennes, Quebec, Canada J3X 1S2.
- Dr. M. Kuhn, President, Econ Tech. Consulting and Management Services, Research Triangle World Trade Centre, 2525 Meridian Pkwy., Suite 50, P.O. Box 13487. Research Triangle Park, N. Carolina 27709, USA.

---

[*] **For outstanding contributions to Microelectronics in Canada.**
[+] **For outstanding and sustained contributions to the field of microelectronics.**
[++] **For research excellence and outstanding leadership.**
[+++] **In recognition of outstanding professional contributions.**
[++++] **For seminal and outstanding contributions to semiconductor device research and promotion of Canadian University research in microelectronics.**
[*] **For contribution to Electrical Engineering research.**
[**] **In recognition of outstanding achievement and exceptional contribution to the advancement of research in Electrical Engineering.**
[***] **For contribution to the field of information technology, specifically microelectronics.**
[****] **Only one percent of active tenured faculty at the University of Toronto are granted this significant honour (about 30 throughout the University).**

4

- Dr. Gabor C. Temes, Professor, Dept. of Electrical and Computer Engineering, Elec. & Comp. Eng. Bldg., Room 202, Oregon State University, Corvallis, Oregon 97331-3211, USA

# • ACADEMIC EXPERIENCE

1.    University of Toronto, Department of Electrical Engineering
      Positions:                    "University Professor" (July 1992 - present)
                                    J.M. Ham Chair in Microelectronics (July 1987-October 1997)
                                    Professor (July 1977-June 1992)
                                    Associate Professor (July 1970-June 1977)
                                    Assistant Professor (September 1967-July 1970)

      Courses Taught:
      Undergraduate:                Electronic Circuits
                                    Integrated Circuits
                                    Physical Electronics

      Graduate:                     VLSI Technology
                                    Semiconductor Devices
                                    Bipolar Integrated Circuit Design
                                    MOS/LSI Design and Applications
                                    VLSI Systems
                                    VLSI Design Methodology

2.    Catholic University of Leuven, Belgium
      Position:  Visiting Professor, July 1975-July 1976

3.    University of British Columbia
      Position:  Teaching Assistant, September 1964-June 1966

4.    University of California, Berkeley
      Position:  Teaching Assistant, January 1963-June 1964.

# • RESEARCH AND CONSULTING EXPERIENCE

Dr. Salama has been involved in research in the areas of semiconductor devices and integrated circuits and has acted as a consultant to the semiconductor industry in Canada and the USA.

# • RESEARCH GRANTS/CONTRACTS

During his career at the University of Toronto, Dr. Salama has been the recipient of over $60M in research grants and contracts from federal, provincial and industry sources.

# • PUBLICATIONS AND PATENTS

I.      Refereed Publications Appearing in Scientific Journals      186

II.     Conference Papers (in refereed conference proceedings)      155

III.    Patents                                                     17

IV.     Papers Appearing in Books                                   7

## I.   REFEREED PUBLICATIONS APPEARING IN SCIENTIFIC JOURNALS:

### I.(A)   FULL JOURNAL PAPERS

- I.Y. Park and C.A.T. Salama, "Super Junction LDMOS Transistors", IEEE Circuits and Devices, vol. 22, pp. 10-15, December 2006.

- F. Mahmoudi and C.A.T. Salama, "8GHz 1V, CMOS Quadrature Downconverter for Wireless Applications", J. on Analog Integrated Circuits and Signal Processing, vol. 48, pp. 185-197, 2006.

- R. Aroca and C.A.T. Salama, "Wide Dynamic Range Parallel Feedback Transimpedance Amplifier for 10 Gb/s Optical Links", J. on Analog Integrated Circuits and Signal Processing, vol. 48, pp. 167-174, 2006.

- I.Y. Park and C.A.T. Salama, "New Super Junction LDMOST with N-Buffer Layer", IEEE Trans. on Electron Devices, vol. 53, pp. 1909-1913, 2006.

- S. Hamedi Hagh and C.A.T. Salama, "CMOS Wireless Phase-Shifted Transmitter", IEEE J. of Solid State Circuits, vol. 39, pp. 1241-1252, 2004.

- S. Nassif-Khalil, L.Z. Hou and C.A.T. Salama, "Super Junction/RESURF LDMOST (SJR-LDMOST)", IEEE Trans. On Electron Devices, vol. 51, pp. 1185-1191, 2004.

- S. Nassif-Khalil and C.A.T. Salama, "Super-Junction LDMOST on a Silicon-on-Sapphire Substrate", IEEE Trans. On Electron Devices, vol. 50, pp. 1385-1391, 2003.

- D. Suvakovic and C.A.T. Salama, "Energy Efficient Adiabatic Multiplier-Accumulator Design", Journal of VLSI Signal Processing, vol. 33, pp. 83-103, 2003.

- *N. Fujishima, A. Sugi, S. Kajiwara, K. Matsubara, Y. Nagayasu and C.A.T. Salama, "A High Density Low on Resistance Trench Lateral Power MOSFET with a Trench Bottom Source Contact", IEEE Trans. on Electron Devices, vol. 49, pp. 1462-1468, 2002.

- H. Djahanshahi, N. Sanici, S.P. Voinigescu, M.C. Maliepaard and C.A.T. Salama, "A 20GHz InP-HBT Voltage-Controlled Oscillator with Wide Frequency Tuning Range", IEEE Trans. On Microwave Theory and Techniques, vol. 49, pp. 1566-1572, 2001.

- W. Yang and C.A.T. Salama, "A 1.8V 15-bit 1mW 2nd-Order Sigma-Delta Modulator", J. on Analog IC and Signal Processing, vol. 26, pp. 191-204, 2000.

- J.Z. Ren and C.A.T. Salama, "1V SOI NMOSFET with Suppressed Floating Body Effects", Solid State Electronics, vol. 44, pp. 1931-1937, 2000.

- M. Ramezani and C.A.T. Salama, "A 0.8um BiCMOS Gate Driver for IGBT Power Switch", J. on Analog Integrated Circuits and Signal Processing, vol. 24, pp. 175-185, 2000.

---

\* Most significant papers.

- *H. Djahanshahi and C.A.T. Salama, "Differential CMOS Circuits for 622MHz/933MHz Clock and Data Recovery Applications", IEEE J. Solid State Circuits, vol. 35, pp. 847-855, 2000.

- H. Djahanshahi, F. Hansen and C.A.T. Salama, "Gigabit-per-Second, ECL-Compatible I/O Interface in 0.35um CMOS", IEEE J. Solid State Circuits, vol. 34, pp.1074-1083, 1999.

- *J. Ranaweera, W.T. Ng and C.A.T. Salama, "Simulation Fabrication and Characterization of a 3.3V Flash $ZE^2PROM$ Array Implemented in a 0.8um CMOS Process", Solid State Electronics, vol. 43, pp. 263-273, 1999.

- D. Hiemstra, A. Kizeev, L. Hou and C.A.T. Salama, "Dose Rate and Total Dose Dependence of Low Frequency Noise Performance, I-V Curves and Sidegating for GaAs MESFETs", IEEE Trans. on Nuclear Science, vol. 45, pp. 2616-2623, 1998.

- *X.B. Chen, P.A. Mawby, K. Board, and C.A.T. Salama, "Theory of a Novel Voltage-Sustaining Layer for Power Devices", Microelectronics Journal, vol. 29, pp. 1005-1011, 1998.

- *M. Aliahmad and C.A.T. Salama, "Integration of a Short-Loop SLIC in a Low-Voltage Submicron BiCMOS Technology", IEEE J. of Solid State Circuits, vol. 33, pp. 850-858, 1998.

- M. Aliahmad and C.A.T. Salama, "A High Voltage Line Driver for Subscriber Loop Interfaces in a Low Voltage Submicron BiCMOS Technology", J. on Analog Integrated Circuits and Signal Processing, vol. 17, pp. 261-274, 1998.

- T. Sowlati, Y. Greshishchev and C.A.T. Salama, "Phase-Correcting Feedback System for Class E Power Amplifier" IEEE J. Solid State Circuits, vol. 32, pp. 544-550, 1997.

- *Y. Li, C.A.T. Salama, M. Seufert, P. Schvan and M. King, "Design and Characterization of Submicron BiCMOS Compatible HV NMOS and PMOS Devices, IEEE Trans. on Electron Devices, vol. 44, pp. 331-338, 1997.

- J. Ranaweera, I. Kalastirsky, E. Gulersen, W.T. Ng and C.A.T. Salama, "A Novel Programming Method for High Speed, Low Voltage Flash $E^2PROM$ Cells", Solid State Electronics, vol. 39, pp. 981-989, 1996.

- *Y.Q. Li, C.A.T. Salama, M. Seufert, P. Schvan and M. King, "A Resurfed High-Voltage NMOS Device Fully Compatible with a Low-Voltage 0.8μm BiCMOS Technology", Solid State Electronics, vol. 39, pp. 571-576, 1996.

- *R.Y.V. Chik and C.A.T. Salama, "Design of a 1.5V Full-Swing Bootstrapped BiCMOS Logic Circuit", IEEE J. Solid State Circuits, vol. 30, pp. 972-978, 1995.

- *T. Sowlati, C.A.T. Salama, J. Sitch, G. Rabjohn and D. Smith, "Low Voltage, High Efficiency GaAs Class E Power Amplifiers for Wireless Transmitters", IEEE J. Solid State Circuits, vol. 30, pp.1074-1080, 1995.

- Z.R. Tang, T. Kamins and C.A.T. Salama, "Analytical and Experimental Characteristics of SiGe Heterojunction Bipolar Transistors with Thin α-Si:H Emitters", Solid State Electronics, vol. 38, pp. 1829-1834, 1995.

- *S.P. Voinigescu, P.B. Rabkin, C.A.T. Salama and P.A. Blakey, "2D Numerical Investigation of the Impact of Compositional Grading on the Performance of Submicrometer Si-SiGe MOSFETs", IEEE Trans. on Electron Devices, vol. 42, pp. 1039-1046, 1995.

- *P. Li, Y. Li and C.A.T. Salama, "A Heterojunction Bipolar Transistor with a Thin α−Si Emitter", IEEE Trans. on Electron Devices, vol. 41, pp. 932-935, 1994.

- S. Voinigescu, K. Iniewski, R. Lisak, C.A.T. Salama, J.P. Noel and D.C. Houghton, "New Technique for the Characterization of Si/SiGe Layers using Heterostructure MOS Capacitors", Solid State Electronics, vol. 37, pp.1491-1501, 1994.

- K. Iniewski, M. Liu and C.A.T. Salama, "Doping Profiles Characterization in GaAs Semi-Insulating Substrates using Capacitance-Voltage, Conductance-Voltage and Current-Voltage Measurements", J. Vac. Science and Technology B, vol. 12, pp. 327-331, 1994.

- P.K.T. Mok and C.A.T. Salama, "A Novel High-Voltage High-Speed MESFET Using a Standard GaAs Digital IC Process", IEEE Trans. on Electron Devices, vol. 41, pp. 246-250, 1994.

- S. Liang, C.A.T. Salama and M. Maliepaard, "Modeling of the DC Characteristics of Merged Bipolar-MOS Structures", Solid State Electronics, vol. 37, pp. 387-392, 1994.

- *O.M.K. Law and C.A.T. Salama, "GaAs Split Phase Dynamic Logic", IEEE J. of Solid State-Circuits, vol. 29, pp. 617-622, 1994.

- S. Xiao and C.A.T. Salama, "High-Gain GaAs MESFET Op Amp", J. on Analog Integrated Circuits and Signal Processing, vol. 5, pp. 169-173, 1994.

- J.H. Pasternak and C.A.T. Salama, "Differential Pass-Transistor Logic", Circuits and Devices, vol. 9, #4, pp. 23-28, 1993.

- K. Iniewski, S. Voinigescu, J. Atcha and C.A.T. Salama, "Analytical Modeling of Threshold Voltages in p-Channel Si-SiGe-Si MOS Structures", Solid State Electronics, vol. 36, pp. 775-783, 1993.

- Z.R. Tang, C.A.T. Salama, J.P. Noel, D. Houghton and M. Buchanan, "Characteristics of Mesa and LOCOS-Isolated Molecular Beam Epitaxy SiGe Diodes", Canadian J. Physics, vol. 70, pp. 969-974, 1993.

- S. Voinigescu and C.A.T. Salama, "Optimal Channel Grading in p-type Si-SiGe MOSFETs", Can. J. Physics, vol. 70, pp. 975-978, 1993.

- A.M. Cujec, D. Nairn and C.A.T. Salama, "An Optimized Bit Cell Design for a Pipelined Current-Mode Algorithmic A/D Converter", J. on Analog Integrated Circuits and Signal Processing, vol. 3, pp. 137-141, 1993.

- *Q. Lu, P. Ratnam and C.A.T. Salama, "Novel High-Voltage Silicon-on-Insulator MOSFETs", Solid State Electronics, vol. 35, pp. 1745-1750, 1992.

- *C.P. Chong, C.A.T. Salama and K.C. Smith, "An Imager with Built-in Image-Velocity Computation Capability", IEEE Trans. on Circuits and Systems for Video Technology, vol. 2, pp. 306-312, 1992.

- *C.P. Chong, C.A.T. Salama and K.C. Smith, "A Novel Technique for Image-Velocity Computation", IEEE Trans. on Circuits and Systems for Video Technology, vol. 2, pp. 313-318, 1992.

- *S. Liang, L.Z. Hou, T. Gu and C.A.T. Salama, "Latch-up Modeling of BiCMOS Merged Bipolar-MOS Structures", Solid State Electronics, vol. 35, pp. 1461-1469, 1992.

- M. Mittal and C.A.T. Salama, "A GaAs 8x8 Cross-Point Switch for High Speed Digital Communications," J. High Speed Electronics, vol. 3, pp. 1-12, 1992.

- C.P. Chong, C.A.T. Salama and K.C. Smith, "Real-Time Edge Detection and Image Segmentation", Journal on Analog Integrated Circuits and Signal Processing, vol. 2, pp. 117-130, 1992.

- K. Iniewski and C.A.T. Salama, "Optimization of the CV Profiling Method Based on Inverse Modeling", J. Vac. Science and Technology, vol. 10, pp. 480-484, 1992.

- D.H.K. Hoe and C.A.T. Salama, "GaAs Pipelined Dynamic Logic", Integration, vol. 12, pp. 93-105, 1991.

- D.H.K. Hoe and C.A.T. Salama, "Dynamic GaAs Logic Circuits", J. High Speed Electronics, vol. 2, pp. 163-183, 1991.

- *J.H. Pasternak and C.A.T. Salama, "GaAs MESFET Differential Pass-Transistor Logic", IEEE J. Solid State Circuits, vol. 26, pp. 1309-1316, 1991.

- *J.H. Pasternak and C.A.T. Salama, "Design of Submicrometer CMOS Differential Pass-Transistor Logic Circuits", IEEE J. Solid State Circuits, vol. 26, pp. 1249-1258, 1991.

- *D.H.K. Hoe and C.A.T. Salama, "GaAs Trickle Transistor Domino Logic (TTDL)", IEEE J. Solid State Circuits, vol. 26, pp. 1441-1448, 1991.

- W.T. Ng and C.A.T. Salama, "A CMOS-Compatible Complementary SINFET HVIC Process", IEEE Trans. on Electron Devices, vol. 38, pp. 1935-1942, 1991.

- M. Patel, P. Ratnam and C.A.T. Salama, "A Novel Body Contact for SIMOX Based SOI MOSFETs", Solid State Electronics, vol. 34, pp. 1071-1075, 1991.

- D. Hoe and C.A.T. Salama, "Dynamic GaAs Capacitively Coupled Domino Logic (CCDL)", IEEE J. of Solid State Circuits, vol. 26, pp. 844-849, 1991.

- A. Nezar and C.A.T. Salama, "Breakdown Voltage in LDMOS Transistors Using Internal Field Rings", IEEE Trans. on Electron Devices, vol. 38, pp. 1676-1680, 1991.

- *K. Iniewski and C.A.T. Salama, "A New Approach to CV Profiling with Sub-Debye-Length Resolution", Solid State Electronics, vol. 34, pp. 309-314, 1991.

- W.T. Ng, S. Liang and C.A.T. Salama, "SINFET Device Modeling", Solid State Electronics, vol. 33, pp. 1569-1580, 1990.

- *D.G. Nairn and C.A.T. Salama, "Current Mode Algorithmic A/D Converters", IEEE J. Solid State Circuits, vol. 25, pp. 997-1004, 1990.

- H.W. Singor and C.A.T. Salama, "A High Performance CMOS Compatible 8-bit Current Scaling D/A Converter, IEE Proceedings, vol. 137, Part G, pp. 169-174, 1990.

- D. Nairn and C.A.T. Salama, "Algorithmic A/D Converters Using Current Mode Techniques", IEE Proceedings, vol. 137, Part G, pp. 163-168, 1990.

- *D. Nairn and C.A.T. Salama, "A Ratio Independent Algorithmic Analog to Digital Converter Combining Current Mode and Dynamic Techniques", IEEE Trans. on Circuits and Systems, vol. 37, pp. 319-325, 1990.

- A. Kassam, C. Meadowcroft, C.A.T. Salama, and P. Ratnam, "Characterization of $BCl_3 - Cl_2$ Silicon Trench Etching", J. Electrochemical Soc., vol. 137, pp. 1613-1617, 1990.

- *Z. Parpia and C.A.T. Salama, "Optimization of RESURF LDMOS Transistors:  An Analytical Approach", IEEE Trans. on Electron Devices, vol. 37, pp. 789-796, 1990.

- W. Ng, S. Liang and C.A.T. Salama, "Schottky Barrier Diode Characteristics Under High Level Injection", Solid State Electronics, vol. 33, pp. 39-46, 1990.

- K.J. Schultz, D.H.K. Hoe and C.A.T. Salama, "A Microprogrammable Processor Using Single Poly EPROM", Integration, vol. 8, pp. 189-199, 1989.

- J.K.O. Sin, C.A.T. Salama, and L.Z. Hou, "Transient Characteristics of N-Channel Hybrid Schottky Injection FET's, "IEEE Trans. on Electron Devices, vol. 36, pp. 993-1000, 1989.

- J.K.O. Sin, C.A.T. Salama, V. Rumennik and S. Mukherjee, "High Voltage Characteristics of Resurfed Schottky Injection FET's", Solid State Electronics, vol. 34, pp. 317-326, 1989.

- S. Tarasewicz and C.A.T. Salama, "Threshold Voltage Characteristics of Ion Implanted Depletion MOSFETs", Solid State Electronics, vol. 33, pp. 1441-1446, 1988.
- *Z. Parpia, C.A.T. Salama and R. Hadaway, "A CMOS-Compatible High-Voltage IC Process", IEEE Trans. on Electron Devices, vol. 35, pp. 1687-1694, 1988.

- Z. Parpia, C.A.T. Salama and R. Hadaway, "Modelling and Characterization CMOS Compatible High Voltage Device Structures", IEEE Trans. on Electron Devices, vol. ED-34, pp. 2335-2343, 1987.
- S. Wong and C.A.T. Salama, "Improved Simulation of p and n channel MOSFETs Using an Enhanced SPICE MOS3 Model", IEEE Trans. on CAD, vol. CAD-6, pp. 586-590, 1987.
- *J.H. Pasternak, A.S. Shubat and C.A.T. Salama, "CMOS Differential Pass-Transistor Logic Design", IEEE J. Solid State Circuits, vol. SC-22, pp. 216-222, 1987.
- A.S. Shubat, J.A. Pretorius and C.A.T. Salama, "Expandable Arithmetic Block Macrocell", Integration, vol. 5, pp. 47-71, 1987.
- *J. Sin, C.A.T. Salama and L. Hou, "The SINFET - A Schottky Injection MOS-Gated Power Transistor", IEEE Trans. on Electron Devices, vol. 33, pp. 1940-1947, 1986.
- *Z. Parpia, J.G. Mena and C.A.T. Salama, "A Novel CMOS Compatible High-Voltage Transistor Structure", IEEE Trans. on Electron Devices, vol. 33, pp. 1948-1952, 1986.
- *S.L. Wong and C.A.T. Salama, "A Switched Differential Op Amp with Low Offset and Reduced 1/f Noise", IEEE Trans. on Circuits and Systems, vol. CAS-33, pp. 1119-1127, 1986.
- S. Tarasewicz and C.A.T. Salama, "Simulation of the Accumulation-Punchthrough Mode in Depletion MOSFETs", Solid State Electronics, vol. 29, pp. 1025-1034, 1986.
- *J.G. Mena and C.A.T. Salama, "High Voltage Multiple Resistivity Drift Region LDMOS Transistors", Solid State Electronics, vol. 29, pp. 647-656, 1986.
- *J.A. Pretorius, A.S. Shubat and C.A.T. Salama, "Charge Redistribution and Noise Margins in Domino CMOS Logic", IEEE Trans. on Circuits and Systems, vol. CAS-33, pp. 786-793, 1986.
- *J.A. Pretorius, A.S. Shubat and C.A.T. Salama, "Latched Domino CMOS Logic", IEEE J. of Solid State Circuits, vol. SC-21, pp. 514-522, 1986.
- S.L. Wong and C.A.T. Salama, "An Efficient CMOS Buffer for Driving Large Capacitive Loads", IEEE J. of Solid State Circuits, vol. SC-21, pp. 464-469, 1986.
- J. Sin and C.A.T. Salama, "Wideband DMOS Amplifier Competes with Bipolar", Microwaves and RF, vol. 25, pp. 113-120, June 1986.
- J. Sin and C.A.T. Salama, "High Frequency Distortion Analysis in DMOS Transistors", Solid State Electronics, vol. 28, pp. 1223-1233, June 1985.
- *J.A. Pretorius, A.S. Shubat and C.A.T. Salama, "Analysis and Design Optimization of Domino CMOS Logic with Applications to Standard Cells", IEEE J. Solid State Circuits, vol. SC-20, pp. 523-530, 1985.
- P. Ratnam and C.A.T. Salama, "A New Approach to the Modeling of Nonuniformly Doped Short-Channel MOSFET's", IEEE Trans. on Electron Devices, vol. ED-31, pp. 1289-1298, 1984.
- P. McGregor, J. Mena and C.A.T. Salama, "Small-Signal High-Frequency Performance of Power MOS Transistors", Solid State Electronics, vol. 27, pp. 419-432, 1984.

10

- *Z. Parpia, C.A.T. Salama, G.C. Salter and W.A. Coles, "Micropower Monolithic Filters Using Bipolar/JFET Technology", IEEE Trans. on Electron Devices, vol. ED-31, pp. 165-171, 1984. (also published in IEEE J. Solid State Circuits, vol. SC-19, 1984).

- J. Mena and C.A.T. Salama, "Breakdown Voltage Design Considerations in VDMOS Structures", IEEE Trans. on Electron Devices, vol. ED-31, pp. 109-113, 1984.

- S. Tarasewicz and C.A.T. Salama, "Theory of the Surface Depletion Region for Semi-conductors with Linearly Graded Impurity Profiles", Solid State Electronics, vol. 27, pp. 33-43, 1984.

- S. Haque-Ahmed and C.A.T. Salama, "Depletion Mode MOSFET Modeling for CAD", IEE Proceeding I, Solid State and Electron Devices, vol. 130, pp. 281-286, 1983.

- *S. Wong and C.A.T. Salama, "Impact of Scaling on MOS Analog Performance", IEEE Journal of Solid State Circuits, vol. SC-18. pp. 106-114, 1983.

- S. Tarasewicz and C.A.T. Salama, "Transconductance Degradation in VVMOS Power Transistors due to Thermal and Field Effects", Solid State Elec., vol. 25, pp. 1165-1170, 1982.

- S.D.S. Malhi and C.A.T. Salama, "Double Implanted Subvolt JFETs", Solid State Electronics, vol. 25, pp. 791-795, 1982.

- *C.A.T. Salama, "VLSI Technology for Telecommunications IC's", IEEE Journal of Solid State Circuits, vol. SC-16, pp. 253-260, 1981.

- *S.D.S. Malhi, C.A.T. Salama and W.R. Donnison, "A Low-Voltage Micropower JFET/Bipolar Op Amp", IEEE J. Solid State Circuits, vol. SC-16, pp. 669-679, 1981.

- *S.D.S. Malhi, C.A.T. Salama. W.R. Donnison and H.D. Barber, "Subsurface Junction Field Effect Transistor", IEEE J. Solid State Circuits, vol. ED-28, pp. 1447-1454, 1981.

- W.A. Lane and C.A.T. Salama. "Compatible VVMOS and NMOS Technology for Power MOS ICs", IEE Proceedings I, Solid State and Electron Devices, vol. 128, pp. 87-91, 1981.

- D.A. Smith and C.A.T. Salama. "A UMOS Power Field Effect Transistor", Solid State Electronics, vol. 24, pp. 687-692, 1980.

- S. Tarasewicz and C.A.T. Salama, "A High Voltage UMOS Transistor", Solid State Electronics, vol. 24, pp. 435-443, 1981.

- S.D.S. Malhi and C.A.T. Salama, "V-Groove Isolated BIFET Technology for Micropower ICs", IEE Proc. I, Solid State and Electron Devices, vol. 127, pp. 169-175, 1980.

- N. Friedman, C.A.T. Salama and P.M. Thompson, "Computer Analysis and Modeling of ICSL Gates", IEEE J. of Solid State Circuits, vol. SC-15, pp. 340-345, 1980.

- W.A. Lane and C.A.T. Salama. "Epitaxial VVMOS Power Transistors", IEEE Trans. on Electron Devices, vol. ED-27, pp. 319-356, 1980.

- T.D. Mok and C.A.T. Salama. "The Characteristics of an Enhancement Mode VFET", Solid State Electronics, vol. 23, pp. 631-633, 1980.

- *C.A.T. Salama, and J. Oakes. "Nonplanar Power Field-Effect Transistors", (Invited Paper), IEEE Trans. ED, vol. ED-25, pp. 1222-1228, 1980.

- T.D. Mok and C.A.T. Salama. "A V-Groove Schottky-Barrier FET for UHF Applications", IEEE Trans. ED, vol. ED-25, pp. 1235-1240, 1978.

11

- N. Friedman, C.A.T. Salama and P.M. Thompson, "Injection-Coupled Synchronous Logic", IEEE J. of Solid State Circuits, vol. SC-13, pp. 549-555, 1978.

- C.A.T. Salama, "Microcomputer Technology", International Journal of Mini and Microcomputers, vol. 1, pp. 2-13, 1978.

- S. Can and C.A.T. Salama, "An Integrated Voltage-Controlled Oscillator Circuit Using Single-Channel MOS Technology", IEE J. on Electronic Circuits and Systems, vol. 2, pp. 109-114, 1978.

- T.D. Mok and C.A.T. Salama, "Nonplanar Power Field-Effect Transistor", IEE J. of Solid State and Electron Devices, vol. 2, pp. 52-56, 1978.

- C.A.T. Salama, "A New Short Channel MOSFET (UMOST) Structure", Solid State Electronics, vol. 20, pp. 1003-1009, 1977.

- B. Farzan and C.A.T. Salama, "Depletion V-Groove MOS (VMOS) Power Transistors", Solid State Electronics, vol. 19, pp. 297-306, 1976.

- T.D. Mok and C.A.T. Salama, "The Characteristics and Applications of a V-Shaped Notched-Channel Field-Effect Transistor (VFET)", Solid State Electronics, vol. 19, pp. 159-166, 1976.

- C.M. Parks and C.A.T. Salama, "V-Groove (VMOS) Conductively Connected Charge Coupled Devices", Solid State Electronics, vol. 18, pp. 1061-1068, 1975.

- T.D. Mok and C.A.T. Salama, "A Charge-Transfer-Device Logic Cell", Solid State Electronics, vol. 17, pp. 1147-1154, 1974.

- F.E. Holmes and C.A.T. Salama, "A V-Groove Oxide Isolated Bipolar Bucket Brigade Shift Register", Solid State Electronics, vol. 17, pp. 1193-1200, 1974.

- C.St.L. Rhodes and C.A.T. Salama, "A Simplified Method of Measuring Lifetime Using Steady-State Back Illumination of an MOS Capacitor", Journal of the Electrochemical Society, vol. 121, pp. 1219-1222, 1974.

- F.E. Holmes and C.A.T. Salama, "VMOS - A New MOS Integrated Circuit Technology", Solid State Electronics, vol. 17, pp. 301-305, 1974.

- P.P. Gelberger and C.A.T. Salama, "Moat-Etched Two-Phase Charge-Coupled Devices", Solid State Electronics, vol. 17, pp. 791-797, 1974.

- C.St.L. Rhodes and C.A.T. Salama, "Determination of the Lifetime from Thermal Generation and Optical Injection in a Pulsed MOS Capacitor". Journal of Physics D:  Applied Physics, vol. 6, pp. 1798-1815, 1973.

- C.A.T. Salama and E. Siciunas, "Characteristics of RF Sputtering $BaTiO_3$ Films on Silicon", Journal of Vacuum Science and Technology, vol. 9, pp. 91-96, 1972.

- C.A.T. Salama, "Conduction in $Al_2O_3$ Films and Charge Storage in MAOS Structures", Journal of Electrochemical Society, vol. 118, pp. 1993-1999, 1971.

- E.A. Fogels and C.A.T. Salama, "Characterization of Surface States at the $Si-SiO_2$ Interface Using the Quasi-Static Technique", Journal of the Electrochemical Society, vol. 118, pp. 2002-2006, 1971.

- C.A.T. Salama, "RF Sputtered Aluminum Oxide Films on Silicon", J. Electrochemical Society, vol. 117, pp. 913-917, 1970.

- C.A.T. Salama and G.W. Taylor, "Automatic Measurement of Charge Storage in MNOS Memory Structures", Journal of Physics E:  Scientific Instruments, vol. 3, pp. 558-560, 1970.

- T.D.W. Curtis and C.A.T. Salama, "The Use of a Breadboard Chip in Conjunction with Computer-Aided Design of Integrated Circuits", Microelectronics and Reliability, vol. 7, pp. 313-319, 1968.

- C.A.T. Salama and L. Young, "Evaporated Silicon Thin-Film Transistors", Solid State Electronics vol. 10, pp. 473-484, 1967.

- C.A.T. Salama, T.W. Tucker and L. Young, "Structure, Conductivity and Hall Effect of Electron Bombardment Evaporated Silicon Films on Sapphire", Solid State Electronics, vol. 10, pp. 339-351, 1967.

13

## I.(B) LETTERS AND NOTES

- F. Vessal and C.A.T. Salama, "An 8-Bit 2-Gsample/s Folding-Interpolating Analog-to-Digital Converter in SiGe Technology", IEEE J. of Solid State Circuits, vol. 39, pp.239-241, 2004.

- M. Ramezani and C.A.T. Salama, "Analysis of a Half-Rate Bang-Bang Phase-Locked-Loop", IEEE Trans. on Circuits and Systems, Part II, vol. 49, pp. 505-509, 2002.

- D. Suvakovic and C.A.T. Salama, "A Low $V_t$ CMOS Implementation of an LPLV Digital Filter Core for Portable Audio Applications", IEEE Trans. Circuits and Systems II, vol. 47, pp. 1297-1300, 2000.

- *H. Djahanshahi and C.A.T. Salama, "Robust Two-Stage Current-Controlled Oscillator in Submicrometre CMOS", Electronics Letters, vol. 35, pp. 1837-1839, 1999.

- W. Zhang and C.A.T. Salama, "Subthreshold MESFET Empirical Model", Solid State Electronics, vol. 41, pp. 781-783, 1997.

- T. Sowlati, Y. Greshishchev and C.A.T. Salama, "1.8GHz Class E Power Amplifier for Wireless Communications", Electronics Letters, vol. 32, pp. 1846-1848, 1996.

- O.M.K. Law and C.A.T. Salama, "GaAs Schmitt Trigger Memory Cell Design", IEEE J. Solid State Circuits, vol. 31, pp. 1190-1192, 1996.

- O.M.K. Law and C.A.T. Salama, "GaAs Dynamic Memory Design", IEEE J. Solid State Circuits, vol. pp. 1193-1196, 1996.

- P.K.T. Mok, A. Nezar and C.A.T. Salama, "A Self-Aligned Trenched Cathode LIGBT with High Latch-Up Resistance", IEEE Trans. on Electron Devices, vol. 42, pp. 2236-2239, 1995.

- Z.R. Tang, T. Kamins, P. Li and C.A.T. Salama, "SiGe Heterojunction Bipolar Transistors with Thin α-Si Emitters", IEEE Electron Devices Letters, vol.14, pp. 438-440, 1993.

- R. Chik and C.A.T. Salama, "A 1.5V Bootstrapped BiCMOS Logic Gate", Electronics Letters, vol. 29, pp. 307-308, 1993.

- M. Mittal and C.A.T. Salama, "DPTL 4-b Carry Lookahead Adder", IEEE J. Solid State Circuits, vol. 27, pp. 1644-1647, 1992.

- S. Xiao, R.Y.V. Chik and C.A.T. Salama, "Improved Double Cascode Self-Bootstrapping Technique for Gain Enhancement in GaAs MESFET OpAmps", Electronics Letters, vol. 28, pp. 1128-1129, 1992.

- C.P. Chong, C. Andre T. Salama and K.C. Smith, "Image-Motion Detection Using Analog VLSI", IEEE J. of Solid State Circuits, vol. 27, pp. 93-96, 1992.

- K. Iniewski and C.A.T. Salama, "A New Method for Fixed Oxide Charge Determination Using a Dual-Gate MOS Capacitor", IEEE Trans. on Electron Devices, vol. 38, pp. 2565-2567, 1991.

- S. Liang, L.Z. Hou, T. Gu and C.A.T. Salama, "Latchup in Physically Merged Bipolar-MOS BiCMOS Structures", Electronics Letters, vol. 27, pp. 1124-1125, 1991.

- K. Iniewski and C.A.T. Salama, "A New Method for Extraction of the Effective Channel Length in Submicron MOSFETs", Electronics Letters, vol. 27, pp. 508-509, 1991.

- S. Liang, D.H.K. Hoe and C.A.T. Salama, "A BiCMOS DCVSL Gate", Electronics Letters, vol. 27, pp. 346-347, 1991.

- *H.W. Singor and C.A.T. Salama, "A Low-Power High-Speed 10-Bit CMOS-Compatible D/A Converter", IEEE Trans. on Circuits and Systems, vol. 38, pp. 322-326, 1991.

- J. Pasternak and C.A.T. Salama, "GaAs MESFET Differential Pass-Transistor Logic", Electronics Letters, vol. 26, pp. 1597-1598, 1990.

- D.H.K. Hoe and C.A.T. Salama, "GaAs Capacitively Coupled Domino Logic Gate", Electronics Letters", vol. 25, pp. 1714-1715, 1989.

- D.H.K. Hoe, K.J. Schultz, C.A.T. Salama, R.A. Hadaway and P. Kempf, "Cell and Circuit Design for Single-Poly EPROM", IEEE Journal of Solid State Circuits, vol. 24, pp. 1153-1157, 1989.

- H.W. Singor, C.A.T. Salama and I. Scott, "Improved D/A Conversion Technique Using Current Splitting In Lateral Bipolar Transistors", Electronics Letters, vol. 24, pp. 1490-91, 1988.

- D. Nairn and C.A.T. Salama, "High-Resolution, Current-Mode A/D Converters Using Active Current Mirrors", Electronics Letters, vol. 24, pp. 1331-1332, 1988.

- P.T. Lai, A. Kassam and C.A.T. Salama, "Self-Aligned Bipolar Transistor Using Double Thermal Oxidation", Electronics Letters, vol. 24, pp. 1343-1344, 1988.

- D. Nairn and C.A.T. Salama, "Algorithmic Analogue/Digital Convertor Based on Current Mirrors", Electronics Letters, vol. 24, pp. 471-472, 1988.

- J. Sin and C.A.T. Salama, "Hybrid Schottky Injection MOS-Gated Power Transistor", Electronics Letters, vol. 22, pp. 1003-1005, 1986.

- S.L. Wong, N. Kalyanasundaram and C.A.T. Salama, "Wide Dynamic Range Four-Quadrant CMOS Analog Multiplier Using Linearized Transconductance Stages", IEEE J. Solid State Circuits, pp. 1120-1122, 1986.

- A.S. Shubat, J.A. Pretorius and C.A.T. Salama, "Differential Pass Transistor Logic in CMOS Technology", Electronics Letters, vol. 22, pp. 194-295, 1986.

- W.T. Ng and C.A.T. Salama, "High-Speed High-Resolution CMOS Voltage Comparator", Electronics Letters, vol. 22, pp. 338-339, 1986.

- J.K.O. Sin and C.A.T. Salama, "The SINFET: A New High Conductance, High Switching Speed MOS-Gated Transistor", Electronics Letters, vol. 21, pp. 1134-1136, 1985.

- S.L. Lin and C.A.T. Salama, "A $V_{be}$ (T) Model with Application to Bandgap Reference Design", IEEE J. Solid State Circuits, vol. SC-20, pp. 1283-1285, 1985.

- P. Ratnam and C.A.T. Salama, "Selectively Implanted Oxygen Isolation Technology (SIO)", Electronics Letters, vol. 21, pp. 448-449, 1985.

- S. Wong and C.A.T. Salama, "Technique for Offset Voltage Cancellation in MOS Operational Amplifiers", Electronics Letters, vol. 21, pp. 389-390, 1985.

- J.A. Pretorius, A.S. Shubat and C.A.T. Salama, "Testability Enhancement of Domino CMOS Logic", Electronics Letters, vol. 21, pp. 336-337, 1985.

- J.A. Pretorius, A.S. Shubat and C.A.T. Salama, "Latched Domino CMOS Logic", Electronics Letters, vol. 21, pp. 263-264, 1985.

- D. Choi and C.A.T. Salama, "Low Voltage High Performance E/D MOS Logic", Electronics Letters, vol. 17, pp. 879-880, 1981.

- S.D.S. Malhi and C.A.T. Salama, "Cutoff Frequency of Graded Channel FET", Electronics Letters, vol. 16, pp. 261-263, 1980.

- W.A. Lane, C.A.T. Salama and S. Dmitrevsky, "On-Resistance of VVMOS Power Transistors", Electronics Letters, vol. 15, pp. 601-602, 1979.

- G. Tzanateas, C.A.T. Salama and Y.P. Tsividis, "A CMOS Bandgap Voltage Reference", IEEE J. of Solid State Circuits, vol. SC-14, pp. 655-657, 1979.

- S.D.S. Malhi and C.A.T. Salama, "The Early Voltage of a Lateral PNP Transistor", Solid State Electronics, vol. 21, pp. 1187-1190, 1978.

- Y.L. Ho, F.E. Holmes and C.A.T. Salama, "V-Groove Substrate FED Logic", Electronics Letters, vol. 14, pp. 240-241, 1978.

- N. Friedman, C.A.T. Salama, F.E. Holmes and P.M. Thompson, "Realization of a Multivalued Integrated Injection Logic ($MI^2L$) Full Adder", IEEE J. of Solid State Circuits, vol. SC-12, pp. 532-534, 1978.

- T.D. Mok and C.A.T. Salama, "High-Frequency Performance of Power VFET", IEEE Trans. on Electron Devices, vol. ED-25, pp. 384-386, 1978.

- N. Friedman, C.A.T. Salama, F.E. Holmes and P.M. Thompson, "Multivalued Integrated-Injection-Logic ($MI^2L$) Full Adder", Electronics Letters, vol. 13, pp. 135-136, 1977.

- T.D. Mok and C.A.T. Salama, "V-Groove Power Junction Field-Effect Transistor for VHF Applications", Electronics Letters, vol. 12, pp. 582-583, 1976.

- B. Farzan and C.A.T. Salama, "Depletion MOS Power Transistors", Electronics Letters, vol. 24, pp. 565-566, 1975.

- T.D. Mok and C.A.T. Salama, "V-Shaped Notched-Channel Field-Effect Transistor", Electronics Letters, vol. 10, pp. 478-479, 1974.

- C. Parks and C.A.T. Salama, "VMOS Conductively Coupled Charge-Coupled Device", Electronics Letters, vol. 9, pp. 593-594, 1973.

- F.E. Holmes and C.A.T. Salama, "V Groove MOS Transistor Technology", Electronics Letters, vol. 9, pp. 457-458, 1973.

- T.D. Mok and C.A.T. Salama, "MOS Bucket-Brigade AND-OR Logic Array", Electronics Letters, vol. 9, pp. 135-136, 1973.

- T.D. Mok and C.A.T. Salama, "Logic Array Using Charge-Transfer Devices", Electronics Letters, vol. 8, pp. 495-496, 1972.

- P.P. Gelberger and C.A.T. Salama, "A Uniphase Charge-Coupled Device", Proc. IEEE, vol. 18, pp. 721-722, 1972.

- F.E. Holmes and C.A.T. Salama, "Modified Bipolar-Phototransistor Structure", Electronics Letters, vol. 8, pp. 23-24, 1972.

- C.A.T. Salama, "Two-Phase MNOS Charge-Coupled Device", Electronics Letters, vol. 8, pp. 21-22, 1972.

- C.A.T. Salama and F. Holmes, "A Technique for Directly Plotting the Doping Profile of Semiconductor Wafers", Solid State Electronics, vol. 14, pp. 178-181, 1971.

- C.A.T. Salama and F. Holmes, "On the Determination of Surface Recombination Velocity from the Transient Response of MIS Structures", Solid State Electronics, vol. 13, pp. 1204-1205, 1970.

- C.A.T. Salama and L. Young, "Evaporated Silicon Thin-Film Transistors", Proc. IEEE, vol. 53, pp. 2156-2157, 1965.

- C.A.T. Salama, "Stored Charge Flip-Flop Triggering", Proc. IEEE, vol. 53, pp. 416-417, 1965.

- M.P. Beddoes and C.A.T. Salama, "Series Connected Tunnel-Diode Multilevel Register", IEEE Trans. on Electronics Computers, vol. EC-13, pp. 308-309, 1964.


## II. CONFERENCE PAPERS +

- M. Kawokgy and C.A.T. Salama, "A Low Power CSCD Asynchronous Viterbi Decoder for Wireless Applications", ISLPED, Portland, Proceedings, pp. 363-366, 2007.
- I.Y. Park and C.A.T. Salama, "Experimental Implementation and Characterization of a CMOS Compatible Buffered Super Junction LDMOST", ISPSD, Naples, Proceedings, pp. 337-340, 2006.
- F. Mahmoudi and C.A.T. Salama, "8GHz Tunable CMOS Quadrature Generator Using Differential Active Inductors", ISCAS, Kyoto, Proceedings, pp. 2112-2115, 2005.
- I.Y. Park and C.A.T. Salama, "CMOS Compatible Super Junction LDMOST with N-Buffer Layer", ISPSD, Santa Barbara, Proceedings, pp. 163-166, 2005.
- F. Mahmoudi and C.A.T. Salama, "8GHz, 1V, High Linearity, Low Power CMOS Active Mixer", RFIC Symposium, Fort Worth, Proceedings, pp. 401-403, 2004.
- S. Honarkhah, S. Nassif-Khalil and C.A.T. Salama, "Back-Etched Super-Junction LDMOST on SOI", ESSDERC, Leuven, Proceedings, pp. 117-120, 2004.
- B. Mohammadi and C.A.T. Salama, "A 5.8GHz CMOS LNA for WLAN Applications", RFIC Symposium, Fort Worth, Proceeding, pp. 113-116, 2004.
- M. Kawokgy and C.A.T. Salama, "Low-Power Asynchronous Viterbi Decoder for Wireless Applications", ISLPED, Newport, Proceedings, pp. 286-289, 2004.
- S. Hamedi-Hagh and C.A.T. Salama, "CMOS Phase Shifted Transmitters for 4G Wireless Systems", PIMRC, Barcelona, Proceedings, pp. 175-179, 2004 (Best Student Paper Award).
- S. Hamedi-Hagh and C.A.T. Salama, "A 1V, 8GHz CMOS Integrated Phase Shifted Transmitter for Wideband and Varying Envelope Communication Systems", CICC, San Jose, Proceedings, pp. 447-450, 2003.
- S. Hamedi-Hagh and C.A.T. Salama, "Modeling Monolithic Inductors with Complex Metal Fill Structures", NEWCAS, Montreal, Proceedings, pp. 29-32, 2003.
- N. Saniei, H. Djahanshahi and C.A.T. Salama, "25 GHz Inductorless VCO in a 45 GHz SiGe Technology", RFIC Symposium, Philadelphia, Proceedings, pp. 269-272, 2003.
- S. Hamedi-Hagh and C.A.T. Salama, "Wideband CMOS Integrated RF Combiner for LINC Transmitters", RFIC Symposium, Philadelphia, Proceedings, pp. 41-44, 2003.
- F. Vessal and C.A.T. Salama, "An 8bit, 2GS/s Analog-to-Digital Converter in 0.5um SiGe Technology", ISCAS, Bangkok, Proceedings, vol. 1, pp. 893-896, 2003.
- M. Ramezani and C.A.T. Salama, "A 10Gb/s CDR with a Half-Rate Bang-Bang Phase Detector", ISCAS, Bangkok, Proceedings, vol. 2, pp. 181-184, 2003.
- S. Hamedi-Hagh and C.A.T. Salama, "A Novel C-Band CMOS Phase Shifter for Communication Systems", ISCAS, Bangkok, Proceedings, vol. 2, pp. 316-319, 2003.
- K. Ghosh and C.A.T. Salama, "A High Voltage CMOS ADSL Line Driver", Int. Symp. On Power Semiconductor Devices and IC's, Cambridge, Proceedings, pp. 104-107, 2003.
- H. Lu and C.A.T. Salama, "A 2GHz, 60V-Class, SOI Power LDMOSFET for Base Station Applications", Int. Symp. on Power Semiconductor Devices and IC's, Cambridge, Proceedings, pp. 270-273, 2003.
- S. Nassif-Khalil and C.A.T. Salama, "170V Super Junction-LDMOST in a 0.5um Commercial CMOS/SOS Technology", Int. Symp. on Power Semiconductor Devices and IC's, Cambridge, Proceedings, pp.228-231, 2003.
- M. Ramezani and C.A.T. Salama, "Jitter Analysis of a PLL-Based CDR with a Bang-Bang Phase Detector", MWSCAS, Oklahoma City, Proceedings, pp. 393-396, 2002.

- K. Yano, S. Honarkhah, C.A.T. Salama and M. Kasuga, "Application of Static Induction Rectifiers to Diodes for SOI Power ICs", Symposium on Static Induction Devices (SSID), Tokyo, 2002.

---

+    In refereed Conference Proceedings.


- D. Suvakovic and C.A.T. Salama, "Modified Distributed Arithmetic Architecture for Adiabatic DSP Systems", International Symposium on System on a Chip for Real Time Applications, Banff, Proceedings, pp. 351-359, 2002.
- D. Suvakovic and C.A.T. Salama, "Adiabatic 3.7nJ 72-Point Prime-Factor FFT Processor Core", International Conference on VLSI, Las Vegas, Proceedings, pp. 3-7, 2002.
- S. Nassif-Khalil and C.A.T. Salama, "Super Junction LDMOST in Silicon-On-Sapphire Technology (SJ-LDMOST)", ISPSD, Santa Fe, Proceedings, pp. 81-84, 2002.
- M. Amberetu and C.A.T. Salama, "150V Class Superjunction Power LDMOS Transistor Switch on SOI", ISPSD, Santa Fe, Proceedings, pp. 101-104, 2002.
- A. Sugi, K. Tabuchi, M. Sawada, S. Kajiwara, K. Matsubara, N. Fujishima and C.A.T. Salama, "A 30V Class Extremely Low On-Resistance Meshed Trench Lateral Power MOSFET", ISPSD, Santa Fe, Proceedings, pp. 297-300, 2002.
- F. Vessal and C.A.T. Salama, "A Bipolar 2-GSample/s Track-and-Hold Amplifier (THA) in 0.35um SiGe Technology", International Symposium on Circuits and Systems, Scottsdale Proceedings, pp. 1966-1969, 2002.
- S. Ye, K. Yano and C.A.T. Salama, "A 1V, 1.9 GHz Mixer Using a Lateral Bipolar Transistor in CMOS", International Symposium on Low Power Electronics and Design, Proceedings, pp. 112-115, 2001.
- H. Djahanshahi, N. Saniei, S.P. Voinegescu, M.C. Maliepaard and C.A.T. Salama, "20GHz InP-HBT VCO with Wide Tuning Range", RFIC Symposium, Phoenix, Proceedings, pp.161-164, 2001.
- Y. Zhang and C.A.T. Salama, "Multi-Harmonic Tuning Behavior of MOSFET RF Power Amplifiers", IEEE MTT-S International Microwave Symposium, Phoenix, Proceedings, pp. 2147-2150, 2001.
- N. Fujishima, A. Sugi, T. Suzuki, S. Kajiwara, K. Matsubara, Y. Nagayasu and C.A.T. Salama, "A High Density, Low On-Resistance, Trench Lateral Power MOSFET with a Trench Bottom Source Contact", ISPSD, Osaka, Proceedings, pp. 143-147, 2001.
- K. Yano, S. Honarkhah and C.A.T. Salama, "Lateral SOI Static Induction Rectifiers", ISPSD, Osaka, Proceedings, pp. 247-250, 2001.
- S. Hamedi-Hagh and C.A.T. Salama, "A 10 Bit, 50 MS/s, Low Power Pipelined A/D Converter for Cable Modem Applications", ISCAS, Sydney, Proceedings, pp. I-424 - I-427, 2001.
- M. Ramezani and C.A.T. Salama, "An Improved Bang-bang Phase Detector for Clock and Data Recovery Applications", ISCAS, Sydney, Proceedings, pp. I-715 - I-718, 2001.
- Z. Jiao and C.A.T. Salama, "A Fully Depleted Delta-Channel SOI NMOSFET", 10[th] International Symposium on Silicon on Insulator Technology and Devices, Washington, D.C., Proceedings, pp. 403-408, 2001.
- H. Jin and C.A.T. Salama, "A 1V, 1.9 GHz CDMA, CMOS on SOI, Low Noise Amplifier", IEEE International SOI Conference, Wakefield, Proceedings, pp. 102-103, 2000.
- S. Ye and C.A.T. Salama, "A 1V, 1.9 GHz, Low Distortion Dual-Gate CMOS on SOI Mixer", IEEE International SOI Conference, Wakefield, Proceedings, pp. 104-105, 2000.
- H. Djahanshahi and C.A.T. Salama, "A Two-Stage Differential CCO Implementation in Submicron CMOS", Midwest Symposium on Circuits and Systems, Lansing, Proceedings on CDROM, 2000.
- W. An and C.A.T. Salama, "An 8bit, 1-Gsample/s Folding-Interpolating Analog-to-Digital Converter", European Solid State Circuits Conference (ESSCIRC), Stockholm, Proceedings, pp. 200-204, 2000.

18

- S. Nassif-Khalil, S. Honarkhah and C.A.T. Salama, "Low Voltage CMOS Compatible Power MOSFET for On-Chip DC-DC Converters", International Symposium on Power Semiconductor Devices and IC's, Toulouse, Proceedings, pp. 43-46, 2000. (Best paper award)

- D. Suvakovic and C.A.T. Salama, "A Pipelined Multiply-Accumulate Unit Design for Energy Recovery DSP Systems", ISCAS, Geneva, Proceedings, vol. 1, pp. 16-19, 2000.

- D. Suvakovic and C.A.T. Salama, "Two Phase Non-Overlapping Clock Adiabatic Differential Cascode Voltage Switch Logic (ADCVSL)", International Solid State Circuits Conference, San Francisco, Technical Digest, pp. 364-365, 2000.

- D. Gradinaru, W.T. Ng and C.A.T. Salama, "High Voltage High Frequency Silicon Bipolar Transistors", International Symposium of Power Semiconductor Devices and IC's, Toronto, Proceedings, pp. 293-296, 1999. (Best paper award)

- H. Djahanshahi, F. Hansen and C.A.T. Salama, "Gigabit per Second Per Pin Differential CMOS Circuits for Pseudo ECL Signaling", CICC, San Diego, Proceedings, pp. 601-604, 1999.

- H. Djahanshahi and C.A.T. Salama, "Differential 0.35um CMOS Circuits for 622MHz/ 933MHz Monolithic Clock and Data Recovery Applications", ISCAS, Orlando, Proceedings, Vol. 2, pp. 93-96, 1999.

- H. Djahanshahi, F. Hansen and C.A.T. Salama, "High-Speed ECL-Compatible Serial I/O in 0.35um CMOS", International Conference on Electronics Circuits and Systems (ICECS), Lisbon, Proceedings, pp. 59-62, 1998.

- D.M. Hiemstra, A. Kizeevi, L.Z. Hou and C.A.T. Salama, "Dose Rate and Total Dose Dependence of Low Frequency Noise Performance, IV Curves and Sidegating for GaAs MESFETs", IEEE Nuclear and Space Radiation Effects Conference, Newport Beach, Proceedings, Paper 3.2, 1998.

- M. Ramezani and C.A.T. Salama, "A Monolithic IGBT Gate Driver Implemented in a Conventional 0.8 Micron BiCMOS Process", International Symposium on Power Semiconductor Devices and IC's (ISPSD), Kyoto, Proceedings, pp. 109-112, 1998.

- T. Hayashi and C.A.T. Salama, "A 1V CMOS Floating-Point ADC for Portable Communication Devices", ISCAS, Monterrey, Proceedings, pp. 1-5, 1998.

- S. Ma and C.A.T. Salama, "A 1V Second-Order Sigma-Delta Modulator", ISCAS, Monterrey, Proceedings, pp. 348-352, 1998.

- D. Suvakovic and C.A.T. Salama, "A Configurable 32nd Order Low Voltage Low Power Digital Filter for Portable Communications Systems", ISCAS, Monterrey, Proceedings, pp. 25-28, 1998.

- D. Suvakovic and C.A.T. Salama, "Guidelines for Use of Registers and Multiplexers in Low Power Low Voltage DSP Systems", GL Symposium on VLSI, Lafayette, Proceedings, pp. 26-29, 1998.

- N. Fujishima and C.A.T. Salama, "A Trench Lateral Power MOSFET using Self-Aligned Trench Bottom Contact Holes", IEDM, Washington, Proceedings, pp. 359-362, 1997.

- A. Dibu-Caiole, J. Ranaweera, W.T. Ng and C.A.T. Salama, "ONO Inter-poly Dieletrics for Novel Flash $E^2$PROM Cells", Canadian Semiconductor Technology Conference Proceedings, p. 42, 1997.

- M. Aliahmad and C.A.T. Salama, "A Short Loop SLIC in a Submicron BiCMOS Technology", ISPSD, Weimar, Proceedings, pp. 329-332, 1997.

- F. Hansen and C.A.T. Salama, "2.5 Gb/s ATM Physical Layer Controller in 0.8um BiCMOS", European Solid State Circuits Conference, Southampton, Proceedings, pp. 96-99, 1997.

- J. Ranaweera, I. Kalastirsky, A. Dibu-Caiole, W.T. Ng and C.A.T. Salama, "Performance Limitations of a Flash $E^2$PROM Cell, Programmed with Zener Induced Hot Electrons", Non Volatile Semiconductor Memory Symposium, Monterrey, Proceedings, Paper 2.2, 1997.

- F. Hansen and C.A.T. Salama, "Clock-and Data-Recovery IC with Demultiplexer for a 2.5 Gb/s ATM Physical Layer Controller", ISCAS, Atlanta, Proceedings, pp. 125-129, 1996.


- M. Aliahmad and C.A.T. Salama, "A 30V Line Driver in Submicron BiCMOS Technology", International Symposium on Power Semiconductor Devices and IC's, Maui, Proceedings, pp. 61-64, 1996.

- M. Liu, C.A.T. Salama, P. Schvan and M. King, "A Fully Resurfed, BiCMOS-Compatible, High Voltage MOS Transistor", International Symposium on Power Semiconductor Devices and IC's, Maui, Proceedings, pp. 143-147, 1996.

- T. Sowlati, Y. Greshishchev, C.A.T. Salama, G. Rabjohn and J. Sitch, "Linearized High Efficiency Class E Power Amplifier for Wireless Communications", Custom Integrated Circuits Conference, San Diego, Proceedings, pp. 201-204, 1996.

- *T. Sowlati, Y. Greshishchev, C.A.T. Salama, G. Rabjohn and J. Sitch, "Linear Transmitter Design Using High Efficiency Class E Power Amplifier", International Symposium on Personal, Indoor, and Mobile Radio Communications, Toronto, Proceedings, pp. 1233-1237, 1995.

- *S. Voinigescu, C.A.T. Salama, J.P. Noel and T.I. Kamins, "Optimized Germanium Channel Profiles for VLSI Compatible Si/SiGe p-MOSFETs", International Electron Devices Meeting, San Francisco, Proceedings, pp. 369-373, 1994.

- *Y.Q. Li, C.A.T. Salama, M. Seufert, P. Schvan and M. King, "Integration of High-Voltage NMOS Devices into a Submicron BiCMOS Process Using Simple Structural Changes", International Electron Devices Meeting, San Francisco, Proceedings, pp. 403-406, 1994.

- T. Sowlati, C.A.T. Salama, J. Sitch, G. Rabjohn and D. Smith, "Low Voltage, High Efficiency Class E GaAs Power Amplifiers for Mobile Communications", IEEE GaAs IC Symposium, Philadelphia, Proceedings, pp. 171-174, 1994.

- S. Voinigescu, C.A.T. Salama, J.P. Noel and T.I. Kamins, "Si/SiGe Heterostructure p-MOSFET with Triangular Ge Channel Profiles", European Solid State Device Research Conference, Edinburgh, Proceedings, pp. 143-146, 1994.

- R. Tang, T.I. Kamins and C.A.T. Salama, "Current Gain-Early Voltage Product in SiGe Base HBTs with Thin α-Si:H Emitters", European Solid State Device Research Conference, Edinburgh, Proceedings, pp. 473-476, 1994.

- Y.Q. Li, C.A.T. Salama, M. Sewfert and M. King, "Submicron BiCMOS Compatible High Voltage MOS Transistors", Int. Symp. on Power Semiconductor Devices and ICs, Davos, Proceedings, pp. 355-358, 1994.

- K.L. Fong and C.A.T. Salama, "Low-Power Current-Mode Algorithmic ADC", International Symposium on Circuits and Systems, London, Proceedings, pp. 5.473-5.476, 1994.

- O.M.K. Law and C.A.T. Salama, "Enhancement/Depletion GaAs Split Phase Dynamic Logic", Canadian Conference on VLSI, Banff, Proceedings, pp. 1A1-1A5, 1993.

- R.Y.V. Chik and C.A.T. Salama, "1.5V Bootstrapped BiCMOS Logic", Canadian Conference on VLSI, Banff, Proceedings, pp. 7.63-7.68, 1993.

- O.M.K. Law and C.A.T. Salama, "GaAs Schmitt Trigger Memory Cell Design", IEEE GaAs IC Symposium, San Jose, Proceedings, pp. 83-86, 1993.

- S.P. Voinigescu, P.B. Rabkin, C.A.T. Salama and P.A. Blakey, "2D Numerical Investigation of Gate Structure, Band Alignment and Delta-Doping Effects on the Transconductance and Cutoff Frequency of Submicron Si/SiGe FETs", ESSDERC, Grenoble, Proceedings, pp. 361-364, 1993.

- K. Iniewski, M. Liu and C.A.T. Salama, "Doping Profile Characterization in GaAs Semi-Insulating Substrates Using CV, GV and IV Measurements", International Workshop on Measurement and Characterization of Ultra-Shallow Doping Profiles in Semiconductors, Research Triangle Park, Proceedings, pp. 339-346, 1993.

- K. Iniewski, M. Liu and C.A.T. Salama, "Characterization of Deep-Level Traps in GaAs Semi-Insulating Substrates Using Capacitance Transient Measurements", Electrochemical Society Meeting, State of the Art Program on Compound Semiconductors, Honolulu, Proceedings, Abstract 2101, 1993.

- S. Xiao and C.A.T. Salama, "Voltage Gain Enhancement by Conductance Cancellation in GaAs MESFET Opamps", International Symposium on Circuits and Systems, Chicago, Proceedings, pp. 1073-1076, 1993.

- K. Fong and C.A.T. Salama, "A 10 Bit Semi-Algorithmic Current Mode DAC", International Symposium on Circuits and Systems, Chicago, Proceedings, pp. 978-981, 1993.

- A. Nezar, P.K.T. Mok and C.A.T. Salama, "Latch-up Prevention in Insulated Gate Bipolar Transistors", International Symposium on Power Semiconductor Devices and IC's, Monterrey, Proceedings, pp. 236-239, 1993.

- S. Xiao, R.Y.V. Chik and C.A.T. Salama, "Gain Enhancement in GaAs MESFET Opamps", Canadian Conference on VLSI, Halifax, Proceedings, pp. 89-92, 1992.

- *P. Li, Y.Q. Li, C.A.T. Salama, "SHBT-A Schottky Heterojunction Bipolar Transistor", Bipolar/BiCMOS Circuits and Technology Meeting, Minneapolis, Proceedings, pp. 30-33, 1992.

- J.H. Pasternak and C.A.T. Salama, "Accessing Switching Network Efficiencies with Differential Pass-Transistor Logic", invited paper, Canadian Conference on Electrical and Computer Engineering, Toronto, Proceedings, pp. MM7.1.1-7.1.4, 1992 (Invited).

- Z.R. Tang, C.A.T. Salama, J.-P. Noel, D.C. Houghton and M. Buchanan, "Characteristics of Mesa and LOCOS-Isolated MBE-SiGe Diodes", Sixth Canadian Semiconductor Technology Conference, Ottawa, Proceedings, p. 64, 1992.

- S. Voinigescu and C.A.T. Salama, "Optimal Channel Grading in P-type Si/SiGe MOSFETs", Sixth Canadian Semiconductor Technology Conference, Ottawa, Proceedings, p. 66, 1992.

- M. Schumacher, S. Voinigescu and C.A.T. Salama, "Type II SiGe Heterojunction Bipolar Transistors", Sixth Canadian Semiconductor Technology Conference, Ottawa, Proceedings, p. 159, 1992.

- D.H.K. Hoe and C.A.T. Salama, "Pipelining of GaAs Dynamic Logic Circuits", International Symposium on Circuits and Systems, San Diego, Proceedings, pp. 208-211, 1992.

- C.P. Chong, C.A.T. Salama and K.C. Smith, "On the Accuracy of Image Velocity Computation Using Delay Lines", International Symposium on Circuits and Systems, San Diego, Proceedings, pp. 2485-2488, 1992.

- P.K.T. Mok and C.A.T. Salama, "High-Voltage High-Speed MESFETs Using a Standard GaAs Digital IC Process", International Symposium on Power Semiconductor Devices and ICs, Tokyo, Japan, pp. 309-312, 1992.

- K. Iniewski and C.A.T. Salama, "A Submicron MOSFET Model For Analog Circuit Simulation", 4th International Conference on Simulation of Semiconductor Devices and Processes, Zurich, Proceedings, pp. 553-561, 1991.

- S. Liang, L.Z. Hou, T. Gu and C.A.T. Salama, "Latch-up Prevention in Merged Bipolar-MOS Structures for BiCMOS Applications", 4th International Conference on Simulation of Semiconductor Devices and Processes, Zurich, Proceedings, pp. 527-533, 1991.

- C.P. Chong, C.A.T. Salama and K.C. Smith, "A Sub-Nanoampere Current Differentiator", International Symposium on Circuits and Systems, Singapore, Proceedings, pp. 2593-2596, 1991.

- D.H.K. Hoe and C.A.T. Salama, "GaAs Trickle Transistor Dynamic Logic", International Symposium on Circuits and Systems, Singapore, Proceedings, pp. 3007-3010, 1991.

- J.H. Pasternak and C.A.T. Salama, "Differential Pass-Transistor Logic for GaAs E/D MESFET Technologies", Symposium on VLSI Circuits, Oiso, Kanagawa, Proceedings, pp. 115-116, 1991.

- K. Iniewski and C.A.T. Salama, "A Dynamic Mesh Algorithm For Optimization of the CV Profiling Method Based on Reverse Modeling", 1st International Workshop on Measurement and Characterization of Ultra Shallow Doping Profiles in Semiconductors, Raleigh, North Carolina, Proceedings, pp. 336-343, 1991.

- A. Nezar and C.A.T. Salama, "Optimization of the Breakdown Voltage in LDMOS Transistors Using Internal Field Rings", 3rd International Symposium on Power Semiconductor Devices and IC's, Baltimore, Proceedings, pp. 149-153, 1991.

- Q. Lu, P. Ratnam and C.A.T. Salama, "High Voltage Silicon-On-Insulator (SOI) MOSFETs", 3rd International Symposium on Power Semiconductor Devices and IC's, Baltimore, Proceedings, pp. 36-39, 1991.

- H.W. Singor and C.A.T. Salama, "A Low-Power High-Speed 10-Bit CMOS-Compatible D/A Converter", International Symposium on Circuits and Systems, New Orleans, Proceedings, pp. 311-314, 1990.

- M. Patel, P. Ratnam and C.A.T. Salama, "A Novel Body Contact Approach to SIMOX Based Thin Film SOI MOSFETs for VLSI Applications", Electrochemical Society Symposium on Silicon on Insulator, Montreal, Proceedings, pp. 500-501, 1990.

- J. Pasternak and C.A.T. Salama, "Optimization of Submicron CMOS Differential Pass-Transistor Logic", European Solid State Circuits Conference, Vienna, Proceedings, pp. 218-221, 1989.

- J. Pasternak and C.A.T. Salama, "Differential Pass-Transistor Logic Partial-Product Generator for Iterative Multipliers", European Conference on Circuit Theory and Design, Brighton, Proceedings, pp. 176-179, 1989.

- D. Hoe, J. Pasternak and C.A.T. Salama, "High Speed GaAs Circuits for Digital Signal Processing Applications", Canadian Conference on Electrical and Computer Engineering, Montreal, Proceedings, pp. 211-214, 1989.

- S.K. Ho and C.A.T. Salama, "TORCELL: A System for CMOS Complex Logic Standard Cell Generation", Canadian Conference on VLSI, Vancouver, Proceedings, pp. 195-202, 1989.

- D.G. Nairn and C.A.T. Salama, "Ratio-Independent Current Mode Algorithmic A/D Converters," International Symposium on Circuits and Systems (ISCAS), Portland, Proceedings, pp. 250-253, 1989.

- C.A.T. Salama and D.G. Nairn, "Current Mode A/D Converters," International Symposium on Circuits and Systems (ISCAS), Portland, Proceedings, pp. 1588-1591, 1989.

- Z. Parpia and C.A.T. Salama, "Optimization of the Breakdown Voltage in RESURF LDMOSTs," High Voltage and Smart Power IC's Symposium, Los Angeles, Proceedings, pp. 389-390, 1989.

- Z. Parpia and C.A.T. Salama, "Optimization of Lateral DMOS Transistors: An Analytical Approach", High Voltage and Smart Power IC's Symposium, Los Angeles, Proceedings, pp. 23-31, 1989.

- W.T. Ng and C.A.T. Salama, "CMOS Compatible Complementary SINFETs", High Voltage and Smart Power IC's Symposium", Los Angeles, Proceedings, pp. 447-448, 1989.

- P. Mok and C.A.T. Salama, "Interconnect Induced Breakdown in HVIC's", High Voltage and Smart Power IC's Symposium, Los Angeles, Proceedings, pp. 437-438, 1989.

- R.G. Taylor, C.A.T. Salama, P. Ratnam and A.A. Naem, "Modeling Arsenic Redistribution During Titanium Silicide Formation", International Electron Devices Meeting (IEDM), San Francisco, Proceedings, pp. 644-647, 1988.


- K.J. Schultz, D.H.K. Hoe, C.A.T. Salama, R.A. Hadaway and P. Kempf, "EPROM Circuits in a Single Polysilicon CMOS Process", Canadian Conference on VLSI, Halifax, Proceeding, pp. 270-279, 1988 (Best Paper Award).

- R.G. Taylor, C.A.T. Salama, P. Ratnam and A.A. Naem, "Arsenic Redistribution During $TiSi_2$ Contact Formation", Canadian Semiconductor Technology Conference, Ottawa, Proceedings, p. 91, 1988.

- P.T. Lai, A. Kassam and C.A.T. Salama, "A Novel Self-Aligned Bipolar Transistor Structure", Canadian Semiconductor Technology Conference, Ottawa Proceedings, p. 23, 1988.

- D.K. Hoe, C.A.T. Salama, R.A. Hadaway and P. Kempf, "Design, Characterization and Modeling of Single Poly EPROM Cells", Canadian Semiconductor Technology Conference, Ottawa, Proceedings, p. 85, 1988.

- D. Nairn and C.A.T. Salama, "A Current Mode Algorithmic Analog-to-Digital Converter", International Symposium on Circuits and Systems (ISCAS), Proceedings, pp. 2573-2576, Helsinki, 1988.

- W.T. Ng, C.A.T. Salama and J.K.O. Sin, "P-Channel Schottky Injection Field Effect Transistors", International Electron Devices Meeting, (IEDM), Washington, Technical Digest, pp. 770-774, 1987.

- C.A.T. Salama, "Smart Power IC's (invited presentation)", ECS Symposium on High Voltage and Smart Power Devices, Philadelphia, 1987.

- Z. Parpia, C.A.T. Salama and R. Hadaway, "Modelling of CMOS Compatible High Voltage Device Structures", ECS Symposium on High Voltage and Smart Power Devices, Philadelphia, Proceedings, pp. 41-50, 1987.

- C.A.T. Salama, "Microchip Technology Present and Future: A Perspective", Canadian Engineering Centennial Convention (Invited Paper), Proceedings, pp. , 1987.

- J. Sin, C.A.T. Salama and L.Z. Hou, "Analysis and Characterization of the Hybrid Schottky Injection Field Effect Transistor", International Electron Devices Meeting, (IEDM), Los Angeles, Technical Digest, pp. 222-225, 1986.

- J. Pasternak, A.S. Shubat and C.A.T. Salama, "CMOS Differential Pass Transistor Logic Design", Canadian Conference on VLSI, Montreal, Technical Digest, pp. 271-275, 1986.

- J. Sin and C.A.T. Salama, "A Modified Schottky Injection High Voltage MOS Gated Transistor", Canadian Semiconductor Technology Conference, Ottawa, Abstracts, p. 67, 1986.

- S.L. Wong and C.A.T. Salama, "A Switched Differential Op Amp Technique", International Symposium on Circuits and Systems, San Jose, Technical Digest, pp. 793-796, 1986.

- R. McInnis and C.A.T. Salama, "Modeling Conductivity Modulated Resistances in a P-well for a Lumped Element Latchup Simulation", Modeling and Simulation Conference, Pittsburgh, Proceedings, pp. 200-204, 1986.

- W.T. Ng and C.A.T. Salama, "A High Speed High Resolution CMOS Voltage Comparator", Canadian Conference on VLSI, Toronto, pp. 56-59, 1985.

- A. Shubat, J. Pretorius and C.A.T. Salama, "Expandable Arithmetic Block Macrocell", Canadian Conference on VLSI, Toronto, pp. 14-17, 1985 (Best Paper Award).

- P. Ratnam and C.A.T. Salama, "Selectively Implanted Oxygen Isolation Technology (SIO)", Electrochemical Society Meeting, Toronto, Extended Abstracts, pp. 333-334, 1985.

- S.W. Tarasewicz and C.A.T. Salama, "Analytical Modeling of a Depletion MOSFET Operating in the Accumulation-Punchthrough Modes", Modeling and Simulation Conference, Pittsburgh, Proceedings, pp. 1801-1808, 1985.


- J. Pretorius, A. Shubat and C.A.T. Salama, "Testability Enhancement of Domino CMOS Logic", Canadian Conference on VLSI, Edmonton, Technical Digest, pp. 10-13, 1984.

- S. Lin and C.A.T. Salama, "CMOS Bandgap Voltage References," Canadian Conference on VLSI, Edmonton, Technical Digest, pp. 18-21, 1984.

- P. Ratnam and C.A.T. Salama, "A New Isolation Technique for VLSI Circuits", Canadian Semiconductor Technology Conference, Ottawa, Technical Digest, p. 86, 1984.

- J. Mena and C.A.T. Salama, "Design Considerations in High Voltage MOSFETs", Canadian Semiconductor Technology Conference, Ottawa, Technical Digest, p. 30, 1984.

- *S. Wong, C.A.T. Salama, C. Simson and D. Smith, "Voltage Gain Enhancement by Conductance Cancellation in CMOS Op Amps", International Symposium on Circuits and Systems, Montreal, Technical Digest, pp. 1207-1210, 1984.

- *J. Pretorius, A. Shubat, C.A.T. Salama and D. Smith, "Optimization of Domino CMOS Logic and its Applications to Standard Cells", Custom Integrated Circuits Conference, Rochester, Technical Digest, pp. 150-154, May 1984.

- Z. Parpia, C.A.T. Salama, G.C. Salter and W.A. Cole, "Micropower Monolithic Filters Using Bipolar/JFET Technology", Custom Integrated Circuits Conference, Rochester, Technical Digest, pp. 385-390, May 1983.

- *S. Wong and C.A.T. Salama, "Scaling of MOS Analog Circuits for VLSI Applications", 1982 Symposium on VLSI Technology, Oiso, Japan, Technical Digest, pp. 48-49, Aug. 1982.

- S. Tarasewicz and C.A.T. Salama, "Characterization of Implanted Profiles near the Si-SiO$_2$ Interface", Canadian Semiconductor Technology Conference, Ottawa, Technical Digest, pp. 205-209, Aug. 1982.

- J. Pristupa and C.A.T. Salama, "A VLSI Design Automation System", Canadian Semiconductor Technology Conference, Ottawa, Technical Digest, pp. 61-64, Aug. 1982.

- S.A. Foo and C.A.T. Salama, "Micropower IC Operational Amplifier Design", Canadian Semiconductor Technology Conference, Ottawa, Technical Digest, pp. 175-179, Aug. 1982.

- S.D.S. Malhi, C.A.T. Salama, W. Donnison and H.D. Barber, "Subsurface Junction Field Effect Transistor (SJFET)", IEEE Electron Devices Meeting, Washington, Technical Digest, pp. 787-790, Dec. 1980. (Best Paper Award).

- J. Mena, P. McGregor and C.A.T. Salama, "High Frequency Performance of VDMOS Power Transistors", IEEE Electron Devices Meeting (IEDM), Washington. Dec. 1980, Technical Digest, pp. 91-94, Dec. 1980.

- N. Friedman, C.A.T. Salama and P.M. Thompson, "Injection Coupled Shift Registers and Counters", European Solid State Circuits Conference, Grenoble, France, Proceedings, pp. 201-204, Sept. 1980.

- C.A.T. Salama, "VLSI Technology for Telecommunications Applications", 1980 International Conference on Circuits and Computers for Large Scale Systems, New York, Proceedings, pp. 401, October 1980.

- W.A. Lane and C.A.T. Salama, "Compatible VVMOS and NMOS Technology for Power MOS IC's", IEEE International Electron Devices Meeting (IEDM), Washington, Proceedings, pp. 598-600, Dec. 1979.

- C.A.T. Salama, "Small Geometry MOST Structures", (Invited Paper), International Symposium on MIS Structures and Systems, Dogoboko, Hungary, Proceedings, pp. 32-34, Sept. 1979.

- C.A.T. Salama, "Applications of Anisotrophic Etching in Silicon Device and Integrated Circuit Fabrication" (Invited Paper), Electrochemical Society Symposium on Surface on Surface Reactivity and Semiconductor Technology, Hamilton, Feb. 1979.


- C.A.T. Salama, "V-Groove Power Field Effect Transistors", (Invited Paper), IEEE International Electron Devices Meeting, Washington, Proceedings, pp. 412-415, Dec. 1977.

- C.A.T. Salama, "Microcomputer Technology" (Invited Paper), International Symposium on Mini and Macro Computers and their Applications, Zurich, Conference Proceedings, pp. 6-14, June 1977.

- T.D. Mok and C.A.T. Salama, "A V-Groove Power Junction Field-Effect Transistor for VHF Applications", International Electron Devices Meeting, Proceedings Supplement, pp. 6-7, Washington, Dec. 1976.

- T.D. Mok and C.A.T. Salama, "Performance and Characterization of Logic Arrays Using Charge-Transfer Semiconductor Devices", IEEE International Electronics Conference, Toronto, Proceedings, pp. 166-167, October 1973.

- C.St.L. Rhodes and C.A.T. Salama, "Properties of the GaAs-RF Sputtered Aluminum Oxide Interface", J. Electrochem. Soc., vol. 119, p. 242C, Miami Meeting of the Electrochemical Society, October 1972, Symposium on the Chemistry and Physics of Compound Semiconductor Surfaces.

- C.A.T. Salama and E. Siciunas, "Characteristics of RF Sputtered $BATiO_3$ Films on Silicon", Fifth International Vacuum Symposium, Boston, October 1971.

- F.E. Holmes and C.A.T. Salama, "Characterization of MOS Imaging Array Elements", IEEE International Electronics Conference, Toronto, Proceedings, pp. 88-89, October 1971.

- C.A.T. Salama, "Charge Storage in Si-SiO$_2$-AlO$_3$ Memory Structures", J. Electrochem. Soc., vol. 117, p. 260C, 1970, paper presented at the Atlantic City Meeting of the Electrochemical Society, October 1970.

- C.A.T. Salama, "Properties of RF Sputtering Aluminum Oxide Films on Silicon", J. Electrochem. Soc., vol. 116, pp. 290C, 1969, Detroit Meeting of the Electrochem. Soc., October 1969.

- T. Curtis and C.A.T. Salama, "The Use of a Breadboard Chip in Conjunction with Computer Aided Design of Integrated Circuits", International Electronics Conference, Toronto, Proceedings, pp. 80-81, 1967.

## III. PATENTS:

- "Phase Shifted Transmitter for Communication Systems", S. Hamedi-Hagh and C.A.T. Salama, US Patent #7,260,157B2, 2007.

- "Super Junction Resurf LDMOST", S.N. Khalil and C.A.T. Salama, US Patent #7,023,050B2, 2006.

- "Trench Type MOSFET Having a Reduced Device Pitch and On-Resistance", N. Fujishima, A. Sugi, C.A.T. Salama, US Patent #7,005,352, 2006.

- "Trench Type MOSFET Having a Reduced Device Pitch and On-Resistance", N. Fujishima, A. Sugi, and C.A.T. Salama, US Patent #6,781,197, 2004.

- "Semiconductor Integrated Device and Method of Manufacturing Same", N. Fujishima and C.A.T. Salama, US Patent #6,800,904, 2004.

- "Super Junction Lateral Double Diffused MOS Transistor Using an Insulating Substrate for Power Integrated Circuits Applications", S. Nassif Khalil and C.A.T. Salama, US Patent #6,768,180B2, 2004.

- "Low On Resistance Trench Lateral Power MISFET", N. Fujishima and C.A.T. Salama, US Patent #6,664,163B2, 2003.

- "Lateral Trench MISFET with Low on Resistance and Low Gate to Drain Capacitance", N. Fujishima and C.A.T. Salama, U.S. Patent #6,316,807B1, 2001.

- "A Fast Programming $ZE^2PROM$ Flash $E^2PROM$ Cell", J. Ranaweera, I. Kalastirsky, E. Gullersen, W.T. Ng and C.A.T. Salama, U.S. Patent #6,034,896, 2000.

- "Multiple Resistivity Drift Region Lateral DMOS Transistor", J. Mena and C.A.T. Salama, U.S. Patent #4,922,327, 1990.

- "High Gain Amplifying Stage by Output Conductance Cancellation", S. Wong and C.A.T. Salama, U.S. Patent #4,525,679, 1985.

- "Output Circuits of Class B Type Electronic Amplifiers", S.D.S. Malhi and C.A.T. Salama, U.S. Patent #4,588,960, 1986.

- "Improved Current Mirror Biasing Arrangement for Integrated Circuits", S.D.S. Malhi and C.A.T. Salama, Canadian Patent #1,154,104, 1983, U.S. Patent #4,450,366, 1984.

- "Field Effect Transistor Device and Method of Production Thereof (SJFET)", S.D.S. Malhi and C.A.T. Salama, Canadian Patent #1,155,969, 1983, U.S. Patent #4,549,193, 1984.

- "Method of Making Metal Oxide Semiconductor Devices (UMOS)", C.A.T. Salama, U.S. Patent #965,750, 1983.

- "Method of Making Field Effect Devices (VFET)", T.D. Mok and C.A.T. Salama, U.S. Patent #591,294, 1975.

- "Method of Making Metal Oxide Semiconductor Devices (VMOS)", F.E. Holmes and C.A.T. Salama, U.S. Patent #505,369, 1974.

## IV.  PAPERS APPEARING IN BOOKS:

- D. Suvakovic and C.A.T. Salama, "Modified Distributed Architecture for Adiabatic DSP Systems," in System on Chip for Real Time Applications, N. Badawy and G.A. Jullien, Editors, pp. 287-295, Kluwer Academic Publishers, Boston, 2003.

- C.A.T. Salama, D.G. Nairn and H. Singor, "Current Mode A/D and D/A Converters", in Analogue IC Design: the Current Mode Approach, C. Toumazou et al, Editors, pp. 491-512, Peter Perigrinus IEE Press, London, 1990.

- S. Wong and C.A.T. Salama, "Impact of Scaling on Analog MOS Performance," in Analog MOS Integrated Circuits II, P.R. Gray et al, Editors, pp. 110-118, IEEE Press, N.Y. 1989.

- J.K.O. Sin, C.A.T. Salama and L. Hou, "The SINFET -- A Schottky Injection MOS-Gated Power Transistor," in High Voltage Integrated Circuits; J. Baliga, Editor; pp. 108-115, IEEE Press, N.Y., 1988.

- Z. Parpia, J. Mena and C.A.T. Salama, "A Novel CMOS Compatible High Voltage Transistor Structure," in High Voltage Integrated Circuits; J. Baliga, Editor; pp. 116-120, IEEE Press, N.Y., 1988.

- N. Friedman, C.A.T. Salama and P.M. Thompson, "Injection Coupled Synchronous Logic," pp. 58-64, in "Integrated Injection Logic,"J.E. Smith, Editor, IEEE Press, New York, 1980.

- N. Friedman, C.A.T. Salama, F.E. Holmes and P.M. Thompson, "Realization of a Multivalued Integrated Injection Logic $(MI^2L)$ Full Adder," pp. 280-283, in "Integrated Injection Logic," J.E. Smith, Editor, IEEE Press, New York, 1980.

## • PERSONNEL TRAINING

**I.  GRADUATE STUDENT THESES SUPERVISED:**
**CAREER TOTALS:**

- Ph.D.                              33

- M.A.Sc.*                        86

- M.Eng.                          1

**II. POST DOCTORAL FELLOWS/RESEARCH ASSOCIATES**
**CAREER TOTALS:**                    34

---

- Research oriented Thesis

## • MAJOR CONTRIBUTIONS TO ENGINEERING

# TECHNOLOGY AND PRACTICE

- **Research**
  - Made fundamental and internationally recognized contributions in the area of semiconductor device research as well as in analog and digital microchip design for applications in telecommunications and computer systems. These contributions are documented in over 340 refereed publications and 16 patents.
  - By recognizing the fundamental importance of interaction with industry, and in conjunction with his graduate students, ensured that his contributions to the design, development and implementation of novel microelectronic devices and integrated circuits were transferred to industry. These contributions have been and are presently in use in the microelectronic industry worldwide and have had a significant impact on:
    - Micropower device and circuit design
    - Power semiconductor device and high voltage integrated circuit design
    - Heterojunction bipolar and MOS transistors (SiGe) design, modeling, fabrication
    - CMOS current mode analog IC design
    - CMOS/BiCMOS high speed logic design
    - GaAs Dynamic logic design
  - Presently involved in industrial cooperation in the area of microelectronics and information technology with several Canadian, US and Japanese corporations.

- **Promotion and Management of Research Activity**
  - Scientific Director of, and a Principal Investigator in, Micronet: a Federal Network of Centres of Excellence focussing on research in microelectronic devices, circuits and systems. Micronet's budget is $4.3M/year from federal government and industry sources. Micronet involves 20 universities working in close cooperation with 49 Canadian industrial corporations and has been in operation since 1990. Micronet received its third funding mandate for the period 1998-2005. The University of Toronto is the host of the Administrative Centre for the Network. Over the last 15 years, Micronet has contributed over $50M to microelectronics research in Canada.
  - Founding Chairman of the Board of Directors and a member of the Board of Directors of the Canadian Microelectronics Corporation (CMC). CMC was set up by NSERC in 1984 as a result of a proposal made by a university-industry committee chaired by A. Salama. CMC, during its first five years (1984-89) of operation was funded by a $19.8M grant from NSERC. Funding for CMC was renewed for a further five years in 1989 ($23.6M), in 1994 ($22M over five years), and again in 2000 ($30M over five years). CMC has had a significant impact on the development of a strong Canadian presence in the field of microchip design both at the university level and in industry. CMC at present involves 38 Canadian universities and 10 industrial corporations.
  - Principal Investigator (1987-1997) and Microelectronics Area Coordinator (1987-90) for the Information Technology Research Centre, a Centre of Excellence funded by the Province of Ontario.
  - Principal Investigator (1998-2001) for Communications and Information Technology Ontario (CITO), a centre of excellence funded by the Province of Ontario.
  - Set up what is considered to be one of the major university microelectronic design and fabrication facility in Canada.

- **Research Personnel Training**
  - Has trained 33 Ph.D's, 86 M.A.Sc's and 1 M.Eng. over the last thirty-seven years at the University of Toronto. Most of these researchers are now in senior managerial positions in industry or in professorial positions in Canada, the United States, Ireland, Japan, France, Hong Kong and China.

**EXHIBIT A**

ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND

I, _____C. Andre T. Salama_____ [print or type full name], of _____

_____66 Castlewood Road, Toronto, Ontario, Canada, M5N 2L2_____ [print or type full

address], declare under penalty of perjury that I have read in its entirety and understand the Stipulated

Protective Order (the "Order") that was issued by the United States District Court for the Northern

District of California on _____August 2, 2007_____ [date] in the case of C 07-02664 JSW

(the "Action"). I agree to comply with and to be bound by all the terms of this Order and I understand

and acknowledge that failure to so comply could expose me to sanctions and punishment in the nature

of contempt. I solemnly promise that I will not disclose in any manner any information or item that is

subject to this Order to any person or entity except in strict compliance with the provisions of this

Order.

      I further agree to submit to the jurisdiction of the United States District Court for the

Northern District of California for the purpose of enforcing the terms of this Order, even if such

enforcement proceedings occur after termination of this Action.


Date: _____August 7, 2007_____


City and State where sworn and signed: _____Toronto, Ontario, Canada_____


Printed name: _____C. Andre T. Salama_____
              [printed name]

Signature: _____[signature]_____
              [signature]

# EXHIBIT 3

TOWNSEND
*and*
TOWNSEND
*and*
CREW
L.L.P

San Francisco

Two Embarcadero Center
Eighth Floor
San Francisco, California 94111-3834
Tel 415.576.0200
Fax 415.576.0300

Matthew R. Hulse
415.273.7511
mrhulse@townsend.com

October 30, 2007

**VIA EMAIL**

Harry F. Doscher
Morgan Lewis & Bockius LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306

> Re:  Alpha & Omega Semiconductor, Ltd. v. Fairchild Semiconductor Corp.
>      Case No. C 07-2638 JSW (consolidated with Case No. C 07-2664 JSW)
>      Our File No. 18865P-021600

Dear Harry:

I write in response to your letter dated October 23, 2007 concerning Dr. C. Andre T. Salama. In the letter, you state that AOS intends to disclose "Confidential" or "Highly Confidential -- Attorneys' Eyes Only" information to him. For the reasons set forth below, we object to the disclosure.

We cannot permit the requested disclosure because we are concerned about Dr. Salama's current consulting activities and lack sufficient information about them. Dr. Salama's relationship with Fuji Electric Co., Ltd., for example, is potentially problematic. AOS has not disclosed any information about his work for Fuji Electric. Based on our own investigation, however, we have learned that it involves power MOSFET technology.

We are also concerned about Dr. Salama's work on behalf of Micronet and the Canadian Microelectronics Corporation (CMC). He holds senior positions with these entities, which work with a large number of companies on microelectronics research. AOS has failed to disclose sufficient information about Dr. Salama's work with Micronet and CMC, including whether any of it involves power MOSFET technology. Additionally, due to AOS's failure to disclose Dr. Salama's work for Fuji Electric, we are also concerned about whether he is doing other relevant work which AOS has not disclosed to us.

TOWNSEND
*and*
TOWNSEND
*and*
CREW
LLP

Harry F. Doscher
Page 2

If AOS provides additional information, we are willing to consider the issue further.  But, based on the information we have received to date, we cannot permit Dr. Salama to review "Confidential" or "Highly Confidential -- Attorneys' Eyes Only" information.

Very truly yours,

/s/
Matthew R. Hulse

# EXHIBIT 4

Morgan, Lewis & Bockius LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306
Tel: 650.843.4000
Fax: 650.843.4001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

**Harry F. Doscher**
Associate
650.843.7565
hdoscher@morganlewis.com

November 8, 2007

VIA Email and First Class Mail

Matthew R. Hulse, Esq.
Townsend and Townsend and Crew LLP
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111
mrhulse@townsend.com

> Re:  *Alpha & Omega Semiconductor, Ltd. and Alpha & Omega Semiconductor,*
> *Inc. v. Fairchild Semiconductor Corporation,*
> <u>Nos. C 07-2638 JSW and C 07-2664 JSW (N.D. Cal.)</u>

Dear Matthew,

I write in response to your October 30, 2007 letter objecting to the disclosure of confidential information to Dr. Andre Salama, in which you raise three specific objections.

First, despite your assertions, Dr. Salama has never had a consulting relationship with Fuji Electric Co., Ltd. Although three of the patents on which Dr. Salama is named as a co-inventor are assigned to Fuji, those patents are the result of work performed by graduate students to whom Dr. Salama was an academic advisor. If Fuji provided funding for those graduate students' research it did so either directly or through the University of Toronto, not through any agreement with Dr. Salama. The assignment of Dr. Salama's interest in these patents was the act and decision of his employer, the University of Toronto.

Second, both Micronet and the Canadian Microelectronics Corporation (CMC) are organized to support academic research. Micronet provides support in the form of research grants to universities; CMC provides support in the form of infrastructure. Neither entity conducts any product development or manufacturing. Neither entity gains an ownership interest in the intellectual property developed by supported research; such IP remains the property of the University at which it is developed. Dr. Salama does not have a technical consulting role at either organization, and in fact his role on the Board of Directors of CMC terminated in 1997.

1-PA/3674679.1



Matthew R. Hulse, Esq.
November 8, 2007
Page 2

Dr. Salama's role in both organizations involved high level budgeting decisions-- he does not control individual grants at Micronet and did not have control of individual grants at CMC.

Third, your concern whether Dr. Salama is doing "other relevant work which AOS has not disclosed to us" is based on your misplaced assertion that Dr. Salama performed work for Fuji. As explained above, that assertion is incorrect.

AOS has fully complied with the requirements of the Protective Order by making a full and complete disclosure of Dr. Salama's relevant education and consulting and technical experience. Please confirm by close of business tomorrow that Fairchild is withdrawing all objections to disclosure of Fairchild's "Confidential" and "Highly Confidential -- Attorneys' Eyes Only" information to Dr. Salama.  If we do not hear from you by close of business tomorrow we will prepare and file our motion with the Court.

Best Regards,

Harry F. Doscher

cc:    Leonard J. Augustine, Jr., Esq. (w/Enclosures via email:  ljaugustine@townsend.com)
       Eric P. Jacobs, Esq. (w/Enclosures via email:  epjacobs@townsend.com)
       Igor Shoiket (w/Enclosures via email:  ishoiket@townsend.com)
       Priya Sreenivasan, Esq. (w/Enclosures via email:  psreenivasan@townsend.com)
       Brett M. Schuman, Esq. (w/Enclosures via email:  bschuman@morganlewis.com)
       Andrew J. Wu, Esq. (w/Enclosures via email:  awu@morganlewis.com)

# EXHIBIT 5

TOWNSEND
*and*
TOWNSEND
*and*
CREW
LLP

San Francisco

Two Embarcadero Center
Eighth Floor
San Francisco, California 94111-3834
Tel 415.576.0200
Fax 415.576.0300

Matthew R. Hulse
415.273.7511
mrhulse@townsend.com

November 9, 2007

**VIA EMAIL**

Harry F. Doscher
Morgan Lewis & Bockius LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306

Re:    Alpha & Omega Semiconductor, Ltd. v. Fairchild Semiconductor Corp.
Case No. C 07-2638 JSW (consolidated with Case No. C 07-2664 JSW)
Our File No. 18865P-021600

Dear Harry:

I write in response to your letters dated November 8, 2007 concerning Cary Yang and Andre Salama.

Based on the information AOS has provided, we are withdrawing our objection to Dr. Yang. As for Dr. Salama, however, we maintain our objection and will not permit him to have access to Fairchild's "Confidential" and "Highly Confidential -- Attorneys' Eyes Only" information at this time.

We are concerned about the nature of Dr. Salama's relationship with Fuji Electric because we have received inadequate information about his work with the company. You state in the letter, for example, that Dr. Salama "never had a consulting relationship" with Fuji Electric and that his patents "are the result of work performed by graduate students," not by Dr. Salama. Through our own investigation, however, we have discovered that Dr. Salama has a far more significant relationship with Fuji Electric than AOS has disclosed to date. Indeed, Dr. Salama has been involved in developing intellectual property and technology in the power MOSFET field on behalf of Fuji Electric for a long time. Dr. Salama, together with Fuji Electric employees, are named as co-inventors on three patents and three patent applications relating to power MOSFET technology that are assigned to Fuji Electric . (*See* U.S. Patent Nos. 6,781,197, 6,800,904, and 7,005,352, and U.S. Patent App. Nos. 20040075138, 20040256666, and 20050142713.) To be properly named as a co-inventor, Dr. Salama must have necessarily collaborated with Fuji Electric employees in the conception of the claimed inventions.

TOWNSEND
*and*
TOWNSEND
*and*
CREW
LLP

Harry F. Doscher
November 9, 2007
Page 2

      Similarly, Dr. Salama is listed as a co-author with Fuji Electric employees on several technical articles concerning power MOSFET technology. (*See* N. Fujishima *et al.*, "A High Density Low on Resistance Trench Lateral Power MOSFET with a Trench Bottom Source Contact," IEEE Trans. on Electron Devices, vol. 49, pp. 1462-1468 (2002); A. Sugi *et al.*, "A 30V Class Extremely Low On-Resistance Meshed Trench Lateral Power MOSFET," ISPSD, Santa Fe, Proceedings, pp. 297-300 (2002); N. Fujishima and C.A.T. Salama, "A Trench Lateral Power MOSFET Using Self-Aligned Trench Bottom Contact Holes," IEDM, Washington, Proceedings, pp. 359-362 (1997).) Contrary to your assertions, these articles demonstrate that he plainly works with Fuji Electric in developing power MOSFET technology.

      We remain willing to try to resolve this dispute without Court intervention. For Fairchild to consider this issue further, though, we request that AOS provide a full description of Dr. Salama's relationship with Fuji Electric, and explain why AOS believes his work in developing intellectual property and technology with Fuji Electric does not create a risk of competitive harm to Fairchild. We also request that AOS confirm that Dr. Salama is not currently doing any work (including without limitation research, intellectual property development, consulting, or product development) with any other company in the power MOSFET industry. If he is, please provide a description of the work.

      Very truly yours,

      /s/
      Matthew R. Hulse

61206492 v1

# EXHIBIT 6

Morgan, Lewis & Bockius LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306
Tel: 650.843.4000
Fax: 650.843.4001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

**Harry F. Doscher**
Associate
650.843.7565
hdoscher@morganlewis.com

November 14, 2007

VIA Email and First Class Mail

Matthew R. Hulse, Esq.
Townsend and Townsend and Crew LLP
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111
mrhulse@townsend.com

Re:   *Alpha & Omega Semiconductor, Ltd. and Alpha & Omega Semiconductor,*
      *Inc. v. Fairchild Semiconductor Corporation,*
      Nos. C 07-2638 JSW and C 07-2664 JSW (N.D. Cal.)_____

Dear Matthew,

I write in response to your November 9, 2007 letter in which you reiterate Fairchild's objection
to the disclosure of confidential information to Dr. Andre Salama.

As explained in my November 8, 2007 letter to you, Dr. Salama has never had a consulting
relationship with Fuji Electric Co., Ltd. The fact that Dr. Salama is named as a co-inventor on
three patents and three patent applications that have been assigned to Fuji does not conclusively
establish that Dr. Salama provided professional services to Fuji, particularly in the context of the
actual facts. Rather, as we have already explained, those patents and applications are the result
of work performed by graduate students to whom Dr. Salama was an academic advisor in his
role at the University of Toronto. Whether or not Dr. Salama's former graduate students
ultimately became employees of Fuji is irrelevant to the question of whether Dr. Salama himself
has ever had any professional relationship with Fuji; he has not.

AOS has disclosed all of Dr. Salama's consulting and professional activities during the prior five
years, in full satisfaction of the Protective Order. Fairchild has come forward with no conclusive
evidence that Dr. Salama has performed any professional services on behalf of Fuji or any other
undisclosed entity. In light of AOS's full disclosure and specific assurances regarding Fuji,
Fairchild's continued objections to Dr. Salama are unfounded. Under the terms of the Stipulated
Protective Order, it is our understanding that Fairchild bears the burden of seeking a Protective



Matthew R. Hulse, Esq.
November 14, 2007
Page 2


Order if it objects to AOS's disclosure of confidential information to Dr. Salama. Accordingly, and for purposes of reaching a timely resolution of this dispute, please be advised that we intend to begin disclosing Fairchild's "Confidential" and/or "Highly Confidential – Attorneys' Eyes Only" information to Dr. Salama on November 21, 2007, unless Fairchild files a motion seeking to prohibit such disclosure.


Best Regards,

Harry F. Doscher


cc:    Leonard J. Augustine, Jr., Esq. (w/Enclosures via email: ljaugustine@townsend.com)
       Eric P. Jacobs, Esq. (w/Enclosures via email: epjacobs@townsend.com)
       Igor Shoiket (w/Enclosures via email: ishoiket@townsend.com)
       Priya Sreenivasan, Esq. (w/Enclosures via email: psreenivasan@townsend.com)
       Brett M. Schuman, Esq. (w/Enclosures via email: bschuman@morganlewis.com)
       Andrew J. Wu, Esq. (w/Enclosures via email: awu@morganlewis.com)


1-PA/3675564.1

# EXHIBIT 7

TOWNSEND
*and*
TOWNSEND
*and*
CREW
LLP

San Francisco

Two Embarcadero Center
Eighth Floor
San Francisco, California 94111-3834
Tel 415.576.0200
Fax 415.576.0300

Matthew R. Hulse
415.273.7511
mrhulse@townsend.com

November 20, 2007

**VIA EMAIL**

Harry F. Doscher
Morgan Lewis & Bockius LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306

Re:     Alpha & Omega Semiconductor, Ltd. v. Fairchild Semiconductor Corp.
        Case No. C 07-2638 JSW (consolidated with Case No. C 07-2664 JSW)
        Our File No. 18865P-021600

Dear Harry:

I write in response to your letter dated November 14, 2007 concerning Andre Salama. We continue to object to the disclosure of any Fairchild "Confidential" or "Highly Confidential -- Attorneys' Eyes Only" information to Dr. Salama. Simply put, AOS has failed to provide sufficient information about Dr. Salama's work with Fuji Electric for us to assess whether his access to confidential information is appropriate. AOS therefore cannot disclose Fairchild's confidential information to him. Any unauthorized disclosure is a violation of the Protective Order. If it occurs, we will seek all appropriate relief including sanctions against anyone who discloses the information to Dr. Salama.

The parties, however, may be able to resolve this dispute without court intervention if AOS provides sufficient information about Dr. Salama. We previously asked AOS to describe the nature of Dr. Salama's current relationship with Fuji Electric. In the letter dated November 14, 2007, however, you fail to provide the requested information. Instead, you assert that Dr. Salama never had a "consulting relationship" or "professional relationship" with Fuji Electric, but do not disclose whether he has any other type of relationship with the company. He plainly has had some type of relationship -- whether it be called "consulting," "professional," or something else -- as he is a named co-inventor or co-author with Fuji Electric personnel on several patents, patent applications, and technical articles.

We once again request that AOS disclose the nature of Dr. Salama's current relationship, if any, with Fuji Electric, including a description of the type of work he performs for them.

TOWNSEND
*and*
TOWNSEND
*and*
CREW
LLP

Harry F. Doscher
November 20, 2007
Page 2

Additionally, please explain how Dr. Salama became a named co-inventor on Fuji Electric patents and patent applications, and a co-author of technical articles with Fuji Electric personnel, even though he allegedly has not had a "consulting" or "professional" relationship with the company.

We hope the parties can resolve this issue and avoid court intervention. We will file a motion by November 30, however, if we fail to resolve it.

Very truly yours,

/s/
Matthew R. Hulse

61215812 v1