1    TOWNSEND AND TOWNSEND AND CREW LLP
     ERIC P. JACOBS (State Bar No. 88413)
2    PETER H. GOLDSMITH (State Bar No. 91294)
     ROBERT A. McFARLANE (State Bar No. 172650)
3    IGOR SHOIKET (State Bar No. 190066)
     Two Embarcadero Center, 8th Floor
4    San Francisco, California  94111
     Telephone:      (415) 576-0200
5    Facsimile:      (415) 576-0300
     E-mail:         epjacobs@townsend.com
6                    phgoldsmith@townsend.com
                     ramcfarlane@townsend.com
7                    ishoiket@townsend.com

8    Attorneys for Defendant and Counterclaimant
     FAIRCHILD SEMICONDUCTOR CORPORATION
9

10                     UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13

14   ALPHA & OMEGA SEMICONDUCTOR,                Case No. C 07-2638 JSW (EDL)
     INC., a California corporation; and         (Consolidated with Case No. C 07-2664 JSW)
15   ALPHA & OMEGA SEMICONDUCTOR,
     LTD., a Bermuda corporation,                **APPLICATION TO FILE UNDER SEAL**
16                                               **THE DECLARATION OF DR. RICHARD A.**
            Plaintiffs and Counterdefendants,    **BLANCHARD IN SUPPORT OF**
17                                               **FAIRCHILD SEMICONDUCTOR CORP.'S**
                    v.                           **OPPOSITION TO PLAINTIFF'S MOTION**
18                                               **FOR A PROTECTIVE ORDER TO**
     FAIRCHILD SEMICONDUCTOR                     **PROHIBIT DISCLOSURE OF**
19   CORP., a Delaware corporation,              **CONFIDENTIAL INFORMATION TO**
                                                 **DR. RICHARD A. BLANCHARD**
20          Defendant and Counterclaimant.
                                                 Date:      December 18, 2007
21                                               Time:      9:00 a.m.
                                                 Ctrm:      Courtroom E, 15th Floor
22                                               Judge:     Hon. Elizabeth D. Laporte

23   AND RELATED COUNTERCLAIMS.

24

25

26

27

28

1    Pursuant to Civil Local Rules 7-11 and 79-5(c), Defendant and Counterclaimant Fairchild

2    Semiconductor Corporation ("Fairchild") hereby applies to have the following document, submitted

3    herewith, filed under seal:

4        DECLARATION OF DR. RICHARD A. BLANCHARD IN SUPPORT OF
         FAIRCHILD SEMICONDUCTOR CORPORATION'S OPPOSITION TO
5        PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER TO PROHIBIT
         DISCLOSURE OF CONFIDENTIAL INFORMATION TO DR. RICHARD A.
6        BLANCHARD

7        This Administrative Motion is made pursuant to the Court's Order Granting Stipulated

8    Protective order, entered on August 2, 2007 [Docket No. 27], and is narrowly tailored to seal only that

9    material for which good cause to seal has been established.

10       Pursuant to Civil Local Rule 79-5(c), a sealed copy of the above-described document is being

11   lodged with the clerk.

12       Submitted herewith is a proposed order granting Fairchild's motion to file the foregoing

13   document under seal, and the declaration of Matthew Hulse in support of this Administrative Motion.

14

15   DATED:  November 27, 2007          Respectfully submitted,

16

17                                      By:  /s/*Igor Shoiket*
                                             Eric P. Jacobs
18                                           Peter H. Goldsmith
                                             Robert A. McFarlane
19                                           Igor Shoiket
                                             TOWNSEND AND TOWNSEND AND CREW LLP
20                                           Two Embarcadero Center, 8th Floor
                                             San Francisco, California  94111
21                                           Telephone:  (415) 576-0200
                                             Facsimile:  (415) 576-0300
22
                                        Attorneys for Defendant and Counterclaimant
23                                      FAIRCHILD SEMICONDUCTOR CORPORATION

24

25

26   61217625 v1

27

28

APPL. TO SEAL THE DECL. OF DR. RICHARD A. BLANCHARD ISO FAIRCHILD'S OPP TO PLAINTIFF'S MTN FOR A
PROTECTIVE ORDER TO PROHIBIT DISCLOSURE OF CONFIDENTIAL INFORMATION TO DR. RICHARD A. BLANCHARD
CASE NO. C 07-02638 JSW (EDL) (CONSOLIDATED WITH CASE NO. C 07-2664 JSW)