TOWNSEND AND TOWNSEND AND CREW LLP
ERIC P. JACOBS (State Bar No. 88413)
PETER H. GOLDSMITH (State Bar No. 91294)
ROBERT A. McFARLANE (State Bar No. 172650)
IGOR SHOIKET (State Bar No. 190066)
Two Embarcadero Center, 8th Floor
San Francisco, California  94111
Telephone:	(415) 576-0200
Facsimile:	(415) 576-0300
E-mail:	epjacobs@townsend.com
	phgoldsmith@townsend.com
	ramcfarlane@townsend.com
	ishoiket@townsend.com

Attorneys for Defendant and Counterclaimant
FAIRCHILD SEMICONDUCTOR CORP.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>         Plaintiffs and Counterdefendants,<br><br>         v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>         Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 07-2638 JSW (EDL)<br>(Consolidated with Case No. C 07-2664 JSW)<br><br>**[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL THE DECLARATION OF DR. RICHARD A. BLANCHARD IN SUPPORT OF FAIRCHILD SEMICONDUCTOR CORP.'S OPPOSITION TO PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER TO PROHIBIT DISCLOSURE OF CONFIDENTIAL INFORMATION TO DR. RICHARD A. BLANCHARD**<br><br>Date:   December 18, 2007<br>Time:  9:00 a.m.<br>Ctrm:   Courtroom E, 15th Floor<br>Judge: Hon. Elizabeth D. Laporte |

1 | Fairchild Semiconductor Corp.'s application under Civil Local Rule 79-5 to file under seal the
2 | document listed below is hereby GRANTED:

3  DECLARATION OF DR. RICHARD A. BLANCHARD IN SUPPORT OF
4  FAIRCHILD SEMICONDUCTOR CORPORATION'S OPPOSITION TO
   PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER TO PROHIBIT
   DISCLOSURE OF CONFIDENTIAL INFORMATION TO DR. RICHARD A.
5  BLANCHARD

8 | Dated: _____

Hon. Elizabeth D. Laporte
United States Magistrate Judge

11 | 61217732 v1