TOWNSEND AND TOWNSEND AND CREW LLP
ERIC P. JACOBS (State Bar No. 88413)
PETER H. GOLDSMITH (State Bar No. 91294)
ROBERT A. McFARLANE (State Bar No. 172650)
IGOR SHOIKET (State Bar No. 190066)
Two Embarcadero Center, 8th Floor
San Francisco, California  94111
Telephone:   (415) 576-0200
Facsimile:   (415) 576-0300
E-mail:      epjacobs@townsend.com
             phgoldsmith@townsend.com
             ramcfarlane@townsend.com
             ishoiket@townsend.com

Attorneys for Defendant and Counterclaimant
FAIRCHILD SEMICONDUCTOR CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>Plaintiffs and Counterdefendants,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 07-2638 JSW (EDL)<br>(Consolidated with Case No. C 07-2664 JSW)<br><br>**DECLARATION OF IGOR SHOIKET IN SUPPORT OF APPLICATION TO FILE UNDER SEAL THE DECLARATION OF DR. RICHARD A. BLANCHARD IN SUPPORT OF FAIRCHILD SEMICONDUCTOR CORPORATION'S OPPOSITION TO PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER TO PROHIBIT DISCLOSURE OF CONFIDENTIAL INFORMATION TO DR. RICHARD A. BLANCHARD**<br><br>Date:   December 18, 2007<br>Time:   9:00 a.m.<br>Ctrm:   Courtroom E, 15th Floor<br>Judge:  Hon. Elizabeth D. Laporte |

I, Igor Shoiket, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am admitted to practice before this Court. I am a partner in the law firm Townsend and Townsend and Crew LLP, and am one of the attorneys representing Defendant and Counterclaimant Fairchild Semiconductor Corporation ("Fairchild") in the above-captioned matter. I make this declaration on personal knowledge and if called as a witness could and would competently testify with respect to the matters stated herein.

2. On August 2, 2007, the Court entered a Stipulated Protective Order in this case. [Docket No. 27].

3. On November 27, 2007, Fairchild lodged with the clerk the document titled "Declaration Of Dr. Richard A. Blanchard In Support Of Fairchild Semiconductor Corporation's Opposition To Plaintiff's Motion For A Protective Order To Prohibit Disclosure Of Confidential Information To Dr. Richard A. Blanchard."

4. The document titled "Declaration Of Dr. Richard A. Blanchard In Support Of Fairchild Semiconductor Corporation's Opposition To Plaintiff's Motion For A Protective Order To Prohibit Disclosure Of Confidential Information To Dr. Richard A. Blanchard" is sealable under the Court's Protective Order and Local Rules because the document contains information of Fairchild and third parties that is confidential, has not been disclosed to the public, and could, if disclosed to the public, cause harm to Fairchild and third parties. Accordingly, Fairchild requests that this document remain sealed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed on November 27, 2007, at San Francisco, California.

/s/*Igor Shoiket*
Igor Shoiket

61217663 v1