TOWNSEND AND TOWNSEND AND CREW LLP
ERIC P. JACOBS (State Bar No. 88413)
PETER H. GOLDSMITH (State Bar No. 91294)
ROBERT A. McFARLANE (State Bar No. 172650)
IGOR SHOIKET (State Bar No. 190066)
Two Embarcadero Center, 8th Floor
San Francisco, California  94111
Telephone:    (415) 576-0200
Facsimile:    (415) 576-0300
E-mail:       epjacobs@townsend.com
              phgoldsmith@townsend.com
              ramcfarlane@townsend.com
              ishoiket@townsend.com

Attorneys for Defendant and Counterclaimant
FAIRCHILD SEMICONDUCTOR CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>　　　Plaintiffs and Counterdefendants,<br><br>　　　v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>　　　Defendant and Counterclaimant.<br><br>——————————————————<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 07-2638 JSW (EDL)<br>(Consolidated with Case No. C 07-2664 JSW)<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS**<br><br>Date:     December 18, 2007<br>Time:    9:00 a.m.<br>Ctrm:    Courtroom E, 15th Floor<br>Judge:   Hon. Elizabeth D. Laporte |

1        Plaintiff's Motion to Compel Responses to Interrogatories and Production of Documents was heard before this Court on December 18, 2007..  The Court, having read and considered the supporting and opposing papers, the court file in this case and all other matters presented to the Court, and having considered the arguments of counsel, and good cause appearing therefor, hereby ORDERS:

        Plaintiff's Motion to Compel Responses to Interrogatories and Production of Documents is DENIED.

        The Court adopts the following definition of "Accused Fairchild Device" for the purposes of discovery requests:

    The term "Accused Fairchild Device" shall mean any device which includes a power MOSFET made, used, offered for sale, or imported into the United States by Fairchild that comprises one or more of the following:

        (a) any IC that includes a source contact area that is divided by at least one gate runner into two or more subcontact areas, and wherein each of the subcontact areas is connected to a lead-frame by more than one lead-wire; and/or

        (b) devices made by a method in which a body region is formed adjacent to a trench, a source region is formed in the body region, and an implant is made into the body region of the same conductivity type as the source and which is other than an implant used to form the source; and/or

        (c) MOSFET transistors having a body region formed through three dopant implants.

Dated:_____          _____
                                                        Honorable Elizabeth D. Laporte

61211243 v1