1  TOWNSEND AND TOWNSEND AND CREW LLP
   ERIC P. JACOBS (State Bar No. 88413)
2  PETER H. GOLDSMITH (State Bar No. 91294)
   ROBERT A. McFARLANE (State Bar No. 172650)
3  IGOR SHOIKET (State Bar No. 190066)
   Two Embarcadero Center, 8th Floor
4  San Francisco, California  94111
   Telephone:     (415) 576-0200
5  Facsimile:     (415) 576-0300
   E-mail:        epjacobs@townsend.com
6                 phgoldsmith@townsend.com
                  ramcfarlane@townsend.com
7                 ishoiket@townsend.com

8  Attorneys for Defendant and Counterclaimant
   FAIRCHILD SEMICONDUCTOR CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>Plaintiffs and Counterdefendants,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 07-2638 JSW (EDL)<br>(Consolidated with Case No. C 07-2664 JSW)<br><br>**DECLARATION OF IGOR SHOIKET IN SUPPORT OF FAIRCHILD SEMICONDUCTOR CORPORATION'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS**<br><br>Date:       December 18, 2007<br>Time:       9:00 a.m.<br>Ctrm:       Courtroom E, 15th Floor<br>Judge:      Hon. Elizabeth D. Laporte |

I, Igor Shoiket, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am admitted to practice before this Court. I am a partner in the law firm Townsend and Townsend and Crew LLP, and am one of the attorneys of record for Defendant and Counterclaimant Fairchild Semiconductor Corporation in the above-captioned matter. I make this declaration on personal knowledge and if called as a witness could and would competently testify with respect to the matters stated herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of an e-mail sent from Priya Sreenivasan of Townsend and Townsend and Crew LLP to Harry Dosher of Morgan Lewis dated November 12, 2007.

3. Attached hereto as Exhibit 2 is a true and correct copy of an e-mail sent from Priya Sreenivasan to Harry Dosher on November 13, 2007.

4. Attached hereto as Exhibit 3 is a true and correct copy of U.S. Patent No. 5,767,567.

5. Attached hereto as Exhibit 4 is a true and correct copy of U.S. Patent No. 5,907,776.

6. Attached hereto as Exhibit 5 is a true and correct copy of U.S. Patent No. 5,930,630.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 27th day of November, 2007, at San Francisco, California.

By: /s/*Igor Shoiket*
     Igor Shoiket

61217097 v1