TOWNSEND AND TOWNSEND AND CREW LLP
ERIC P. JACOBS (State Bar No. 88413)
PETER H. GOLDSMITH (State Bar No. 91294)
ROBERT A. McFARLANE (State Bar No. 172650)
IGOR SHOIKET (State Bar No. 190066)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone:    (415) 576-0200
Facsimile:    (415) 576-0300
E-mail:       epjacobs@townsend.com
              phgoldsmith@townsend.com
              ramcfarlane@townsend.com
              ishoiket@townsend.com

Attorneys for Defendant and Counterclaimant
FAIRCHILD SEMICONDUCTOR CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>Plaintiffs and Counterdefendants,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 07-2638 JSW (EDL)<br>(Consolidated with Case No. C 07-2664 JSW)<br><br>[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO STRIKE FAIRCHILD'S PATENT LOCAL RULE 3-1 DISCLOSURE |

1   Plaintiffs and Counterdefendants Alpha & Omega Semiconductor, Inc. and Alpha & Omega
2   Semiconductor, Ltd. ("AOS") Motion To Strike Fairchild Semiconductor Corporation's Patent Local
3   Rule 3-1 Disclosure was heard before this Court on November 27, 2007.
4   The Court, having read and considered the supporting and opposing papers, the court file in
5   this case and all other matters presented to the Court, and having considered the arguments of counsel,
6   and good cause appearing therefor, hereby ORDERS:
7
8   AOS's Motion To Strike Fairchild Semiconductor Corporation's Patent Local Rule 3-1
9   Disclosure is DENIED.
10
11
12
13   Dated:_____                    _____
                                                      Honorable Elizabeth D. Laporte
14
15   61202946 v1
16
17
18
19
20
21
22
23
24
25
26
27
28