1  TOWNSEND AND TOWNSEND AND CREW LLP
   ERIC P. JACOBS (State Bar No. 88413)
2  PETER H. GOLDSMITH (State Bar No. 91294)
   ROBERT A. McFARLANE (State Bar No. 172650)
3  IGOR SHOIKET (State Bar No. 190066)
   Two Embarcadero Center, 8th Floor
4  San Francisco, California  94111
   Telephone:   (415) 576-0200
5  Facsimile:   (415) 576-0300
   E-mail:      epjacobs@townsend.com
6               phgoldsmith@townsend.com
                ramcfarlane@townsend.com
7               ishoiket@townsend.com

8  Attorneys for Defendant and Counterclaimant
   FAIRCHILD SEMICONDUCTOR CORPORATION
9

10                    UNITED STATES DISTRICT COURT

11               FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13

14

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>  Plaintiffs and Counterdefendants,<br><br>  v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>  Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 07-2638 JSW (EDL)<br>(Consolidated with Case No. C 07-2664 JSW)<br><br>[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO STRIKE FAIRCHILD'S PATENT LOCAL RULE 3-1 DISCLOSURE |

1    Plaintiffs and Counterdefendants Alpha & Omega Semiconductor, Inc. and Alpha & Omega
2 Semiconductor, Ltd. ("AOS") Motion To Strike Fairchild Semiconductor Corporation's Patent Local
3 Rule 3-1 Disclosure was heard before this Court on November 27, 2007.
4    The Court, having read and considered the supporting and opposing papers, the court file in
5 this case and all other matters presented to the Court, and having considered the arguments of counsel,
6 and good cause appearing therefor, hereby ORDERS:
7
8    AOS's Motion To Strike Fairchild Semiconductor Corporation's Patent Local Rule 3-1
9 Disclosure is DENIED.
10
11
12
13  Dated: November 29, 2007
                                    _____
14                                   Honorable Elizabeth D. Laporte
15  61202946 v1

IT IS SO ORDERED
*Elizabeth D. Laporte*
Judge Elizabeth D. Laporte