1   TOWNSEND AND TOWNSEND AND CREW LLP
    ERIC P. JACOBS (State Bar No. 88413)
2   PETER H. GOLDSMITH (State Bar No. 91294)
    ROBERT A. McFARLANE (State Bar No. 172650)
3   IGOR SHOIKET (State Bar No. 190066)
    Two Embarcadero Center, 8th Floor
4   San Francisco, California  94111
    Telephone:     (415) 576-0200
5   Facsimile:     (415) 576-0300
    E-mail:        epjacobs@townsend.com
6                  phgoldsmith@townsend.com
                   ramcfarlane@townsend.com
7                  ishoiket@townsend.com

8   Attorneys for Defendant and Counterclaimant
    FAIRCHILD SEMICONDUCTOR CORP.
9

10                  UNITED STATES DISTRICT COURT

11           FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13

14  ALPHA & OMEGA SEMICONDUCTOR,        Case No. C 07-2638 JSW (EDL)
    INC., a California corporation; and  (Consolidated with Case No. C 07-2664 JSW)
15  ALPHA & OMEGA SEMICONDUCTOR,
    LTD., a Bermuda corporation,         [~~PROPOSED~~] ORDER GRANTING
16                                       APPLICATION TO FILE UNDER SEAL THE
            Plaintiffs and Counterdefendants,  DECLARATION OF DR. RICHARD A.
17                                       BLANCHARD IN SUPPORT OF FAIRCHILD
                v.                       SEMICONDUCTOR CORP.'S OPPOSITION
18                                       TO PLAINTIFF'S MOTION FOR A
    FAIRCHILD SEMICONDUCTOR              PROTECTIVE ORDER TO PROHIBIT
19  CORP., a Delaware corporation,       DISCLOSURE OF CONFIDENTIAL
                                         INFORMATION TO DR. RICHARD A.
20          Defendant and Counterclaimant.  BLANCHARD

21                                       Date:   December 18, 2007
                                         Time:   9:00 a.m.
22                                       Ctrm:   Courtroom E, 15th Floor
                                         Judge:  Hon. Elizabeth D. Laporte
23

24

25  _____
    AND RELATED COUNTERCLAIMS.
26

27

28

1     Fairchild Semiconductor Corp.'s application under Civil Local Rule 79-5 to file under seal the

2  document listed below is hereby GRANTED:

3          DECLARATION OF DR. RICHARD A. BLANCHARD IN SUPPORT OF
           FAIRCHILD SEMICONDUCTOR CORPORATION'S OPPOSITION TO
4          PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER TO PROHIBIT
           DISCLOSURE OF CONFIDENTIAL INFORMATION TO DR. RICHARD A.
5          BLANCHARD

6

7

8  Dated: _____    _____
                  December 4, 2007
9                                         Hon. Eliz[ab]          IT IS SO ORDERED
                                          United State[s]
10                                                  Judge Elizabeth D. Laporte

11  61217732 v1

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28