MORGAN, LEWIS & BOCKIUS LLP
Daniel Johnson, Jr. (State Bar No. 57409)
Brett M. Schuman (State Bar No. 189247)
Amy M. Spicer (State Bar No. 188399)
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
djjohnson@morganlewis.com
bschuman@morganlewis.com
aspicer@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Andrew J. Wu (State Bar No. 214442)
Harry F. Doscher (State Bar No. 245969)
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
awu@morganlewis.com
hdoscher@morganlewis.com

Attorneys for Plaintiffs and Counterdefendants
ALPHA & OMEGA SEMICONDUCTOR, INC.
ALPHA & OMEGA SEMICONDUCTOR, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 07-2638 JSW (EDL)<br>(Consolidated with Case No. 07-2664 JSW)<br><br>**DECLARATION OF HARRY F. DOSCHER IN SUPPORT OF PLAINTIFF'S REPLY TO FAIRCHILD SEMICONDUCTOR CORPORATION'S OPPOSITION TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER**<br><br>Date: December 18, 2007<br>Time: 9:00 a.m.<br>Location: Courtroom E, 15th Floor<br>Judge: Hon. Elizabeth D. Laporte |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-PA/3679178.1

DOSCHER DECLARATION ISO PLAINTIFF'S REPLY
ISO MTN PROTECTIVE ORDER RE: BLANCHARD;
CASE NO. 07-2638 JSW (EDL)

I, Harry F. Doscher, declare as follows:

I am an Associate at the law firm of Morgan, Lewis & Bockius LLP, 2 Palo Alto Square, 3000 El Camino Real, Suite 700, Palo Alto, California 94306, and a member in good standing of the Bar of the State of California. I am admitted to practice in the United States District Court for the Northern District of California. Morgan, Lewis & Bockius LLP has been retained as trial counsel for Plaintiffs and Counterdefendants Alpha & Omega Semiconductor, Inc. and Alpha & Omega Semiconductor, Ltd. (together, "AOS") in the present action. I submit this declaration in Support of Plaintiff's Reply to Fairchild Semiconductor Corporation's Opposition to Plaintiff's Motion For Protective Order. I have personal knowledge of each statement set forth herein, and each such statement is true and correct.

1. Attached hereto as Exhibit A is a true and correct copy of the Model Stipulated Protective Order available from the Northern District of California website at http://www.cand.uscourts.gov/cand/form.nsf/7813fd3053452aef88256d4a0058fb31/5e428ee77bf8e03b88256dd3005d9450/$FILE/StipulatedProtectiveOrder-1-03.pdf. Section 7.4 of the Model Stipulated Protective Order requires disclosure of professional services provided during the preceding five years, as does the Protective Order in this case.

2. Attached hereto as Exhibit B is a true and correct copy of a letter dated November 28, 2007, from me to Matthew R. Hulse, counsel for Fairchild, responding to Fairchild's objection to AOS's expert, Dr. Salama.

3. Attached hereto as Exhibit C is a true and correct copy of a letter dated November 30, 2007, from Matthew Hulse to me withdrawing Fairchild's objection to Dr. Salama "in view of the information provided" in my November 28, 2007 letter.

4. Attached hereto as Exhibit D is a true and correct copy of an email dated July 23, 2007, from Eric P. Jacobs, counsel for Fairchild, to Andrew Wu by which Fairchild transmitted to AOS a draft of the Proposed Stipulated Protective Order.

5. I understand and believe to be true that during a telephonic meet and confer between AOS and Fairchild held on November 30, 2007, Fairchild stated that they were prepared to proceed on the original schedule for Patent Local Rules 4-1, 4-2, and 4-3 disclosures, despite

1 | the fact that the Blanchard motion was still outstanding.

3 | I declare under penalty of perjury under the laws of the United States that the foregoing is
4 | true and correct to my personal knowledge.

Executed this 4th day of December, 2007, at Palo Alto, California.

      /s/ Harry F. Doscher
          Harry F. Doscher

1-PA/3679178.1

3

DOSCHER DECLARATION ISO PLAINTIFF'S REPLY
ISO MTN PROTECTIVE ORDER RE: BLANCHARD;
CASE NO. 07-2638 JSW (EDL)