# EXHIBIT B

Morgan, Lewis & Bockius LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306
Tel: 650.843.4000
Fax: 650.843.4001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

**Harry F. Doscher**
Associate
650.843.7565
hdoscher@morganlewis.com

November 28, 2007

VIA Email and First Class Mail

Matthew R. Hulse, Esq.
Townsend and Townsend and Crew LLP
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111
mrhulse@townsend.com

    Re:   *Alpha & Omega Semiconductor, Ltd. and Alpha & Omega Semiconductor, Inc. v. Fairchild Semiconductor Corporation,*
          Nos. C 07-2638 JSW and C 07-2664 JSW (N.D. Cal.)

Dear Matthew,

I write in further response to your letter of November 20, 2007, regarding Fairchild's objection to Dr. Salama under the Protective Order. As AOS explained in my letters to you dated November 8, 2007 and November 14, 2007, Dr. Salama has performed no work for Fuji Electric. Nonetheless, you again ask us to describe "the nature of Dr. Salama's current relationship with Fuji Electric." We repeat again, for the third time now: currently, and for at least the past five years, Dr. Salama has performed no work for, and has had no relationship with, Fuji Electric.

Once again, the three patents and three patent applications on which Dr. Salama is named as a co-inventor and that are now assigned to Fuji Electric are the result of academic research done at the University of Toronto by graduate students pursuing Masters and Doctorate degrees. The academic research performed by those students resulted in the patents, patent applications and technical articles on the basis of which Fairchild objects. Dr. Salama is named as a co-inventor and co-author because of his role as the academic advisor for those students. Those students were not employed by Fuji Electric until after they left the University of Toronto and, therefore, after their relationship with Dr. Salama came to an end.

We hope that Fairchild will withdraw its objection to Dr. Salama. It has been over one month now since AOS fully complied with its obligations under the Protective Order to which the parties agreed. Despite Fairchild's repeated objections, we have no more information to offer

Morgan Lewis
COUNSELORS AT LAW

Matthew R. Hulse, Esq.
November 28, 2007
Page 2

with regard to Dr. Salama. If Fairchild will not agree to withdraw its objection, we trust that Fairchild will not continue to delay the resolution of this issue but will file its motion for a protective order by November 30 as promised in your November 20, 2007 letter to me.

Best Regards,

Harry F. Doscher

cc:  Leonard J. Augustine, Jr., Esq. (via email: ljaugustine@townsend.com)
     Eric P. Jacobs, Esq. (via email: epjacobs@townsend.com)
     Igor Shoiket via email: ishoiket@townsend.com)
     Priya Sreenivasan, Esq. (via email: psreenivasan@townsend.com)
     Brett M. Schuman, Esq. (via email: bschuman@morganlewis.com)
     Andrew J. Wu, Esq. (via email: awu@morganlewis.com)

1-PA/3677731.1