# EXHIBIT C

**TOWNSEND and TOWNSEND and CREW LLP**

San Francisco

Two Embarcadero Center
Eighth Floor
San Francisco, California 94111-3834
Tel 415.576.0200
Fax 415.576.0300

Matthew R. Hulse
415.273.7511
mrhulse@townsend.com

November 30, 2007

**VIA EMAIL**

Harry F. Doscher
Morgan Lewis & Bockius LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306

    Re:    Alpha & Omega Semiconductor, Ltd. v. Fairchild Semiconductor Corp.
             Case No. C 07-2638 JSW (consolidated with Case No. C 07-2664 JSW)
             Our File No. 18865P-021600

Dear Harry:

    I write in response to your letter dated November 28, 2007 concerning Andre Salama.  In view of the information provided in the letter, we are withdrawing our objection to Dr. Salama.  Contrary to your arguments, AOS did not previously disclose all of the information in the letter.  If AOS had provided sufficient information earlier about Dr. Salama's work, including his connections with Fuji Electric, we would have been able to resolve this issue long ago.

                Very truly yours,

                /s/
                Matthew R. Hulse

61222569 v1