# EXHIBIT D



"Jacobs, Eric P."
&lt;epjacobs@townsend.com&gt;
07/23/2007 05:53 PM

To awu@morganlewis.com

cc "Shoiket, Igor" &lt;ishoiket@townsend.com&gt;, "Goldsmith, Peter H." &lt;phgoldsmith@townsend.com&gt;, "McFarlane, Robert A. " &lt;ramcfarlane@townsend.com&gt;

Subject Fairchild/AOS

Andrew,

I've attached a draft protective order for your review.  Please provide your comments at your earliest convenience.

We need to conduct our Rule 26(f) conference by this Friday.  We also need to file our ADR positions with the court.  Please let us know when you are available.

Eric

Eric P. Jacobs

TOWNSEND *and* TOWNSEND *and* CREW LLP
Two Embarcadero Center, 8th Floor
San Francisco, CA  94111
Phone: 415.576.0200
Fax: 415.576.0300
epjacobs@townsend.com

www.townsend.com

Denver | Palo Alto | San Diego | San Francisco | Seattle | Walnut Creek | Tokyo

NOTICE:  This email message is the property of Townsend and Townsend and Crew LLP.  The contents of this message and any attachments are for the sole use of the intended recipient and may contain confidential information that is protected by law under the attorney-client privilege, attorney work product doctrine, and/or other applicable privileges.  If you are not the intended recipient of this message, please reply to epjacobs@townsend.com and delete the message and any attachments from your computer system.  Thank you.


Fairchild AOS Stipulated Protective Order.DOC