TOWNSEND AND TOWNSEND AND CREW LLP
ERIC P. JACOBS (State Bar No. 88413), epjacobs@townsend.com
PETER H. GOLDSMITH (State Bar No. 91294), phgoldsmith@townsend.com
ROBERT A. McFARLANE (State Bar No. 172650), ramcfarlane@townsend.com
IGOR SHOIKET (State Bar No. 190066), ishoiket@townsend.com
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone:    (415) 576-0200
Facsimile:    (415) 576-0300

Attorneys for Defendant and Counterclaimant,
FAIRCHILD SEMICONDUCTOR CORPORATION


MORGAN LEWIS & BOCKIUS LLP
DANIEL JOHNSON, JR., (State Bar No. 57409), djjohnson@morganlewis.com
RITA E. TAUTKUS (State Bar No. 162090), retautkus@ morganlewis.com
BRETT M. SCHUMAN ((State Bar No. 189247), bschuman@ morganlewis.com
One Market Street, Spear Street Tower
San Francisco, CA 94105-1126
Telephone:    (415) 442-1000
Facsimile:    (415) 442-1001

ANDREW J. WU (State Bar No. 214442), awu@ morganlewis.com
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306-2122
Telephone:    (650) 843-4000
Facsimile:    (415) 843-4000

Attorneys for Plaintiffs and Counterdefendants,
ALPHA & OMEGA SEMICONDUCTOR, LTD.
ALPHA & OMEGA SEMICONDUCTOR, INC.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>　　　Plaintiffs and Counterdefendants,<br><br>　　　v.<br><br>FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>　　　Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 07-2638 JSW (EDL)<br><br>(Consolidated with Case No. C 07-2664 JSW)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING OF MOTIONS** |

1    WHEREAS, the Court is currently scheduled to hear Defendant and Counterclaimant Fairchild
2 Semiconductor Corporation's ("Fairchild's") Motion to Compel Responses to Interrogatories and
3 Production of Documents and Fairchild's Motion to Strike Plaintiffs' Patent Local Rule 3-1
4 Disclosures (collectively, "Fairchild's Motions") on December 11, 2007, at 9:00 a.m.;

5    WHEREAS, the Court is currently scheduled to hear Plaintiffs and Counterdefendants Alpha
6 & Omega Semiconductor, Inc.'s, and Alpha & Omega Semiconductor, Ltd.'s, (collectively, "AOS's")
7 Motion to Compel Responses to Interrogatories and Production of Documents ("AOS's Motion") one
8 week later on December 18, 2007, at 9:00 a.m.;

9    WHEREAS, counsel for Fairchild and counsel for AOS are engaged in an ongoing process of
10 meeting and conferring in an attempt to resolve the issues raised in Fairchild's Motions and AOS's
11 Motion;

12    WHEREAS, as part of this ongoing process, in addition to e-mail exchanges, counsel for
13 Fairchild and counsel for AOS met and conferred by telephone on November 30 and in person on
14 December 6, 2007, during which counsel exchanged ideas and proposals for resolving the issues in
15 Fairchild's Motions and AOS's Motion;

16    WHEREAS, counsel for Fairchild and counsel for AOS each believe that the parties may be
17 able to resolve at least some of the pending motions without court intervention, but each side still is
18 assessing the other's proposals for resolving some of the pending motions;

19    WHEREAS, the parties believe that, in view of the ongoing process being undertaken to
20 resolve the issues raised in Fairchild's Motions, good cause exists for the Court to continue the date for
21 hearing Fairchild's Motions from December 11, 2007, to the date for hearing AOS's Motion on
22 December 18, 2007, in order to give the parties time to attempt to resolve the issues raised in the
23 motions without court intervention;

24    WHEREAS, pursuant to Civil L.R. 6-2(a)(2), the only previous time modification to court-
25 established deadlines in the case subsequent to the Initial Case Management Conference was the
26 Court's Order Modifying Case Management Schedule dated Oct. 5, 2007 (Docket No. 43), in which
27 the Court specified a date by which the parties could file amended PICs and extended by a short
28 amount the deadlines related to service of Preliminary Invalidity Contentions and claim construction;

1  WHEREAS, the parties believe that the requested time modification will not have any
2  substantial impact on the current case schedule; and
3  WHEREAS, while the parties understand that, pursuant to Civil L.R. 6-1(b), a request to
4  continue a hearing should be made no later than ten days before the hearing, the parties respectfully
5  request that the Court consider this request in view of the parties' ongoing efforts to resolve the issues
6  presented in the motions;
7  Pursuant to stipulation, by and through their respective counsel, the parties respectfully request
8  that the Court continue the date for hearing Fairchild's Motions from December 11, 2007, to
9  December 18, 2007.

Dated: December 7, 2007                    TOWNSEND AND TOWNSEND AND CREW LLP


By: /s/ *Eric P. Jacobs*
    Eric P. Jacobs
    Defendant and Counterclaimant
    FAIRCHILD SEMICONDUCTOR CORPORATION


Dated: December 7, 2007                    MORGAN, LEWIS & BOCKIUS LLP


By: /s/ *Brett M. Schuman*
    Brett M. Schuman
    Attorneys for Plaintiffs and Counterdefendants
    ALPHA & OMEGA SEMICONDUCTOR, LTD., and
    ALPHA & OMEGA SEMICONDUCTOR, INC.

**GENERAL ORDER ATTESTATION**

I, Eric P. Jacobs, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER CONTINUING AND EXTENDING DATE FOR HEARING MOTIONS. In compliance with General Order 45,X.B., I hereby attest that Brett M. Schuman has concurred in this filing.

/s/ Eric P. Jacobs
Eric P. Jacobs

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING OF MOTIONS
CASE NO. C 07-02638 JSW (EDL) (CONSOLIDATED WITH CASE NO. C 07-2664 JSW)

4

**[PROPOSED] ORDER**

Pursuant to the parties' Stipulation, and good cause appearing therefor,

IT IS HEREBY ORDERED that the date for hearing Fairchild's Motions (as identified above) is continued from December 11, 2007 to December 18, 2007.

DATED: _____

_____
HON. ELIZABETH D. LAPORTE
United States Magistrate Judge

61227493 v1

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING OF MOTIONS
CASE NO. C 07-02638 JSW (EDL) (CONSOLIDATED WITH CASE NO. C 07-2664 JSW)

5