1  TOWNSEND AND TOWNSEND AND CREW LLP
   ERIC P. JACOBS (State Bar No. 88413), epjacobs@townsend.com
2  PETER H. GOLDSMITH (State Bar No. 91294), phgoldsmith@townsend.com
   ROBERT A. McFARLANE (State Bar No. 172650), ramcfarlane@townsend.com
3  IGOR SHOIKET (State Bar No. 190066), ishoiket@townsend.com
   Two Embarcadero Center, 8th Floor
4  San Francisco, California 94111
   Telephone:    (415) 576-0200
5  Facsimile:    (415) 576-0300

6  Attorneys for Defendant and Counterclaimant,
   FAIRCHILD SEMICONDUCTOR CORPORATION

7

8  MORGAN LEWIS & BOCKIUS LLP
   DANIEL JOHNSON, JR., (State Bar No. 57409), djjohnson@morganlewis.com
9  RITA E. TAUTKUS (State Bar No. 162090), retautkus@ morganlewis.com
   BRETT M. SCHUMAN ((State Bar No. 189247), bschuman@ morganlewis.com
10 One Market Street, Spear Street Tower
   San Francisco, CA 94105-1126
11 Telephone:    (415) 442-1000
   Facsimile:    (415) 442-1001
12
   ANDREW J. WU (State Bar No. 214442), awu@ morganlewis.com
13 2 Palo Alto Square
   3000 El Camino Real, Suite 700
14 Palo Alto, CA 94306-2122
   Telephone:    (650) 843-4000
15 Facsimile:    (415) 843-4000

16 Attorneys for Plaintiffs and Counterdefendants,
   ALPHA & OMEGA SEMICONDUCTOR, LTD.
17 ALPHA & OMEGA SEMICONDUCTOR, INC.

18                    UNITED STATES DISTRICT COURT
19            FOR THE NORTHERN DISTRICT OF CALIFORNIA
                          SAN FRANCISCO DIVISION

20

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>     Plaintiffs and Counterdefendants,<br><br>          v.<br><br>FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>     Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 07-2638 JSW (EDL)<br><br>(Consolidated with Case No. C 07-2664 JSW)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING OF MOTIONS** |

1    WHEREAS, the Court is currently scheduled to hear Defendant and Counterclaimant Fairchild Semiconductor Corporation's ("Fairchild's") Motion to Compel Responses to Interrogatories and Production of Documents and Fairchild's Motion to Strike Plaintiffs' Patent Local Rule 3-1 Disclosures (collectively, "Fairchild's Motions") on December 11, 2007, at 9:00 a.m.;

WHEREAS, the Court is currently scheduled to hear Plaintiffs and Counterdefendants Alpha & Omega Semiconductor, Inc.'s, and Alpha & Omega Semiconductor, Ltd.'s, (collectively, "AOS's") Motion to Compel Responses to Interrogatories and Production of Documents ("AOS's Motion") one week later on December 18, 2007, at 9:00 a.m.;

WHEREAS, counsel for Fairchild and counsel for AOS are engaged in an ongoing process of meeting and conferring in an attempt to resolve the issues raised in Fairchild's Motions and AOS's Motion;

WHEREAS, as part of this ongoing process, in addition to e-mail exchanges, counsel for Fairchild and counsel for AOS met and conferred by telephone on November 30 and in person on December 6, 2007, during which counsel exchanged ideas and proposals for resolving the issues in Fairchild's Motions and AOS's Motion;

WHEREAS, counsel for Fairchild and counsel for AOS each believe that the parties may be able to resolve at least some of the pending motions without court intervention, but each side still is assessing the other's proposals for resolving some of the pending motions;

WHEREAS, the parties believe that, in view of the ongoing process being undertaken to resolve the issues raised in Fairchild's Motions, good cause exists for the Court to continue the date for hearing Fairchild's Motions from December 11, 2007, to the date for hearing AOS's Motion on December 18, 2007, in order to give the parties time to attempt to resolve the issues raised in the motions without court intervention;

WHEREAS, pursuant to Civil L.R. 6-2(a)(2), the only previous time modification to court-established deadlines in the case subsequent to the Initial Case Management Conference was the Court's Order Modifying Case Management Schedule dated Oct. 5, 2007 (Docket No. 43), in which the Court specified a date by which the parties could file amended PICs and extended by a short amount the deadlines related to service of Preliminary Invalidity Contentions and claim construction;

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING OF MOTIONS
CASE NO. C 07-02638 JSW (EDL) (CONSOLIDATED WITH CASE NO. C 07-2664 JSW)                                                    2

WHEREAS, the parties believe that the requested time modification will not have any substantial impact on the current case schedule; and

WHEREAS, while the parties understand that, pursuant to Civil L.R. 6-1(b), a request to continue a hearing should be made no later than ten days before the hearing, the parties respectfully request that the Court consider this request in view of the parties' ongoing efforts to resolve the issues presented in the motions;

Pursuant to stipulation, by and through their respective counsel, the parties respectfully request that the Court continue the date for hearing Fairchild's Motions from December 11, 2007, to December 18, 2007.

Dated: December 7, 2007        TOWNSEND AND TOWNSEND AND CREW LLP

By: /s/ *Eric P. Jacobs*
    Eric P. Jacobs
    Defendant and Counterclaimant
    FAIRCHILD SEMICONDUCTOR CORPORATION

Dated: December 7, 2007        MORGAN, LEWIS & BOCKIUS LLP

By: /s/ *Brett M. Schuman*
    Brett M. Schuman
    Attorneys for Plaintiffs and Counterdefendants
    ALPHA & OMEGA SEMICONDUCTOR, LTD., and
    ALPHA & OMEGA SEMICONDUCTOR, INC.

**GENERAL ORDER ATTESTATION**

I, Eric P. Jacobs, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER CONTINUING AND EXTENDING DATE FOR HEARING MOTIONS. In compliance with General Order 45,X.B., I hereby attest that Brett M. Schuman has concurred in this filing.

/s/ Eric P. Jacobs
Eric P. Jacobs

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING OF MOTIONS
CASE NO. C 07-02638 JSW (EDL) (CONSOLIDATED WITH CASE NO. C 07-2664 JSW)

4

**[PROPOSED] ORDER**

Pursuant to the parties' Stipulation, and good cause appearing therefor,

IT IS HEREBY ORDERED that the date for hearing Fairchild's Motions (as identified above) is continued from December 11, 2007 to December 18, 2007.

DATED: December 7, 2007



_____
HON. ELIZABETH D. LAPORTE
United States Magistrate Judge

61227493 v1