MORGAN, LEWIS & BOCKIUS LLP
Daniel Johnson, Jr. (State Bar No. 57409)
Brett M. Schuman (State Bar No. 189247)
Amy M. Spicer (State Bar No. 188399)
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: djjohnson@morganlewis.com
        bschuman@morganlewis.com
        aspicer@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Andrew J. Wu (State Bar No. 214442)
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: awu@morganlewis.com

Attorneys for Plaintiffs and
Counterdefendants
ALPHA & OMEGA SEMICONDUCTOR, INC.
ALPHA & OMEGA SEMICONDUCTOR, LTD.

TOWNSEND AND TOWNSEND AND CREW LLP
Eric P. Jacobs (State Bar No. 88413)
Peter H. Goldsmith (State Bar No. 91294)
Robert A. McFarlane (State Bar No. 172650)
Igor Shoiket (State Bar No. 190066)
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111
Tel: 415.576.0200
Fax: 415.576.0300
E-mail: epjacobs@townsend.com
        phgoldsmith@townsend.com
        ramcfarlane@townsend.com
        ishoiket@townsend.com

Attorneys for Defendant and
Counterclaimant
FAIRCHILD SEMICONDUCTOR CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>Plaintiffs and Counterdefendants,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 07-2638 JSW (EDL)<br>(Consolidated with Case No. C 07-2664 JSW)<br><br>**STIPULATION AND [PROPOSED] ORDER RE: PENDING MOTIONS** |

## STIPULATION

WHEREAS Alpha & Omega Semiconductor, Inc., Alpha & Omega Semiconductor, Ltd. (collectively "AOS") and Fairchild Semiconductor Corp. ("Fairchild") are parties to the above captioned matters;

WHEREAS Fairchild filed a Motion to Compel Responses to Interrogatories and Production of Documents (Docket #57, hereafter "Fairchild's Motion to Compel"), presently noticed for hearing on December 18, 2007;

WHEREAS AOS filed a Motion to Compel Responses to Interrogatories and Production of Documents (Docket #71, hereafter "AOS's Motion to Compel"), also presently noticed for hearing on December 18, 2007;

WHEREAS Fairchild filed a Motion to Strike Plaintiffs' Patent Local Rule 3-1 Disclosures (Docket #59, hereafter "Fairchild's Motion to Strike"), also presently noticed for hearing on December 18, 2007;

WHEREAS the parties have met and conferred on numerous instances since the filing of the above-referenced motions;

WHEREAS in an effort to compromise and without waiving any rights including privilege and work product protection, AOS has produced additional reverse engineering analysis of the Fairchild products identified in AOS's Patent Local Rule 3-1 Disclosures for U.S. Patent Nos. 5,767,567 and 5,907,776;

WHEREAS in light of the information produced by AOS, Fairchild has agreed to withdraw its Motion to Strike from the Court's calendar on the condition that AOS provide amended claim charts based on the reverse engineering analysis;

WHEREAS AOS has agreed to provide said amended claim charts by December 21, 2007;

WHEREAS the parties also believe they will be able to reach an agreement to proceed with discovery on the basis of representative parts, and that such an agreement would obviate the pending motions to compel, but they have not yet been able to finalize the details of said representative parts agreement;

1  WHEREAS continuing the hearings on the parties' pending motions to compel will give the parties sufficient time to work out the details of a representative parts agreement and potentially obviate the need for the Court to rule on the pending motions to compel;

IT IS THEREFORE STIPULATED by and between the parties, through their undersigned counsel of record, as follows:

1. Fairchild withdraws its Motion to Strike, provided, however, that Fairchild may re-notice the motion if AOS does not provide amended claim charts based on the aforementioned reverse engineering analysis by December 21, 2007;

2. The hearing on Fairchild's Motion to Compel and AOS's Motion to Compel is continued from December 18, 2007 to January 15, 2008 at 2:00 p.m.;

3. This stipulation and proposed order shall not affect the hearing on AOS's pending Motion for a Protective Order, which shall be heard as noticed on December 18, 2007 at 9:00 a.m.

IT IS SO AGREED AND STIPULATED.

Dated: December 17, 2007        MORGAN, LEWIS & BOCKIUS LLP


By:   /s/ Brett Schuman
      Brett M. Schuman
      Attorneys for Plaintiffs and
      Counterdefendants
      ALPHA & OMEGA SEMICONDUCTOR,
      LTD., AND ALPHA & OMEGA
      SEMICONDUCTOR, INC.


Dated: December 17, 2007        TOWNSEND AND TOWNSEND AND
                                CREW LLP


By:   /s/ Eric P. Jacobs
      Eric P. Jacobs
      Attorneys for Defendant and
      Counterclaimant
      FAIRCHILD SEMICONDUCTOR
      CORPORATION

# [PROPOSED] ORDER

Pursuant to the parties' stipulation set forth above,

**IT IS SO ORDERED.**

Dated:

_____
HON. ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

3       STIPULATION RE: PENDING DISCOVERY MOTIONS
C 07-2638 JSW (EDL) (CONSOLIDATED WITH C 07-2664 JSW)

Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Brett M. Schuman, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 17 day of December, 2007, at San Francisco, California.

Brett M. Schuman

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

STIPULATION RE: PENDING DISCOVERY MOTIONS
C 07-2638 JSW (EDL) (CONSOLIDATED WITH C 07-2664 JSW)