UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**ELIZABETH D. LAPORTE**                              **Date: December 18, 2007**
**UNITED STATES MAGISTRATE JUDGE**

**Case No:**   C-07-02638 JSW (EDL)

**Title:**   ALPHA & OMEGA SEMICONDUCTOR, LTD ET AL v. FAIRCHILD SEMICONDUCTOR CORPORATION

**Attorneys:**   Plaintiff:   Andrew J. Wu
                 Defendant:  Eric P. Jacobs

**Deputy Clerk:**   Lili M. Harrell          **Court Reporter:**  Belle Ball
                                                                  (9:48am - 10:07am)

**PROCEEDINGS:**                                          **RULINGS:**

Plaintiff's Motion for Protective Order [79]              Hearing held

**ORDERED AFTER HEARING:**  Joint update as discussed at the hearing shall be submitted by 1/8/2008.  Hearing continued to 1/15/2008 at 2:00pm.

**ORDER TO BE PREPARED BY:**  [ ]  Plaintiff  [ ]  Defendant  [ ]  Court

**Case Continued to:**

Notes:

cc: