1  MORGAN, LEWIS & BOCKIUS LLP
   Daniel Johnson, Jr. (State Bar No. 57409)
2  Brett M. Schuman (State Bar No. 189247)
   Amy M. Spicer (State Bar No. 188399)
3  One Market, Spear Street Tower
   San Francisco, CA 94105-1126
4  Tel: 415.442.1000
   Fax: 415.442.1001
5  E-mail: djjohnson@morganlewis.com
           bschuman@morganlewis.com
6          aspicer@morganlewis.com

7  MORGAN, LEWIS & BOCKIUS LLP
   Andrew J. Wu (State Bar No. 214442)
8  2 Palo Alto Square
   3000 El Camino Real, Suite 700
9  Palo Alto, CA 94306-2122
   Tel: 650.843.4000
10 Fax: 650.843.4001
   E-mail: awu@morganlewis.com
11
   Attorneys for Plaintiffs and
12 Counterdefendants
   ALPHA & OMEGA SEMICONDUCTOR,
13 INC.
   ALPHA & OMEGA SEMICONDUCTOR,
14 LTD.

TOWNSEND AND TOWNSEND AND
CREW LLP
Eric P. Jacobs (State Bar No. 88413)
Peter H. Goldsmith (State Bar No. 91294)
Robert A. McFarlane (State Bar No. 172650)
Igor Shoiket (State Bar No. 190066)
Matthew R. Hulse (State Bar No. 209490)
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111
Tel: 415.576.0200
Fax: 415.576.0300
E-mail: epjacobs@townsend.com
        phgoldsmith@townsend.com
        ramcfarlane@townsend.com
        ishoiket@townsend.com
        mrhulse@townsend.com

Attorneys for Defendant and
Counterclaimant
FAIRCHILD SEMICONDUCTOR CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>Plaintiffs and Counterdefendants,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 07-2638 JSW (EDL)<br>(Consolidated with Case No. C 07-2664 JSW)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON AOS'S MOTION FOR A PROTECTIVE ORDER PURSUANT TO CIVIL L.R. 7 TO PROHIBIT DISCLOSURE OF CONFIDENTIAL INFORMATION TO RICHARD BLANCHARD**<br>AS MODIFIED |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3684233_1.DOC

STIPULATION RE: MOTION FOR A PROTECTIVE ORDER
C 07-2638 JSW (EDL) (CONSOLIDATED WITH C 07-2664 JSW)

**STIPULATION**

WHEREAS Alpha & Omega Semiconductor, Inc., Alpha & Omega Semiconductor, Ltd. (collectively "AOS") and Fairchild Semiconductor Corp. ("Fairchild") are parties to the above captioned matters;

WHEREAS AOS filed a Motion for a Protective Order Pursuant to Civil L.R. 7 to Prohibit Disclosure of Confidential Information to Richard Blanchard ("Motion for a Protective Order") (Docket #79);

WHEREAS on December 18, 2007, the Court conducted a hearing on AOS's Motion for a Protective Order and ordered the parties to engage in further meet and confer efforts to discuss possible terms on which Dr. Blanchard could have access to AOS's confidential information;

WHEREAS the Court continued the hearing on AOS's Motion for a Protective Order until January 15, 2008, and ordered the parties to submit a joint update by January 8, 2008 detailing the results of their meet and confer efforts;

WHEREAS the parties have met and conferred as ordered and already resolved a number of issues regarding this matter, but still need further time to finalize the details of their agreement;

WHEREAS continuing the hearings on AOS's Motion for a Protective Order and extending the deadline for the parties to submit a joint update by one week will give the parties sufficient time to work out the details of their agreement and potentially obviate the need for the Court to decide these issues;

IT IS THEREFORE STIPULATED by and between the parties, through their undersigned counsel of record, as follows:

1. The deadline for the parties to submit a joint update detailing the results of their meet and confer efforts is extended from January 8, 2008 to January 15, 2008; and

2. The hearing on AOS's Motion for a Protective Order is continued from January 15, 2008 to January 22, 2008 at 2:00 p.m.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3684233_1.DOC

STIPULATION RE: MOTION FOR A PROTECTIVE ORDER
C 07-2638 JSW (EDL) (CONSOLIDATED WITH C 07-2664 JSW)

1  IT IS SO AGREED AND STIPULATED.

2

3  Dated: January 8, 2008                MORGAN, LEWIS & BOCKIUS LLP

4

5                                        By: /s/
                                             Andrew J. Wu
6                                            Attorneys for Plaintiffs and
                                             Counterdefendants
7                                            ALPHA & OMEGA SEMICONDUCTOR,
                                             LTD., AND ALPHA & OMEGA
8                                            SEMICONDUCTOR, INC.

9

10 Dated: January 8, 2008                TOWNSEND AND TOWNSEND AND
                                         CREW LLP
11

12                                       By: /s/
                                             Matthew R. Hulse
13                                           Attorneys for Defendant and
                                             Counterclaimant
14                                           FAIRCHILD SEMICONDUCTOR
                                             CORPORATION
15

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3684233_1.DOC

2

STIPULATION RE: MOTION FOR A PROTECTIVE ORDER
C 07-2638 JSW (EDL) (CONSOLIDATED WITH C 07-2664 JSW)

[~~PROPOSED~~] ORDER

Pursuant to the parties' stipulation set forth above,
The hearing on January 22, 2008 is set for 2:30 p.m.
IT IS SO ORDERED. AS MODIFIED.

Dated:  January 9, 2008



_____
HON. ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3684233_1.DOC

3

STIPULATION RE: MOTION FOR A PROTECTIVE ORDER
C 07-2638 JSW (EDL) (CONSOLIDATED WITH C 07-2664 JSW)

1  Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Andrew J. Wu,
2  attest that concurrence in the filing of this document has been obtained from each of the other
3  signatories. I declare under penalty of perjury under the laws of the United States of America that
4  the foregoing is true and correct. Executed this 8 day of January, 2008, at Palo Alto, California.

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　Andrew J. Wu