**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALPHA & OMEGA SEMICONDUCTOR, LTD ET AL

       Plaintiff(s),

  v.

FAIRCHILD SEMICONDUCTOR CORPORATION

       Defendant(s).
_____/

No. C 07-02638 JSW (EDL)

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on the parties' Motions to Compel currently scheduled for January 15, 2008 at 2:00 p.m. is **continued to January 22, 2008 at 2:30 p.m.** before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco.

Dated: January 14, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
     Lili M. Harrell
     Courtroom Deputy