MORGAN, LEWIS & BOCKIUS LLP
Daniel Johnson, Jr. (State Bar No. 57409)
Brett M. Schuman (State Bar No. 189247)
Amy M. Spicer (State Bar No. 188399)
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001
E-mail:  djjohnson@morganlewis.com
         bschuman@morganlewis.com
         aspicer@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Andrew J. Wu (State Bar No. 214442)
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306-2122
Tel:  650.843.4000
Fax:  650.843.4001
E-mail:  awu@morganlewis.com

Attorneys for Plaintiffs and Counterdefendants
ALPHA & OMEGA SEMICONDUCTOR, INC.
ALPHA & OMEGA SEMICONDUCTOR, LTD.

TOWNSEND AND TOWNSEND AND CREW LLP
Eric P. Jacobs (State Bar No. 88413)
Peter H. Goldsmith (State Bar No. 91294)
Robert A. McFarlane (State Bar No. 172650)
Igor Shoiket (State Bar No. 190066)
Matthew R. Hulse (State Bar No. 209490)
Two Embarcadero Center, 8th Floor
San Francisco, CA  94111
Tel:  415.576.0200
Fax:  415.576.0300
E-mail:  epjacobs@townsend.com
         phgoldsmith@townsend.com
         ramcfarlane@townsend.com
         ishoiket@townsend.com
         mrhulse@townsend.com

Attorneys for Defendant and Counterclaimant
FAIRCHILD SEMICONDUCTOR CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>Plaintiffs and Counterdefendants,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 07-2638 JSW (EDL)<br>(Consolidated with Case No. C 07-2664 JSW)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING AOS'S MOTION FOR A PROTECTIVE ORDER PURSUANT TO CIVIL L.R. 7 TO PROHIBIT DISCLOSURE OF CONFIDENTIAL INFORMATION TO RICHARD BLANCHARD** |

## STIPULATION

WHEREAS Alpha & Omega Semiconductor, Inc., Alpha & Omega Semiconductor, Ltd. (collectively "AOS") and Fairchild Semiconductor Corp. ("Fairchild") are parties to the above captioned matters;

WHEREAS AOS filed a Motion for a Protective Order Pursuant to Civil L.R. 7 to Prohibit Disclosure of Confidential Information to Richard Blanchard ("Motion for a Protective Order") (Docket #79);

WHEREAS on December 18, 2007, the Court conducted a hearing on AOS's Motion for a Protective Order and ordered the parties to engage in further meet and confer efforts to discuss possible terms on which Dr. Blanchard could have access to information that AOS designates as "Highly Confidential – Attorneys' Eyes Only" or "Confidential" pursuant to the Protective Order entered in this case ("AOS confidential information");

WHEREAS the Court continued the hearing on AOS's Motion for a Protective Order until January 22, 2008, and ordered the parties to submit a joint update by January 15, 2008 detailing the results of their meet and confer efforts;

WHEREAS, Fairchild reserves the right in the future to request that Dr. Blanchard be permitted to access AOS confidential information not addressed in the agreement set forth below;

WHEREAS the parties have met and conferred as ordered and reached an agreement on the following terms, in addition to those set forth in the Protective Order, on which Dr. Blanchard may have access to AOS confidential information:

Until three (3) years have passed after the earlier of (1) the conclusion of this litigation or (2) the last day on which AOS confidential information is disclosed to Fairchild:

(a) Dr. Blanchard will only have access to AOS confidential information regarding the technical design, manufacture, or operation of AOS's low-voltage (*i.e.*, 200V or less) trench power MOSFET devices. Dr. Blanchard will be prohibited from reviewing any information that does not concern these products, including but not limited to AOS confidential information concerning high-voltage (i.e., more than 200V) or planar products;

(b) Dr. Blanchard will not have access to any AOS confidential information regarding AOS's agreements with its foundries, including without limitation the terms of agreements with foundries or assembly sub-contractors, including but not limited to wafer pricing and quantities, and volumes for any foundry manufacturing;

(c) Dr. Blanchard will abstain from any involvement in consulting activities—including but not limited to research, product development, engineering, manufacturing activities, or intellectual property development—relating to low-voltage trench power MOSFET products and technology, except that Dr. Blanchard shall be allowed to consult on this litigation for Fairchild as well as on the litigation currently pending between AOS and Siliconix;

(d) Dr. Blanchard will abstain from being a named inventor on or otherwise authoring or filing any patent application in the field of low-voltage trench power MOSFET technology. To allow Dr. Blanchard to pursue intellectual property based on ideas he has developed prior to reviewing AOS's confidential information, Dr. Blanchard will not be given access to any AOS confidential information until February 11, 2008, during which time Dr. Blanchard may file applications for patents, which he may continue to pursue after February 11, 2008 so long as he does not add any new matter to the applications on file as of February 11, 2008; and

(e) Dr. Blanchard will abstain from authoring any paper or publication, in the field of low-voltage trench power MOSFET technology, except that Dr. Blanchard shall be allowed to author papers or publications concerning historical developments in the field of low-voltage trench power MOSFET technology that are reviewed and approved by AOS before publication. Dr. Blanchard shall tender any draft of a historical paper or publication to AOS for review and approval no later than forty-five (45) days before the anticipated publication date. Dr. François Hébert, or another designated representative of AOS, will review and approve for publication any draft of a historical paper or publication within twenty (21) after receiving the draft so long as the draft does not contain, reflect, or reveal any AOS confidential information.

IT IS THEREFORE STIPULATED by and between the parties, through their undersigned counsel of record that Fairchild and Dr. Blanchard will comply with the above terms, in addition to those set forth in the Protective Order, regarding Dr. Blanchard's access to AOS confidential information. In light of Fairchild and Dr. Blanchard's agreement to comply with these terms, AOS withdraws its Motion for a Protective Order.

////////////////

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

3685601_1.DOC

3

STIPULATION RE: MOTION FOR A PROTECTIVE ORDER
C 07-2638 JSW (EDL) (CONSOLIDATED WITH C 07-2664 JSW)


1  IT IS SO AGREED AND STIPULATED.

2

3  Dated: January 15, 2008                MORGAN, LEWIS & BOCKIUS LLP

4

5                                         By:   /s/ Andrew J. Wu
6                                              Andrew J. Wu
                                               Attorneys for Plaintiffs and
7                                              Counterdefendants
                                               ALPHA & OMEGA SEMICONDUCTOR,
8                                              LTD., AND ALPHA & OMEGA
                                               SEMICONDUCTOR, INC.
9

10 Dated: January 15, 2008                TOWNSEND AND TOWNSEND AND
                                          CREW LLP
11

12                                        By:   /s/ Matthew R. Hulse
13                                              Matthew R. Hulse
                                                Attorneys for Defendant and
14                                              Counterclaimant
                                                FAIRCHILD SEMICONDUCTOR
15                                              CORPORATION

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3685601_1.DOC                    4    STIPULATION RE: MOTION FOR A PROTECTIVE ORDER
                                      C 07-2638 JSW (EDL) (CONSOLIDATED WITH C 07-2664 JSW)

1  **[~~PROPOSED~~] ORDER**

Pursuant to the parties' stipulation set forth above,

**IT IS SO ORDERED.**

Dated: January 17, 2008



_____
HON. ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3685601_1.DOC    5    STIPULATION RE: MOTION FOR A PROTECTIVE ORDER
C 07-2638 JSW (EDL) (CONSOLIDATED WITH C 07-2664 JSW)

1  Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Andrew J. Wu,
2  attest that concurrence in the filing of this document has been obtained from each of the other
3  signatories. I declare under penalty of perjury under the laws of the United States of America that
4  the foregoing is true and correct. Executed this 15 day of January, 2008, at Palo Alto, California.

5                                             /s/ Andrew J. Wu
6                                             Andrew J. Wu

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

3685601_1.DOC

6

STIPULATION RE: MOTION FOR A PROTECTIVE ORDER
C 07-2638 JSW (EDL) (CONSOLIDATED WITH C 07-2664 JSW)