1  TOWNSEND AND TOWNSEND AND CREW LLP
   ERIC P. JACOBS (State Bar No. 88413)
2  PETER H. GOLDSMITH (State Bar No. 91294)
   ROBERT A. McFARLANE (State Bar No. 172650)
3  IGOR SHOIKET (State Bar No. 190066)
   Two Embarcadero Center, 8th Floor
4  San Francisco, California  94111
   Telephone:    (415) 576-0200
5  Facsimile:    (415) 576-0300
   E-mail:       epjacobs@townsend.com
6                phgoldsmith@townsend.com
                 ramcfarlane@townsend.com
7                ishoiket@townsend.com

8  Attorneys for Defendant and Counterclaimant
   FAIRCHILD SEMICONDUCTOR CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>Plaintiffs and Counterdefendants,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 07-2638 JSW (EDL)<br>(Consolidated with Case No. C 07-2664 JSW)<br><br>**NOTICE OF WITHDRAWAL OF MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS**<br><br>Date:       January 22, 2008<br>Time:       2:30 p.m.<br>Courtroom:  Courtroom E, 15th Floor<br><br>Hon. Elizabeth D. Laporte |

NOTICE IS HEREBY GIVEN that defendant and counterclaimant Fairchild Semiconductor Corporation ("Fairchild") hereby withdraws, without prejudice, its Motion to Compel Responses To Interrogatories And Production Of Documents set for hearing on January 22, 2008 (court docket no.

57).  Fairchild is withdrawing the motion based upon the following premises:  (1) the parties are actively engaged in arriving at an agreement governing the use of representative parts for purposes of discovery and trial, and such an agreement should resolve the issues raised in the motion, and (2) plaintiffs and counterdefendants have represented that they are withdrawing their motion to compel, which is also set for hearing on January 22, 2008, for the same reason.

DATED:  January 17, 2008            Respectfully submitted,

By:  /s/*Eric P. Jacobs*
    Eric P. Jacobs
    Peter H. Goldsmith
    Robert A. McFarlane
    Igor Shoiket
    TOWNSEND AND TOWNSEND AND CREW LLP
    Two Embarcadero Center, 8th Floor
    San Francisco, California  94111
    Telephone:  (415) 576-0200
    Facsimile:   (415) 576-0300

Attorneys for Defendant and Counterclaimant
FAIRCHILD SEMICONDUCTOR CORPORATION

61260622 v1

NOTICE OF WITHDRAWAL OF MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS
CASE NO. C 07-02638 JSW (EDL) (CONSOLIDATED WITH CASE NO. C 07-2664 JSW)

2