Daniel Johnson, Jr. (State Bar No. 57409)
Brett M. Schuman (State Bar No. 189247)
Amy M. Spicer (State Bar No. 188399)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
djjohnson@morganlewis.com
bschuman@morganlewis.com
aspicer@morganlewis.com

Andrew J. Wu (State Bar No. 214442)
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
awu@morganlewis.com

Attorneys for Plaintiffs and Counterdefendants
ALPHA & OMEGA SEMICONDUCTOR, INC.
ALPHA & OMEGA SEMICONDUCTOR, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 07-2638 JSW (EDL)<br>(Consolidated with Case No. 07-2664 JSW)<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF WITHDRAWAL OF MOTION TO COMPEL
CASE NO. 07-2638 JSW (EDL)
(CONSOL. WITH CASE NO. 07-2664 JSW)

1  On November 13, 2007, Alpha & Omega Semiconductor, Inc. and Alpha & Omega Semiconductor, Ltd. (collectively "AOS") filed a Motion to Compel Responses to Interrogatories and Production of Documents (Docket #71, hereafter "AOS's Motion to Compel"). Defendant Fairchild Semiconductor Corp. ("Fairchild") also filed a Motion to Compel Responses to Interrogatories and Production of Documents (Docket #57, hereafter "Fairchild's Motion to Compel"). Subsequent to the filing of these motions, and at the Court's suggestion, the parties have been meeting and conferring regarding an agreement to proceed with discovery on the basis of "representative parts." Such an agreement would, if achieved, obviate the pending motions. While the parties have not yet reached a representative parts agreement, the parties believe good faith negotiations towards such an agreement have progressed to the point that the pending motions to compel can be withdrawn.

Accordingly, AOS hereby withdraws its motion to compel, Docket #71, on the understanding that Fairchild is also withdrawing its motion to compel, Docket #57. AOS reserves its right to seek relief from the Court on discovery issues, including issues addressed in AOS's motion to compel, if the parties are unable to consummate the contemplated representative parts agreement. As Fairchild is simultaneously withdrawing its motion, AOS respectfully requests that the Court cancel the continued hearing on these motions currently scheduled for January 22, 2008.

Dated:    January 17, 2008               MORGAN, LEWIS & BOCKIUS LLP

By:  /s/ Brett M. Schuman
Brett M. Schuman
*Attorneys for Plaintiffs and Counterclaim Defendants Alpha & Omega Semiconductor, Ltd. and Alpha & Omega Semiconductor, Inc.*

1  NOTICE OF WITHDRAWAL OF MOTION TO COMPEL,
CASE NO. 07-2638 JSW (EDL)
(CONSOL. WITH CASE NO. 07-2664 JSW)

## CERTIFICATE OF SERVICE

    I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                               /s/ Brett M. Schuman
                                                Brett M. Schuman