MORGAN, LEWIS & BOCKIUS LLP
Daniel Johnson, Jr. (State Bar No. 57409)
Brett Schuman (State Bar No. 189247)
Amy M. Spicer (State Bar No. 188399)
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
djjohnson@morganlewis.com
bschuman@morganlewis.com
aspicer@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Andrew J. Wu (State Bar No. 214442)
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
awu@morganlewis.com

Attorneys for Plaintiffs and Counterdefendants
ALPHA & OMEGA SEMICONDUCTOR, INC.
ALPHA & OMEGA SEMICONDUCTOR, LTD.

TOWNSEND AND TOWNSEND AND CREW LLP
Eric P. Jacobs (State Bar No. 88413)
Peter H. Goldsmith (State Bar No. 91294)
Robert A. McFarlane (State Bar No. 172650)
Igor Shoiket (State Bar No. 190066)
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111
Tel: 415.576.0200
Fax: 415.576.0300
epjacobs@townsend.com
phgoldsmith@townsend.com
ramcfarlane@townsend.com
ishoiket@townsend.com

Attorneys for Defendant and Counterclaimant
FAIRCHILD SEMICONDUCTOR CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>Plaintiffs and Counterdefendants,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 07-2638 JSW<br>(Consolidated with Case No. C-07-2664 JSW)<br><br>**JOINT SUPPLEMENTAL CASE MANAGEMENT CONFERENCE STATEMENT AND [PROPOSED] ORDER**<br><br>Date: February 1, 2008<br>Time: 1:30 p.m.<br>Location: Courtroom 2, 17th Floor<br>Judge: Jeffrey S. White |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7656625.2

JOINT CASE MGMT CONF. STMT & [PROPOSED] ORDER
C 07-2638 JSW (CONSOL. W/ C 07-2664 JSW)

Pursuant to Civil L.R. 16-9(a) and Patent L.R. 2-1(a), plaintiffs and counterdefendants Alpha & Omega Semiconductor, Ltd. and Alpha & Omega Semiconductor, Inc. (collectively, "AOS") and defendant and counterclaimant Fairchild Semiconductor Corporation ("Fairchild") jointly submit this supplemental case management statement and proposed order. Certain sections from the original Joint Case Management Statement filed on August 10, 2007 (Docket No. 28) have been omitted where the issues addressed by those sections have not changed. As described below, the Court consolidated this case for all purposes with *Fairchild Semiconductor Corp. v. Alpha & Omega Semiconductor, Inc., et al.*, Case No. 07-2664 JSW, and the parties request that all provisions of this supplemental case management statement apply to both cases.

## I. Jurisdiction and Service

This is an action arising under the patent laws of the United States, 35 U.S.C. §§ 1 *et seq*. and the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202. This Court has jurisdiction over the subject matter of this action, including Fairchild's counterclaims, pursuant to 28 U.S.C. §§ 1331 and 1338. The parties agree that venue is proper in this district and that the Court has personal jurisdiction over all current parties. There are no remaining parties to be served.

## II. Description Of The Case and Disputed Factual Issues

This is a patent infringement action. The patents-in-suit relate to certain methods and designs for semiconductor technology. On May 17, 2007, AOS filed the above-captioned suit (the "*AOS*" action) for patent infringement and declaratory judgment against Fairchild seeking relief for Fairchild's alleged willful infringement of U.S. Patent No. 5,907,776 (the "'776 patent") and U.S. Patent No. 5,767,567 (the "'567 patent"), and a declaratory judgment of alleged non-infringement of U.S. Patent No. 6,429,481 (the "'481 patent") and U.S. Patent No. 6,710,406 (the "'406 patent"). On September 28, 2007, pursuant to a stipulated order, AOS filed an amended complaint in which it additionally asserted Fairchild's willful infringement of U.S. Patent No. 5,930,630 (the "'630 patent").

On May 18, 2007, Fairchild filed suit against AOS in this Court, *Fairchild Semiconductor Corp. v. Alpha & Omega Semiconductor, Inc., et al.*, Case No. 07-2664 (the "*Fairchild*" action), seeking relief for AOS's alleged willful infringement of U.S. Patent No. 6,429,481 (the "'481

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

JOINT CASE MGMT CONF. STMT &
[PROPOSED] ORDER
C 07-2638 JSW (CONSOL. W/ C 07-2664 JSW)

1  patent"), U.S. Patent No. 6,710,406 (the "'406 patent"), U.S. Patent No. 6,521,497 (the "'497
2  patent"), and U.S. Patent No. 6,828,195 (the "'195 patent"). On September 28, 2007, pursuant to
3  a stipulated order, Fairchild filed amended counterclaims in which it additionally asserted U.S.
4  Patent No. 7,148,111 (the "'111 patent") and U.S. Patent 6,818,947 (the "'947 patent").

This Court deemed the two cases to be related within the meaning of Civil Local Rule 3-12 and the later-filed *Fairchild* action was reassigned to the Honorable Jeffrey S. White on June 15, 2007. Pursuant to the parties' stipulation, the Court thereafter consolidated the two actions into the *AOS* action, Civil Action No. 07-2638, on July 31, 2007.

AOS asserts that Fairchild has directly, indirectly, contributorily and/or by inducement infringed and continues to infringe the AOS patents-in-suit by its manufacture, use, sale, importation and/or offer for sale of certain products that embody inventions claimed in the AOS patents-in-suit. AOS alleges that this infringement is willful and deliberate. Fairchild denies AOS's allegations, including that Fairchild infringes the '776, '567, and '630 patents. Fairchild also raises a number of affirmative defenses to AOS's claims, including that the '776, '567, and '630 patents are invalid.

Fairchild asserts that AOS has directly, indirectly, contributorily and/or by inducement infringed and continues to infringe the Fairchild patents-in-suit by its manufacture, use, sale, importation and/or offer for sale of certain products that embody inventions claimed in the Fairchild patents-in-suit. Fairchild alleges that this infringement is willful and deliberate. AOS denies Fairchild's allegations, including that AOS infringes the '481, '406, '497, '195, '111, and '947 patents. AOS also raises a number of affirmative defenses to Fairchild's counterclaims, including that the '481, '406, '497, '195, '111, and '947 patents are invalid.

The principal factual issues in dispute are:

1. whether Fairchild has infringed and is infringing the AOS patents-in-suit;
2. whether Fairchild has contributed to the infringement by others of the AOS patents-in-suit;
3. whether Fairchild has induced others to infringe the AOS patents-in-suit;
4. whether any such infringement by Fairchild is willful;

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

JOINT CASE MGMT CONF. STMT &
[PROPOSED] ORDER
C 07-2638 JSW (CONSOL. W/ C 07-2664 JSW)

5. whether AOS's patents-in-suit are valid;

6. the amount of AOS's damages;

7. whether AOS has infringed and is infringing the Fairchild patents-in-suit;

8. whether AOS has contributed to the infringement by other of the Fairchild patents-in-suit;

9. whether AOS has induced other to infringe the Fairchild patents-in-suit;

10. whether any such infringement by AOS is willful;

11. whether Fairchild's patents-in-suit are valid;

12. the amount of Fairchild's damages.

## III. Description Of the Legal Issues

The principal disputed legal issues are:

1. the construction of the claims of the patents-in-suit;

2. the validity of the patents-in-suit;

3. whether any infringement was willful, and it so, the amount of enhanced damages;

4. whether an injunction (or injunctions) should issue if any of the patents-in-suit are found valid, enforceable, and infringed.

## IV. Motions

On January 17, 2008, the parties filed a joint motion for an order granting leave to designate up to seventeen terms, phrases or clauses for claim construction.  The Court has not yet issued an order resolving this joint motion.

The parties also anticipate filing motions for summary judgment on the issues of infringement and/or invalidity.

Fairchild's Position on Possible Additional Motion:  AOS recently hired Dr. Hamza Yilmaz, who was the Senior Vice President of Product and Technology Development at Fairchild until February 27, 2007, and possesses trade secret and attorney-client privileged information relating to this litigation.  Fairchild may file a motion for a protective order related to such information in the possession of Dr. Yilmaz if it deems it necessary after meeting and conferring with AOS.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

JOINT CASE MGMT CONF. STMT &
[PROPOSED] ORDER
C 07-2638 JSW (CONSOL. W/ C 07-2664 JSW)

AOS's Position: AOS believes that Fairchild's suggested motion related to Dr. Yilmaz is unnecessary and premature. As this Court is aware, all discovery-related disputes have been referred to Magistrate Judge Laporte. In addition, AOS has already instituted a number of procedures to address Dr. Yilmaz's employment. AOS has requested that Fairchild propose additional precautions it feels may be required so that the parties can meet and confer before proceeding to any motion practice, if necessary. Fairchild has not proposed any such precautions to AOS, nor has it identified any procedures Fairchild has proposed and AOS has rejected. Therefore, any suggestion of motion practice is premature.

**V.     Disclosures**

The parties served their initial disclosures before the initial case management conference with the Court on August 17, 2007. Fairchild served supplemental disclosures on December 14, 2007, and AOS intends to serve supplemental disclosures before the Case Management Conference on February 1, 2008. The parties each reserve the right to serve additional supplement disclosures as discovery continues.

**VI.    Discovery**

Discovery related to claim construction issues is on-going. The Court has referred all discovery disputes to Magistrate Judge Elizabeth D. Laporte.

In order to streamline the discovery process, the parties are currently negotiating a representative parts agreement as referenced in paragraph VIII(g) of the original joint case management conference statement filed on August 10, 2007.

In addition, Fairchild intends to amend its Preliminary Infringement Contentions.

**VII.   Settlement and ADR**

The parties have agreed to participate in private mediation after the Court has issued its claim construction ruling.

**VIII.  Scheduling**

The parties agree to the following schedule, adopted by this Court in its October 10, 2007 Order:

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

JOINT CASE MGMT CONF. STMT &
[PROPOSED] ORDER
C 07-2638 JSW (CONSOL. W/ C 07-2664 JSW)

| EVENT | PARTIES' PROPOSED DATES |
|---|---|
| Joint Claim Construction Statement Due  (Patent L.R. 4-3) | February 8, 2008, provided the Court modifies the schedule pursuant to the parties' stipulation filed concurrently. |
| Discovery on Claim Construction Closes  (Patent L.R. 4-4) | February 27, 2008 |
| Opening Claim Construction Brief(s) Due  (Patent L.R. 4-5(a)) | March 13, 2008 |
| Opposition Claim Construction Brief(s) Due  (Patent L.R. 4-5(b)) | March 27, 2008 |
| Reply Claim Construction Brief(s) Due  (Patent L.R. 4-5(c)) | April 7, 2008 |
| Tutorial | May 20, 2008 at 2:00p.m. |
| Claim Construction Hearing | May 28, 2008 at 1:30p.m. |
| Fact Discovery Cut-off | Remainder of dates to be set during post-claim construction case management conference |
| Disclosure of Identity of Liability Experts | |
| Written Expert Reports Due | |
| Rebuttal Expert Reports Due | |
| Expert Discovery Cut-off | |
| Deadline for Filing Dispositive Motions | |
| Pre-trial Conference | |
| Trial | |

### IX. Patent Related Issues Pursuant To Patent Local Rule 2-1(a)

#### A. Use of A Special Master for Claim Construction

On January 14, 2007, the parties filed a joint motion requesting leave to designate up to 17 terms, phrases or clauses for construction.  *See* Joint Motion for an Order Granting Leave to

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6

JOINT CASE MGMT CONF. STMT &
[PROPOSED] ORDER
C 07-2638 JSW (CONSOL. W/ C 07-2664 JSW)

Designate Up to Seventeen Terms, Phrases or Clauses for Claim Construction, filed on January 17, 2008, Docket No. 134. As detailed in the motion, the parties respectfully seek leave to designate the additional terms and would consider the use of a mutually agreeable Special Master with respect to claim construction in the event the Court deems it useful.

### B. Order of Presentation at the Claim Construction Hearing

The parties propose that AOS will present first at the claim construction hearing with respect to the construction of claims of the AOS patents-in-suit and that Fairchild will present first at the claims construction hearing with respect to the construction of the claims of the Fairchild patents-in-suit.

### C. Extrinsic Evidence and Live Testimony at the Claim Construction Hearing

Currently, the parties do not anticipate presenting live testimony at the Claim Construction Hearing. If these positions change during the course of discovery and briefing, the parties will seek the Court's approval should they decide to present extrinsic evidence at the hearing pursuant to the Court's Standing Order for Patent Cases ¶ 10.

### D. Need for Limits on Discovery Relating to Claim Construction

The parties do not envision the need for any limits on discovery related to claim construction, other than those provided by the Federal Rules or as provided by this Case Management Order.

### E. Scheduling of a Claim Construction Pre-hearing Conference

At this time, the parties do not anticipate the need for the scheduling of a Claim Construction Prehearing Conference.

Dated: January 25, 2008            MORGAN, LEWIS & BOCKIUS LLP


By: /s/ Brett M. Schuman
    Brett M. Schuman
    Attorneys for Plaintiffs and
    Counterdefendants
    ALPHA & OMEGA SEMICONDUCTOR,
    LTD., AND ALPHA & OMEGA
    SEMICONDUCTOR, INC.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

7

JOINT CASE MGMT CONF. STMT &
[PROPOSED] ORDER
C 07-2638 JSW (CONSOL. W/ C 07-2664 JSW)

1  Dated: January 25, 2008                    TOWNSEND AND TOWNSEND AND
                                              CREW LLP


                                              By: /s/ Eric P. Jacobs
                                                  Eric P. Jacobs
                                                  Attorneys for Defendant and
                                                  Counterclaimant
                                                  FAIRCHILD SEMICONDUCTOR
                                                  CORPORATION


## [PROPOSED] CASE MANAGEMENT ORDER

The Joint Supplemental Case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case. The parties shall comply with this Order.

**IT IS SO ORDERED.**

Dated:

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

8                    JOINT CASE MGMT CONF. STMT &
                     [PROPOSED] ORDER
                     C 07-2638 JSW (CONSOL. W/ C 07-2664 JSW)

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Amy M. Spicer, am the ECF user whose ID and password are being used to file this Joint Supplemental Case Management Conference Statement and [Proposed] Order. In compliance with General Order 45, X.B., I declare under the penalty of perjury under the laws of the United States of America that Brett M. Schuman and Eric P. Jacobs have concurred in this filing.

Executed this 25th day of January 2008, at San Francisco, California.

      /s/ Amy M. Spicer
      Amy M. Spicer