1   MORGAN, LEWIS & BOCKIUS LLP
    Daniel Johnson, Jr. (State Bar No. 57409)
2   Brett Schuman (State Bar No. 189247)
    Amy M. Spicer (State Bar No. 188399)
3   One Market, Spear Street Tower
    San Francisco, CA  94105-1126
4   Tel:  415.442.1000
    Fax:  415.442.1001
5   djjohnson@morganlewis.com
    bschuman@morganlewis.com
6   aspicer@morganlewis.com

7   MORGAN, LEWIS & BOCKIUS LLP
    Andrew J. Wu (State Bar No. 214442)
8   2 Palo Alto Square
    3000 El Camino Real, Suite 700
9   Palo Alto, CA  94306-2122
    Tel:  650.843.4000
10  Fax:  650.843.4001
    awu@morganlewis.com

11

    Attorneys for Plaintiffs and
12  Counterdefendants
    ALPHA & OMEGA SEMICONDUCTOR,
13  INC.
    ALPHA & OMEGA SEMICONDUCTOR,
14  LTD.

TOWNSEND AND TOWNSEND AND
CREW LLP
Eric P. Jacobs (State Bar No. 88413)
Peter H. Goldsmith (State Bar No. 91294)
Robert A. McFarlane (State Bar No. 172650)
Igor Shoiket (State Bar No. 190066)
Two Embarcadero Center, 8th Floor
San Francisco, CA  94111
Tel:  415.576.0200
Fax:  415.576.0300
epjacobs@townsend.com
phgoldsmith@townsend.com
ramcfarlane@townsend.com
ishoiket@townsend.com

Attorneys for Defendant and
Counterclaimant
FAIRCHILD SEMICONDUCTOR
CORPORATION

15                UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17                   SAN FRANCISCO DIVISION

18

19

20  ALPHA & OMEGA SEMICONDUCTOR,
    INC., a California corporation; and
    ALPHA & OMEGA SEMICONDUCTOR,
21  LTD., a Bermuda corporation,

22          Plaintiffs and Counterdefendants,

23                      v.

24  FAIRCHILD SEMICONDUCTOR
    CORP., a Delaware corporation,

25          Defendant and Counterclaimant.

26

27  AND RELATED COUNTERCLAIMS

Case No. C 07-2638 JSW
(Consolidated with Case No. C-07-2664 JSW)

**STIPULATION AND [PROPOSED]
ORDER MODIFYING PATENT LOCAL
RULE 4-3 SCHEDULE**

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7658247.1

On January 17, 2008, the parties filed a joint motion for an order granting leave to designate up to seventeen terms, phrases or clauses for claim construction. The Court has not yet issued an order resolving this joint motion. The parties anticipate that the joint motion and the claim construction process will be a subject for discussion at the up-coming Case Management Conference on February 1, 2008. Because the parties need the Court's guidance before finalizing their Joint Claim Construction and Prehearing Statement, currently due on January 31, 2008, the parties stipulate, by and through their respective counsel, and respectfully request that the Court modify the schedule set forth in Patent Local Rule 4-3 as follows:

| EVENT | PRIOR DATE | NEW DATE |
|---|---|---|
| Joint Claim Construction Statement Due  (Patent L.R. 4-3) | January 31, 2008 | February 8, 2008 |

Dated: January 25, 2008                           MORGAN, LEWIS & BOCKIUS LLP


By: /s/ Brett M. Schuman
    Brett M. Schuman
    Attorneys for Plaintiffs and
    Counterdefendants
    ALPHA & OMEGA SEMICONDUCTOR,
    LTD., AND ALPHA & OMEGA
    SEMICONDUCTOR, INC.


Dated: January 25, 2008                           TOWNSEND AND TOWNSEND AND
                                                        CREW LLP


By: /s/ Eric P. Jacobs
    Eric P. Jacobs
    Attorneys for Defendant and
    Counterclaimant
    FAIRCHILD SEMICONDUCTOR
    CORPORATION

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7658247.1                                2          STIP. MODIFYING PATENT LOCAL RULE 4-3 &
[PROPOSED] ORDER
C 07-2638 JSW (CONSOL. W/ C 07-2664 JSW)

1

## [PROPOSED] ORDER

2

3        Pursuant to the foregoing stipulation, the schedule in Patent Local Rule 4-3 is modified as

set forth above.

4

5        **IT IS SO ORDERED.**

Dated:

6

7                                          _____

                                           HON. JEFFREY S. WHITE
8                                          UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Amy M. Spicer, am the ECF user whose ID and password are being used to file this

Stipulation and [Proposed] Order Modifying Patent Local Rule 4-3 Schedule.  In compliance with

General Order 45, X.B., I declare under the penalty of perjury under the laws of the United States

of America that Brett M. Schuman and Eric P. Jacobs have concurred in this filing.

Executed this 25th day of January 2008, at San Francisco, California.


        /s/ Amy M. Spicer       .
           Amy M. Spicer

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7658247.1

4

STIP. MODIFYING PATENT LOCAL RULE 4-3 &
[PROPOSED] ORDER
C 07-2638 JSW (CONSOL. W/ C 07-2664 JSW)