MORGAN, LEWIS & BOCKIUS LLP
Daniel Johnson, Jr. (State Bar No. 57409)
Brett Schuman (State Bar No. 189247)
Amy M. Spicer (State Bar No. 188399)
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
djjohnson@morganlewis.com
bschuman@morganlewis.com
aspicer@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Andrew J. Wu (State Bar No. 214442)
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
awu@morganlewis.com

Attorneys for Plaintiffs and
Counterdefendants
ALPHA & OMEGA SEMICONDUCTOR, INC.
ALPHA & OMEGA SEMICONDUCTOR, LTD.

TOWNSEND AND TOWNSEND AND CREW LLP
Eric P. Jacobs (State Bar No. 88413)
Peter H. Goldsmith (State Bar No. 91294)
Robert A. McFarlane (State Bar No. 172650)
Igor Shoiket (State Bar No. 190066)
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111
Tel: 415.576.0200
Fax: 415.576.0300
epjacobs@townsend.com
phgoldsmith@townsend.com
ramcfarlane@townsend.com
ishoiket@townsend.com

Attorneys for Defendant and
Counterclaimant
FAIRCHILD SEMICONDUCTOR CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>　　　　Plaintiffs and Counterdefendants,<br><br>　　v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>　　　　Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 07-2638 JSW<br>(Consolidated with Case No. C-07-2664 JSW)<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING PATENT LOCAL RULE 4-3 SCHEDULE** |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7658247.1

STIP. MODIFYING PATENT LOCAL RULE 4-3 &
[PROPOSED] ORDER
C 07-2638 JSW (CONSOL. W/ C 07-2664 JSW)

On January 17, 2008, the parties filed a joint motion for an order granting leave to designate up to seventeen terms, phrases or clauses for claim construction. The Court has not yet issued an order resolving this joint motion. The parties anticipate that the joint motion and the claim construction process will be a subject for discussion at the up-coming Case Management Conference on February 1, 2008. Because the parties need the Court's guidance before finalizing their Joint Claim Construction and Prehearing Statement, currently due on January 31, 2008, the parties stipulate, by and through their respective counsel, and respectfully request that the Court modify the schedule set forth in Patent Local Rule 4-3 as follows:

| EVENT | PRIOR DATE | NEW DATE |
| --- | --- | --- |
| Joint Claim Construction Statement Due (Patent L.R. 4-3) | January 31, 2008 | February 8, 2008 |

Dated: January 25, 2008                    MORGAN, LEWIS & BOCKIUS LLP


By: /s/ Brett M. Schuman
    Brett M. Schuman
    Attorneys for Plaintiffs and
    Counterdefendants
    ALPHA & OMEGA SEMICONDUCTOR,
    LTD., AND ALPHA & OMEGA
    SEMICONDUCTOR, INC.

Dated: January 25, 2008                    TOWNSEND AND TOWNSEND AND CREW LLP


By: /s/ Eric P. Jacobs
    Eric P. Jacobs
    Attorneys for Defendant and
    Counterclaimant
    FAIRCHILD SEMICONDUCTOR
    CORPORATION

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7658247.1                    2         STIP. MODIFYING PATENT LOCAL RULE 4-3 &
                                            [PROPOSED] ORDER
                                            C 07-2638 JSW (CONSOL. W/ C 07-2664 JSW)

# [PROPOSED] ORDER

Pursuant to the foregoing stipulation, the schedule in Patent Local Rule 4-3 is modified as set forth above.

**IT IS SO ORDERED.**

Dated: Janaury 30, 2008

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7658247.1

3

STIP. MODIFYING PATENT LOCAL RULE 4-3 &
[PROPOSED] ORDER
C 07-2638 JSW (CONSOL. W/ C 07-2664 JSW)