# EXHIBIT A

# AGREED CLAIM CONSTRUCTIONS

| Term, Phrase, or Clause | Agreed Construction |
|---|---|
| **gate runners**<br><br>Found in 5,767,567, claim 7 | conductive gate stripes that divide the source contact area into several sub-contact areas; where a gate runner can extend partially across the surface of the device or entirely across the surface of the device, and in the latter case may have a middle opening |
| **determining a total number of lead wires**<br><br>Found in 5,767,567, claim 7 | determining the total number of lead wires to be connected to the source contact area by considering at least the number of lead wires the device needs and the number of lead wires the lead frame can accommodate |
| **disposing several of said lead wires in each of said sub-contact areas according to said set of area proportional ratios**<br><br>Found in 5,767,567, claim 7 | connecting several* lead wires to each sub-contact area so that the ratio of lead wires to area is the same for each of the sub-contact areas<br><br>* - The word "several" in this phrase will use the Court's construction of "several." |
| **proximal to said source region**<br><br>Found in 5,907,776, claim 1 | near the source region |
| **adjacent to said source region**<br><br>Found in 5,907,776, claims 13, 25 | near the source region |
| **overlying insulation layer**<br><br>Found in 5,930,630, claim 1 | An insulation layer, at least part of which becomes part of the finished MOSFET device |
| **top portion of said substrate**<br><br>Found in 5,930,630, claim 3 | a portion from the top of the substrate, which does not extend to the bottom of the source region |
| **plurality of doped wells in the plurality of epitaxial mesas**<br><br>Found in 7,148,111, claim 29 | two or more doped wells, each of which is located in one of the two or more epitaxial mesas |

| | |
|---|---|
| **wherein said dosage of said second dopant has a doping concentration that is greater than said dosage of said third dopant**<br><br>Found in 6,521,497, claim 1 | the implant dosage of the second dopant is greater than the implant dosage of the third dopant |
| **epitaxial mesas**<br><br>Found in 7,148,111, claim 29 | epitaxial structures having a relatively flat top surface and steep side surfaces, and interposed between adjacent trenches |
| **single conductor**<br><br>Found in 6,818,947, claim 1 | a first conductor portion electrically connected to a second conductor portion |

61270444 v3