# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# AMENDED CIVIL MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**  **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: February 1, 2008  **Court Reporter:** Lydia Zinn

**CASE NO. C-07-2638  JSW**

**TITLE:** Alpha and Omega Smiconductor, Ltd., et al., v. Fairchild Semiconductor Corp.

| COUNSEL FOR PLAINTIFF: | COUNSEL FOR DEFENDANT: |
|---|---|
| Daniel Johnson | Eric Jacobs |
| Brett Schuman | Igor Shoiket |

**PROCEEDINGS:**  Further Case Management Conference

**RESULTS:**  The Court shall construe 10 terms, not the 17 requested.

Joint Claim Construction Statement due:  2-8-08

Close of Discovery on Claims Construction:  2-27-08

Opening Claims Construction brief(s) due:  3-13-08

**Opposition Claim Construction brief(s) due:  3-27-08**

Reply Claims Construction brief(s) due:  **4-7-08**

Claims Construction Tutorial (to be video recorded by parties):  5-28-08 at 2:00 p.m.

Claims Construction Hearing:  6-4-08 at 2:00 p.m.