| | |
|---|---|
| TOWNSEND AND TOWNSEND AND CREW LLP<br>Eric P. Jacobs (State Bar No. 88413)<br>Peter H. Goldsmith (State Bar No. 91294)<br>Robert A. McFarlane (State Bar No. 172650)<br>Igor Shoiket (State Bar No. 190066)<br>Matthew R. Hulse (State Bar No. 209490)<br>Two Embarcadero Center, 8th Floor<br>San Francisco, CA 94111<br>Tel: 415.576.0200<br>Fax: 415.576.0300<br>E-mail: epjacobs@townsend.com<br>          phgoldsmith@townsend.com<br>          ramcfarlane@townsend.com<br>          ishoiket@townsend.com<br>          mrhulse@townsend.com<br><br>Attorneys for Defendant and Counterclaimant<br>FAIRCHILD SEMICONDUCTOR CORPORATION | MORGAN, LEWIS & BOCKIUS LLP<br>Daniel Johnson, Jr. (State Bar No. 57409)<br>Brett M. Schuman (State Bar No. 189247)<br>Amy M. Spicer (State Bar No. 188399)<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1126<br>Tel: 415.442.1000<br>Fax: 415.442.1001<br>E-mail: djjohnson@morganlewis.com<br>          bschuman@morganlewis.com<br>          aspicer@morganlewis.com<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>Andrew J. Wu (State Bar No. 214442)<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 700<br>Palo Alto, CA 94306-2122<br>Tel: 650.843.4000<br>Fax: 650.843.4001<br>E-mail: awu@morganlewis.com<br><br>Attorneys for Plaintiffs and Counterdefendants<br>ALPHA & OMEGA SEMICONDUCTOR, INC.<br>ALPHA & OMEGA SEMICONDUCTOR, LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>Plaintiffs and Counterdefendants,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>Defendant and Counterclaimant. | Case No. C 07-2638 JSW (EDL)<br>(Consolidated with Case No. C 07-2664 JSW)<br><br>**STIPULATION AND [PROPOSED] ORDER AMENDING THE COURT'S JANUARY 17, 2008, ORDER REGARDING DISCLOSURE OF CONFIDENTIAL INFORMATION TO RICHARD BLANCHARD** |
| AND RELATED COUNTERCLAIMS | |

## STIPULATION

WHEREAS Alpha & Omega Semiconductor, Inc., Alpha & Omega Semiconductor, Ltd. (collectively "AOS") and Fairchild Semiconductor Corporation ("Fairchild") are parties to the above-captioned matters;

WHEREAS on January 17, 2008, the Court issued an Order (Docket No. 131) (the "Blanchard Disclosure Order") pursuant to the parties' stipulation, adopting the terms of an agreement between the parties regarding the terms on which Dr. Blanchard could have access to information that AOS designates as "Highly Confidential – Attorneys' Eyes Only" or "Confidential" pursuant to the Protective Order entered in this case ("AOS confidential information");

WHEREAS the terms of the Blanchard Disclosure Order provide in part:

> To allow Dr. Blanchard to pursue intellectual property based on ideas he has developed prior to reviewing AOS's confidential information, Dr. Blanchard will not be given access to any AOS confidential information until February 11, 2008, during which time Dr. Blanchard may file applications for patents, which he may continue to pursue after February 11, 2008 so long as he does not add any new matter to the applications on file as of February 11, 2008;

(Blanchard Disclosure Order at 3.)

WHEREAS, Fairchild informed AOS that, due to filing errors, Dr. Blanchard was unable to properly file patent applications in the field of low-voltage trench power MOSFET technology by February 11, 2008 (the deadline set forth in the Blanchard Disclosure Order), and that he needed a short extension of the February 11, 2008, deadline.

WHEREAS, Dr. Blanchard has not yet been given access to any AOS confidential information;

IT IS THEREFORE STIPULATED by and between the parties, through their undersigned counsel of record, that the deadline by which Dr. Blanchard is permitted to file patent applications in the field low-voltage trench power MOSFET technology is extended from February 11, 2008, to February 19, 2008, and that he may continue to pursue patents based on those applications after February 19, 2008, so long as he does not add any new matter to the applications on file as of

1  February 19, 2008. The parties further stipulate that Dr. Blanchard will not be given access to
2  AOS confidential information until February 20, 2008.
3        IT IS SO AGREED AND STIPULATED.

4
5  Dated: March 13, 2008             MORGAN, LEWIS & BOCKIUS LLP

6
7                                              By: /s/
8                                                   Brett M. Schuman
                                                    Attorneys for Plaintiffs and
9                                                   Counterdefendants
                                                    ALPHA & OMEGA SEMICONDUCTOR,
10                                                  LTD., AND ALPHA & OMEGA
                                                    SEMICONDUCTOR, INC.
11
12 Dated: March 13, 2008             TOWNSEND AND TOWNSEND AND
                                                  CREW LLP
13
14                                              By: /s/
15                                                  Matthew R. Hulse
                                                    Attorneys for Defendant and
16                                                  Counterclaimant
                                                    FAIRCHILD SEMICONDUCTOR
17                                                  CORPORATION

18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation set forth above,

**IT IS SO ORDERED.**

Dated:

_____
HON. ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

1 |       Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Matthew R. Hulse, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 13th day of March, 2008, at San Francisco, California.

                                                                   /s/_____
                                                                 Matthew R. Hulse

61289600 v1