TOWNSEND AND TOWNSEND AND CREW LLP
ERIC P. JACOBS (State Bar No. 88413)
PETER H. GOLDSMITH (State Bar No. 91294)
ROBERT A. McFARLANE (State Bar No. 172650)
IGOR SHOIKET (State Bar No. 190066)
Two Embarcadero Center, 8th Floor
San Francisco, California  94111
Telephone:     (415) 576-0200
Facsimile:     (415) 576-0300
E-mail:        epjacobs@townsend.com
               phgoldsmith@townsend.com
               ramcfarlane@townsend.com
               ishoiket@townsend.com

Attorneys for Defendant and Counterclaimant
FAIRCHILD SEMICONDUCTOR CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>Plaintiffs and Counterdefendants,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 07-2638 JSW<br>(Consolidated with Case No. C 07-2664 JSW)<br><br>**DECLARATION OF ERIC P. JACOBS IN SUPPORT OF FAIRCHILD'S OPENING CLAIM CONSTRUCTION BRIEF**<br><br>Date:          June 4, 2008<br>Time:          2:00 p.m.<br>Courtroom:     Hon. Jeffrey S. White |

1  I, ERIC P. JACOBS, declare and state that:

2  1.  I am one of the attorneys of record for defendant and counterclaimant Fairchild Semiconductor Corporation ("Fairchild"), and if called as a witness, I would testify to the following facts, which are within my own personal knowledge.

3  2.  A true and correct copy of U.S. Patent No. 6,429,481 is attached hereto as Exhibit A.

4  3.  A true and correct copy of U.S. Patent No. 6,521,497 is attached hereto as Exhibit B.

5  4.  A true and correct copy of U.S. Patent No. 6,710,406 is attached hereto as Exhibit C.

6  5.  A true and correct copy of U.S. Patent No. 6,818,947 is attached hereto as Exhibit D.

7  6.  A true and correct copy of U.S. Patent No. 6,828,195 is attached hereto as Exhibit E.

8  7.  A true and correct copy of U.S. Patent No. 7,148,111 is attached hereto as Exhibit F.

9  8.  A true and correct copy of a Preliminary Amendment to U.S. Patent Application No. 08/970,221 stamped by the U.S. Patent and Trademark Office as being received on September 5, 2000 is attached hereto as Exhibit G.

10  9.  A true and correct copy of AOS's Proposed Claim Construction served on or about January 9, 2008 is attached hereto as Exhibit H.

11  10.  A true and correct copy of the Joint Claim Construction and Pre-Hearing Statement filed in this case on February 8, 2008 is attached hereto as Exhibit I.

12  11.  A true and correct copy of an Amendment to U.S. Patent Application No. 08/970,221 stamped by the U.S. Patent and Trademark Office as being received on June 7, 2001 is attached hereto as Exhibit J.

13  12.  A true and correct copy of an Amendment to U.S. Patent Application No. 08/970,221 stamped by the U.S. Patent and Trademark Office as being received on December 31, 2001 is attached hereto as Exhibit K.

14  13.  A true and correct copy of an excerpt from "Modern Power Devices" by B. Jayant Baliga is attached hereto as Exhibit L.

/ / /

/ / /

/ / /

1  I declare under penalty of perjury under the laws of the United States that the foregoing is true
2  and correct.
3  EXECUTED this 13th day of March, 2008, at San Francisco, California.

4  /s/*Eric P. Jacobs*
   ERIC P. JACOBS

5  61307885 v1

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28