1  DANIEL JOHNSON, JR. (SBN 57409)
   BRETT M. SCHUMAN (SBN 189247)
2  **MORGAN, LEWIS & BOCKIUS** LLP
   One Market, Spear Street Tower
3  San Francisco, CA 94105-1126
   Tel: 415.442.1000
4  Fax: 415.442.1001
   djjohnson@morganlewis.com
5  bschuman@morganlewis.com

6  ANDREW J. WU (SBN 214442)
   DAVID V. SANKER (SBN 251260)
7  **MORGAN, LEWIS & BOCKIUS** LLP
   2 Palo Alto Square
8  3000 El Camino Real, Suite 700
   Palo Alto, CA 94306-2122
9  Tel: 650.843.4000
   Fax: 650.843.4001
10 awu@morganlewis.com
   dsanker@morganlewis.com
11
   Attorneys for Plaintiffs and Counterdefendants
12 ALPHA & OMEGA SEMICONDUCTOR, LTD.
13 ALPHA & OMEGA SEMICONDUCTOR, INC.

14

15                UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17                    SAN FRANCISCO DIVISION

18

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation; and ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation, <br><br> Plaintiffs and Counterdefendants, <br><br> v. <br><br> FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation, <br><br> Defendant and Counterclaimant. <br><br> AND RELATED COUNTERCLAIMS. | Case No. C 07-2638 JSW <br> (Consolidated with Case No. C-07-2664 JSW) <br><br> **DECLARATION OF ANDREW J. WU IN SUPPORT OF ALPHA & OMEGA SEMICONDUCTOR, LTD AND ALPHA & OMEGA SEMICONDUCTOR, INC'S OPENING CLAIM CONSTRUCTION BRIEF PURSUANT TO CIVIL L. R. 16-11(D)(1)** <br><br> Date: June 4, 2008 <br> Time: 2:00 PM <br> Place: Courtroom 2, 17th Floor <br> Judge: Honorable Jeffrey S. White |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-PA/3692112.1

WU DECLARATION IN SUPPORT OF AOS'S
OPENING CLAIM CONSTRUCTION BRIEF
(C 07-2638 JSW)

I, Andrew J. Wu, hereby declare as follows:

1. I am a partner of the law firm of Morgan, Lewis & Bockius LLP, 2 Palo Alto Square Avenue, 3000 El Camino Real, Suite 700, Palo Alto, California 94306, and a member in good standing of the Bar of the State of California and Illinois. Morgan, Lewis & Bockius LLP has been retained as trial counsel for the Plaintiffs and Counterdefendants Alpha & Omega Semiconductor, LTD and Alpha & Omega Semiconductor, Inc., in the present action. I submit this declaration in support of Alpha & Omega Semiconductor, LTD and Alpha & Omega Semiconductor, Inc.'s Opening Claim Construction Brief Pursuant to Civil L. R. 16-11(d)(1).

2. Attached hereto as Exhibit 1 is a true and correct copy of United States Patent No. 5,767,567.

3. Attached hereto as Exhibit 2 is a true and correct copy of United States Patent No. 5,907,776.

4. Attached hereto as Exhibit 3 is a true and correct copy of United States Patent No. 5,930,630.

5. Attached hereto as Exhibit 4 is a true and correct copy of the definition of "several," in the OXFORD ENGLISH DICTIONARY ONLINE, (downloaded on 03/12/2008).

6. Attached hereto as Exhibit 5 is a true and correct copy of page 1073 of MERRIAM WEBSTER'S COLLEGIATE DICTIONARY (10th ed. 1997) (defining "several").

7. Attached hereto as Exhibit 6 is a true and correct copy of page 1324 of the MICROSOFT ENCARTA COLLEGE DICTIONARY (2001) (defining "several").

8. Attached hereto as Exhibit 7 is a true and correct copy of pages 186 and 313 of THE IEEE STANDARD DICTIONARY OF ELECTRICAL AND ELECTRONICS TERMS (6th ed. 1997) (defining "compensated semiconductor" and "doping compensation").

9. Attached hereto as Exhibit 8 is a true and correct copy of page 102 of Donald A. Neaman, *An Introduction to Semiconductor Devices* (2006) (defining "compensated semiconductor").

10. Attached hereto as Exhibit 9 is a true and correct copy of pages 138 and 214 of the MODERN DICTIONARY OF ELECTRONICS (7th ed. 1999) (defining "compensated semiconductor" and "doping compensation").

11. Attached hereto as Exhibit 10 is a true and correct copy of page 130 of WILEY ELECTRICAL AND ELECTRONICS ENGINEERING DICTIONARY (2004) (defining "compensated semiconductor").

12. Attached hereto as Exhibit 11 is a true and correct copy of the parties' Joint Claim Construction and Pre-Hearing Statement, dated February 8, 2008, with attached exhibits A and B.

I declare under of penalty of perjury that the foregoing is true and correct. Executed in Palo Alto, California.

Dated: March 13, 2008

by _____
Andrew J. Wu

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

WU DECLARATION IN SUPPORT OF AOS'S
OPENING CLAIM CONSTRUCTION BRIEF
(C 07-2638 JSW)