# EXHIBIT 5

# Merriam-Webster's Collegiate® Dictionary

TENTH EDITION

AOS_F00014036

Case 3:07-cv-02638-JSW   Document 149-6   Filed 03/13/2008   Page 3 of 5



# Merriam-Webster's Collegiate® Dictionary

## TENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.

AOS_F00014037



## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1997 by Merriam-Webster, Incorporated

Philippines Copyright 1997 by Merriam-Webster, Incorporated

ISBN 0-87779-711-0

Merriam-Webster's Collegiate® Dictionary, Tenth Edition principal copyright 1993

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

3456RMcN999897

out plans for ⟨*set up* a bank robbery⟩ **12 a** : to pay for (drinks)  **b** : to treat (someone) to something  **13 a** : to put in a compromising or dangerous position usu. by trickery or deceit  **b** : FRAME 3  **14** : to execute one or more plays in preparation for scoring  ~ *vi*  **1** : to come into active operation or use  **2** : to begin business  **3** : to make ⟨*pretensions* ⟨has never *set up* to be a wise man —Thomas Rogers⟩  **4** : to become firm or consolidated : HARDEN — **set up housekeeping** : to establish one's living quarters — **set up shop** : to establish one's business

**sev·en** \'se-vən, 'se-bᵊm\ *n* [ME, fr. *seven*, adj., fr. OE *seofon*; akin to OHG *sibun* seven, L *septem*, Gk *hepta*] (bef. 12c)  **1** — see NUMBER table  **2** : the seventh in a set or series (the ~ of diamonds)  **3** : something having seven units or members — **seven** *adj* — **seven** *pron*, *pl in constr*

**sev·en·fold** \-,fōld\ *adj* (bef. 12c)  **1** : having seven units or members  **2** : being seven times as great or as many — **sevenfold** *adv*

**seven seas** *n pl* (1872) : all the waters or oceans of the world

**sev·en·teen** \,se-vən-'tēn, ,se-bᵊm-\ *adj* [ME *seventene*, fr. OE *seofontene*; akin to OE *tien* ten] (14c) — see NUMBER table — **seventeen** *adj* — **seventeen** *pron, pl in constr* — **sev·en·teenth** \-'tēn(t)th\ *adj or n*

**seventeen-year locust** *n* (1817) : a cicada (*Magicicada septendecim*) of the U.S. that has in the North a life of seventeen years and in the South of thirteen years, of which most is spent underground as a nymph and only a few weeks as a winged adult

**sev·enth** \'se-vən(t)th, 'se-bᵊm(t)th\ *n, pl* **sevenths** \'se-vən(t)s, -vən(t)ths; 'se-bᵊm(t)s, -bᵊm(t)ths\  **1** — see NUMBER table  **2 a** : a musical interval embracing seven diatonic degrees  **b** : a tone at this interval; *specif* : LEADING TONE  **c** : the harmonic combination of two tones a seventh apart — **seventh** *adj or adv*

**seventh chord** *n* (ca. 1909) : a chord comprising a fundamental tone with its third, fifth, and seventh

**Seventh-Day** *adj* (1684) : advocating or practicing observance of Saturday as the Sabbath

**seventh heaven** *n* [fr. the seventh being the highest of the seven heavens of Islamic and cabalist doctrine] (1818) : a state of extreme joy

**sev·en·ty** \'se-vən-tē, 'se-bᵊm-, -dē\ *n, pl* -**ties** [*seventy*, adj., fr. ME fr. OE *seofontig*, short for *hundseofontig*, n., group of seventy, fr. *hund* hundred + *seofon* seven + *-tig* group of ten; akin to OE *tien* ten] (13c)  **1** — see NUMBER table  **2** *pl* : the numbers 70 to 79; *specif* : the years 70 to 79 in a lifetime or century  **3** *cap* : a Mormon elder ordained for missionary work under the apostles — **sev·en·ti·eth** \-tē-əth, -də-\ *adj or n* — **seventy** *adj* — **seventy** *pron, pl in constr*

**sev·en·ty–eight** \,se-vən-tē-'āt, ,se-bᵊm-, -də-\ *n* (ca. 1934)  **1** — see NUMBER table  **2** : a phonograph record designed to be played at 78 revolutions per minute — usu. written 78 — **seventy–eight** *adj* — **seventy–eight** *pron, pl in constr*

**sev·en–up** \,se-və-'nəp, ,se-bᵊm-'əp\ *n* (1830) : an American variety of all fours in which a total of seven points constitutes game

**-er** \'se-vər\ *vb* **sev·ered**; **sev·er·ing** \'sev-riŋ, 'se-və-\ [ME, fr. MF *sevrer*, fr. L *separare* — more at SEPARATE] *vt* (14c) : to put or keep apart : DIVIDE; *esp* : to remove (as a part) by or as if by cutting  ~ *vi* : to become separated  **syn** see SEPARATE

**sev·er·able** \'sev-rə-bəl, 'se-və-\ *adj* (1548) : capable of being severed; *esp* : capable of being divided into legally independent rights or obligations — **sev·er·abil·i·ty** \,sev-rə-'bi-lə-tē, ,se-və-\ *n*

**¹sev·er·al** \'sev-rəl, 'se-və-\ *adj* [ME, fr. AF, fr. ML *separalis*, fr. L *separ* separate, back-formation fr. *separare* to separate] (15c)  **1 a** : separate or distinct from one another ⟨federal union of the ~ states⟩  **b** (1) : individually owned or controlled : EXCLUSIVE ⟨a ~ fishery⟩ — compare COMMON  (2) : of or relating separately to each individual involved ⟨a ~ judgment⟩  **c** : being separate and distinctive : RESPECTIVE ⟨specialists in their ~ fields⟩  **2 a** : more than one ⟨~ pleas⟩  **b** : more than two but fewer than many ⟨moved ~ inches⟩  **c** *chiefly dial* : being a great many

**²several** *pron, pl in constr* (1686) : an indefinite number more than two and fewer than many ⟨~ of the guests⟩

**sev·er·al·fold** \,sev-rəl-'fōld, ,se-və-\ *adj* (1738)  **1** : having several parts or aspects  **2** : being several times as large, as great, or as many as some understood size, degree, or amount — **severalfold** *adv*

**sev·er·al·ly** \'sev-rə-lē, 'se-və-\ *adv* (14c)  **1** : one at a time : each by itself : SEPARATELY  **2** : apart from others : INDEPENDENTLY

**sev·er·al·ty** \'sev-rəl-tē, 'se-və-\ *n* [ME *severalte*, fr. AF *severalté*, fr. *several*] (15c)  **1** : the quality or state of being several : DISTINCTNESS, SEPARATENESS  **2 a** : a sole, separate, and exclusive possession, dominion, or ownership : one's own right without a joint interest in any other person ⟨tenants in ~⟩  **b** : the quality or state of being individual or particular  **3 a** : land owned in severalty  **b** : the quality or state of being held in severalty

**sev·er·ance** \'sev-rən(t)s, 'se-və-\ *n* (15c) : the act or process of severing : the state of being severed

**severance pay** *n* (1943) : an allowance usu. based on length of service that is payable to an employee on termination of employment

**severance tax** *n* (1928) : a tax levied by a state on the extractor of oil, gas, or minerals intended for consumption in other states — compare ROYALTY 5a

**se·vere** \sə-'vir\ *adj* **se·ver·er**; -**est** [MF or L; MF, fr. L *severus*] (1548)  **1 a** : strict in judgment, discipline, or government  **b** : of a strict or stern bearing or manner : AUSTERE  **2** : rigorous in restraint, punishment, or requirement : STRINGENT, RESTRICTIVE  **3** : strongly critical or condemnatory : CENSORIOUS ⟨a ~ critic⟩  **4 a** : maintaining a scrupulously exacting standard of behavior or self-discipline  **b** : establishing exacting standards of accuracy and integrity in intellectual processes ⟨a ~ logician⟩  **5** : sober or restrained in decoration or manner : PLAIN  **6** : inflicting physical discomfort or hardship : HARSH ⟨~ winters⟩  **b** : inflicting pain or distress : GRIEVOUS ⟨a ~ wound⟩  **7** : requiring great effort : ARDUOUS ⟨a ~ test⟩  **8** : of a great degree : SERIOUS ⟨~ depression⟩ — **se·vere·ly** *adv* — **se·vere·ness** *n* — **se·ver·i·ty** \sə-'ver-ə-tē\ *n*

**syn** SEVERE, STERN, AUSTERE, ASCETIC mean given to or marked by strict discipline and firm restraint. SEVERE implies standards enforced without indulgence or laxity and may suggest harshness ⟨*severe* military discipline⟩. STERN stresses inflexibility and inexorability of temper or character ⟨*stern* arbiters of public morality⟩. AUSTERE stresses absence of warmth, color, or feeling and may apply to rigorous restraint, simplicity, or self-denial ⟨living an *austere* life in the country⟩. ASCETIC implies abstention from pleasure and comfort or self-indulgence as spiritual discipline ⟨the *ascetic* life of the monastic orders⟩.

**severe combined immunodeficiency** *n* (1974) : a rare congenital disorder of the immune system that is characterized by inability to produce a normal complement of antibodies and T cells and that usu. results in early death — called also *severe combined immune deficiency*

**se·vi·che** \sə-'vē-(,)chā, -chē\ *n* [AmerSp] (1952) : a dish of raw fish marinated in lime or lemon juice often with oil, onions, peppers, and seasonings and served esp. as an appetizer

**Sevres** *or* **Sèvres** \'sev-rə, 'sev(r°)\ *n* [*Sèvres*, France] (1786) : an often elaborately decorated French porcelain

**sev·ru·ga** \sə-'vrü-gə, se-\ *n* [Russ *sevryuga*, a species of sturgeon] (1591) : a light to dark gray caviar from a sturgeon (*Acipenser sevru*) of the Caspian Sea that has very small roe; *also* : the fish

**sew** \'sō\ *vb* **sewed; sewn** \'sōn\ *or* **sewed; sew·ing** [ME, fr. OE *siwian*; akin to OHG *siuwen* to sew, L *suere*] *vt* (bef. 12c)  **1** : to unite or fasten by stitches  **2** : to close or enclose by sewing ⟨~ the money in a bag⟩  ~ *vi* : to practice or engage in sewing — **sew·abil·i·ty** \,sō-ə-'bi-lə-tē\ *n* — **sew·able** \'sō-ə-bəl\ *adj*

**sew·age** \'sü-ij\ *n* [³*sewer*] (1834) : refuse liquids or waste matter carried off by sewers

**¹sew·er** \'sü-ər, 'sü-(ə)r\ *n* [ME, fr. AF *asseour*, lit., seater, fr. OF *asseoir* to seat — more at ASSIZE] (14c) : a medieval household officer often of high rank in charge of serving the dishes at table and sometimes of seating and tasting

**²sew·er** \'sō(-ə)r\ *n* (14c) : one that sews

**³sew·er** \'sü-ər, 'sü-(ə)r\ *n* [ME, fr. MF *esseweur, seweur*, fr. *essewer* to drain, fr. (assumed) VL *exaquare*, fr. L *ex-* + *aqua* water — more at ISLAND] (15c) : an artificial usu. subterranean conduit to carry off sewage and sometimes surface water (as from rainfall)

**sew·er·age** \'sü-ə-rij, 'sü-(ə)r-ij\ *n* (1834)  **1** : the removal and disposal of sewage and surface water by sewers  **2** : a system of sewers  **3** : SEWAGE

**sew·ing** \'sō-iŋ\ *n* (14c)  **1** : the act, method, or occupation of one that sews  **2** : material that has been or is to be sewed

**sew up** *vt* (15c)  **1** : to mend completely by sewing  **2** : to get exclusive use or control of  **3** : to make certain of : ASSURE

**¹sex** \'seks\ *n* [ME, fr. L *sexus*] (14c)  **1** : either of the two major forms of individuals that occur in many species and that are distinguished respectively as female or male  **2** : the sum of the structural, functional, and behavioral characteristics of living things that are involved in reproduction by two interacting parents and that distinguish males and females  **3 a** : sexually motivated phenomena or behavior  **b** : SEXUAL INTERCOURSE  **4** : GENITALIA

**²sex** *vt* (1884)  **1** : to identify the sex of ⟨~ chicks⟩  **2 a** : to increase the sexual appeal of — often used with *up*  **b** : to arouse the sexual desires of

**sex·a·ge·nar·i·an** \,sek-sə-jə-'ner-ē-ən\ *n* [L *sexagenarius* of or containing sixty, sixty years old, fr. *sexageni* sixty each, fr. *sexaginta* sixty, fr. *sex* six + *-ginta* (akin to L *viginti* twenty) — more at SIX, VIGESIMAL] (1738) : a person whose age is in the sixties — **sexagenarian** *adj*

**¹sex·a·ges·i·mal** \-'je-sə-məl\ *adj* [L *sexagesimus* sixtieth, fr. *sexaginta* sixty] (1685) : of, relating to, or based on the number 60

**²sexagesimal** *n* (1685) : a sexagesimal fraction

**sex appeal** *n* (1924)  **1** : personal appeal or physical attractiveness for members of the opposite sex  **2** : general attractiveness

**sex cell** *n* (1889) : GAMETE; *also* : its cellular precursor

**sex chromatin** *n* (1952) : BARR BODY

**sex chromosome** *n* (1906) : a chromosome that is inherited differently in the two sexes, that is concerned directly with the inheritance of sex, and that is the seat of factors governing the inheritance of various sex-linked and sex-limited characters

**sex·de·cil·lion** \,seks-di-'sil-yən\ *n, often attrib* [L *sedecim, sexdecim* sixteen (fr. *sex* six + *decem* ten) + E *-illion* (as in *million*) — more at TEN] (ca. 1934) — see NUMBER table

**sexed** \'sekst\ *adj* (ca. 1891)  **1** : having sex or sexual instincts  **2** : having sex appeal

**sex gland** *n* (1935) : GONAD

**sex hormone** *n* (1917) : a hormone (as from the gonads or adrenal cortex) that affects the growth or function of the reproductive organs or the development of secondary sex characteristics

**sex·ism** \'sek-,si-zəm\ *n* [¹*sex* + *-ism* (as in *racism*)] (1968)  **1** : prejudice or discrimination based on sex; *esp* : discrimination against women  **2** : behavior, conditions, or attitudes that foster stereotypes of social roles based on sex — **sex·ist** \'sek-sist\ *adj or n*

**sex kitten** *n* (1958) : a young woman with conspicuous sex appeal

**sex·less** \'seks-ləs\ *adj* (1598)  **1** : lacking sex : NEUTER  **2** : devoid of sexual interest or activity ⟨a ~ relationship⟩ — **sex·less·ly** *adv* — **sex·less·ness** *n*

**sex–lim·it·ed** \'seks-'li-mə-təd\ *adj* (1923) : expressed in the phenotype of only one sex

**sex–link·age** \-,liŋ-kij\ *n* (1912) : the quality or state of being sex-linked

**sex–linked** \-,liŋ(k)t\ *adj* (1912)  **1** : located on a sex chromosome ⟨a ~ gene⟩  **2** : mediated by a sex-linked gene ⟨a ~ character⟩

**sex object** *n* (1911) : a person regarded esp. exclusively as an object of sexual interest

**sex·ol·o·gy** \sek-'sä-lə-jē\ *n* (1902) : the study of sex or of the interaction of the sexes esp. among human beings — **sex·ol·o·gist** \-jist\ *n*

**sex·ploi·ta·tion** \,seks-,plȯi-tā-shən\ *n* [blend of *sex* and *exploitation*] (ca. 1942) : the exploitation of sex in the media and esp. in film

**sex·pot** \'seks-,pät\ *n* (1948) : a conspicuously sexy woman

**sex symbol** *n* (ca. 1911) : a usu. renowned person (as an entertainer) noted and admired for conspicuous sex appeal

---

\ə\ abut  \ᵊ\ kitten, F table  \ər\ further  \a\ ash  \ā\ ace  \ä\ mop, mar  \au̇\ out  \ch\ chin  \e\ bet  \ē\ easy  \g\ go  \i\ hit  \ī\ ice  \j\ job  \ŋ\ sing  \ō\ go  \ȯ\ law  \ȯi\ boy  \th\ thin  \ṯh\ the  \ü\ loot  \u̇\ foot  \y\ yet  \zh\ vision  \ä, k, ⁿ, œ, œ̄, ᵫ, ᵫ̄, ʏ\ see Guide to Pronunciation