# EXHIBIT 6

Case 3:07-cv-02638-JSW    Document 149-7    Filed 03/13/2008    Page 2 of 4

# Microsoft® ENCARTA® COLLEGE DICTIONARY



St Martin's Press   New York

Case 3:07-cv-02638-JSW    Document 149-7    Filed 03/13/2008    Page 2 of 4

A BLOOMSBURY REFERENCE BOOK
Created from the Bloomsbury Database of World English

First published in the United States of America in 2001 by
St. Martin's Press
175 Fifth Avenue
New York, NY 10010

This Dictionary includes words on the basis of their usage in the English language today. Some words are identified as being trademarks or service marks, but no attempt has been made to identify all of the words in which proprietary rights might exist. Neither the presence nor absence of any such identification in this Dictionary is to be regarded as affecting in any way, or expressing a judgment on, the validity or legal status of any trademark, service mark, or other proprietary rights anywhere in the world.

© Bloomsbury Publishing Plc 2001

All rights reserved, no part of this publication may be reproduced, stored in a retrieval system, or transmitted by any means, electronic, mechanical, photocopying, or otherwise, without the prior written permission of the Publishers. Address all inquiries to Permissions, St. Martin's Press, 175 Fifth Avenue, New York, NY 10010

Library of Congress Cataloging-in-Publication Data is available on request.

ISBN 0-312-28087-4

Except where indicated, all illustrations are copyright © 1999 and 2001 Bloomsbury Publishing Plc. Photographs of George W. Bush and J. F. Kennedy © Popperfoto.

Typeset by Selwood Systems, Midsomer Norton, Bath, United Kingdom
Printed in the United States of America

Case 3:07-cv-02638-JSW    Document 149-7    Filed 03/13/2008    Page 4 of 4

or orderly 2 *vi* **LIVE ORDERLY LIFE** to begin a stable, orderly, and often conventional way of life 3 *vi* **DO SOMETHING DILIGENTLY** to begin doing something in a diligent and orderly way ○ *settled down to her morning's work*
**settle for** *vt* to accept or agree to something that is not ideal or exactly what was wanted
**settle in** *v* 1 *vti* to adapt or cause somebody to adapt to a new environment ○ *settling in at a new school* 2 *vi* to get comfortable in a place because the intention is to stay there for a long time ○ *decided to settle in for the night*

**set·tle·ment** /séttˈlmənt/ *n* 1 **SETTLING** an act of settling or the state of being settled 2 **COLONY** a place that has recently been populated with permanent residents 3 **AGREEMENT OUT OF COURT** an agreement reached without completing legal proceedings 4 **AGREEMENT** an agreement reached after discussion or negotiation 5 **PAYMENT** the payment of a bill, debt, or claim 6 **POPULATING** the act of populating a place with permanent residents 7 **SMALL COMMUNITY** a small community 8 **set·tle·ment**, **set·tle·ment house WELFARE SERVICES BUILDING** a public building in which social workers provide welfare services in a deprived area 9 *UK* **SUBSIDENCE** subsidence in a building 10 **SETTLING OF PROPERTY ON** a conveyance of property to a person or trustees for somebody 11 **CONVEYANCE DOCUMENT** a document recording a conveyance of property

**set·tler** /séttlər/ *n* a new resident of a place, especially a place that is unpopulated or populated by people of a different race or civilization

**set·tlings** /séttlingz/ *npl* solid material that has sunk to the bottom of a liquid

**set·tlor** /séttlər/ *n* a creator of a trust or settlement

**set-to** (*plural* **set-tos**) *n* a brief and hot-tempered argument or fight (*informal*)

**Se·tú·bal** /se toobˈl/ port in W Portugal. Population: 83,550 (1991).

**set·up** /sét ùp/ *n* 1 **ORGANIZATION OF** the way that something is organized or arranged 2 **SET OF PREPARED OBJECTS FOR TASK** an assembly of prepared tools or apparatus required for performing a task 3 **ERECT CARRIAGE OF BODY** the way that somebody walks and stands, especially when it is particularly soldierly 4 **TABLE SETTING** a table setting for a single person 5 **SET OF REQUIREMENTS FOR COCKTAIL** a glass, mixer, ice, or soda water provided to customers who provide their own liquor 6 **SOMETHING DELIBERATELY MADE EASY** something such as a task or contest that is deliberately made easy to accomplish or win 7 **STRATEGY** a planned course of action 8 **DISHONEST PLAN OR TRICK** something that is planned to bring about a desired result dishonestly (*informal*) 9 **POSITION OF CAMERA FOR SCENE** the position of a camera at the beginning of a movie scene

**set width** *n* **PRINTING** = **set**[1] *n.* 5, **set**[1] *n.* 6

**Seu·rat** /sə ráa/, **Georges** (1859–91) French painter

**Seuss** /sooss/, **Dr.** (1904–91) US writer and illustrator. Pseudonym of **Theodor Seuss Geisel**

**Se·van, Lake** /se váan/ largest lake in Armenia, in the north of the country. Area: 540 sq. mi./1,397 sq. km.

**Se·vas·to·pol** = **Sebastopol**

**sev·en** /sévˈn/ *n* see table at **number** [Old English *seofon*. Ultimately < Indo-European, "seven."] —**sev·en** *adj, pron*

**sev·en dead·ly sins** *npl* **CHR** = **deadly sins**

**sev·en·fold** /sévˈn fōld/ *adj* 1 **BEING SEVEN TIMES AS MUCH** relating to something that is seven times as much as something else 2 **CONSISTING OF SEVEN PARTS** relating to something that is made up of seven parts ■ *adv* **BY SEVEN TIMES** by seven times as much or as many [Old English]

**sev·en seas** *npl* all the oceans of the world

**Sev·en Sis·ters** *n* **ASTRON, MYTHOL** = **Pleiades**

**sev·en·teen** /sévˈn teen/ *n* see table at **number** [Old English *seofontiene* < *seofon* "seven" + *tiene* "ten more than"]

**sev·en·teenth** /sévˈn teenth/ *n* see table at **number** [Old English] —**sev·en·teenth** *adj, adv*

**sev·en·teen-year lo·cust** *n* a cicada that spends most of its 17 years of life as an underground nymph, living as a winged adult for only a few weeks. Native to: E North America. *Magicicada septendecim*.

**sev·enth** /sévˈnth/ *n* 1 see table at **number** 2 **MUSIC** = **seventh chord** 3 in a standard musical scale, the interval between one note and another that lies six notes above or below it 4 in a standard musical scale, a note that is a seventh away from another note [Old English] —**sev·enth** *adj, adv*

**sev·enth chord** *n* a chord with a seventh note above the base note

**Sev·enth-Day Ad·vent·ist** *n* a member of a Protestant denomination that believes in the imminent Second Coming of Jesus Christ and observes Saturday as the Sabbath

**sev·enth heav·en** *n* 1 a state of extreme happiness 2 the highest of the seven heavens in Islamic and Talmudic belief

**sev·en·ti·eth** /sévˈntee əth/ *n* see table at **number** —**sev·en·ti·eth** *adj, adv*

**sev·en·ty** /sévˈntee/ *n* (*plural* **-ties**) see table at **number** ■ **sev·en·ties** *npl* the years from 70 to 79 in a century or somebody's life [Old English *hundseofontig* < *hund* (< ?) + *seofon* "seven" + *-tig* "ten"] —**sev·en·ty** *adj, pron*

**sev·en·ty-eight**, **78** *n* a phonograph record designed to be played at 78 revolutions per minute, a former standard speed

**sev·en-up** *n* a card game in which the first person to reach seven points wins the game

**sev·er** /sévvər/ *vti* 1 **CUT THROUGH OR OFF** to cut through something, or cut off, or be cut through or off 2 **BREAK OFF TIE** to break off a tie, or to become broken off ○ *severed her relationship with him* 3 **SEPARATE** to separate or put things or people apart, or to become separated or put apart [14C. Via Anglo-Norman *severer* < Latin *separare* (see **SEPARATE**).] —**sev·er·a·bil·i·ty** *n* —**sev·er·a·ble** *adj*

**sev·er·al** /sévvərəl/ **CORE MEANING**: a grammatical word indicating a small number ○ (*pron*) *Several of the apples were bruised.*
*adj* 1 various or separate ○ *They all went their several ways.* 2 relating to separate individuals ○ *joint and several liability* [15C. Via Anglo-Norman < medieval Latin *separalis*, < Latin *separare* (see **SEPARATE**).]

**sev·er·al·fold** /sévvərəl fōld/ *adj* 1 **BEING SEVERAL TIMES AS MUCH** relating to something that is several times as much as something else 2 **CONSISTING OF SEVERAL PARTS** relating to something that is made up of several parts ■ *adv* **BY SEVERAL TIMES** by several times as much or as many

**sev·er·al·ly** /sévvərəlee/ *adv* (*formal or literary*) 1 in a separate or individual way 2 in turn or respectively

**sev·er·al·ty** /sévvərəltee/ *n* the state of being several or separate

**sev·er·ance** /sévvərənss/ *n* 1 an act of severing or the state of being severed 2 **BUSINESS** = **severance pay** 3 the splitting into separate parts of something held jointly, e.g., an estate

**sev·er·ance pay**, **sev·er·ance** *n* money paid as compensation, usually on the basis of length of service, to an employee who is fired

**sev·er·ance tax** *n* a tax imposed by a state on natural resources, e.g., oil or gas, extracted for use in another state

**se·vere** /sə veer/ *adj* 1 **HARSH** very harsh or strict 2 **DANGEROUS** extremely bad or dangerous ○ *severe injuries* 3 **EXTREMELY UNPLEASANT** causing great discomfort by being extreme ○ *a severe frost* 4 **DIFFICULT TO ENDURE** difficult to do or endure ○ *severe hardship* 5 **EXACTING** having standards or other criteria that are difficult to meet ○ *a severe test* 6 **STERN** looking stern or serious 7 **PLAIN** plain or austere in style, with little or no decoration ○ *severe clothing* [Mid-16C. < Latin *severus* "serious" < ?] —**se·vere·ly** *adv* —**se·vere·ness** *n*

**Se·ve·ri·ni** /sévvə reenee/, **Gino** (1883–1966) Italian artist

**se·ver·i·ty** /sə vérritee/ *n* 1 **STATE OR EXTENT OF BADNESS** the state of being very bad, or the extent to which something is bad 2 **STRICTNESS OR STERNNESS** the state of being very strict or stern 3 **PLAINNESS** the plainness or austerity of something such as a building or style of dress 4 (*plural* **-ties**) **HARSH ACT OR CRITICISM** an instance of harsh treatment or censure

**Sev·ern** /sévvərn/ river in NW Ontario, Canada, flowing northeastward into Hudson Bay. Length: 610 mi./982 km.

**Se·ve·rus** /sə véerəss/, **Lucius Septimus** (146–211) North African-born Roman emperor (193–211)

**Se·ve·so** /se váyzō/ town in N Italy, scene of an industrial accident in 1976 involving poisonous gas

**se·vi·che** *n* **FOOD** = **ceviche**

**Se·ville** /sə víl/ capital of Sevilla Province and the autonomous region of Andalusia, SW Spain. Population 719,590 (1995).

**Se·ville or·ange** *n* **FOOD** = **bitter orange** [Late 16C. < **SEVILLE**.]

*several* incorrect spelling of **several**

**Sè·vres** /sévrə/ *n* a highly decorated French porcelain

**sew** /sō/ (**sewed**, **sewn** /sōn/ *or* **sewed**, **sew·ing**, **sews**) *vti* to join things or repair or make something by using a needle to pass thread repeatedly through material [Old English *siowan*. Ultimately < Indo-European.] —**sew·er** *adj*

**SPELLCHECK** Do not confuse **sew** with **so** or **sow**: may sound similar. Beware: your spellchecker will not find this error.

**sew up** *vt* to finish a business or plan successfully

**sew·age** /soˈij/ *n* human and domestic waste matter from buildings, especially houses, that is carried away through sewers [Mid-19C. < **SEWER**[1].]

**sew·age farm** *n UK* **INDUST** = **sewage plant**

**sew·age plant** *n* a place where sewage is treated to make it nontoxic, and especially to make it into manure

**Sew·all** /soo áll/, **Samuel** (1652–1730) English-born US jurist

**Sew·ard** /soo ərd/, **William H.** (1801–72) US statesman

**Sew·ard Pen·in·su·la** peninsula in W Alaska, projecting into the Bering Sea. Length: 180 mi./290 km.

**Sew·ell** /soo əl/, **Anna** (1820–78) British writer

**sew·er**[1] /soo ər/ *n* a pipe or drain, usually underground, that carries away waste or rainwater [15C. Via Anglo-Norman *sewer* < Vulgar Latin *exaquare* "remove water," < Latin *ex-* "out" + *aqua* "water."]

**sew·er**[2] /soo ər/ *n* a medieval servant who served meals [14C. < Anglo-Norman *asseour* < French *asseoir* "place a seat for" < Latin *sedere* "sit."]

**sew·er**[3] /sō ər/ *n* somebody or something that sews

**sew·er·age** /soo ərij/ *n* 1 a system of sewers 2 the removal of waste by means of sewers 3 **INDUST** = **sewage**

**sew·ing** /sō ing/ *n* 1 the act or work of using a needle and thread to join or repair material 2 a piece of material that somebody is sewing

**sew·ing cir·cle** *n* a group of people who meet regularly to sew items, often for charity

**sew·ing ma·chine** *n* a machine for sewing material

**sewn** past participle of **sew**

**sex** /seks/ *n* 1 **MALE OR FEMALE GENDER** either of the two reproductive categories, male or female, of animals and plants 2 **INTERCOURSE** sexual intercourse 3 **SEXUAL BEHAVIOR** sexual activity or behavior leading to it 4 **GENITALS** genitals (*literary*) 5 **REPRODUCTIVE CHARACTERISTICS** the set of characteristics that determine whether the reproductive role of an animal or plant is male or female ■ *adj* **OF SEX** relating to sexual matters or the sexes ■ **DETERMINE SEX OF** to determine the sex of an animal or plant [14C. Via French *sexe* or directly < Latin *sexus*.]

**CORRECT USAGE** See *gender*.

**sex up** *v* 1 *vti* to arouse somebody sexually or become aroused 2 *vt* to made somebody or something more appealing or stimulating, especially sexually

**sex-** *prefix* six ○ *sexangular* [< Latin *sex* < Indo-European.]

**sex·a·ge·nar·i·an** /séksəjə náiree ən/, **sex·a·ge·nar·y** /sek sájjə nèrree/ *n* somebody aged between 60 and 69 —**sex·a·ge·nar·i·an** *adj*

**Sex·a·ges·i·ma** /séksə jéssimə/ *n* in the Christian calendar, the second Sunday before Lent, eight weeks before Easter [14C. < ecclesiastical Latin, < Latin *sexagesimus* (see **SEXAGESIMAL**).]

**sex·a·ges·i·mal** /séksə jéssim'l/ *adj* relating to or based on the number 60 ■ *n* a fraction in which the denominator is a power of 60 [Late 17C. < Latin *sexagesimus* "sixtieth" < *sexaginta* "sixty."]

**sex ap·peal** *n* 1 the quality of being sexually attractive 2 attractiveness in general ○ *Their new product has sex appeal.*

**sex·a·va·lent** /séksə váylənt/ *adj* **CHEM** = **hexavalent**

**sex cell** *n* **GENETICS** = **gamete**

**sex-cen·te·nar·y** /sèk sen ténnəree, sek séntˈn-/ ... 1 **OF 600** relating to the number 600 or a period...