# EXHIBIT 8

# An Introduction to Semiconductor Devices

Donald A. Neamen

 Higher Education

Boston   Burr Ridge, IL   Dubuque, IA   Madison, WI   New York   San Francisco   St. Louis
Bangkok   Bogotá   Caracas   Kuala Lumpur   Lisbon   London   Madrid   Mexico City
Milan   Montreal   New Delhi   Santiago   Seoul   Singapore   Sydney   Taipei   Toronto

The McGraw-Hill Companies

 Higher Education

AN INTRODUCTION TO SEMICONDUCTOR DEVICES

Published by McGraw-Hill, a business unit of The McGraw-Hill Companies, Inc., 1221 Avenue of the Americas, New York, NY 10020. Copyright © 2006 by The McGraw-Hill Companies, Inc. All rights reserved. No part of this publication may be reproduced or distributed in any form or by any means, or stored in a database or retrieval system, without the prior written consent of The McGraw-Hill Companies, Inc., including, but not limited to, in any network or other electronic storage or transmission, or broadcast for distance learning.

Some ancillaries, including electronic and print components, may not be available to customers outside the United States.

This book is printed on acid-free paper.

1 2 3 4 5 6 7 8 9 0 DOC/DOC 0 9 8 7 6 5

ISBN 0–07–298756–1

Senior Sponsoring Editor: *Carlise Stembridge*
Managing Developmental Editor: *Emily J. Lupash*
Marketing Manager: *Dawn R. Bercier*
Project Manager: *Peggy S. Lucas*
Senior Production Supervisor: *Sherry L. Kane*
Media Technology Producer: *Eric A. Weber*
Designer: *Laurie B. Janssen*
Cover Designer: *JoAnne Schopler*
(USE) Cover Images: *Gettyimages*
Compositor: *Interactive Composition Corporation*
Typeface: *10/12 Times Roman*
Printer: *R. R. Donnelley Crawfordsville, IN*

**Library of Congress Cataloging-in-Publication Data**

Neamen, Donald A.
  An introduction to semiconductor devices / Donald Neamen. — 1st ed.
    p.    cm.
  ISBN 0–07–298756–1
  1. Semiconductors—Textbooks.  I. Title.

TK871.85.N42    2006
621.3815'2—dc22                                  2004060960
                                                 CIP

www.mhhe.com

**Exercise Problem**

**EX3.9** Determine the fraction of total holes still in the acceptor states in silicon at $T = 300$ K for a boron impurity concentration of $N_a = 10^{17}$ cm$^{-3}$. (Ans. 0.179)

**TEST YOUR UNDERSTANDING**

**TYU3.5** Consider silicon with a phosphorus impurity concentration of $N_d = 5 \times 10^{15}$ cm$^{-3}$. Plot the percent of ionized impurity atoms versus temperature over the range $100 \leq T \leq 400$ K.

## 3.5 | CARRIER CONCENTRATIONS—EFFECTS OF DOPING

**Objective: Determine the thermal-equilibrium concentration of electrons and holes in semiconductors as a function of impurity atoms added to the material.**

In thermal equilibrium, the semiconductor crystal is electrically neutral. The electrons are distributed among the various energy states, creating negative and positive charges, but the net charge density is zero. This charge-neutrality condition is used to determine the thermal-equilibrium electron and hole concentrations as a function of the impurity doping concentration. We will define a compensated semiconductor and then determine the electron and hole concentrations as a function of the donor and acceptor concentrations.

### 3.5.1 Compensated Semiconductors

**Compensated semiconductor**

A *compensated semiconductor* is one that contains both donor and acceptor impurity atoms in the same region. A compensated semiconductor can be formed, for example, by diffusing acceptor impurities into an n-type material, or by diffusing donor impurities into a p-type material. An n-type compensated semiconductor occurs when $N_d > N_a$, and a p-type compensated semiconductor occurs when $N_a > N_d$. If $N_a = N_d$, we have a completely compensated semiconductor that has, as we will show, the characteristics of an intrinsic material. Compensated semiconductors are created quite naturally during device fabrication as we will see later.

### 3.5.2 Equilibrium Electron and Hole Concentrations

To determine the electron and hole concentrations as a function of the impurity donor and acceptor densities, we use the concept of *charge neutrality*. We equate the density of negative charge to the density of positive charge in the semiconductor. Figure 3.14a is the energy-band diagram showing the negative charges in a semiconductor. These charges include the density of free electrons and the density of ionized acceptors. Figure 3.14b is the energy-band diagram showing the positive charges in