# EXHIBIT 11

| | |
|---|---|
| TOWNSEND AND TOWNSEND AND CREW LLP<br>Eric P. Jacobs (State Bar No. 88413)<br>Peter H. Goldsmith (State Bar No. 91294)<br>Robert A. McFarlane (State Bar No. 172650)<br>Igor Shoiket (State Bar No. 190066)<br>Two Embarcadero Center, 8th Floor<br>San Francisco, CA 94111<br>Tel: 415.576.0200<br>Fax: 415.576.0300<br>epjacobs@townsend.com<br>phgoldsmith@townsend.com<br>ramcfarlane@townsend.com<br>ishoiket@townsend.com<br><br>Attorneys for Defendant and Counterclaimant<br>FAIRCHILD SEMICONDUCTOR CORPORATION | MORGAN, LEWIS & BOCKIUS LLP<br>Daniel Johnson, Jr. (State Bar No. 57409)<br>Brett Schuman (State Bar No. 189247)<br>Amy M. Spicer (State Bar No. 188399)<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1126<br>Tel: 415.442.1000<br>Fax: 415.442.1001<br>djjohnson@morganlewis.com<br>bschuman@morganlewis.com<br>aspicer@morganlewis.com<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>Andrew J. Wu (State Bar No. 214442)<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 700<br>Palo Alto, CA 94306-2122<br>Tel: 650.843.4000<br>Fax: 650.843.4001<br>awu@morganlewis.com<br><br>Attorneys for Plaintiffs and Counterdefendants<br>ALPHA & OMEGA SEMICONDUCTOR, INC.<br>ALPHA & OMEGA SEMICONDUCTOR, LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>    Plaintiffs and Counterdefendants,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>    Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 07-2638 JSW<br>(Consolidated with Case No. C-07-2664 JSW)<br><br>**JOINT CLAIM CONSTRUCTION AND PRE-HEARING STATEMENT**<br><br>Date: June 4, 2008<br>Time: 2:00 p.m.<br>Location: Courtroom 2, 17th Floor<br>Judge: Hon. Jeffrey S. White |

Pursuant to Patent L.R. 4-3 and the Court's scheduling Order, plaintiffs and counterdefendants Alpha & Omega Semiconductor, Ltd., and Alpha & Omega Semiconductor, Inc., (collectively, "AOS") and defendant and counterclaimant Fairchild Semiconductor Corporation ("Fairchild") submit this Joint Claim Construction and Prehearing Statement ("Joint Statement").

## I. PATENT LOCAL RULE 4-3(a): AGREED CLAIM CONSTRUCTIONS

The parties have set forth the constructions of those claim terms, phrases or clauses on which the parties agree for the asserted claims of the patents-in-suit in Exhibit A attached hereto.

## II. PATENT LOCAL RULE 4-3(b): PROPOSED CONSTRUCTION OF DISPUTED CLAIM TERM, PHRASE OR CLAUSE

At the Case Management Conference held on February 1, 2007, the Court denied the parties' joint request to construe 17 disputed claim terms, phrases or clauses, initially limiting claim construction to a total of ten terms, phrases or clauses. The parties have therefore set forth their proposed constructions and supporting evidence for ten disputed terms in Exhibit B attached hereto.

The parties have not been able to agree on the constructions of the following seven terms[1] for which the parties may renew their request to seek construction at a later date:

| Reserved term, phrase or clause | Found in patent/claim: |
|---|---|
| substantially reduced so as to decrease the gate threshold voltage of said trench gate; and substantially reduced so as to decrease the gate threshold voltage of said gate | 5,907,776, claims 13, 25 |
| spaced from said diffusion boundary | 5,907,776, claims 1, 13, 25 |
| for etching said active layer | 5,930,630, claim 1 |
| a doped well … formed into the substrate to a depth that is less than the predetermined depth of the trench; | 6,429,481, claim 1<br>6,710,406, claim 1<br>6,828,195, claim 1<br>7,148,111, claim 29 |

---

[1] Fairchild contends that two of the terms ("substantially reduced so as to decrease the gate threshold voltage of said trench gate/substantially reduced so as to decrease the gate threshold voltage of said gate" and "for etching said active layer") are indefinite and are not properly the subject of a claim construction hearing. AOS contends that these two terms are not indefinite and should be the subject of a claim construction hearing.

2   JOINT CLAIM CONSTRUCTION AND PRE-
HEARING STMT
C 07-2638 JSW (CONSOL. W/ C 07-2664 JSW)

| | |
|---|---|
| a doped well … formed into the substrate to a second depth that is less than said first depth of the trench; <br><br> a doped well in the substrate to a second depth that is less than said first depth of the plurality of trenches; <br><br> a well between adjacent trenches to a second depth that is shallower than the first depth; and <br><br> a plurality of doped wells … respectively to a second depth that is less than said first depth of the plurality of trenches | |
| self-aligned | 5,930,630, claim 1 |
| implant[2] | 6,828,195, claims 8, 9 <br> 7,148,111, claims 30, 31 <br> 5,930,630, claim 1 |
| termination region | 6,818,947, claims 1, 5 |

### III. PATENT LOCAL RULE 4-3(c): ANTICIPATED LENGTH OF CLAIM CONSTRUCTION HEARING

Fairchild and AOS expect they will each require 90 minutes at the claim construction hearing, for a total hearing length of three hours. If one or both of the parties changes its position and decides a longer period of time is warranted during the course of discovery and briefing, the party or parties will seek the Court's approval pursuant to the Court's Standing Order for Patent Cases ¶ 12.

### IV. PATENT LOCAL RULE 4-3(d): WITNESSES TO BE CALLED AT THE CLAIM CONSTRUCTION HEARING

The parties do not anticipate presenting live testimony at the Claim Construction Hearing. If one or both of the parties changes its position during the course of discovery and briefing, the party or parties will seek the Court's approval pursuant to the Court's Standing Order for Patent Cases ¶ 10.

### V. PATENT LOCAL RULE 4-3(e): ISSUES FOR PREHEARING CONFERENCE

At this time, the parties do not anticipate the need for the scheduling of a Claim

---

[2] This term was not included in AOS's Proposed Terms and Claim Elements for Construction Under Patent L.R. 4-1, which included "double implant process" ('195 patent, claims 8, 9) instead of "implant."

1  Construction Prehearing Conference. If one or both of the parties changes its position during the
2  course of discovery and briefing, the party or parties will seek the Court's approval pursuant to
3  the Court's Standing Order for Patent Cases ¶ 8.
4
5  Dated: February 8, 2008    MORGAN, LEWIS & BOCKIUS LLP
6
7                              By: /s/ Andrew J. Wu
8                                  Andrew J. Wu
                                   Attorneys for Plaintiffs and
9                                  Counterdefendants
                                   ALPHA & OMEGA SEMICONDUCTOR,
10                                 LTD., AND ALPHA & OMEGA
                                   SEMICONDUCTOR, INC.
11
12 Dated: February 8, 2008    TOWNSEND AND TOWNSEND AND
                              CREW LLP
13
14
15                             By: /s/ Eric P. Jacobs
                                   Eric P. Jacobs
                                   Attorneys for Defendant and
16                                 Counterclaimant
                                   FAIRCHILD SEMICONDUCTOR
17                                 CORPORATION
18
19
20
21
22
23
24
25
26
27
28

**GENERAL ORDER ATTESTATION**

I, Eric P. Jacobs, am the ECF user whose ID and password are being used to file this JOINT CLAIM CONSTRUCTION AND PRE-HEARING STATEMENT. In compliance with General Order 45, X.B., I hereby attest that Andrew J. Wu has concurred in this filing.

/s/ Eric P. Jacobs
Eric P. Jacobs

61270375 v2

# EXHIBIT A

## AGREED CLAIM CONSTRUCTIONS

| Term, Phrase, or Clause | Agreed Construction |
|---|---|
| **gate runners**<br><br>Found in 5,767,567, claim 7 | conductive gate stripes that divide the source contact area into several sub-contact areas; where a gate runner can extend partially across the surface of the device or entirely across the surface of the device, and in the latter case may have a middle opening |
| **determining a total number of lead wires**<br><br>Found in 5,767,567, claim 7 | determining the total number of lead wires to be connected to the source contact area by considering at least the number of lead wires the device needs and the number of lead wires the lead frame can accommodate |
| **disposing several of said lead wires in each of said sub-contact areas according to said set of area proportional ratios**<br><br>Found in 5,767,567, claim 7 | connecting several* lead wires to each sub-contact area so that the ratio of lead wires to area is the same for each of the sub-contact areas<br><br>* - The word "several" in this phrase will use the Court's construction of "several." |
| **proximal to said source region**<br><br>Found in 5,907,776, claim 1 | near the source region |
| **adjacent to said source region**<br><br>Found in 5,907,776, claims 13, 25 | near the source region |
| **overlying insulation layer**<br><br>Found in 5,930,630, claim 1 | An insulation layer, at least part of which becomes part of the finished MOSFET device |
| **top portion of said substrate**<br><br>Found in 5,930,630, claim 3 | a portion from the top of the substrate, which does not extend to the bottom of the source region |
| **plurality of doped wells in the plurality of epitaxial mesas**<br><br>Found in 7,148,111, claim 29 | two or more doped wells, each of which is located in one of the two or more epitaxial mesas |

| | |
|---|---|
| **wherein said dosage of said second dopant has a doping concentration that is greater than said dosage of said third dopant**<br><br>Found in 6,521,497, claim 1 | the implant dosage of the second dopant is greater than the implant dosage of the third dopant |
| **epitaxial mesas**<br><br>Found in 7,148,111, claim 29 | epitaxial structures having a relatively flat top surface and steep side surfaces, and interposed between adjacent trenches |
| **single conductor**<br><br>Found in 6,818,947, claim 1 | a first conductor portion electrically connected to a second conductor portion |

61270444 v3

# EXHIBIT B

## DISPUTED CLAIM TERMS, PHRASES OR CLAUSES FOR CONSTRUCTION BY THE COURT

| Term, Phrase, or Clause | AOS's Proposed Construction and Evidence in Support | Fairchild's Proposed Construction and Evidence in Support |
|---|---|---|
| **configuring said gate runners for dividing said source contact area into several sub-contact areas with a set of area proportional ratios**<br><br>Found in 5,767,567, claim 7 | PROPOSED CONSTRUCTION: the placement of gate runners divides the source contact area into sub-contact areas, and a set of area proportional ratios are defined by the ratios of the approximate areas of the sub-contact areas<br><br>INTRINSIC EVIDENCE: 1:38-2:16, 4:14-53, 5:45-57, 6:49-65, 8:34-45, 8:46-58.<br><br>Fig. 1A, Fig. 1B, Fig. 2B, Fig. 2C, Fig. 2D, Fig. 5, and related text.<br><br>Prosecution History, Office Action Dated 09/17/97, page 2.<br><br>EXTRINSIC EVIDENCE: Expert testimony. | PROPOSED CONSTRUCTION: Arranging the gate runners, after determining the total number of lead wires, to define several sub-contact areas that are not all equal in size and such that the ratio of lead wires to area is the same for each of the sub-contact areas<br><br>INTRINSIC EVIDENCE: 1:16-2:22; 2:25-49; 2:57- 3:10; 3:67-5:57; 6:49-58; 6:66-7:16; 8:34-45; Figs. 1A, 1B, 2B, 2C, 2D, 5; Patent Application Serial No. 08/707929, pages 13-16; Office Action, dated September 12, 1997, page 2; Amendment and Remarks, dated December 9, 1997, page 2; Notice of Allowability<br><br>DICTIONARY/TREATISE DEFINITIONS: *Webster's Encyclopedic Unabridged Dictionary of the English Language*, 1996, p. 1754 (several).<br><br>EXTRINSIC EVIDENCE: Fairchild may submit an expert declaration from Dr. Richard A. Blanchard regarding the background of the technology of the patents-in-suit, the level of ordinary skill in the art, and why one of ordinary skill in the art would construe the claim terms as set forth herein. |

| Term, Phrase, or Clause | AOS's Proposed Construction and Evidence in Support | Fairchild's Proposed Construction and Evidence in Support |
|---|---|---|
| **wherein the heavy body forms an abrupt junction with the well**<br><br>**wherein the doped heavy body … forms an abrupt junction with the well**<br><br>Found in 6,429,481, claims 1, 6, 15; 6,710,406, claims 1, 13; 6,828,195, claims 1, 21 | PROPOSED CONSTRUCTION[1]:<br>the doping concentration gradient at the junction between the heavy body and the well is sufficiently high that further increasing the doping concentration gradient does not further reduce the breakdown voltage at the p-n junction between the well and the substrate<br><br>A linearly graded junction is not an abrupt junction.<br><br>INTRINSIC EVIDENCE:<br>Prosecution History of '481 patent, Office Action dated December 5, 2000, pages 3-4.<br><br>Prosecution History of '481 patent, Amendment dated June 4, 2001, pages 5-16.<br><br>Prosecution History of '481 patent, Amendment dated October 18, 2001, pages 1-7.<br><br>Prosecution History of '195 patent, Amendment dated October 20, 2003, page 9.<br><br>Appeal Brief for Application No. 10/630,249 dated November 3, 2005 at page 8.<br><br>EXTRINSIC EVIDENCE:<br>The IEEE Standard Dictionary of Electrical and Electronics Terms, 6th ed. 1997, page 1.<br><br>McGraw-Hill Electronics Dictionary, 5th Edition 1994, page 1. | PROPOSED CONSTRUCTION:<br><br>The transition between the heavy body and the well occurs over a short distance relative to the depth of the well.<br><br><br><br><br><br><br><br>INTRINSIC EVIDENCE:<br><u>'481 patent</u>: 2:65-3:1; 4:5-6; 5:27-38; 7:18-42; Fig. 5; 4:38-41.<br><u>'406 patent</u>: 3:3-6; 4:10-11; 4:42-44; 5:30-41; 7:22-46; Fig. 5.<br><u>'195 patent</u>: 2:39-42; 3:63-64; 4:29-31; 5:17-28; 7:11-36; Fig. 5.<br><u>'481 patent file history</u>:<br>Application dated November 14, 1997 (including drawings); Preliminary Amendment dated September 5, 2000 (including remarks); Amendment dated June 7, 2001 (including remarks); Amendment Under 37 CFR 1.116 Expedited Procedure Examining Group 2815 dated December 31, 2001 (including remarks).<br><br>EXTRINSIC EVIDENCE:<br>Fairchild may submit an expert declaration from Dr. Richard A. Blanchard regarding the background of the technology of the patents-in-suit, the level of ordinary skill in the art, and why one of ordinary skill in the art |

---

[1] AOS contends that this claim element is indefinite. Fairchild does not agree.

-2-

| Term, Phrase, or Clause | AOS's Proposed Construction and Evidence in Support | Fairchild's Proposed Construction and Evidence in Support |
|---|---|---|
|  | Sze, Physics of Semiconductor Devices, 1981, pages 74, 63-132.<br><br>Ghandhi, Sorab K., Semiconductor Power Devices, 1977, page 298.<br><br>Warner, R. M. Jr. & Grung, B.L., Transistors : Fundamentals for the Integrated-Circuit Engineer, 1990, pages 210, 446-455.<br><br>Warner, R.M. Jr. & Grung, B.L., Semiconductor-Device Electronics, 1991, pages 305-308.<br><br>Expert testimony. | would construe the claim terms as set forth herein. |
| **compensating a portion of said body region by implanting material of said second conductivity type in said body region**<br><br>Found in 5,907,776, claims 1, 13, 25 | PROPOSED CONSTRUCTION: implanting into the body region material having conductivity type opposite the conductivity type of the body region<br><br>INTRINSIC EVIDENCE: Figures 1-6, 7A-7N, and related text.<br><br>The entire specification (showing absence the term "peak concentration").<br><br>Prosecution History, Office Action dated May 15, 1998, pages 4-6.<br><br>Patent No. 5,248,627 (Williams), 6:49-52 and Fig. 7.<br><br>Patent No. 5,527,720 | PROPOSED CONSTRUCTION: Implanting impurities of the second conductivity type into the body region such that the peak concentration of that implant is located in the body region, and such that the conductivity type at the location of the peak concentration of that implant does not change.<br><br>INTRINSIC EVIDENCE: Figs. 1, 2, 3, 4, 5, 6, 7I, 7J, 7K; 2:8-3:31; 3:43-4:8; 5:8-6:13; 7:31-8:13; 9:5-20; 9:51-54; 9:65-10:15; 10:23-26; 10:45-50; 10:62-11:14 |

| Term, Phrase, or Clause | AOS's Proposed Construction and Evidence in Support | Fairchild's Proposed Construction and Evidence in Support |
|---|---|---|
| | (Goodyear), 6:13-46 and Figures 1, 6, 7, and 8.<br><br>Prosecution History, Amendment dated October 1, 1998, pages 12 – 18.<br><br>EXTRINSIC EVIDENCE:<br>The IEEE Standard Dictionary of Electrical and Electronics Terms, Sixth Ed. 1997, pages 186, 313.<br><br>Donald A. Neaman, An Introduction to Semiconductor Devices, 2006, page 102.<br><br>Modern Dictionary of Electronics, 7th ed. 1999, pages 138, 214.<br><br>Wiley Electrical and Electronics Engineering Dictionary, 2004, page 130.<br><br>Expert testimony. | EXTRINSIC EVIDENCE:<br>Fairchild may submit an expert declaration from Dr. Richard A. Blanchard regarding the background of the technology of the patents-in-suit, the level of ordinary skill in the art, and why one of ordinary skill in the art would construe the claim terms as set forth herein. |
| **resulting in avalanche current that is substantially uniformly distributed**<br><br>Found in 7,148,111, claim 29 | PROPOSED CONSTRUCTION:<br>the avalanche current at breakdown initiation is roughly equally distributed across the entire device<br><br>INTRINSIC EVIDENCE:<br>2:36-46, 5:4-50, 11:7-11.<br><br>'481 specification, 8:43-67, 9:5-8.<br><br>'406 specification, 8:46-67, 9:5-8.<br><br>EXTRINSIC EVIDENCE:<br>Duncan A. Grant & John Gowar, POWER MOSFETS Theory and Applications, 1989, pages 85 – 91. | PROPOSED CONSTRUCTION:<br>Resulting in avalanche current that is approximately evenly distributed across the active region of the device.<br><br>INTRINSIC EVIDENCE:<br><u>'481 patent:</u> 4:42-5:38; Figs. 1, 1A, 1B, 2; 4:15-29; 6:8-11.<br><u>'111 patent:</u> 4:11-24; 4:37-5:33; 6:3-6; 10:44-11:11; Figs. 1, 1A, 1B, 2.<br><br>EXTRINSIC EVIDENCE:<br>Fairchild may submit an expert declaration from Dr. Richard A. Blanchard regarding the background of the technology of |

-4-

| Term, Phrase, or Clause | AOS's Proposed Construction and Evidence in Support | Fairchild's Proposed Construction and Evidence in Support |
|---|---|---|
| | B. Jayant Baliga, Power Semiconductor Devices, 1996, page 40.<br><br>Expert testimony. | the patents-in-suit, the level of ordinary skill in the art, and why one of ordinary skill in the art would construe the claim terms as set forth herein. |
| applying a polysilicon mask for etching said polysilicon layer to define a plurality of polysilicon gates<br><br>Found in 5,930,630, claim 1 | PROPOSED CONSTRUCTION: the meaning of this phrase is clear and unambiguous to a person of skill in the art, and thus it need not be construed by the court<br><br>INTRINSIC EVIDENCE: 3:58-65, 8:55-9:17, 9:48-56.<br><br>Fig. 6 and related text.<br><br>EXTRINSIC EVIDENCE: Expert testimony. | PROPOSED CONSTRUCTION: Applying a mask having a plurality of openings to allow the removal of areas of a polysilicon layer to form a plurality of polysilicon gates corresponding to the plurality of areas of the mask which are not open.<br><br>INTRINSIC EVIDENCE: '630 patent: abstract; Figs. 5A, 5B; 4:48-5:13; 5:42-43; 6:65-7:23; 8:1-8:22.<br><br>EXTRINSIC EVIDENCE: Fairchild may submit an expert declaration from Dr. Richard A. Blanchard regarding the background of the technology of the patents-in-suit, the level of ordinary skill in the art, and why one of ordinary skill in the art would construe the claim terms as set forth herein. |
| depth of the junction, relative to the depth of the well, is adjusted so that a transistor breakdown initiation point is spaced away from the trench in the semiconductor when voltage is applied to the transistor<br><br>a location of the abrupt junction relative to the depth of the well is adjusted so that a | PROPOSED CONSTRUCTION: selecting by repeated experiments or by computer simulation the relative depths of the well and the junction for the purpose of moving initiation of breakdown in the device toward the center of the body region between adjacent trenches | PROPOSED CONSTRUCTION: Fairchild does not believe construction of this term is required. The ordinary meaning should apply. |

| Term, Phrase, or Clause | AOS's Proposed Construction and Evidence in Support | Fairchild's Proposed Construction and Evidence in Support |
|---|---|---|
| transistor breakdown initiation point is spaced away from the trench in the semiconductor, when voltage is applied to the transistor<br><br>depth of the heavy body relative to a depth of the well is adjusted so that breakdown of the transistor originates in the semiconductor in a region spaced away from the trenches when voltage is applied to the transistor<br><br>depth of the heavy body junction relative to a maximum depth of the well, is adjusted so that a peak electric field in the substrate is spaced away from the trench when voltage is applied to the transistor<br><br>Found in 6,429,481, claims 1, 6, 15; 6,710,406, claims 1, 13 | INTRINSIC EVIDENCE: 5:8-17.<br><br>Prosecution History of '481 patent, Application as Filed, pages 15-17.<br><br>Prosecution History of '481 patent, Amendment dated November 4, 1999, pages 8-10.<br><br>Prosecution History of '481 patent, Amendment dated August 31, 2000, page 9.<br><br>Prosecution History of '481 patent, Amendment dated June 4, 2001, pages 9, 15-20.<br><br>Appeal Brief for Patent Application No. 10/630,249, pages 9, 14, 15, and 18.<br><br>EXTRINSIC EVIDENCE: Expert testimony. | INTRINSIC EVIDENCE: <u>'481 patent:</u> 2:29-32; 2:59-62; 9:38-44; 9:47-50; Figs. 1, 1A, 1B, 2; 4:16-29.<br><u>'406 patent:</u> 2:34-37; 2:64-67; 8:63-67; 9:5-8; 9:56-62; 9:65-10:2; Figs. 1, 1A, 1B, 2; 4:20-33.<br><u>'481 patent file history:</u> Amendment dated June 7, 2001 (including remarks); Amendment Under 37 CFR 1.116 Expedited Procedure Examining Group 2815 dated December 31, 2001 (including remarks).<br><br>EXTRINSIC EVIDENCE: Fairchild may submit an expert declaration from Dr. Richard A. Blanchard regarding the background of the technology of the patents-in-suit, the level of ordinary skill in the art, and why one of ordinary skill in the art would construe the claim terms as set forth herein. |
| several<br><br>Found in 5,767,567, claim 7 | PROPOSED CONSTRUCTION: two or more<br><br>INTRINSIC EVIDENCE:<br><br>5:31 – 6:20. | PROPOSED CONSTRUCTION: Three or more.<br><br>INTRINSIC EVIDENCE: 1:16-2:22; 2:25-49; 2:57- 3:10; 3:67-5:57; 6:49-58; 6:66-7:16; 8:34-45; Figs. 1A, 1B, 2B, 2C, 2D, 5<br><br>DICTIONARY/TREATISE DEFINITIONS:<br>*Webster's Encyclopedic Unabridged Dictionary of the* |

| Term, Phrase, or Clause | AOS's Proposed Construction and Evidence in Support | Fairchild's Proposed Construction and Evidence in Support |
|---|---|---|
| | | *English Language*, 1996, p. 1754 (several).<br><br>*Webster's Encyclopedic Unabridged Dictionary of the English Language*, 1996, p. 1602-03 (ratio).<br><br>EXTRINSIC EVIDENCE:<br>Fairchild may submit an expert declaration from Dr. Richard A. Blanchard regarding the background of the technology of the patents-in-suit, the level of ordinary skill in the art, and why one of ordinary skill in the art would construe the claim terms as set forth herein. |
| | EXTRINSIC EVIDENCE:<br><br>Oxford English Dictionary (online), definition of several.<br><br>Merriam Webster's Collegiate Dictionary, 10th edition, 1997, page 1073.<br><br>Microsoft Encarta College Dictionary, 2001, page 1324.<br><br>Expert testimony. | |
| **acting as a field plate to extend the device breakdown voltage in the termination region**<br><br>**forming a field plate around the termination region**<br><br>Found in 6,818,947, claims 1, 5, 6 | PROPOSED CONSTRUCTION: a conductive ring formed in a trench in the termination region, resulting in a higher breakdown voltage in the termination region by modifying the depletion layer in the underlying silicon<br><br>INTRINSIC EVIDENCE: 1:43-67.<br><br>B. Jayant Baliga, Modern Power Devices, 1992, pages 116-119 (incorporated by reference in the specification). | PROPOSED CONSTRUCTION: Acting as a conductive structure at or near the top surface of the substrate to increase breakdown voltage in the termination region.<br><br>Forming a conductive structure at or near the top surface of the substrate that increases breakdown voltage in the termination region.<br><br>INTRINSIC EVIDENCE: 1:25-67; 2:2-48; 3:51-5:63; 6:12-36; 6:66-7:19; 7:20-8:15; Figs. 1, 2, 3A, 3B, 3C, 4A, 4B |

-7-

| Term, Phrase, or Clause | AOS's Proposed Construction and Evidence in Support | Fairchild's Proposed Construction and Evidence in Support |
|---|---|---|
| | EXTRINSIC EVIDENCE: U.S. Patent No. 5,233,215 (Baliga), 4:5-21, 5:19-24, 45-52, 5:66-6:9, 8:6-58, Fig. 4, Fig. 5, Fig. 6, and related text.<br><br>Expert testimony. | EXTRINSIC EVIDENCE: Fairchild may submit an expert declaration from Dr. Richard A. Blanchard regarding the background of the technology of the patents-in-suit, the level of ordinary skill in the art, and why one of ordinary skill in the art would construe the claim terms as set forth herein. |
| **a plurality of elongated inner runners extending in the same direction**<br><br>Found in 6,818,947, claim 6 | PROPOSED CONSTRUCTION: multiple substantially parallel gate trenches filled with a conductive material extending in one direction across the active transistor region<br><br>INTRINSIC EVIDENCE: Figures 2, 4A, 4B, and related text.<br><br>EXTRINSIC EVIDENCE: Expert testimony. | PROPOSED CONSTRUCTION: Conductive structures formed in trenches extending in the same direction across the active area of the device.<br><br>INTRINSIC EVIDENCE: 3:9-50; 4:16-5:54; 7:20-8:15; Figs. 1, 2, 3A, 3B, 3C, 4B<br><br>EXTRINSIC EVIDENCE: Fairchild may submit an expert declaration from Dr. Richard A. Blanchard regarding the background of the technology of the patents-in-suit, the level of ordinary skill in the art, and why one of ordinary skill in the art would construe the claim terms as set forth herein. |
| **isolation trench**<br><br>Found in 6,818,947, claim 1 | PROPOSED CONSTRUCTION: a valley filled with dielectric material surrounded by sidewalls in the periphery of a semiconductor substrate that can prevent leakage into the substrate<br><br>INTRINSIC EVIDENCE: 1:43-67, 3:51-62, 4:10-14, 4:33-46.<br><br>Figures 1, 2, 3A, 3B, 3C, 4A, 4B, and related text. | PROPOSED CONSTRUCTION: An insulating structure, having a wall near the die edge, which electrically isolates the body region from the die edge.<br><br>INTRINSIC EVIDENCE: 4:11-15; 4:33-36; 6:12-36; Fig. 1 |

| Term, Phrase, or Clause | AOS's Proposed Construction and Evidence in Support | Fairchild's Proposed Construction and Evidence in Support |
|---|---|---|
| | EXTRINSIC EVIDENCE: McGraw-Hill Dictionary of Scientific and Technical Terms, 5th ed. 1994, page 2065 (defining trench).<br><br>Merriam Webster's Collegiate Dictionary, 10th ed. 1997, page 1259 (defining trench).<br><br>McGraw-Hill Dictionary of Scientific and Technical Terms 6th ed. 2003, page 2186 (defining trench).<br><br>S.M. Sze, Semiconductor Devices : Physics and Technology, 2002, pages 500-501, 507-508, 513-515, 526.<br><br>Ben G. Streetman & Sanjay Banerjee, Solid State Electronic Devices, pages 427-429.<br><br>S.M. Sze, High-Speed Semiconductor Devices, 1990, pages 349-351.<br><br>Expert testimony. | EXTRINSIC EVIDENCE: Fairchild may submit an expert declaration from Dr. Richard A. Blanchard regarding the background of the technology of the patents-in-suit, the level of ordinary skill in the art, and why one of ordinary skill in the art would construe the claim terms as set forth herein. |

61278777 v2