TOWNSEND AND TOWNSEND AND
CREW LLP
Eric P. Jacobs (State Bar No. 88413)
Peter H. Goldsmith (State Bar No. 91294)
Robert A. McFarlane (State Bar No. 172650)
Igor Shoiket (State Bar No. 190066)
Matthew R. Hulse (State Bar No. 209490)
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111
Tel: 415.576.0200
Fax: 415.576.0300
E-mail: epjacobs@townsend.com
       phgoldsmith@townsend.com
       ramcfarlane@townsend.com
       ishoiket@townsend.com
       mrhulse@townsend.com

Attorneys for Defendant and
Counterclaimant
FAIRCHILD SEMICONDUCTOR
CORPORATION

MORGAN, LEWIS & BOCKIUS LLP
Daniel Johnson, Jr. (State Bar No. 57409)
Brett M. Schuman (State Bar No. 189247)
Amy M. Spicer (State Bar No. 188399)
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: djjohnson@morganlewis.com
       bschuman@morganlewis.com
       aspicer@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Andrew J. Wu (State Bar No. 214442)
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: awu@morganlewis.com

Attorneys for Plaintiffs and
Counterdefendants
ALPHA & OMEGA SEMICONDUCTOR, INC.
ALPHA & OMEGA SEMICONDUCTOR, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>Plaintiffs and Counterdefendants,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>Defendant and Counterclaimant. | Case No. C 07-2638 JSW (EDL)<br>(Consolidated with Case No. C 07-2664 JSW)<br><br>**STIPULATION AND [PROPOSED] ORDER AMENDING THE COURT'S JANUARY 17, 2008, ORDER REGARDING DISCLOSURE OF CONFIDENTIAL INFORMATION TO RICHARD BLANCHARD** |
| AND RELATED COUNTERCLAIMS | |

## STIPULATION

WHEREAS Alpha & Omega Semiconductor, Inc., Alpha & Omega Semiconductor, Ltd. (collectively "AOS") and Fairchild Semiconductor Corporation ("Fairchild") are parties to the above-captioned matters;

WHEREAS on January 17, 2008, the Court issued an Order (Docket No. 131) (the "Blanchard Disclosure Order") pursuant to the parties' stipulation, adopting the terms of an agreement between the parties regarding the terms on which Dr. Blanchard could have access to information that AOS designates as "Highly Confidential – Attorneys' Eyes Only" or "Confidential" pursuant to the Protective Order entered in this case ("AOS confidential information");

WHEREAS the terms of the Blanchard Disclosure Order provide in part:

> To allow Dr. Blanchard to pursue intellectual property based on ideas he has developed prior to reviewing AOS's confidential information, Dr. Blanchard will not be given access to any AOS confidential information until February 11, 2008, during which time Dr. Blanchard may file applications for patents, which he may continue to pursue after February 11, 2008 so long as he does not add any new matter to the applications on file as of February 11, 2008;

(Blanchard Disclosure Order at 3.)

WHEREAS, Fairchild informed AOS that, due to filing errors, Dr. Blanchard was unable to properly file patent applications in the field of low-voltage trench power MOSFET technology by February 11, 2008 (the deadline set forth in the Blanchard Disclosure Order), and that he needed a short extension of the February 11, 2008, deadline.

WHEREAS, Dr. Blanchard has not yet been given access to any AOS confidential information;

IT IS THEREFORE STIPULATED by and between the parties, through their undersigned counsel of record, that the deadline by which Dr. Blanchard is permitted to file patent applications in the field low-voltage trench power MOSFET technology is extended from February 11, 2008, to February 19, 2008, and that he may continue to pursue patents based on those applications after February 19, 2008, so long as he does not add any new matter to the applications on file as of

February 19, 2008. The parties further stipulate that Dr. Blanchard will not be given access to AOS confidential information until February 20, 2008.

    IT IS SO AGREED AND STIPULATED.

Dated: March 13, 2008                MORGAN, LEWIS & BOCKIUS LLP

By:   /s/  _____
    Brett M. Schuman
    Attorneys for Plaintiffs and
    Counterdefendants
    ALPHA & OMEGA SEMICONDUCTOR,
    LTD., AND ALPHA & OMEGA
    SEMICONDUCTOR, INC.

Dated: March 13, 2008                TOWNSEND AND TOWNSEND AND CREW LLP

By:   /s/  _____
    Matthew R. Hulse
    Attorneys for Defendant and
    Counterclaimant
    FAIRCHILD SEMICONDUCTOR
    CORPORATION

2    STIPULATION RE: AMENDMENT OF JAN. 17, 2008 ORDER
C 07-2638 JSW (EDL) (CONSOLIDATED WITH C 07-2664 JSW)

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation set forth above,

**IT IS SO ORDERED.**

Dated: March 17, 2008



HON. ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

1 | Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Matthew R. Hulse, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 13th day of March, 2008, at San Francisco, California.

                                                      /s/
                                              Matthew R. Hulse

61289600 v1