# EXHIBIT A

1  TOWNSEND AND TOWNSEND AND CREW LLP
   ERIC P. JACOBS (State Bar No. 88413), *epjacobs@townsend.com*
2  PETER H. GOLDSMITH (State Bar No. 91294), *phgoldsmith@townsend.com*
   ROBERT A. McFARLANE (State Bar No. 172650), *ramcfarlane@townsend.com*
3  IGOR SHOIKET (State Bar No. 190066), *ishoiket@townsend.com*
   Two Embarcadero Center, 8th Floor
4  San Francisco, California 94111
   Telephone:  (415) 576-0200
5  Facsimile:  (415) 576-0300

6  Attorneys for Defendant and Counterclaimant
   FAIRCHILD SEMICONDUCTOR CORPORATION
7
   MORGAN, LEWIS & BOCKIUS LLP
8  DANIEL JOHNSON, JR. (State Bar No. 57409), *djjohnson@morganlewis.com*
   RITA E. TAUTKUS (State Bar No. 162090), *rtautkus@morganlewis.com*
9  BRETT M. SCHUMAN (State Bar No. 189247), *bschuman@morganlewis.com*
   One Market, Spear Street Tower
10 San Francisco, CA 94105-1126
   Telephone: (415) 442-1000
11 Facsimile:  (415) 442-1001

12 ANDREW J. WU (State Bar No. 214442), *awu@morganlewis.com*
   2 Palo Alto Square
13 3000 El Camino Real, Suite 700
   Palo Alto, CA 94306-2111
14 Telephone: (650) 843-4000
   Facsimile:  (650) 843-4001
15
   Attorneys for Plaintiffs, Counterdefendants and Defendants
16 ALPHA & OMEGA SEMICONDUCTOR, LTD., and
   ALPHA & OMEGA SEMICONDUCTOR, INC.

17                UNITED STATES DISTRICT COURT
18              FOR THE NORTHERN DISTRICT OF CALIFORNIA
19                     SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>  Plaintiffs and Counterdefendants,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>  Defendant and Counterclaimant. | Case No. C 07-2638 JSW (EDL)<br>(Consolidated with Case No. C 07-2664 JSW)<br><br>**AGREEMENT TO BE BOUND BY STIPULATED FURTHER PROTECTIVE ORDER** |
| AND RELATED COUNTERCLAIMS. | |

AGREEMENT TO BE BOUND BY STIPULATED FURTHER PROTECTIVE ORDER
CASE NO. C 07-02638 JSW (EDL) (CONSOLIDATED WITH CASE NO. C 07-2664 JSW)
1-SF/7664548.1

1     I have read the Stipulated Further Protective Order concerning the confidentiality of certain information belonging to Fairchild Semiconductor Corporation. I understand that the Stipulated Further Protective Order is a Court order designed to preserve the confidentiality of Fairchild's confidential information described in that document. I also understand that the Protective Order restricts the use and disclosure of the covered information to my present employer, Alpha & Omega Semiconductor.

    I agree to comply with all provisions of the Stipulated Further Protective Order, and I hereby consent to the personal jurisdiction of the United States District Court, Northern District of California, for any proceedings involving the enforcement of that Protective Order.

Dated:_____     _____

                                                                      Hamza Yilmaz