TOWNSEND AND TOWNSEND AND CREW LLP
ERIC P. JACOBS (State Bar No. 88413)
PETER H. GOLDSMITH (State Bar No. 91294)
ROBERT A. McFARLANE (State Bar No. 172650)
IGOR SHOIKET (State Bar No. 190066)
Two Embarcadero Center, 8th Floor
San Francisco, California  94111
Telephone:      (415) 576-0200
Facsimile:       (415) 576-0300
E-mail:           epjacobs@townsend.com
                     phgoldsmith@townsend.com
                     ramcfarlane@townsend.com
                     ishoiket@townsend.com

Attorneys for Defendant and Counterclaimant
FAIRCHILD SEMICONDUCTOR CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>　　　Plaintiffs and Counterdefendants,<br><br>　　　v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>　　　Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 07-2638 JSW (EDL)<br>(Consolidated with Case No. C 07-2664 JSW)<br><br>**DECLARATION OF ERIC P. JACOBS IN SUPPORT OF FAIRCHILD'S RESPONSIVE CLAIM CONSTRUCTION BRIEF**<br><br>Date:　　　　June 4, 2008<br>Time:　　　　2:00 p.m.<br>Courtroom:　Hon. Jeffrey S. White |

1    I, ERIC P. JACOBS, declare and state that:

2    1.   I am one of the attorneys of record for defendant and counterclaimant Fairchild Semiconductor Corporation ("Fairchild"), and if called as a witness, I would testify to the following facts, which are within my own personal knowledge.

3    2.   A true and correct copy of U.S. Patent No. 5,767,567 is attached hereto as Exhibit 1.

4    3.   A true and correct copy of pages 1602 - 1603 of Webster's Encyclopedic Unabridged Dictionary of the English Language (1996) (defining "ratio") is attached hereto as Exhibit 2.

5    4.   A true and correct copy of page 1754 of Webster's Encyclopedic Unabridged Dictionary of the English Language, (1996) (defining "several") is attached hereto as Exhibit 3.

6    5.   A true and correct copy of page 1073 of Merriam Webster's Collegiate Dictionary (defining "several") (AOS_F00014036 - 38 and AOS_F00014042) is attached hereto as Exhibit 4.

7    6.   A true and correct copy of page 1324 of the Microsoft Encarta College Dictionary (2001)(defining "several") from the Declaration of Andrew Wu in Support of AOS's Opening Claim Construction brief is attached hereto as Exhibit 5.

8    7.   A true and correct copy of the Oxford English Dictionary Online (defining "several") from the Declaration of Andrew Wu in Support of AOS's Opening Claim Construction brief is attached hereto as Exhibit 6.

9    8.   A true and correct copy of the September 17, 1997 Office Action from the file history of U.S. Patent No. 5,767,567 is attached hereto as Exhibit 7.

10   9.   A true and correct copy of the December 9, 1997 Amendment from the file history of U.S. Patent No. 5,767,567 is attached hereto as Exhibit 8.

11   10.  A true and correct copy of excerpts from "Patent Claim Construction" by Robert Kahrl (2007 Supplement) is attached hereto as Exhibit 9.

12   11.  A true and correct copy of U.S. Patent No. 5,930,630 is attached hereto as Exhibit 10.

13   12.  A true and correct copy of Merriam Webster's Collegiate Dictionary (10th Ed. 1999) (definition of "define") is attached hereto as Exhibit 11.

14   13.  A true and correct copy of page 375 of The American Heritage Dictionary (2nd College Ed. 1985) (definition of "define") is attached hereto as Exhibit 12.

1  14. A true and correct copy of U.S. Patent No. 5,907,776 is attached hereto as Exhibit 13.

2  15. A true and correct copy of an excerpt from "Silicon Processing for the VLSI Era Vol.
3  1, Process Technology" by Stanley Wolf, Ph.D. and Richard N. Tauber, Ph.D. (1986), pages 285 -
4  291, is attached hereto as Exhibit 14.

5  16. A true and correct copy of pages 186 and 313 of The IEEE Standard Dictionary of
6  Electrical and Electronics Terms (AOS_F00014097 - 14101) is attached hereto as Exhibit 15.

7  17. A true and correct copy of page 130 of Wiley Electrical and Electronics Engineering
8  Dictionary (AOS_F00014109 - 111) is attached hereto as Exhibit 16.

9  I declare under penalty of perjury under the laws of the United States that the foregoing is true
10 and correct. Executed this 27th day of March, 2008, at San Francisco, California.

                                        /s/*Eric P. Jacobs*
                                        ERIC P. JACOBS

61315284 v1