# EXHIBIT 2

# Webster's Encyclopedic Unabridged Dictionary

## of the English Language



The dictionary entries are based on the Second Edition of
*The Random House Dictionary of the English Language*

GRAMERCY BOOKS
New York

Acknowledgments and Permissions

The "A Dictionary of the English Language" section of this book (*Webster's Encyclopedic Unabridged Dictionary*) is based on the second edition of *The Random House Dictionary of the English Language, the Unabridged Edition*, copyright © 1993, 1987.

Copyright © 1996 by Random House Value Publishing, Inc.
All rights reserved under International and Pan-American
Copyright Conventions.

No part of this book may be reproduced or transmitted in any form or by
any means electronic or mechanical including photocopying, recording, or
by any information storage and retrieval system, without permission in
writing from the publisher.

This 1996 edition is published by Gramercy Books,
a division of Random House Value Publishing, Inc.,
201 East 50th Street, New York, N.Y. 10022.

Gramercy Books and colophon are trademarks of
Random House Value Publishing, Inc.

Random House
New York • Toronto • London • Sydney • Auckland
http://www.randomhouse.com/
Printed and bound in the United States

Library of Congress Cataloging-in-Publication Data
Webster's encyclopedic unabridged dictionary of the English language—
    New rev. ed.
    p.   cm.
    "The dictionary entries are based on the second edition of
The Random House dictionary of the English language."
    1. English language—Dictionaries.
  PE1625.W46      1994
  423dc20                                                      93-48137
                                                                    CIP
OLD ISBN: 0-517-11888-2
New Deluxe Edition: 0-517-15026-3

10 9 8 7

FAIR019655

FAIR0019655

harsh; grating; rasping. 2. easily annoyed; irritable. [1830–40; RASP + -Y¹] —**rasp′i·ness**, n.

**Ras Sham·ra** (räs shäm′rə), a locality in W Syria, near the Mediterranean Sea: site of ancient Ugarit; many archaeologically important objects dating to the Bronze Age.

**ras·sle** (ras′əl), v.i., v.t., -sled, -sling, n. Dial. wrestle.

**Ras·ta** (ras′tə, rä′stə), n. 1. Rastafarian (def. 1). 2. Rastafarianism. —adj. 3. Rastafarian (def. 2). [by shortening]

**Ras·ta·far·i** (ras′tə fär′ē, -fär′ē, -fär′ī, rä′stə-; in Jamaica often rä′stä fä ri′), n. 1. Rastafarian (def. 1). 2. Rastafarianism. —adj. 3. Rastafarian (def. 2).

**Ras·ta·far·i·an** (ras′tə fär′ē ən, -fär′-, rä′stə-), n. 1. a follower of Rastafarianism. —adj. 2. of, pertaining to, or characteristic of Rastafarianism or Rastafarians. [< Amharic *ras tāfāri* Prince Tafari, the pre-coronation name of Haile Selassie I (*ras* prince, orig., head; *tāfāri* an Amharic personal name, lit., (one to be) feared, respected, prp. from passive s. *fūrra* (v.) fear, respect) + -AN]

**Ras·ta·far·i·an·ism** (ras′tə fär′ē ə niz′əm, -fär′-, rä′stə-), n. a religious cult, originally of Jamaica, that regards Africa as the Promised Land, to which all true believers will someday return, and the late Haile Selassie I, former emperor of Ethiopia, as the messiah. [RASTAFARIAN + -ISM]

**ras·ter** (ras′tər), n. 1. *Television*. a pattern of scanning lines covering the area upon which the image is projected in the cathode-ray tube of a television set. 2. *Computers*. a set of horizontal lines composed of individual pixels, used to form an image on a CRT or other screen. [1950–55; < G < L *rāstrum* toothed hoe, rake, deriv. of *rādere* to scratch, scrape]

**ras·tle** (ras′əl), v.i., v.t., -tled, -tling, n. Dial. wrestle.

**ra·sure** (rā′zhər, -shər), n. an erasure. [< MF < LL *rāsūra*, equiv. to L *rās(us)* (ptp. of *rādere* to scratch, scrape; cf. RASORIAL, RAZE) + -*ūra*-URE]

**rat** (rat), n., interj., v., rat·ted, rat·ting. —n. 1. any of several long-tailed rodents of the family Muridae, of the genus *Rattus* and related genera, distinguished from the mouse by being larger. 2. any of various similar or related animals. 3. *Slang*. a scoundrel. 4. *Slang*. a. a person who abandons or betrays his or her party or associates, esp. in a time of trouble. b. an informer. c. a scab laborer. 5. a pad with tapered ends formerly used in women's hair styles to give the appearance of greater thickness. 6. **smell a rat**, to suspect or surmise treachery; have suspicion: *After noting several discrepancies in his client's story, the attorney began to smell a rat.* —interj. 7. **rats**, *Slang*. (an exclamation of disappointment, disgust, or disbelief.) —v.i. 8. *Slang*. a. to desert one's party or associates, esp. in a time of trouble. b. to turn informer; squeal: *He ratted on the gang, and the police arrested them.* c. to work as a scab. 9. to hunt or catch rats. —v.t. 10. to dress (the hair) with or as if with a rat. [bef. 1000; ME *rat(t)e*, OE *ræt*; c. D *rat*, G *Ratz, Ratte*] —**rat′like′**, adj.





**rat·a·ble** (rā′tə bəl), adj. 1. capable of being rated or appraised. 2. proportional: *ratable distribution of wealth.* Also, **rateable**. [1495–1505; RATE¹ + -ABLE] —**rat′a·bil′i·ty, rat′a·ble·ness,** n. —**rat′a·bly,** adv.

**rat·a·fi·a** (rat′ə fē′ə), n. a sweet liqueur made from wine or grape juice combined with brandy or other spirits and often flavored with almonds, fruit, or fruit kernels. Also, **rat·a·fee** (rat′ə fē′). [1690–1700; < F]

**ratafi′a bis′cuit,** Brit. a macaroon.

**rat·al** (rāt′l), n. Brit. the amount on which rates or taxes are assessed. [1855–60; RATE¹ + -AL¹]

**ra·tan** (ra tan′, rə-), n. rattan.

**rat·a·plan** (rat′ə plan′), n., v., -planned, -plan·ning. —n. 1. a sound of or as of the beating of a drum. —v.i. 2. to produce such a sound. [1840–50; < F; imit.]

**rat-a-tat** (rat′ə tat′), n. a sound of knocking or rapping: *a sharp rat-a-tat on the window.* Also, **rat′-a-tat′-tat′**. [1675–85; imit.]

**ra·ta·touille** (rat′ə tōō′ē, -twē′; *Fr.* RA TA tōō′y′), n. a vegetable stew of Provence, typically consisting of eggplant, zucchini, onions; green peppers, tomatoes, and garlic, served hot or cold. [1875–80; < F]

**rat′bite′ fe′ver,** *Pathol.* either of two relapsing febrile diseases, widely distributed geographically, caused by infection with *Streptobacillus moniliformis* or *Spirillum minor* and transmitted by rats. [1905–15; RAT + BITE]

**rat-catch·er** (rat′kach′ər), n. 1. a person, animal, or thing that catches and exterminates rats, esp. a person whose business it is to rid a property of rats. 2. *Chiefly Brit.* an informal fox-hunting costume, as a tweed jacket and tan riding breeches. [1685–95; RAT + CATCHER]

**ratch** (rach), n. a ratchet.

**rat′ cheese′,** *Informal*. inexpensive cheese, esp. domestic cheddar. [1935–40, *Amer.*; presumably so called because it is deemed suitable only for rattraps]

CONCISE ETYMOLOGY KEY: <, descended or borrowed from; >, whence; b, blend of, blended; c, cognate with; cf., compare; deriv., derivative; equiv., equivalent; imit., imitative; obl., oblique; *, replacing, s., stem; sp., spelling, spelled; resp., respelling, respelled; trans., translation; ?, origin unknown; °, unattested; ‡, probably earlier than. See the full key inside the front cover.

**ratch·et** (rach′it), n. 1. a toothed bar with which a pawl engages. 2. (not in technical use) a pawl or the like used with a ratchet or ratchet wheel. 3. a mechanism consisting of such a bar or wheel with the pawl. 4. See **ratchet wheel.** 5. a steady progression up or down: *the upward ratchet of oil prices.* —v.t. 6. to move by degrees (often fol. by *up* or *down*): *to ratchet prices up; Interest rates have been ratcheting downward.* [1650–60; alter. of F *rochet;* MF *rocquet* a blunt lance-head < Gmc]

**ratch′et effect′,** intermittent growth, increase, expansion, or the like: *the ratchet effect of defense expenditures.* [1965–70]

**ratch′et jack′,** a screw jack rotated by a ratchet mechanism. [1870–75]

**ratch′et wheel′,** a wheel, with teeth on the edge, into which a pawl drops or catches, as to prevent reversal of motion or convert reciprocating motion into rotatory motion. [1770–80]



**rat′ claw′ foot′,** *Furniture*. an elongated foot having the form of a thin claw grasping a ball.

**rate¹** (rāt), n., v., rat·ed, rat·ing. —n. 1. the amount of a charge or payment with reference to some basis of calculation: *a high rate of interest on loans.* 2. a certain quantity or amount of one thing considered in relation to a unit of another thing and used as a standard or measure: *at the rate of 60 miles an hour.* 3. a fixed charge per unit of quantity: *a rate of 10 cents a pound.* 4. price; cost: *to cut rates on all home furnishings.* 5. degree of speed, progress, etc.: *to work at a rapid rate.* 6. degree or comparative extent of action or procedure: *the rate of increase in work output.* 7. relative condition or quality; grade, class, or sort. 8. assigned position in any of a series of graded classes; rating. 9. *Insurance*. the premium charge per unit of insurance. 10. a charge by a common carrier for transportation, sometimes including certain services involved in rendering such transportation. 11. a wage paid on a specified time basis: *a salary figured on an hourly rate.* 12. a charge or price established in accordance with a scale or standard: *hotel rates based on length of stay.* 13. *Horol.* the relative adherence of a timepiece to perfect timekeeping, measured in terms of the amount of time gained or lost within a certain period. 14. Usually, **rates.** *Brit.* a. a tax on property for some local purpose. b. any tax assessed and paid to a local government, as any city tax or district tax. 15. **at any rate,** a. in any event; in any case. b. at least: *It was a mediocre film, but at any rate there was one outstanding individual performance.* —v.t. 16. to estimate the value or worth of; appraise: *to rate a student's class performance.* 17. to esteem, consider, or account: *He was rated one of the best writers around.* 18. to fix at a certain rate, as of charge or payment. 19. to value for purposes of taxation or the like. 20. to make subject to the payment of a certain rate or tax. 21. to place in a certain rank, class, etc., as a ship or a sailor; give a specific rating to. 22. to be considered or treated as worthy of; merit: *an event that doesn't even rate a mention in most histories of the period.* 23. to arrange for the conveyance of (goods) at a certain rate. —v.i. 24. to have value, standing, etc.: *a performance that didn't rate very high in the competition.* 25. to have position in a certain class. 26. to rank very high in estimation: *The new teacher really rates with our class.* [1375–1425; (n.) late ME *rate* monetary value, estimated amount, proportional part < ML *rata* < L (*prō*) *ratā* (*parte*) (according to) an estimated (part), *ratā* abl. sing. of *rata,* fem. of *ratus,* ptp. of *rērī* to judge; (v.) late ME *raten* to estimate the value (of), deriv. of the n.]

—Syn. 5. pace. 16. rank, classify, measure.

**rate²** (rāt), v.t., v.i., rat·ed, rat·ing. to chide vehemently; scold. [1350–1400; ME (a)*raten,* perh. < Scand; cf. Sw, Norw *rata* to reject] —**rat′er,** n.

**rate·a·ble** (rā′tə bəl), adj. ratable. —**rate′a·bil′i·ty, rate′a·ble·ness,** n. —**rate′a·bly,** adv.

**rate′ base′,** 1. a guaranteed minimum amount or number used to compute advertising rates, as the number of subscribers to a publication. 2. a basic amount or number used to compute charges to a customer, as the number of monthly phone calls. 3. the valuation of property upon which tax rates are based.

**rate′ card′,** a list showing the rates charged by a magazine, newspaper, radio or television station, etc., for various types of advertising. [1900–05, *Amer.*]

**rat′ed load′,** 1. the load a machine or vehicle is rated to carry. 2. the power an engine, dynamo, etc., is rated at or designed to produce. [1920–25]

**ra·tel** (rāt′l, rät′l), n. a badgerlike carnivore, *Mellivora capensis,* of Africa and India. Also called **honey badger.** [1770–80; < Afrik < D dial. *ratel,* var. of *raat* honeycomb; perh. orig. a compound with this word, referring to the animal's fondness for honey]



**rate′-of-climb′ in′dicator** (rāt′əv klīm′), *Aeron.* a flight instrument that indicates the rate of climb or descent of an aircraft. [1945–50]

**rate′ of exchange′.** See **exchange rate.** [1720–30]

**rate·pay·er** (rāt′pā′ər), n. 1. a person who pays a regular charge for the use of a public utility, as gas or electricity, usually based on the quantity consumed. 2. *Brit.* a person who pays rates; a taxpayer of the local government. [1835–45; RATE¹ + PAYER] —**rate′pay′ing,** adj., n.

**rat·er** (rā′tər), n. 1. a person who makes rates or ratings. 2. a person or thing that is of a specific rating (usually used in combination): *The show's star is a first-rater.* 3. *Slang.* any of various small, popular yachts belonging to standard classes. [1605–15; RATE¹ + -ER²]

**rat-fink** (rat′fingk′), n. *Slang.* fink (defs. 3, 4). [1960–65; RAT + FINK]

**rat-fish** (rat′fish′), n., pl. (esp. collectively) -fish, (esp. referring to two or more kinds or species) -fish·es. a chimaera, *Hydrolagus collieri,* of the Pacific Ocean from Alaska to Lower California, having a ratlike tail. [1880–85, *Amer.*; RAT + FISH]

**rat′ guard′,** a disk of sheet metal fitted around a hawser to prevent rats from boarding a vessel moored at a dock.

**Rath·bone** (rath′bōn), n. **Basil,** 1892–1967, English actor, born in South Africa.

**rathe** (rāth), adj. *Archaic.* growing, blooming, or ripening early in the year or season. Also, **rath** (rath). [bef. 900; ME; OE *hræth, hræd* quick, active; c. D *rad,* ON *hrathr*] —**rathe′ly,** adv. —**rathe′ness,** n.

**Ra·the·nau** (rät′n ou′), n. **Wal·ther** (väl′tər), 1867–1922, German industrialist, writer, and statesman.

**rath·er** (adv. rath′ər, rä′thər; interj. rath′ûr′, rä′-thûr′), adv. 1. in a measure; to a certain extent; somewhat: *rather good.* 2. in some degree: *I rather thought you would regret it.* 3. more properly or justly; with better reason: *The contrary is rather to be supposed.* 4. sooner; more readily or willingly: *to die rather than yield.* 5. more properly or correctly speaking; more truly: *He is a painter or, rather, a watercolorist.* 6. on the contrary: *It's not generosity, rather self-interest.* 7. **had** or **would rather,** to prefer that or to: *I had much rather we not stay. We would rather go for dinner after the show.* —interj. 8. *Chiefly Brit.* emphatically yes; assuredly; without doubt: *Is the book worth reading? Rather!* [bef. 900; ME; OE *hrathor,* comp. of *hræth* quick, RATHE]

**Rath′ke's pouch′** (rät′kəz), *Embryol.* an invagination of stomodeal ectoderm developing into the anterior lobe of the pituitary gland. Also called **Rath′ke's pock′et.** [1940–45; named after Martin Heinrich Rathke (1793–1860), German anatomist]

**rat·hole** (rat′hōl′), n. 1. a hole made by a rat, as into a room, barn, etc.: *The first chore in the old building is to plug up the ratholes.* 2. the burrow or shelter of a rat. 3. any small and uncomfortable room, office, apartment, etc., esp. one that is dirty or disordered: *He lives in a rathole near the docks.* 4. **down the rathole,** for a worthless purpose or purposes: *seeing your inheritance disappear down the rathole.* [1805–15; RAT + HOLE]

**raths·kel·ler** (rät′skel′ər, rat′-, rath′-), n. 1. (in Germany) the cellar of a town hall, often used as a beer hall or restaurant. 2. a restaurant patterned on the German rathskeller, usually located below street level. [1860–65; < G, equiv. to *Rath* (extracted from *Rathaus* town hall) + -*s* ¹ + *Keller* CELLAR]

**rat·i·cide** (rat′ə sīd′), n. a substance or preparation for killing rats. [1840–50; RAT + -I- + -CIDE] —**rat′i·cid′al,** adj.

**rat·i·fi·ca·tion** (rat′ə fi kā′shən), n. 1. the act of ratifying; confirmation; sanction. 2. the state of being ratified. [1400–50; late ME < ML *ratificātiōn-* (s. of *ratificātiō*), equiv. to *ratificāt(us)* (ptp. of *ratificāre* to RATIFY) + -*iōn-* -ION] —**rat′i·fi·ca′tion·ist,** n., adj.

**rat·i·fy** (rat′ə fī′), v.t., -fied, -fy·ing. 1. to confirm by expressing consent, approval, or formal sanction: *to ratify a constitutional amendment.* 2. to confirm (something done or arranged by an agent or by representatives) by such action. [1325–75; ME *ratifien* < MF *ratifier* < ML *ratificāre,* equiv. to L *rat(us)* calculated (see RATE¹) + -*ificāre* -IFY] —**rat′i·fi′er,** n.

—Syn. 1. corroborate, approve. 2. validate, establish. —Ant. 1. veto, disapprove.

**rat·i·né** (rat′n ā′; *Fr.* RA tē nā′), n. a loosely woven fabric made with nubby or knotty yarns. Also, **ra·tine** (rat′n ā′, ra tēn′). Also called **sponge cloth.** [1675–85; < F, ptp. of *ratiner* to make a nap on cloth]

**rat·ing¹** (rā′ting), n. 1. classification according to grade or rank. 2. assigned position in a particular class or grade, or relative standing, as of a ship or a member of the armed forces. 3. the credit standing of a person or firm. 4. *Radio, Television.* a percentage indicating the number of listeners to or viewers of a specific program. 5. a designated operating limit for a machine, apparatus, etc., as of voltage, load, or frequency, based on specified conditions. 6. an amount fixed as a rate. 7. *Brit.* apportioning of a tax. 8. *Chiefly Brit.* one of the enlisted personnel in the British navy. [1525–35; RATE¹ + -ING¹]

**rat·ing²** (rā′ting), n. an angry reprimand or rebuke; scolding. [1570–80; RATE² + -ING¹]

**rat′ing badge′,** *U.S. Navy.* a badge that indicates the rank and specialty of a petty officer; worn from the upper left sleeve. [1905–10]

**rat′ing nut′,** *Horol.* a nut that screws onto the lower end of the rod of a clock pendulum for raising or lowering the weight to alter the rate of the clock.

**ra·tio** (rā′shō, -shē ō′), n., pl. **-tios.** 1. the relation between two similar magnitudes with respect to the number of times the first contains the second: *the ratio of 5 to 2, written 5:2 or 5/2.* 2. proportional relation; rate: *the*

*ratio between acceptances and rejections.* **3.** *Finance.* the relative value of gold and silver in a bimetallic currency system. [1630–40; < L ratiō a reckoning, account, calculation, deriv. (see -TION) of the base of rērī to judge, think]

**ra·ti·oc·i·nate** (rash/ē oe/ə nāt′, -ō/sə-, rat/ē-), *v.i.*, **-nat·ed, -nat·ing.** to reason; carry on a process of reasoning. [1635–45; < L ratiōcinātus ptp. of ratiōcinārī to reckon, calculate, conclude, v. deriv. of ratiō reason] —ra′ti·oc′i·na′tor, *n.*

**ra·ti·oc·i·na·tion** (rash/ē oe/ə nā/shən, -ō/sə-, rat/ē-), *n.* the process of logical reasoning. [1520–30; < L ratiōcinātiō- (s. of ratiōcinātiō), equiv. to ratiōcināt(us) (see RATIOCINATE) + -iōn- -ION] —ra′ti·oc′i·na′tive, *adj.*

**ra·ti·om·e·ter** (rā/shē om/i tər), *n.* (in three-color photography) a device for determining the exposure factors of the filters to be used. [1920–25, for an earlier sense; RATIO + -METER]

**ra·tion** (rash/ən, rā/shən), *n.* **1.** a fixed allowance of provisions or food, esp. for soldiers or for civilians during a shortage: *a daily ration of meat and bread.* **2.** an allotted amount: *They finally saved up enough gas rations for the trip.* **3. rations, a.** provisions: *Enough rations were brought along to feed all the marchers.* **b.** *Chiefly South Atlantic States.* food or meals: *The old hotel still has the best rations in town.* —*v.t.* **4.** to supply, apportion, or distribute as rations (often fol. by *out*): *to ration out food to an army.* **5.** to supply or provide with rations: *to ration an army with food.* **6.** to restrict the consumption of (a commodity, food, etc.): *to ration meat during war.* **7.** to restrict the consumption of (a consumer): *The civilian population was rationed while the war lasted.* [1540–50; < F < L ratiōn- (s. of ratiō); see REASON]
—Syn. **1, 2.** portion, allotment. **1, 3.** See **food. 4.** mete, dole, allot.

**ra·tion·al** (rash/ə nl, rash/nl), *adj.* **1.** agreeable to reason; reasonable; sensible: *a rational plan for economic development.* **2.** having or exercising reason, sound judgment, or good sense: *a calm and rational negotiator.* **3.** being in or characterized by full possession of one's reason; sane; lucid: *The patient appeared perfectly rational.* **4.** endowed with the faculty of reason: *rational beings.* **5.** of, pertaining to, or constituting reasoning powers: *the rational faculty.* **6.** proceeding or derived from reason or based on reasoning: *a rational explanation.* **7.** *Math.* **a.** capable of being expressed exactly by a ratio of two integers. **b.** (of a function) capable of being expressed exactly by a ratio of two polynomials. **8.** *Class. Pros.* equal to a measurement in terms of the metrical unit or mora. —*n.* **9.** *Math.* See **rational number.** [1350–1400; ME racional < L ratiōnālis, equiv. to ratiōn- (s. of ratiō) REASON + -ālis -AL³] —ra′tion·al·ly, *adv.* —ra′tion·al·ness, *n.*
—Syn. **2.** intelligent, wise, judicious, sagacious, enlightened. **6.** See **reasonable.** —Ant. **2.** stupid. **3.** insane.

**ra·tion·ale** (rash/ə nal/), *n.* **1.** the fundamental reason or reasons serving to account for something. **2.** a statement of reasons. **3.** a reasoned exposition of principles. [1650–60; < L: neut. of ratiōnālis RATIONAL]
—Syn. **1.** logic, basis, grounds.

**ra′tion·al-e·mo′tive ther′a·py** (rash/ə nl i mō/tiv), *Psychol.* a form of therapy in which a patient is asked to reject irrational attitudes and assumptions in order to deal effectively with stressful situations.

**ra′tional form′,** *Math.* a quotient of two polynomials with integral coefficients.

**ra′tional func′tion,** *Math.* a function that can be written as the quotient of two polynomials with integral coefficients. [1880–85]

**ra·tion·al·ism** (rash/ə nl iz/əm), *n.* **1.** the principle or habit of accepting reason as the supreme authority in matters of opinion, belief, or conduct. **2.** *Philos.* **a.** the doctrine that reason alone is a source of knowledge and is independent of experience. **b.** (in the philosophies of Descartes, Spinoza, etc.) the doctrine that all knowledge is expressible in self-evident propositions or their consequences. **3.** *Theol.* the doctrine that human reason, unaided by divine revelation, is an adequate or the sole guide to all attainable religious truth. **4.** *Archit.* (often *cap.*) **a.** a design movement principally of the mid-19th century that emphasized the development of modern ornament integrated with structure and the decorative use of materials and textures rather than as added adornment. **b.** the doctrines and practices of this movement. Cf. **functionalism** (def. 1). [1790–1800; RATIONAL + -ISM] —ra′tion·al·ist, *n.* —ra′tion·al·is′tic, ra′tion·al·is′ti·cal, *adj.* —ra′tion·al·is′ti·cal·ly, *adv.*

**ra·tion·al·i·ty** (rash/ə nal/i tē), *n., pl.* **-ties. 1.** the state or quality of being rational. **2.** the possession of reason. **3.** agreeableness to reason; reasonableness. **4.** the exercise of reason. **5.** a reasonable view, practice, etc. [1560–70; < LL ratiōnālitās reasonableness. See RATIONAL, -ITY]

**ra·tion·al·ize** (rash/ə nl īz′, rash/nl iz/), *v.,* **-ized, -iz·ing.** —*v.t.* **1.** to ascribe (one's acts, opinions, etc.) to causes that superficially seem reasonable and valid but that actually are unrelated to the true, possibly unconscious and often less creditable or agreeable causes. **2.** to remove unreasonable elements from. **3.** to make rational or conformable to reason. **4.** to treat or explain in a rational or rationalistic manner. **5.** *Math.* to eliminate radicals from (an equation or expression): *to rationalize the denominator of a fraction.* **6.** *Chiefly Brit.* to reorganize and integrate (an industry). —*v.i.* **7.** to invent plausible explanations for acts, opinions, etc., that are actually based on other causes: *He tried to prove that he was not at fault, but he was obviously rationalizing.* **8.** to employ reason; think in a rational or rationalistic manner. Also, *esp. Brit.*, **ra′tion·al·ise′.** [1810–20; RATIONAL + -IZE] —ra′tion·al·i·za′tion, *n.* —ra′tion·al·iz′er, *n.*
—Usage. Although RATIONALIZE retains its principal 19th-century senses "to make conformable to reason" and "to treat in a rational manner," 20th-century psychology has given it the now more common meaning "to ascribe (one's acts, opinions, etc.) to causes that seem reasonable but actually are unrelated to the true, possibly unconscious causes." Although the possibility of ambiguity exists, the context will usually make clear which sense is intended.

**ra′tional num′ber,** *Math.* a number that can be expressed exactly by a ratio of two integers. [1900–05]

**ra′tional opera′tion,** any of the mathematical operations of addition, subtraction, multiplication, and division. [1900–05]

**ra′tio test′,** *Math.* the theorem that a given infinite series converges if the absolute value of the ratio of the term succeeding the *n*th term to the *n*th term approaches a limit less than 1 as *n* increases without bound.

**Rat·is·bon** (rat/is bon′, -iz-), *n.* Regensburg.

**rat·ite** (rat/īt), *adj.* **1.** having a flat, unkeeled sternum, as in ostrich, cassowary, emu, or moa. —*n.* **2.** a bird having a ratite breastbone. [1875–80; < L rat(is) raft + -ITE²]

**rat·kan·ga·roo** (rat/kang′gə rōō/), *n., pl.* **-roos.** any of several rabbit-sized, ratlike Australian kangaroos of the subfamily Potoroinae. [1840–50]



R. ratline(def.)

**rat·line** (rat/lin), *n. Naut.* **1.** any of the small ropes or lines that traverse the shrouds horizontally and serve as steps for going aloft. **2.** Also, **rat′line stuff′.** three-stranded, right-laid, tarred hemp stuff of from 6 to 24 threads, used for ratlines, lashings, etc. Also, **rat′lin.** [1475–85; earlier *ratling, radelyng* < ?]

**RATO** (rā/tō), *n. Rocketry.* rocket-assisted takeoff.

**ra·toon** (ra tōōn/), *n.* **1.** a sprout or shoot from the root of a plant, esp. a sugarcane, after it has been cropped. —*v.i.* **2.** to put forth or cause to put forth ratoons. Also, **rattoon.** [1625–35; < Sp *retoño* sprout, deriv. of *retoñar* to sprout again in the fall, equiv. to *re-* RE- + -(o)toñar; deriv. of *otoño* AUTUMN] —ra·toon′er, *n.*

**rat′ race′,** *Informal.* any exhausting, unremitting, and usually competitive activity or routine, esp. a pressured urban working life spent trying to get ahead with little time left for leisure, contemplation, etc. [1935–40, *Amer.*]

**rats·bane** (rats/bān′), *n.* **1.** rat poison. **2.** the trioxide of arsenic. [1515–25; RAT + 's¹ + BANE]

**rat′ snake′,** any of several New and Old World colubrid snakes, of the genus *Elaphe,* that feed chiefly on small mammals and birds. Also called **house snake.** [1855–60]

**rat's′ nest′.** See **mare's nest** (def. 2).

**rat·tail** (rat/tāl′), *n.* grenadier (def. 4). Also, **rat′tail′.** [1695–1705]

**rat′-tail cac′tus,** a cactus, *Aporocactus flagelliformis,* of Mexico, having slim, cylindrical stems that are easily trained into strange designs, and crimson flowers. [1895–1900]

**rat′tail comb′,** a comb for the hair having a narrow, pointed handle used in styling the hair. [1975–80]

**rat′-tailed mag′got,** the aquatic larva of any of several syrphid flies of the genus *Eristalis,* that breathes through a long, thin tube at the posterior end of its body.

**rat′-tail file′,** a long, narrow file having a circular cross section. [1840–50]

**rat·tan** (ra tan/, rə-), *n.* **1.** Also called **rattan′ palm′.** any of various climbing palms of the genus *Calamus* or allied genera. **2.** the tough stems of such palms, used for wickerwork, canes, etc. **3.** a stick or switch of this material. Also, **ratan.** [1650–60; by uncert. mediation < Malay *rotan,* alleged to derive from *rout* scrape off, with *-an* nominalizing suffix]

**rat·teen** (ra tēn/), *n. Obs.* ratiné.

**rat·ter** (rat/ər), *n.* a person, animal, or thing that catches rats, as a terrier or a cat. [1825–35; RAT + -ER¹]

**rat′ ter′rier,** a terrier of any of several breeds developed esp. for catching rats, as the Manchester terrier. [1850–55]

**Rat·ti·gan** (rat/i gən), *n.* Terence, 1911–77, English playwright.

**rat·tish** (rat/ish), *adj.* **1.** of, pertaining to, characteristic of, or resembling a rat. **2.** infested with rats. [1680–90; RAT + -ISH¹]

**rat·tle¹** (rat/l), *v.,* **-tled, -tling,** *n.* —*v.i.* **1.** to give out or cause a rapid succession of short, sharp sounds, as in consequence of agitation and repeated concussions: *The windows rattled in their frames.* **2.** to move or go, esp. rapidly, with such sounds: *The car rattled along the highway.* **3.** to talk rapidly; chatter: *He rattled on for an hour about his ailments.* —*v.t.* **4.** to cause to rattle: *He rattled the doorknob violently.* **5.** to drive, send, bring, etc. esp. rapidly, with rattling sounds: *The wind ra——across the roadway.* **6.** to utter or perform in a rapid or lively manner: *to rattle off a list of complaints.* **7.** to disconcert or confuse (a person): *A sudden noise rattled the speaker.* **8.** *Hunting.* to stir up (a cover). —*n.* **9.** a rapid succession of short, sharp sounds, as from the collision of hard bodies. **10.** an instrument contrived to make a rattling sound, esp. a baby's toy filled with small pellets that rattle when shaken. **11.** the series of horny, interlocking elements at the end of the tail of a rattlesnake, with which it produces a rattling sound. **12.** a rattling sound in the throat, as the death rattle. [1250–1300; ME *ratelen* (v.), *ratele* (n.) (c. D *ratelen,* G *rasseln*); imit.]
—Syn. **1.** clatter, knock. **7.** discompose. **9.** clatter.

**rat·tle²** (rat/l), *v.t.,* **-tled, -tling.** *Naut.* to furnish with ratlines (usually fol. by *down*). [1720–30; back formation from *ratling* RATLINE (taken as verbal n.)]

**rat·tle·brain** (rat/l brān′), *n.* a giddy, empty-headed, talkative person. [1700–10; RATTLE¹ + BRAIN]

**rat·tle·brained** (rat/l brānd′), *adj.* foolish; flighty; scatterbrained. [1710–20; RATTLE + BRAIN + -ED²]

**rat·tle·bush** (rat/l bŏŏsh′), *n.* See **blue false indigo.** [1740–50]

**rat·tle·head** (rat/l hed′), *n.* a rattlebrain. [1635–45; RATTLE¹ + HEAD] —rat′tle·head′ed, *adj.*

**rat·tle·pate** (rat/l pāt′), *n.* a rattlebrain. [1635–45; RATTLE¹ + PATE] —rat′tle·pat′ed, *adj.*

**rat·tler** (rat/lər), *n.* **1.** a rattlesnake. **2.** a person or thing that rattles. **3.** *Informal.* a fast freight train. [1400–50; late ME; see RATTLE¹, -ER¹]

**rat·tle·snake** (rat/l snāk′), *n.* any of several New World pit vipers of the genera *Crotalus* and *Sistrurus,* having a rattle composed of a series of horny, interlocking elements at the end of the tail. [1620–30, *Amer.;* RATTLE¹ + SNAKE]



timber rattlesnake
length 3–5 ft.
(*Crotalus horridus*)

**rat′tlesnake fern′,** any of several American grape ferns, esp. *Botrychium virginianum,* having clusters o sporangia resembling the rattles of a rattlesnake. [1805 15, *Amer.*]

**rat′tlesnake mas′ter, 1.** any of various plants o the genus *Eryngium,* esp. *E. yuccifolium,* having spiny leaves and dense, rounded flower heads. **2.** any of several other plants, esp. of the genus *Liatris.* [1800–1( *Amer.*]

**rat′tlesnake plan′tain,** any of several low, terres trial orchids, as *Goodyera repens,* of northern temperat regions, having a basal rosette of leaves with white vein and a one-sided spike of white flowers. [1770–8( *Amer.*]

**rat′tlesnake root′, 1.** any of certain composit plants of the genus *Prenanthes,* whose roots or tuber have been regarded as a remedy for snake bites, as *I serpentaria* or *P. alba.* **2.** the root or tuber. **3.** th snakeroot, *Polygala senega.* **4.** its root. [1675–85]

**rat′tlesnake weed′, 1.** a hawkweed, *Hieraciun venosum,* of eastern North America, whose leaves an root are thought to possess medicinal properties. **2.** carrotlike weed, *Daucus pusillus,* of southern and west ern North America. **3.** any of certain other plants, as a umbelliferous plant, *Eryngium aquaticum.* **4.** See **ra tlesnake plantain.** [1750–60, *Amer.*]

**rat·tle·trap** (rat/l trap′), *n.* a shaky, rattling objec as a rickety vehicle. [1760–70; RATTLE¹ + TRAP¹]

**rat·tling** (rat/ling), *adj.* **1.** that rattles: *a rattling doo* **2.** remarkably good, lively, or fast: *a rattling talk; a ra tling gallop.* —*adv.* **3.** very: *a rattling good tim* [1350–1400; ME *ratelinge;* see RATTLE¹, -ING³] —rat tling·ly, *adv.*

**rat·tly** (rat/lē), *adj.* tending to rattle; making or ha ing a rattling sound. [1880–85; RATTLE¹ + -Y¹]

**rat·ton** (rat/n), *n. Dial.* a rat. [1250–1300; ME *ratou* < OF *raton,* dim. of *rat* RAT]

**rat·toon** (ra tōōn/), *n., v.i., v.t.* ratoon.

**rat·trap** (rat/trap′), *n.* **1.** a device for catching rat **2.** a run-down, filthy, or dilapidated place. **3.** a difficu involved, or entangling situation. [1425–75; late ME. S RAT, TRAP¹]

**rat·ty** (rat/ē), *adj.,* **-ti·er, -ti·est. 1.** full of rats. **2.** or characteristic of a rat. **3.** wretched; shabby: *a rat old overcoat.* **4.** *Slang.* irritable or angry; bad-ter pered; nasty: *I always feel ratty when I wake up.* [186 65; RAT + -Y¹]

**Rau** (rou), *n.* **San·tha Ra·ma** (san/thə rä/mə), b 1923, Indian writer and astrologer.

**rau·cous** (rô/kəs), *adj.* **1.** harsh; strident; gratin *raucous voices; raucous laughter.* **2.** rowdy; disorder *a raucous party.* [1760–70; < L *raucus* hoarse, har rough; see -OUS] —rau′cous·ly, *adv.* —rau′cou ness, rau·ci·ty (rô/si tē), *n.*

CONCISE PRONUNCIATION KEY: act, cāpe, dâre, pärt; set, ēqual; if, ì ox, ōver, ôrder, oil, bŏŏk, bōŏt, out, up, ûrge; child; sing; shoe; th that; th as in *treasure.* ə = a as in *alone,* e as in *system,* i as *easily,* o as in *gallop,* u as in *circus;* * as in *fire* (fī°r), *hour* (ou l and n can serve as syllabic consonants, as in *cradle* (krād/l)-* button (but/ən). See the full key inside the front cover.

FAIR019657

FAIR0019657