# EXHIBIT 3

# WEBSTER'S ENCYCLOPEDIC UNABRIDGED DICTIONARY OF THE ENGLISH LANGUAGE



The dictionary entries are based on the Second Edition of
*The Random House Dictionary of the English Language*

GRAMERCY BOOKS
New York

Acknowledgments and Permissions

The "A Dictionary of the English Language" section of this book (*Webster's Encyclopedic Unabridged Dictionary*) is based on the second edition of *The Random House Dictionary of the English Language, the Unabridged Edition*, copyright © 1993, 1987.

Copyright © 1996 by Random House Value Publishing, Inc.
All rights reserved under International and Pan-American
Copyright Conventions.

No part of this book may be reproduced or transmitted in any form or by
any means electronic or mechanical including photocopying, recording, or
by any information storage and retrieval system, without permission in
writing from the publisher.

This 1996 edition is published by Gramercy Books,
a division of Random House Value Publishing, Inc.,
201 East 50th Street, New York, N.Y. 10022.

Gramercy Books and colophon are trademarks of
Random House Value Publishing, Inc.

Random House
New York • Toronto • London • Sydney • Auckland
http://www.randomhouse.com/
*Printed and bound in the United States*

Library of Congress Cataloging-in-Publication Data
Webster's encyclopedic unabridged dictionary of the English language—
   New rev. ed.
       p.   cm.
   "The dictionary entries are based on the second edition of
The Random House dictionary of the English language."
       1. English language—Dictionaries.
   PE1625.W46     1994
   423dc20                                                     93-48137
                                                                  CIP

OLD ISBN: 0-517-11888-2
New Deluxe Edition: 0-517-15026-3

10 9 8 7

**seven-year itch'** (sev'ǝn yēr'), 1. scabies. 2. the temptation to have an affair, held to become a hazard in the seventh year of marriage. [1895–1900, *Amer.*]

**Sev'en Years'/ War'**, the war (1756–63) in which England and Prussia defeated France, Austria, Russia, Sweden, and Saxony.

**sev·er** (sev'ǝr), v.t. 1. to separate (a part) from the whole, as by cutting or the like. 2. to divide into parts, esp. forcibly; cleave. 3. to break off or dissolve (ties, relations, etc.). 4. *Law.* to divide into parts; disunite (an estate, titles of a statute, etc.). 5. to distinguish; discriminate between. —v.i. 6. to become separated from each other; become divided into parts. [1300–50; ME *severen* < MF *sevr(er)* re to SEPARATE]

**sev·er·a·ble** (sev'ǝr ǝ bǝl, sev'rǝ-), adj. 1. capable of being severed. 2. *Law.* separable or capable of being treated as separate from a whole legal right or obligation: *a severable contract obligation.* [1540–50; SEVER + -ABLE] —**sev'er·a·bil'i·ty**, n.

**sev·er·al** (sev'ǝr ǝl, sev'rǝl), adj. 1. being more than two but fewer than many in number or kind: *several ways of doing it.* 2. respective; individual: *They went their several ways.* 3. separate; different: *several occasions.* 4. single; particular. 5. *Law.* binding two or more persons who may be sued separately on a common obligation. —n. 6. several persons or things; a few; some. [1375–1425; late ME < AF < ML *sēparālis*, equiv. to L *sēpar* separate + *-ālis* -AL¹]

**sev·er·al·fold** (sev'ǝr ǝl fōld', sev'rǝl-), adj. 1. comprising several parts or members. 2. several times as great or as much: *a severalfold increase.* —adv. 3. in severalfold measure. [1730–40; SEVERAL + -FOLD]

**sev·er·al·ly** (sev'ǝr ǝ lē, sev'rǝ-), adv. 1. separately; singly. 2. respectively. [1350–1400; ME; see SEVERAL, -LY]

**sev·er·al·ty** (sev'ǝr ǝl tē, sev'rǝl-), n., pl. -ties. 1. the state of being separate. 2. *Law.* a. of an estate, esp. land) the condition of being held or owned by separate and individual right. b. an estate held or owned by individual right. [1400–50; late ME < AF *severalte.* See SEVERAL, -TY²]

**sev·er·ance** (sev'ǝr ǝns, sev'rǝns), n. 1. the act of severing or the state of being severed. 2. a breaking off, as of a friendship. 3. *Law.* a division into parts, as of liabilities or provisions; removal of a part from the whole. 4. See **severance pay.** [1375–1425; late ME *severaunce* < AF; see SEVER, -ANCE]

**sev'erance pay'**, money, exclusive of wages, back pay, etc., paid to an employee who has tenure and who is dismissed because of lack of work or other reasons beyond the employee's control. [1940–45]

**sev'erance tax'**, a tax levied by a state on the extraction and use of a natural product, as coal, that is sold outside the state or during a certain period. [1925–30]

**se·vere** (sǝ vēr'), adj., -ver·er, -ver·est. 1. harsh; unnecessarily extreme: *severe criticism; severe laws.* 2. serious or stern in manner or appearance: *a severe face.* 3. grave; critical: *a severe illness.* 4. rigidly restrained in style, taste, manner, etc.; simple, plain, or austere. 5. causing discomfort or distress by extreme character or conditions, as weather, cold, or heat; unpleasantly violent, as rain or wind, or a blow or shock. 6. difficult to endure, perform, fulfill, etc.: *a severe test of his powers.* 7. rigidly exact, accurate, or methodical: *severe standards.* [1540–50; < L *sevērus*, of back formation from SEVERITY] —**se·vere'ly**, adv. —**se·vere'ness**, n. —**Syn.** 2. strict, hard. See **stern**¹. 4. unadorned. 7. demanding, exacting. —**Ant.** 1. lenient. 2. gentle.

**severe' combined' immune' defi'ciency**, *Pathol.* a group of rare congenital disorders in which both cell-mediated and humoral immunity are lacking, causing susceptibility to a wide variety of illnesses and an inability to live in a normal environment. Also, **severe' combined' im'munodefi'ciency.** *Abbr.:* SCID

**Sev·er·i·nus** (sev'ǝ rī'nǝs), n. died A.D. 640, pope 640.

**se·ver·i·ty** (sǝ ver'i tē), n., pl. -ties. 1. harshness, sternness, or rigor: *Their lives were marked by severity.* 2. austere simplicity, as of style, manner, or taste: *The severity of the decor was striking.* 3. intensity or sharpness, as of cold or pain. 4. grievousness; hard or trying character or effect: *The severity of his loss was finally becoming apparent.* 5. rigid exactness or accuracy. 6. an instance of strict or severe behavior, punishment, etc. [1475–85; < L *sevēritās*, equiv. to *sevēr(us)* SEVERE + *-itās* -ITY]

**Sev·ern** (sev'ǝrn), n. 1. a river in Great Britain, flowing from central Wales through W England into the Bristol Channel. 210 mi. (338 km) long. 2. a city in central Maryland. 20,147.

**Sev·er'na Park'** (sǝ vûr'nǝ), a city in central Maryland. 21,253.

**Se·ve·ro·do·netsk** (sev'ǝr ǝ dǝ netsk'; *Russ.* syi vyi rǝ du nyetsk'), n. a city in E Ukraine, NE of Donetsk. 113,000.

**Se·ve·ro·dvinsk** (sev'ǝr ǝ dvinsk'; *Russ.* syi vyi rǝ dvyēnsk'), n. a city in the N Russian Federation in Europe, on Dvina Gulf, E of Archangel. 239,000. Formerly, **Molotovsk.**

**Se·ver·sky** (sǝ ver'skē), n. **Alexander Pro·co·fi·eff de** (prǝ kô'fē ef' dǝ), 1894–1974, U.S. airplane designer, manufacturer, and writer; born in Russia.

**Se·ve·rus** (sǝ vēr'ǝs), n. **Lucius Sep·tim·i·us** (sep tim'ē ǝs), A.D. 146–211, Roman emperor 193–211.

CONCISE ETYMOLOGY KEY: <, descended or borrowed from; >, whence; b., blend of, blended; c., cognate with; cf., compare; deriv., derivative; equiv., equivalent; imit., imitative; obl., oblique; r., replacing; s., stem; sp., spelling, spelled; resp., respelling, respelled; trans., translation; ?, origin unknown; *, unattested; ‡, probably earlier than§See the full key inside the front cover.

---

**se·ver·y** (sev'ǝ rē), n., pl. -er·ies. (in a vaulted structure) one bay between two principal transverse arches. [1350–1400; ME < AF *civorie*, OF *civoire* < L *cibōrium* CIBORIUM]

**se·vi·che** (sǝ vē'chā, -chē), n. ceviche.

**Sé·vi·gné** (sā vē nyā'), n. **Ma·rie de Ra·bu·tin·Chan·tal** (mȧ RĒ' dǝ RA bY taN shäN tȧl'), Marquise de, 1626–96, French writer, esp. of letters.

**Se·ville** (sǝ vil'), n. a port in SW Spain, on the Guadalquivir River; site of the Alcazar; cathedral. 580,000. Spanish, **Se·vil·la** (sǝ vē'lyȧ). —**Se·vil·lian** (sǝ vil'yǝn), *adj., n.*

**Seville' or'ange.** See under **orange** (def. 2). [1585–95]

**Sè·vres** (sev'rǝ; *Eng.* sev'rǝ, sev), n. 1. a suburb of Paris in N France. 21,296. 2. Also, **Sè'vres ware'.** the porcelain made in this suburb since 1756.

**sew**¹ (sō), v., sewed, sewn or sewed, sew·ing. —v.t. 1. to join or attach by stitches. 2. to make, repair, etc., (a garment) by such means. 3. to enclose or secure with stitches: *to sew flour in a bag.* 4. to close (a hole, wound, etc.) by means of stitches (usually fol. by *up*). —v.i. 5. to work with a needle and thread or with a sewing machine. 6. **sew up**, a. *Informal.* to get or have a monopoly of; control exclusively. b. *Informal.* to complete or conclude (arrangements, negotiations, etc.) successfully: *to sew up a deal.* c. to gain or be assured of: *He tried to sew up as many votes as possible before the convention.* [bef. 900; ME *sewen,* OE *siw(i)an;* c. OHG *siuwan,* Goth *siujan,* L *suere* (see SUTURE); akin to SEAM] —**sew'a·ble,** *adj., n.*

**sew**² (sō), v., sewed, sew·ing. n. *Naut.* —v.i. 1. to ground (a vessel) at low tide (sometimes fol by *up*). —v.i. 2. (of a vessel) to be grounded at low tide. —n. 3. the amount of additional water necessary to float a grounded vessel. [1505–15; < MF *sewer;* aph. var. of *essewer* < VL *\*exaquāre,* equiv. to L *ex-* EX-¹ + *aqu(a)* water + *-āre* inf. suffix]

**sew·age** (sō'ij), n. the waste matter that passes through sewers. Also, **sewerage.** [1825–35; SEW(ER)¹ (as if the ending was -ER¹) + -AGE]

**Sew·all** (sō'ǝl), n. **Samuel,** 1652–1730, American jurist, born in England.

**se·wan** (sē'wǝn), n. seawan.

**Sew·ard** (sōō'ǝrd), n. **William Henry,** 1801–72, U.S. statesman; Secretary of State 1861–69.

**Sew'ard Penin'sula,** a peninsula in W Alaska, on Bering Strait.

**Sew'ard's Fol'ly,** *U.S. Hist.* the purchase of Alaska in 1867, through the negotiations of Secretary of State W. H. Seward. Cf. **Alaska Purchase.** (so called because Alaska was regarded as worthless land)

**se·wel·lel** (sǝ wel'ǝl), n. See **mountain beaver.** [1806, *Amer.*; < Lower Chinook *š·walál* robe of mountain beaver skins, understood as the animal itself]

**sew·er**¹ (sōō'ǝr), n. 1. an artificial conduit, usually underground, for carrying off waste water and refuse, as in a town or city. —v.t. 2. to provide or equip with sewers: *a tax increase necessary to sewer the neighborhood.* [1375–1425; late ME *suer(e)* < dial. OF *se(u)wiere* overflow channel (cf. OF *ess(e)ouer(e)* ditch) < L *\*exaquāria* drain for carrying water off, equiv. to L *ex-* EX-¹ + *aqu(a)* water + *-āria,* fem. of *-ārius* -ARY; see SEW¹, -ER²] —**sew'er·less,** *adj.* —**sew'er·like',** *adj.*

**sew·er**² (sō'ǝr), n. a person or thing that sews. [1350–1400; ME; see SEW¹, -ER¹]

**sew·er**³ (sōō'ǝr), n. a former household officer or head servant in charge of the service of the table. [1300–50; ME, aph. < AF *asseour* seater, equiv. to OF *asse(oir)* to seat (< L *assidēre* to attend upon; see ASSIDUOUS) + -our -OR²]

**sew·er·age** (sōō'ǝr ij), n. 1. the removal of waste water and refuse by means of sewers. 2. a system of sewers. 3. sewage. [1825–35; SEWER¹ + -AGE]

**sew'er pill'** (sōō'ǝr), a ribbed wooden ball for scraping the walls of a sewer through which it floats.

**sew·ing** (sō'ing), n. 1. the act or work of one who sews. 2. something sewn or to be sewn. [1250–1300; ME; see SEW¹, -ING¹]

**sew'ing cir'cle,** a group, esp. of women, meeting regularly to sew. [1840–50, *Amer.*]

**sew'ing cot'ton,** cotton thread used for sewing, embroidery, etc. [1805–15]

**sew'ing machine',** any of various foot-operated or electric machines for sewing or making stitches, ranging from machines with a shuttle for a spool of thread and a needle for sewing garments to industrial machines for sewing leather, book pages together, etc. [1840–50, *Amer.*]

**sew'ing nee'dle,** *Northern U.S.* a dragonfly. —**Regional Variation.** See **dragonfly.**

**sew'ing silk',** finely twisted silk thread used for sewing, embroidery, etc. [1470–80]

**sew'ing ta'ble,** a worktable for holding sewing materials, often supplied with a bag or pouch for needlework. Cf. **bag table.** [1870–75]

**sewn** (sōn), v. a pp. of **sew**¹.

**sex** (seks), n. 1. either the male or female division of a species, esp. as differentiated with reference to the reproductive functions. 2. the sum of the structural and functional differences by which the male and female are distinguished, or the phenomena or behavior dependent on these differences. 3. the instinct or attraction drawing one sex toward another, or its manifestation in life and conduct. 4. coitus. 5. genitals. 6. **to have sex,** to engage in sexual intercourse. —v.t. 7. to ascertain the sex of, esp. of newly-hatched chicks. 8. **sex up,** *Informal.* a. to arouse sexually: *The only intent of that show was to sex up the audience.* b. to increase the appeal of, to make more interesting, attractive, or exciting: *We've decided to sex up the movie with some battle scenes.*

---

[1350–1400; ME < L *sexus,* perh. akin to *secāre* to divide (see SECTION)]

**sex-,** a combining form, occurring in loanwords f. Latin, meaning "six" (*sexagenary*); on this model use the formation of compound words: *sexpartite.* Also, **se-** [< L, comb. form of *sex* SIX]

**sex' abuse'.** See **sexual abuse.**

**sex' act',** sexual intercourse; copulation.

**sex·a·ge·nar·i·an** (sek'sǝ jǝ nâr'ē ǝn), *adj.* 1. of the age of 60 years or between 60 and 70 years old. —n 2. a sexagenarian person. [1730–80; < L *sexāgēnāri(us)* SEXAGENARY + -AN]

**sex·ag·e·nar·y** (sek saj'ǝ ner'ē), *adj., n., pl.* -nar·ies. —*adj.* 1. of or pertaining to the number 60. 2. composed of or proceeding by sixties. 3. sexagenarian. 4. a sexagenarian. [1525–35; < L *sexāgēnārius,* equiv. *sexāgēn(ī)* distributive of *sexāgintā* sixty + -*ārius* -ARY]

**Sex·a·ges·i·ma** (sek'sǝ jes'ǝ mǝ, -jā'zǝ-), n. the second Sunday before Lent. Also called **Sexages'ima Sun'day.** [1350–1400; ME < L *sexāgēsima (diēs)* sixtieth (day), fem. of *sexāgēsimus,* ordinal corresponding *sexāgintā* sixty]

**sex·a·ges·i·mal** (sek'sǝ jes'ǝ mǝl), *adj.* 1. pertain to or based upon the number 60. —n. 2. a fraction whose denominator is 60 or a power of 60. [1675–85 ML *sexāgēsimālis.* See SEXAGESIMA, -AL¹]

**sex' appeal',** 1. the ability to excite people sexually 2. immediate appeal or obvious potential to interest or excite others, as by appearance, style, or charm: *a ho with no sex appeal.* [1920–25]

**sex·a·va·lent** (sek'sǝ vā'lǝnt), *adj. Chem.* hexavalent. Also, **sexivalent.** [1875–80]

**sex' cell',** a spermatozoon or an ovum; gamete. [1885–90]

**sex·cen·ten·ar·y** (seks'sen ten'ǝ rē, seks sen'tǝ ner'ē, esp. *Brit.* -sen tē'nǝ rē), *adj., n., pl.* -nar·ies. —*adj.* 1. pertaining to 600 or a period of 600 years; marking the completion of 600 years. —n. 2. a 600th anniversary or its celebration. [1770–80; SEX- + CENTENARY]

**sex' change',** the alteration, by surgery and hormone treatments, of a person's morphological sex characteristics to approximate those of the opposite sex.

**sex' chro'matin,** *Genetics.* See **Barr body.** [1955]

**sex' chro'mosome,** *Genetics.* a chromosome, differing in shape or function from other chromosomes, that determines the sex of an individual. [1910–15]

**sex·de·cil·lion** (seks'di sil'yǝn), n., pl. -lions, (as of a numeral) -lion, *adj.* —n. 1. a cardinal number represented in the U.S. by 1 followed by 51 zeros, and in Great Britain by 1 followed by 96 zeros. —*adj.* 2. amount to one sexdecillion in number. [1935–40; SEX- + DECILLION]

**sexed** (sekst), *adj.* 1. being of a particular sex or having sexual characteristics. 2. characterized by sexually having sex appeal. [1590–1600; SEX + -ED²]

**sexed-up** (sekst'up'), *adj. Informal.* 1. sexually aroused. 2. made sexually attractive or more titillating *The movie was a sexed-up version of the book.* 3. made more attractive or interesting, esp. by adding decorative elements: *a sexed-up car.*

**sex·e·nar·y** (sek'sǝ ner'ē), *adj.* 1. senary. 2. sextuple (def. 1). 3. (of a numerical system) with a base of six. [1805–15; irreg. < L *sex* SIX + *-enary,* as in SEPTENARY]

**sex·en·ni·al** (sek sen'ē ǝl), *adj.* 1. of or for six years. 2. occurring every six years. [1640–50; < L *sexenni* six years old (*sex* SIX + *-enn-,* comb. form of *annus* year + *-is* adj. suffix) + -AL¹] —**sex·en'ni·al·ly,** *adv.*

**sex·foil** (seks'foil'), n. a round ornament consisting six lobes divided by cusps. [1680–90; SEX- + -FOIL, as trefoil]

**sex' hor'mone,** *Biochem.* any of a class of steroid hormones that regulate the growth and function of the reproductive organs or stimulate the development of the secondary sexual characteristics. [1935–40]

**sex' hy'giene,** a branch of hygiene concerned with sex and sexual behavior as they relate to individual and community well-being.

**sexi-,** var. of **sex-:** *sexivalent.*

**sex·ism** (sek'siz ǝm), n. 1. attitudes or behavior based on traditional stereotypes of sexual roles. 2. discrimination or devaluation based on a person's sex, as in restricted job opportunities; esp., such discrimination directed against women. [1965–70; SEX + -ISM, on the model of RACISM]

**sex·ist** (sek'sist), *adj.* 1. pertaining to, involving, or fostering sexism: *a sexist remark; sexist advertising.* —n 2. a person with sexist attitudes or behavior. [1965–75 SEX + -IST, on the model of RACIST]

**sex·i·va·lent** (sek'sǝ vā'lǝnt), *adj. Chem.* hexavalent Also, **sexavalent.** [1870–75; SEXI- + -VALENT]

**sex' kit'ten,** *Informal.* a young woman who is sexy and coquettish. [1955–60]

**sex·less** (seks'lis), *adj.* 1. having or seeming to have no sex; neuter. 2. having or seeming to have no sexual desires. 3. having no sex appeal; sexually uninteresting [1590–1600; SEX + -LESS] —**sex'less·ly,** *adv.* —**sex'less·ness,** n.

**sex·lim·it·ed** (seks'lim'i tid), *adj. Genetics.* (of a genetic character) expressed in one sex only. [1905–10]

**sex·link·age** (seks'ling'kij), n. *Genetics.* an association between genes in sex chromosomes such that the characteristics determined by these genes appear more frequently in one sex than in the other. [1910–15]

**sex-linked** (seks'lingkt'), *adj. Genetics.* 1. (of a gene located in a sex chromosome. 2. (of a character) determined by a gene located in a sex chromosome. [1910–15]

**sex' ob'ject,** a person viewed as being of little intel

FAIR0019565

FAIR0019565