# EXHIBIT 6

Case 3:07-cv-02638-JSW    Document 154-7    Filed 03/27/2008    Page 2 of 16
Oxford English Dictionary: several, a., adv., and n.                    Page 1 of 15
    Case 3:07-cv-02638-JSW    Document 149-5    Filed 03/13/2008    Page 2 of 16

# Entry printed from *Oxford English Dictionary Online*

Copyright © Oxford University Press 2008

---

# several, *a., adv.,* and *n.*    SECOND EDITION 1989

('sɛvərəl) Also 4-8 -all, (5 -ell, -ele, *pl.* -alx), 5-6 el(le, alle, (7 -ale); *poet.* 7-8 **sev'ral** (7 -all). [a. AF. *several* adj. and n. (whence med.L. *severālis*), ad. med.L. *sēparālis* (neut. n. *-āle*), f. L. *sēpar* separate, distinct.
 *Seuerel* in Trevisa's translation (1387) of Higden's *Polychronicon* (Rolls) VIII. 49 (MS. St. John's, Camb. H1) 'seuerel werkes', is an error for *servile*.]

**A.** *adj.*  **I.** Existing apart, separate.

†**1.** Having a position, existence, or status apart; separate, distinct:  (*a*) in predicative use. *Obs.*

> **1422** YONGE tr. *Secreta Secret.* xlvi. 209 So oweste thow, Alexander, to haue v messagers and v consaillours, and euery of tham shall be seuerall [orig. *per se separatus*]. **c1430** *Freemasonry* (ed. Halliw. 1844) 22 The thrydde poynt most be severele, With the prentes knowe hyt wele, Hys mayster cownsel he kepe and close, And hys felows by his goode purpose. **1539** BIBLE (Great) *2 Chron.* xxvi. 21 Uzia.. dwelt seuerall in an house [**1611** in a seuerall house] beynge a leper. **1577** B. GOOGE *Heresbach's Husb.* III. (1586) 145 Varro doth commend sundry little flocks kept seueral, rather then greate flockes together. **1612** BREREWOOD *Lang. & Relig.* 109 Many Mahumetans be also found..both several in sundry provinces, and otherwise mingled with idolaters. **1642** FULLER *Holy & Prof. St.* IV. i. 243 Severall are the causes of Favourites falls,..different the degrees and manner of their ruine. **1652** SPARKE *Prim. Devot.* (1660) 553 Mistaking the Son of Alphæus, and St. James the Brother of our Lord, for several; which were but one and the same person. **1654** WHITLOCK *Zootomia* 330 Keeping the Delivery of others Opinions and my own severall. **1707** MORTIMER *Husb.* (1721) II. 334 Then grind or beat them, keeping the Fruit several, in case you have enough to fill a Vessel of one kind.

(*b*) in attributive use, with *a* and *pl.*

> **1511** SIR R. GUYLFORDE *Pilgr.* (Camden) 79 They haue..seuerall cloysters and seuerall lodgynges, but they kepe all theyr dyuine seruyce in one

Case 3:07-cv-02638-JSW   Document 154-7   Filed 03/27/2008   Page 3 of 16
Oxford English Dictionary several, a., adv., and n.
Case 3:07-cv-02638-JSW   Document 149-5   Filed 03/13/2008   Page 3 of 16   Page 2 of 15

quere al togyther. *a*1533 FRITH *Disput. Purgat.* I. (end) Fvij, What soeuer is not answered in this parte, shalbe..fully conuynced in the thyrde, which shall be a seuerall boke agaynst my lorde of Rochestre. **1594** PLAT *Jewell-ho.* III. 5 Receaue the oile into a seuerall glasse by it selfe. **1597** MORLEY *Introd. Mus.* 3 If you shoulde aske them, why two men of one name should not both giue one Armes? they will straight answere you, that they be of seuerall houses. **1603** OWEN *Pembrokeshire* ii. (1891) 33 In seuerall and lone houses. **1620** E. BLOUNT *Horæ Subs.* 518 The commixture of seuerall sexes, which we call Marriage. **1635** SWAN *Spec. M.* iv. §2 (1643) 60 Every scale of an onyon is a severall and differing scale. **1690** MILTON *Hist. Eng.* II. (end), But so different a state of things requires a several relation. *a*1700 EVELYN *Diary* June 1645, From hence we visited St. Spirito and St. Lawrence, faire Churches in severall islands. **1700** DRYDEN *Fables* Pref. *C1b, The Reeve, the Miller, and the Cook, are several Men. **1768** TUCKER *Lt. Nat.* (1834) II. 311 It is the custom of Providence to perfect mighty works by a multitude of..instruments, each performing a small and several part of the whole.

†**b.** Separate, distinct, or different *from*. *Obs.*

**1533** TINDALE *Supper of Lord* Wks. (1573) 467/2 So be we now by Baptisme rekened to bee consigned vnto Christes Church seuerall from Iewes, paynyms, &c. **1551** RECORDE *Pathw. Knowl.* II. xxvi, The thirde likeiamme..hathe his grounde line.., seuerall from the other, but yet equall vnto it. **1560** J. DAUS tr. *Sleidane's Comm.* 373b, It [penance] is also a severall Sacrament from Baptisme. **1566** T. STAPLETON *Ret. Untr. Jewel* iii. 58 Saint Luke.., if that crye of the Lycaonians hade bene in greke, woulde not haue termed it a seuerall language from the greke, as he doth, calling it Lycaonicall. **1599** *Broughton's Lett.* xii. 40 Christianity hath vsed many words in seuerall sence from the common phrase. **1612** T. TAYLOR *Comm. Titus* iii. 1 But the precept is entire of it selfe, and seuerall from the other before. **1636** *Recorde's Gr. Artes* 302 Either the whole number is seuerall from the Fraction..or else the whole number is ioyned with one, or both of the Fractions.

†**c.** With reference to function or use: Distinctive, particular. *Obs.*

**1564-5** *Form Prayers Genev. & Scot.* (1584) H8, That the Minister..also vse some forme of prayer..to the which he may appoint..some seuerall daye after the Sermon, weekely to be obserued. **1582** BENTLEY *Mon. Matrones* To Rdr. B3, Vnder the pretense of seuerall deuotion to commit manifold vngodlinesse. **1584** B. R. tr. *Herodotus* II. 79b, Euery one..doth seruice to all the gods indifferently, no man being clarked or chosen to be

Case 3:07-cv-02638-JSW    Document 154-7    Filed 03/27/2008    Page 4 of 16
Oxford English Dictionary several, a., adv., and n.                              Page 3 of 15
Case 3:07-cv-02638-JSW    Document 149-5    Filed 03/13/2008    Page 4 of 16

the seuerall minister of any one god alone. **1596** SPENSER *State Irel.* Wks. (Globe) 681/2 All men should marke theyr cattell with an open severall marke upon theyr flanckes. **1614** CAMDEN *Rem., Armories* 178 The ancient Picts and Britans..adorned their bodies with figures and blazons of diuers colours, which they coniecture to haue bene seuerall for particular families. **1648** GAGE *West Ind.* 214 There are no severall terminations for cases, as in Latine.

†**d.** Acting separately or individually; having separate responsibility. *Obs.*

**1466** *Cal. Anc. Rec. Dublin* (1889) I. 322 That every person..have his accion of trespas agaynes all manner person or persones of Chester..juncte or severell at his plesyre. **1475** in *10th Rep. Hist. MSS. Comm.* App. v. 312 The payne..to be levid by thofficers and by every of them, juncte and severall.

**2.** Qualifying a pl. n.: Individually separate; different.   **a.** Preceded by an adj. of number or plurality.

**1448** in *Wars Eng. in France* (Rolls) I. 483 There is due unto him the somme of vij. c. xlij. li...as by iij. severalx accomptes. **1562** TURNER *Herbal* II. 127 Although diuerse..learned men haue made one herbe of Thymbra and satureya, yet it is playne..that they are two seuerall herbes. **1588** *Marprel. Epist.* (Arb.) 42 Two seuerall Iohns, the father and the sonne, that had beene both recusants. **1602** SHAKES. *Ham.* V. ii. 20 An exact command, Larded with many seuerall sorts of reason. **1617** ABP. ABBOT *Descr. World* (1634) 91 China..containeth in it very many severall Kingdomes. **1641** R. BROOKE *Disc. Nat. Episc.* II. iv. 75 The word *Elder*, is used twenty severall times in the New Testament. **1719** DE FOE *Crusoe* I. (Globe) 70 All these Days entirely spent in many several Voyages. **1800** WORDSW. *Hart-Leap Well* 67 Three several pillars, each a rough-hewn stone. **1879** GEO. ELIOT *Theo. Such* i. 3 Three several times astonished.

**b.** Preceded by the def. article, a possessive, etc.: Each and all of *the, these,* †*one's* (etc.) various or different.

**1445** tr. *Claudian* in *Anglia* XXVIII. 279 So that yf thou woldist nat enclyne to her severel preyers At Romys request thou sholdist not lette her wille soon to perfourme. **1594** SHAKES. *Rich. III*, III. ii. 78, I doe not like these seuerall Councels. **1596** —— *Merch. V.* II. vii. 2 Draw aside the curtaines, and discouer The seuerall Caskets to this noble Prince. **1634** SIR T. HERBERT *Trav.* 33 Hee had well viewed her seuerall forces. **1681** POPPLE tr. *Locke's 1st Let. Toleration* L.s' Wks. 1727 II. 253 All the several

Case 3:07-cv-02638-JSW   Document 154-7   Filed 03/27/2008   Page 5 of 16
Oxford English Dictionary: several, a., adv., and n.
Case 3:07-cv-02638-JSW   Document 149-5   Filed 03/13/2008   Page 5 of 16   Page 4 of 15

separate Congregations,..will watch one another. **1711** ADDISON *Spect.* No. 205 ¶2 Besides a great many little Blemishes which you have touched upon in your several other Papers. **1731-8** SWIFT *Pol. Conversat.* Introd. 39 In the Compass of my own several Acquaintance. **1794** LD. GRENVILLE in *Paget Papers* (1896) I. 64 Your several Dispatches have been duly received and laid before the King. **1844** LINGARD *Anglo-Saxon Ch.* (1858) II. x. 107 During the several weeks which they spent on the coast of Natolia. **1866** J. MARTINEAU *Ess.* I. 198 Now combine these several propositions. **1893** SIR R. BALL *Story of Sun* 1 It is to the control of the Sun that the several planets are indebted for the regulation of their movements.

**c.** Without limiting word: A number of different; various, divers, sundry. (Now merged in 4.)

**1509** HAWES *Past. Pleas.* XLIII. (1555) 212 Whose goodly stories in tongues severall About were sent for to be perpetuall. **1563** *Homilies* II. *Almsdeeds* I. 168b, When seuerall matters are seuerally handeled. **1601** SHAKES. *Jul. C.* I. ii. 320, I will this Night, In seuerall Hands, in at his Windowes throw, As if they came from seuerall Citizens, Writings. **1628** T. SPENCER *Logick* 12 Seuerall respects of things, considered alone, and by themselues. **1650** FULLER *Pisgah* I. iv. 11 Dates, Almonds, Nuts,..and other severall fruits. **1690** LOCKE *Hum. Und.* III. vi. §25 Were they Nature's Workmanship, they could not be so various..in several Men. **1710** J. CHAMBERLAYNE *St. Gt. Brit.* II. 1. ii. (1743) 329 It seems to have been built at several times, and by different Persons. **1823** J. BADCOCK *Dom. Amusem.* 51 Two or three lenses may be kept, of several focal lengths. **1855** J. PHILLIPS *Man. Geol.* 206 Upper limestone, cavernous, with coral bands in several stages.

**d.** In legal use: More than one.

**1531** *Dial. Laws Eng.* I. viii. 15b, They be set in this writyng for seuerall groundes and he that lysteth may so accompt them, or if he wyll he may take them for one grounde after his pleasure. **1628** COKE *On Litt.* III. i. §241. 164 They be but one heire, and yet seuerall persons. **1824** STEPHEN *Princ. Pleading* 279 The use of several counts, and the allowance of several pleas. **1853** in W. Williams *Introd. Pleading* (1857) 307 Several pleas, replications or subsequent pleadings, or several avowries or cognizances founded on the same ground of answer or defence. *Ibid.*, Several counts on the same cause of action shall not be allowed.

**3.** Being one of a number of individuals of the same class.   **a.** *every* or

Case 3:07-cv-02638-JSW   Document 154-7   Filed 03/27/2008   Page 6 of 16
Oxford English Dictionary several, a., adv., and n.   Page 5 of 15
Case 3:07-cv-02638-JSW   Document 149-5   Filed 03/13/2008   Page 6 of 16

***each several***: every or each individual or single.

> *a*1562 G. CAVENDISH *Wolsey* (1893) 112 Under the sealls of every severall unyversitie. 1568 GRAFTON *Chron.* II. 2 That euery seuerall person, aswell horsemen as footemen should carye a greene bough in his hand. 1591 SHAKES. *Two Gent.* I. ii. 108 Ile kisse each seuerall paper, for amends. 1622 MABBE tr. *Aleman's Guzman d'Alf.* I. 237 The tearing of euery seuerall hayre seemed vnto him the plucking out of so many eyes out of his head. 1665 MANLEY *Grotius' Low C. Wars* 193 Without the consent of every severall Province. 1823 BARONESS BUNSEN in Hare *Life* (1879) I. vi. 214 Each several person wishes each several cardinal a happy conclave. 1847 MRS. GORE *Castles in Air* xviii. (1857) 154 Unless the families said to inhabit Bark's Buildings were hoisted up by the crane attached to each several house. 1861 MANNING in *Ess. Relig. & Lit.* Ser. I. (1865) 39 Every several Greek is bound to submit to the Catholic Church, one by one. 1883 PARRY in *Grove's Dict. Mus.* III. 477/2 Any of its elements can be treated as the discordant note, with the result of leading to a different key in each several case.

   †**b.** ***a*** or ***one several***: a single, one and only one. Also ***many a several*** = many a. *Obs.*

> 1543 *Necessary Doctr.* Fiij, The church of Rome being but a seuerall church, chalenginge that name of Catholyke aboue all other. 1563 *Homilies* II. *Prayer* I. 122b, Why dyd the Apostles immediatly after his ascension, gather them selues together into one seuerall place? 1582 *N.T.* (Rhem.) Rev. xxi. 21 Every gate was of one several pearle. 1597 SHAKES. *Lover's Compl.* 206 These tallents of their heir,...I haue receau'd from many a seueral faire.

   **4.** As a vague numeral: Of an indefinite (but not large) number exceeding two or three; more than two or three but not very many. (The chief current sense.)
   In earlier instances that may be brought under this definition, it is difficult to determine how far the sense of 'different, various' remains; cf. the remarks s.v. DIVERS *a.* 3.

> ?1661 in *12th Rep. Hist. MSS. Comm.* App. v. 6 During which times he received severall sums of money to the value of 300*l.* 1662 J. DAVIES tr. *Olearius' Voy. Ambass.* 154 The current having forc'd the Ship upon the shore, where we were constrained to stay for several hours. 1671 MILTON *P.R.* III. 276 Ninevee, of length within her wall Several days journey. 1711 ADDISON *Spect.* No. 159 ¶1 When I was at Grand Cairo, I picked up

Case 3:07-cv-02638-JSW   Document 154-7   Filed 03/27/2008   Page 7 of 16
Oxford English Dictionary: several, a., adv. and n.
Case 3:07-cv-02638-JSW   Document 149-5   Filed 03/13/2008   Page 7 of 16 Page 6 of 15

several Oriental Manuscripts. **1748** *Anson's Voy.* I. vi. 65 A thong of several fathoms in length,..with a running noose at one end of it. **1860** TYNDALL *Glac.* I. v. 37 Which may be seen by several hundred persons at once. **1883** STEVENSON *Treas. Isl.* iv, Some of the men..remembered..to have seen several strangers on the road.

†**b.** A good many. *Obs.*

**1712** SWIFT *Let. Eng. Tongue* 24 Several young Men at the Universities, terribly possessed with the fear of Pedantry, run into a worse Extreme. **1733** BUDGELL *Bee* IV. 341 A French-Celtick, or French-British Dictionary..useful and curious..for finding the Etymology of several French and British Words. **1753** L. M. *Accomplished Woman* II. 26 We must not be surpris'd that this passion hath so great influence on the mind of several women.

**c.** *ellipt.* and *absol.*, esp. followed by *of. a good several* (nonce-use): a good many.

**1685** LUTTRELL *Brief Rel.* (1857) I. 340 His majestie hath turn'd off severall of his servants, as is said, near 200. **1686** tr. *Chardin's Trav. Persia* 7 The French are very numerous..over all the Levant, there not being a Port of Turkie upon the Mediterranean sea, wherein there are not several. **1705** ADDISON *Italy* Pref., There are still several of these Topicks that are far from being exhausted. **1748** *Anson's Voy.* II. x. 232 Commerce was the reigning passion of several of the European Princes. **1774** *Chesterfield's Lett. to Son* I. xi. 30 Cicero, the greatest Orator that Rome ever produced; although it produced several [orig. Fr. *plusieurs*]. **1839** URE *Dict. Arts* etc. 605 France contains no workable gold mines; but it presents in several of its rivers auriferous sands. **1865** CARLYLE *Fredk. Gt.* XIX. v. V. 525 A good several of them cut and wounded. **1883** STEVENSON *Treas. Isl.* iv, While we could get several who were willing enough to ride to Dr. Livesey's.

†**5.** Consisting of different elements or parts; of diverse origin or composition. Chiefly *poet.*

**1590** SPENSER *F.Q.* I. iii. 16 A heavy load he bare Of nightly stelths, and pillage severall. **1649** G. DANIEL *Trinarch., Hen. IV*, cxxvi, How Richard fell, the various Reports Of many writing, make it seuerall; Some say that he was starv'd. *a***1674** MILTON *Hist. Mosc.* v. Wks. 1851 VIII. 515 Seventy Messes with three Carts of several Meath [*i.e.* mead = drink] sent after him.

Case 3:07-cv-02638-JSW   Document 154-7   Filed 03/27/2008   Page 8 of 16
Oxford English Dictionary: several, a., adv., and n.
Case 3:07-cv-02638-JSW   Document 149-5   Filed 03/13/2008   Page 8 of 16 Page 7 of 15

**6.** *Comb.* (parasynthetic).

> **1633** SHIRLEY *Triumph Peace* I. i. Stage Direct., Fancy in a suit of several-coloured feathers, hooded, a pair of bat's wings on his shoulders. **1677** MOXON *Mech. Exerc.* xi. 201 There are several fashion'd Collers: As the Joynt-Coller marked G, the Round Coller marked H, and the Coller marked I, in Plate 13. **1830** LINDLEY *Nat. Syst. Bot.* 181 Seeds nut-like, sometimes cohering into a several-celled putamen. **1866** *Treas. Bot.* s.v. *Poa*, The spikelets..are for the most part several-flowered and without awns. **1882** SYMONDS in *Macm. Mag.* XLV. 325 It is a several-chorded lute on which they play. **1882-4** COOKE *Brit. Fresh-w. Algæ* I. 270 Or even forming transverse, several-celled bands.

**II.** Pertaining to an individual person or thing.

**7.** Chiefly *Law.* (Opposed to *common.*) Private; privately owned or occupied.   **a.** of land, *esp.* of enclosed pasture.

> **1421** *Cov. Leet Bk.* 33 That þe Trinite gilde haue hur close feldis severell. **c1440** *Jacob's Well* 37 þe tythe awȝte to be payed..of pasture, comoun & seuerall. **1483** *Rolls of Parlt.* VI. 257/1 All the seid XL Acres of Lande..as their proper and severall grounde and soil. **1580** TUSSER *Husb.* (1878) 50 Good land that is seuerall, crops may haue three; in champion countrie it may not so bee. **1583** STUBBES *Anat. Abus.* II. (1882) 27 The commons..are inclosed, made seuerall. **1614** MARKHAM *Cheap Husb.* I. iii. (1623) 42 This ground is best if it be seuerall and inclosed, yet may be bred vpon though it bee open and in common. *a*1656 VINES *Lord's Supper* (1657) 183 A severall not a common field.

**b.** Of a house, water, or any possession or commodity. *Obs.* exc. in ***several fishery***, a right to fish derived through or on account of ownership of the soil.

> **1426** LYDG. *De Guil. Pilgr.* 2352 Sestow nat how a comoun welle Mor avaylleth..Than doth A-nother seuerel? *a*1450 *Fysshynge w. angle* (1883) 35 That ye fysshe not in noo poore mannes seuerall water. **c1450** *Godstow Reg.* 401 The abbesse of Godestowe..yaf..to henry kyngeston and to william more, Fysshers, ther seuerall fysshwere in the subarbis of Oxenford that is I-called Charwelle. *a*1547 T. KEY *Erasm. Par. Mark* v. 35-43 This thyng dyd Iesus then in a nother mannes seuerall house. **1618** DALTON *Countrey Justice* ciii. (1630) 263 To take fishes that be kept in a trunke or severall pond. **1766** BLACKSTONE *Comm.* II. 39 He that has a several fishery must also be the owner of the soil. **1842** *Act 5 & 6 Vict.* c.

Case 3:07-cv-02638-JSW    Document 154-7    Filed 03/27/2008    Page 9 of 16
Oxford English Dictionary several, a., adv., and n.
Case 3:07-cv-02638-JSW    Document 149-5    Filed 03/13/2008    Page 9 of 15

106 §114 The Words 'several Fishery' shall, for the Purposes of this Act, be construed to mean an exclusive Fishery, possessed and enjoyed as such by virtue of Grant, Patent [etc.]. **1885** *Act 48 & 49 Vict.*, c. 79 §3 A right of several fishery or of regulating a fishery shall not exceed sixty years.

†**c.** Const. *to*, also *by*, *for* (the possessor); esp. *to himself* (etc.). *Obs.*

**1423** *Cov. Leet Bk.* 47 The tenement..schal-be seuerall to þe priour of Couentre. **1450-1530** *Myrr. our Ladye* 284 The olyue that growyth in gardyns is seueral to the owners. **1523** FITZHERB. *Husb.* §18 He that hath a falowe felde, seueral to hym-selfe. **1551** ROBINSON tr. *More's Utopia* I. (1895) 101 Here..euerye man hath hys possessyons seuerall to hymselfe, and there all thinges be common. **1593** *Rites of Durham* (Surtees 1903) 83 Euery one of the old monkes had his Carrell seuerall by him selfe. **1612** BREREWOOD *Lang. & Relig.* 112 The Jews have not for their mansion any peculiar countrey;..neither have they..any other region in the world, several to themselves.

**d.** *fig.* and *allusively.*

**c1430** LYDG. *Min. Poems* (Percy Soc.) 207 The bastyle..longith of verray dewe ryght, To fals bakerys it is trewe herytage, Severelle to them. **1526** TINDALE *Expos. Matt.* v. (c 1550) 24b, The lyght of Christes gospell may not bee hidden nor made a seuerall thinge, as though it parteyned to some certayne holy parsons onelye. **1569** in Strype *Ann. Ref.* (1709) I. lv. 558 Many of your Disordered..Wives are much agrieved that Priests, which were wont to be Common, be now made Several. **1588** SHAKES. *L.L.L.* II. i. 223 *La.* My lips are no Common, though seuerall they be. *Bo.* Belonging to whom? *La.* To my fortunes and me. **c1600** — *Sonn.* cxxxvii, Why should my heart thinke that a seuerall plot, Which my heart knows the wide worlds common place? **1611** W. SCLATER *Key* (1629) 303 So enuious is our nature, and so gladly would we make seuerall Gods common fauours.

**8.** Belonging, attributed, or assigned distributively to certain individuals referred to; different for each respectively.   **a.** Preceded by a possessive (or its equivalent) referring usually to a collective or distributive adj. or pron.;   (*a*) qualifying a pl. n.

**1457** in *Rep. Hist. MSS. Comm. Var. Coll.* IV. 85 Bothe my lord and we haue now late writen vnto you diuers times our seueralx lettres of especial Recommendation. **1579** GOSSON *Sch. Abuse* (Arb.) 51 As to the

Case 3:07-cv-02638-JSW   Document 154-7   Filed 03/27/2008   Page 10 of 16
Oxford English Dictionary: several, a., adv., and n.
Case 3:07-cv-02638-JSW   Document 149-5   Filed 03/13/2008   Page 10 of 15 Page 8 of 15

body, there are many members, seruing to seuerall vses. **1617** MORYSON *Itin.* I. 285 Now I will set downe the divers moneys of Germany, with the severall values of them. **1633** P. FLETCHER *Purple Isl.* I. xxxix, Bid each kinde their severall places fill. **1667** MILTON *P.L.* III. 714 Swift to thir several Quarters hasted then The cumbrous Elements, Earth, Flood, Aire, Fire. *a***1716** SOUTH *Serm.* (1744) X. 118 Moses and our Saviour Christ himself; both of them in their several times, the meekest persons upon the earth. **1819** SCOTT *Ivanhoe* xxxviii, They embraced accordingly, and departed on their several roads. *a***1842** ARNOLD *Hist. Rome* III. xliv. 175 The officers for the year being thus appointed, it remained to determine their several provinces. **1881** JOWETT *Thucyd.* I. 149 The Acharnians..did not attempt any united action, but guarded their several districts.

(*b*) qualifying a sing. n.

**1577** B. GOOGE *Heresbach's Husb.* I. (1586) 33 They are to be sowed in tyme and place as I haue tolde before, in my seuerall entreatyng of them. **1599** SHAKES. *Much Ado* V. iii. 29 Good morrow masters, each his seuerall way. **1629** MILTON *Hymn Nativ.* xxvi, Each fetter'd Ghost slips to his severall grave. **1633** G. HERBERT *Temple, Ch. Porch* viii, All in a shipwrack shift their severall way. *c***1750** SHENSTONE *Ruin'd Abbey* 18 Ambitious to display Their several merit. **1807** WORDSW. *White Doe* I. 161 While each pursues his several road. **1866** LOWELL *Study Wind., Swinburne* (1870) 214 Each was natural in his several way. **1894** K. GRAHAME *Pagan P.* 4 But most of them, avoiding classification, keep each his several tender significance.

**b.** Preceded by the indef. article. *Obs.* or *arch.*

**1526** TINDALE *1 Cor.* xv. 38 To every seed a severall body. **1583** STUBBES *Anat. Abus.* I. (1879) 102 To euery dish a seuerall sawce appropriat to his kinde. **1634** FORD *Perkin Warbeck* Epil., Here ha's appear'd, though in a severall fashion, The Threats of Majestie; the strength of passion; Hopes of an Empire; change of fortunes. **1635** E. PAGITT *Christianogr.* III. (1636) 83, I finde added to the end of every Psalme a severall Prayer. **1672** VILLIERS (Dk. Buckhm.) *Rehearsal* III. ii. (Arb.) 77, I see, Sir, you have a several design for every Scene. **1707** CIBBER *Com. Lovers* IV. Stage Direct., Florimel and Celadon walk carelessly by one another, humming a several Tune. **1732** POPE *Ess. Man* II. 237 Each individual seeks a sev'ral goal. **1879** J. EARLE *Philol. Eng. Tongue* (ed. 3) 193 To observe the distinction..by a several [*ed.* 1871 distinct] orthography, writing the interjection *wo*, and the substantive *woe*.

Case 3:07-cv-02638-JSW   Document 154-7   Filed 03/27/2008   Page 11 of 16
Oxford English Dictionary several, a., adv. and n.   Page 10 of 15
Case 3:07-cv-02638-JSW   Document 149-5   Filed 03/13/2008   Page 11 of 16

†(b) *ellipt. Obs.*

> **1628** FELTHAM *Resolves* I. xliii. 127 Opinions are as various, as false. Iudgement is from every tongue, a severall. **1651** HOBBES *Gov. & Soc.* vi. §1. 86 In neither sense can a multitude be understood to have one will given to it by nature, but to either a severall. **1670** J. SMITH *Eng. Improv. Reviv'd* 182 Within these Ovals do grow Saffron, Anniseed, Carroway, and Coriander-seed in each Plot a several.

†**c.** Preceded by other limiting words. *Obs.*

> **1614** R. TAILOR *Hog hath lost Pearl* III. E1b, Search through the guts of greatnes, and behold What seueral sin best pleas'd them. **1647** CLARENDON *Hist. Reb.* IV. §131 He repeated the Several, and Distinct discourse every man had made.

**d.** Not preceded by a limiting word, and qualifying a sing. or pl. n. *Obs.* or *arch.*

> **1571** DIGGES *Pantom.* III. xi. Riv, To teach seuerall rules for euery sorte it were ouer tediouse. **1587** FLEMING *Contn. Holinshed* III. 1428/1 My lord gaue to them seuerall thanks, and they seuerallie did giue to him the like. **1594** DRAYTON *Idea* xxxvii, How happy are all other liuing Things, Which though the Day dis-ioyne by seu'rall flight, The quiet Eu'ning yet together brings. **1615** T. ADAMS *White Devil* 2 Every one shewed him severall kindness. **1667** MILTON *P.L.* x. 610 This said, they betook them several wayes. *Ibid.* 650 The Creator calling forth by name His mightie Angels gave them several charge. **1732** POPE *Ess. Man* II. 166 A mightier Pow'r the strong direction sends, And sev'ral Men impels to sev'ral ends. **1838** WORDSW. 'Serving no haughty Muse' 4 My hands have here Disposed some cultured Flowerets..Each kind in several beds of one parterre.

**9.** *Law.* (Opposed to *joint.*) Pertaining separately to each of the tenants of an estate, parties to a bond or suit, etc. Of inheritance, tail: By which land is conveyed or entailed to two persons separately by moieties. Of an obligation to which several are parties: Enforceable against each of the parties independently of the others. ***several tenancy***: see quot. 1607.

> **1532** *Dial. Laws Eng.* II. xxx. 64 That writte lyeth where two presente by seuerall tytles. **1544** tr. *Littleton's Tenures* 67 Tenauntes in comon be they that haue landes and tenementes..by seueral tytle, and nat ioynt tytle, and none of them knowe that, that is seuerall to him. [**1581** KITCHIN *Court Leet* 198 Cestuy que plede seueral tenancy.] **1607** J.

Case 3:07-cv-02638-JSW   Document 154-7   Filed 03/27/2008   Page 12 of 16
Oxford English Dictionary several, a., adv., and n.
Case 3:07-cv-02638-JSW   Document 149-5   Filed 03/13/2008   Page 12 of 16 of 15

COWELL *Interpr.*, *Several tenancie* (*tenura separalis*) is a plee, or exception taken to a writ, that is laide against two as ioynt, which are seuerall. **1628** COKE *On Litt.* 189 Joyntenants haue the Lands by one ioynt Title, and in one Right, & Tenants in common by seuerall Titles, or by one Title, and by seuerall Rights. **1684** MANLEY *Cowel's Interpr.*, *Several tayle*, is that whereby Land is given or entayled severally to Two: For example Land is given to two Men and their Wives, and to the Heirs of their Bodies begotten; the Donees have joynt Estate for their two Lives, and yet they have several Inheritance. **1821** ARCHBOLD *Digest* 307 If several tenancy be pleaded to parcel, the tenant must also plead over to the action or vouch. **1826** G. J. BELL *Comm. Laws Scot.* (ed. 5) I. 346 *note*, A bill drawn abroad, without the words jointly and severally, settled to be joint and several on a report of mercantile usage. **1847** C. G. ADDISON *Law of Contracts* I. i. §2 (1883) 38 Wherever several persons agree to perform a particular act, they are bound jointly and not severally in the absence of express words creating a several liability. **1863** *Chamb. Encycl.* V. 732/2 The general rule of law is, that a contract of several persons is joint and not several.

†**10.** *Logic.* Used as designation of the minor proposition: see MINOR *a.* 4. *Obs.*

**1551** T. WILSON *Logic* Fviij, The seconde is called *Minor*, that is to saie, the seuerall proposicion. *Ibid.*, The second terme is called the seuerall, whiche is in the second proposicion. *Ibid.* Gj, The terme at large, is in the first proposicion, and the terme seuerall, is in the second proposicion.

†**B.** *adv.* = SEVERALLY *adv.*; separately, apart; distinctly, differently; each in his own place, way, turn, etc. *Obs.*

**1551** ROBINSON tr. *More's Utopia* II. v. (1895) 157 Euerye kynde of thynge is layde vp seuerall in barnes. **1560** J. DAUS tr. *Sleidane's Comm.* VI. 78 They al pourged them selves every man several [orig. L. *separatim*]. **1576** G. BAKER *Gesner's Jewell of Health* 228b, These beaten seuerall and apart, and compounded after altogether,...keepe to your use. **1596** SPENSER *F.Q.* VI. i. 10 Both tooke goodly leaue, and parted seuerall. **c1615** W. GORDON in Purchas *Pilgrims* III. III. xii. 555 Foure or fiue Wiues, with whom he lyeth by turn euery night seueral. **1667** MILTON *P.L.* v. 697 Hee together calls, Or seueral one by one, the Regent Powers. **a1777** *Robin Hood & Golden Arrow* xiii. in Child *Ballads* III. 224/1 We'll dress us all so several They shall not us perceive. One shall wear white, another red [etc.].

Case 3:07-cv-02638-JSW    Document 154-7    Filed 03/27/2008    Page 13 of 16
Oxford English Dictionary: several, a., adv., and n.
Case 3:07-cv-02638-JSW    Document 149-5    Filed 03/13/2008    Page 13 of 16 Page 12 of 15

**C.** *n.*

**1. in several** [AF. *en several*]:    †**a.** Of land, pasture: As private property; in private hands, under separate ownership, not common. *Obs.*

> **1473** *Acta Audit.* (1839) 27/1 þe landis of Wistoune pertening to him in seuerale & propirte. **1573-80** TUSSER *Husb.* (1878) 145 More profit is quieter found (where pastures in seuerall bee:) Of one seelie aker of ground, than champion maketh of three. [**1602** CAREW *Cornwall* 13 Their workes, both Streame and Load, lie either in seuerall, or in wastrell, that is, in enclosed grounds, or in commons.] **1652-62** HEYLIN *Cosmogr.* III. (1673) 24/1 Where the Lands lie in several, and are duly cultivated, it answereth to the former character. **1707** MORTIMER *Husb.* (1721) I. 204 Good store of Pasture, either in several or common.

**b.** Separately, individually; apart from others or the rest; as a separate member, unit, etc. Now *rare*.
**to know one's part in several** (Law): see 2c.

> **1586** A. DAY *Eng. Secretary* I. (1595) 47 As touching these particularities which wee have tearmed Motions and affects let vs consider if you wil in seuerall, and see [etc.]. **1601** HOLLAND *Pliny* VI. xxxiii. I. 149 Now are we to compare respectively the greatnes of ech part of the world in severall. **1607** TOPSELL *Four-f. Beasts* 11 Concerning their members or parts in seueral, they are black and hairy,...a long Dogges face, and teeth stronger and longer then Dogges. c**1611** CHAPMAN *Iliad* II. 320 They all, will fight in seuerall then, (Easie for note). **1652-62** HEYLIN *Cosmogr.* III. (1673) 3/1 So it retained that name [Asia] to it self in several, distinct both from the Greater and the Lesser Asia. **1862** F. HALL *Hindu Philos. Syst.* 160 note, Nescience and ignorance, when referred to souls in several, are only fractional portions of illusion.

†**c.** Divided into separate portions. *Obs.*

> **1652** W. BROUGH *Sacred Princ.* (ed. 2) 28 If thou wouldest have a reason, why these Prayers are so short, and in severall, which use to make a long one, all put together.

**2.** Land in private ownership or over which a person has a particular right; chiefly in particularized use, a plot of such land; *esp.* enclosed pasture land, as opposed to common. *Obs. exc. dial.* (see quots. 1787, 1895).

> c**1460** *Oseney Reg.* 139 Thabbot and Couent..purposenne..to close all þe

forsayde ffelde of le heth and lynlonde as here seuerell. **1473** *Acta Audit.* (1839) 27/1 Quhethir þe said land..has been broukit..be þe saide Johne of carmichell..as propirte & seuerale til him. **1523** FITZHERB. *Surv.* 7 The lorde may haue an actyon of Trespace agaynst any man that chaceth or kylleth any of theym in his commen as well as in his seuerall. **1587** L. MASCALL *Govt. Cattle, Sheep* (1627) 229 They haue no seuerals to put their lambs in when they should bee weaned. **1642** FULLER *Holy & Prof. St.* V. xiii. 409 He counts to enter common with others as good as his own severall. **1669** WORLIDGE *Syst. Agric.* (1681) 15 A Farm divided into many Severals. **1787** MARSHALL *Norfolk* (1795) II. 378 *Dole*, or *Several*, a piece of land upon a heath or common, off which only one particular person hath a right to cut fuel. **1895** *E. Angl. Gloss.*, *Several*, a portion of common land allotted to a certain person.

†**b.** *gen.* Private property or possession. *Obs.*

**1555** W. WATREMAN *Fardle Facions* Pref. Aij, When no man claimed aught for his seueralle, but lande and water ware as commune to al, as Ayer and Skie. **1616** CHAPMAN *Homer's Hymn Apollo* 734 No more Yee must be made, your owne Reciprocalls To your lou'd Cittie, and faire seueralls Of wiues, and houses. **1636** B. JONSON *Discov.* (1640) 89 Truth lyes open to all; it is no mans severall. **1642** FULLER *Holy & Prof. St.* IV. i. 242 Some are so boysterous, no severals will hold them, but lay all Offices common to their power.

†**c.** ***to know one's several*** [AF. *savoir son several*]: see quots. *Obs.*

[**1539** *Act 31 Hen. VIII*, c. 1 None of them [joynt tenauntes] by the lawe..maye knowe their severall partes or porcions in the same. **1544** tr. *Littleton's Tenures* 67 Which haue suche landes & tenementes by seueral tytle, and nat ioynt tytle, and none of them knowe that, that is seuerall to him. **1628** COKE *On Litt.* §292 Their occupation is indeuided, and neyther of them knoweth his part in seuerall.]

**1598** *Termes de la Ley* §267 Though two tenants in common be seised throughly & of the whole and none knoweth hys seueral, yet if one die the other shall not haue the whole by yᵉ suruiuor. **1628** COKE *On Litt.* §292 None of them [tenants in common] know of this his seuerall.

*transf.* **1639** FULLER *Holy War* II. viii. (1640) 54 The deluge of the Saracens tyranny had washed away the bounds of the Churches jurisdictions, that now they knew not their own severals, where Mahometanisme so long had made all common and waste.

Case 3:07-cv-02638-JSW   Document 154-7   Filed 03/27/2008   Page 15 of 16
Oxford English Dictionary several, a., adv., and n.   Page 14 of 15
Case 3:07-cv-02638-JSW   Document 149-5   Filed 03/13/2008   Page 15 of 16

**3.** *pl.* †**a.** (*a*) Particular or individual points, parts, or qualities; particulars, details. *Obs.*

> **1599** SHAKES. *Hen. V*, I. i. 86 There was not time enough to heare..The seueralls and vnhidden passages Of his true Titles to some certaine Dukedomes. **1606** — *Tr. & Cr.* I. iii. 180 All our abilities, gifts, natures, shapes, Seuerals and generals of grace. **1628** FELTHAM *Resolves* I. xii. 32 No man can leaue his Successor rules for seuerals. **1673** *Ladies Call.* I. i. §7 This will be found true in all the severals we are to pass thro. *a***1703** BURKITT *On N.T.* Matt. vi. 13 In this comprehensive and compendious prayer, the following severals are remarkable.

(*b*) *rarely* in *sing.*

> **1606** HIERON *Truths Purchase* 65 This is the first thing which I will..commend as a direction, for the meaner sort, (who cannot enter into the examination of every seuerall). **1706** PHILLIPS (ed. Kersey), A *Several*, a Particular.

†**b.** Different parts, branches, or heads. *Obs.*

> **1639** FULLER *Holy War* V. xix. (1640) 260 Herein we branch our opinion into these severals. **1654** WHITLOCK *Zootomia* 26 Make Infallibility minced (as I may terme it) into severalls, and private Interpretation the Canon of our owne and other mens beleife. **1659** BP. WALTON *Consid. considered* iii. 39 This [general charge] will appear to be most untrue in the severalls, by him mentioned, when we shall come to them.

†**c.** Individual persons or things. *Obs.*

> **1611** SHAKES. *Wint. T.* I. ii. 226 Not noted, is't, But of the finer Natures? by some Seueralls Of Head-peece extra-ordinarie? **1650** JER. TAYLOR *Holy Living* ii. §3 (1686) 73 Besides these general acts of Chastity which are common to all states of men and women, there are some few things proper to the severals.

**d.** Several persons or things; = A. b. (Cf. *others*.) *Sc., Irish,* and *U.S.*

> **1654** *Nicholas Papers* (Camden) II. 106 He spoak with severalls that were com in. **1693** STAIR *Inst. Law Scot.* I. iii. §5 (ed. 2) 21 They remain only as bonds upon the good-will and honesty of these who are thereby bound, of which there are severals. *a***1699** A. HALKETT *Autobiog.* (Camden) 58 Itt was knowne to severalls aboutt the Court what my

Case 3:07-cv-02638-JSW    Document 154-7    Filed 03/27/2008    Page 16 of 16
Oxford English Dictionary: several, a., adv., and n.    Page 15 of 15
Case 3:07-cv-02638-JSW    Document 149-5    Filed 03/13/2008    Page 16 of 16

concerne in him was. **1711** *Countrey-Man's Lett. to Curate* 70 In all the Impressions of the Genevan Liturgie that ever I saw, and I have seen severals, there is a Table for the Moveable Feasts. **1756** M. CALDERWOOD in *Coltness Collect.* (Maitland Club) 155 They..were acquented with severalls of the great folks. **1860** BARTLETT *Dict. Amer.* (ed. 3), *Severals*, for *several*, is used in Pennsylvania. 'How many hats have you?' 'I used to have severals, but now have got only one.' **1875** W. ALEXANDER *Sk. Ain Folk* (1882) 121 Severals o' them wud lickly be cautioners or hae len'it sooms till 'im. **1880** *Antrim & Down Gloss.* s.v., Severals told me about it.

†**4.** ? A partition or boundary. *Obs.*
[Possibly another word, f. SEVER *v.* + AL.]

**1597** HOOKER *Eccl. Pol.* V. xiv, [The Jews] had..their seuerall for the Priests, and for the high Priest alone their seuerall. Their being in ours for locall distinction betwene the Clergie and the rest..but one partition. *a***1661** FULLER *Worthies, Suffolk* (1662) III. 55 High stiles troublesome to be clambred over. But the owners grudge not the pains in climbing them sensible that such severals redound much to their own advantage.