# EXHIBIT 7





**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 08/707,929 | 09/10/96 | HU | Y | MMOS-85-001 |

B5M1/0917

BO-IN LIN
13445 MANDOLI DRIVE
LOS ALTOS HILLS CA 94022

| EXAMINER |
|---|
| CLARK, S |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2503 | |

DATE MAILED: 09/17/97

Please find below and/or attached an Office communication concerning this application or proceeding.

Commissioner of Patents and Trademarks

PTO-90C (Rev. 2/95)
U.S. GPO: 1997-422-198/60031

1- File Copy

| Office Action Summary | Application No. 707,929 | Applicant(s) Hu | |
|---|---|---|---|
| | Examiner S. Clark | Group Art Unit 2503 | |

—The MAILING DATE of this communication appears on the cover sheet beneath the correspondence address—

**Period for Response**

A SHORTENED STATUTORY PERIOD FOR RESPONSE IS SET TO EXPIRE ___3___ MONTH(S) FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a response be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If the period for response specified above is less than thirty (30) days, a response within the statutory minimum of thirty (30) days will be considered timely.
- If NO period for response is specified above, such period shall, by default, expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to respond within the set or extended period for response will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).

**Status**

☐ Responsive to communication(s) filed on _____
☐ This action is FINAL.
☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11; 453 O.G. 213.

**Disposition of Claims**

☒ Claim(s) __1__ is/are pending in the application.
☐ Of the above claim(s) _____ is/are withdrawn from consideration.
☒ Claim(s) __2-9__ is/are allowed.
☐ Claim(s) _____ is/are rejected.
☐ Claim(s) _____ is/are objected to.
☐ Claim(s) _____ are subject to restriction or election requirement.

**Application Papers**

☐ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.
☐ The proposed drawing correction, filed on _____ is ☐ approved ☐ disapproved.
☐ The drawing(s) filed on _____ is/are objected to by the Examiner.
☐ The specification is objected to by the Examiner.
☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119 (a)-(d)**

☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).
  ☐ All ☐ Some* ☐ None of the CERTIFIED copies of the priority documents have been
  ☐ received.
  ☐ received in Application No. (Series Code/Serial Number) _____
  ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).
  *Certified copies not received: _____

**Attachment(s)**

☐ Information Disclosure Statement(s), PTO-1449, Paper No(s). _____   ☐ Interview Summary, PTO-413
☒ Notice of References Cited, PTO-892                                    ☐ Notice of Informal Patent Application, PTO-152
☒ Notice of Draftsperson's Patent Drawing Review, PTO-948                ☐ Other _____

Office Action Summary

U.S. Patent and Trademark Office
PTO-326 (Rev 3-97)                    *U.S. Government Printing Office: 1997 — 417-376/60309            Part of Paper No. __2__

Serial Number: 707,929                                                              -2-

Art Unit: 2503

    The drawings are objected to because the figure depicting in prior art figures 1A, fails to show and/or label features described on page 2, lines 3-26. For example gate runners 30 are not shown as well as areas 35-1 - 35-5, point 40, point 45, etc. Further page 2 refers to "leadframes 20" as in plurality of however only one leadframe appears to be shown. Correction is required.

    The following is a quotation of the appropriate paragraphs of 35 U.S.C. § 102 that form the basis for the rejections under this section made in this Office action:

> A person shall be entitled to a patent unless --
> (b) the invention was patented or described in a printed publication in this or a foreign country or in public use or on sale in this country, more than one year prior to the date of application for patent in the United States.

    Claim 1 is rejected under 35 U.S.C. § 102(b) as being anticipated by Prior art figs. 1A and 1B.

    Prior Art figs. 1A and 1B appear to show substantially uniform leadwire contact points disposed over a source contact.

    Claim 1 is rejected.

    Claims 2-9 are considered allowable over the art of record because of the specific recitation of different size subcontract area, angled contact areas and configuring according to a set of proportional ratios.

    Bauer et al., Fisher et al., Nishimura and Temple are cited to show MOS devices having gate runner structure.

Serial Number: 707,929                                           -3-

Art Unit: 2503

    Any inquiry concerning this communication should be directed to Examiner S.V. Clark at telephone number (703) 308-4924.

Clark/tj

September 12, 1997

SHEILA V. CLARK
EXAMINER
GROUP 2500