# EXHIBIT 8

PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of: Yu Chang Hu et. al  :   Date: December 9, 1997
Serial No.:          08/707,929           :   Group No.:  2503
Filed:               September 10, 1996:      Examiner:   Sheila Clark
Attorney Docket No.: MMOS-85-001              @ (703) 308-4924

**CERTIFICATION UNDER 37 CFR 1.10**

I hereby certify that this Office Response Transmittal and the documents referred to as enclosed therein are being deposited with the United States Postal Service on this date <u>December 9, 1997</u> in an envelope as "Express Mail Post Office to Addressee" Mailing Label Number <u>EI906112194 US</u> addressed to the: Commissioner of Patents and Trademarks, Washington, D.C. 20231.

Bo-In Lin
(Type or print name of person mailing papers)

_____
(Signature of person mailing paper)

*NOTE: Each paper or fee referred to as enclosed herein has the number of the "Express Mail" mailing label placed thereon to mailing. 37 CFR 1.10(b).*

To the Commissioner of Patents and Trademarks:

### AMENDMENT

Dear Sir:

In response to the Examiner's Action mailed on September 17, 1997, the Applicant hereby respectfully requests that the above noted application be amended as follows:

I.   Please amend Fig. 1A as attached herein.

II.  Please cancel claim 1.

MMOS 001(08/707,929)

## REMARKS

In response to the Examiner's Action mailed on September 17, 1997, the drawing, i.e., Fig. 1A is amended. Claims 1 is canceled. The applicant hereby respectfully requests that the patent application be reconsidered.

An item by item response to Examiner's objections or rejections is provided in the followings:

**1        Objection to Drawings:**

The Examiner objects to the drawings because Fig. 1A fails to show label or features described on page 2, lines 3-26. For example, gate runners 30 are not shown as well as areas 35-1, to 35-5, point to 40 and point to 45, etc. Further page 2 refers to "lead frames 20" as in plurality, however, only one lead frame appears to be shown. Fig. 1A is amended to correct these informalities.

**2        Rejection of Claim Under 35 USC § 102**

Claim 1 is rejected under 35 USC §102(b) as being anticipated by Prior art Figs. 1A and 1/b. Prior art Figs. 1A and 1B appear to show substantially uniform lead-wire contact points disposed over a source contact.

In response to the rejection, claim 1 is canceled.

**3.        Allowable Subject Matter**

The Examiner instructs that claims 2-9 are allowed over the art of record because of the specific recitation of different size sub-contact areas, angled contact areas and configurations according to a set of ratios.

MMOS-001(08/707,929)

With the amended drawings and the canceled claim, and the reasons provided above, applicant hereby respectfully urges that Examiner's objection to the drawings and the rejections under 35 USC § 102 be withdrawn and the present application be allowed.

Respectfully submitted
Yung Chang Hu et. al

By _/s/_

Bo-In Lin - Attorney
Registration No. 33,948
13445 Mandoli Drive
Los Altos Hills, CA 94022
(415) 949-0418 (TEL)
(415) 949-4118 (FAX)

- 3 -                                                    December 9, 1997