# EXHIBIT 11



# Merriam-Webster's Collegiate® Dictionary

TENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.

**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1999 by Merriam-Webster, Incorporated

Philippines Copyright 1999 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data
Main entry under title:

Merriam-Webster's collegiate dictionary. — 10th ed.
p. cm.
Includes index.
ISBN 0-87779-708-0 (unindexed : alk. paper). — ISBN 0-87779-709-9 (indexed : alk. paper). — ISBN 0-87779-710-2 (deluxe indexed : alk. paper). — ISBN 0-87779-707-2 (laminated cover, unindexed).
1. English language—Dictionaries. I. Merriam-Webster, Inc.
PE1628.M36 1998
423—dc21 97-41846
CIP

Merriam-Webster's Collegiate® Dictionary, Tenth Edition principal copyright 1993

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

23242526WC99

*n* (1913) **1 :** an often unconscious mental pro-
at makes possible compromise solutions to per-
defensive reaction by an organism
)-sə-bəl\ *adj* (14c) : capable of being defended —
ˌfen(t)-sə-ˈbi-lə-tē, ˌdē-\ *n* — **de·fen·si·bly** \-blē\

-siv, ˈdē-ˌ\ *adj* (14c) **1 :** serving to defend or
ed to resisting or preventing aggression or attack
e attempt to keep an opponent from scoring in a
: valuable in defensive play ⟨a ~ card in bridge⟩
in opponent from being the highest bidder ⟨a ~
*adv* — **de·fen·sive·ness** *n*
a defensive position — **on the defensive :** in
of being prepared for an expected aggression or

**ferred; de·fer·ring** [ME *deferren, differren,* fr.
*erre* to postpone, be different — more at DIFFER]
LAY **2 :** to postpone induction of (a person) into
**fer·rer** *n*
, SUSPEND, STAY mean to delay an action or pro-
es a deliberate putting off to a later time ⟨*deferred*
oring⟩. POSTPONE implies an intentional deferring
e ⟨the game is *postponed* until Saturday⟩. SUSPEND
oppage with an added suggestion of waiting until
tisfied ⟨business will be *suspended* while repairs
Y often suggests the stopping or checking by an
r authority ⟨the governor *stayed* the execution⟩.
**eferring** [ME *deferren, differren,* fr. MF *deferer,*
e, fr. L, to bring down, bring, fr. *de-* + *ferre* to
] *vt* (15c) : to delegate to another ⟨he could ~ his
Michener⟩ ~ *vi* : to submit to another's wishes,
ce usu. through deference or respect ⟨*deferred* to
**syn** see YIELD
n(t)s, ˈdef-rən(t)s\ *n* (1660) : respect and esteem
elder; *also* : affected or ingratiating regard for
*n* see HONOR — **in deference to :** in consider-

t, ˈdef-rənt\ *adj* [back-formation fr. *deference*]

-ˈren-chəl\ *adj* (1822) : showing or expressing
n) — **def·er·en·tial·ly** \-ˈren-chə-lē\ *adv*
nənt\ *n* (1612) : the act of delaying or postpon-
stponement of military service
ə-bəl\ *adj* (1943) : capable of or suitable or eligi-
— **deferrable** *n*
*n* (1895) : the act of delaying : POSTPONEMENT
**1 :** withheld for or until a stated time ⟨a ~ pay-
cases of delayed handling ⟨a ~ rate⟩
-(ˌ)fər-ˈve-sᵊn(t)s, ˌde-fər-\ *n* [G *Deferveszenz,* fr. L
cens, prp. of *defervescere* to stop boiling, fr. *de-* +
boil — more at EFFERVESCE] (1866) : the subsi-

)s, dē-\ *n* (15c) **1 :** the act or an instance of defy-
: disposition to resist : willingness to contend or
**of :** contrary to : DESPITE
F *défiant,* fr. OF, prp. of *defier* to defy] (ca. 1837)
LD — **de·fi·ant·ly** *adv*
lē-ˈfi-brə-ˌlā-tər\ *n* (1952) : an electronic device
ric shock to restore the rhythm of a fibrillating
late \-ˌlāt\ *vt* — **de·fi·bril·la·tion** \-ˌfi-brə-ˈlā-

ˈfi-brə-ˌnāt, -ˈfi-\ *vt* **-at·ed; -at·ing** (1845) : to
blood) — **de·fi·brin·ation** \(ˌ)dē-ˌfi-brə-ˈnā-shən,

hən-sē\ *n, pl* **-cies** (1634) **1 :** the quality or state
NADEQUACY **2 :** an amount that is lacking or inad-
as **a :** a shortage of substances necessary to
2b(1)
*n* (1912) : a disease (as scurvy) caused by a lack of
ents and esp. a vitamin or mineral
ənt\ *adj* [L *deficient-, deficiens,* prp. of *deficere* to
at DEFECT] (1581) **1 :** lacking in some necessary
~ in judgment⟩ **2 :** not up to a normal standard
ECTIVE ⟨~ strength⟩ — **de·fi·cient·ly** *adv*
one that is deficient ⟨a mental ~⟩
*Brit also* di-ˈfis-ət *or* ˈdē-fə-sət\ *n* [F *déficit,* fr. L
3d sing. pres. indic. of *deficere*] (1782) **1 a** (1)
nt or quality ⟨a ~ in rainfall⟩ (2) : a lack or im-
ional capacity ⟨cognitive ~s⟩ ⟨a hearing ~⟩ **b**
ored two runs to overcome a 2–1 ~⟩ **2 a :** an
over revenue **b :** a loss in business operations
(1938) : the spending of public funds raised by
n by taxation
(1585) : one that defies
d, -ˌlād\ *vt* **-lad·ed; -lad·ing** [prob. fr. *de-* +
e)] (1828) : to arrange (fortifications) so as to pro-
rontal or enfilading fire and the interior from fire
— **defilade** *n*
\ *vt* **de·filed; de·fil·ing** [ME, alter. (influenced by
of *defoulen* to trample, defile, fr. OF *defouler* to
*uler* to trample, lit., to full — more at FULL] (14c)
r impure: as **a :** to corrupt the purity or perfec-
countryside *defiled* by billboards⟩ **b :** to violate
LOWER **c :** to make physically unclean esp. with
t or contaminating ⟨boots *defiled* with blood⟩ **d**
tity of : DESECRATE ⟨~ a sanctuary⟩ **e :** SULLY,
CONTAMINATE — **de·file·ment** \-ˈfī(ə)l-mənt\ *n* —

ē-ˌfīl\ *n* [F *défilé,* fr. pp. of *défiler*] (1685) : a nar-

-ˌfīl\ *vi* **de·filed; de·fil·ing** [F *défiler,* fr. *dé-* de- +
olumn — more at FILE] (1705) : to march off in a

**de·fin·able** \di-ˈfī-nə-bəl\ *adj* (ca. 1660) **1 :** able to be defined **2 :** able to be specified to have a particular function or operation ⟨~ keys⟩ — **de·fin·ably** \-ˈfī-nə-blē\ *adv*

**de·fine** \di-ˈfīn\ *vb* **de·fined; de·fin·ing** [ME, fr. MF & L; MF *definer,* fr. L *definire,* fr. *de-* + *finire* to limit, end, fr. *finis* boundary, end] *vt* (14c) **1 a :** to determine or identify the essential qualities or meaning of ⟨whatever ~s us as human⟩ **b :** to discover and set forth the meaning of (as a word) **c :** to create on a computer ⟨~ a window⟩ ⟨~ a procedure⟩ **2 a :** to fix or mark the limits of : DEMARCATE ⟨rigidly *defined* property lines⟩ **b :** to make distinct, clear, or detailed esp. in outline ⟨the issues aren't too well *defined*⟩ **3 :** CHARACTERIZE, DISTINGUISH ⟨you ~ yourself by the choices you make —*Denison Univ. Bull.*⟩ ~ *vi* : to make a definition — **de·fine·ment** \-ˈfīn-mənt\ *n* — **de·fin·er** \-ˈfī-nər\ *n*

**de·fin·i·en·dum** \di-ˌfi-nē-ˈen-dəm\ *n, pl* **-da** \-də\ [L, something to be defined, neut. of *definiendus,* gerundive of *definire*] (1871) : an expression that is being defined

**de·fin·i·ens** \di-ˈfi-nē-ˌenz\ *n, pl* **de·fin·i·en·tia** \di-ˌfi-nē-ˈen(t)-shē-ə\ [L, prp. of *definire*] (1871) : an expression that defines : DEFINITION

**def·i·nite** \ˈde-fə-nit, ˈdef-nət\ *adj* [L *definitus,* pp. of *definire*] (1553) **1 :** having distinct or certain limits ⟨set ~ standards for pupils to meet⟩ **2 a :** free of all ambiguity, uncertainty, or obscurity ⟨demanded a ~ answer⟩ **b :** UNQUESTIONABLE, DECIDED ⟨the quarterback was a ~ hero today⟩ **3 :** typically designating an identified or immediately identifiable person or thing ⟨the ~ article *the*⟩ **4 a :** being constant in number, usu. less than 20, and occurring in multiples of the petal number ⟨stamens ~⟩ **b :** CYMOSE ⟨a ~ inflorescence⟩ **syn** see EXPLICIT — **def·i·nite·ly** *adv* — **def·i·nite·ness** *n*

**definite integral** *n* (1860) : the difference between the values of the integral of a given function *f*(*x*) for an upper value *b* and a lower value *a* of the independent variable *x*

**def·i·ni·tion** \ˌde-fə-ˈni-shən\ *n* [ME *diffinicioun,* fr. MF *definition,* fr. L *definition-, definitio,* fr. *definire*] (14c) **1 :** an act of determining; *specif* : the formal proclamation of a Roman Catholic dogma **2 a :** a statement expressing the essential nature of something **b :** a statement of the meaning of a word or word group or a sign or symbol ⟨dictionary ~s⟩ **c :** a product of defining **3 :** the action or process of defining **4 a :** the action or the power of describing, explaining, or making definite and clear ⟨the ~ of a telescope⟩ ⟨her comic genius is beyond ~⟩ **b** (1) : clarity of visual presentation : distinctness of outline or detail ⟨high-*definition* television⟩ (2) : clarity esp. of musical sound in reproduction **c :** sharp demarcation of outlines or limits ⟨a jacket with distinct waist ~⟩ — **def·i·ni·tion·al** \-ˈni-shə-nᵊl\ *adj*

**¹de·fin·i·tive** \di-ˈfi-nə-tiv\ *adj* [ME *diffinityf,* fr. MF *definitif,* fr. L *definitivus,* fr. *definitus*] (14c) **1 :** serving to provide a final solution or to end a situation ⟨a ~ victory⟩ **2 :** authoritative and apparently exhaustive ⟨a ~ edition⟩ **3 a :** serving to define or specify precisely ⟨~ laws⟩ **b :** serving as a perfect example : QUINTESSENTIAL ⟨a ~ bourgeois⟩ **4 :** fully differentiated or developed ⟨a ~ organ⟩ **5** *of a postage stamp* : issued as a regular stamp for the country or territory in which it is to be used **syn** see CONCLUSIVE — **de·fin·i·tive·ly** *adv* — **de·fin·i·tive·ness** *n*

**²definitive** *n* (1951) : a definitive postage stamp — compare PROVISIONAL

**definitive host** *n* (1901) : the host in which the sexual reproduction of a parasite takes place — compare INTERMEDIATE HOST 1

**de·fi·ni·tize** \ˈde-fə-nə-ˌtīz, di-ˈfi-\ *vt* **-tized; -tiz·ing** (1876) : to make definite

**de·fi·ni·tude** \di-ˈfi-nə-ˌtüd, -ˌtyüd\ *n* [irreg. fr. *definite*] (1836) : PRECISION, DEFINITENESS

**def·la·grate** \ˈdef-lə-ˌgrāt\ *vb* **-grat·ed; -grat·ing** [L *deflagratus,* pp. of *deflagrare* to burn down, fr. *de-* + *flagrare* to burn — more at BLACK] *vt* (ca. 1727) : to cause to deflagrate — compare DETONATE 1 ~ *vi* : to burn rapidly with intense heat and sparks being given off — **def·la·gra·tion** \ˌdef-lə-ˈgrā-shən\ *n*

**de·flate** \di-ˈflāt, ˌdē-\ *vb* **de·flat·ed; de·flat·ing** [*de-* + *-flate* (as in *inflate*)] *vt* (1891) **1 :** to release air or gas from **2 :** to reduce in size, importance, or effectiveness ⟨~ his ego with cutting remarks⟩ **3 :** to reduce (a price level) or cause (a volume of credit) to contract ~ *vi* : to lose firmness through or as if through the escape of contained gas **syn** see CONTRACT — **de·fla·tor** *also* **de·fla·ter** \-ˈflā-tər\ *n*

**de·fla·tion** \di-ˈflā-shən, ˌdē-\ *n* (1891) **1 :** an act or instance of deflating : the state of being deflated **2 :** a contraction in the volume of available money or credit that results in a general decline in prices **3 :** the erosion of soil by the wind — **de·fla·tion·ary** \-shə-ˌner-ē\ *adj*

**de·flect** \di-ˈflekt, dē-\ *vb* [L *deflectere* to bend down, turn aside, fr. *de-* + *flectere* to bend] *vt* (ca. 1555) : to turn aside esp. from a straight course or fixed direction ~ *vi* : to turn aside : DEVIATE — **de·flect·able** \-ˈflek-tə-bəl\ *adj* — **de·flec·tive** \-tiv\ *adj* — **de·flec·tor** \-tər\ *n*

**de·flec·tion** \di-ˈflek-shən, dē-\ *n* (1605) **1 :** a turning aside or off course : DEVIATION **2 :** the departure of an indicator or pointer from the zero reading on the scale of an instrument

**de·flexed** \ˈdē-ˌflekst, di-ˈ\ *adj* [L *deflexus,* pp. of *deflectere*] (1826) : turned abruptly downward ⟨a ~ leaf⟩

**de·flo·ra·tion** \ˌdef-lə-ˈrā-shən, ˌdē-flō-\ *n* [ME *defloracioun,* fr. MF & LL; MF *defloracion,* fr. LL *defloration-, defloratio,* fr. *deflorare*] (15c) : rupture of the hymen

**de·flow·er** \(ˌ)dē-ˈflau̇(-ə)r\ *vt* [ME *deflouren,* fr. MF or LL; OF *desflorer,* fr. LL *deflorare,* fr. L *de-* + *flor-, flos* flower — more at BLOW] (14c) **1 :** to deprive of virginity **2 :** to take away the prime beauty of — **de·flow·er·er** *n*

**de·fog** \(ˌ)dē-ˈfȯg, -ˈfäg\ *vt* (1904) : to remove fog or condensed moisture from — **de·fog·ger** *n*

**de·fo·li·ant** \(ˌ)dē-ˈfō-lē-ənt\ *n* (1943) : a chemical spray or dust applied to plants in order to cause the leaves to drop off prematurely

**de·fo·li·ate** \-lē-ˌāt\ *vt* [LL *defoliatus,* pp. of *defoliare,* fr. L *de-* + *folium* leaf — more at BLADE] (1791) : to deprive of leaves esp. prematurely — **de·fo·li·a·tion** \(ˌ)dē-ˌfō-lē-ˈā-shən\ *n* — **de·fo·li·a·tor** \(ˌ)dē-ˈfō-lē-ˌā-tər\ *n*

**de·force** \(ˌ)dē-ˈfōrs, -ˈfȯrs\ *vt* [ME, fr. MF *deforcier,* fr. *de-* + *forcier* to force] (15c) **1 :** to keep (as lands) by force from the rightful owner **2 :** to eject (a person) from possession by force — **de·force·ment** \-ˈfōr-smənt, -ˈfȯr-\ *n*

**de·for·es·ta·tion** \(ˌ)dē-ˌfȯr-ə-ˈstā-shən, -ˌfär-\ *n* (1874) : the action or process of clearing of forests; *also* : the state of having been cleared of forests — **de·for·est** \(ˈ)dē-ˈfȯr-əst, -ˈfär-\ *vt*

**de·form** \di-ˈfȯrm, dē-\ *vb* [ME, fr. OF or L; OF *deformer,* fr. L *deformare,* fr. *de-* + *formare* to form, fr. *forma* form] *vt* (15c) **1 :** to spoil the form of **2 a :** to spoil the looks of : DISFIGURE ⟨a face ~*ed* by bitterness⟩ **b :** to mar the character of ⟨a marriage ~*ed* by jealousy⟩ **3 :** to alter the shape of by stress ~ *vi* : to become misshapen or changed in shape — **de·form·able** \-mə-bəl\ *adj*

**syn** DEFORM, DISTORT, CONTORT, WARP means to mar or spoil by or as if by twisting. DEFORM may imply a change of shape through stress, injury, or some accident of growth ⟨his face was *deformed* by hatred⟩. DISTORT and CONTORT both imply a wrenching from the natural, normal, or justly proportioned, but CONTORT suggests a more involved twisting and a more grotesque and painful result ⟨the odd camera angle *distorts* the figure in the photograph⟩ ⟨disease had painfully *contorted* her body⟩. WARP indicates physically an uneven shrinking that bends or twists out of a flat plane ⟨*warped* floorboards⟩.

**de·for·mal·ize** \(ˌ)dē-ˈfȯr-mə-ˌlīz\ *vt* (1880) : to make less formal

**de·for·ma·tion** \ˌdē-ˌfȯr-ˈmā-shən, ˌde-fər-\ *n* (15c) **1 :** alteration of form or shape; *also* : the product of such alteration **2 :** the action of deforming : the state of being deformed **3 :** change for the worse — **de·for·ma·tion·al** \-shə-nᵊl\ *adj*

**de·for·ma·tive** \di-ˈfȯr-mə-tiv, dē-\ *adj* (1641) : tending to deform

**de·formed** *adj* (15c) : distorted or unshapely in form : MISSHAPEN

**de·for·mi·ty** \di-ˈfȯr-mə-tē, dē-\ *n, pl* **-ties** [ME *deformite,* fr. MF *deffermeté,* fr. L *deformitat-, deformitas,* fr. *deformis* deformed, fr. *de-* + *forma*] (15c) **1 :** the state of being deformed **2 :** IMPERFECTION, BLEMISH: as **a :** a physical blemish or distortion : DISFIGUREMENT **b :** a moral or aesthetic flaw or defect

**de·fraud** \di-ˈfrȯd, dē-\ *vt* [ME, fr. MF *defrauder,* fr. L *defraudare,* fr. *de-* + *fraudare* to cheat, fr. *fraud-, fraus* fraud] (14c) : to deprive of something by deception or fraud **syn** see CHEAT — **de·fraud·er** \di-ˈfrȯ-dər\ *n*

**de·fray** \di-ˈfrā, dē-\ *vt* [MF *deffrayer,* fr. *des-* de- + *frayer* to expend, fr. OF, fr. (assumed) OF *frai* expenditure, lit., damage by breaking, fr. L *fractum,* neut. of *fractus,* pp. of *frangere* to break — more at BREAK] (1536) **1 :** to provide for the payment of : PAY **2** *archaic* : to bear the expenses of — **de·fray·able** \-ə-bəl\ *adj* — **de·fray·al** \-ˈfrā(-ə)l\ *n*

**de·frock** \(ˌ)dē-ˈfräk\ *vt* (1581) **1 :** to deprive (as a priest) of the right to exercise the functions of office **2 :** to remove from a position of honor or privilege

**de·frost** \di-ˈfrȯst, ˈdē-ˌ\ *vt* (1895) **1 :** to release from a frozen state ⟨~ meat⟩ **2 :** to free from ice ⟨~ the refrigerator⟩ ~ *vi* : to thaw out esp. from a deep-frozen state — **de·frost·er** *n*

**deft** \ˈdeft\ *adj* [ME *defte* gentle — more at DAFT] (15c) : characterized by facility and skill **syn** see DEXTEROUS — **deft·ly** *adv* — **deft·ness** \ˈdef(t)-nəs\ *n*

**de·funct** \di-ˈfəŋkt, dē-\ *adj* [L *defunctus,* fr. pp. of *defungi* to finish, die, fr. *de-* + *fungi* to perform — more at FUNCTION] (1599) : no longer living, existing, or functioning ⟨the committee is now ~⟩ **syn** see DEAD

**de·fund** \(ˌ)dē-ˈfənd\ *vt* (1948) : to withdraw funding from

**de·fuse** \(ˌ)dē-ˈfyüz\ *vt* (1943) **1 :** to remove the fuse from (as a mine or bomb) **2 :** to make less harmful, potent, or tense ⟨~ the crisis⟩

**¹de·fy** \di-ˈfī, dē-\ *vt* **de·fied; de·fy·ing** [ME, to renounce faith in, challenge, fr. MF *defier,* fr. *de-* + *fier* to entrust, fr. (assumed) VL *fidare,* alter. of L *fidere* to trust — more at BIDE] (14c) **1** *archaic* : to challenge to combat **2 :** to challenge to do something considered impossible : DARE **3 :** to confront with assured power of resistance : DISREGARD ⟨~ public opinion⟩ **4 :** to resist attempts at : WITHSTAND ⟨the paintings ~ classification⟩

**²de·fy** \di-ˈfī, ˈdē-ˌ\ *n, pl* **defies** (1580) : CHALLENGE, DEFIANCE

**dé·ga·gé** \ˌdā-ˌgä-ˈzhā\ *adj* [F, fr. pp. of *dégager* to put at ease, fr. OF *desgagier* to redeem a pledge, free, fr. *des-* de- + *gage* pledge — more at GAGE] (1696) **1 :** free of constraint : NONCHALANT **2 :** being free and easy ⟨clothes with a ~ look⟩ **3 :** extended with toe pointed in preparation for a ballet step

**de·gas** \(ˌ)dē-ˈgas\ *vt* (1928) : to remove gas from ⟨~ an electron tube⟩

**de Gaull·ism** \di-ˈgō-ˌli-zəm, -ˈgȯ-\ *n* (1943) : GAULLISM — **de Gaull·ist** \-list\ *n*

**de·gauss** \(ˌ)dē-ˈgau̇s\ *vt* [*de-* + *gauss,* after Karl F. *Gauss*] (ca. 1940) : to remove or neutralize the magnetic field of ⟨~ a ship⟩ ⟨~ a magnetic tape⟩ — **de·gauss·er** *n*

**de·gen·er·a·cy** \di-ˈjen-rə-sē, -ˈje-nə-, dē-\ *n, pl* **-cies** (1664) **1 :** the state of being degenerate **2 :** the process of becoming degenerate **3 :** sexual perversion **4 :** the coding of an amino acid by more than one codon

**¹de·gen·er·ate** \di-ˈjen-rət, -ˈje-nə-, dē-\ *adj* [ME *degenerat,* fr. L *degeneratus,* pp. of *degenerare* to degenerate, fr. *de-* + *gener-, genus* race, kind — more at KIN] (15c) **1 a :** having declined (as in nature, character, structure, or function) from an ancestral or former state **b :** having sunk to a condition below that which is normal to a type; *esp* : having sunk to a lower and usu. corrupt and vicious state **c :** DEGRADED 2 **2 :** being mathematically simpler (as by having a factor or constant equal to zero) than the typical case ⟨a ~ hyperbola⟩ **3 :** characterized by atoms stripped of their electrons and by very great density ⟨~ matter⟩; *also* : consisting of degenerate matter ⟨a ~ star⟩ **4 :** having two or more states or subdivisions ⟨~ energy level⟩ **5 :** having more than one codon representing an amino acid; *also* : being such a codon **syn** see VICIOUS — **de·gen·er·ate·ly** *adv* — **de·gen·er·ate·ness** *n*

**²de·gen·er·ate** \di-ˈje-nə-ˌrāt, dē-\ *vi* (1545) **1 :** to pass from a higher to a lower type or condition : DETERIORATE **2 :** to sink into a low intellectual or moral state **3 :** to decline in quality ⟨the poetry gradually ~s into jingles⟩ **4 :** to decline from a condition or from the standards of a species, race, or breed **5 :** to evolve or develop into a less autono-

FAIR025918