# EXHIBIT 12

Second College Edition

# The American Heritage Dictionary

FAIR025919

Words that are believed to be registered trademarks have been checked with authoritative sources. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. Words that are known to have current registrations are shown with an initial capital and are also identified as trademarks. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

Copyright © 1982, 1985 by Houghton Mifflin Company. All rights reserved. No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system, except as may be expressly permitted by the 1976 Copyright Act or in writing by the Publisher.

All correspondence and inquiries should be directed to
Reference Division, Houghton Mifflin Company
One Beacon Street, Boston, MA 02108

Library of Congress Cataloging in Publication Data
Main entry under title:
American Heritage dictionary.
  Rev. ed. of: American Heritage dictionary of the English language. New college ed. c1976.
  1. English language—Dictionaries.  I. Morris, William, 1913–
PE1625.A54  1982    423    82-9346
ISBN 0-395-32943-4
ISBN 0-395-32944-2 (thumb index)
ISBN 0-395-33959-6 (deluxe edition)

Manufactured in the United States of America

FAIR025920

**ame** (dĭ-fām´) *tr.v.* -famed, -fam·ing, -fames. 1. To attack the good name of by slander or libel. 2. *Archaic.* To disgrace. [ME *defamen* < OFr. *defamer* < Lat. *diffamare* : *apart* + *fama*, reputation.] —**de·fam´er** *n.*

**ault** (dĭ-fôlt´) *n.* 1. A failure to perform a task or fulfill an obligation, esp. failure to meet a financial obligation. Failure to make a required appearance in court. 3. The failure of one or more competitors or teams to participate in a contest: *win by default.* —*v.* -fault·ed, -fault·ing, -faults. *intr.* 1. To fail to do what is required. 2. To fail to pay money when it is due. 3. *Law.* a. To fail to appear in court when summoned. b. To lose a case by not appearing. 4. To fail to compete in or complete a scheduled contest. —*tr.* To fail to perform or pay. 2. *Law.* To lose (a case) by failing to appear in court. 3. To fail to take part in or complete (a contest, for example). —*idiom.* **in default of.** through the failure, absence, or lack of. [ME *defaute* < OFr. VLat. *\*defallita* : Lat. *de-* (intensive) + *fallere*, to fail.] —**de·fault´er** *n.*

**fea·sance** (dĭ-fē´zəns) *n.* 1. An annulment or rendering void. 2. The voiding of a contract or deed. 3. A clause within a contract or deed providing for annulment. [ME *fesaunce* < AN < OFr. *defesance* < *defesant*, pr.part. of *sfaire*, to undo.]

**fea·si·ble** (dĭ-fē´zə-bəl) *adj.* Capable of being annulled or terminated. —**de·fea´si·bil´i·ty**, **de·fea´si·ble·ness** *n.*

**feat** (dĭ-fēt´) *tr.v.* -feat·ed, -feat·ing, -feats. 1. To win victory over; beat. 2. To prevent the success of; thwart: *defeat one's purpose.* 3. *Law.* To annul or make void. —*n.* 1. The act of defeating or state of being defeated. 2. Failure to win. A coming to naught; frustration. 3. *Law.* The act of making null and void. [ME *defeten* < *defet*, disfigured < OFr. *sfait*, p.part. of *desfaire*, to destroy < Med. Lat. *disfacere* : Lat. *dis-*, asunder + *facere*, to do.] —**de·feat´er** *n.*

**Synonyms:** *defeat, conquer, vanquish, beat, rout, subdue, subjugate, overcome.* These verbs mean to get the better of an adversary. *Defeat,* the most general, does not necessarily imply finality of outcome. *Conquer* suggests decisive wide-scale victory. *Vanquish* emphasizes total and final mastery. *Beat,* less formal, is often the equivalent of *defeat,* though *beat* may convey greater emphasis. *Rout* implies not only complete victory but also putting an adversary to flight. *Subdue* suggests mastery and control by suppression or taming. *Subjugate* more strongly implies making an opponent subservient. *Overcome* stresses the importance of the conquest to the victor's well-being and often implies courage and perseverance.

**feat·ism** (dĭ-fē´tĭz´əm) *n.* Acceptance of or resignation to the prospect of defeat. —**de·feat´ist** *n.*

**f·e·cate** (dĕf´ĭ-kāt´) *v.* -cat·ed, -cat·ing, -cates. —*intr.* To void feces from the bowels. —*tr.* To clarify (a chemical solution). [Lat. *defaecare, defaecat-* : *de-*, away + *faex*, dregs.] —**def´e·ca´tion** *n.* —**def´e·ca´tor** *n.*

**fect** (dē´fĕkt´, dĭ-fĕkt´) *n.* 1. The lack of something necessary or desirable for completion or perfection; deficiency. 2. An imperfection; fault. —*intr.v.* (dĭ-fĕkt´) -fect·ed, -fect·ing, -fects. To leave, without consent or permission, an allegiance that one had espoused or acknowledged. [ME < Lat. *defectus* < p.part. of *deficere*, to depart, fail : *de-*, from + *acere*, to do.] —**de·fec´tion** *n.* —**de·fec´tor** *n.*

**·fec·tive** (dĭ-fĕk´tĭv) *adj.* 1. Having a defect; faulty. 2. *Gram.* Lacking one or more of the inflected forms normal for a particular category of word, as the verb *may* in English. 3. Of subnormal intelligence. —*n.* Someone physically or mentally incapacitated. —**de·fec´tive·ly** *adv.* —**de·fec´tive·ness** *n.*

**e·fence** (dĭ-fĕns´) *n.* & *v. Chiefly Brit.* Variant of **defense.**

**e·fend** (dĭ-fĕnd´) *v.* -fend·ed, -fend·ing, -fends. —*tr.* 1. To protect from danger, attack, or harm; guard. 2. To support or maintain, as by argument or action; justify. 3. *Law.* a. To represent (the defendant) in a civil or criminal case. b. To contest (a legal action or claim). —*intr.* To make a defense. [ME *defenden* < OFr. *defendre* < Lat. *defendere*, to ward off.] —**de·fend´a·ble** *adj.* —**de·fend´er** *n.*

**Synonyms:** *defend, protect, guard, preserve, shield, safeguard.* These verbs mean to make safe from danger or attack. *Defend* implies use of countermeasures in repelling an actual attack. *Protect* suggests providing a cover to repel discomfort, injury, or attack. *Guard* suggests keeping watch over a person or thing. *Preserve* implies protective measures to maintain something as it is for an extended period. *Shield* suggests protection in the form of something or someone placed between the threat and the threatened. *Safeguard* stresses protection against potential or less imminent danger, often by preventive action.

**le·fen·dant** (dĭ-fĕn´dənt) *n. Law.* One against whom an action is brought.

**le·fen·es·tra·tion** (dē-fĕn´ĭ-strā´shən) *n.* An act of throwing something or someone out of a window. [DE- + Lat. *fenestra*, window.]

**le·fense** (dĭ-fĕns´) *n.* 1. The act of defending against attack, danger, or injury; protection. 2. Something that defends or protects. 3. *Psychoanal.* A defense mechanism. 4. An argument in support or justification of something. 5. *Law.* a. The action of the defendant in opposition to complaints against him. b. The defendant and his legal counsel. 6. The science or art of defending oneself; self-defense. 7. *Sports.* The team or those players on the team attempting to stop the opposition from scoring. —*tr.v.* -fensed, -fens·ing, -fens·es. *Sports.* To attempt to stop (the opposition) from scoring. [ME < OFr. < Lat. *defensa* < fem. p.part. of *defendere*, to ward off.] —**de·fense´less** *adj.* —**de·fense´less·ly** *adv.* —**de·fense´less·ness** *n.*

**defense mechanism** *n.* 1. *Biol.* A reaction of an organism used in self-defense, as against germs. 2. *Psychoanal.* A usually involuntary mental mechanism, such as repression or projection, that protects an individual from shame, anxiety, or loss of self-esteem.

**de·fen·si·ble** (dĭ-fĕn´sə-bəl) *adj.* Capable of being defended, protected, or justified. —**de·fen´si·bil´i·ty**, **de·fen´si·ble·ness** *n.* —**de·fen´si·bly** *adv.*

**de·fen·sive** (dĭ-fĕn´sĭv) *adj.* 1. Intended or appropriate for defense. 2. Done for defense. 3. Of or pertaining to defense. —*n.* 1. A means of defense. 2. An attitude of defense. —**de·fen´sive·ly** *adv.* —**de·fen´sive·ness** *n.*

**de·fer¹** (dĭ-fûr´) *v.* -ferred, -fer·ring, -fers. —*tr.* 1. To put off until a future time; postpone: *deferred writing until now.* 2. To postpone the induction of (one eligible for the military draft). —*intr.* To procrastinate; delay. [ME *differren* < OFr. *differer* < Lat. *differre.* —see DIFFER.] —**de·fer´ra·ble** *adj.* —**de·fer´rer** *n.*

**de·fer²** (dĭ-fûr´) *intr.v.* -ferred, -fer·ring, -fers. To comply with or submit to the wishes, opinion, or decision of another; *deferred to his mother.* [ME *deferen* < OFr. *defere* < Lat. *deferre*, to carry away, bring to : *de-*, away + *ferre*, to carry.] —**de·fer´rer** *n.*

**def·er·ence** (dĕf´ər-əns, dĕf´rəns) *n.* 1. Submission or courteous yielding to the opinion, wishes, or judgment of another. 2. Courteous respect.

**def·er·ent¹** (dĕf´ər-ənt, dĕf´rənt) *adj.* Showing deference; deferential.

**def·er·ent²** (dĕf´ər-ənt, dĕf´rənt) *adj.* 1. Carrying down or away. 2. Adapted to carry or transport. [Lat. *deferens, deferent-*, pr.part. of *deferre*, to carry away. —see DEFER².]

**def·er·en·tial** (dĕf´ə-rĕn´shəl) *adj.* Marked by deference: *a deferential attitude.* —**def´er·en´tial·ly** *adv.*

**de·fer·ment** (dĭ-fûr´mənt) also **de·fer·ral** (-fûr´əl) *n.* The act of delaying or putting off; postponement.

**de·ferred** (dĭ-fûrd´) *adj.* 1. Postponed or delayed. 2. With benefits or payments withheld until a future date. 3. Having had one's compulsory military service postponed.

**de·fer·ves·cence** (dē´fər-vĕs´əns) *n.* The abatement of a fever. [< Lat. *defervescens, defervescent-*, pr.part. of *defervescere*, to stop boiling : *de-*, off, away + *fervescere*, to begin to boil < *fervere*, to boil.]

**de·fi·ance** (dĭ-fī´əns) *n.* 1. Bold resistance to an opposing force or authority. 2. Intentionally provocative behavior or attitude. [ME *defiaunce* < OFr. *desfiance* < *desfier*, to defy.]

**de·fi·ant** (dĭ-fī´ənt) *adj.* Marked by defiance. —**de·fi´ant·ly** *adv.*

**de·fib·ril·late** (dē-fĭb´rə-lāt´) *tr.v.* -lat·ed, -lat·ing, -lates. To stop the fibrillating of (a heart). —**de·fib´ril·la´tion** *n.* —**de·fib´ril·la´tive** *adj.* —**de·fib´ril·la´tor** *n.* —**de·fib´ril·la·to´ry** (-lə-tôr´ē, -tōr´ē) *adj.*

**de·fi·cien·cy** (dĭ-fĭsh´ən-sē) *n., pl.* -cies. 1. The quality or condition of being deficient. 2. A lack or shortage; insufficiency.

**deficiency disease** *n.* A disease, as rickets or scurvy, caused by a dietary deficiency of specific vitamins and minerals.

**de·fi·cient** (dĭ-fĭsh´ənt) *adj.* 1. Lacking an essential quality or element. 2. Inadequate in amount or degree; insufficient. [Lat. *deficiens, deficient-*, pr.part. of *deficere*, to fail. —see DEFECT.] —**de·fi´cient·ly** *adv.*

**def·i·cit** (dĕf´ĭ-sĭt) *n.* The amount by which something, as a sum of money, falls short of the required or expected amount; shortage. [Fr. *déficit* < Lat. *deficit*, it is lacking.]

**deficit spending** *n.* The spending of public funds obtained by borrowing.

**de·fi·lade** (dĕf´ə-lād´, -läd´) *tr.v.* -lad·ed, -lad·ing, -lades. To arrange (fortifications) so as to give protection from enfilading and other fire. —*n.* The act or procedure of defilading. [DE- + (EN)FILADE.]

**de·file¹** (dĭ-fīl´) *tr.v.* -filed, -fil·ing, -files. 1. To make filthy or dirty; pollute. 2. To render impure; corrupt. 3. To profane or sully (a good name, for example). 4. To make unclean or unfit for ceremonial use; desecrate. 5. To violate the chastity of. [ME *defilen*, blend of *filen*, to defile (< OE *fŷlan*) and *defoulen*, to injure < OFr. *defouler* : *de-*, down (< Lat.) + *fouler*, to trample. —see FULL².] —**de·file´ment** *n.* —**de·fil´er** *n.* —**de·fil´ing·ly** *adv.*

**de·file²** (dĭ-fīl´) *intr.v.* -filed, -fil·ing, -files. To march in single file or in files or columns. —*n.* 1. A narrow gorge or pass that restricts lateral movement, as of troops. 2. A march in a line or lines. [Fr. *défiler* : *dé-*, off (< Lat. *de-*) + *filer*, to march in files < OFr., to spin < LLat. *filare* < Lat. *filum*, thread.]

**de·fine** (dĭ-fīn´) *v.* -fined, -fin·ing, -fines. —*tr.* 1. To state the precise meaning of (a word or sense of a word, for example). 2. To describe the nature or basic qualities of; explain: *define the properties of a new drug.* 3. To delineate the outline or form of: *a shape defined by a line.* 4. To specify distinctly: *define the weapons to be used in limited warfare.* 5. To serve to distinguish; characterize. —*intr.* To make a definition. [ME *diffinen* < OFr. *definer* < Lat. *definire*, to limit : *de-*, off + *finis*, end.] —**de·fin´a·bil´i·ty** *n.* —**de·fin´a·ble** *adj.* —**de·fin´a·bly** *adv.* —**de·fine´ment** *n.* —**de·fin´er** *n.*

**de·fin·i·en·dum** (dĭ-fĭn´ē-ĕn´dəm) *n., pl.* -da (-də). A word or expression that is defined by a definiens. [Lat., neuter gerund. of *definire*, to define.]

**de·fin·i·ens** (dĭ-fĭn´ē-ĕnz´) *n., pl.* -fin·i·en·ti·a (-fĭn´ē-ĕn´shē-ə, -shə). The word or words serving to define another word or expression, as in a dictionary entry. [Lat., pr.part. of *definire*, to define.]

**def·i·nite** (dĕf´ə-nĭt) *adj.* 1. Having distinct limits: *definite restrictions on liquor sales.* 2. Known positively; certain: *a definite victory.* 3. Clearly defined; precise and explicit: *a definite statement of the terms of the will.* 4. *Gram.* Limiting or particularizing. 5. *Bot.* a. Of a specified number not exceeding 20, as certain floral organs, esp. stamens. b. Cymose; determinate. [ME *diffinite* < Lat. *definitus*, p.part. of *definire*, to define.] —**def´i·nite·ly** *adv.* —**def´i·nite·ness** *n.*

**definite article** *n. Gram.* The article *the,* which restricts or particularizes the noun or noun phrase following it.

**definite integral** *n.* The limit of sums with terms of the form $f(x_i) \Delta x_i,$ where $f$ is a function defined in the interval between two numbers $a$ and $b,$ $\Delta x_i$ is the length of one of several intervals into which the interval from $a$ to $b$ is divided, $x_i$ is a number in that interval, and the limit is taken as the lengths of the subintervals become smaller.

**def·i·ni·tion** (dĕf´ə-nĭsh´ən) *n.* 1. The act of stating a precise meaning or significance. 2. The statement of the meaning of a word, phrase, or term. 3. The act of making clear and distinct: *a definition of one's intentions.* 4. The state of being closely outlined or determined. 5. A determination of outline, extent, or limits: *the definition of a nation's authority.* 6. The degree of clarity with which a televised image is received or a radio receives a given station. 7. The clarity of detail in an optically produced image, as a photograph, effected by a combination of resolution and contrast. [ME *diffinicioun* < OFr. *definition* < Lat. *definitio* < *definire*, to define.] —**def´i·ni´tion·al** *adj.*

**de·fin·i·tive** (dĭ-fĭn´ĭ-tĭv) *adj.* 1. Precisely defining or outlining; explicit. 2. Determining finally; decisive: *authority that has been influential but not definitive.* 3. Authoritative and complete: *a definitive biography.* —*n. Gram.* A word that defines or limits, such as the definite article or a demonstrative pronoun. —**de·fin´i·tive·ly** *adv.* —**de·fin´i·tive·ness** *n.*

**de·fin·i·tude** (dĭ-fĭn´ĭ-tōōd´, -tyōōd´) *n.* The quality of being definite or exact; precision.

**def·la·grate** (dĕf´lə-grāt´) *intr.* & *tr.v.* -grat·ed, -grat·ing, -grates. To burn or cause to burn with great heat and intense light. [Lat. *deflagrare, deflagrat-* : *de-* (intensive) + *flagrare*, to burn.] —**def´la·gra´tion** *n.*

**de·flate** (dĭ-flāt´) *v.* -flat·ed, -flat·ing, -flates. —*tr.* 1. a. To release contained air or gas from. b. To collapse by releasing contained air or gas. 2. To reduce or lessen the confidence, pride, self-esteem, or certainty of. 3. *Econ.* To reduce the value or amount of (currency), effecting a decline in prices. —*intr.* To be or become deflated. [DE- + (IN)FLATE.] —**de·fla´tor** *n.*

**de·fla·tion** (dĭ-flā´shən) *n.* 1. The act of deflating or the condition of being deflated. 2. *Econ.* A reduction in available currency and credit that results in a decrease in the general price level. —**de·fla´tion·ar´y** (-shə-nĕr´ē) *adj.* —**de·fla´tion·ist** *n.*

**de·flect** (dĭ-flĕkt´) *intr.* & *tr.v.* -flect·ed, -flect·ing, -flects. To turn aside or cause to turn aside; swerve. [Lat. *deflectere* : *de-*, away + *flectere*, to bend.] —**de·flect´a·ble** *adj.* —**de·flec´tive** *adj.* —**de·flec´tor** *n.*

**de·flec·tion** (dĭ-flĕk´shən) *n.* 1. The act of deflecting or the condition of being deflected. 2. Deviation or the amount of deviation. 3. The deviation from zero shown by the indicator of a measuring instrument. 4. The movement of a structure or structural part as a result of stress.

**de·flexed** (dĭ-flĕkst´, dē´flĕkst´) *adj. Bot.* Bent or turned downward at a sharp angle: *deflexed petals.* [< Lat. *deflexus*, p.part. of *deflectere*, to deflect.]

**de·flex·ion** (dĭ-flĕk´shən) *n. Chiefly Brit.* Variant of **deflection.**

**def·lo·ra·tion** (dĕf´lə-rā´shən) *n.* The act of deflowering. [ME *defloracioun* < LLat. *defloratio* < *deflorare*, to deflower.]

**de·flow·er** (dē-flou´ər) *tr.v.* -ered, -er·ing, -ers. 1. To rupture the hymen of (a virgin) by sexual intercourse. 2. To destroy the innocence of; violate. 3. To spoil the appearance or nature of; mar. [ME *deflouren* < OFr. *deflorer* < LLat. *deflorare* : Lat. *de-*, away + Lat. *flos,* flower.] —**de·flow´er·er** *n.*

**de·fo·cus** (dē-fō´kəs) *tr.v.* -cused, -cus·ing, -cus·es also -cussed, -cus·sing, -cus·ses. To cause (a beam or a lens) to deviate from an accurate focus. —*n.* The result of defocusing.

**de·fog** (dē-fôg´, -fŏg´) *tr.v.* -fogged, -fog·ging, -fogs. To remove fog from. —**de·fog´ger** *n.*

**de·fo·li·ant** (dē-fō´lē-ənt) *n.* A chemical sprayed or dusted on plants to cause the leaves to fall off.

**de·fo·li·ate** (dē-fō´lē-āt´) *v.* -at·ed, -at·ing, -ates. —*tr.* 1. To deprive (a tree or other plant) of leaves. 2. To cause the

FAIR025921