1  DANIEL JOHNSON, JR. (SBN 57409)
   BRETT M. SCHUMAN (SBN 189247)
2  **MORGAN, LEWIS & BOCKIUS** LLP
   One Market, Spear Street Tower
3  San Francisco, CA  94105-1126
   Tel: 415.442.1000
4  Fax: 415.442.1001
   djjohnson@morganlewis.com
5  bschuman@morganlewis.com

6  ANDREW J. WU (SBN 214442)
   DAVID V. SANKER (SBN 251260)
7  **MORGAN, LEWIS & BOCKIUS** LLP
   2 Palo Alto Square
8  3000 El Camino Real, Suite 700
   Palo Alto, CA  94306-2122
9  Tel: 650.843.4000
   Fax: 650.843.4001
10 awu@morganlewis.com
   dsanker@morganlewis.com
11
   Attorneys for Plaintiffs and Counterdefendants
12 ALPHA & OMEGA SEMICONDUCTOR,
   LTD.
13 ALPHA & OMEGA SEMICONDUCTOR,
   INC.
14

15              UNITED STATES DISTRICT COURT

16             NORTHERN DISTRICT OF CALIFORNIA

17                SAN FRANCISCO DIVISION

18

19 ALPHA & OMEGA SEMICONDUCTOR,          Case No. C 07-2638 JSW
   LTD., a Bermuda corporation; and       (Consolidated with Case No. C-07-2664 JSW)
20 ALPHA & OMEGA SEMICONDUCTOR,
   INC., a California corporation,
21                                        **DECLARATION OF YALEI SUN IN
        Plaintiffs and Counterdefendants,  SUPPORT OF ALPHA & OMEGA
22                                          SEMICONDUCTOR, LTD AND ALPHA &
             v.                             OMEGA SEMICONDUCTOR, INC'S
23                                          OPPOSITION CLAIM CONSTRUCTION
   FAIRCHILD SEMICONDUCTOR                  BRIEF PURSUANT TO CIVIL L. R.
24 CORP., a Delaware corporation,          16-11(D)(1)**

25      Defendant and Counterclaimant.    Date: June 4, 2008
                                          Time: 2:00 PM
26 _____ Place: Courtroom 2, 17th Floor
   AND RELATED COUNTERCLAIMS.             Judge: Honorable Jeffrey S. White
27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

I, Yalei Sun, hereby declare as follows:

1.      I am an associate at the law firm of Morgan, Lewis & Bockius LLP, 2 Palo Alto Square Avenue, 3000 El Camino Real, Suite 700, Palo Alto, California 94306, and a member in good standing of the Bar of the State of California.  Morgan, Lewis & Bockius LLP has been retained as trial counsel for the Plaintiffs and Counterdefendants Alpha & Omega Semiconductor, LTD and Alpha & Omega Semiconductor, Inc., in the present action.  I submit this declaration in support of Alpha & Omega Semiconductor, LTD and Alpha & Omega Semiconductor, Inc.'s Opposition Claim Construction Brief Pursuant to Civil L. R. 16-11(d)(1).

2.      Attached hereto as Exhibit 1 is a true and correct copy of United States Patent No. 6,429,481.

3.      Attached hereto as Exhibit 2 is a true and correct copy of United States Patent No. 6,710,406.

4.      Attached hereto as Exhibit 3 is a true and correct copy of United States Patent No. 6,521,497.

5.      Attached hereto as Exhibit 4 is a true and correct copy of United States Patent No. 6,828,195.

6.      Attached hereto as Exhibit 5 is a true and correct copy of United States Patent No. 7,148,111.

7.      Attached hereto as Exhibit 6 is a true and correct copy of United States Patent No. 6,818,947.

8.      Attached hereto as Exhibit 7 is a true and correct copy of the Prosecution History of U.S. Patent No. 6,429,481, Application as Filed.

9.      Attached hereto as Exhibit 8 is a true and correct copy of the Prosecution History of U.S. Patent No. 6,429,481, Amendment received by the Patent Office November 8, 1999.

10.      Attached hereto as Exhibit 9 is a true and correct copy of the Prosecution History of U.S. Patent No. 6,429,481, Amendment received by the Patent Office September 5, 2000.

11.      Attached hereto as Exhibit 10 is a true and correct copy of the Prosecution History of U.S. Patent No. 6,429,481, Office Action dated December 5, 2000.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2     WU DECLARATION IN SUPPORT OF AOS'S
OPPOSITION CLAIM CONSTRUCTION BRIEF
(C 07-2638 JSW)

1    12.    Attached hereto as Exhibit 11 is a true and correct copy of the Prosecution History

2    of U.S. Patent No. 6,429,481, Amendment received by the Patent Office June 7, 2001.[1]

3    13.    Attached hereto as Exhibit 12 is a true and correct copy of the Prosecution History

4    of U.S. Patent No. 6,429,481, Amendment received by the Patent Office December 31, 2001.

5    14.    Attached hereto as Exhibit 13 is a true and correct copy of the Appeal Brief for

6    Application No. 10/630,249 dated November 3, 2005.

7    15.    Attached hereto as Exhibit 14 is a true and correct copy of pages 63 – 108 of S.M.

8    Sze, *Physics of Semiconductor Devices* (1981) (describing abrupt and linearly graded P-N

9    junctions and the differences between the two).

10    16.    Attached hereto as Exhibit 15 is a true and correct copy of page 1 of THE IEEE

11    STANDARD DICTIONARY OF ELECTRICAL AND ELECTRONICS TERMS (6th ed. 1997) (defining

12    "abrupt junction").

13    17.    Attached hereto as Exhibit 16 is a true and correct copy of page 1 of the

14    McGRAW-HILL ELECTRONICS DICTIONARY (5th ed. 1994) (defining "abrupt junction").

15    18.    Attached hereto as Exhibit 17 is a true and correct copy of pages 63 – 70, and 298

16    of Sorab K. Ghandhi, *Semiconductor Power Devices* (1977) (describing field termination

17    structures and identifying a high-low junction as an ohmic contact where current flows easily in

18    either direction).

19    19.    Attached hereto as Exhibit 18 is a true and correct copy of pages 210, 446 – 455 of

20    R.W. Warner and G.L. Grung, *TRANSISTORS : Fundamentals for the Integrated Circuit*

21    *Engineer* (1990) (identifying a high-low junction as an ohmic contact where current flows easily

22    on either direction).

23    20.    Attached hereto as Exhibit 19 is a true and correct copy of pages 116 – 119 of B.

24    Jayant Baliga, Modern Power Devices (1992) (describing the operation of field plates).

25    21.    Attached hereto as Exhibit 20 is a true and correct copy of United States Patent

26    No. 5,233,215 (cited by the '947 patent for its description of trenched field plates).

27

28

---

[1],Note that the original page 4 of this document was apparently missing from the file wrapper at the Patent Office. The current copy of page 4 was produced by Fairchild from its own photocopy of the same document in response to AOS's request.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

WU DECLARATION IN SUPPORT OF AOS'S
OPPOSITION CLAIM CONSTRUCTION BRIEF
(C 07-2638 JSW)

1    22.    Attached hereto as Exhibit 21 is a true and correct copy of page 2065 of the

2    McGraw-Hill Dictionary of Scientific and Technical Terms (5th ed. 1994) (defining

3    "trench").

4    23.    Attached hereto as Exhibit 22 is a true and correct copy of page 1259 of Merriam

5    Webster's Collegiate Dictionary (10th ed. 1997) (defining "trench").

6    24.    Attached hereto as Exhibit 23 is a true and correct copy of the Prosecution History

7    of U.S. Patent No. 6,818,947, Amendment received at the Patent Office July 21, 2003.

8    25.    Attached hereto as Exhibit 24 is a true and correct copy of the Prosecution History

9    of U.S. Patent No. 6,818,947, Amendment received at the Patent Office December 29, 2003.

10    26.    Attached hereto as Exhibit 25 is a true and correct copy of pages 0 – 3, 204 – 212

11    of AOS's Supplemental Preliminary Invalidity Contentions for U.S. Patent Nos. 6,429,481,

12    6,521,497, 6,710,406, 6,828,195, 7,148,111, and 6,818,947 Pursuant to Patent L.R. 3-3, served

13    March 3, 2008.

14    27.    Attached hereto as Exhibit 26 is a true and correct copy of the definition of "Finite

15    element analysis" from Wikipedia, (http://en.wikipedia.org/wiki/Finite_element_analysis),

16    downloaded January 7, 2008.

17    28.    Attached hereto as Exhibit 27 is a true and correct copy of Exhibit 2 of Fairchild's

18    Preliminary Infringement Contentions.

19    29.    Attached hereto as Exhibit 28 is a true and correct copy of pages 0 – 3, 207 – 209

20    of AOS's Preliminary Invalidity Contentions For U.S. Patent Nos. 6,429,481, 6,521,497,

21    6,710,406, 6,828,195, 7,148,111, and 6,818,947 Pursuant to Patent L.R. 3-3, served November

22    29, 2007.

23    / / / /

24    / / / /

25    / / / /

26    / / / /

27    / / / /

28    / / / /

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

WU DECLARATION IN SUPPORT OF AOS'S
OPPOSITION CLAIM CONSTRUCTION BRIEF
(C 07-2638 JSW)

1

2

3

4      I declare under of penalty of perjury that the foregoing is true and correct.  Executed in

5  Palo Alto, California.

6

Dated: March 27, 2008
7

8                                                by _____
                                                        Yalei Sun
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5                    WU DECLARATION IN SUPPORT OF AOS'S
                     OPPOSITION CLAIM CONSTRUCTION BRIEF
                                    (C 07-2638 JSW)