# Exhibit 16

# McGRAW-HILL
# ELECTRONICS
# DICTIONARY

FIFTH EDITION

## JOHN MARKUS

## NEIL SCLATER

McGraw-Hill, Inc.

New York   St. Louis   San Francisco   Washington, D.C.   Auckland
Bogotá   Caracas   Lisbon   London   Madrid   Mexico City   Milan
Montreal   New Delhi   Paris   San Juan   Singapore
Sydney   Tokyo   Toronto

AOS_F00014072

**Library of Congress Cataloging-in-Publication Data**

ENGINEERING

Markus, John, 1911–1982
    McGraw-Hill electronics dictionary / John Markus, Neil Sclater. —
5th ed., international ed.
      p.    cm.
    Rev. ed. of: Electronics dictionary. 3rd ed. 1978.
    ISBN 0-07-040434-8
    1. Electronics—Dictionaries.  I. Sclater, Neil.  II. Markus,
John, 1911–1982  Electronics dictionary.  III. Title.
TK7804.M354  1994
621.38'03—dc20                         93-39212
                                           CIP

Copyright © 1994, 1978, 1945 by McGraw-Hill, Inc. All rights reserved.
Printed in the United States of America. Except as permitted under the
United States Copyright Act of 1976, no part of this publication may be
reproduced or distributed in any form or by any means, or stored in a data
base or retrieval system, without the prior written permission of the pub-
lisher. Copyright © 1966, 1960 under the title *Electronics and Nucleonics
Dictionary*. All rights reserved.

1 2 3 4 5 6 7 8 9 0  DOC/DOC  9 9 8 7 6 5 4 3

ISBN 0-07-040434-8

*The sponsoring editor for this book was Steve Chapman, the editing
supervisor was Frank Kotowski, Jr. and the production supervisor was
Suzanne W. Babeuf. It was set in Times roman by North Market Street
Graphics.*

*Printed and bound by R. R. Donnelley & Sons Company.*

**INTERNATIONAL EDITION**

Copyright © 1994. Exclusive rights by McGraw-Hill, Inc. for
manufacture and export. This book cannot be re-exported from the
country to which it is consigned by McGraw-Hill. The International
Edition is not available in North America.

When ordering this title, use ISBN 0-07-113486-7.

Information contained in this work has been obtained by McGraw-Hill, Inc.
from sources believed to be reliable. However, neither McGraw-Hill nor its
authors guarantee the accuracy or completeness of any information pub-
lished herein and neither McGraw-Hill nor its authors shall be responsible
for any errors, omissions, or damages arising out of use of this information.
This work is published with the understanding that McGraw-Hill and its
authors are supplying information but are not attempting to render engi-
neering or other professional services. If such services are required, the
assistance of an appropriate professional should be sought.

AOS_F00014073

# A

**a**  Abbreviation for *atto-*.

**A**  1. Abbreviation for *ampere*.  2. Symbol for *anode*. 3. Symbol for *argon*.

**Å**  Abbreviation for *angstrom*.

**A.A.**  Abbreviation for *angular aperture*.

**ABC**  1. Abbreviation for *automatic bass compensation*. 2. Abbreviation for *automatic brightness control*.

**aberration**  A deviation from the expected state of an optical field.

**ABM**  Abbreviation for *antiballistic missile*.

**abnormal glow discharge**  A glow discharge characterized by an increase in the voltage drop as the current increases. It occurs when the current is increased beyond the point at which the cathode of the gas tube is completely covered with glow.

**abnormal propagation**  Radio-wave propagation in which unstable atmospheric and/or ionospheric conditions interfere with communication.

**abnormal reflection**  A sharply defined reflection of radio waves from an ionized layer of the ionosphere, occurring at frequencies higher than the critical or penetration frequency of the layer. Also called sporadic reflection.

**abrasion resistance**  The ability of a material to withstand mechanical wear, such as that produced by movement of a contact, brush, or wiper arm.

**abrupt junction**  A junction in which the transition from P- to N-type material is effectively discontinuous in a single-crystal semiconductor.

**ABS**  abbreviation for *antilock brake system*.

**abscissa**  The horizontal distance from a point on a graph to the zero reference line. The units of this distance are indicated on a scale at the bottom or top of the graph.

**A/B signaling**  A special case of eigth-bit (LSB) signaling in a μ-law system that allows four logic states to be multiplexed with voice on PCM channels.

**absolute address**  An address assigned to a particular storage location during the design of a computer. Also called specific address.

**absolute altimeter**  An altimeter that registers the absolute altitude of an aircraft above the earth or sea over which the aircraft is flying. The frequency-modulated altimeter and the radar altimeter are the most common examples in current use.

**absolute altitude**  The height or altitude of an aircraft above the surface or terrain over which it is flying.

**absolute code**  A code that indicates the exact location where an item of data is to be found or stored in a computer.

**absolute cutoff frequency**  The lowest frequency at which a waveguide will propagate energy without attenuation.

**absolute delay**  The predetermined time interval between the transmission of two synchronized radio, radar, or loran signals from the same station or different stations.

**absolute drift**  The amount of inherent unbalance in a magnetic amplifier, measured in terms of the watts, amperes, or ampere-turns of input signal required for rebalancing.

**absolute maximum ratings**  Electrical limits specified for a circuit, product, or system that, if exceeded, could cause permanent damage. They are not continuous ratings, and they are independent of proper operation.

**absolute error**  The magnitude of an error, disregarding its algebraic sign or direction.

**absolute pressure**  Pressure with respect to a vacuum.

**absolute shaft-angle optical encoder**  An electromechanical encoder whose digital word output uniquely defines each shaft-angle. It contains a light-emitting diode (LED) and an array of photodetectors separated by an *absolute* encoder disk mounted on the shaft. When the shaft rotates, a unique digital word is generated as the multiple radial transparent and opaque rings on the disk "chop" the opti-

1