# Exhibit 21

# McGraw-Hill Dictionary of Scientific and Technical Terms

## Fifth Edition

Sybil P. Parker
Editor in Chief

McGraw-Hill, Inc.
New York    San Francisco    Washington, D.C.
Auckland    Bogotá    Caracas    Lisbon    London    Madrid    Mexico City    Milan
Montreal    New Delhi    San Juan    Singapore    Sydney    Tokyo    Toronto

AOS_F00014130

On the cover: Photomicrograph of crystals of vitamin $B_1$.
(*Dennis Kunkel, University of Hawaii*)

Included in this Dictionary are definitions which have been published previously in the following works: P. B. Jordain, *Condensed Computer Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc. All rights reserved. J. Markus, *Electronics and Nucleonics Dictionary*, 4th ed., Copyright © 1960, 1966, 1978 by McGraw-Hill, Inc. All rights reserved. J. Quick, *Artists' and Illustrators' Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc. All rights reserved. *Blakiston's Gould Medical Dictionary*, 3d ed., Copyright © 1956, 1972 by McGraw-Hill, Inc. All rights reserved. T. Baumeister and L. S. Marks, eds., *Standard Handbook for Mechanical Engineers*, 7th ed., Copyright © 1958, 1967 by McGraw-Hill, Inc. All rights reserved.

In addition, material has been drawn from the following references: R. E. Huschke, *Glossary of Meteorology*, American Meteorological Society, 1959; *U.S. Air Force Glossary of Standardized Terms*, AF Manual 11-1, vol. 1, 1972; *Communications-Electronics Terminology*, AF Manual 11-1, vol. 3, 1970; W. H. Allen, ed., *Dictionary of Technical Terms for Aerospace Use*, 1st ed., National Aeronautics and Space Administration, 1965; J. M. Gilliland, *Solar-Terrestrial Physics: A Glossary of Terms and Abbreviations*, Royal Aircraft Establishment Technical Report 67158, 1967; *Glossary of Air Traffic Control Terms*, Federal Aviation Agency; *A Glossary of Range Terminology*, White Sands Missile Range, New Mexico, National Bureau of Standards, AD 467-424; *A DOD Glossary of Mapping, Charting and Geodetic Terms*, 1st ed., Department of Defense, 1967; P. W. Thrush, comp. and ed., *A Dictionary of Mining, Mineral, and Related Terms*, Bureau of Mines, 1968; *Nuclear Terms: A Glossary*, 2d ed., Atomic Energy Commission; F. Casey, ed., *Compilation of Terms in Information Sciences Technology*, Federal Council for Science and Technology, 1970; *Glossary of Stinfo Terminology*, Office of Aerospace Research, U.S. Air Force, 1963; *Naval Dictionary of Electronic, Technical, and Imperative Terms*, Bureau of Naval Personnel, 1962; *ADP Glossary*, Department of the Navy, NAVSO P-3097.

**McGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS,
Fifth Edition**
Copyright © 1994, 1989, 1984, 1978, 1976, 1974 by McGraw-Hill, Inc. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a database or retrieval system, without the prior written permission of the publisher.

3 4 5 6 7 8 9 0    DOW/DOW    9 9 8 7 6 5

ISBN 0-07-042333-4

Library of Congress Cataloging-in-Publication Data

McGraw-Hill dictionary of scientific and technical terms /
   Sybil P. Parker, editor in chief.,—5th ed.
      p.   cm.
   ISBN 0-07-042333-4
    1. Science—Dictionaries.   2. Technology—Dictionaries.
  I. Parker, Sybil P.
  Q123.M34   1993
  503—dc20                                93-34772
                                                  CIP

**INTERNATIONAL EDITION**

Copyright © 1994. Exclusive rights by McGraw-Hill, Inc. for manufacture and export. This book cannot be re-exported from the country to which it is consigned by McGraw-Hill. The International Edition is not available in North America.

When ordering this title, use ISBN 0-07-113584-7.

AOS_F00014131

the family Hylidae characterized by expanded digital adhesive disks. { 'trē ,frag }

**tree line** *See* timberline. { 'trē ,līn }

**tree pruning** [COMPUT SCI] A strategy for eliminating branches of the complete game tree associated with a given position in a game such as chess or checkers, creating subtrees that explore a limited number of continuations for a limited number of moves. { 'trē ,prün·iŋ }

**tree-ring hydrology** *See* dendrohydrology. { ¦trē ¦riŋ hī'dräl·ə·jē }

**trefoil** [MATH] A multifoil consisting of three congruent arcs of a circle arranged around an equilateral triangle. { 'trē,foil }

**trellis drainage** [HYD] A drainage pattern characterized by parallel main streams and secondary tributaries intersected at right angles by tributaries. Also known as espalier drainage; grapevine drainage. { 'trel·əs ,drā·nij }

**Trematoda** [INV ZOO] A loose grouping of acoelomate, parasitic flatworms of the phylum Platyhelminthes; they exhibit cephalization, bilateral symmetry, and well-developed holdfast structures. { ,trem·ə'tōd·ə }

**trematodiasis** [MED] Infection caused by a member of the Trematoda (trematodes). { ,trem·ə·tə'dī·ə·səs }

**Trematosauria** [PALEON] A group of Triassic amphibians in the order Temnospondyli. { ,trem·əd·ə'sȯr·ē·ə }

**trembling ill** *See* louping ill. { 'trem·bliŋ ¦il }

**Tremellales** [MYCOL] An order of basidiomycetous fungi in the subclass Heterobasidiomycetidae in which basidia have longitudinal walls. { ,trem·ə'lā·lēz }

**tremie** [ENG] An apparatus for placing concrete underwater, consisting of a large metal tube with a hopper at the top end and a valve arrangement at the bottom, submerged end. { 'trem·ē }

**tremolite** [MINERAL] $Ca_2Mg_5Si_8O_{22}(OH)_2$ Magnesium-rich monoclinic calcium amphibole that forms one end member of a group of solid-solution series with iron, sodium, and aluminum; occurs in long blade-shaped or short stout prismatic crystals and also in masses or compound aggregates. { 'trem·ə,līt }

**tremor** [GEOPHYS] A minor earthquake. Also known as earthquake tremor; earth tremor. [MED] Involuntary, rhythmic trembling of voluntary muscles resulting from alternate contraction and relaxation of opposing muscle groups. { 'trem·ər }

**trench** [GEOGR] **1.** A narrow, straight, elongate, U-shaped valley between two mountain ranges. **2.** A narrow stream-eroded canyon, gulley, or depression with steep sides. [GEOL] A long, narrow, deep depression of the sea floor, with relatively steep sides. Also known as submarine trench. { trench }

**trench duct** [CIV ENG] A metal-lined trough set into a concrete floor with removable cover plates that are level with the top of the floor; used to house electrical connections. { 'trench ,dəkt }

**trencher** *See* trench excavator. { 'trench·ər }

**trench excavator** [MECH ENG] A digging machine, usually on crawler tracks, and having either a movable wheel or a continuous chain on which buckets are mounted. Also known as bucket-ladder excavator; ditcher; trencher; trenching machine. { 'trench 'ek·skə,vād·ər }

**trench fever** [MED] A louse-borne infection that is caused by *Rickettsia quintana* and is characterized by headache, chills, rash, pain in the legs and back, and often by a relapsing fever. { 'trench ,fē·vər }

**trenching machine** *See* trench excavator. { 'trench·iŋ mə,shēn }

**trench mouth** *See* Vincent's infection. { 'trench ,mau̇th }

**trench sampling** [MIN ENG] A slight refinement of grab sampling in which the ore material to be sampled is spread out flat and channeled in one direction with a shovel, and the material for the sample is taken at regular intervals along the channel. { 'trench ,sam·pliŋ }

**trench shield** [CIV ENG] A movable shoring system consisting of steel plates and braces that are bolted or welded together; used to support the walls of a trench while work is in progress. { 'trench ,shēld }

**trend** [GEOL] The direction of an outcrop of a layer, vein, fold, or other kind of geologic feature. Also known as direction. [STAT] The general drift, tendency, or bent of a set of statistical data as related to time or another related set of statistical data. { trend }

**trennschaukel apparatus** [ENG] An instrument for determining the thermal diffusion factors of gases and gas mixtures, consisting of 20 suitably interconnected tubes whose top ends are maintained at the same temperature and whose bottom ends are maintained at the same temperature, with the temperature of the top ends greater than that of the bottom ends. { 'tren,shau̇·kəl ,ap·ə,rad·əs }

**Trentepohliaceae** [BOT] A family of green algae belonging to the Ulotrichales having thick walls, bandlike or reticulate chloroplasts, and zoospores or isogametes produced in enlarged, specialized cells. { ,tren·tə,pō·lē'ās·ē,ē }

**Trentonian** [GEOL] A North American stage of geologic time; Middle Ordovician (above Wilderness, below Edenian); equivalent to the upper Mohawkian. { tren'tō·nē·ən }

**trepanning tool** [MECH ENG] A cutting tool in the form of a circular tube, having teeth on the end; the workpiece or tube, or both, are rotated and the tube is fed axially into the workpiece, leaving behind a narrow grooved surface in the workpiece. { trə'pan·iŋ ,tül }

**Treponemataceae** [MICROBIO] Formerly a family of the bacterial order Spirochaetales including the spirochetes less than 20 micrometers long and less than 5 micrometers in diameter; most species are parasitic. { ,trep·ə,nē·mə'tās·ē,ē }

**treponematosis** [MED] Infection caused by any species of the genus *Treponema*. Also known as treponemiasis. { ,trep·ə,nē·mə'tō·səs }

**treponemiasis** *See* treponematosis. { ,trep·ə·nə'mī·ə·səs }

**Trepostomata** [PALEON] An extinct order of ectoproct bryozoans in the class Stenolaemata characterized by delicate to massive colonies composed of tightly packed zooecia with solid calcareous zooecial walls. { ,trep·ə'stō·mad·ə }

**treptomorphism** *See* isochemical metamorphism. { ¦trep·tə'mȯr,fiz·əm }

**Treroninae** [VERT ZOO] The fruit pigeons, a subfamily of the avian family Columbidae distinguished by the gaudy coloration of the feathers. { trə'rän·ə,nē }

**Tresca criterion** [MECH] The assumption that plastic deformation of a material begins when the difference between the maximum and minimum principal stresses equals twice the yield stress in shear. { 'tres·kə krī,tir·ē·ən }

**trestle** [CIV ENG] A series of short bridge spans supported by a braced tower. [ENG] **1.** A movable support usually with legs that spread diagonally. **2.** A braced structure of timber, reinforced concrete, or steel spanning a land depression to carry a road or railroad. { 'tres·əl }

**trestle bent** [CIV ENG] A transverse frame that supports the ends of the stringers in adjoining spans of a trestle. { 'tres·əl ,bent }

**tretamine** *See* triethylenemelamine. { 'tred·ə,mēn }

**Tretothoracidae** [INV ZOO] A family of the Coleoptera in the superfamily Tenebrionoidea which contains a single species found in Queensland, Australia. { ,tred·ə·thə'ras·ə,dē }

**Trevelyan rocker** [PHYS] A prismatic metal block having one edge grooved to form two ridges; it vibrates when heated and placed on the grooved edge, providing a simple example of heat-maintained vibrations. { trə'vel·yən ,räk·ər }

**TRF receiver** *See* tuned-radio-frequency receiver. { ,tē,är'ef ri,sē·vər }

**triacetate** [TEXT] A fiber manufactured from cellulose acetate in which 92% or more of the hydroxyl groups are acetylated. { trī'as·ə,tāt }

**triacetin** [ORG CHEM] $C_3H_5(CO_2CH_3)_3$ A colorless, combustible oil with a bitter taste and a fatty aroma; found in cod liver and butter; soluble in alcohol and ether, slightly soluble in water; boils at 259°C; used in plasticizers, perfumery, cosmetics, and external medicine and as a solvent and food additive. { trī'as·əd·ən }

**triacetyloleandomycin** [MICROBIO] An antibiotic produced by *Streptomyces antibioticus* and used clinically in the treatment of pneumonia, osteomyelitis, furuncles, and carbuncles. { trī·ə¦sēd·əl,ō·lē,an·də'mīs·ən }

**triad** [COMPUT SCI] A group of three bits, pulses, or characters forming a unit of data. [ELECTR] A triangular group of three small phosphor dots, each emitting one of the three primary colors on the screen of a three-gun color picture tube. [NAV] *See* triplet. { 'trī,ad }

**triad axis** [CRYSTAL] A rotation axis whose multiplicity is equal to 3. { 'trī,ad ,ak·səs }

**triaene** [INV ZOO] An elongated spicule in certain Porifera with three rays diverging from one end. { 'trī,ēn }

**triage** [MED] The process of determining which casualties (as