# Exhibit 22



# Merriam-Webster's Collegiate® Dictionary

## TENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.

AOS_F00014133

Case 3:07-cv-02638-JSW    Document 155-23    Filed 03/27/2008    Page 3 of 4



## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1997 by Merriam-Webster, Incorporated

Philippines Copyright 1997 by Merriam-Webster, Incorporated

ISBN 0-87779-711-0

Merriam-Webster's Collegiate® Dictionary, Tenth Edition principal copyright 1993

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

3456RMcN999897

AOS_F00014134

2 : to make one's way arduously; *broadly* : to go on a journey — **trek-er** *n*

**¹trek** *n* [Afrik, fr. D *treck* pull, haul, fr. *trecken*] (1835)  **1** *chiefly SoAfr* : a journey by ox wagon; *esp* : an organized migration by a group of settlers  **2** : a trip or movement esp. when involving difficulties or complex organization

**¹trel·lis** \'tre-ləs\ *n* [ME *trelis*, fr. MF *treliz* fabric of coarse weave, trellis, fr. (assumed) VL *trilicius* woven with triple thread, fr. L *tri-* + *licium* thread] (15c)  **1** : a frame of latticework used as a screen or as a support for climbing plants  **2** : a construction (as a summerhouse) chiefly of latticework  **3** : an arrangement that forms or gives the effect of a lattice ⟨a ~ of interlacing streams⟩ — **trel·lised** \'tre-ləst\ *adj*

**¹trellis** *vt* (15c)  **1** : to provide with a trellis; *esp* : to train (as a vine) on a trellis  **2** : to cross or interlace on or through : INTERWEAVE

**trel·lis·work** \'tre-ləs-ˌwərk\ *n* (1712) : LATTICEWORK

**trem·a·tode** \'tre-mə-ˌtōd\ *n* [ultim. fr. Gk *trēmatōdēs* pierced with holes, fr. *trēmat-*, *trēma* hole, fr. *tetrainein* to bore — more at THROW] (ca. 1859) : any of a class (Trematoda) of parasitic platyhelminthic flatworms including the flukes — **trematode** *adj*

**¹trem·ble** \'trem-bəl\ *vi* **trem·bled; trem·bling** \-b(ə-)liŋ\ [ME, fr. MF *trembler*, fr. ML *tremulare*, fr. L *tremulus* tremulous, fr. *tremere* to tremble; akin to Gk *tremein* to tremble] (14c)  **1** : to shake involuntarily (as with fear or cold) : SHIVER  **2** : to move, sound, pass, or come to pass as if shaken or tremulous ⟨the building *trembled* from the blast⟩  **3** : to be affected with fear or doubt ⟨~ for the safety of another⟩ — **trem·bler** \-b(ə-)lər\ *n*

**²tremble** *n* (1609)  **1** : an act or instance of trembling; *esp* : a fit or spell of involuntary shaking or quivering  **2** *pl but sing in constr* : severe poisoning of livestock and esp. cattle by a toxic alcohol present in a snakeroot (*Eupatorium rugosum*) and rayless goldenrod that is characterized by muscular tremors, weakness, and constipation

**trem·bly** \'trem-b(ə-)lē\ *adj* (1848) : marked by trembling : TREMULOUS

**tre·men·dous** \tri-'men-dəs\ *adj* [L *tremendus*, fr. gerundive of *tremere*] (1632)  **1** : being such as may excite trembling or arouse dread, awe, or terror  **2 a** : notable by reason of extreme size, power, greatness, or excellence — often used as a generalized term of approval  **b** : unusually large : HUGE  *syn* see MONSTROUS — **tre·men·dous·ly** *adv* — **tre·men·dous·ness** *n*

**trem·o·lite** \'tre-mə-ˌlīt\ *n* [F *trémolite*, fr. Tremola, valley in Switzerland] (1799) : a white or gray mineral of the amphibole group that is a silicate of calcium and magnesium — **trem·o·lit·ic** \ˌtre-mə-'li-tik\ *adj*

**trem·o·lo** \'tre-mə-ˌlō\ *n, pl* **-los** [It, fr. *tremolo* tremulous, fr. L *tremulus*] (ca. 1801)  **1 a** : the rapid reiteration of a musical tone or of alternating tones to produce a tremulous effect  **b** : vocal vibrato esp. when prominent or excessive  **2** : a mechanical device in an organ for causing a tremulous effect

**trem·or** \'tre-mər\ *n* [ME *tremour* terror, fr. MF, fr. L *tremor* trembling, fr. *tremere*] (1615)  **1** : a trembling or shaking usu. from physical weakness, emotional stress, or disease  **2** : a quivering or vibratory motion; *esp* : a discrete small movement following or preceding a major seismic event  **3 a** : a feeling of uncertainty or insecurity  **b** : a cause of such a feeling

**trem·u·lant** \'trem-yə-lənt\ *adj* [ML *tremulant-*, *tremulans*, prp. of *tremulare*] — more at TREMBLE] (1837) : TREMULOUS, TREMBLING

**trem·u·lous** \-ləs\ *adj* [L *tremulus* — more at TREMBLE] (1611)  **1** : characterized by or affected with trembling or tremors  **2** : affected with timidity : TIMOROUS  **3** : such as is or might be caused by nervousness or shakiness ⟨a ~ smile⟩ ⟨~ handwriting⟩  **4** : exceedingly sensitive : easily shaken or disordered — **trem·u·lous·ly** *adv* — **trem·u·lous·ness** *n*

**¹trench** \'trench\ *n* [ME *trenche* track cut through a wood, fr. MF, act of cutting, fr. *trenchier* to cut, prob. fr. (assumed) VL *trinicare* to cut in three, fr. L *trini* three each — more at TRINE] (15c)  **1 a** : a long cut in the ground : DITCH; *esp* : one used for military defense often with the excavated dirt thrown up in front  **b** *pl* : a place, position, or level at which an activity is carried on in a manner likened to trench warfare — often used in the phrase *in the trenches*  **2** : a long, narrow, and usu. steep-sided depression in the ocean floor — compare TROUGH  **3** : TRENCH COAT

**²trench** *vi* (15c)  **1** : to make a cut in : CARVE  **2 a** : to protect with or as if with a trench  **b** : to cut a trench in : DITCH  ~ *vi*  **1 a** : ENTRENCH, ENCROACH ⟨~ing on other domains which were more vital — Sir Winston Churchill⟩  **b** : to come close : VERGE  **2** : to dig a trench

**tren·chan·cy** \'tren-chən(t)-sē\ *n* (1866) : the quality or state of being trenchant

**tren·chant** \-chənt\ *adj* [ME, fr. MF, prp. of *trenchier*] (14c)  **1** : KEEN, SHARP  **2** : vigorously effective and articulate ⟨a ~ analysis⟩; *also* : CAUSTIC ⟨~ remarks⟩  **3 a** : sharply perceptive : PENETRATING  **b** : CLEAR-CUT, DISTINCT ⟨the ~ divisions between right and wrong — Edith Wharton⟩ — **tren·chant·ly** *adv*

**trench coat** *n* (1916)  **1** : a waterproof overcoat with a removable lining designed for wear in trenches  **2** : a usu. double-breasted raincoat with deep pockets, wide belt, and often straps on the shoulders

**trenched** \'trencht\ *adj* (1541)  **1** : furrowed or drained by trenches  **2** : provided with protective trenches

**¹tren·cher** \'tren-chər\ *n* [ME, fr. MF *trencheoir*, fr. *trenchier* to cut] (14c) : a wooden platter for serving food

**²trencher** *adj* (15c)  **1** : of or relating to a trencher or to meals  **2** *archaic* : having the nature of a parasite : SYCOPHANTIC

**³trench·er** \'tren-chər\ *n* [²*trench*] (ca. 1864) : one that digs trenches; *specif* : a usu. self-propelled excavating machine typically employing a bucket conveyor and used to dig trenches esp. for pipelines and cables

**tren·cher·man** \'tren-chər-mən\ *n* (1590)  **1** : a hearty eater  **2** *archaic* : HANGER-ON, SPONGER

**trench fever** *n* (1915) : a disease that is marked by fever and pain in muscles, bones, and joints and that is caused by a bacterium (*Rochalimaea quintana*) transmitted by the human body louse (*Pediculus humanus*)

**trench foot** *n* (1915) : a painful foot disorder resembling frostbite and resulting from exposure to cold and wet

**trench mouth** *n* (1918)  **1** : VINCENT'S ANGINA  **2** : VINCENT'S INFECTION

**trench warfare** *n* (1917) : warfare in which the opposing forces attack and counterattack from a relatively permanent system of trenches protected by barbed-wire entanglements

**¹trend** \'trend\ *vi* [ME, to turn, revolve, fr. OE *trendan*; akin to MHG *trendel* disk, spinning top] (1598)  **1 a** : to extend in a general direction : follow a general course ⟨mountain ranges ~*ing* north and south⟩  **b** : to veer in a new direction : BEND ⟨coastline that ~s westward⟩  **2 a** : to show a tendency : INCLINE ⟨prices ~*ing* upward⟩  **b** : to become deflected : SHIFT ⟨opinions ~*ing* toward conservatism⟩

**²trend** *n* (1777)  **1** : a line of general direction or movement ⟨the ~ of the coast turned toward the west⟩  **2 a** : a prevailing tendency or inclination : DRIFT  **b** : a general movement : SWING ⟨the ~ toward suburban living⟩  **c** : a current style or preference : VOGUE ⟨new fashion ~s⟩  **d** : a line of development : APPROACH  **3** : the general movement in the course of time of a statistically detectable change; *also* : a statistical curve reflecting such a change  *syn* see TENDENCY

**trend·set·ter** \'tren(d)-ˌse-tər\ *n* (1960) : one that sets a trend

**trend·set·ting** \-ˌse-tiŋ\ *adj* (1960) : that sets a trend ⟨a ~ fashion look⟩

**trendy** \'tren-dē\ *adj* **trend·i·er; -est** (1962)  **1** : very fashionable : UP-TO-DATE ⟨he's a ~ dresser —*Sunday Mirror*⟩  **2** : marked by ephemeral, superficial, or faddish appeal or taste ⟨a newspaper of ~ triviality —J.H. Plumb⟩ — **trend·i·ly** \-də-lē\ *adv* — **trend·i·ness** \-dē-nəs\ *n* — **trendy** \-dē\ *n*

**¹tre·pan** \tri-'pan\ *vt* **tre·panned; tre·pan·ning** [ME, fr. *trepane* trephine] (15c)  **1** : to use a trephine on (the skull)  **2** : to remove a disk or cylindrical core (as from metal for testing) — **trep·a·na·tion** \ˌtre-pə-'nā-shən\ *n*

**²tre·pan** \'trē-ˌpan, tri-'pan\ *n* [ME *trepane* trephine, fr. ML *trepanum*, fr. Gk *trypanon* auger, fr. *trypan* to bore] (ca. 1877) : a heavy tool used in boring mine shafts

**³tre·pan** \tri-'pan\ *n* [origin unknown] (1641)  **1** *archaic* : TRICKSTER  **2** *archaic* : a deceptive device : SNARE

**⁴tre·pan** \tri-'pan\ *vt* **tre·panned; tre·pan·ning** (ca. 1656) *archaic* : ENTRAP, LURE

**tre·pang** \tri-'paŋ, 'trē-ˌ\ *n* [Malay *tĕripang*] (1783) : any of several large sea cucumbers (esp. genera *Actinopyga* and *Holothuria*) that are taken mostly in the southwestern Pacific and are boiled, dried, and used esp. by the Chinese for making soup — called also *bêche-de-mer*

**treph·i·na·tion** \ˌtre-fə-'nā-shən\ *n* (1874) : an act or instance of perforating the skull with a surgical instrument

**tre·phine** \'trē-ˌfīn\ *n* [F *tréphine*, fr. obs. E *trefine*, *trafine*, fr. L *tres fines* three ends, fr. *tres* three + *fines*, pl. of *finis* end — more at THREE] (1628) : a surgical instrument for cutting out circular sections (as of bone or corneal tissue) — **trephine** *vt*

**trep·id** \'tre-pəd\ *adj* [L *trepidus*] (1650) : TIMOROUS, FEARFUL

**trep·i·dant** \'tre-pə-dənt\ *adj* [L *trepidant-*, *trepidans*, prp. of *trepidare*] (1892) : TIMID, TREMBLING

**trep·i·da·tion** \ˌtre-pə-'dā-shən\ *n* [L *trepidation-*, *trepidatio*, fr. *trepidare* to tremble, fr. *trepidus* agitated; prob. akin to OE *thrafian* to urge, push, Gk *trapein* to press grapes] (1605)  **1** *archaic* : a tremulous motion : TREMOR  **2** : timorous uncertain agitation : APPREHENSION  *syn* see FEAR

**trep·o·ne·ma** \ˌtre-pə-'nē-mə\ *n, pl* **-ma·ta** \-mə-tə\ *or* **-mas** [NL *Treponemat-*, *Treponema*, fr. Gk *trepein* to turn + *nēma* thread, fr. *nēn* to spin — more at NEEDLE] (ca. 1908) : any of a genus (*Treponema*) of spirochetes that are pathogenic in humans and other warm-blooded animals and include organisms causing syphilis and yaws — **trep·o·ne·mal** \-məl\ *adj*

**trep·o·ne·ma·to·sis** \-ˌnē-mə-'tō-səs, -ˌne-\ *n, pl* **-to·ses** \-ˌsēz\ [NL] (1927) : infection with or disease caused by treponemata

**trep·o·neme** \'tre-pə-ˌnēm\ *n* (1919) : TREPONEMA

**¹tres·pass** \'tres-pəs, -ˌpas\ *n* [ME *trespas*, fr. OF, crossing, trespass, fr. *trespasser* to go across] (14c)  **1 a** : a violation of moral or social ethics : TRANSGRESSION; *esp* : SIN  **b** : an unwarranted infringement  **2 a** : an unlawful act committed on the person, property, or rights of another; *esp* : a wrongful entry on real property  **b** : the legal action for injuries resulting from trespass

**²trespass** \-ˌpas *also* -pəs\ *vb* [ME, fr. MF *trespasser*, fr. OF, lit., to go across, fr. *tres* across (fr. L *trans*) + *passer* to pass — more at THROUGH, PASS] *vi* (14c)  **1 a** : ERR, SIN  **b** : to make an unwarranted or uninvited incursion  **2** : to commit a trespass; *esp* : to enter unlawfully upon the land of another  ~ *vt* : VIOLATE ⟨~ the bounds of good taste⟩ — **tres·pass·er** *n*

*syn* TRESPASS, ENCROACH, INFRINGE, INVADE mean to make inroads upon the property, territory, or rights of another. TRESPASS implies an unwarranted, unlawful, or offensive intrusion ⟨hunters *trespassing* on farmland⟩. ENCROACH suggests gradual or stealthy entrance upon another's territory or usurpation of another's rights or possessions ⟨the *encroaching* settlers gradually displaced the native peoples⟩. INFRINGE implies an encroachment clearly violating a right or prerogative ⟨a product that *infringes* an existing patent⟩. INVADE implies a hostile and injurious entry into the territory or sphere of another ⟨accused of *invading* their privacy⟩.

**tress** \'tres\ *n* [ME *tresse*, fr. MF *trece*] (14c)  **1** : a long lock of hair; *esp* : the long unbound hair of a woman — usu. used in pl.  **2** *archaic* : a plait of hair : BRAID

**tressed** \'trest\ *adj* (14c)  **1** *obs* : being braided : PLAITED  **2** : having tresses — usu. used in combination ⟨golden-*tressed*⟩

**tres·tle** *also* **tres·sel** \'tre-səl *also* 'trə-\ *n* [ME *trestel*, fr. MF, fr. (assumed) VL *transtellum*, dim. of *transtrum* traverse beam, fr. *trans* across — more at THROUGH] (14c)  **1** : HORSE 2b  **2 a** : a braced frame serving as a support  **3** : a braced framework of timbers, piles, or steelwork for carrying a road or railroad over a depression

**trestle table** *n* (ca. 1891) : a table supported on trestles

**tres·tle·work** \-ˌwərk\ *n* (1848) : a system of connected trestles supporting a structure (as a railroad bridge)

\ə\ abut  \ᵊ\ kitten, F table  \ər\ further  \a\ ash  \ā\ ace  \ä\ mop, mar  \au̇\ out  \ch\ chin  \e\ bet  \ē\ easy  \g\ go  \i\ hit  \ī\ ice  \j\ job  \ŋ\ sing  \ō\ go  \ȯ\ law  \ȯi\ boy  \th\ thin  \th\ the  \ü\ loot  \u̇\ foot  \y\ yet  \zh\ vision  \ä, k, ⁿ, œ, œ̄, ue, ue̅, ᵊ\ see Guide to Pronunciation

T U V Z BIO GEO