# Exhibit 24



PATENT
Docket: 90065.052402 (17732.60750.00)
Reply to Final Office Action of Oct. 27, 2003

# THE UNITED STATES PATENT & TRADEMARK OFFICE

**REPLY UNDER 37 CFR 1.116 - EXPEDITED PROCEDURE - EXAMINING GROUP 2826**

| | | |
|---|---|---|
| Applicant: | Grebs, et al. | ) |
| | | ) |
| Serial No.: | 10/247,464 | ) |
| | | ) Examiner: Abraham, Fetsum |
| Filed: | 19 September 2002 | ) |
| | | ) Art Unit: 2826 |
| For: | BURIED GATE FIELD | ) |
| | TERMINATION STRUCTURE | ) |
| | | ) |

# RESPONSE UNDER 37 CFR 1.116

Commissioner for Patents
**Mail Stop AF**
P.O. Box 1450
Alexandria, VA  22313-1450

Dear Sir:

In response to the Final Office Action mailed 27 October 2003, Applicants

hereby submit the following Amendment in compliance with 37 CFR 1.121 as

revised in the Final Rule: Changes to Implement Electronic Maintenance of

Official Patent Application Records, *68 Fed. Reg. 38611* (June 30, 2003).

1

*00005456.DOC*

FAIR0017917

| CERTIFICATE OF MAILING BY FIRST CLASS MAIL (37 CFR 1.8) | Docket No. |
|---|---|
| Applicant(s):   Thomas E. Grebs, et al. | 90065.052402/17732.60750.00 |

| Serial No. 10/247,464 | Filing Date September 19, 2002 | Examiner Abraham, Fetsum | Group Art Unit 2826 |
|---|---|---|---|

Invention:   **BURIED GATE - FIELD TERMINATION STRUCTURE**

I hereby certify that this   **Response to Final Office Action   (total 15 pages)**

*(Identify type of correspondence)*

is being deposited with the United States Postal Service as first class mail in an envelope addressed to:

Commissioner for Patents, P.O. Box 1450, Alexandria, VA  22313-1450  on _____**December 23, 2003**_____

*(Date)*

**Kathleen A. Manczuk**

*(Typed or Printed Name of Person Mailing Correspondence)*

*Kathleen A. Manczuk*

*(Signature of Person Mailing Correspondence)*

**Note: Each paper must have its own certificate of mailing.**

P07A/REV03

FAIR0017918

| AMENDMENT TRANSMITTAL LETTER (Large Entity) | Docket No. |
|---|---|
| Applicant(s):   Th mas E. Grebs, et al. | 90065.052402/17732.60750.00 |

| Serial No.<br>10/247,464 | Filing Date<br>September 19, 2002 | Examiner<br>Abraham, Fetsum | Group Art Unit<br>2826 |
|---|---|---|---|

Inventi n  BURIED GATE - FIELD TERMINATION STRUCTURE

DEC 2 9 2003

## TO THE COMMISSIONER FOR PATENTS:

Transmitted herewith is an amendment in the above-identified application.

The fee has been calculated and is transmitted as shown below.

### CLAIMS AS AMENDED

| | CLAIMS REMAINING<br>AFTER AMENDMENT | HIGHEST #<br>PREV. PAID FOR | NUMBER EXTRA<br>CLAIMS PRESENT | RATE | ADDITIONAL<br>FEE |
|---|---|---|---|---|---|
| TOTAL CLAIMS | 12        - | 24      = | 0 | x    $18.00 | $0.00 |
| INDEP. CLAIMS | 5        - | 5      = | 0 | x    $84.00 | $0.00 |
| Multiple Dependent Claims (check if applicable)         ☐ | | | | | $0.00 |
| TOTAL ADDITIONAL FEE FOR THIS AMENDMENT | | | | | $0.00 |

☒   No additional fee is required for amendment.
☐   Please charge Deposit Account No.                      in the amount of
☐   A check in the amount of              to cover the filing fee is enclosed.
☐   The Director is hereby authorized to charge payment of the following fees associated with this communication or credit any overpayment to Deposit Account No.
    ☐   Any additional filing fees required under 37 C.F.R. 1.16.
    ☐   Any patent application processing fees under 37 CFR 1.17.

_____
Signature

Dated: _23 · DEC - 2003_

Laurence S. Roach, Esq.
Registration No. 45,044
Law Office of Thomas R. FitzGerald
16 E. Main Street, Suite 210
Rochester, NY 14614-1803
Telephone: (585) 454-2250
Fax: (585) 454-6364

I certify that this document and fee is being deposited orDec. 23 , 2003              with the U.S. Postal Service as first class mail under 37 C.F.R. 1.8 and is addressed to the Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

_Kathleen A. Manczuk_
Signature of Person Mailing Correspondence

**Kathleen A. Manczuk**
_Typed or Printed Name of Person Mailing Correspondence_

CC:

P11LARGE/REV06

FAIR0017919

PATENT
Docket: 90065.052402 (17732.60750.00)
Reply to Final Office Action of Oct. 27, 2003

## IN THE CLAIMS

1. (*Currently Amended*) A switchable semiconductor power device of the type which controls current conduction based on field effect principles, comprising:

a semiconductor layer having a transistor region including a source/drain

5 formation and a termination region surrounding the transistor region, said termination region including an outer periphery corresponding to an edge of the device; and

a single conductor, configured for connection to a gate voltage supply, including first and second conductor portions with the first conductor portion

10 **formed in a trench and being** positioned in the transistor region to control current flow through the source/drain formation and the second conductor portion positioned in the termination region, the second conductor portion:

including a contact for connection to the gate voltage supply; **and**

including a feed comprising conductive material formed in a trench

15 extending along the outer periphery and around the transistor region, said feed electrically connecting the contact with the first conductor portion; and acting as a field plate to extend the device breakdown voltage in the termination region**;**

**and**

2

FAIR0017920

PATENT
Docket: 90065.052402 (17732.60750.00)
Reply to Final Office Action of Oct. 27, 2003

20          **an isolation trench extending into the semiconductor layer and**

**positioned between the edge of the device and the second conductor**

**portion**.


2. (*Original*) The device of claim 1 further comprising a plurality of

additional source/drain formations each configured with the first conductor

portion in and about a trench region to provide a voltage-switchable conduction

channel for controlling current flow through the semiconductor layer.


3 - 5. (*Canceled*)


6. (*Original*) The device of claim 1 wherein the transistor region

comprises a vertical MOSFET device.


7 - 12. (*Canceled*)


13. (*Currently Amended*)  ~~The method of claim 7 wherein the second~~

~~trench is~~ **A semiconductor structure comprising:**

**a layer of semiconductor material having an active device region and**

**a peripheral region surrounding the active region;**


3

FAIR0017921

PATENT
Docket: 90065.052402 (17732.60750.00)
Reply to Final Office Action of Oct. 27, 2003

5      **a transistor device formed in the active region, and having a gate**

**region including a gate conductor formed in a first trench, the gate**

**conductor electrically isolated from the semiconductor layer by a relatively**

**thin insulator; and**

**a second trench** as deep or deeper than the first trench **formed along**

10    **the peripheral region and including a second conductor formed therein**

**with a relatively thick insulator positioned to electrically isolate the second**

**trench conductor from the semiconductor layer, said second conductor:**

**electrically connected to the gate conductor of said transistor**

**device; and**

15          **acting as a field plate to extend the device breakdown voltage**

**in the termination region**.


14 -15. (*Canceled*)


16. (*Currently Amended*) ~~The method of claim 14 wherein~~ **A method**

**for manufacturing a semiconductor device, comprising:**

**providing on a layer of semiconductor material an active region and**

**a termination periphery region surrounding the active region with a**

5    **trenched transistor formation in the active region;**

4

FAIR0017922

PATENT
Docket: 90065.052402 (17732.60750.00)
Reply to Final Office Action of Oct. 27, 2003

**forming a trenched gate runner in the termination region along the active region; and**

**forming first and second conductor regions such that said first and second conductor regions are electrically connected to form a continuous**

10    **conductor with multiple regions and said first conductor region is in said trenched transistor formation and said second conductor region is said trenched gate runner such that said second conductor also acts as a field plate termination; wherein**

the trenched gate runner extends further into the layer of semiconductor

15    material than the trenched transistor formation.

17. (*Currently Amended*) ~~The method of claim 14 wherein~~ **A method for manufacturing a semiconductor device, comprising:**

**providing on a layer of semiconductor material an active region and a termination periphery region surrounding the active region with a**

5    **trenched transistor formation in the active region;**

**forming a trenched gate runner in the termination region along the active region,** the trenched transistor formation ~~includes~~ **including** a gate conductor formed simultaneously with the gate runner by deposition of polysilicon**; and**

5

FAIR0017923

PATENT
Docket: 90065.052402 (17732.60750.00)
Reply to Final Office Action of Oct. 27, 2003

10    **forming first and second conductor regions such that said first and**

**second conductor regions are electrically connected to form a continuous**

**conductor with multiple regions and said first conductor region is in said**

**trenched transistor formation and said second conductor region is said**

**trenched gate runner such that said second conductor also acts as a field**

15    **plate termination**.

the trenched transistor formation ~~includes~~ including a gate conductor

formed simultaneously with the gate runner by deposition of polysilicon

18. (*Canceled*).

19. (*Original*) A semiconductor structure comprising:

a layer of semiconductor material having an active device region and a peripheral

region surrounding the active region;

a transistor device formed in the active region including a plurality of

5    source regions on one surface and drain region on the opposite surface;

a trench having an outer annular portion disposed in the peripheral region

and enclosing the transistor device, the walls and the floor of the outer annular

portion lined with an insulator and the outer annular portion filled with conductive

material for forming a field plate around the transistor regions; and

6

*00005456.DOC*

FAIR0017924

PATENT
Docket: 90065.052402 (17732.60750.00)
Reply to Final Office Action of Oct. 27, 2003

10      a plurality of elongated inner runners extending in the same direction

across the one surface with the source regions and intersecting the outer annular

portion at opposite ends of the runners, the runners having their floors and their

walls lined with a gate insulating material and the runners filled with a conductor

to form a gate structure in the transistor region to control current between the

15    source regions and the drain.


20.  (*Currently Amended*)  The semiconductor of claim [[22.]] **19,** wherein

the conductor material comprises conductive polysilicon.


21.  (*Currently Amended*)  The semiconductor of claim [[21]] **20,** further

comprising a layer of metal on the conductive polysilicon.


22.  (*Original*)  The semiconductor of claim 20 wherein the insulator in the

outer annular portion is thicker than the gate insulator in the runners.


23.  (*Original*)  The semiconductor of claim 20 wherein a common layer of

conductive polysilicon fills the trench.


7

*00005456.DOC*

FAIR0017925

PATENT
Docket: 90065.052402 (17732.60750.00)
Reply to Final Office Action of Oct. 27, 2003

24. (*Original*) The semiconductor of claim 24 further comprising a second layer of insulator over the polysilicon to cover the walls of the polysilicon in the annular trench and to cover the tops of the runner trenches.

8

*00005456.DOC*

FAIR0017926

PATENT
Docket: 90065.052402 (17732.60750.00)
Reply to Final Office Action of Oct. 27, 2003

# REMARKS

Claims 1-4, 6-7 and 10-19 are pending in this application. Claims 13, 16 and 17 are objected to, and claims 1-4, 6-7, 10-12, 14-15 and 18-19 are rejected. Claims 3-4, 7, 10-12, 14-15, and 18 are canceled, and claims 1, 13, 16-17 and 20-21 are amended, hereby.

5    Claim 1 stands finally rejected under 35 U.S.C. §103(a) as being unpatentable over U.S. Patent No. 5,998,833 (Baliga). Claim 1 is amended hereby, and Applicant respectfully traverses the rejection as applied thereto.

To establish *prima facie* obviousness of a claimed invention, <u>all</u> the claim limitations must be taught or suggested by the prior art. *In re Royka, 490 F.2d*

10    *981, 180 USPQ 580 (CCPA 1974)(Emphasis Added).* Applicant submits that the cited reference fails to disclose or suggest all the limitations of amended claim 1, and that therefore a *prima facie* case of obviousness has not been established in regard thereto.

Baliga discloses a gate trench (*not referenced, Fig. 5*) filled with a gate

15    conductor material 126, and an edge termination trench (*not referenced*) lined with field plate insulating layer 134 and a field plate 136 is disposed upon layer 134.

In contrast, claim 1 as amended recites in part "a single conductor . . . including first and second conductor portions with <u>the first conductor portion</u>

20    <u>formed in a trench</u> and being positioned in the transistor region . . . the <u>second</u>

9

*00005456.DOC*

FAIR0017927

PATENT
Docket: 90065.052402 (17732.60750.00)
Reply to Final Office Action of Oct. 27, 2003

conductor portion . . . including a feed <u>comprising conductive material formed in a</u>

<u>trench extending</u> along the outer periphery and <u>around the transistor region</u>" and

"an <u>isolation trench</u> extending into the semiconductor layer and positioned

<u>between the edge of the device and the second conductor portion</u>". (*Emphasis*

5    *Added*). Thus, claim 1 has been amended to include the subject matter of

original claims 3 and 4 (canceled hereby). More particularly, the structure recited

in amended claim 1 includes gate trench 28 (*Fig. 1*), runner trench 58, each of

which are filled with a single conductor, and an isolation trench 72 filled with

insulation layer 36.

10    The Examiner indicates at Page 3, lines 5-7, that claims 3 and 4 were

rendered obvious because the first conductor 126 of Baliga is formed in a trench

and a portion of the isolation trench where the second conductor is positioned is

between the conductor 136 and the edge of the structure. However, there is no

indication of an isolation trench as formerly claimed in claim 4, and as now

15    claimed in amended claim 1. Baliga discloses only two trenches, i.e., the gate

and edge-termination trenches. Baliga does <u>not</u> include three trenches, nor does

Baglia disclose or suggest an isolation trench with an isolation insulating layer

disposed therein.

Thus, Baliga fails to disclose or suggest a single conductor including first

20    and second conductor portions with the first conductor portion formed in a trench

and being positioned in the transistor region, the second conductor portion

10

*00005456.DOC*

including a feed comprising conductive material formed in a trench extending

along the outer periphery and around the transistor region, and an isolation

trench extending into the semiconductor layer and positioned between the edge

of the device and the second conductor portion, as recited in part by amended

5    claim 1.

Since Baliga fails to disclose or suggest all the limitations of claim 1,

Applicant submits that a *prima facie* case of obviousness has not been

established and requests withdrawal of the rejection.  Accordingly, Applicant

submits that claim 1 and claims 2-4 and 6 depending therefrom, are now in

10    condition for allowance, which is hereby respectfully requested.

Claims 2 and 11 were also rejected under 35 U.S.C. §103(a) as being

unpatentable over U.S. Patent No. 5,998,833 (Baliga).  Applicant respectfully

points out that claim 2 depends from claim 1, which is in condition for allowance

for the reasons given hereinabove.  Accordingly, claim 2 is also in condition for

15    allowance which is hereby respectfully requested.  In regard to claim 11,

Applicant respectfully points out that claim 11 has been cancelled hereby.

Accordingly, Applicant respectfully requests withdrawal of the rejection as applied

thereto.

Claims 3 and 4 were also rejected under 35 U.S.C. §103(a) as being

20    unpatentable over U.S. Patent No. 5,998,833 (Baliga).  Applicant respectfully

11

FAIR0017929

PATENT
Docket: 90065.052402 (17732.60750.00)
Reply to Final Office Action of Oct. 27, 2003

points out that claims 3 and 4 have been canceled hereby. Accordingly, Applicant respectfully requests withdrawal of the rejection as applied thereto.

Claims 6 and 10 were also rejected under 35 U.S.C. §103(a) as being unpatentable over U.S. Patent No. 5,998,833 (Baliga). Applicant respectfully

5    points out that claim 6 depends from claim 1, which is in condition for allowance for the reasons given hereinabove. Accordingly, claim 6 is also in condition for allowance which is hereby respectfully requested. In regard to claim 10, Applicants point out that claim 10 has been canceled hereby. Accordingly, Applicant respectfully requests withdrawal of the rejection as applied thereto.

10    Claim 7 was also rejected under 35 U.S.C. §103(a) as being unpatentable over U.S. Patent No. 5,998,833 (Baliga). Applicant respectfully points out that claim 7 has been canceled hereby and respectfully requests withdrawal of the rejection as applied thereto.

Claim 12 was also rejected under 35 U.S.C. §103(a) as being

15    unpatentable over U.S. Patent No. 5,998,833 (Baliga). Applicant respectfully points out that claim 12 has been canceled hereby and respectfully requests withdrawal of the rejection as applied thereto.

Claim 14 was also rejected under 35 U.S.C. §103(a) as being unpatentable over U.S. Patent No. 5,998,833 (Baliga). Applicant respectfully

20    points out that claim 14 has been canceled hereby and respectfully requests withdrawal of the rejection as applied thereto.

12

*00005456.DOC*

FAIR0017930

PATENT
Docket: 90065.052402 (17732.60750.00)
Reply to Final Office Action of Oct. 27, 2003

Claim 15 was also rejected under 35 U.S.C. §103(a) as being unpatentable over U.S. Patent No. 5,998,833 (Baliga).  Applicant respectfully points out that claim 15 has been canceled hereby and respectfully requests withdrawal of the rejection as applied thereto.

5      Claim 18 was also rejected under 35 U.S.C. §103(a) as being unpatentable over U.S. Patent No. 5,998,833 (Baliga).  Applicant respectfully points out that claim 18 has been canceled hereby and respectfully requests withdrawal of the rejection as applied thereto.

Claim 19 was also rejected under 35 U.S.C. §103(a) as being

10     unpatentable over U.S. Patent No. 5,998,833 (Baliga).  Applicant respectfully traverses and submits that a *prima facie* case of obviousness has not been established in regard thereto.

To establish *prima facie* obviousness of a claimed invention, <u>all</u> the claim limitations must be taught or suggested by the prior art.  *In re Royka, 490 F.2d*

15     *981, 180 USPQ 580 (CCPA 1974)(Emphasis Added).*  Applicant submits that the cited reference fails to disclose or suggest all the limitations of claim 19, and that therefore a *prima facie* case of obviousness has not been established in regard thereto.

Claim 19 recites in part "a trench having an <u>outer annular portion</u> disposed

20     in the peripheral region and enclosing the transistor device, . . . for forming a field plate around the transistor regions" and "a plurality of elongated <u>inner runners</u>

13

*00005456.DOC*

FAIR0017931

PATENT
Docket: 90065.052402 (17732.60750.00)
Reply to Final Office Action of Oct. 27, 2003

<u>extending in the same direction</u> across the one surface with the source regions

<u>and intersecting the outer annular portion at opposite ends of the runners</u>".

(*Emphasis Added*).

Baliga, as discussed above, fails to disclose or suggest inner runners that

5    intersect at their opposite ends with the outer annular portion of a trench forming

part of a field plate termination. Since Baliga fails to disclose or suggest all the

limitations of claim 19, Applicant submits that a *prima facie* case of obviousness

has not been established in regard thereto. Accordingly, Applicant submits that

claim 19 and claims 20-24 depending therefrom are now in condition for

10   allowance, which is hereby respectfully requested.

Further, Applicant respectfully points out that in the Final Office Action the

status of claims 20-24 has not been indicated. In the Office Action of 16 May

2003 (Paper No. 5), claims 20-24 were rejected under 35 U.S.C. §112, second

paragraph. To Applicant's best knowledge, no other rejections were applied to

15   claims 20-24 in that, or any subsequent, Office Action. In Applicant's response to

that Office Action, Applicant submitted new figures (Figs. 4A-4B) and addressed

the 35 U.S.C. §112, second paragraph, in two full paragraphs (i.e., paragraphs 3

and 4 on page 9 of Applicant's response), presumably to the satisfaction of the

Examiner. In light of the lack of an indicated status in regard to claims 20-24,

20   Applicant respectfully requests that the finality of the present Office Action be

withdrawn and a new non-final Office Action be issued.

14

*00005456.DOC*

PATENT
Docket: 90065.052402 (17732.60750.00)
Reply to Final Office Action of Oct. 27, 2003

It should be noted that claims 20 and 21 have been amended herein to correct informalities therein. Applicant submits that claims 20 and 21 are now in allowable form.

For all the foregoing reasons, Applicant submits that the pending claims

5   are definite and do particularly point out and distinctly claim the subject matter which Applicant regards as the invention. Moreover, Applicant submits that no combination of the cited references teaches, discloses or suggests the subject matter of the pending claims. The pending claims are therefore in condition for allowance, and Applicant respectfully requests withdrawal of all rejections and

10   allowance of the claims.

The Examiner is invited to telephone the undersigned in regard to this Amendment and the above identified application.

Respectfully submitted,

23-DEC-2003
Date

Laurence S. Roach
Reg. No. 45,044

E-mail: Lsroach@rochester.rr.com

Laurence S. Roach, Esq.
Law Office of Thomas R. FitzGerald
16 E. Main Street, Suite 210
Rochester, New York 14614
Telephone: (585) 454-2250
Fax: (585) 454-6364

15

00005456.DOC

FAIR0017933