DANIEL JOHNSON, JR. (SBN 57409)
BRETT M. SCHUMAN (SBN 189247)
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
djjohnson@morganlewis.com
bschuman@morganlewis.com

ANDREW J. WU (SBN 214442)
DAVID V. SANKER (SBN 251260)
**MORGAN, LEWIS & BOCKIUS LLP**
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
awu@morganlewis.com
dsanker@morganlewis.com

Attorneys for Plaintiffs and Counterdefendants
ALPHA & OMEGA SEMICONDUCTOR, LTD.
ALPHA & OMEGA SEMICONDUCTOR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation; and ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation, <br><br> Plaintiffs and Counterdefendants, <br><br> v. <br><br> FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation, <br><br> Defendant and Counterclaimant. <br><br> AND RELATED COUNTERCLAIMS. | Case No. C 07-2638 JSW <br> (Consolidated with Case No. C-07-2664 JSW) <br><br> **DECLARATION OF C. ANDRE T. SALAMA, PH.D. IN SUPPORT OF ALPHA & OMEGA SEMICONDUCTOR, LTD AND ALPHA & OMEGA SEMICONDUCTOR, INC'S OPPOSITION CLAIM CONSTRUCTION BRIEF** <br><br> Date: June 4, 2008 <br> Time: 2:00 PM <br> Place: Courtroom 2, 17th Floor <br> Judge: Honorable Jeffrey S. White |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-PA/

SALAMA DECLARATION IN SUPPORT OF AOS'S
OPPOSITION CLAIM CONSTRUCTION BRIEF
(C 07-2638 JSW)

I, C. Andre T. Salama, hereby declare as follows:

1. I am a University Professor (Emeritus) at the University of Toronto in the Department of Electrical and Computer Engineering, 10 King's College Road, Toronto, Ontario, M5S 3G4, Canada. I have been retained as a consultant for the Plaintiffs and counterdefendants Alpha & Omega Semiconductor, LTD and Alpha & Omega Semiconductor, Inc., in the present action. I submit this declaration in support of Alpha & Omega Semiconductor, LTD and Alpha & Omega Semiconductor, Inc.'s Opposition Claim Construction Brief Pursuant to Civil L. R. 16-11(d)(1).

2. A semiconductor p-n junction is the area of transition between two semiconductor regions of opposite conductivity type (p and n).

3. The region near the p-n junction, the transition region, is known as the "depletion region" since the mobile carriers (electrons and holes) in that region are effectively reduced in number or depleted as compared to the bulk regions away from the junction. At equilibrium the fixed charges in the depletion region on either side of the junction cancel each other out. Under reverse bias conditions, the width of the depletion regions increases leading to an increase of the electric field across the junction. Once the field across the junction exceeds a critical value, avalanche breakdown occurs at the junction.

4. "Avalanche breakdown" is an unwanted process which occurs in a power MOSFET when a sufficiently high voltage (the breakdown voltage) is applied to the drain of the device causing the electric field across the reverse biased depletion region of the p body/n– epitaxial junction to exceed a critical value. Due to the high electric field, the velocity of carriers crossing the depletion layer increases and when they collide with the semiconductor lattice they free additional carriers resulting in a regenerative or avalanching process which causes the current across the device to increase independent of the voltage applied to the drain (even when the device is turned off). Avalanche breakdown can damage the gate oxide layer covering the interior surface of the gate trenches.

5. The breakdown initiation occurs at the p-n junction where the electric field is highest. Designers skilled in the field of semiconductor devices are concerned with controlling

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2   SALAMA DECLARATION IN SUPPORT OF AOS'S
OPPOSITION CLAIM CONSTRUCTION BRIEF
(C 07-2638 JSW)

1  the location of breakdown initiation and with the avalanche current at breakdown initiation. The
2  breakdown recited in the claims of the Mo patents refers to breakdown at initiation, otherwise the
3  claims could encompass any doping profile, since breakdown at the p body/n–epitaxial interface
4  could occur practically anywhere in the device.

5      6.    If increasing voltage is applied to a MOSFET after breakdown initiation,
6  breakdown can spread rapidly among the cells; within each cell, breakdown can start at one point
7  in the cell, and then, as the voltage is increased, spread to other parts of the cell. If enough
8  voltage is applied after breakdown initiation, current-paths can form through any number of
9  undesired pathways within the transistor.

10      7.    The "termination region" of a power MOSFET is the portion of the die that
11  generally includes termination structures (for example, field plate, channel stop and field ring)
12  surrounding the active region of the device. These termination structures help to increase the
13  power MOSFET's breakdown voltage by modifying the depletion layer between the p-well (body
14  region) and the n epitaxial region (drain) of the device.

15      8.    In the active region of a power MOSFET, the depletion layer between, for
16  example, the p-type well and the n-type epilayer runs parallel to the substrate surface. If there
17  were no edge termination structure, the edge of the depletion layer would curve around the end of
18  the p-type well in the termination region, as
19  shown by the dotted line B in Figure 3.44 shown
20  on page 117 of Modern Power Devices by B.
21  Jayant Baliga (the "Baliga text"), which is
22  reproduced to the right. The curvature of the
23  depletion layer at the surface of the termination
24  region affects the MOSFET breakdown voltage.
25  Generally, the higher the depletion layer curvature
26  the lower breakdown voltage and *vice versa*.

27      9.    A field plate is a termination structure in a power MOSFET that modifies the
28  depletion layer in the underlying silicon termination region of the device and thereby reduces the

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3   SALAMA DECLARATION IN SUPPORT OF AOS'S
OPPOSITION CLAIM CONSTRUCTION BRIEF
(C 07-2638 JSW)

depletion layer's curvature. The dotted line B in Baliga's Fig. 3.45, shown on the right, illustrates how a negative voltage applied to the field plate reduces the curvature of the depletion layer thereby increasing the breakdown voltage of the device.



10. In the field of semiconductor devices the terms "abrupt" and "linearly" graded junctions are well defined (see Physics of Semiconductor Devices by S.M. Sze: the "Sze text"). A linearly graded junction is a p-n junction in which the change from p-type dopants to n-type dopants is gradual. The structural difference between linearly graded and abrupt junctions is the concentration gradient between the two regions: an abrupt junction has a concentration gradient that is very steep (essentially 90 degrees), and a linearly graded junction has a more angled concentration gradient (less than 90 degrees).

11. As suggested by Fairchild's Dr. Blanchard, the difference between an abrupt junction and a linearly graded junction may be visualized by the analogy of a curb between a sidewalk and a street. As defined by the Mo patents' inventors, and consistent with the Sze text, a junction is abrupt when the curb falls steeply from the sidewalk to the street, and is linearly graded when it descends as a ramp. Dr. Blanchard, however, suggests that both the steep curb and the ramp qualify as abrupt junctions because both have multiple gradients at the edges formed at the top and bottom where they intersect the sidewalk and street. This is inconsistent with the prosecution history and Dr. Blanchard's own original analogy.

12. Fairchild's proposed definition of "abrupt junction" including the phrase "short relative to the depth of the well" does not clearly define the term and provides no objective measure of what constitutes an abrupt junction. Furthermore, it is not clear from the patent why the depth of the well is relevant to whether or not a junction between the well and another region is abrupt. To use Dr. Blanchard's curb analogy, one would not consider a ramp to be abrupt

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

4

SALAMA DECLARATION IN SUPPORT OF AOS'S
OPPOSITION CLAIM CONSTRUCTION BRIEF
(C 07-2638 JSW)

merely because it borders on a large street, nor would one consider a steep curb to be linearly graded merely because it borders on a narrow alley.

13. The definition of "abrupt junction" proposed by AOS is how one familiar with the field of semiconductor devices would interpret the term, especially in light of the specification and prosecution history of the Mo patents. In addition, this definition can be applied objectively using computer simulations or repeated experiments commonly performed in the semiconductor field.

14. A transition from a highly doped region to a lower doped region of the same conductivity type (e.g., $p^+$-p) is called a high-low junction. A high-low junction is much different from the widely studied p-n junction. One significant difference between p-n junctions and high-low junctions is that avalanche breakdown only occurs at p-n junctions. A high-low junction, in contrast, functions as an ohmic contact that allows current to flow freely in either direction. Because of the free flow of current, there is no avalanche breakdown at a high-low junction. Therefore, when avalanche breakdown occurs in an active cell of a power MOSFET, as described in the Mo patents, the breakdown occurs at the p-n junction between the p body and the n– epitaxial layer. There is no avalanche breakdown at the high-low junction between the heavy body and the well located above the p-n junction.

15. Although AOS's definition of "abrupt junction" is how one in the field of semiconductor devices would interpret the term, one cannot determine whether a given design has an abrupt junction as that term is defined and used by the inventors of the Mo patents. The specification of the Mo patents teaches that an abrupt junction refers to a high-low junction between the p+ heavy body and the p-well, that is, a transition between two regions of the same conductivity type. However, during prosecution of the Mo patents the inventors defined the term "abrupt junction," on pages 5 – 7 of their June 7, 2001 response to the Patent & Trademark Office ("PTO"), with repeated references to section 2.3.1 of the Sze text. The Sze text and the definition given to the term abrupt junction by the applicants during prosecution of the Mo patents refers to a p-n junction, that is, a transition between regions of opposite conductivity types. Because the

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

SALAMA DECLARATION IN SUPPORT OF AOS'S
OPPOSITION CLAIM CONSTRUCTION BRIEF
(C 07-2638 JSW)

inventors' definition of "abrupt junction" during prosecution is inconsistent with the teaching of the specification, one cannot determine whether a given design has an abrupt junction.

16. An "isolation trench" is sometimes included as part of the termination region of the power MOSFET to prevent unwanted leakage of current in the periphery of the device or in adjoining devices. By physically separating the upper surface of the body region from the die edge of the MOSFET with a trench filled with an insulating, or "dielectric," material, the isolation trench prevents leakage current from the body region to the drain at the die edge. Fairchild's suggested definition of an isolation trench as an "insulating structure" is vague, and could encompass insulating structures that are not trenched. In addition, the structure labeled "Isolation trench" in Fig. AO6405-6 of Fairchild's Preliminary Infringement Contentions, shown to the right, does not appear, from this image, to be an isolation trench. First, the image does not show two sidewalls. Second, the image does not show visible insulating material filling the structure.



17. A "trench" is commonly understood, by those skilled in the art of semiconductor device fabrication, according to its common, non-technical meaning. That is, a trench is a structure that extends into the substrate and is defined by two sidewalls and a bottom. Fairchild's proposed construction of a trench as a structure with one wall would be a wall or a step, not a trench.

18. Individual power transistor dies must be separated from the wafer after fabrication. Commonly, the wafer is placed in a holder on a sticky Mylar sheet and automatically scribed in both the x and y directions using a high speed diamond saw. Scribing borders typically in the range of 75μm to 250μm are formed around the periphery of the die during fabrication. These

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6

SALAMA DECLARATION IN SUPPORT OF AOS'S
OPPOSITION CLAIM CONSTRUCTION BRIEF
(C 07-2638 JSW)

borders are left free of oxide to facilitate the scribing process. These "scribe lines" are shallow grooves cut in the silicon surface of the wafer and used to facilitate the separation of the individual dies. Following scribing, the wafer is removed from the holder and rollers are used to apply pressure to the wafer causing it to fracture along the scribe lines to separate the dies. Alternatively, the diamond saw can be used to cut completely through the wafer and separate the dies.

19. Semiconductor device manufacturers do not normally cut through isolation trenches filled with oxide because of the difficulty of scribing or cutting through the oxide in the trenches and because the trenches would need to be very wide and of the order of 75 to 250μm (as compared to typical isolation trenches which are 1-3μm wide) to accommodate the width of the diamond saw. Furthermore, cutting through the trenches using a diamond saw increases the likelihood of mechanical damage to the isolation trench.

20. An open-cell MOSFET includes multiple, elongated trenched gates arranged in a "stripe" pattern. These elongated trenched gates, also called "inner runners," extend in one and only one direction because they are parallel to each other. A closed-cell MOSFET includes multiple trenched gates arranged in a grid-like pattern. The figures below illustrate these two different configurations:

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

7   SALAMA DECLARATION IN SUPPORT OF AOS'S
OPPOSITION CLAIM CONSTRUCTION BRIEF
(C 07-2638 JSW)



**Open-Cell Design**  **Closed-Cell Design**

I declare under of penalty of perjury that the foregoing is true and correct.

Dated: March 27, 2008

by _____
C. Andre T. Salama, Ph.D.