1  TOWNSEND AND TOWNSEND AND CREW LLP
   ERIC P. JACOBS (State Bar No. 88413), *epjacobs@townsend.com*
2  PETER H. GOLDSMITH (State Bar No. 91294), *phgoldsmith@townsend.com*
   ROBERT A. McFARLANE (State Bar No. 172650), *ramcfarlane@townsend.com*
3  IGOR SHOIKET (State Bar No. 190066), *ishoiket@townsend.com*
   Two Embarcadero Center, 8th Floor
4  San Francisco, California  94111
   Telephone:    (415) 576-0200
5  Facsimile:    (415) 576-0300

6  Attorneys for Defendant and Counterclaimant
   FAIRCHILD SEMICONDUCTOR CORPORATION
7
   MORGAN, LEWIS & BOCKIUS LLP
8  DANIEL JOHNSON, JR. (State Bar No. 57409), *djjohnson@morganlewis.com*
   RITA E. TAUTKUS (State Bar No. 162090), *rtautkus@morganlewis.com*
9  BRETT M. SCHUMAN (State Bar No. 189247), *bschuman@morganlewis.com*
   One Market, Spear Street Tower
10 San Francisco, CA 94105-1126
   Telephone:  (415) 442-1000
11 Facsimile:   (415) 442-1001

12 ANDREW J. WU (State Bar No. 214442), *awu@morganlewis.com*
   2 Palo Alto Square
13 3000 El Camino Real, Suite 700
   Palo Alto, CA 94306-2111
14 Telephone:  (650) 843-4000
   Facsimile:   (650) 843-4001
15
   Attorneys for Plaintiffs, Counterdefendants and Defendants
16 ALPHA & OMEGA SEMICONDUCTOR, LTD., and
   ALPHA & OMEGA SEMICONDUCTOR, INC.

17              UNITED STATES DISTRICT COURT

18          FOR THE NORTHERN DISTRICT OF CALIFORNIA

19               SAN FRANCISCO DIVISION

20

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation, | Case No. C 07-2638 JSW (EDL) (Consolidated with Case No. C 07-2664 JSW) |
| Plaintiffs and Counterdefendants, | [PROPOSED] STIPULATED FURTHER PROTECTIVE ORDER |
| v. | |
| FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation, | |
| Defendant and Counterclaimant. | |
| AND RELATED COUNTERCLAIMS. | |

1    WHEREAS Fairchild Semiconductor Corp. ("Fairchild") is engaged in a patent infringement

2    lawsuit in this court against Alpha & Omega Semiconductor, Inc., and Alpha & Omega

3    Semiconductor, Ltd. (collectively "AOS") in which Fairchild asserts that AOS is infringing six

4    patents, namely United States Patents No. 6,429,481, No. 6,710,406, No. 6,521,497, No. 6,828,195,

5    No. 7,148,111 and No. 6,818,947 (the "Fairchild Patents"), and in which AOS asserts that Fairchild is

6    infringing three patents, namely United States Patents No. 5,767,567, No. 5,907,776, and No.

7    5,930,630 (the "AOS Patents");

8    WHEREAS, Dr. Hamza Yilmaz ("Dr. Yilmaz") was employed by Fairchild from on or about

9    July 19, 2004, until on or about February 27, 2007, initially in the capacity of Vice President of

10    Product & Technology Development and, after February 5, 2006, as Senior Vice President of Product

11    & Technology Development;

12    WHEREAS, Dr. Yilmaz participated on behalf of Fairchild in pre-litigation negotiations with

13    AOS during which the parties exchanged positions, including on the validity and infringement of the

14    Fairchild Patents and the AOS Patents;

15    WHEREAS, Fairchild represents that during his employment as a Vice President and Senior

16    Vice President with Fairchild, Dr. Yilmaz was privy to confidential communications protected by the

17    attorney-client privilege belonging to Fairchild and to confidential attorney work product material

18    pertaining to this action and to the dispute between Fairchild and AOS, including confidential

19    communications and analysis pertaining to a) the infringement and validity of certain of the Fairchild

20    Patents and AOS Patents, b) Fairchild's negotiation and litigation strategies, and c) other legal advice

21    regarding Fairchild's dispute with AOS ("Fairchild's Confidential Attorney Information");

22    WHEREAS, Fairchild represents that Dr. Yilmaz directly and indirectly participated in

23    confidential attorney-client communications relating to Fairchild's Confidential Attorney Information,

24    including communications with Fairchild's outside counsel (including with Townsend and Townsend

25    and Crew -- Fairchild's counsel of record in this action), and with Fairchild's in-house counsel,

26    including Fairchild's general counsel and associate general counsel;

27    WHEREAS, Plaintiff and Counterdefendant Alpha & Omega Semiconductor, Inc. hired Dr.

28

1  Yilmaz on or about January 9, 2008, in the capacity of Executive Vice President of Business

2  Development;

3        WHEREAS, Fairchild and AOS agree that Dr. Yilmaz should be formally prohibited from

4  disclosing any of Fairchild's Confidential Attorney Information to AOS;

5        WHEREAS, Fairchild contends that Dr. Yilmaz is under contractual, common law and

6  fiduciary obligations that prohibit him from disclosing any of Fairchild's Confidential Attorney

7  Information to AOS;

8        WHEREAS, AOS represents that it has previously instructed Dr. Yilmaz not "to discuss any

9  issues pertaining to the ongoing patent litigation [between AOS and Fairchild] with Alpha & Omega

10  or any of its agents and attorneys" and further represents that Dr. Yilmaz has not done so;

11        WHEREAS, AOS represents that AOS (including their officers, directors, attorneys,

12  employees, contractors, or other agents) has not sought, and will not seek, to obtain from Dr. Yilmaz

13  any Fairchild Confidential Attorney Information;

14        WHEREAS, AOS represents that Dr. Yilmaz has not directly or indirectly disclosed to AOS

15  (including their officers, directors, attorneys, employees, contractors, or other agents) any Fairchild

16  Confidential Attorney Information;

17        WHEREAS, Fairchild contends that any unauthorized disclosure of Fairchild's Confidential

18  Attorney Information will significantly and irreparably harm Fairchild and

19        WHEREAS, Fairchild and AOS agree that a protective order is necessary and appropriate to

20  safeguard any improper or inadvertent disclosure of Fairchild's Confidential Attorney Information;

21

22  IT IS HEREBY STIPULATED by and between the parties to this action through their designated

23  counsel that

24        1.      Dr. Yilmaz  is under a continuing obligation not to discuss or otherwise directly or

25  indirectly disclose to AOS (including any of their officers, directors, attorneys, employees,

26  contractors, or other agents) any Fairchild Confidential Attorney Information;

27

28

1    2.    Dr. Yilmaz is under a further continuing obligation not to discuss with AOS or its

2    counsel any issues arising out of or directly relating to the pending litigation between Fairchild and

3    AOS;

4    3.    AOS shall immediately upon entry of this Order provide Dr. Yilmaz with a copy of this

5    order, Dr. Yilmaz shall execute the form attached hereto as Exhibit A, signifying his agreement to be

6    bound by its provisions, within seven (7) days thereafter, and AOS shall provide a copy of the

7    executed form to Fairchild;

8    4.    AOS shall not seek under any circumstances to obtain information pertaining to the

9    subjects listed in paragraph 1, above, from Dr. Yilmaz without the prior written consent of Fairchild or

10   entry of a court order permitting Dr. Yilmaz to disclose such information to AOS;

11   5.    AOS shall inform Fairchild within five (5) business days if any provision of this Order

12   has been violated, whether through inadvertence, oversight, excusable neglect or otherwise, will

13   cooperate with Fairchild to return all improperly disclosed information, and to take all steps

14   reasonably necessary to prevent such information from being used against Fairchild's interests; and

15   6.    This Court shall retain jurisdiction to enforce this Order.

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28

[PROPOSED] STIPULATED FURTHER PROTECTIVE ORDER
CASE NO. C 07-02638 JSW (EDL) (CONSOLIDATED WITH CASE NO. C 07-2664 JSW)
1-SF/7664548.1

4

1  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2  DATED:  March 27, 2008

3                                              TOWNSEND AND TOWNSEND AND CREW LLP

4                                              By:   /s/ Robert A. McFarlane
5                                                    ERIC P. JACOBS
                                                     PETER GOLDSMITH
6                                                    ROBERT A. McFARLANE
                                                     IGOR SHOIKET
7                                              Attorneys for Defendant, Counterclaimant and Plaintiff
                                               FAIRCHILD SEMICONDUCTOR CORPORATION

8  DATED:  March 27, 2008

9                                              MORGAN, LEWIS & BOCKIUS LLP

10                                             By   /s/ Brett M. Schuman
11                                                  BRETT M. SCHUMAN
                                                    DANIEL JOHNSON, JR.
12                                                  RITA E. TAUTKUS
                                                    ANDREW J. WU

13                                             Attorneys for Plaintiffs, Counterdefendants and
                                               Defendants
14                                             ALPHA & OMEGA SEMICONDUCTOR, INC., and
                                               ALPHA & OMEGA SEMICONDUCTOR, LTD.
15
16 DATED: March 27, 2008

                                               NORTH BAY LAW GROUP
17
18                                             By   /s/ David S. Harris
                                                    DAVID S. HARRIS
19                                             901 Irwin Street
                                               San Rafael, CA 94901
20                                             Telephone:  (415) 460-5300
                                               Facsimile:  (707) 460-5303
21                                             dsh@northbaylawgroup.com
                                               Attorneys for Plaintiffs, Counterdefendants and
22                                             Defendants
                                               ALPHA & OMEGA SEMICONDUCTOR, INC., and
23                                             ALPHA & OMEGA SEMICONDUCTOR, LTD

24
   Pursuant to Stipulation, it is so ORDERED.
25
26  Dated: April 1, 2008       By:_____
                                               THE HONORABLE ___. LAPORTE
27                                             United States Magistrate Judge

28

1

## ATTESTATION PURSUANT TO GENERAL ORDER 45

2

I, Robert A. McFarlane, attest that concurrence in the filing of this document has been obtained from

3

counsel for plaintiffs, counterdefendants and defendants.  I declare under penalty of perjury under the

4

laws of the United States of America that the foregoing is true and correct.

5

Executed this 27th day of March, 2008, at San Francisco, California.

6

7

8                                                      /s/ Robert A. McFarlane _____

9                                                      ROBERT A. McFARLANE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**
[C.C.P. §§ 1011 and 1013, C.R.C.§ 2008, F.R.C.P. Rule 5, F.R.A.P. 25]

    I declare that I am employed in the City and County of San Francisco, California; I am over the age of 18 years and not a party to the within action; my business address is Two Embarcadero Center, Eighth Floor, San Francisco, California, 94111.  On the date set forth below, I served a true and accurate copy of the document(s) entitled:

# [PROPOSED] STIPULATED FURTHER PROTECTIVE ORDER

on the party(ies) in this action by placing said copy(ies) in a sealed envelope each addressed as follows:

David S. Harris
North Bay Law Group
901 Irwin Street
San Rafael, CA 94901

*dsh@northbaylawgroup.com*

*Attorneys for Plaintiffs and Counterdefendants*

    ☒    [By First Class Mail]  I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service.  On the date listed herein, following ordinary business practice, I served the within document(s) at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

    ☐    [By Overnight Courier]  I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressee(s).

    ☐    [By Hand]  I directed each envelope to the party(ies) so designated on the service list to be delivered by courier this date.

    ☐    [By Facsimile Transmission]  I caused said document to be sent by facsimile transmission to the fax number indicated for the party(ies) listed above.

    ☐    [By Electronic Transmission]  I caused said document to be sent by electronic transmission to the e-mail address(es) indicated for the party(ies) listed above.

    I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this date at San Francisco, California.

Dated:  March 27, 2008 .

Kristine J. Storheim

61304127 v1

PROOF OF SERVICE
CASE NO. C 07-02638 JSW (EDL) (CONSOLIDATED WITH CASE NO. C 07-2664 JSW)
1-SF/7664548.1

# EXHIBIT A

1    TOWNSEND AND TOWNSEND AND CREW LLP
     ERIC P. JACOBS (State Bar No. 88413), *epjacobs@townsend.com*
2    PETER H. GOLDSMITH (State Bar No. 91294), *phgoldsmith@townsend.com*
     ROBERT A. McFARLANE (State Bar No. 172650), *ramcfarlane@townsend.com*
3    IGOR SHOIKET (State Bar No. 190066), *ishoiket@townsend.com*
     Two Embarcadero Center, 8th Floor
4    San Francisco, California  94111
     Telephone:    (415) 576-0200
5    Facsimile:    (415) 576-0300

6    Attorneys for Defendant and Counterclaimant
     FAIRCHILD SEMICONDUCTOR CORPORATION
7
     MORGAN, LEWIS & BOCKIUS LLP
8    DANIEL JOHNSON, JR. (State Bar No. 57409), *djjohnson@morganlewis.com*
     RITA E. TAUTKUS (State Bar No. 162090), *rtautkus@morganlewis.com*
9    BRETT M. SCHUMAN (State Bar No. 189247), *bschuman@morganlewis.com*
     One Market, Spear Street Tower
10   San Francisco, CA 94105-1126
     Telephone:  (415) 442-1000
11   Facsimile:   (415) 442-1001

12   ANDREW J. WU (State Bar No. 214442), *awu@morganlewis.com*
     2 Palo Alto Square
13   3000 El Camino Real, Suite 700
     Palo Alto, CA 94306-2111
14   Telephone:  (650) 843-4000
     Facsimile:   (650) 843-4001
15
     Attorneys for Plaintiffs, Counterdefendants and Defendants
16   ALPHA & OMEGA SEMICONDUCTOR, LTD., and
     ALPHA & OMEGA SEMICONDUCTOR, INC.

17                   UNITED STATES DISTRICT COURT

18              FOR THE NORTHERN DISTRICT OF CALIFORNIA

19                      SAN FRANCISCO DIVISION

20   ALPHA & OMEGA SEMICONDUCTOR,
     INC., a California corporation; and        Case No. C 07-2638 JSW (EDL)
21   ALPHA & OMEGA SEMICONDUCTOR,               (Consolidated with Case No. C 07-2664 JSW)
     LTD., a Bermuda corporation,
22                                              **AGREEMENT TO BE BOUND BY**
            Plaintiffs and Counterdefendants,   **STIPULATED FURTHER PROTECTIVE**
23                                              **ORDER**
                    v.
24
     FAIRCHILD SEMICONDUCTOR
25   CORP., a Delaware corporation,

            Defendant and Counterclaimant.
26
27   AND RELATED COUNTERCLAIMS.

28

AGREEMENT TO BE BOUND BY STIPULATED FURTHER PROTECTIVE ORDER
CASE NO. C 07-02638 JSW (EDL) (CONSOLIDATED WITH CASE NO. C 07-2664 JSW)
1-SF/7664548.1

1    I have read the Stipulated Further Protective Order concerning the confidentiality of certain

2    information belonging to Fairchild Semiconductor Corporation.   I understand that the Stipulated

3    Further Protective Order is a Court order designed to preserve the confidentiality of Fairchild's

4    confidential information described in that document.  I also understand that the Protective Order

5    restricts the use and disclosure of the covered information to my present employer, Alpha & Omega

6    Semiconductor.

7    I agree to comply with all provisions of the Stipulated Further Protective Order, and I hereby

8    consent to the personal jurisdiction of the United States District Court, Northern District of California,

9    for any proceedings involving the enforcement of that Protective Order.

10

11

12   Dated:_____           _____

13                                          Hamza Yilmaz

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AGREEMENT TO BE BOUND BY STIPULATED FURTHER PROTECTIVE ORDER                                  2
CASE NO. C 07-02638 JSW (EDL) (CONSOLIDATED WITH CASE NO. C 07-2664 JSW)
1-SF/7664548.1