TOWNSEND AND TOWNSEND AND CREW LLP
ERIC P. JACOBS (State Bar No. 88413)
PETER H. GOLDSMITH (State Bar No. 91294)
ROBERT A. McFARLANE (State Bar No. 172650)
IGOR SHOIKET (State Bar No. 190066)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
E-mail:  epjacobs@townsend.com
         phgoldsmith@townsend.com
         ramcfarlane@townsend.com
         ishoiket@townsend.com

Attorneys for Defendant and Counterclaimant
FAIRCHILD SEMICONDUCTOR CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>Plaintiffs and Counterdefendants,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 07-2638 JSW (EDL)<br>(Consolidated with Case No. C 07-2664 JSW)<br><br>**DECLARATION OF ERIC P. JACOBS IN SUPPORT OF FAIRCHILD'S REPLY CLAIM CONSTRUCTION BRIEF**<br><br>Date:  June 4, 2008<br>Time:  2:00 p.m.<br>Courtroom:  Hon. Jeffrey S. White |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

I, ERIC P. JACOBS, declare and state that:

1. I am one of the attorneys of record for defendant and counterclaimant Fairchild Semiconductor Corporation ("Fairchild"), and if called as a witness, I would testify to the following facts, which are within my own personal knowledge.

2. A true and correct copy of page 1167 of The Random House Dictionary of the English Language (1967) (defining "purpose") is attached hereto as Exhibit M.

3. A true and correct copy of an excerpt from "Microelectronics, Theory, Design and Fabrication" by Edward Keonjian (1963) is attached hereto as Exhibit N.

4. A true and correct copy of an excerpt from "Modern Electronics, Basic Principles, Circuit Design, Fabrication Technology" by Dr. Max Fogiel (1972) is attached hereto as Exhibit O.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 7th day of April, 2008, at San Francisco, California.

/s/*Eric P. Jacobs*
ERIC P. JACOBS

61333482 v1