# EXHIBIT M

# THE RANDOM HOUSE DICTIONARY of the ENGLISH LANGUAGE

JESS STEIN
Editor in Chief

LAURENCE URDANG
Managing Editor

RANDOM HOUSE/NEW YORK 

FAIR0025940

© Copyright, 1967, 1966, by Random House, Inc.

All rights reserved under International and Pan-American Copyright Conventions

PUBLISHED IN NEW YORK BY RANDOM HOUSE, INC.
AND SIMULTANEOUSLY IN TORONTO BY RANDOM HOUSE OF CANADA LIMITED

*The Random House Dictionary of the English Language* and its abbreviations *RHD* and *RHDEL* are trademarks of Random House, Inc.

a. s/mm

Library of Congress Catalog Card Number: 67-12237

Entered words which we have reason to believe constitute trademarks have been designated as such. However, neither the presence nor the absence of such designation should be regarded as affecting the legal status of any trademark.

*The Concise French Dictionary*, edited by Francesca L. V. Langbaum, Copyright, 1954, by Random House, Inc.

*The Concise Spanish Dictionary*, edited by Donald F. Solá, Copyright, 1954, by Random House, Inc.

*The Concise Italian Dictionary*, edited by Robert A. Hall, Jr., © Copyright, 1957, by Random House, Inc.

*The Concise German Dictionary*, edited by Jenni Karding Moulton, © Copyright, 1959, by Random House, Inc.

*Major Dates in World History*, edited by Charles D. Lieber and Anne Dyer Murphy, © Copyright, 1964, by Random House, Inc.

Entire contents of the *Atlas* and the index to the maps, © Copyright, 1966, by C. S. Hammond & Company.

*Chart of Periodic Table of the Elements*, © Copyright, 1964, by E. H. Sargent & Co.

*Table of Common Proofreader's Marks*, Copyright, 1950, © 1956, by Alfred A. Knopf, Inc.

Manufactured in the United States of America

FAIR0025941

**purgeable**     1167     **pursuant**

[Dictionary entries, three columns:]

**Column 1 (continued from previous page):**

for purifying (often fol. by *away*, *off*, or *out*). 6. to clear or empty (the bowels) by causing evacuation. 7. to cause evacuation of the bowels of (a person). 8. to put to death or otherwise eliminate (a member of a political organization, nation, etc.) in the course of a purge. 9. *Metall.* a. to drive off (undesirable gases) from a furnace or stove. b. to free (a furnace or stove) of undesirable gases. —*v.i.* 10. to become cleansed or purified. 11. to undergo or cause purging of the bowels. —*n.* 12. act or process of purging. 13. the removal or elimination of members of a political organization, nation, etc., who are considered disloyal or otherwise undesirable. 14. something that purges, as a purgative medicine or dose. [ME < OF *purg(i)er* < L *purgāre* to cleanse] —**purge′a·ble,** *adj.* —**purg′er,** *n.*

**purg′ing nut′.** See **physic nut.**

**Pu·ri** (pŏŏr′ē, pŏŏ rē′), *n.* a seaport in E India, on the Bay of Bengal: temple of Krishna; Hindu pilgrimage center. 49,057 (1951). Cf. **Juggernaut** (def. 2).

**pu·ri·fi·ca·tor** (pyŏŏr′ə fə kā′tər), *n. Eccles.* 1. the linen cloth used by the celebrant for wiping the chalice after each communicant has drunk from it. 2. a sponge wrapped in cloth used by the celebrant for wiping his hands. [< L *purificat(us),* ptp. of *purificāre* (see PURIFY) + -OR²]

**pu·ri·form** (pyŏŏr′ə fôrm′), *adj. Med.* resembling pus; purulent. [< L *pūr-* (s. of *pūs*) PUS + -I- + -FORM]

**pu·ri·fy** (pyŏŏr′ə fī′), *v.,* -**fied,** -**fy·ing.** —*v.t.* 1. to make pure; free from anything that debases, pollutes, adulterates, or contaminates: *to purify metals.* 2. to free from foreign or objectionable elements: *to purify a language.* 3. to free from guilt or evil. 4. to clear or purge (usually fol. by *of* or *from*). 5. to make clean for ceremonial or ritual use. —*v.i.* 6. to become pure. [ME *purifie(n)* < MF *purifie(r)* < L *pūrificāre.* See PURE, -IFY] —**pu′ri·fi·ca′tion,** *n.* —**pu·rif·i·ca·to·ry** (pyŏŏ rif′ə kə tôr′ē, -tōr′ē), *adj.* —**pu′ri·fi′er,** *n.*

**Pu·rim** (pŏŏr′im; *Heb.* pŏŏ rēm′), *n.* a Jewish festival, marked chiefly by the reading in the synagogue of the Book of Esther and the eating of hamantaschen, that is celebrated on the 14th day of the month of Adar and that commemorates the deliverance of the Jews in Persia from destruction by Haman. Also called **Feast of Lots.** [< Heb, pl. of *pūr* lot]

**pu·rine** (pyŏŏr′ēn, -in), *n. Chem.* a white, crystalline compound, C₅H₄N₄, from which is derived a group of compounds including uric acid, xanthine, and caffeine. [alter. of G *Purin.* See PURE, URIC, -INE²]

**pur·ism** (pyŏŏr′iz əm), *n.* 1. strict observance of or insistence on purity in language, style, etc. 2. an instance of this. 3. (*often cap.*) *Fine Arts.* a style of art developed in France in the early 20th century, characterized by the use of simple geometric forms and images evocative of objects produced by machine. [PURE + -ISM] —**pur′ist,** *n.* —**pu·ris′tic, pu·ris′ti·cal,** *adj.* —**pu·ris′ti·cal·ly,** *adv.*

**Pu·ri·tan** (pyŏŏr′i tən), *n.* 1. one of a class of Protestants that arose in the 16th century within the Church of England, demanding reforms in doctrine and worship, and greater strictness in religious discipline. During part of the 17th century the Puritans became a powerful political party. 2. (*l.c.*) a person who is strict in moral or religious matters, often excessively so. —*adj.* 3. of or pertaining to the Puritans. 4. (*l.c.*) of, pertaining to, or characteristic of a moral puritan; puritanical. [< LL *pūrit(ās)* purity + -AN] —**pu′ri·tan·like′,** *adj.* —**pu′ri·tan·ly,** *adv.*

**pu·ri·tan·i·cal** (pyŏŏr′i tan′i kəl), *adj.* 1. very strict in moral or religious matters, often excessively so; rigidly austere. 2. (*sometimes cap.*) of, pertaining to, or characteristic of Puritans or Puritanism. Also, **pu′ri·tan′ic.** [PURITAN + -ICAL] —**pu′ri·tan′i·cal·ly,** *adv.* —**pu′ri·tan′i·cal·ness,** *n.*

**Pu·ri·tan·ism** (pyŏŏr′i tə niz′əm), *n.* 1. the principles and practices of the Puritans. 2. (*sometimes l.c.*) extreme strictness in moral or religious matters, often to excess; rigid austerity. [PURITAN + -ISM]

**Pu′ritan spoon′,** a silver spoon having an ovoid bowl and a straight, flat, completely plain stem.

**pu·ri·ty** (pyŏŏr′i tē), *n.* 1. the condition or quality of being pure; freedom from anything that debases, contaminates, pollutes, etc.: *the purity of drinking water.* 2. freedom from any admixture or modifying addition. 3. freedom from foreign or inappropriate elements; careful correctness: *purity of language.* 4. *Optics.* the chroma, saturation, or degree of freedom from white of a given color. 5. cleanness or spotlessness, as of garments. 6. ceremonial or ritual cleanness. 7. freedom from guilt or evil; innocence. 8. physical chastity; virginity. [< LL *pūritās* (see PURE, -ITY); r. ME *pur(e)te* < AF]

**Pur·kin′je fi′ber** (pər kin′jē), any of the specialized cardiac muscle fibers forming a network in the ventricular walls that conduct electric impulses responsible for the contractions of the heart to all parts of the ventricular muscles. [named after J. E. Purkinje (1787–1869), Czech physiologist]

**purl¹** (pûrl), *v.t., v.i.* 1. to knit with inversion of the stitch. 2. to finish with loops or a looped edging. —*n.* 3. a stitch used in hand knitting to make a rib effect. 4. one of a series of small loops along the edge of lace or braid. 5. thread made of twisted gold or silver wire. Also, **pearl.** [var. of obs. or dial. *pirl* to twist (threads, etc.) into a cord]

**purl²** (pûrl), *v.i.* 1. to flow with curling or rippling motion, as a shallow stream does over stones. 2. to flow with a murmuring sound. 3. to pass in a manner or with a sound likened to this. —*n.* 4. the action or sound of purling. 5. a circle or curl made by the motion of water; ripple; eddy. [akin to Norw *purla* to bubble up, gush]

**pur·lieu** (pûr′lōō, pûrl′yōō), *n.* 1. a piece of land on the border of a forest. 2. an outlying district or region, as of a town or city. 3. *Brit.* a piece of land which, after having been included in a royal forest, was restored to private ownership, though still subject, in some respects, to the operation of the forest laws. 4. **purlieus,** environs or neighborhood. 5. a place where one may range at large; one's bounds. 6. one's haunt or resort. [alter. (simulating F *lieu* place) of earlier *parlewe, parley, para-* ... ME *purlewe, purlew,* equiv. to *pur* (< L *prō* for; confused with *per* through) + *aller* (see ALLEY)]

**pur·lin** (pûr′lin), *n.* a longitudinal member in a roof frame, usually for supporting common rafters or the like between the plate and the ridge. Also, **pur′line.** See diag. under **king post.** [?]

**pur′lin plate′,** *Carpentry.* (in a curb roof) a purlin at the top of a lower slope supporting the ends of the upper rafters at the curb. Also called **curb.**

**pur·loin** (pər loin′, pûr′loin), *v.t.* 1. to take dishonestly; steal; filch. —*v.i.* 2. to commit theft; steal. [late ME *purloyne(n)* < AF *purloigne(r)* (to) put off, remove, equiv. to *pur-* (< L *prō* for) + *loin* far off (< L *longē*)] —**pur·loin′er,** *n.* —Syn. 1. pilfer.

**Pur′loined Let′ter, The,** a detective story (1845) by Edgar Allan Poe.

**pur·part** (pûr′pärt), *n. Law.* a purparty. [< ML *purpart-* (s. of *purpars*) < OF *pur* for + L *part-* PART]

**pur·par·ty** (pûr′pär′tē), *n. Law.* a share of an estate held by coparceners that is apportioned to one upon the division of the estate among them. Also, **pourparty.** [ME *purpartie* < AF, c. OF *purpartie,* equiv. to *pur, pour* for + *partie* partition, share; see PARTY]

**pur·ple** (pûr′pəl), *n., adj., v.,* -**pled,** -**pling.** —*n.* 1. any color having components of both red and blue, such as lavender, esp. one deep in tone. 2. cloth or clothing of this hue, esp. as formerly worn distinctively by persons of imperial, royal, or other high rank. 3. the rank or office of a cardinal. 4. the office of a bishop. 5. imperial, regal, or princely rank or position. 6. deep red; crimson. 7. any of several nymphalid butterflies, as *Basilarchia astyanax* (**red-spotted purple**), having blackish wings spotted with red, or *Basilarchia arthemis* (**banded purple** or **white admiral**), having brown wings banded with white. 8. **born in** or **to the purple,** of royal or exalted birth: *Those born to the purple are destined to live in the public eye.* —*adj.* 9. of the color purple. 10. imperial, regal, or princely. 11. brilliant or gorgeous. 12. full of exaggerated literary devices and effects; marked by excessively ornate rhetoric: *purple prose.* —*v.t., v.i.* 13. to make or become purple. [ME *purpel,* OE *purpl(e),* var. of *purpur(e)* < L *purpura* < Gk *porphýra* kind of shellfish yielding purple dye]

**pur′ple bone′set.** See **joe-pye weed** (def. 1).

**pur′ple ces′trum.** See **coral jasmine.**

**pur′ple choke′ber·ry.** See under **chokeberry** (def. 1).

**pur′ple dai′sy,** a perennial herb, *Echinacea augustifolia,* of central and western North America, having rose-purple or rose-colored, cone-shaped flowers.

**pur′ple finch′,** a North American finch, *Carpodacus purpureus,* having a raspberry red head, breast, and rump. See illus. under **finch.**

**pur′ple fox′glove,** a medicinal herb, *Digitalis purpurea,* of western Europe, having finger-shaped, spotted, purple flowers and leaves from which digitalis is obtained. Also called **fairy glove, fingerflower.**

**pur′ple-fringed or′chid** (pûr′pəl frinjd′), either of two orchids of genus *Habenaria* (*Blephariglottis*), of eastern North America, the smaller, *H. psychodes,* having dark-purple, cut, fringed flowers, and the larger, *H. fimbriata,* having similar but lighter-colored flowers.

**pur′ple gal′linule,** 1. a purple, blue, green, and white gallinule, *Porphyrula martinica,* having a bright red, yellow, and blue bill, and lemon-yellow legs and feet, and inhabiting warmer parts of the New World. 2. any of several large, Old World gallinules of the genus *Porphyrio.*

**pur′ple grack′le,** a North American grackle, *Quiscalus quiscula,* having iridescent, purplish-black plumage.

**pur′ple granadil′la.** See under **granadilla** (def. 1).

**Pur′ple Heart′,** *U.S. Armed Forces.* a medal awarded for wounds received in action against an enemy or as a direct result of an act of the enemy.

**pur·ple-heart** (pûr′pəl härt′), *n.* the hard, purplish wood of any of several leguminous South American trees of the genus *Peltogyne,* used for making furniture. [PURPLE + HEART]

**pur′ple her′on,** an Old World heron, *Ardea purpurea,* having maroon, buff, and black plumage.

**pur′ple loose′strife.** See under **loosestrife** (def. 2).

**pur′ple mar′tin,** a large, American swallow, *Progne subis,* the male of which is blue-black.

**pur′ple med′ic,** alfalfa.

**pur′ple mom·bin′** (mōm bēn′), a tree, *Spondias purpurea,* of tropical America, having greenish flowers and yellowish-red or red fruit that is edible either raw or cooked. Also called **red mombin, Spanish plum.** [*mombin* < AmerSp < Carib]

**pur′ple mul′lein,** a biennial herb, *Verbascum phoeniceum,* of southeastern Europe and Asia, having hairy leaves and reddish-purple flowers with purplish, wooly hairs.

**pur·ple·ness** (pûr′pəl nis), *n.* quality or state of being purple. [PURPLE + -NESS]

**pur′ple of Cas′sius** (kash′əs, kash′ē əs, kä′sē əs), a purple pigment precipitated as a sol by the interaction of gold chloride and a solution of stannic acid and stannous chloride: used chiefly in the manufacture of ruby glass, ceramic glazes, and enamels. [named after A. Cassius, 17th-century German physician]

**pur′ple rag′wort,** a tender annual herb, *Senecio elegans,* of South Africa, having red or purple flowers with yellow disks.

**pur′ple rock′ cress′,** a perennial herb, *Aubrieta deltoidea,* of Italy and Greece, having purple or violet flowers.

**pur′ple sage′,** 1. an herb, *Salvia leucophylla,* of California, having silvery leaves and purple flowers. 2. a sagebrush, *Artemisia tridentata,* having silvery leaves.

**pur′ple sand′piper,** a North American sandpiper, *Erolia maritima,* having a slate-gray back and breast and a white abdomen.

**pur′ple shore′ crab′.** See under **shore crab.**

**pur′ple tril′lium,** birthroot (def. 1).

**pur′ple wil′low herb′,** the purple loosestrife. See under **loosestrife** (def. 2).

**pur′ple wood′ sor′rel.** See **violet wood sorrel.**

**pur′ple wreath′,** a tropical American, woody vine, *Petrea volubilis,* having racemes of violet or blue flowers.

**pur·plish** (pûr′plish), *adj.* of or having a somewhat purple hue. Also, **pur′ply.** [PURPLE + -ISH] —**pur′plish·ness,** *n.*

**pur·port** (*v.* pər pôrt′, -pōrt′, pûr′pôrt, -pōrt; *n.* pûr′pôrt, -pōrt), *v.t.* 1. to profess or claim, often falsely: *a document purporting to be official.* 2. to convey to the mind as the meaning or thing intended; express or imply. —*n.* 3. the meaning, import, or sense: *the main purport of his letter.* 4. purpose; intention; object: *the main purport of his visit to France.* [late ME < AF *purport(er)* (to) convey, equiv. to *pur-* PRO-¹ + *porter* to carry (< L *portāre*)] —**pur′port·less,** *adj.* —Syn. 2. mean, intend, signify. 3. implication, drift, trend, gist. See **meaning.**

**pur·pose** (pûr′pəs), *n., v.* -**posed,** -**pos·ing.** —*n.* 1. the reason for which something exists or is done, made, used, etc. 2. an intended or desired result; end; aim; goal. 3. determination; resoluteness. 4. the subject in hand; the point at issue. 5. practical result, effect, or advantage: *to act to good purpose.* 6. **of set purpose,** with intention; deliberately; by design; intentionally: *The insult was made of set purpose.* 7. **on purpose,** by design; intentionally: *How could he do such a thing on purpose?* 8. **to the purpose,** relevant; to the point: *None of her objections were to the purpose.* —*v.t.* 9. to set as an aim, intention, or goal for oneself; purpose. 10. to intend; design. 11. to resolve (to do something); purpose. 12. to have a purpose. [ME *purpos* < OF, deriv. of *purposer,* var. of *proposer* to PROPOSE] —**pur′pose·less,** *adj.* —**pur′pose·less·ly,** *adv.* —**pur′pose·less·ness,** *n.* —Syn. 1. See **intention.** 10. mean, contemplate, plan.

**pur·pose·ful** (pûr′pəs fəl), *adj.* 1. having a purpose. 2. determined; resolute. 3. full of meaning; significant. [PURPOSE + -FUL] —**pur′pose·ful·ly,** *adv.* —**pur′pose·ful·ness,** *n.*

**pur·pose·ly** (pûr′pəs lē), *adv.* 1. intentionally; deliberately: *He tripped me purposely.* 2. with the particular purpose specified; expressly: *He wore that suit purposely to make a nice impression.* [PURPOSE + -LY]

**pur·pos·ive** (pûr′pə siv), *adj.* 1. having, showing, or acting with a purpose, intention, or design. 2. adapted to a purpose or end. 3. serving some purpose. 4. determined; resolute. 5. of or characteristic of purpose. [PURPOSE + -IVE] —**pur′pos·ive·ly,** *adv.* —**pur′pos·ive·ness,** *n.*

**pur·pres·ture** (pər pres′chər), *n. Law.* the wrongful enclosure of or intrusion upon lands, waters, or other property rightfully belonging to the public at large. [ME < OF *pourpres(t)ure, porpresure* enclosure, occupied space, equiv. to *pourprise, porprise* (ptp. of *purprendre* to seize upon, encroach upon, enclose, equiv. to *pur, por,* for + *prendre* to take) + *-ure* -URE]

**pur·pu·ra** (pûr′pyŏŏ rə), *n. Pathol.* a disease characterized by purple or livid spots on the skin or mucous membrane, caused by the extravasation of blood. [< NL, special use of L *purpura.* See PURPLE] —**pur·pu·ric** (pûr pyŏŏr′ik), *adj.*

**pur·pure** (pûr′pyŏŏr), *Heraldry.* —*n.* 1. the tincture or color purple. —*adj.* 2. of the tincture or color purple. [ME, OE < L *purpura* PURPLE]

**pur·pu·rin** (pûr′pyŏŏ rin), *n. Chem.* a reddish, crystalline, anthraquinone dye, C₁₄H₈O₅(OH)₃, isomeric with flavopurpurin. [< L *purpur(a)* PURPLE + -IN²]

**purr** (pûr), *v.i.* 1. to utter a low, continuous, murmuring sound expressive of satisfaction, as a cat does. 2. (of things) to make a sound suggestive of the purring of a cat: *The new motor of the car purred.* —*v.t.* 3. to express by or as if by purring. —*n.* 4. act of purring. 5. sound of purring. Also, **pur.** [imit.] —**purr′ing·ly,** *adv.*

**pur·ree** (pŏŏr′ē, pûr′ē), *n.* 1. See **Indian yellow** (defs. 1, 2a). —*adj.* 2. having the color Indian yellow. [< Hindi *pīurī*]

**pur sang** (pyr säN′), *adj. French.* being beyond question the thing specified; full-blooded; genuine: *He had become a dictator pur sang.* [lit., pure blood]

**purse** (pûrs), *n., v.,* **pursed, purs·ing.** —*n.* 1. a small bag, pouch, or case for carrying money. 2. a woman's handbag or pocketbook. 3. anything resembling a purse in appearance, use, etc. 4. a sum of money collected as a present or the like. 5. a sum of money offered as a prize or reward. 6. money, resources, or wealth. —*v.t.* 7. to contract into folds or wrinkles; pucker: *to purse one's lips.* 8. *Archaic.* to put into a purse. [ME, OE *purs,* b. *pusa* bag (c. Icel *posi*) and ML *bursa* bag (<< Gk *býrsa* hide, leather)] —**purse′less,** *adj.* —**purse′like′,** *adj.*

**purse′ boat′,** an open boat used to close a purse seine around a school of fish.

**purse′ crab′.** See **coconut crab.**

**purse-proud** (pûrs′proud′), *adj.* proud of one's wealth, esp. in an arrogant or showy manner.

**purs·er** (pûr′sər), *n.* an officer, esp. on a merchant vessel, who handles accounts and various documents relating to the vessel and who keeps money and valuables for passengers. [late ME; see PURSE, -ER¹]

**purse′ seine′,** a large seine for use generally by two boats, that is drawn around a school of fish and then closed at the bottom by means of a line passing through rings attached along the lower edge of the net.

**purse′ sein′er,** a boat used in fishing with a purse seine.

**purse-string** (pûrs′string′), *adj.* 1. resembling purse strings in appearance, use, operation, or the like: *a purse-string belt about the waist.* 2. having or exercising financial control: *He had purse-string authority as chairman.*

**purse′ strings′,** 1. the right to manage the disposition of money: *His father's will left him in control of the family purse strings.* 2. **hold the purse strings,** to have the power to determine how money shall be spent: *Mother held the purse strings in our family.* 3. **loosen** or **tighten the purse strings,** to increase or decrease expenditures: *The budget committee is in the process of tightening the purse strings.* [ME *purse strynges*]

**purse′-string su′ture,** *Surg.* a suture for a circular opening, stitched around the edge, that closes it when pulled.

**purs·lane** (pûrs′lān, -lin), *n.* 1. a low, trailing herb, *Portulaca oleracea,* having yellow flowers, used as a salad plant and potherb. 2. any other portulacaceous plant. [ME *purcelan(e)* < MF *porcelaine* < LL *porcillāgin-* (s. of *porcillāgō*) for L *porcilāca,* var. of *portulāca*]

**pur·su·ance** (pər sōō′əns), *n.* the following or carrying out of some plan, course, injunction, or the like. [PURSUE + -ANCE]

**pur·su·ant** (pər sōō′ənt), *adj.* 1. proceeding after (usually fol. by *to*): *Pursuant to his studies he took a job in* ...

CONCISE PRONUNCIATION KEY: act, āble, dâre, ärt; ebb, ēqual; if, īce; hot, ōver, ôrder, oil, bŏŏk, ōōze, out; up, ûrge; chief; sing; shoe; thin, that; zh as in measure. *ə* a as in *alone,* e as in *system,* i as in *easily,* o as in *gallop,* u as in *circus;* ᵊ as in *button* (but′ᵊn), *fire* (fīᵊr), *cradle* (krād′ᵊl). See the full key inside the front cover.

FAIR0025942