# EXHIBIT A

# C U R R I C U L U M   V I T A E

## C. ANDRE T. SALAMA

**October 2007**

# Contents

Page

- **Short Form**                                              **1**
- **General Data**                                            **2**
- **Academic Experience**                                     **4**
- **Research and Consulting Experience**                      **4**
- **Research Grants and Contracts**                           **4**
- **Publications and Patents**                                **5**
- **Personnel Training**                                      **26**
- **Major Contributions to Engineering**                      **27**
  **Technology and Practice**

☐ ● **SHORT FORM**

**C. ANDRE T. SALAMA** received the B.A.Sc. (Hons.) M.A.Sc. and Ph. D. degrees, all in Electrical Engineering, from the University of British Columbia in 1961, 1962 and 1966 respectively.

From 1962 to 1963 he served as a Research Assistant at the University of California, Berkeley. From 1966 to 1967 he was employed at Bell Northern Research, Ottawa, as a Member of Scientific Staff working in the area of integrated circuit design. Since 1967 he has been on the staff of the Department of Electrical and Computer Engineering, University of Toronto where he holds the J.M. Ham Chair in Microelectronics. In 1992, he was appointed University Professor (presently Emeritus) for scholarly achievements and preeminence in the field of microelectronics. In 1989-90, he was awarded the ITAC/NSERC Research Fellowship in information technology. In 1994, he was awarded the Canada Council I.W. Killam Memorial Prize in Engineering for outstanding career contributions to the field of microelectronics. In 2000, he received the IEEE Millenium Medal. In 2003, he received the Outstanding Lifetime Achievement Award from the Canadian Semiconductor Technology Conference for seminal and outstanding contributions to semiconductor device research and promotion of Canadian University research in microelectronics. He received the NSERC Lifetime Achievement Award of Research Excellence for outstanding and sustained contributions to the field of microelectronics (2004), the Networks of Centres of Excellence (NCE) Recognition Award for research excellence and outstanding leadership (2004) and the ITAC Outstanding Service Award for contributions to Microelectronics in Canada (2006).

He was associate editor of the IEEE Transactions on Circuits and Systems in 1986-88 and a member of the International Electron Devices Meeting (IEDM) Technical Program Committee in 1980-82, 1987-89 and 1996-98. He was the chair of the Solid State Devices Subcommittee for IEDM in 1998 and was a member of the editorial board of Solid State Electronics from 1984 to 2002. He is presently a member of the editorial board of the Analog IC and Signal Processing Journal and the Technical Program Committee of the International Symposium on Power Semiconductor Devices and ICs (ISPSD) and the Technical Program Committee of the International Symposium on Low Power Electronics and Design (ISLPED). He chaired the technical program committee of ISPSD in 1996 and was the general chair for the conference in 1999.

Dr. Salama is the Scientific Director of Micronet, a network of centres of excellence focussing on microelectronics research and funded by the Canadian Government and Industry.

He has published extensively in technical journals, is the holder of eleven patents and has served as a consultant to the semiconductor industry in Canada and the U.S. His research interests include the design and fabrication of semiconductor devices and integrated circuits with emphasis on deep submicron devices as well as circuits and systems for high speed, low power signal processing applications.

Dr. Salama is a Fellow of the Institute of Electrical and Electronics Engineers, a Fellow of the Royal Society of Canada, a Fellow of the Canadian Academy of Engineering, a Fellow of the Engineering Institute of Canada, a member of the Association of Professional Engineers of Ontario and the Electrochemical Society.

## • GENERAL DATA

DATE OF BIRTH: September 27, 1938

CITIZENSHIP: Canadian

LANGUAGES: French

UNIVERSITY EDUCATION:

University of British Columbia (E.E.) 1964-1966
University of California, Berkeley (E.E.) 1963-1964
University of British Columbia (E.E.) 1957-1962

DEGREES:

Ph.D. (E.E.) 1966, University of B.C.
M.A.Sc. (E.E.) 1962, University of B.C.
B.A.Sc. (E.E.) (Honours) 1961, University of B.C.

THESES:

| | |
|---|---|
| Ph.D.: | Silicon on Sapphire (SOS) Thin Film Transistors Supervisor: Prof. L. Young |
| M.A.Sc.: | Static and Dynamic Characteristics of Series Connected Tunnel Diodes and their Applications in Digital Circuits Supervisor: Prof. M.P. Beddoes. |

PROFESSIONAL ENGINEERING REGISTRATION: Ontario (1970 to present)

SCIENTIFIC AND PROFESSIONAL SOCIETIES:

- **Fellow[*] - Engineering Institute of Canada (2007 to present)**

- **Fellow[*] - Canadian Academy of Engineering (2005 to present)**

- **Fellow[**] - Royal Society of Canada (2001 to present)**

- **Fellow[***] - Institute of Electrical and Electronics Engineers (IEEE) (1987 to present)**

- Member - Innovation Management Association of Canada (IMAC) (1991 to present)

- Member - Electrochemical Society (1967 to present)

- Chair - IEEE Toronto Section (1985 to 1987)

- Vice Chair - IEEE Toronto Section (1983 to 1985)

- Secretary - IEEE Toronto Section (1981 to 1983)

- Treasurer - IEEE Toronto Section (1979 to 1981)

---

[*]    **In recognition of notable and outstanding contributions to the field of microelectronics.**
[**]   **For innovation, creativity and leadership in semiconductor device research and integrated circuit design.**
[***]  **For contributions to the development of power semiconductor devices and the design of integrated circuits.**

AWARDS:

- **ITAC Outstanding Service Award, 2006**[•]
- **NSERC Lifetime Achievement Award of Research Excellence, 2004**[+]
- **Networks of Centres of Excellence (NCE) Recognition Award, 2004**[++]
- **IEEE Toronto Section Centennial Medal, 2003**[+++]
- **Outstanding Lifetime Achievement Award, Canadian Semiconductor Technology Conference, 2003**[++++]
- **IEEE Millenium Medal, 2000**[*]
- **Canada Council I.W. Killam Memorial Prize in Engineering, 1994**[**]
- **ITAC/NSERC Research Fellowship in Information Technology, 1989-1990.**[***]
- National Research Council Scholarship, 1965-1966
- National Research Council Scholarship, 1964-1965
- National Research Council Scholarship, 1962
- Northern Electric Graduate Research Fellowship, 1961-1962
- B.C. Electric Scholarship in E.E., 1960-1961
- B.C. Electric Proficiency Scholarship, 1958-1959

LISTED:

- Who's Who in Canada (1994 to present)
- Who's Who in Ontario (1994 to present)
- Who's Who in America (1991 to present)
- Men of Achievement (1990 to present)
- International Leaders in Achievement (1990 to present)
- Dictionary of International Biography (1990 to present)
- Men and Women of Distinction (1990 to present)
- Who's Who in Engineering (1980 to present)
- American Men of Science (1973 to present)
- Who's Who in the East (1973 to present)

PRESENT POSITION:

- **University Professor**[****] **(Emeritus)**
  Dept. of Electrical and Computer Engineering, University of Toronto, Toronto, Ontario, Canada, M5S 3G4

REFERENCES:

- Dr. A.R. Boothroyd, Professor, Dept. of Electronics, Carleton University, Ottawa, Ontario, Canada K1S 5B6.
- Dr. D. Hodges, Department of Electrical Engineering and Computer Sciences, University of California, Berkeley, California, 94720, U.S.A.
- Dr. L. Young, Professor, Department of Electrical Engineering, University of British Columbia, Vancouver, B.C. Canada V6T 1W5
- Dr. L.T. Bruton, Professor, Department of Electrical Engineering, University of Calgary, Calgary, Alberta, Canada T2N 1N4.
- Dr. H. Pépin, Professor, INRS Energie et Materiaux, C.P. 1020, Varennes, Quebec, Canada J3X 1S2.
- Dr. M. Kuhn, President, Econ Tech. Consulting and Management Services, Research Triangle World Trade Centre, 2525 Meridian Pkwy., Suite 50, P.O. Box 13487, Research Triangle Park, N. Carolina 27709, USA.

---

[•] **For outstanding contributions to Microelectronics in Canada.**
[+] **For outstanding and sustained contributions to the field of microelectronics.**
[++] **For research excellence and outstanding leadership.**
[+++] **In recognition of outstanding professional contributions.**
[++++] **For seminal and outstanding contributions to semiconductor device research and promotion of Canadian University research in microelectronics.**
[*] **For contribution to Electrical Engineering research.**
[**] **In recognition of outstanding achievement and exceptional contribution to the advancement of research in Electrical Engineering.**
[***] **For contribution to the field of information technology, specifically microelectronics.**
[****] **Only one percent of active tenured faculty at the University of Toronto are granted this significant honour (about 30 throughout the University).**

- Dr. Gabor C. Temes, Professor, Dept. of Electrical and Computer Engineering, Elec. & Comp. Eng. Bldg., Room 202, Oregon State University, Corvallis, Oregon 97331-3211, USA

# • ACADEMIC EXPERIENCE

1.  University of Toronto, Department of Electrical Engineering
    Positions:                 "University Professor" (July 1992 - present)
                               J.M. Ham Chair in Microelectronics (July 1987-October 1997)
                               Professor (July 1977-June 1992)
                               Associate Professor (July 1970-June 1977)
                               Assistant Professor (September 1967-July 1970)

    Courses Taught:

    Undergraduate:             Electronic Circuits
                               Integrated Circuits
                               Physical Electronics

    Graduate:                  VLSI Technology
                               Semiconductor Devices
                               Bipolar Integrated Circuit Design
                               MOS/LSI Design and Applications
                               VLSI Systems
                               VLSI Design Methodology

2.  Catholic University of Leuven, Belgium
    Position:  Visiting Professor, July 1975-July 1976

3.  University of British Columbia
    Position:  Teaching Assistant, September 1964-June 1966

4.  University of California, Berkeley
    Position:  Teaching Assistant, January 1963-June 1964.

# • RESEARCH AND CONSULTING EXPERIENCE

Dr. Salama has been involved in research in the areas of semiconductor devices and integrated circuits and has acted as a consultant to the semiconductor industry in Canada and the USA.

# • RESEARCH GRANTS/CONTRACTS

During his career at the University of Toronto, Dr. Salama has been the recipient of over $60M in research grants and contracts from federal, provincial and industry sources.

## ● PUBLICATIONS AND PATENTS

I.      Refereed Publications Appearing in Scientific Journals      186

II.     Conference Papers (in refereed conference proceedings)      155

III.    Patents                                                      17

IV.     Papers Appearing in Books                                    7

## I.   REFEREED PUBLICATIONS APPEARING IN SCIENTIFIC JOURNALS:

### I.(A)   FULL JOURNAL PAPERS

- I.Y. Park and C.A.T. Salama, "Super Junction LDMOS Transistors", IEEE Circuits and Devices, vol. 22, pp. 10-15, December 2006.

- F. Mahmoudi and C.A.T. Salama, "8GHz 1V, CMOS Quadrature Downconverter for Wireless Applications", J. on Analog Integrated Circuits and Signal Processing, vol. 48, pp. 185-197, 2006.

- R. Aroca and C.A.T. Salama, "Wide Dynamic Range Parallel Feedback Transimpedance Amplifier for 10 Gb/s Optical Links", J. on Analog Integrated Circuits and Signal Processing, vol. 48, pp. 167-174, 2006.

- I.Y. Park and C.A.T. Salama, "New Super Junction LDMOST with N-Buffer Layer", IEEE Trans. on Electron Devices, vol. 53, pp. 1909-1913, 2006.

- S. Hamedi Hagh and C.A.T. Salama, "CMOS Wireless Phase-Shifted Transmitter", IEEE J. of Solid State Circuits, vol. 39, pp. 1241-1252, 2004.

- S. Nassif-Khalil, L.Z. Hou and C.A.T. Salama, "Super Junction/RESURF LDMOST (SJR-LDMOST)", IEEE Trans. On Electron Devices, vol. 51, pp. 1185-1191, 2004.

- S. Nassif-Khalil and C.A.T. Salama, "Super-Junction LDMOST on a Silicon-on-Sapphire Substrate", IEEE Trans. On Electron Devices, vol. 50, pp. 1385-1391, 2003.

- D. Suvakovic and C.A.T. Salama, "Energy Efficient Adiabatic Multiplier-Accumulator Design", Journal of VLSI Signal Processing, vol. 33, pp. 83-103, 2003.

- *N. Fujishima, A. Sugi, S. Kajiwara, K. Matsubara, Y. Nagayasu and C.A.T. Salama, "A High Density Low on Resistance Trench Lateral Power MOSFET with a Trench Bottom Source Contact", IEEE Trans. on Electron Devices, vol. 49, pp. 1462-1468, 2002.

- H. Djahanshahi, N. Saniei, S.P. Voinigescu, M.C. Maliepaard and C.A.T. Salama, "A 20GHz InP-HBT Voltage-Controlled Oscillator with Wide Frequency Tuning Range", IEEE Trans. On Microwave Theory and Techniques, vol. 49, pp. 1566-1572, 2001.

- W. Yang and C.A.T. Salama, "A 1.8V 15-bit 1mW 2nd-Order Sigma-Delta Modulator", J. on Analog IC and Signal Processing, vol. 26, pp. 191-204, 2000.

- J.Z. Ren and C.A.T. Salama, "1V SOI NMOSFET with Suppressed Floating Body Effects", Solid State Electronics, vol. 44, pp. 1931-1937, 2000.

- M. Ramezani and C.A.T. Salama, "A 0.8um BiCMOS Gate Driver for IGBT Power Switch", J. on Analog Integrated Circuits and Signal Processing, vol. 24, pp. 175-185, 2000.

---
* Most significant papers.

- *H. Djahanshahi and C.A.T. Salama, "Differential CMOS Circuits for 622MHz/933MHz Clock and Data Recovery Applications", IEEE J. Solid State Circuits, vol. 35, pp. 847-855, 2000.

- H. Djahanshahi, F. Hansen and C.A.T. Salama, "Gigabit-per-Second, ECL-Compatible I/O Interface in 0.35um CMOS", IEEE J. Solid State Circuits, vol. 34, pp.1074-1083, 1999.

- *J. Ranaweera, W.T. Ng and C.A.T. Salama, "Simulation Fabrication and Characterization of a 3.3V Flash ZE$^2$PROM Array Implemented in a 0.8um CMOS Process", Solid State Electronics, vol. 43, pp. 263-273, 1999.

- D. Hiemstra, A. Kizeev, L. Hou and C.A.T. Salama, "Dose Rate and Total Dose Dependence of Low Frequency Noise Performance, I-V Curves and Sidegating for GaAs MESFETs", IEEE Trans. on Nuclear Science, vol. 45, pp. 2616-2623, 1998.

- *X.B. Chen, P.A. Mawby, K. Board, and C.A.T. Salama, "Theory of a Novel Voltage-Sustaining Layer for Power Devices", Microelectronics Journal, vol. 29, pp. 1005-1011, 1998.

- *M. Aliahmad and C.A.T. Salama, "Integration of a Short-Loop SLIC in a Low-Voltage Submicron BiCMOS Technology", IEEE J. of Solid State Circuits, vol. 33, pp. 850-858, 1998.

- M. Aliahmad and C.A.T. Salama, "A High Voltage Line Driver for Subscriber Loop Interfaces in a Low Voltage Submicron BiCMOS Technology", J. on Analog Integrated Circuits and Signal Processing, vol. 17, pp. 261-274, 1998.

- T. Sowlati, Y. Greshishchev and C.A.T. Salama, "Phase-Correcting Feedback System for Class E Power Amplifier" IEEE J. Solid State Circuits, vol. 32, pp. 544-550, 1997.

- *Y. Li, C.A.T. Salama, M. Seufert, P. Schvan and M. King, "Design and Characterization of Submicron BiCMOS Compatible HV NMOS and PMOS Devices, IEEE Trans. on Electron Devices, vol. 44, pp. 331-338, 1997.

- J. Ranaweera, I. Kalastirsky, E. Gulersen, W.T. Ng and C.A.T. Salama, "A Novel Programming Method for High Speed, Low Voltage Flash E$^2$PROM Cells", Solid State Electronics, vol. 39, pp. 981-989, 1996.

- *Y.Q. Li, C.A.T. Salama, M. Seufert, P. Schvan and M. King, "A Resurfed High-Voltage NMOS Device Fully Compatible with a Low-Voltage 0.8µm BiCMOS Technology", Solid State Electronics, vol. 39, pp. 571-576, 1996.

- *R.Y.V. Chik and C.A.T. Salama, "Design of a 1.5V Full-Swing Bootstrapped BiCMOS Logic Circuit", IEEE J. Solid State Circuits, vol. 30, pp. 972-978, 1995.

- *T. Sowlati, C.A.T. Salama, J. Sitch, G. Rabjohn and D. Smith, "Low Voltage, High Efficiency GaAs Class E Power Amplifiers for Wireless Transmitters", IEEE J. Solid State Circuits, vol. 30, pp.1074-1080, 1995.

- Z.R. Tang, T. Kamins and C.A.T. Salama, "Analytical and Experimental Characteristics of SiGe Heterojunction Bipolar Transistors with Thin α-Si:H Emitters", Solid State Electronics, vol. 38, pp. 1829-1834, 1995.

- *S.P. Voinigescu, P.B. Rabkin, C.A.T. Salama and P.A. Blakey, "2D Numerical Investigation of the Impact of Compositional Grading on the Performance of Submicrometer Si-SiGe MOSFETs", IEEE Trans. on Electron Devices, vol. 42, pp. 1039-1046, 1995.

- *P. Li, Y. Li and C.A.T. Salama, "A Heterojunction Bipolar Transistor with a Thin α−Si Emitter", IEEE Trans. on Electron Devices, vol. 41, pp. 932-935, 1994.

- S. Voinigescu, K. Iniewski, R. Lisak, C.A.T. Salama, J.P. Noel and D.C. Houghton, "New Technique for the Characterization of Si/SiGe Layers using Heterostructure MOS Capacitors", Solid State Electronics, vol. 37, pp.1491-1501, 1994.

- K. Iniewski, M. Liu and C.A.T. Salama, "Doping Profiles Characterization in GaAs Semi-Insulating Substrates using Capacitance-Voltage, Conductance-Voltage and Current-Voltage Measurements", J. Vac. Science and Technology B, vol. 12, pp. 327-331, 1994.

- P.K.T. Mok and C.A.T. Salama, "A Novel High-Voltage High-Speed MESFET Using a Standard GaAs Digital IC Process", IEEE Trans. on Electron Devices, vol. 41, pp. 246-250, 1994.

- S. Liang, C.A.T. Salama and M. Maliepaard, "Modeling of the DC Characteristics of Merged Bipolar-MOS Structures", Solid State Electronics, vol. 37, pp. 387-392, 1994.

- *O.M.K. Law and C.A.T. Salama, "GaAs Split Phase Dynamic Logic", IEEE J. of Solid State-Circuits, vol. 29, pp. 617-622, 1994.

- S. Xiao and C.A.T. Salama, "High-Gain GaAs MESFET Op Amp", J. on Analog Integrated Circuits and Signal Processing, vol. 5, pp. 169-173, 1994.

- J.H. Pasternak and C.A.T. Salama, "Differential Pass-Transistor Logic", Circuits and Devices, vol. 9, #4, pp. 23-28, 1993.

- K. Iniewski, S. Voinigescu, J. Atcha and C.A.T. Salama, "Analytical Modeling of Threshold Voltages in p-Channel Si-SiGe-Si MOS Structures", Solid State Electronics, vol. 36, pp. 775-783, 1993.

- Z.R. Tang, C.A.T. Salama, J.P. Noel, D. Houghton and M. Buchanan, "Characteristics of Mesa and LOCOS-Isolated Molecular Beam Epitaxy SiGe Diodes", Canadian J. Physics, vol. 70, pp. 969-974, 1993.

- S. Voinigescu and C.A.T. Salama, "Optimal Channel Grading in p-type Si-SiGe MOSFETs", Can. J. Physics, vol. 70, pp. 975-978, 1993.

- A.M. Cujec, D. Nairn and C.A.T. Salama, "An Optimized Bit Cell Design for a Pipelined Current-Mode Algorithmic A/D Converter", J. on Analog Integrated Circuits and Signal Processing, vol. 3, pp. 137-141, 1993.

- *Q. Lu, P. Ratnam and C.A.T. Salama, "Novel High-Voltage Silicon-on-Insulator MOSFETs", Solid State Electronics, vol. 35, pp. 1745-1750, 1992.

- *C.P. Chong, C.A.T. Salama and K.C. Smith, "An Imager with Built-in Image-Velocity Computation Capability", IEEE Trans. on Circuits and Systems for Video Technology, vol. 2, pp. 306-312, 1992.

- *C.P. Chong, C.A.T. Salama and K.C. Smith, "A Novel Technique for Image-Velocity Computation", IEEE Trans. on Circuits and Systems for Video Technology, vol. 2, pp. 313-318, 1992.

- *S. Liang, L.Z. Hou, T. Gu and C.A.T. Salama, "Latch-up Modeling of BiCMOS Merged Bipolar-MOS Structures", Solid State Electronics, vol. 35, pp. 1461-1469, 1992.

- M. Mittal and C.A.T. Salama, "A GaAs 8x8 Cross-Point Switch for High Speed Digital Communications," J. High Speed Electronics, vol. 3, pp. 1-12, 1992.

- C.P. Chong, C.A.T. Salama and K.C. Smith, "Real-Time Edge Detection and Image Segmentation", Journal on Analog Integrated Circuits and Signal Processing, vol. 2, pp. 117-130, 1992.

- K. Iniewski and C.A.T. Salama, "Optimization of the CV Profiling Method Based on Inverse Modeling", J. Vac. Science and Technology, vol. 10, pp. 480-484, 1992.

- D.H.K. Hoe and C.A.T. Salama, "GaAs Pipelined Dynamic Logic", Integration, vol. 12, pp. 93-105, 1991.

- D.H.K. Hoe and C.A.T. Salama, "Dynamic GaAs Logic Circuits", J. High Speed Electronics, vol. 2, pp. 163-183, 1991.

- *J.H. Pasternak and C.A.T. Salama, "GaAs MESFET Differential Pass-Transistor Logic", IEEE J. Solid State Circuits, vol. 26, pp. 1309-1316, 1991.

- *J.H. Pasternak and C.A.T. Salama, "Design of Submicrometer CMOS Differential Pass-Transistor Logic Circuits", IEEE J. Solid State Circuits, vol. 26, pp. 1249-1258, 1991.

- *D.H.K. Hoe and C.A.T. Salama, "GaAs Trickle Transistor Domino Logic (TTDL)", IEEE J. Solid State Circuits, vol. 26, pp. 1441-1448, 1991.

- W.T. Ng and C.A.T. Salama, "A CMOS-Compatible Complementary SINFET HVIC Process", IEEE Trans. on Electron Devices, vol. 38, pp. 1935-1942, 1991.

- M. Patel, P. Ratnam and C.A.T. Salama, "A Novel Body Contact for SIMOX Based SOI MOSFETs", Solid State Electronics, vol. 34, pp. 1071-1075, 1991.

- D. Hoe and C.A.T. Salama, "Dynamic GaAs Capacitively Coupled Domino Logic (CCDL)", IEEE J. of Solid State Circuits, vol. 26, pp. 844-849, 1991.

- A. Nezar and C.A.T. Salama, "Breakdown Voltage in LDMOS Transistors Using Internal Field Rings", IEEE Trans. on Electron Devices, vol. 38, pp. 1676-1680, 1991.

- *K. Iniewski and C.A.T. Salama, "A New Approach to CV Profiling with Sub-Debye-Length Resolution", Solid State Electronics, vol. 34, pp. 309-314, 1991.

- W.T. Ng, S. Liang and C.A.T. Salama, "SINFET Device Modeling", Solid State Electronics, vol. 33, pp. 1569-1580, 1990.

- *D.G. Nairn and C.A.T. Salama, "Current Mode Algorithmic A/D Converters", IEEE J. Solid State Circuits, vol. 25, pp. 997-1004, 1990.

- H.W. Singor and C.A.T. Salama, "A High Performance CMOS Compatible 8-bit Current Scaling D/A Converter, IEE Proceedings, vol. 137, Part G, pp. 169-174, 1990.

- D. Nairn and C.A.T. Salama, "Algorithmic A/D Converters Using Current Mode Techniques", IEE Proceedings, vol. 137, Part G, pp. 163-168, 1990.

- *D. Nairn and C.A.T. Salama, "A Ratio Independent Algorithmic Analog to Digital Converter Combining Current Mode and Dynamic Techniques", IEEE Trans. on Circuits and Systems, vol. 37, pp. 319-325, 1990.

- A. Kassam, C. Meadowcroft, C.A.T. Salama, and P. Ratnam, "Characterization of $BCl_3 - Cl_2$ Silicon Trench Etching", J. Electrochemical Soc., vol. 137, pp. 1613-1617, 1990.

- *Z. Parpia and C.A.T. Salama, "Optimization of RESURF LDMOS Transistors: An Analytical Approach", IEEE Trans. on Electron Devices, vol. 37, pp. 789-796, 1990.

- W. Ng, S. Liang and C.A.T. Salama, "Schottky Barrier Diode Characteristics Under High Level Injection", Solid State Electronics, vol. 33, pp. 39-46, 1990.

- K.J. Schultz, D.H.K. Hoe and C.A.T. Salama, "A Microprogrammable Processor Using Single Poly EPROM", Integration, vol. 8, pp. 189-199, 1989.

- J.K.O. Sin, C.A.T. Salama, and L.Z. Hou, "Transient Characteristics of N-Channel Hybrid Schottky Injection FET's, "IEEE Trans. on Electron Devices, vol. 36, pp. 993-1000, 1989.

- J.K.O. Sin, C.A.T. Salama, V. Rumennik and S. Mukherjee, "High Voltage Characteristics of Resurfed Schottky Injection FET's", Solid State Electronics, vol. 34, pp. 317-326, 1989.

- S. Tarasewicz and C.A.T. Salama, "Threshold Voltage Characteristics of Ion Implanted Depletion MOSFETs", Solid State Electronics, vol. 33, pp. 1441-1446, 1988.

- *Z. Parpia, C.A.T. Salama and R. Hadaway, "A CMOS-Compatible High-Voltage IC Process", IEEE Trans. on Electron Devices, vol. 35, pp. 1687-1694, 1988.

- Z. Parpia, C.A.T. Salama and R. Hadaway, "Modelling and Characterization CMOS Compatible High Voltage Device Structures", IEEE Trans. on Electron Devices, vol. ED-34, pp. 2335-2343, 1987.

- S. Wong and C.A.T. Salama, "Improved Simulation of p and n channel MOSFETs Using an Enhanced SPICE MOS3 Model", IEEE Trans. on CAD, vol. CAD-6, pp. 586-590, 1987.

- *J.H. Pasternak, A.S. Shubat and C.A.T. Salama, "CMOS Differential Pass-Transistor Logic Design", IEEE J. Solid State Circuits, vol. SC-22, pp. 216-222, 1987.

- A.S. Shubat, J.A. Pretorius and C.A.T. Salama, "Expandable Arithmetic Block Macrocell", Integration, vol. 5, pp. 47-71, 1987.

- *J. Sin, C.A.T. Salama and L. Hou, "The SINFET - A Schottky Injection MOS-Gated Power Transistor", IEEE Trans. on Electron Devices, vol. 33, pp. 1940-1947, 1986.

- *Z. Parpia, J.G. Mena and C.A.T. Salama, "A Novel CMOS Compatible High-Voltage Transistor Structure", IEEE Trans. on Electron Devices, vol. 33, pp. 1948-1952, 1986.

- *S.L. Wong and C.A.T. Salama, "A Switched Differential Op Amp with Low Offset and Reduced 1/f Noise", IEEE Trans. on Circuits and Systems, vol. CAS-33, pp. 1119-1127, 1986.

- S. Tarasewicz and C.A.T. Salama, "Simulation of the Accumulation-Punchthrough Mode in Depletion MOSFETs", Solid State Electronics, vol. 29, pp. 1025-1034, 1986.

- *J.G. Mena and C.A.T. Salama, "High Voltage Multiple Resistivity Drift Region LDMOS Transistors", Solid State Electronics, vol. 29, pp. 647-656, 1986.

- *J.A. Pretorius, A.S. Shubat and C.A.T. Salama, "Charge Redistribution and Noise Margins in Domino CMOS Logic", IEEE Trans. on Circuits and Systems, vol. CAS-33, pp. 786-793, 1986.

- *J.A. Pretorius, A.S. Shubat and C.A.T. Salama, "Latched Domino CMOS Logic", IEEE J. of Solid State Circuits, vol. SC-21, pp. 514-522, 1986.

- S.L. Wong and C.A.T. Salama, "An Efficient CMOS Buffer for Driving Large Capacitive Loads", IEEE J. of Solid State Circuits, vol. SC-21, pp. 464-469, 1986.

- J. Sin and C.A.T. Salama, "Wideband DMOS Amplifier Competes with Bipolar", Microwaves and RF, vol. 25, pp. 113-120, June 1986.

- J. Sin and C.A.T. Salama, "High Frequency Distortion Analysis in DMOS Transistors", Solid State Electronics, vol. 28, pp. 1223-1233, June 1985.

- *J.A. Pretorius, A.S. Shubat and C.A.T. Salama, "Analysis and Design Optimization of Domino CMOS Logic with Applications to Standard Cells", IEEE J. Solid State Circuits, vol. SC-20, pp. 523-530, 1985.

- P. Ratnam and C.A.T. Salama, "A New Approach to the Modeling of Nonuniformly Doped Short-Channel MOSFET's", IEEE Trans. on Electron Devices, vol. ED-31, pp. 1289-1298, 1984.

- P. McGregor, J. Mena and C.A.T. Salama, "Small-Signal High-Frequency Performance of Power MOS Transistors", Solid State Electronics, vol. 27, pp. 419-432, 1984.

- *Z. Parpia, C.A.T. Salama, G.C. Salter and W.A. Coles, "Micropower Monolithic Filters Using Bipolar/JFET Technology", IEEE Trans. on Electron Devices, vol. ED-31, pp. 165-171, 1984.  (also published in IEEE J. Solid State Circuits, vol. SC-19, 1984).

- J. Mena and C.A.T. Salama, "Breakdown Voltage Design Considerations in VDMOS Structures", IEEE Trans. on Electron Devices, vol. ED-31, pp. 109-113, 1984.

- S. Tarasewicz and C.A.T. Salama, "Theory of the Surface Depletion Region for Semi-conductors with Linearly Graded Impurity Profiles", Solid State Electronics, vol. 27, pp. 33-43, 1984.

- S. Haque-Ahmed and C.A.T. Salama, "Depletion Mode MOSFET Modeling for CAD", IEE Proceeding I, Solid State and Electron Devices, vol. 130, pp. 281-286, 1983.

- *S. Wong and C.A.T. Salama, "Impact of Scaling on MOS Analog Performance", IEEE Journal of Solid State Circuits, vol. SC-18, pp. 106-114, 1983.

- S. Tarasewicz and C.A.T. Salama, "Transconductance Degradation in VVMOS Power Transistors due to Thermal and Field Effects", Solid State Elec., vol. 25, pp. 1165-1170, 1982.

- S.D.S. Malhi and C.A.T. Salama, "Double Implanted Subvolt JFETs", Solid State Electronics, vol. 25, pp. 791-795, 1982.

- *C.A.T. Salama, "VLSI Technology for Telecommunications IC's", IEEE Journal of Solid State Circuits, vol. SC-16, pp. 253-260, 1981.

- *S.D.S. Malhi, C.A.T. Salama and W.R. Donnison, "A Low-Voltage Micropower JFET/Bipolar Op Amp", IEEE J. Solid State Circuits, vol. SC-16, pp. 669-679, 1981.

- *S.D.S. Malhi, C.A.T. Salama, W.R. Donnison and H.D. Barber, "Subsurface Junction Field Effect Transistor", IEEE J. Solid State Circuits, vol. ED-28, pp. 1447-1454, 1981.

- W.A. Lane and C.A.T. Salama, "Compatible VVMOS and NMOS Technology for Power MOS ICs", IEE Proceedings I, Solid State and Electron Devices, vol. 128, pp. 87-91, 1981.

- D.A. Smith and C.A.T. Salama, "A UMOS Power Field Effect Transistor", Solid State Electronics, vol. 24, pp. 687-692, 1980.

- S. Tarasewicz and C.A.T. Salama, "A High Voltage UMOS Transistor", Solid State Electronics, vol. 24, pp. 435-443, 1981.

- S.D.S. Malhi and C.A.T. Salama, "V-Groove Isolated BIFET Technology for Micropower ICs", IEE Proc. I, Solid State and Electron Devices, vol. 127, pp. 169-175, 1980.

- N. Friedman, C.A.T. Salama and P.M. Thompson, "Computer Analysis and Modeling of ICSL Gates", IEEE J. of Solid State Circuits, vol. SC-15, pp. 340-345, 1980.

- W.A. Lane and C.A.T. Salama, "Epitaxial VVMOS Power Transistors", IEEE Trans. on Electron Devices, vol. ED-27, pp. 319-356, 1980.

- T.D. Mok and C.A.T. Salama, "The Characteristics of an Enhancement Mode VFET", Solid State Electronics, vol. 23, pp. 631-633, 1980.

- *C.A.T. Salama, and J. Oakes, "Nonplanar Power Field-Effect Transistors", (Invited Paper), IEEE Trans. ED, vol. ED-25, pp. 1222-1228, 1980.

- T.D. Mok and C.A.T. Salama, "A V-Groove Schottky-Barrier FET for UHF Applications", IEEE Trans. ED, vol. ED-25, pp. 1235-1240, 1978.

- N. Friedman, C.A.T. Salama and P.M. Thompson, "Injection-Coupled Synchronous Logic", IEEE J. of Solid State Circuits, vol. SC-13, pp. 549-555, 1978.

- C.A.T. Salama, "Microcomputer Technology", International Journal of Mini and Microcomputers, vol. 1, pp. 2-13, 1978.

- S. Can and C.A.T. Salama, "An Integrated Voltage-Controlled Oscillator Circuit Using Single-Channel MOS Technology", IEE J. on Electronic Circuits and Systems, vol. 2, pp. 109-114, 1978.

- T.D. Mok and C.A.T. Salama, "Nonplanar Power Field-Effect Transistor", IEE J. of Solid State and Electron Devices, vol. 2, pp. 52-56, 1978.

- C.A.T. Salama, "A New Short Channel MOSFET (UMOST) Structure", Solid State Electronics, vol. 20, pp. 1003-1009, 1977.

- B. Farzan and C.A.T. Salama, "Depletion V-Groove MOS (VMOS) Power Transistors", Solid State Electronics, vol. 19, pp. 297-306, 1976.

- T.D. Mok and C.A.T. Salama, "The Characteristics and Applications of a V-Shaped Notched-Channel Field-Effect Transistor (VFET)", Solid State Electronics, vol. 19, pp. 159-166, 1976.

- C.M. Parks and C.A.T. Salama, "V-Groove (VMOS) Conductively Connected Charge Coupled Devices", Solid State Electronics, vol. 18, pp. 1061-1068, 1975.

- T.D. Mok and C.A.T. Salama, "A Charge-Transfer-Device Logic Cell", Solid State Electronics, vol. 17, pp. 1147-1154, 1974.

- F.E. Holmes and C.A.T. Salama, "A V-Groove Oxide Isolated Bipolar Bucket Brigade Shift Register", Solid State Electronics, vol. 17, pp. 1193-1200, 1974.

- C.St.L. Rhodes and C.A.T. Salama, "A Simplified Method of Measuring Lifetime Using Steady-State Back Illumination of an MOS Capacitor", Journal of the Electrochemical Society, vol. 121, pp. 1219-1222, 1974.

- F.E. Holmes and C.A.T. Salama, "VMOS - A New MOS Integrated Circuit Technology", Solid State Electronics, vol. 17, pp. 301-305, 1974.

- P.P. Gelberger and C.A.T. Salama, "Moat-Etched Two-Phase Charge-Coupled Devices", Solid State Electronics, vol. 17, pp. 791-797, 1974.

- C.St.L. Rhodes and C.A.T. Salama, "Determination of the Lifetime from Thermal Generation and Optical Injection in a Pulsed MOS Capacitor", Journal of Physics D: Applied Physics, vol. 6, pp. 1798-1815, 1973.

- C.A.T. Salama and E. Siciunas, "Characteristics of RF Sputtering $BaTiO_3$ Films on Silicon", Journal of Vacuum Science and Technology, vol. 9, pp. 91-96, 1972.

- C.A.T. Salama, "Conduction in $Al_2O_3$ Films and Charge Storage in MAOS Structures", Journal of Electrochemical Society, vol. 118, pp. 1993-1999, 1971.

- E.A. Fogels and C.A.T. Salama, "Characterization of Surface States at the $Si-SiO_2$ Interface Using the Quasi-Static Technique", Journal of the Electrochemical Society, vol. 118, pp. 2002-2006, 1971.

- C.A.T. Salama, "RF Sputtered Aluminum Oxide Films on Silicon", J. Electrochemical Society, vol. 117, pp. 913-917, 1970.

- C.A.T. Salama and G.W. Taylor, "Automatic Measurement of Charge Storage in MNOS Memory Structures", Journal of Physics E: Scientific Instruments, vol. 3, pp. 558-560, 1970.

- T.D.W. Curtis and C.A.T. Salama, "The Use of a Breadboard Chip in Conjunction with Computer-Aided Design of Integrated Circuits", Microelectronics and Reliability, vol. 7, pp. 313-319, 1968.

- C.A.T. Salama and L. Young, "Evaporated Silicon Thin-Film Transistors", Solid State Electronics vol. 10, pp. 473-484, 1967.

- C.A.T. Salama, T.W. Tucker and L. Young, "Structure, Conductivity and Hall Effect of Electron Bombardment Evaporated Silicon Films on Sapphire", Solid State Electronics, vol. 10, pp. 339-351, 1967.

## I.(B)  LETTERS AND NOTES

- F. Vessal and C.A.T. Salama, "An 8-Bit 2-Gsample/s Folding-Interpolating Analog-to-Digital Converter in SiGe Technology", IEEE J. of Solid State Circuits, vol. 39, pp.239-241, 2004.

- M. Ramezani and C.A.T. Salama, "Analysis of a Half-Rate Bang-Bang Phase-Locked-Loop", IEEE Trans. on Circuits and Systems, Part II, vol. 49, pp. 505-509, 2002.

- D. Suvakovic and C.A.T. Salama, "A Low $V_t$ CMOS Implementation of an LPLV Digital Filter Core for Portable Audio Applications", IEEE Trans. Circuits and Systems II, vol. 47, pp. 1297-1300, 2000.

- *H. Djahanshahi and C.A.T. Salama, "Robust Two-Stage Current-Controlled Oscillator in Submicrometre CMOS", Electronics Letters, vol. 35, pp. 1837-1839, 1999.

- W. Zhang and C.A.T. Salama, "Subthreshold MESFET Empirical Model", Solid State Electronics, vol. 41, pp. 781-783, 1997.

- T. Sowlati, Y. Greshishchev and C.A.T. Salama, "1.8GHz Class E Power Amplifier for Wireless Communications", Electronics Letters, vol. 32, pp. 1846-1848, 1996.

- O.M.K. Law and C.A.T. Salama, "GaAs Schmitt Trigger Memory Cell Design", IEEE J. Solid State Circuits, vol. 31, pp. 1190-1192, 1996.

- O.M.K. Law and C.A.T. Salama, "GaAs Dynamic Memory Design", IEEE J. Solid State Circuits, vol. pp. 1193-1196, 1996.

- P.K.T. Mok, A. Nezar and C.A.T. Salama, "A Self-Aligned Trenched Cathode LIGBT with High Latch-Up Resistance", IEEE Trans. on Electron Devices, vol. 42, pp. 2236-2239, 1995.

- Z.R. Tang, T. Kamins, P. Li and C.A.T. Salama, "SiGe Heterojunction Bipolar Transistors with Thin α-Si Emitters", IEEE Electron Devices Letters, vol.14, pp. 438-440, 1993.

- R. Chik and C.A.T. Salama, "A 1.5V Bootstrapped BiCMOS Logic Gate", Electronics Letters, vol. 29, pp. 307-308, 1993.

- M. Mittal and C.A.T. Salama, "DPTL 4-b Carry Lookahead Adder", IEEE J. Solid State Circuits, vol. 27, pp. 1644-1647, 1992.

- S. Xiao, R.Y.V. Chik and C.A.T. Salama, "Improved Double Cascode Self-Bootstrapping Technique for Gain Enhancement in GaAs MESFET OpAmps", Electronics Letters, vol. 28, pp. 1128-1129, 1992.

- C.P. Chong, C. Andre T. Salama and K.C. Smith, "Image-Motion Detection Using Analog VLSI", IEEE J. of Solid State Circuits, vol. 27, pp. 93-96, 1992.

- K. Iniewski and C.A.T. Salama, "A New Method for Fixed Oxide Charge Determination Using a Dual-Gate MOS Capacitor", IEEE Trans. on Electron Devices, vol. 38, pp. 2565-2567, 1991.

- S. Liang, L.Z. Hou, T. Gu and C.A.T. Salama, "Latchup in Physically Merged Bipolar-MOS BiCMOS Structures", Electronics Letters, vol. 27, pp. 1124-1125, 1991.

- K. Iniewski and C.A.T. Salama, "A New Method for Extraction of the Effective Channel Length in Submicron MOSFETs", Electronics Letters, vol. 27, pp. 508-509, 1991.

- S. Liang, D.H.K. Hoe and C.A.T. Salama, "A BiCMOS DCVSL Gate", Electronics Letters, vol. 27, pp. 346-347, 1991.

- *H.W. Singor and C.A.T. Salama, "A Low-Power High-Speed 10-Bit CMOS-Compatible D/A Converter", IEEE Trans. on Circuits and Systems, vol. 38, pp. 322-326, 1991.

- J. Pasternak and C.A.T. Salama, "GaAs MESFET Differential Pass-Transistor Logic", Electronics Letters, vol. 26, pp. 1597-1598, 1990.

- D.H.K. Hoe and C.A.T. Salama, "GaAs Capacitively Coupled Domino Logic Gate", Electronics Letters", vol. 25, pp. 1714-1715, 1989.

- D.H.K. Hoe, K.J. Schultz, C.A.T. Salama, R.A. Hadaway and P. Kempf, "Cell and Circuit Design for Single-Poly EPROM", IEEE Journal of Solid State Circuits, vol. 24, pp. 1153-1157, 1989.

- H.W. Singor, C.A.T. Salama and I. Scott, "Improved D/A Conversion Technique Using Current Splitting In Lateral Bipolar Transistors", Electronics Letters, vol. 24, pp. 1490-91, 1988.

- D. Nairn and C.A.T. Salama, "High-Resolution, Current-Mode A/D Converters Using Active Current Mirrors", Electronics Letters, vol. 24, pp. 1331-1332, 1988.

- P.T. Lai, A. Kassam and C.A.T. Salama, "Self-Aligned Bipolar Transistor Using Double Thermal Oxidation", Electronics Letters, vol. 24, pp. 1343-1344, 1988.

- D. Nairn and C.A.T. Salama, "Algorithmic Analogue/Digital Convertor Based on Current Mirrors", Electronics Letters, vol. 24, pp. 471-472, 1988.

- J. Sin and C.A.T. Salama, "Hybrid Schottky Injection MOS-Gated Power Transistor", Electronics Letters, vol. 22, pp. 1003-1005, 1986.

- S.L. Wong, N. Kalyanasundaram and C.A.T. Salama, "Wide Dynamic Range Four-Quadrant CMOS Analog Multiplier Using Linearized Transconductance Stages", IEEE J. Solid State Circuits, pp. 1120-1122, 1986.

- A.S. Shubat, J.A. Pretorius and C.A.T. Salama, "Differential Pass Transistor Logic in CMOS Technology", Electronics Letters, vol. 22, pp. 194-295, 1986.

- W.T. Ng and C.A.T. Salama, "High-Speed High-Resolution CMOS Voltage Comparator", Electronics Letters, vol. 22, pp. 338-339, 1986.

- J.K.O. Sin and C.A.T. Salama, "The SINFET: A New High Conductance, High Switching Speed MOS-Gated Transistor", Electronics Letters, vol. 21, pp. 1134-1136, 1985.

- S.L. Lin and C.A.T. Salama, "A $V_{be}$ (T) Model with Application to Bandgap Reference Design", IEEE J. Solid State Circuits, vol. SC-20, pp. 1283-1285, 1985.

- P. Ratnam and C.A.T. Salama, "Selectively Implanted Oxygen Isolation Technology (SIO)", Electronics Letters, vol. 21, pp. 448-449, 1985.

- S. Wong and C.A.T. Salama, "Technique for Offset Voltage Cancellation in MOS Operational Amplifiers", Electronics Letters, vol. 21, pp. 389-390, 1985.

- J.A. Pretorius, A.S. Shubat and C.A.T. Salama, "Testability Enhancement of Domino CMOS Logic", Electronics Letters, vol. 21, pp. 336-337, 1985.

- J.A. Pretorius, A.S. Shubat and C.A.T. Salama, "Latched Domino CMOS Logic", Electronics Letters, vol. 21, pp. 263-264, 1985.

- D. Choi and C.A.T. Salama, "Low Voltage High Performance E/D MOS Logic", Electronics Letters, vol. 17, pp. 879-880, 1981.

- S.D.S. Malhi and C.A.T. Salama, "Cutoff Frequency of Graded Channel FET", Electronics Letters, vol. 16, pp. 261-263, 1980.

- W.A. Lane, C.A.T. Salama and S. Dmitrevsky, "On-Resistance of VVMOS Power Transistors", Electronics Letters, vol. 15, pp. 601-602, 1979.

- G. Tzanateas, C.A.T. Salama and Y.P. Tsividis, "A CMOS Bandgap Voltage Reference", IEEE J. of Solid State Circuits, vol. SC-14, pp. 655-657, 1979.

- S.D.S. Malhi and C.A.T. Salama, "The Early Voltage of a Lateral PNP Transistor", Solid State Electronics, vol. 21, pp. 1187-1190, 1978.

- Y.L. Ho, F.E. Holmes and C.A.T. Salama, "V-Groove Substrate FED Logic", Electronics Letters, vol. 14, pp. 240-241, 1978.

- N. Friedman, C.A.T. Salama, F.E. Holmes and P.M. Thompson, "Realization of a Multivalued Integrated Injection Logic (MI$^2$L) Full Adder", IEEE J. of Solid State Circuits, vol. SC-12, pp. 532-534, 1978.

- T.D. Mok and C.A.T. Salama, "High-Frequency Performance of Power VFET", IEEE Trans. on Electron Devices, vol. ED-25, pp. 384-386, 1978.

- N. Friedman, C.A.T. Salama, F.E. Holmes and P.M. Thompson, "Multivalued Integrated-Injection-Logic (MI$^2$L) Full Adder", Electronics Letters, vol. 13, pp. 135-136, 1977.

- T.D. Mok and C.A.T. Salama, "V-Groove Power Junction Field-Effect Transistor for VHF Applications", Electronics Letters, vol. 12, pp. 582-583, 1976.

- B. Farzan and C.A.T. Salama, "Depletion MOS Power Transistors", Electronics Letters, vol. 24, pp. 565-566, 1975.

- T.D. Mok and C.A.T. Salama, "V-Shaped Notched-Channel Field-Effect Transistor", Electronics Letters, vol. 10, pp. 478-479, 1974.

- C. Parks and C.A.T. Salama, "VMOS Conductively Coupled Charge-Coupled Device", Electronics Letters, vol. 9, pp. 593-594, 1973.

- F.E. Holmes and C.A.T. Salama, "V Groove MOS Transistor Technology", Electronics Letters, vol. 9, pp. 457-458, 1973.

- T.D. Mok and C.A.T. Salama, "MOS Bucket-Brigade AND-OR Logic Array", Electronics Letters, vol. 9, pp. 135-136, 1973.

- T.D. Mok and C.A.T. Salama, "Logic Array Using Charge-Transfer Devices", Electronics Letters, vol. 8, pp. 495-496, 1972.

- P.P. Gelberger and C.A.T. Salama, "A Uniphase Charge-Coupled Device", Proc. IEEE, vol. 18, pp. 721-722, 1972.

- F.E. Holmes and C.A.T. Salama, "Modified Bipolar-Phototransistor Structure", Electronics Letters, vol. 8, pp. 23-24, 1972.

- C.A.T. Salama, "Two-Phase MNOS Charge-Coupled Device", Electronics Letters, vol. 8, pp. 21-22, 1972.

- C.A.T. Salama and F. Holmes, "A Technique for Directly Plotting the Doping Profile of Semiconductor Wafers", Solid State Electronics, vol. 14, pp. 178-181, 1971.

- C.A.T. Salama and F. Holmes, "On the Determination of Surface Recombination Velocity from the Transient Response of MIS Structures", Solid State Electronics, vol. 13, pp. 1204-1205, 1970.

- C.A.T. Salama and L. Young, "Evaporated Silicon Thin-Film Transistors", Proc. IEEE, vol. 53, pp. 2156-2157, 1965.

- C.A.T. Salama, "Stored Charge Flip-Flop Triggering", Proc. IEEE, vol. 53, pp. 416-417, 1965.

- M.P. Beddoes and C.A.T. Salama, "Series Connected Tunnel-Diode Multilevel Register", IEEE Trans. on Electronics Computers, vol. EC-13, pp. 308-309, 1964.

## II. CONFERENCE PAPERS +

- M. Kawokgy and C.A.T. Salama, "A Low Power CSCD Asynchronous Viterbi Decoder for Wireless Applications", ISLPED, Portland, Proceedings, pp. 363-366, 2007.

- I.Y. Park and C.A.T. Salama, "Experimental Implementation and Characterization of a CMOS Compatible Buffered Super Junction LDMOST", ISPSD, Naples, Proceedings, pp. 337-340, 2006.

- F. Mahmoudi and C.A.T. Salama, "8GHz Tunable CMOS Quadrature Generator Using Differential Active Inductors", ISCAS, Kyoto, Proceedings, pp. 2112-2115, 2005.

- I.Y. Park and C.A.T. Salama, "CMOS Compatible Super Junction LDMOST with N-Buffer Layer", ISPSD, Santa Barbara, Proceedings, pp. 163-166, 2005.

- F. Mahmoudi and C.A.T. Salama, "8GHz, 1V, High Linearity, Low Power CMOS Active Mixer", RFIC Symposium, Fort Worth, Proceedings, pp. 401-403, 2004.

- S. Honarkhah, S. Nassif-Khalil and C.A.T. Salama, "Back-Etched Super-Junction LDMOST on SOI", ESSDERC, Leuven, Proceedings, pp. 117-120, 2004.

- B. Mohammadi and C.A.T. Salama, "A 5.8GHz CMOS LNA for WLAN Applications", RFIC Symposium, Fort Worth, Proceeding, pp. 113-116, 2004.

- M. Kawokgy and C.A.T. Salama, "Low-Power Asynchronous Viterbi Decoder for Wireless Applications", ISLPED, Newport, Proceedings, pp. 286-289, 2004.

- S. Hamedi-Hagh and C.A.T. Salama, "CMOS Phase Shifted Transmitters for 4G Wireless Systems", PIMRC, Barcelona, Proceedings, pp. 175-179, 2004 (Best Student Paper Award).

- S. Hamedi-Hagh and C.A.T. Salama, "A 1V, 8GHz CMOS Integrated Phase Shifted Transmitter for Wideband and Varying Envelope Communication Systems", CICC, San Jose, Proceedings, pp. 447-450, 2003.

- S. Hamedi-Hagh and C.A.T. Salama, "Modeling Monolithic Inductors with Complex Metal Fill Structures", NEWCAS, Montreal, Proceedings, pp. 29-32, 2003.

- N. Saniei, H. Djahanshahi and C.A.T. Salama, "25 GHz Inductorless VCO in a 45 GHz SiGe Technology", RFIC Symposium, Philadelphia, Proceedings, pp. 269-272, 2003.

- S. Hamedi-Hagh and C.A.T. Salama, "Wideband CMOS Integrated RF Combiner for LINC Transmitters", RFIC Symposium, Philadelphia, Proceedings, pp. 41-44, 2003.

- F. Vessal and C.A.T. Salama, "An 8bit, 2GS/s Analog-to-Digital Converter in 0.5um SiGe Technology", ISCAS, Bangkok, Proceedings, vol. 1, pp. 893-896, 2003.

- M. Ramezani and C.A.T. Salama, "A 10Gb/s CDR with a Half-Rate Bang-Bang Phase Detector", ISCAS, Bangkok, Proceedings, vol. 2, pp. 181-184, 2003.

- S. Hamedi-Hagh and C.A.T. Salama, "A Novel C-Band CMOS Phase Shifter for Communication Systems", ISCAS, Bangkok, Proceedings, vol. 2, pp. 316-319, 2003.

- K. Ghosh and C.A.T. Salama, "A High Voltage CMOS ADSL Line Driver", Int. Symp. On Power Semiconductor Devices and IC's, Cambridge, Proceedings, pp. 104-107, 2003.

- H. Lu and C.A.T. Salama, "A 2GHz, 60V-Class, SOI Power LDMOSFET for Base Station Applications", Int. Symp. on Power Semiconductor Devices and IC's, Cambridge, Proceedings, pp. 270-273, 2003.

- S. Nassif-Khalil and C.A.T. Salama, "170V Super Junction-LDMOST in a 0.5um Commercial CMOS/SOS Technology", Int. Symp. on Power Semiconductor Devices and IC's, Cambridge, Proceedings, pp.228-231, 2003.

- M. Ramezani and C.A.T. Salama, "Jitter Analysis of a PLL-Based CDR with a Bang-Bang Phase Detector", MWSCAS, Oklahoma City, Proceedings, pp. 393-396, 2002.

- K. Yano, S. Honarkhah, C.A.T. Salama and M. Kasuga, "Application of Static Induction Rectifiers to Diodes for SOI Power ICs", Symposium on Static Induction Devices (SSID), Tokyo, 2002.

---

+    In refereed Conference Proceedings.


- D. Suvakovic and C.A.T. Salama, "Modified Distributed Arithmetic Architecture for Adiabatic DSP Systems", International Symposium on System on a Chip for Real Time Applications, Banff, Proceedings, pp. 351-359, 2002.

- D. Suvakovic and C.A.T. Salama, "Adiabatic 3.7nJ 72-Point Prime-Factor FFT Processor Core", International Conference on VLSI, Las Vegas, Proceedings, pp. 3-7, 2002.

- S. Nassif-Khalil and C.A.T. Salama, "Super Junction LDMOST in Silicon-On-Sapphire Technology (SJ-LDMOST)", ISPSD, Santa Fe, Proceedings, pp. 81-84, 2002.

- M. Amberetu and C.A.T. Salama, "150V Class Superjunction Power LDMOS Transistor Switch on SOI", ISPSD, Santa Fe, Proceedings, pp. 101-104, 2002.

- A. Sugi, K. Tabuchi, M. Sawada, S. Kajiwara, K. Matsubara, N. Fujishima and C.A.T. Salama, "A 30V Class Extremely Low On-Resistance Meshed Trench Lateral Power MOSFET", ISPSD, Santa Fe, Proceedings, pp. 297-300, 2002.

- F. Vessal and C.A.T. Salama, "A Bipolar 2-GSample/s Track-and-Hold Amplifier (THA) in 0.35um SiGe Technology", International Symposium on Circuits and Systems, Scottsdale Proceedings, pp. 1966-1969, 2002.

- S. Ye, K. Yano and C.A.T. Salama, "A 1V, 1.9 GHz Mixer Using a Lateral Bipolar Transistor in CMOS", International Symposium on Low Power Electronics and Design, Proceedings, pp. 112-115, 2001.

- H. Djahanshahi, N. Saniei, S.P. Voinegescu, M.C. Maliepaard and C.A.T. Salama, "20GHz InP-HBT VCO with Wide Tuning Range", RFIC Symposium, Phoenix, Proceedings, pp.161-164, 2001.

- Y. Zhang and C.A.T. Salama, "Multi-Harmonic Tuning Behavior of MOSFET RF Power Amplifiers", IEEE MTT-S International Microwave Symposium, Phoenix, Proceedings, pp. 2147-2150, 2001.

- N. Fujishima, A. Sugi, T. Suzuki, S. Kajiwara, K. Matsubara, Y. Nagayasu and C.A.T. Salama, "A High Density, Low On-Resistance, Trench Lateral Power MOSFET with a Trench Bottom Source Contact", ISPSD, Osaka, Proceedings, pp. 143-147, 2001.

- K. Yano, S. Honarkhah and C.A.T. Salama, "Lateral SOI Static Induction Rectifiers", ISPSD, Osaka, Proceedings, pp. 247-250, 2001.

- S. Hamedi-Hagh and C.A.T. Salama, "A 10 Bit, 50 MS/s, Low Power Pipelined A/D Converter for Cable Modem Applications", ISCAS, Sydney, Proceedings, pp. I-424 - I-427, 2001.

- M. Ramezani and C.A.T. Salama, "An Improved Bang-bang Phase Detector for Clock and Data Recovery Applications", ISCAS, Sydney, Proceedings, pp. I-715 - I-718, 2001.

- Z. Jiao and C.A.T. Salama, "A Fully Depleted Delta-Channel SOI NMOSFET", 10th International Symposium on Silicon on Insulator Technology and Devices, Washington, D.C., Proceedings, pp. 403-408, 2001.

- H. Jin and C.A.T. Salama, "A 1V, 1.9 GHz CDMA, CMOS on SOI, Low Noise Amplifier", IEEE International SOI Conference, Wakefield, Proceedings, pp. 102-103, 2000.

- S. Ye and C.A.T. Salama, "A 1V, 1.9 GHz, Low Distortion Dual-Gate CMOS on SOI Mixer", IEEE International SOI Conference, Wakefield, Proceedings, pp. 104-105, 2000.

- H. Djahanshahi and C.A.T. Salama, "A Two-Stage Differential CCO Implementation in Submicron CMOS", Midwest Symposium on Circuits and Systems, Lansing, Proceedings on CDROM, 2000.

- W. An and C.A.T. Salama, "An 8bit, 1-Gsample/s Folding-Interpolating Analog-to-Digital Converter", European Solid State Circuits Conference (ESSCIRC), Stockholm, Proceedings, pp. 200-204, 2000.

- S. Nassif-Khalil, S. Honarkhah and C.A.T. Salama, "Low Voltage CMOS Compatible Power MOSFET for On-Chip DC-DC Converters", International Symposium on Power Semiconductor Devices and IC's, Toulouse, Proceedings, pp. 43-46, 2000. (Best paper award)

- D. Suvakovic and C.A.T. Salama, "A Pipelined Multiply-Accumulate Unit Design for Energy Recovery DSP Systems", ISCAS, Geneva, Proceedings, vol. 1, pp. 16-19, 2000.

- D. Suvakovic and C.A.T. Salama, "Two Phase Non-Overlapping Clock Adiabatic Differential Cascode Voltage Switch Logic (ADCVSL)", International Solid State Circuits Conference, San Francisco, Technical Digest, pp. 364-365, 2000.

- D. Gradinaru, W.T. Ng and C.A.T. Salama, "High Voltage High Frequency Silicon Bipolar Transistors", International Symposium of Power Semiconductor Devices and IC's, Toronto, Proceedings, pp. 293-296, 1999. (Best paper award)

- H. Djahanshahi, F. Hansen and C.A.T. Salama, "Gigabit per Second Per Pin Differential CMOS Circuits for Pseudo ECL Signaling", CICC, San Diego, Proceedings, pp. 601-604, 1999.

- H. Djahanshahi and C.A.T. Salama, "Differential 0.35um CMOS Circuits for 622MHz/ 933MHz Monolithic Clock and Data Recovery Applications", ISCAS, Orlando, Proceedings, Vol. 2, pp. 93-96, 1999.

- H. Djahanshahi, F. Hansen and C.A.T. Salama, "High-Speed ECL-Compatible Serial I/O in 0.35um CMOS", International Conference on Electronics Circuits and Systems (ICECS), Lisbon, Proceedings, pp. 59-62, 1998.

- D.M. Hiemstra, A. Kizeevi, L.Z. Hou and C.A.T. Salama, "Dose Rate and Total Dose Dependence of Low Frequency Noise Performance, IV Curves and Sidegating for GaAs MESFETs", IEEE Nuclear and Space Radiation Effects Conference, Newport Beach, Proceedings, Paper 3.2, 1998.

- M. Ramezani and C.A.T. Salama, "A Monolithic IGBT Gate Driver Implemented in a Conventional 0.8 Micron BiCMOS Process", International Symposium on Power Semiconductor Devices and IC's (ISPSD), Kyoto, Proceedings, pp. 109-112, 1998.

- T. Hayashi and C.A.T. Salama, "A 1V CMOS Floating-Point ADC for Portable Communication Devices", ISCAS, Monterrey, Proceedings, pp. 1-5, 1998.

- S. Ma and C.A.T. Salama, "A 1V Second-Order Sigma-Delta Modulator", ISCAS, Monterrey, Proceedings, pp. 348-352, 1998.

- D. Suvakovic and C.A.T. Salama, "A Configurable 32nd Order Low Voltage Low Power Digital Filter for Portable Communications Systems", ISCAS, Monterrey, Proceedings, pp. 25-28, 1998.

- D. Suvakovic and C.A.T. Salama, "Guidelines for Use of Registers and Multiplexers in Low Power Low Voltage DSP Systems", GL Symposium on VLSI, Lafayette, Proceedings, pp. 26-29, 1998.

- N. Fujishima and C.A.T. Salama, "A Trench Lateral Power MOSFET using Self-Aligned Trench Bottom Contact Holes", IEDM, Washington, Proceedings, pp. 359-362, 1997.

- A. Dibu-Caiole, J. Ranaweera, W.T. Ng and C.A.T. Salama, "ONO Inter-poly Dieletrics for Novel Flash E$^2$PROM Cells", Canadian Semiconductor Technology Conference Proceedings, p. 42, 1997.

- M. Aliahmad and C.A.T. Salama, "A Short Loop SLIC in a Submicron BiCMOS Technology", ISPSD, Weimar, Proceedings, pp. 329-332, 1997.

- F. Hansen and C.A.T. Salama, "2.5 Gb/s ATM Physical Layer Controller in 0.8um BiCMOS", European Solid State Circuits Conference, Southampton, Proceedings, pp. 96-99, 1997.

- J. Ranaweera, I. Kalastirsky, A. Dibu-Caiole, W.T. Ng and C.A.T. Salama, "Performance Limitations of a Flash E$^2$PROM Cell, Programmed with Zener Induced Hot Electrons", Non Volatile Semiconductor Memory Symposium, Monterrey, Proceedings, Paper 2.2, 1997.

- F. Hansen and C.A.T. Salama, "Clock-and Data-Recovery IC with Demultiplexer for a 2.5 Gb/s ATM Physical Layer Controller", ISCAS, Atlanta, Proceedings, pp. 125-129, 1996.

- M. Aliahmad and C.A.T. Salama, "A 30V Line Driver in Submicron BiCMOS Technology", International Symposium on Power Semiconductor Devices and IC's, Maui, Proceedings, pp. 61-64, 1996.

- M. Liu, C.A.T. Salama, P. Schvan and M. King, "A Fully Resurfed, BiCMOS-Compatible, High Voltage MOS Transistor", International Symposium on Power Semiconductor Devices and IC's, Maui, Proceedings, pp. 143-147, 1996.

- T. Sowlati, Y. Greshishchev, C.A.T. Salama, G. Rabjohn and J. Sitch, "Linearized High Efficiency Class E Power Amplifier for Wireless Communications", Custom Integrated Circuits Conference, San Diego, Proceedings, pp. 201-204, 1996.

- *T. Sowlati, Y. Greshishchev, C.A.T. Salama, G. Rabjohn and J. Sitch, "Linear Transmitter Design Using High Efficiency Class E Power Amplifier", International Symposium on Personal, Indoor, and Mobile Radio Communications, Toronto, Proceedings, pp. 1233-1237, 1995.

- *S. Voinigescu, C.A.T. Salama, J.P. Noel and T.I. Kamins, "Optimized Germanium Channel Profiles for VLSI Compatible Si/SiGe p-MOSFETs", International Electron Devices Meeting, San Francisco, Proceedings, pp. 369-373, 1994.

- *Y.Q. Li, C.A.T. Salama, M. Seufert, P. Schvan and M. King, "Integration of High-Voltage NMOS Devices into a Submicron BiCMOS Process Using Simple Structural Changes", International Electron Devices Meeting, San Francisco, Proceedings, pp. 403-406, 1994.

- T. Sowlati, C.A.T. Salama, J. Sitch, G. Rabjohn and D. Smith, "Low Voltage, High Efficiency Class E GaAs Power Amplifiers for Mobile Communications", IEEE GaAs IC Symposium, Philadelphia, Proceedings, pp. 171-174, 1994.

- S. Voinigescu, C.A.T. Salama, J.P. Noel and T.I. Kamins, "Si/SiGe Heterostructure p-MOSFET with Triangular Ge Channel Profiles", European Solid State Device Research Conference, Edinburgh, Proceedings, pp. 143-146, 1994.

- R. Tang, T.I. Kamins and C.A.T. Salama, "Current Gain-Early Voltage Product in SiGe Base HBTs with Thin α-Si:H Emitters", European Solid State Device Research Conference, Edinburgh, Proceedings, pp. 473-476, 1994.

- Y.Q. Li, C.A.T. Salama, M. Sewfert and M. King, "Submicron BiCMOS Compatible High Voltage MOS Transistors", Int. Symp. on Power Semiconductor Devices and ICs, Davos, Proceedings, pp. 355-358, 1994.

- K.L. Fong and C.A.T. Salama, "Low-Power Current-Mode Algorithmic ADC", International Symposium on Circuits and Systems, London, Proceedings, pp. 5.473-5.476, 1994.

- O.M.K. Law and C.A.T. Salama, "Enhancement/Depletion GaAs Split Phase Dynamic Logic", Canadian Conference on VLSI, Banff, Proceedings, pp. 1A1-1A5, 1993.

- R.Y.V. Chik and C.A.T. Salama, "1.5V Bootstrapped BiCMOS Logic", Canadian Conference on VLSI, Banff, Proceedings, pp. 7.63-7.68, 1993.

- O.M.K. Law and C.A.T. Salama, "GaAs Schmitt Trigger Memory Cell Design", IEEE GaAs IC Symposium, San Jose, Proceedings, pp. 83-86, 1993.

- S.P. Voinigescu, P.B. Rabkin, C.A.T. Salama and P.A. Blakey, "2D Numerical Investigation of Gate Structure, Band Alignment and Delta-Doping Effects on the Transconductance and Cutoff Frequency of Submicron Si/SiGe FETs", ESSDERC, Grenoble, Proceedings, pp. 361-364, 1993.

- K. Iniewski, M. Liu and C.A.T. Salama, "Doping Profile Characterization in GaAs Semi-Insulating Substrates Using CV, GV and IV Measurements", International Workshop on Measurement and Characterization of Ultra-Shallow Doping Profiles in Semiconductors, Research Triangle Park, Proceedings, pp. 339-346, 1993.


- K. Iniewski, M. Liu and C.A.T. Salama, "Characterization of Deep-Level Traps in GaAs Semi-Insulating Substrates Using Capacitance Transient Measurements", Electrochemical Society Meeting, State of the Art Program on Compound Semiconductors, Honolulu, Proceedings, Abstract 2101, 1993.

- S. Xiao and C.A.T. Salama, "Voltage Gain Enhancement by Conductance Cancellation in GaAs MESFET Opamps", International Symposium on Circuits and Systems, Chicago, Proceedings, pp. 1073-1076, 1993.

- K. Fong and C.A.T. Salama, "A 10 Bit Semi-Algorithmic Current Mode DAC", International Symposium on Circuits and Systems, Chicago, Proceedings, pp. 978-981, 1993.

- A. Nezar, P.K.T. Mok and C.A.T. Salama, "Latch-up Prevention in Insulated Gate Bipolar Transistors", International Symposium on Power Semiconductor Devices and IC's, Monterrey, Proceedings, pp. 236-239, 1993.

- S. Xiao, R.Y.V. Chik and C.A.T. Salama, "Gain Enhancement in GaAs MESFET Opamps", Canadian Conference on VLSI, Halifax, Proceedings, pp. 89-92, 1992.

- *P. Li, Y.Q. Li, C.A.T. Salama, "SHBT-A Schottky Heterojunction Bipolar Transistor", Bipolar/BiCMOS Circuits and Technology Meeting, Minneapolis, Proceedings, pp. 30-33, 1992.

- J.H. Pasternak and C.A.T. Salama, "Accessing Switching Network Efficiencies with Differential Pass-Transistor Logic", invited paper, Canadian Conference on Electrical and Computer Engineering, Toronto, Proceedings, pp. MM7.1.1-7.1.4, 1992 (Invited).

- Z.R. Tang, C.A.T. Salama, J.-P. Noel, D.C. Houghton and M. Buchanan, "Characteristics of Mesa and LOCOS-Isolated MBE-SiGe Diodes", Sixth Canadian Semiconductor Technology Conference, Ottawa, Proceedings, p. 64, 1992.

- S. Voinigescu and C.A.T. Salama, "Optimal Channel Grading in P-type Si/SiGe MOSFETs", Sixth Canadian Semiconductor Technology Conference, Ottawa, Proceedings, p. 66, 1992.

- M. Schumacher, S. Voinigescu and C.A.T. Salama, "Type II SiGe Heterojunction Bipolar Transistors", Sixth Canadian Semiconductor Technology Conference, Ottawa, Proceedings, p. 159, 1992.

- D.H.K. Hoe and C.A.T. Salama, "Pipelining of GaAs Dynamic Logic Circuits", International Symposium on Circuits and Systems, San Diego, Proceedings, pp. 208-211, 1992.

- C.P. Chong, C.A.T. Salama and K.C. Smith, "On the Accuracy of Image Velocity Computation Using Delay Lines", International Symposium on Circuits and Systems, San Diego, Proceedings, pp. 2485-2488, 1992.

- P.K.T. Mok and C.A.T. Salama, "High-Voltage High-Speed MESFETs Using a Standard GaAs Digital IC Process", International Symposium on Power Semiconductor Devices and ICs, Tokyo, Japan, pp. 309-312, 1992.

- K. Iniewski and C.A.T. Salama, "A Submicron MOSFET Model For Analog Circuit Simulation", 4th International Conference on Simulation of Semiconductor Devices and Processes, Zurich, Proceedings, pp. 553-561, 1991.

- S. Liang, L.Z. Hou, T. Gu and C.A.T. Salama, "Latch-up Prevention in Merged Bipolar-MOS Structures for BiCMOS Applications", 4th International Conference on Simulation of Semiconductor Devices and Processes, Zurich, Proceedings, pp. 527-533, 1991.

- C.P. Chong, C.A.T. Salama and K.C. Smith, "A Sub-Nanoampere Current Differentiator", International Symposium on Circuits and Systems, Singapore, Proceedings, pp. 2593-2596, 1991.

- D.H.K. Hoe and C.A.T. Salama, "GaAs Trickle Transistor Dynamic Logic", International Symposium on Circuits and Systems, Singapore, Proceedings, pp. 3007-3010, 1991.

- J.H. Pasternak and C.A.T. Salama, "Differential Pass-Transistor Logic for GaAs E/D MESFET Technologies", Symposium on VLSI Circuits, Oiso, Kanagawa, Proceedings, pp. 115-116, 1991.

- K. Iniewski and C.A.T. Salama, "A Dynamic Mesh Algorithm For Optimization of the CV Profiling Method Based on Reverse Modeling", 1st International Workshop on Measurement and Characterization of Ultra Shallow Doping Profiles in Semiconductors, Raleigh, North Carolina, Proceedings, pp. 336-343, 1991.

- A. Nezar and C.A.T. Salama, "Optimization of the Breakdown Voltage in LDMOS Transistors Using Internal Field Rings", 3rd International Symposium on Power Semiconductor Devices and IC's, Baltimore, Proceedings, pp. 149-153, 1991.

- Q. Lu, P. Ratnam and C.A.T. Salama, "High Voltage Silicon-On-Insulator (SOI) MOSFETs", 3rd International Symposium on Power Semiconductor Devices and IC's, Baltimore, Proceedings, pp. 36-39, 1991.

- H.W. Singor and C.A.T. Salama, "A Low-Power High-Speed 10-Bit CMOS-Compatible D/A Converter", International Symposium on Circuits and Systems, New Orleans, Proceedings, pp. 311-314, 1990.

- M. Patel, P. Ratnam and C.A.T. Salama, "A Novel Body Contact Approach to SIMOX Based Thin Film SOI MOSFETs for VLSI Applications", Electrochemical Society Symposium on Silicon on Insulator, Montreal, Proceedings, pp. 500-501, 1990.

- J. Pasternak and C.A.T. Salama, "Optimization of Submicron CMOS Differential Pass-Transistor Logic", European Solid State Circuits Conference, Vienna, Proceedings, pp. 218-221, 1989.

- J. Pasternak and C.A.T. Salama, "Differential Pass-Transistor Logic Partial-Product Generator for Iterative Multipliers", European Conference on Circuit Theory and Design, Brighton, Proceedings, pp. 176-179, 1989.

- D. Hoe, J. Pasternak and C.A.T. Salama, "High Speed GaAs Circuits for Digital Signal Processing Applications", Canadian Conference on Electrical and Computer Engineering, Montreal, Proceedings, pp. 211-214, 1989.

- S.K. Ho and C.A.T. Salama, "TORCELL: A System for CMOS Complex Logic Standard Cell Generation", Canadian Conference on VLSI, Vancouver, Proceedings, pp. 195-202, 1989.

- D.G. Nairn and C.A.T. Salama, "Ratio-Independent Current Mode Algorithmic A/D Converters," International Symposium on Circuits and Systems (ISCAS), Portland, Proceedings, pp. 250-253, 1989.

- C.A.T. Salama and D.G. Nairn, "Current Mode A/D Converters," International Symposium on Circuits and Systems (ISCAS), Portland, Proceedings, pp. 1588-1591, 1989.

- Z. Parpia and C.A.T. Salama, "Optimization of the Breakdown Voltage in RESURF LDMOSTs," High Voltage and Smart Power IC's Symposium, Los Angeles, Proceedings, pp. 389-390, 1989.

- Z. Parpia and C.A.T. Salama, "Optimization of Lateral DMOS Transistors: An Analytical Approach", High Voltage and Smart Power IC's Symposium, Los Angeles, Proceedings, pp. 23-31, 1989.

- W.T. Ng and C.A.T. Salama, "CMOS Compatible Complementary SINFETs", High Voltage and Smart Power IC's Symposium", Los Angeles, Proceedings, pp. 447-448, 1989.

- P. Mok and C.A.T. Salama, "Interconnect Induced Breakdown in HVIC's", High Voltage and Smart Power IC's Symposium, Los Angeles, Proceedings, pp. 437-438, 1989.

- R.G. Taylor, C.A.T. Salama, P. Ratnam and A.A. Naem, "Modeling Arsenic Redistribution During Titanium Silicide Formation", International Electron Devices Meeting (IEDM), San Francisco, Proceedings, pp. 644-647, 1988.

- K.J. Schultz, D.H.K. Hoe, C.A.T. Salama, R.A. Hadaway and P. Kempf, "EPROM Circuits in a Single Polysilicon CMOS Process", Canadian Conference on VLSI, Halifax, Proceeding, pp. 270-279, 1988 (Best Paper Award).

- R.G. Taylor, C.A.T. Salama, P. Ratnam and A.A. Naem, "Arsenic Redistribution During TiSi$_2$ Contact Formation", Canadian Semiconductor Technology Conference, Ottawa, Proceedings, p. 91, 1988.

- P.T. Lai, A. Kassam and C.A.T. Salama, "A Novel Self-Aligned Bipolar Transistor Structure", Canadian Semiconductor Technology Conference, Ottawa Proceedings, p. 23, 1988.

- D.K. Hoe, C.A.T. Salama, R.A. Hadaway and P. Kempf, "Design, Characterization and Modeling of Single Poly EPROM Cells", Canadian Semiconductor Technology Conference, Ottawa, Proceedings, p. 85, 1988.

- D. Nairn and C.A.T. Salama, "A Current Mode Algorithmic Analog-to-Digital Converter", International Symposium on Circuits and Systems (ISCAS), Proceedings, pp. 2573-2576, Helsinki, 1988.

- W.T. Ng, C.A.T. Salama and J.K.O. Sin, "P-Channel Schottky Injection Field Effect Transistors", International Electron Devices Meeting, (IEDM), Washington, Technical Digest, pp. 770-774, 1987.

- C.A.T. Salama, "Smart Power IC's (invited presentation)", ECS Symposium on High Voltage and Smart Power Devices, Philadelphia, 1987.

- Z. Parpia, C.A.T. Salama and R. Hadaway, "Modelling of CMOS Compatible High Voltage Device Structures", ECS Symposium on High Voltage and Smart Power Devices, Philadelphia, Proceedings, pp. 41-50, 1987.

- C.A.T. Salama, "Microchip Technology Present and Future: A Perspective", Canadian Engineering Centennial Convention (Invited Paper), Proceedings, pp. , 1987.

- J. Sin, C.A.T. Salama and L.Z. Hou, "Analysis and Characterization of the Hybrid Schottky Injection Field Effect Transistor", International Electron Devices Meeting, (IEDM), Los Angeles, Technical Digest, pp. 222-225, 1986.

- J. Pasternak, A.S. Shubat and C.A.T. Salama, "CMOS Differential Pass Transistor Logic Design", Canadian Conference on VLSI, Montreal, Technical Digest, pp. 271-275, 1986.

- J. Sin and C.A.T. Salama, "A Modified Schottky Injection High Voltage MOS Gated Transistor", Canadian Semiconductor Technology Conference, Ottawa, Abstracts, p. 67, 1986.

- S.L. Wong and C.A.T. Salama, "A Switched Differential Op Amp Technique", International Symposium on Circuits and Systems, San Jose, Technical Digest, pp. 793-796, 1986.

- R. McInnis and C.A.T. Salama, "Modeling Conductivity Modulated Resistances in a P-well for a Lumped Element Latchup Simulation", Modeling and Simulation Conference, Pittsburgh, Proceedings, pp. 200-204, 1986.

- W.T. Ng and C.A.T. Salama, "A High Speed High Resolution CMOS Voltage Comparator", Canadian Conference on VLSI, Toronto, pp. 56-59, 1985.

- A. Shubat, J. Pretorius and C.A.T. Salama, "Expandable Arithmetic Block Macrocell", Canadian Conference on VLSI, Toronto, pp. 14-17, 1985 (Best Paper Award).

- P. Ratnam and C.A.T. Salama, "Selectively Implanted Oxygen Isolation Technology (SIO)", Electrochemical Society Meeting, Toronto, Extended Abstracts, pp. 333-334, 1985.

- S.W. Tarasewicz and C.A.T. Salama, "Analytical Modeling of a Depletion MOSFET Operating in the Accumulation-Punchthrough Modes", Modeling and Simulation Conference, Pittsburgh, Proceedings, pp. 1801-1808, 1985.


- J. Pretorius, A. Shubat and C.A.T. Salama, "Testability Enhancement of Domino CMOS Logic", Canadian Conference on VLSI, Edmonton, Technical Digest, pp. 10-13, 1984.

- S. Lin and C.A.T. Salama, "CMOS Bandgap Voltage References," Canadian Conference on VLSI, Edmonton, Technical Digest, pp. 18-21, 1984.

- P. Ratnam and C.A.T. Salama, "A New Isolation Technique for VLSI Circuits", Canadian Semiconductor Technology Conference, Ottawa, Technical Digest, p. 86, 1984.

- J. Mena and C.A.T. Salama, "Design Considerations in High Voltage MOSFETs", Canadian Semiconductor Technology Conference, Ottawa, Technical Digest, p. 30, 1984.

- *S. Wong, C.A.T. Salama, C. Simson and D. Smith, "Voltage Gain Enhancement by Conductance Cancellation in CMOS Op Amps", International Symposium on Circuits and Systems, Montreal, Technical Digest, pp. 1207-1210, 1984.

- *J. Pretorius, A. Shubat, C.A.T. Salama and D. Smith, "Optimization of Domino CMOS Logic and its Applications to Standard Cells", Custom Integrated Circuits Conference, Rochester, Technical Digest, pp. 150-154, May 1984.

- Z. Parpia, C.A.T. Salama, G.C. Salter and W.A. Cole, "Micropower Monolithic Filters Using Bipolar/JFET Technology", Custom Integrated Circuits Conference, Rochester, Technical Digest, pp. 385-390, May 1983.

- *S. Wong and C.A.T. Salama, "Scaling of MOS Analog Circuits for VLSI Applications", 1982 Symposium on VLSI Technology, Oiso, Japan, Technical Digest, pp. 48-49, Aug. 1982.

- S. Tarasewicz and C.A.T. Salama, "Characterization of Implanted Profiles near the Si-SiO$_2$ Interface", Canadian Semiconductor Technology Conference, Ottawa, Technical Digest, pp. 205-209, Aug. 1982.

- J. Pristupa and C.A.T. Salama, "A VLSI Design Automation System", Canadian Semiconductor Technology Conference, Ottawa, Technical Digest, pp. 61-64, Aug. 1982.

- S.A. Foo and C.A.T. Salama, "Micropower IC Operational Amplifier Design", Canadian Semiconductor Technology Conference, Ottawa, Technical Digest, pp. 175-179, Aug. 1982.

- S.D.S. Malhi, C.A.T. Salama, W. Donnison and H.D. Barber, "Subsurface Junction Field Effect Transistor (SJFET)", IEEE Electron Devices Meeting, Washington, Technical Digest, pp. 787-790, Dec. 1980.  (Best Paper Award).

- J. Mena, P. McGregor and C.A.T. Salama, "High Frequency Performance of VDMOS Power Transistors", IEEE Electron Devices Meeting (IEDM), Washington, Dec. 1980, Technical Digest, pp. 91-94, Dec. 1980.

- N. Friedman, C.A.T. Salama and P.M. Thompson, "Injection Coupled Shift Registers and Counters", European Solid State Circuits Conference, Grenoble, France, Proceedings, pp. 201-204, Sept. 1980.

- C.A.T. Salama, "VLSI Technology for Telecommunications Applications", 1980 International Conference on Circuits and Computers for Large Scale Systems, New York, Proceedings, pp. 401, October 1980.

- W.A. Lane and C.A.T. Salama, "Compatible VVMOS and NMOS Technology for Power MOS IC's", IEEE International Electron Devices Meeting (IEDM), Washington, Proceedings, pp. 598-600, Dec. 1979.

- C.A.T. Salama, "Small Geometry MOST Structures", (Invited Paper), International Symposium on MIS Structures and Systems, Dogoboko, Hungary, Proceedings, pp. 32-34, Sept. 1979.

- C.A.T. Salama, "Applications of Anisotrophic Etching in Silicon Device and Integrated Circuit Fabrication" (Invited Paper), Electrochemical Society Symposium on Surface on Surface Reactivity and Semiconductor Technology, Hamilton, Feb. 1979.

- C.A.T. Salama, "V-Groove Power Field Effect Transistors", (Invited Paper), IEEE International Electron Devices Meeting, Washington, Proceedings, pp. 412-415, Dec. 1977.

- C.A.T. Salama, "Microcomputer Technology" (Invited Paper), International Symposium on Mini and Macro Computers and their Applications, Zurich, Conference Proceedings, pp. 6-14, June 1977.

- T.D. Mok and C.A.T. Salama, "A V-Groove Power Junction Field-Effect Transistor for VHF Applications", International Electron Devices Meeting, Proceedings Supplement, pp. 6-7, Washington, Dec. 1976.

- T.D. Mok and C.A.T. Salama, "Performance and Characterization of Logic Arrays Using Charge-Transfer Semiconductor Devices", IEEE International Electronics Conference, Toronto, Proceedings, pp. 166-167, October 1973.

- C.St.L. Rhodes and C.A.T. Salama, "Properties of the GaAs-RF Sputtered Aluminum Oxide Interface", J. Electrochem. Soc., vol. 119, p. 242C, Miami Meeting of the Electrochemical Society, October 1972, Symposium on the Chemistry and Physics of Compound Semiconductor Surfaces.

- C.A.T. Salama and E. Siciunas, "Characteristics of RF Sputtered $BATiO_3$ Films on Silicon", Fifth International Vacuum Symposium, Boston, October 1971.

- F.E. Holmes and C.A.T. Salama, "Characterization of MOS Imaging Array Elements", IEEE International Electronics Conference, Toronto, Proceedings, pp. 88-89, October 1971.

- C.A.T. Salama, "Charge Storage in Si-SiO$_2$-AlO$_3$ Memory Structures", J. Electrochem. Soc., vol. 117, p. 260C, 1970, paper presented at the Atlantic City Meeting of the Electrochemical Society, October 1970.

- C.A.T. Salama, "Properties of RF Sputtering Aluminum Oxide Films on Silicon", J. Electrochem. Soc., vol. 116, pp. 290C, 1969, Detroit Meeting of the Electrochem. Soc., October 1969.

- T. Curtis and C.A.T. Salama, "The Use of a Breadboard Chip in Conjunction with Computer Aided Design of Integrated Circuits", International Electronics Conference, Toronto, Proceedings, pp. 80-81, 1967.

## III. PATENTS:

- "Phase Shifted Transmitter for Communication Systems", S. Hamedi-Hagh and C.A.T. Salama, US Patent #7,260,157B2, 2007.

- "Super Junction Resurf LDMOST", S.N. Khalil and C.A.T. Salama, US Patent #7,023,050B2, 2006.

- "Trench Type MOSFET Having a Reduced Device Pitch and On-Resistance", N. Fujishima, A. Sugi, C.A.T. Salama, US Patent #7,005,352, 2006.

- "Trench Type MOSFET Having a Reduced Device Pitch and On-Resistance", N. Fujishima, A. Sugi, and C.A.T. Salama, US Patent #6,781,197, 2004.

- "Semiconductor Integrated Device and Method of Manufacturing Same", N. Fujishima and C.A.T. Salama, US Patent #6,800,904, 2004.

- "Super Junction Lateral Double Diffused MOS Transistor Using an Insulating Substrate for Power Integrated Circuits Applications", S. Nassif Khalil and C.A.T. Salama, US Patent #6,768,180B2, 2004.

- "Low On Resistance Trench Lateral Power MISFET", N. Fujishima and C.A.T. Salama, US Patent #6,664,163B2, 2003.

- "Lateral Trench MISFET with Low on Resistance and Low Gate to Drain Capacitance", N. Fujishima and C.A.T. Salama, U.S. Patent #6,316,807B1, 2001.

- "A Fast Programming $ZE^2PROM$ Flash $E^2PROM$ Cell", J. Ranaweera, I. Kalastirsky, E. Gullersen, W.T. Ng and C.A.T. Salama, U.S. Patent #6,034,896, 2000.

- "Multiple Resistivity Drift Region Lateral DMOS Transistor", J. Mena and C.A.T. Salama, U.S. Patent #4,922,327, 1990.

- "High Gain Amplifying Stage by Output Conductance Cancellation", S. Wong and C.A.T. Salama, U.S. Patent #4,525,679, 1985.

- "Output Circuits of Class B Type Electronic Amplifiers", S.D.S. Malhi and C.A.T. Salama, U.S. Patent #4,588,960, 1986.

- "Improved Current Mirror Biasing Arrangement for Integrated Circuits", S.D.S. Malhi and C.A.T. Salama, Canadian Patent #1,154,104, 1983, U.S. Patent #4,450,366, 1984.

- "Field Effect Transistor Device and Method of Production Thereof (SJFET)", S.D.S. Malhi and C.A.T. Salama, Canadian Patent #1,155,969, 1983, U.S. Patent #4,549,193, 1984.

- "Method of Making Metal Oxide Semiconductor Devices (UMOS)", C.A.T. Salama, U.S. Patent #965,750, 1983.

- "Method of Making Field Effect Devices (VFET)", T.D. Mok and C.A.T. Salama, U.S. Patent #591,294, 1975.

- "Method of Making Metal Oxide Semiconductor Devices (VMOS)", F.E. Holmes and C.A.T. Salama, U.S. Patent #505,369, 1974.

## IV. PAPERS APPEARING IN BOOKS:

- D. Suvakovic and C.A.T. Salama, "Modified Distributed Architecture for Adiabatic DSP Systems," in System on Chip for Real Time Applications, N. Badawy and G.A. Jullien, Editors, pp. 287-295, Kluwer Academic Publishers, Boston, 2003.

- C.A.T. Salama, D.G. Nairn and H. Singor, "Current Mode A/D and D/A Converters", in Analogue IC Design: the Current Mode Approach, C. Toumazou et al, Editors, pp. 491-512, Peter Perigrinus IEE Press, London, 1990.

- S. Wong and C.A.T. Salama, "Impact of Scaling on Analog MOS Performance," in Analog MOS Integrated Circuits II, P.R. Gray et al, Editors, pp. 110-118, IEEE Press, N.Y. 1989.

- J.K.O. Sin, C.A.T. Salama and L. Hou, "The SINFET -- A Schottky Injection MOS-Gated Power Transistor," in High Voltage Integrated Circuits; J. Baliga, Editor; pp. 108-115, IEEE Press, N.Y., 1988.

- Z. Parpia, J. Mena and C.A.T. Salama, "A Novel CMOS Compatible High Voltage Transistor Structure," in High Voltage Integrated Circuits; J. Baliga, Editor; pp. 116-120, IEEE Press, N.Y., 1988.

- N. Friedman, C.A.T. Salama and P.M. Thompson, "Injection Coupled Synchronous Logic," pp. 58-64, in "Integrated Injection Logic,"J.E. Smith, Editor, IEEE Press, New York, 1980.

- N. Friedman, C.A.T. Salama, F.E. Holmes and P.M. Thompson, "Realization of a Multivalued Integrated Injection Logic $(MI^2L)$ Full Adder," pp. 280-283, in "Integrated Injection Logic," J.E. Smith, Editor, IEEE Press, New York, 1980.

## • PERSONNEL TRAINING

**I. GRADUATE STUDENT THESES SUPERVISED:**
   **CAREER TOTALS:**

- Ph.D.                                    33

- M.A.Sc.*                               86

- M.Eng.                                  1


**II. POST DOCTORAL FELLOWS/RESEARCH ASSOCIATES**
   **CAREER TOTALS:**                      34

---

- Research oriented Thesis

## • MAJOR CONTRIBUTIONS TO ENGINEERING

# TECHNOLOGY AND PRACTICE

- **Research**
  - Made fundamental and internationally recognized contributions in the area of semiconductor device research as well as in analog and digital microchip design for applications in telecommunications and computer systems. These contributions are documented in over 340 refereed publications and 16 patents.
  - By recognizing the fundamental importance of interaction with industry, and in conjunction with his graduate students, ensured that his contributions to the design, development and implementation of novel microelectronic devices and integrated circuits were transferred to industry. These contributions have been and are presently in use in the microelectronic industry worldwide and have had a significant impact on:
    - Micropower device and circuit design
    - Power semiconductor device and high voltage integrated circuit design
    - Heterojunction bipolar and MOS transistors (SiGe) design, modeling, fabrication
    - CMOS current mode analog IC design
    - CMOS/BiCMOS high speed logic design
    - GaAs Dynamic logic design
  - Presently involved in industrial cooperation in the area of microelectronics and information technology with several Canadian, US and Japanese corporations.

- **Promotion and Management of Research Activity**
  - Scientific Director of, and a Principal Investigator in, Micronet: a Federal Network of Centres of Excellence focussing on research in microelectronic devices, circuits and systems. Micronet's budget is $4.3M/year from federal government and industry sources. Micronet involves 20 universities working in close cooperation with 49 Canadian industrial corporations and has been in operation since 1990. Micronet received its third funding mandate for the period 1998-2005. The University of Toronto is the host of the Administrative Centre for the Network. Over the last 15 years, Micronet has contributed over $50M to microelectronics research in Canada.
  - Founding Chairman of the Board of Directors and a member of the Board of Directors of the Canadian Microelectronics Corporation (CMC). CMC was set up by NSERC in 1984 as a result of a proposal made by a university-industry committee chaired by A. Salama. CMC, during its first five years (1984-89) of operation was funded by a $19.8M grant from NSERC. Funding for CMC was renewed for a further five years in 1989 ($23.6M), in 1994 ($22M over five years), and again in 2000 ($30M over five years). CMC has had a significant impact on the development of a strong Canadian presence in the field of microchip design both at the university level and in industry. CMC at present involves 38 Canadian universities and 10 industrial corporations.
  - Principal Investigator (1987-1997) and Microelectronics Area Coordinator (1987-90) for the Information Technology Research Centre, a Centre of Excellence funded by the Province of Ontario.
  - Principal Investigator (1998-2001) for Communications and Information Technology Ontario (CITO), a centre of excellence funded by the Province of Ontario.
  - Set up what is considered to be one of the major university microelectronic design and fabrication facility in Canada.

- **Research Personnel Training**
  - Has trained 33 Ph.D's, 86 M.A.Sc's and 1 M.Eng. over the last thirty-seven years at the University of Toronto. Most of these researchers are now in senior managerial positions in industry or in professorial positions in Canada, the United States, Ireland, Japan, France, Hong Kong and China.