1    TOWNSEND AND TOWNSEND AND
     CREW LLP
2    Eric P. Jacobs (State Bar No. 88413)
     Peter H. Goldsmith (State Bar No. 91294)
3    Robert A. McFarlane (State Bar No. 172650)
     Igor Shoiket (State Bar No. 190066)
4    Two Embarcadero Center, 8th Floor
     San Francisco, CA  94111
5    Tel:  415.576.0200
     Fax:  415.576.0300
6    epjacobs@townsend.com
     phgoldsmith@townsend.com
7    ramcfarlane@townsend.com
     ishoiket@townsend.com
8
     Attorneys for Defendant and
9    Counterclaimant
     FAIRCHILD SEMICONDUCTOR
10   CORPORATION

MORGAN, LEWIS & BOCKIUS LLP
Daniel Johnson, Jr. (State Bar No. 57409)
Brett Schuman (State Bar No. 189247)
Amy M. Spicer (State Bar No. 188399)
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001
djjohnson@morganlewis.com
bschuman@morganlewis.com
aspicer@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Andrew J. Wu (State Bar No. 214442)
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306-2122
Tel:  650.843.4000
Fax:  650.843.4001
awu@morganlewis.com

Attorneys for Plaintiffs and
Counterdefendants
ALPHA & OMEGA SEMICONDUCTOR,
INC.
ALPHA & OMEGA SEMICONDUCTOR,
LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>Plaintiffs and Counterdefendants,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 07-2638 JSW<br>(Consolidated with Case No. C-07-2664 JSW)<br><br>**AMENDED JOINT CLAIM CONSTRUCTION AND PRE-HEARING STATEMENT**<br><br>Date:  June 4, 2008<br>Time:  2:00 p.m.<br>Location: Courtroom 2, 17th Floor<br>Judge: Hon. Jeffrey S. White |

1    Pursuant to Patent L.R. 4-3 and the Court's scheduling Order, plaintiffs and

2  counterdefendants Alpha & Omega Semiconductor, Ltd., and Alpha & Omega Semiconductor,

3  Inc., (collectively, "AOS") and defendant and counterclaimant Fairchild Semiconductor

4  Corporation ("Fairchild") submit this Amended Joint Claim Construction and Prehearing

5  Statement ("Joint Statement").

6  **I.    PATENT LOCAL RULE 4-3(a): AGREED CLAIM CONSTRUCTIONS**

7    The parties have set forth the constructions of those claim terms, phrases or clauses on

8  which the parties agree for the asserted claims of the patents-in-suit in Exhibit A attached hereto.

9  **II.    PATENT LOCAL RULE 4-3(b): PROPOSED CONSTRUCTION OF DISPUTED
         CLAIM TERM, PHRASE OR CLAUSE**

10    At the Case Management Conference held on February 1, 2008, the Court denied the

11  parties' joint request to construe 17 disputed claim terms, phrases or clauses, initially limiting

12  claim construction to a total of ten terms, phrases or clauses.  The parties have therefore set forth

13  their proposed constructions and supporting evidence for ten disputed terms in Exhibit B attached

14  hereto.

15    The parties have not been able to agree on the constructions of the following seven terms[1]

16  for which the parties may renew their request to seek construction at a later date:

| Reserved term, phrase or clause | Found in patent/claim: |
|---|---|
| substantially reduced so as to decrease the gate threshold voltage of said trench gate; and<br><br>substantially reduced so as to decrease the gate threshold voltage of said gate | 5,907,776, claims 13, 25 |
| spaced from said diffusion boundary | 5,907,776, claims 1, 13, 25 |
| for etching said active layer | 5,930,630, claim 1 |
| a doped well … formed into the substrate to a depth that is less than the predetermined depth of the trench; | 6,429,481, claim 1<br>6,710,406, claim 1<br>6,828,195, claim 1 |

---

[1] Fairchild contends that two of the terms ("substantially reduced so as to decrease the gate threshold voltage of said trench gate/substantially reduced so as to decrease the gate threshold voltage of said gate" and "for etching said active layer") are indefinite and are not properly the subject of a claim construction hearing.  AOS contends that these two terms are not indefinite and should be the subject of a claim construction hearing.

| | |
|---|---|
| a doped well … formed into the substrate to a second depth that is less than said first depth of the trench; | 7,148,111, claim 29 |
| a doped well in the substrate to a second depth that is less than said first depth of the plurality of trenches; | |
| a well between adjacent trenches to a second depth that is shallower than the first depth; and | |
| a plurality of doped wells …  respectively to a second depth that is less than said first depth of the plurality of trenches | |
| self-aligned | 5,930,630, claim 1 |
| implant[2] | 6,828,195, claims 8, 9 7,148,111, claims 30, 31 |
| termination region | 6,818,947, claims 1, 5 |

## III.    PATENT LOCAL RULE 4-3(c): ANTICIPATED LENGTH OF CLAIM CONSTRUCTION HEARING

Fairchild and AOS expect they will each require 90 minutes at the claim construction hearing, for a total hearing length of three hours.  If one or both of the parties changes its position and decides a longer period of time is warranted during the course of discovery and briefing, the party or parties will seek the Court's approval pursuant to the Court's Standing Order for Patent Cases ¶ 12.

## IV.    PATENT LOCAL RULE 4-3(d): WITNESSES TO BE CALLED AT THE CLAIM CONSTRUCTION HEARING

The parties do not anticipate presenting live testimony at the Claim Construction Hearing. If one or both of the parties changes its position during the course of discovery and briefing, the party or parties will seek the Court's approval pursuant to the Court's Standing Order for Patent Cases ¶ 10.

## V.    PATENT LOCAL RULE 4-3(e): ISSUES FOR PREHEARING CONFERENCE

At this time, the parties do not anticipate the need for the scheduling of a Claim

---

[2] This term was not included in AOS's Proposed Terms and Claim Elements for Construction Under Patent L.R. 4-1, which included "double implant process" ('195 patent, claims 8, 9) instead of implant.

AMENDED JOINT CLAIM CONSTRUCTION
AND PRE-HEARING STATEMENT
C 07-2638 JSW (CONSOL. W/ C 07-2664 JSW)

1    Construction Prehearing Conference.  If one or both of the parties changes its position during the

2    course of discovery and briefing, the party or parties will seek the Court's approval pursuant to

3    the Court's Standing Order for Patent Cases ¶ 8.

4    **VI.    PATENTS IN SUIT**

5           Pursuant to the Court's Standing Order for Patent Cases ¶ 2, the nine patents-in-suit are

6    included as attachments.  Attached as exhibits C, D, and E are AOS patents 5,767,567, 5,907,776,

7    and 5,930,630.  Attached as exhibits F, G, H, I, J, and K are Fairchild patents 6,429,481,

8    6,521,497, 6,710,406, 6,828,195, 7,148,111, and 6,818,947.

9           The parties will make the complete prosecution histories of the patents available to the

10   Court upon request.

11

12   Dated: April 18, 2008                              MORGAN, LEWIS & BOCKIUS LLP

13

14                                                      By: /s/ Andrew J. Wu
                                                             _____
15                                                           Andrew J. Wu
                                                             Attorneys for Plaintiffs and
16                                                           Counterdefendants
                                                             ALPHA & OMEGA SEMICONDUCTOR,
17                                                           LTD., AND ALPHA & OMEGA
                                                             SEMICONDUCTOR, INC.

18

19   Dated: April 18, 2008                              TOWNSEND AND TOWNSEND AND
                                                        CREW LLP
20

21                                                      By: /s/ Eric P. Jacobs
                                                             _____
22                                                           Eric P. Jacobs
                                                             Attorneys for Defendant and
23                                                           Counterclaimant
                                                             FAIRCHILD SEMICONDUCTOR
24                                                           CORPORATION

25

26

27

28
                                               4       AMENDED JOINT CLAIM CONSTRUCTION
                                                           AND PRE-HEARING STATEMENT
                                                       C 07-2638 JSW (CONSOL. W/ C 07-2664 JSW)

1

**GENERAL ORDER ATTESTATION**

2

I, Andrew J. Wu, am the ECF user whose ID and password are being used to file this

3

AMENDED JOINT CLAIM CONSTRUCTION AND PRE-HEARING STATEMENT.  In

4

compliance with General Order 45, X.B., I hereby attest that Eric P. Jacobs has concurred in this

5

filing.

6

　/s/ Andrew J. Wu__
Andrew J. Wu

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AMENDED JOINT CLAIM CONSTRUCTION
AND PRE-HEARING STATEMENT
C 07-2638 JSW (CONSOL. W/ C 07-2664 JSW)