TOWNSEND AND TOWNSEND AND CREW LLP
Eric P. Jacobs (State Bar No. 88413)
Peter H. Goldsmith (State Bar No. 91294)
Robert A. McFarlane (State Bar No. 172650)
Igor Shoiket (State Bar No. 190066)
Matthew R. Hulse (State Bar No. 209490)
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111
Tel: 415.576.0200
Fax: 415.576.0300
E-mail: epjacobs@townsend.com
          phgoldsmith@townsend.com
          ramcfarlane@townsend.com
          ishoiket@townsend.com
          mrhulse@townsend.com

Attorneys for Defendant and Counterclaimant
FAIRCHILD SEMICONDUCTOR CORPORATION

MORGAN, LEWIS & BOCKIUS LLP
Daniel Johnson, Jr. (State Bar No. 57409)
Brett M. Schuman (State Bar No. 189247)
Amy M. Spicer (State Bar No. 188399)
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: djjohnson@morganlewis.com
          bschuman@morganlewis.com
          aspicer@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Andrew J. Wu (State Bar No. 214442)
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: awu@morganlewis.com

Attorneys for Plaintiffs and Counterdefendants
ALPHA & OMEGA SEMICONDUCTOR, INC.
ALPHA & OMEGA SEMICONDUCTOR, LTD.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>Plaintiffs and Counterdefendants,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 07-2638 JSW (EDL)<br>(Consolidated with Case No. C 07-2664 JSW)<br><br>**JOINT MISCELLANEOUS ADMINISTRATIVE REQUEST TO BRING EQUIPMENT INTO THE COURTROOM AND [PROPOSED] ORDER**<br><br>Hearing:      May 28, 2008<br>Time:          2:00 p.m.<br>Courtroom: 2, 17th Floor<br>Judge:         Hon. Jeffrey S. White |

1  Pursuant to Local Rule 7-11(b), the parties jointly make this Miscellaneous Administrative
2  Request for an order granting permission to the parties to bring into the courtroom, use and remove
3  from the courtroom the following electronic equipment at the technology tutorial scheduled for
4  Wednesday, May 28, 2008, at 2:00 p.m., in Courtroom 2, before the Honorable Jeffrey S. White:

5      1.    Laptop Computers;
6      2.    Data Projector;
7      3.    Projection Screen and Display Devices;
8      4.    Switching Equipment;
9      5.    Cables and Accessories;
10     6.    Folding Tables;
11     7.    Computer Monitors;
12     8.    Video Camera; and
13     9.    Related Recording and Display Equipment.

14  Use of this equipment is necessary for an effective presentation of the technology tutorial and
15  to comply with the court's Civil Minute Order filed on February 27, 2008 (Docket No. 142), which
16  requires the parties to video record the technology tutorial.
17  This request is submitted on behalf of the parties, their counsel of record, the parties' expert
18  consultants who will be presenting the tutorial, and Fulcrum Legal Graphics, the trial graphics
19  company which will provide assistance.
20  / / /
21  / / /
22
23
24
25
26
27
28

| | | |
|---|---|---|
| 1 | DATED: May 23, 2008 | Respectfully submitted, |
| 2 | | TOWNSEND AND TOWNSEND AND CREW LLP |
| 4 | | By: /s/*Eric P. Jacobs* |
| | |     Eric P. Jacobs |
| 6 | | Attorneys for Defendant and Counterclaimant |
| | | FAIRCHILD SEMICONDUCTOR CORPORATION |
| 7 | DATED: May 23, 2008 | Respectfully submitted, |
| 8 | | MORGAN, LEWIS & BOCKIOUS LLP |
| 10 | | By: /s/*Andrew J. Wu* |
| | |     Andrew J. Wu |
| 12 | | Attorneys for Plaintiff and Counterdefendant |
| | | ALPHA & OMEGA SEMICONDUCTOR, INC. |
| | | ALPHA & OMEGA SEMICONDUCTOR, LTD. |

### [PROPOSED] ORDER

GOOD CAUSE APPEARING THEREFOR, it is so ordered:

DATED: _____    _____
                                          HON. JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE

1

**GENERAL ORDER ATTESTATION**

2    I, Eric P. Jacobs, am the ECF user whose ID and password are being used to file this JOINT

3 MISCELLANEOUS ADMINISTRATIVE REQUEST TO BRING EQUIPMENT INTO THE

4 COURTROOM.  In compliance with General Order 45, X.B., I hereby attest that Andrew J. Wu has

5 concurred in this filing.

6

                                   /s/ Eric P. Jacobs                        
7                                Eric P. Jacobs

8

9    61376414 v2

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT MISCELLANEOUS ADMINISTRATIVE REQUEST TO BRING EQUIPMENT INTO THE COURTROOM AND [PROPOSED] ORDER
CASE NO. C 07-02638 JSW (EDL) (CONSOLIDATED WITH CASE NO. C 07-2664 JSW)

4