TOWNSEND AND TOWNSEND AND CREW LLP
Eric P. Jacobs (State Bar No. 88413)
Peter H. Goldsmith (State Bar No. 91294)
Robert A. McFarlane (State Bar No. 172650)
Igor Shoiket (State Bar No. 190066)
Matthew R. Hulse (State Bar No. 209490)
Two Embarcadero Center, 8th Floor
San Francisco, CA  94111
Tel:  415.576.0200
Fax:  415.576.0300
E-mail:  epjacobs@townsend.com
         phgoldsmith@townsend.com
         ramcfarlane@townsend.com
         ishoiket@townsend.com
         mrhulse@townsend.com

Attorneys for Defendant and Counterclaimant
FAIRCHILD SEMICONDUCTOR CORPORATION

MORGAN, LEWIS & BOCKIUS LLP
Daniel Johnson, Jr. (State Bar No. 57409)
Brett M. Schuman (State Bar No. 189247)
Amy M. Spicer (State Bar No. 188399)
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001
E-mail:  djjohnson@morganlewis.com
         bschuman@morganlewis.com
         aspicer@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Andrew J. Wu (State Bar No. 214442)
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306-2122
Tel:  650.843.4000
Fax:  650.843.4001
E-mail:  awu@morganlewis.com

Attorneys for Plaintiffs and Counterdefendants
ALPHA & OMEGA SEMICONDUCTOR, INC.
ALPHA & OMEGA SEMICONDUCTOR, LTD.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>Plaintiffs and Counterdefendants,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 07-2638 JSW (EDL)<br>(Consolidated with Case No. C 07-2664 JSW)<br><br>**JOINT MISCELLANEOUS ADMINISTRATIVE REQUEST TO BRING EQUIPMENT INTO THE COURTROOM AND [PROPOSED] ORDER**<br><br>Hearing:       May 28, 2008<br>Time:          2:00 p.m.<br>Courtroom:  2, 17th Floor<br>Judge:         Hon. Jeffrey S. White |

1  Pursuant to Local Rule 7-11(b), the parties jointly make this Miscellaneous Administrative
2  Request for an order granting permission to the parties to bring into the courtroom, use and remove
3  from the courtroom the following electronic equipment at the technology tutorial scheduled for
4  Wednesday, May 28, 2008, at 2:00 p.m., in Courtroom 2, before the Honorable Jeffrey S. White:

    1. Laptop Computers;
    2. Data Projector;
    3. Projection Screen and Display Devices;
    4. Switching Equipment;
    5. Cables and Accessories;
    6. Folding Tables;
    7. Computer Monitors;
    8. Video Camera; and
    9. Related Recording and Display Equipment.

Use of this equipment is necessary for an effective presentation of the technology tutorial and to comply with the court's Civil Minute Order filed on February 27, 2008 (Docket No. 142), which requires the parties to video record the technology tutorial.

This request is submitted on behalf of the parties, their counsel of record, the parties' expert consultants who will be presenting the tutorial, and Fulcrum Legal Graphics, the trial graphics company which will provide assistance.

/ / /
/ / /

1  DATED:  May 23, 2008            Respectfully submitted,

2                                  TOWNSEND AND TOWNSEND AND CREW LLP

3

4                                  By:  /s/*Eric P. Jacobs*
                                        Eric P. Jacobs
5
                                   Attorneys for Defendant and Counterclaimant
6                                  FAIRCHILD SEMICONDUCTOR CORPORATION

7  DATED:  May 23, 2008            Respectfully submitted,

8                                  MORGAN, LEWIS & BOCKIOUS LLP

9

10                                 By:  /s/*Andrew J. Wu*
                                        Andrew J. Wu
11
                                   Attorneys for Plaintiff and Counterdefendant
12                                 ALPHA & OMEGA SEMICONDUCTOR, INC.
                                   ALPHA & OMEGA SEMICONDUCTOR, LTD.
13

14
                                  **[PROPOSED] ORDER**
15
         GOOD CAUSE APPEARING THEREFOR, it is so ordered:
16  The parties are DIRECTED to call the Court Clerk, Jennifer Ottolini, at (415) 522-4173 to establish a time to set up their equipment.

17
    DATED: May 27, 2008
18                                       _____
                                         HON. JEFFREY S. WHITE
19                                       UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

JOINT MISCELLANEOUS ADMINISTRATIVE REQUEST TO BRING EQUIPMENT INTO THE COURTROOM AND [PROPOSED] ORDER
CASE NO. C 07-02638 JSW (EDL) (CONSOLIDATED WITH CASE NO. C 07-2664 JSW)                      3