TOWNSEND AND TOWNSEND AND CREW LLP
Eric P. Jacobs (State Bar No. 88413)
Peter H. Goldsmith (State Bar No. 91294)
Robert A. McFarlane (State Bar No. 172650)
Igor Shoiket (State Bar No. 190066)
Two Embarcadero Center, 8th Floor
San Francisco, CA  94111
Tel:  415.576.0200
Fax:  415.576.0300
epjacobs@townsend.com
phgoldsmith@townsend.com
ramcfarlane@townsend.com
ishoiket@townsend.com

Attorneys for Defendant and Counterclaimant
FAIRCHILD SEMICONDUCTOR CORPORATION

MORGAN, LEWIS & BOCKIUS LLP
Daniel Johnson, Jr. (State Bar No. 57409)
Brett Schuman (State Bar No. 189247)
Amy M. Spicer (State Bar No. 188399)
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001
djjohnson@morganlewis.com
bschuman@morganlewis.com
aspicer@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Andrew J. Wu (State Bar No. 214442)
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306-2122
Tel:  650.843.4000
Fax:  650.843.4001
awu@morganlewis.com

Attorneys for Plaintiffs and Counterdefendants
ALPHA & OMEGA SEMICONDUCTOR, INC.
ALPHA & OMEGA SEMICONDUCTOR, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>Plaintiffs and Counterdefendants,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 07-2638 JSW<br>(Consolidated with Case No. C-07-2664 JSW)<br><br>**SUPPLEMENT TO EXHIBIT B TO AMENDED JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**<br><br>Date:  June 4, 2008<br>Time:  2:00 p.m.<br>Location: Courtroom 2, 17th Floor<br>Judge: Hon. Jeffrey S. White |

1  Pursuant to the Court's order at the technology tutorial held on May 28, 2008, plaintiffs
2  and counterdefendants Alpha & Omega Semiconductor, Ltd., and Alpha & Omega
3  Semiconductor, Inc., (collectively, "AOS") and defendant and counterclaimant Fairchild
4  Semiconductor Corporation ("Fairchild"), jointly submit the attached Supplement to Exhibit B
5  (the "Supplement") to the Amended Joint Claim Construction and Prehearing Statement.  For the
6  terms listed on the Supplement, the information embodied in the Supplement shall supercede the
7  information previously submitted to the Court.

Dated: May 30, 2008        TOWNSEND AND TOWNSEND AND CREW LLP

By: /s/*Eric P. Jacobs*
    Eric P. Jacobs
    Attorneys for Defendant and Counterclaimant
    FAIRCHILD SEMICONDUCTOR CORPORATION

Dated: May 30, 2008        MORGAN, LEWIS & BOCKIUS LLP

By: /s/*Andrew J. Wu*
    Andrew J. Wu
    Attorneys for Plaintiffs and Counterdefendants
    ALPHA & OMEGA SEMICONDUCTOR, LTD.,
    AND ALPHA & OMEGA SEMICONDUCTOR,
    INC.

**GENERAL ORDER ATTESTATION**

I, Eric P. Jacobs, am the ECF user whose ID and password are being used to file this AMENDED JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT. In compliance with General Order 45, X.B., I hereby attest that Andrew J. Wu has concurred in this filing.

/s/*Eric P. Jacobs*
Eric P. Jacobs