TOWNSEND AND TOWNSEND AND CREW LLP
Eric P. Jacobs (State Bar No. 88413)
Peter H. Goldsmith (State Bar No. 91294)
Robert A. McFarlane (State Bar No. 172650)
Igor Shoiket (State Bar No. 190066)
Matthew R. Hulse (State Bar No. 209490)
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111
Tel: 415.576.0200
Fax: 415.576.0300
E-mail: epjacobs@townsend.com
          phgoldsmith@townsend.com
          ramcfarlane@townsend.com
          ishoiket@townsend.com
          mrhulse@townsend.com

Attorneys for Defendant and Counterclaimant
FAIRCHILD SEMICONDUCTOR CORPORATION

MORGAN, LEWIS & BOCKIUS LLP
Daniel Johnson, Jr. (State Bar No. 57409)
Brett M. Schuman (State Bar No. 189247)
Amy M. Spicer (State Bar No. 188399)
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: djjohnson@morganlewis.com
          bschuman@morganlewis.com
          aspicer@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Andrew J. Wu (State Bar No. 214442)
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: awu@morganlewis.com

Attorneys for Plaintiffs and Counterdefendants
ALPHA & OMEGA SEMICONDUCTOR, INC.
ALPHA & OMEGA SEMICONDUCTOR, LTD.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>Plaintiffs and Counterdefendants,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 07-2638 JSW (EDL)<br>(Consolidated with Case No. C 07-2664 JSW)<br><br>**JOINT MISCELLANEOUS ADMINISTRATIVE REQUEST TO BRING EQUIPMENT INTO THE COURTROOM AND [PROPOSED] ORDER**<br><br>Hearing:     June 4, 2008<br>Time:         1:00 p.m.<br>Courtroom: 2, 17th Floor<br>Judge:        Hon. Jeffrey S. White |

1   Pursuant to Local Rule 7-11(b), the parties jointly make this Miscellaneous Administrative
2  Request for an order granting permission to the parties to bring into the courtroom, use and remove
3  from the courtroom the following electronic equipment at the claim construction hearing scheduled for
4  Wednesday, June 4, 2008, at 1:00 p.m., in Courtroom 2, before the Honorable Jeffrey S. White:
5       1.   Laptop Computers;
6       2.   Data Projector;
7       3.   Projection Screen and Display Devices;
8       4.   Switching Equipment;
9       5.   Cables and Accessories;
10      6.   Folding Tables;
11      7.   Computer Monitors;
12      8.   Easels;
13      9.   Enlarged display boards; and
14      10.  ELMO Visual Presentation Equipment.
15      Use of this equipment is necessary for an effective presentation of documents and material at
16 the claim construction hearing.
17      This request is submitted on behalf of the parties, their counsel of record, the parties' expert
18 consultants who will be presenting the tutorial, and Fulcrum Legal Graphics, the trial graphics
19 company which will provide assistance.
20 / / /
21 / / /

| | | |
|---|---|---|
| 1 | DATED: May 23, 2008 | Respectfully submitted, |
| 2 | | TOWNSEND AND TOWNSEND AND CREW LLP |

By: /s/*Eric P. Jacobs*
Eric P. Jacobs

Attorneys for Defendant and Counterclaimant
FAIRCHILD SEMICONDUCTOR CORPORATION

DATED: May 23, 2008    Respectfully submitted,

MORGAN, LEWIS & BOCKIOUS LLP

By: /s/*Andrew J. Wu*
Andrew J. Wu

Attorneys for Plaintiff and Counterdefendant
ALPHA & OMEGA SEMICONDUCTOR, INC.
ALPHA & OMEGA SEMICONDUCTOR, LTD.

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING THEREFOR, it is so ordered:

DATED: _____    _____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**GENERAL ORDER ATTESTATION**

I, Eric P. Jacobs, am the ECF user whose ID and password are being used to file this JOINT MISCELLANEOUS ADMINISTRATIVE REQUEST TO BRING EQUIPMENT INTO THE COURTROOM. In compliance with General Order 45, X.B., I hereby attest that Andrew J. Wu has concurred in this filing.

                                                                       /s/ Eric P. Jacobs
                                                                          Eric P. Jacobs

61385003 v1