| | |
|---|---|
| TOWNSEND AND TOWNSEND AND CREW LLP<br>Eric P. Jacobs (State Bar No. 88413)<br>Peter H. Goldsmith (State Bar No. 91294)<br>Robert A. McFarlane (State Bar No. 172650)<br>Igor Shoiket (State Bar No. 190066)<br>Matthew R. Hulse (State Bar No. 209490)<br>Two Embarcadero Center, 8th Floor<br>San Francisco, CA 94111<br>Tel: 415.576.0200<br>Fax: 415.576.0300<br>E-mail: epjacobs@townsend.com<br>          phgoldsmith@townsend.com<br>          ramcfarlane@townsend.com<br>          ishoiket@townsend.com<br>          mrhulse@townsend.com<br><br>Attorneys for Defendant and Counterclaimant<br>FAIRCHILD SEMICONDUCTOR CORPORATION | MORGAN, LEWIS & BOCKIUS LLP<br>Daniel Johnson, Jr. (State Bar No. 57409)<br>Brett M. Schuman (State Bar No. 189247)<br>Amy M. Spicer (State Bar No. 188399)<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1126<br>Tel: 415.442.1000<br>Fax: 415.442.1001<br>E-mail: djjohnson@morganlewis.com<br>          bschuman@morganlewis.com<br>          aspicer@morganlewis.com<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>Andrew J. Wu (State Bar No. 214442)<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 700<br>Palo Alto, CA 94306-2122<br>Tel: 650.843.4000<br>Fax: 650.843.4001<br>E-mail: awu@morganlewis.com<br><br>Attorneys for Plaintiffs and Counterdefendants<br>ALPHA & OMEGA SEMICONDUCTOR, INC.<br>ALPHA & OMEGA SEMICONDUCTOR, LTD. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>    Plaintiffs and Counterdefendants,<br><br>        v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>    Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 07-2638 JSW (EDL)<br>(Consolidated with Case No. C 07-2664 JSW)<br><br>**JOINT MISCELLANEOUS ADMINISTRATIVE REQUEST TO BRING EQUIPMENT INTO THE COURTROOM AND [PROPOSED] ORDER**<br><br>Hearing:    June 4, 2008<br>Time:        1:00 p.m.<br>Courtroom: 2, 17th Floor<br>Judge:       Hon. Jeffrey S. White |

1    Pursuant to Local Rule 7-11(b), the parties jointly make this Miscellaneous Administrative
2  Request for an order granting permission to the parties to bring into the courtroom, use and remove
3  from the courtroom the following electronic equipment at the claim construction hearing scheduled for
4  Wednesday, June 4, 2008, at 1:00 p.m., in Courtroom 2, before the Honorable Jeffrey S. White:
5    1.   Laptop Computers;
6    2.   Data Projector;
7    3.   Projection Screen and Display Devices;
8    4.   Switching Equipment;
9    5.   Cables and Accessories;
10   6.   Folding Tables;
11   7.   Computer Monitors;
12   8.   Easels;
13   9.   Enlarged display boards; and
14   10.  ELMO Visual Presentation Equipment.
15   Use of this equipment is necessary for an effective presentation of documents and material at
16 the claim construction hearing.
17   This request is submitted on behalf of the parties, their counsel of record, the parties' expert
18 consultants who will be presenting the tutorial, and Fulcrum Legal Graphics, the trial graphics
19 company which will provide assistance.
20 / / /
21 / / /

JOINT MISCELLANEOUS ADMINISTRATIVE REQUEST TO BRING EQUIPMENT INTO THE COURTROOM AND [PROPOSED] ORDER
CASE NO. C 07-02638 JSW (EDL) (CONSOLIDATED WITH CASE NO. C 07-2664 JSW)

2

| | | |
|---|---|---|
| 1 | DATED: May 23, 2008 | Respectfully submitted, |
| 2 | | TOWNSEND AND TOWNSEND AND CREW LLP |
| 4 | | By: /s/*Eric P. Jacobs* |
| | | Eric P. Jacobs |
| 6 | | Attorneys for Defendant and Counterclaimant FAIRCHILD SEMICONDUCTOR CORPORATION |
| 7 | DATED: May 23, 2008 | Respectfully submitted, |
| 8 | | MORGAN, LEWIS & BOCKIOUS LLP |
| 10 | | By: /s/*Andrew J. Wu* |
| | | Andrew J. Wu |
| 12 | | Attorneys for Plaintiff and Counterdefendant ALPHA & OMEGA SEMICONDUCTOR, INC. ALPHA & OMEGA SEMICONDUCTOR, LTD. |

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING THEREFOR, it is so ordered:

The parties shall set up their equipment in the Courtroom at 10:00 a.m. on June 4, 2008.

DATED: June 2, 2008

*[signature]*
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

JOINT MISCELLANEOUS ADMINISTRATIVE REQUEST TO BRING EQUIPMENT INTO THE COURTROOM AND [PROPOSED] ORDER
CASE NO. C 07-02638 JSW (EDL) (CONSOLIDATED WITH CASE NO. C 07-2664 JSW)

3