1  TOWNSEND AND TOWNSEND AND CREW LLP
   ERIC P. JACOBS (State Bar No. 88413)
2  PETER H. GOLDSMITH (State Bar No. 91294)
   ROBERT A. McFARLANE (State Bar No. 172650)
3  IGOR SHOIKET (State Bar No. 190066)
   Two Embarcadero Center, 8th Floor
4  San Francisco, California  94111
   Telephone:     (415) 576-0200
5  Facsimile:     (415) 576-0300
   E-mail:        epjacobs@townsend.com
6                 phgoldsmith@townsend.com
                  ramcfarlane@townsend.com
7                 ishoiket@townsend.com

8  Attorneys for Defendant and Counterclaimant
   FAIRCHILD SEMICONDUCTOR CORPORATION
9

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>    Plaintiffs and Counterdefendants,<br><br>        v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>    Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 07-2638 JSW (EDL)<br>(Consolidated with Case No. C 07-2664 JSW)<br><br>**NOTICE OF APPEARANCE OF ROBERT G. LITTS** |

Notice is hereby given that the undersigned attorney, Robert G. Litts, enters his appearance in this matter for defendant, FAIRCHILD SEMICONDUCTOR CORPORATION, for the purpose of receiving notices and orders from the Court.

1  DATED:  June 3, 2008                    Respectfully submitted,

2                                          TOWNSEND AND TOWNSEND AND CREW LLP

3

4                                          By:  /s/  Robert G. Litts
                                           Robert G. Litts
5                                          Attorneys for Defendant and Counterclaimant
                                           FAIRCHILD SEMICONDUCTOR CORPORATION
6

7  61389389 v1

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28