# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**                    **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: June 4, 2008                         **Court Reporter:**  Debra Pas

**CASE NO.:  C-07-2638  JSW (consolidated with C-07-2664 JSW)**

**TITLE:  Alpha and Omega Semiconductor Ltd., et al., v. Fairchild Semiconductor Corp.**

**COUNSEL FOR PLAINTIFF:**                     **COUNSEL FOR DEFENDANT:**

**Daniel Johnson, Jr.**                        **Eric Jacobs**
**Brett Schuman**                              **Matthew Hulse**
**Andrew Wu**

**PROCEEDINGS:  Markman Hearing**

**RESULTS:**

Markman hearing held.