DANIEL JOHNSON, JR. (SBN 57409)
BRETT M. SCHUMAN (SBN 189247)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
djjohnson@morganlewis.com
bschuman@morganlewis.com

ANDREW J. WU (SBN 214442)
DAVID V. SANKER (SBN 251260)
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
awu@morganlewis.com
dsanker@morganlewis.com

Attorneys for Plaintiffs and Counterdefendants
ALPHA & OMEGA SEMICONDUCTOR, LTD.
ALPHA & OMEGA SEMICONDUCTOR, INC.

TOWNSEND AND TOWNSEND AND
   CREW LLP
ERIC P. JACOBS (SBN 88413)
PETER H. GOLDSMITH (SBN 91294)
ROBERT A. McFARLANE (SBN 172650)
IGOR SHOIKET (SBN 190066)
Two Embarcadero Center, 8th Floor
San Francisco, California, 94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
E-mail:  epjacobs@townsend.com
         phgoldsmith@townsend.com
         ramcfarlane@townsend.com
         ishoiket@townsend.com

Attorneys for Defendant and
Counterclaimant FAIRCHILD
SEMICONDUCTOR CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation; and ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation,<br><br>　　　Plaintiffs and Counterdefendants,<br><br>　　　v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>　　　Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 07-2638 JSW<br>(Consolidated with Case No. C-07-2664 JSW)<br><br>**JOINT STIPULATION TO APPLY THE COURT'S CONSTRUCTION OF CERTAIN PHRASES TO OTHER SIMILAR PHRASES PURSUANT TO CIVIL L.R. 7-12** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-PA/3710988.1

JOINT STIPULATION RE SIMILAR PATENT PHRASES
PURSUANT TO CIVIL L.R. 7-12
(C 07-2638 JSW)

1   Alpha and Omega Semiconductor, Ltd. and Alpha and Omega Semiconductor, Inc.
2   ("AOS") and Fairchild Semiconductor Corporation ("Fairchild") (collectively, the "Parties"),
3   pursuant to Civil Local Rule 7-12, hereby stipulate as follows:
4       WHEREAS the patents in dispute have multiple claims with similar claim language; and
5       WHEREAS the parties seek to limit the number of terms or phrases to be construed by the
6   Court;
7       Pursuant to Civil L.R. 7-12, IT IS HEREBY STIPULATED by and between the Parties,
8   through their respective counsel of record, that the Court's construction of the phrases in the table
9   below on the left will apply to the corresponding phrases below on the right, except that where
10  the syntax of a phrase might cause the Court's claim construction to fail to track the language of
11  the phrase precisely, the parties agree that the core issue addressed by the claim construction shall
12  nevertheless apply.

| Phrase to be Construed by the Court | Phrase for which the Same Construction will Apply |
|---|---|
| wherein the heavy body forms an abrupt junction with the well<br><br>'481 patent, claim 1 | wherein the heavy body forms an abrupt junction with the well<br><br>'481 patent, claim 6;<br>'406 patent, claim 13<br><br>wherein the doped heavy body … forms an abrupt junction with the well<br><br>'481 patent, claim 15<br><br>the heavy body forming an abrupt junction with the well<br><br>'406 patent, claim 1<br><br>the heavy body … forming an abrupt junction with the well<br><br>'195 patent, claim 1<br><br>to form an abrupt junction between the heavy body and the well<br><br>'195 patent, claim 21 |
| depth of the junction, relative to the depth of the well, is adjusted so that a | depth of the heavy body relative to a depth of the well is adjusted so that breakdown of the transistor |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2    JOINT STIPULATION RE SIMILAR PATENT PHRASES
PURSUANT TO CIVIL L.R. 7-12
(C 07-2638 JSW)

| | | |
|---|---|---|
| 1 | transistor breakdown initiation point is spaced away from the trench in the semiconductor, when voltage is applied to the transistor<br><br>'481 patent, claim 1 | originates in the semiconductor in a region spaced away from the trenches when voltage is applied to the transistor<br><br>'481 patent, claim 6;<br>'406 patent, claim 13<br><br>depth of the heavy body junction relative to a maximum depth of the well, is adjusted so that a peak electric field in the substrate is spaced away from the trench when voltage is applied to the transistor<br><br>'481 patent, claim 15<br><br>location of the abrupt junction relative to the depth of the well is adjusted so that a transistor breakdown initiation point is spaced away from the trench in the semiconductor, when voltage is applied to the transistor<br><br>'406 patent, claim 1 |
| 11 | acting as a field plate to extend the device breakdown voltage in the termination region<br><br>'947 patent, claim 1 | acts as a field plate termination<br><br>'947 patent, claim 5<br><br>forming a field plate around the transistor regions<br><br>'947 patent, claim 6 |

/ / / / / / / / /

/ / / / / / / / /

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3    JOINT STIPULATION RE SIMILAR PATENT PHRASES
PURSUANT TO CIVIL L.R. 7-12
(C 07-2638 JSW)

1  Dated: June 13, 2008                          MORGAN, LEWIS & BOCKIUS LLP

3                                                By   /s/ *Andrew J. Wu*
                                                    Andrew J. Wu

                                                 Attorneys for Plaintiffs and
                                                 Counterdefendants
                                                 ALPHA & OMEGA SEMICONDUCTOR,
                                                 LTD. AND ALPHA & OMEGA
                                                 SEMICONDUCTOR, INC.

8  Dated: June 13, 2008                          TOWNSEND AND TOWNSEND AND
                                                 CREW LLP

10                                               By   /s/ *Eric P. Jacobs*
                                                    Eric P. Jacobs

                                                 Attorneys for Defendant and
                                                 Counterclaimant FAIRCHILD
                                                 SEMICONDUCTOR CORPORATION

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4   JOINT STIPULATION RE SIMILAR PATENT PHRASES
PURSUANT TO CIVIL L.R. 7-12
(C 07-2638 JSW)

**GENERAL ORDER ATTESTATION**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Andrew J. Wu attest that concurrence in the filing of this document has been obtained from Eric P. Jacobs. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 13th day of June, 2008, at Pittsburgh, Pennsylvania.

　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Andrew J. Wu_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Andrew J. Wu

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5   JOINT STIPULATION RE SIMILAR PATENT PHRASES
PURSUANT TO CIVIL L.R. 7-12
(C 07-2638 JSW)

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: _____, 2008        _____
                                            Hon. Jeffrey S. White
                                            United States District Judge

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6    JOINT STIPULATION RE SIMILAR PATENT PHRASES
PURSUANT TO CIVIL L.R. 7-12
(C 07-2638 JSW)