1  TOWNSEND AND TOWNSEND AND CREW LLP
   ERIC P. JACOBS (State Bar No. 88413)
2  PETER H. GOLDSMITH (State Bar No. 91294)
   ROBERT A. McFARLANE (State Bar No. 172650)
3  IGOR SHOIKET (State Bar No. 190066)
   Two Embarcadero Center, 8th Floor
4  San Francisco, California  94111
   Telephone:    (415) 576-0200
5  Facsimile:    (415) 576-0300
   E-mail:       epjacobs@townsend.com
6                phgoldsmith@townsend.com
                 ramcfarlane@townsend.com
7                ishoiket@townsend.com

8  Attorneys for Defendant and Counterclaimant
   FAIRCHILD SEMICONDUCTOR CORPORATION
9

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>Plaintiffs and Counterdefendants,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 07-2638 JSW (EDL)<br>(Consolidated with Case No. C 07-2664 JSW)<br><br>[~~PROPOSED~~] ORDER RE ADMINISTRATIVE MOTION TO REMOVE DOCUMENTS ASSERTED BY AOS TO BE FILED INCORRECTLY (DOCKET NOS. 176 AND 184) |
|---|---|

1  The Court having considered the Motion to Remove and good cause appearing,

2  IT IS HEREBY ORDERED that the following documents shall be removed from the

3  electronic case filing (ECF) system of the Northern District of California in Case No. C 07-2638 JSW

4  (EDL) (Consolidated with Case No. C 07-2664 JSW):

**DOCKET NO. 176 - FAIRCHILD SEMICONDUCTOR CORPORATION'S NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

**DOCKET NO. 184 - FAIRCHILD SEMICONDUCTOR CORPORATION'S AMENDED NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

DATED: __August 20__, 2008

_____
The Honorable Elizabeth D. Laporte

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

61468079 v1