TOWNSEND AND TOWNSEND AND CREW LLP
ERIC P. JACOBS (State Bar No. 88413)
PETER H. GOLDSMITH (State Bar No. 91294)
ROBERT A. McFARLANE (State Bar No. 172650)
IGOR SHOIKET (State Bar No. 190066)
Two Embarcadero Center, 8th Floor
San Francisco, California  94111
Telephone:   (415) 576-0200
Facsimile:    (415) 576-0300
E-mail:         epjacobs@townsend.com
                    phgoldsmith@townsend.com
                    ramcfarlane@townsend.com
                    ishoiket@townsend.com

Attorneys for Defendant and Counterclaimant
FAIRCHILD SEMICONDUCTOR CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>        Plaintiffs and Counterdefendants,<br><br>        v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>        Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 07-2638 JSW (EDL)<br>(Consolidated with Case No. C 07-2664 JSW)<br><br>**DECLARATION OF LEONARD J. AUGUSTINE JR. IN SUPPORT OF FAIRCHILD SEMICONDUCTOR CORPORATION'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>Date:           September 16, 2008<br>Time:          9:00 a.m.<br>Courtroom:  Courtroom E, 15th Floor<br><br>Hon. Elizabeth D. Laporte |

I, Leonard J. Augustine, Jr., declare as follows:

1.     I am an attorney licensed to practice law in the State of California and am admitted to practice in this Court.  I am an associate attorney at Townsend and Townsend and Crew LLP, counsel for Defendant and Counterclaimant Fairchild Semiconductor Corporation ("Fairchild") in this matter.

DECLARATION OF LEONARD J. AUGUSTINE, JR. IN SUPPORT OF FAIRCHILD'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS
CASE NO. C 07-02638 JSW (EDL) (CONSOLIDATED WITH CASE NO. C 07-2664 JSW)                                                                   1

1  2.  This Declaration is submitted in support of Fairchild's Motion to Compel Production of
2  Documents, filed concurrently.  I have personal knowledge of the matters stated herein and if called to
3  testify as a witness, I could and would competently testify thereto.
4  3.  Attached hereto as Exhibit 1 is a true and correct copy of selected pages from U.S.
5  Patents No. 6,429,481, 6,521,497, 6,710,406, 6,828,195 and 7,148,111.
6  4.  Attached hereto as Exhibit 2 is a true and correct copy of Fairchild's First Set of
7  Request for Production to Alpha and Omega Semiconductor, Incorporated and Alpha and Omega
8  Semiconductor, Limited, dated July 27, 2007.
9  5.  Attached hereto as Exhibit 3 is a true and correct copy of AOS's Responses and
10 Objections to Fairchild's First Set of Requests for Production of Documents served in Case No. C 07-
11 2664 JSW, dated September 28, 2007.
12 6.  Attached hereto as Exhibit 4 is a true and correct copy of Fairchild's Second Set of
13 Requests for Production to Alpha & Omega Semiconductor, Ltd. and Alpha & Omega Semiconductor,
14 Inc., dated November 12, 2007.
15 7.  Attached hereto as Exhibit 5 is a true and correct copy of AOS's Responses and
16 Objections to Fairchild's Second Set of Requests for Production, dated December 12, 2007.
17 8.  Attached hereto as Exhibit 6 is a true and correct copy of an email dated February 2,
18 2008, from Fairchild counsel Eric Jacobs to AOS counsel Brett Schuman.
19 9.  Attached hereto as Exhibit 7 is a true and correct copy of an email dated February 13,
20 2008, from Fairchild counsel Eric Jacobs to AOS counsel Ahren C. Hoffman (filed under seal).
21 10.  Attached hereto as Exhibit 8 is a true and correct copy of an email dated March 13,
22 2008, from Fairchild counsel Igor Shoiket to AOS counsel Brett Schuman.
23 11.  Attached hereto as Exhibit 9 is a true and correct copy of an email dated June 19, 2008,
24 from Fairchild counsel Priya Sreenivisan to AOS counsel Brett Schuman.
25 12.  Attached hereto as Exhibit 10 is a true and correct copy of a letter dated June 27, 2008,
26 from Fairchild counsel Matthew Hulse to AOS counsel Ahren C. Hoffman.
27 13.  Attached hereto as Exhibit 11 is a true and correct copy of a letter dated July 11, 2008,
28 from Fairchild counsel Matthew Hulse to AOS counsel Ahren C. Hoffman.

14. Attached hereto as Exhibit 12 is a true and correct copy of a letter dated July 3, 2008, from AOS counsel Ahren C. Hoffman to Fairchild counsel Matthew Hulse.

15. Attached hereto as Exhibit 13 is a true and correct copy of an email dated July 16, 2008, from Fairchild counsel Matthew Hulse to AOS counsel.

16. Attached hereto as Exhibit 14 is a true and correct copy of an email dated July 16, 2008, from AOS counsel Brett Schuman to Fairchild counsel Matthew Hulse.

17. Attached hereto as Exhibit 15 is a true and correct copy of AOS's First Set of Requests to Fairchild for Production of Documents and Things dated on or about July 30, 2007.

18. Attached hereto as Exhibit 16 is a true and correct copy of a letter dated April 18, 2008, from AOS counsel David V. Sanker to Fairchild counsel Eric Jacobs (filed under seal).

19. Attached hereto as Exhibit 17 is a true and correct copy of an email dated August 1, 2008, from to AOS counsel Ahren C. Hoffman to Fairchild counsel Priya Sreenivisan.

20. Attached hereto as Exhibit 18 is a true and correct copy of selected pages from a document produced by AOS titled "Alpha and Omega Semiconductor - The Analog and Power Technology Center of the World", bates stamped AOS_F00006714 and AOS_F00006726 (filed under seal).

21. Attached hereto as Exhibit 19 is a true and correct copy of selected pages from Fairchild's Amended Disclosure of Asserted Claims and Preliminary Infringement Contentions dated February 25, 2008.

22. Attached hereto as Exhibit 20 is a true and correct copy of selected pages from AOS's Amended Disclosure of Asserted Claims and Preliminary Infringement Contentions, dated on or about December 21, 2007.

23. Attached hereto as Exhibit 21 is a true and correct copy of a letter dated May 21, 2008, from Fairchild counsel Priya Sreenivisan to AOS counsel Brett Schuman.

24. Attached hereto as Exhibit 22 is a true and correct copy of an email dated November 12, 2007, from Fairchild counsel Priya Sreenivisan to AOS counsel Harry F. Doscher.

25. Attached hereto as Exhibit 23 is a true and correct copy of a letter dated October 10, 2007, from Fairchild counsel Leonard J. Augustine Jr. to AOS counsel Harry F. Doscher.

26. Attached hereto as Exhibit 24 is a true and correct copy of a letter dated November 2, 2007, from Fairchild counsel Priya Sreenivisan to AOS counsel Harry F. Doscher.

27. Attached hereto as Exhibit 25 is a true and correct copy of selected pages from the transcript of a hearing in this case held on November 27, 2007, before the Honorable Elizabeth D. Laporte.

28. Attached hereto as Exhibit 26 is a true and correct copy of AOS's Representative Parts List dated January 18, 2008 (filed under seal).

29. Attached hereto as Exhibit 27 is a true and correct copy of Fairchild's Representative Parts List dated January 22, 2008 (filed under seal).

30. Attached hereto as Exhibit 28 is a true and correct copy of a datasheet published on AOS's website for part number AO4410, produced by Fairchild at FAIR0025038-25041.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 12th day of August, 2008, in San Francisco, California.

By:  /s/ *Leonard J. Augustine Jr.*
     LEONARD J. AUGUSTINE JR.

61456586 v1