# Exhibit 6

-----Original Message-----
**From:** Jacobs, Eric P.
**Sent:** Saturday, February 02, 2008 1:17 PM
**To:** 'bschuman@morganlewis.com'
**Cc:** awu@morganlewis.com; ahoffman@morganlewis.com; Shoiket, Igor
**Subject:** Representative Parts and Document Production

Brett,

As we discussed yesterday, we will need the process flow and recipe for each unique process AOS identified in its list produced on January 22. Because some of the Fairchild patent claims relate to the mechanism of breakdown, we need to review all of the process parameters for the AOS accused products. This would also include the starting wafer specifications and the GDS files showing the mask layers, including information that would help us identify each layer (e.g., poly, metal-1, metal-2, contact, etc.). Sometimes, there is a file separate from the GDS file that contains this layer identifying information. The GDS files we have received thus far from AOS do not have this identifying information. I believe that the GDS files that Fairchild produced do contain this information. Ultimately, there may be sufficient similarity among some of the processes for us to propose to AOS that similar processes be grouped together, but we can't make that determination unless we see the individual processes.

As I mentioned to you yesterday, Fairchild has given us a list of each part number that corresponds to the representative families we identified in our list provided to you on January 22. There are over 3,000 parts on this list. I expect to produce this list to you on Monday. We are also close to completing our collection of documents that show the bond diagrams for the packages used by Fairchild. We will produce one example of each unique configuration related to the number of gate runners (if any) and the number of bond wires that are distributed on the source contact. We are also in the midst of collecting the process information for each family identified in our January 22 list.

Eric

Eric P. Jacobs

TOWNSEND *and* TOWNSEND *and* CREW LLP
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111
Phone: 415.576.0200
Fax: 415.576.0300
epjacobs@townsend.com

www.townsend.com

Denver | Palo Alto | San Diego | San Francisco | Seattle | Walnut Creek | Tokyo

NOTICE: This email message is the property of Townsend and Townsend and Crew LLP. The contents of this message and any attachments are for the sole use of the intended recipient and may contain confidential information that is protected by law under the attorney-client privilege, attorney work product doctrine, and/or

8/5/2008

other applicable privileges.  If you are not the intended recipient of this message, please reply to epjacobs@townsend.com and delete the message and any attachments from your computer system.  Thank you.

# Exhibit 7
## Highly Confidential - Attorneys' Eyes Only (Filed Under Seal)

# Exhibit 8

Message                                                                          Page 1 of 10

| | |
|---|---|
| **From:** | Shoiket, Igor |
| **Sent:** | Thursday, March 13, 2008 1:08 PM |
| **To:** | 'bschuman@morganlewis.com' |
| **Cc:** | ahoffman@morganlewis.com; aspicer@morganlewis.com; awu@morganlewis.com; Jacobs, Eric P.; Augustine Jr., Leonard J.; Hulse, Matthew R; McFarlane, Robert A. |

**Subject:** RE: Discovery Dispute Resolution proposal

Our proposal is that each party may use this procedure for any discovery dispute it deems appropriate. If the other party feels the procedure should not apply in any particular case, it can state that in its opposition and request whatever relief it needs. The judge can decide the issue based on the letter briefs, set the matter for oral argument, request additional briefing, or take whatever action the judge feels appropriate to resolve the dispute. We will be submitting a letter to the court asking Judge Laporte to adopt this or a similar procedure to address discovery disputes in this case. We are also available this afternoon to discuss these issues should you wish to do so.

We disagree that the issues we've raised below do not warrant court intervention at this time. As to the Blanchard declaration, this simple matter has been pending for more than three weeks. You've indicated that "AOS is in principle not opposed to the proposed stipulation regarding Dr. Blanchard" and yet AOS has not signed the Stipulation. It appears that, absent the Court's intervention, AOS will continue to obstruct our work with our expert by not approving this stipulation.

As to the complete production of AOS technical documents regarding representative parts, our meet and confer efforts to obtain these documents started well before the March 5 letter. Again, it appears that, absent the Court's intervention, AOS will not produce all the documents we need to develop our infringement case. Indeed, complete manufacturing documents for at least the fourteen parts for which Fairchild included claim charts in its Preliminary Infringement Contentions that were served on August 31, 2007, should have been produced by AOS well before the parties' agreement on Representative Parts, yet there are deficiencies even in the production of technical documents for such parts, as described in our March 5 letter.

As to the issue regarding Fairchild's Amended Infringement PICs, AOS's failure to approve the stipulation as submitted more than two weeks ago, or to work with us to resolve whatever issues preclude AOS's from signing the stipulation, are prejudicing our case. As to the issue raised in your e-mail of March 10, two weeks after we submitted our proposed stipulation, Fairchild is in principle not opposed to AOS's amendment of its validity contentions and claim construction disclosures as long as these are tailored to address the amendments in Fairchild's infringement PICs. Fairchild would reserve the right to oppose any amendments to AOS's validity contentions and claim construction disclosures that go beyond the scope of Fairchild's amended infringement PICs. Of course, we cannot make a final decision on any amendments to AOS's validity contentions and claim construction disclosures until we see what amendments AOS is proposing.

Igor

-----Original Message-----
**From:** bschuman@morganlewis.com [mailto:bschuman@morganlewis.com]
**Sent:** Wednesday, March 12, 2008 3:24 PM
**To:** Shoiket, Igor
**Cc:** bschuman@morganlewis.com; ahoffman@morganlewis.com; aspicer@morganlewis.com; awu@morganlewis.com; Jacobs, Eric P.; Augustine Jr., Leonard J.; Hulse, Matthew R; McFarlane, Robert A.
**Subject:** RE: Discovery Dispute Resolution proposal

I don't know what you mean by "any simple discovery dispute." Some disputes may be amenable to the procedure you describe below. Others may not. For the reasons explained in my prior email, below, the specific issues you have raised below do not warrant court intervention - either by noticed motion or short letter - at this time.

Brett

Brett M. Schuman
Morgan, Lewis & Bockius LLP

-----"Shoiket, Igor" <ishoiket@townsend.com> wrote: -----

To: bschuman@morganlewis.com
From: "Shoiket, Igor" <ishoiket@townsend.com>
Date: 03/10/2008 03:45PM
cc: ahoffman@morganlewis.com, aspicer@morganlewis.com, awu@morganlewis.com, "Jacobs, Eric P."
<epjacobs@townsend.com>, "Augustine Jr., Leonard J." <ljaugustine@townsend.com>, "Hulse,
Matthew R" <mrhulse@townsend.com>, "McFarlane, Robert A. " <ramcfarlane@townsend.com>
Subject: RE: Discovery Dispute Resolution proposal

Brett,

Thank you for your e-mail.

Your e-mail failed to address the main question in my e-mail:  Will AOS
stipulate to an expedited discovery dispute resolution procedure along
the lines we proposed?  This procedure could be used to seek the Court's
assistance in any simple discovery dispute in the case, and is not
necessarily limited to the specific examples in my e-mail.

I would appreciate a specific answer to my specific question.

Igor

-----Original Message-----
From: bschuman@morganlewis.com [mailto:bschuman@morganlewis.com]
Sent: Monday, March 10, 2008 2:50 PM
To: Shoiket, Igor
Cc: ahoffman@morganlewis.com; aspicer@morganlewis.com;
awu@morganlewis.com; Jacobs, Eric P.; Augustine Jr., Leonard J.; Hulse,
Matthew R; McFarlane, Robert A.
Subject: Re: Discovery Dispute Resolution proposal




Igor,

You are incorrect that you have not received a response from us
regarding
your request for a stipulation concerning Dr. Blanchard.   On February
28,
I sent two emails:  one to Lennie Augustine and another to your partner
Rob
McFarlane regarding yet another Fairchild-proposed stipulation,
concerning
Dr. Yilmaz.  I told Lennie that AOS is considering all of Fairchild's
various requests for stipulations together.  I did not receive any
response
from either Lennie or Rob to these emails.

AOS is particularly concerned about Fairchild's delay is resolving the
issue concerning Dr. Yilmaz.  Although neither AOS nor MLB has spoken
with
Dr. Yilmaz regarding the litigation - and it has no plans to do so -
Fairchild is apparently taking the position that there should be further

restrictions of Dr. Yilmaz's employment.  The unresolved issue regarding
Dr. Yilmaz is prejudicing AOS and AOS is as interested in resolving that
issue as Fairchild is in resolving issues regarding Dr. Blanchard and
its
PICs.

Subject to Fairchild's response to my February 28 email regarding Dr.
Yilmaz, AOS is in principle not opposed to the proposed stipulation
regarding Dr. Blanchard.  Regarding Fairchild's request for a
stipulation
to allow it to amend its PICS, we are concerned that Fairchild's
proposed
amendment will prejudice AOS because the broader scope of these claims
may
implicate the scope of prior art that AOS contends falls within the
claims
and/or the claim terms or constructions that AOS proposes to be resolved
in
claim construction.  Accordingly, AOS would not oppose Fairchild's
proposed
amendment so long as Fairchild would not oppose AOS's amendment of its
validity contentions and claim construction disclosures relating to the
broadened scope of the claims.

Finally, regarding Fairchild's "repeated requests for technical
documents
and information regarding AOS representative parts," court intervention
seems very premature.  Indeed, the hardcopy of Lennie's March 5, 2008
meet
and confer letter arrived just the morning - at about the same time your
email below arrived.  Although Lennie did email a softcopy to me at 6:00
p.m., I didn't get it until the next morning.  In any event, we are
working
on a response to that letter and should have it to you soon.  As you
well
know, AOS has never refused to produce GDS files and we have worked
cooperatively with your team to get you those files.  Other issues
Lennie
raises in his March 5th letter are being put to us for the first time.
In
the same vein, we have just about finalized a similar letter identifying
potential issues and requesting clarification regarding the contents of
Fairchild's representative parts production.  You should have that
letter
no later than tomorrow.

Brett

Brett M. Schuman
Morgan, Lewis & Bockius LLP




          "Shoiket, Igor"

          <ishoiket@townsen

          d.com>

To

                              bschuman@morganlewis.com

          03/10/08 10:14 AM

7/23/2008

cc

                       ahoffman@morganlewis.com,

                       aspicer@morganlewis.com,

                       awu@morganlewis.com, "Jacobs,

Eric                  P." <epjacobs@townsend.com>,

                       "Hulse, Matthew R"

                       <mrhulse@townsend.com>,

"McFarlane,           Robert A. "

                       <ramcfarlane@townsend.com>,

                       "Augustine Jr., Leonard J."

                       <ljaugustine@townsend.com>

Subject              Discovery Dispute Resolution

                       proposal

Brett,

We have not received a response from AOS regarding several outstanding
issues, including the Blanchard stipulation, the amended PICs
stipulation, and our repeated requests for technical documents and
information regarding AOS representative parts.  It appears that we need
the Court's assistance to resolve these issues.

Because the issues in dispute are fairly straightforward, we believe
that it would be appropriate to use a simplified and streamlined
procedure to present them to the Court.  We understand from talking to
the clerk that Judge Laporte is likely to agree to use a simplified
discovery dispute resolution procedure, as stipulated by the parties, in
lieu of full discovery motion practice.  Therefore, we propose that the
parties stipulate to submit to the Court discovery letter briefs not to
exceed 5 pages, with 5 page opposition briefs due five days after the
opening briefs, and 5 page reply briefs due five days thereafter.  We
believe that this, or similar, procedure will allow the Court to address
these disputes in the most efficient and effective matter.

Please let us know whether AOS will agree to so stipulate.

7/23/2008

Igor

-----Original Message-----
From: bschuman@morganlewis.com [mailto:bschuman@morganlewis.com]
Sent: Thursday, February 28, 2008 10:26 AM
To: Augustine Jr., Leonard J.
Cc: ahoffman@morganlewis.com; aspicer@morganlewis.com;
awu@morganlewis.com; Jacobs, Eric P.; Shoiket, Igor; Hulse, Matthew R;
McFarlane, Robert A.
Subject: RE: Stipulation and [Proposed] Order Amending the Court's Jan.
17, 2008, Order re: Disclosure of Confidential Information to Richard
Blanchard


Lennie - thank you for your voicemail which came in after I had left the
office for the evening last night.  We are still working on your
request.
As you know, this is not the only request for a stipulation your firm on
behalf of Fairchild has requested of AOS: Matt sent a letter earlier
this
week asking AOS to stipulate to amended PICs and Rob McFarlane also sent
a
letter earlier this week (same day as Matt) asking for a stipulated
protective order regarding AOS's employment of Dr. Hamza Yilmaz.
Although
these requests all come from different lawyers in your firm, they are
all
viewed together by AOS (and by us) as requests from Fairchild.

We will get back to you (and Rob, and Matt) as soon as we can.

Brett

Brett M. Schuman
Morgan, Lewis & Bockius LLP




                    "Augustine Jr.,

                    Leonard J."

                    <ljaugustine@town
To
                    send.com>                   ahoffman@morganlewis.com


cc
                    02/25/08 06:28 PM           awu@morganlewis.com,

                                                bschuman@morganlewis.com,

                                                aspicer@morganlewis.com, "Hulse,

                                                Matthew R"
<mrhulse@townsend.com>,
                                                "Jacobs, Eric P."

                                                <epjacobs@townsend.com>,
          "Shoiket,
                                                Igor" <ishoiket@townsend.com>

```
Subject

                              RE: Stipulation and [Proposed]

                              Order Amending the Court's Jan.

17,

                              2008, Order re: Disclosure of

                              Confidential Information to

Richard

                              Blanchard
```

```
Ahren,

I left you voicemails both Friday and earlier today, as well as with
Andrew
Wu earlier today, asking for a response to the requested stipulation we
sent you last Wednesday.  We still have not heard from you - please
provide
a response to our request by tomorrow.


Regards,


Lennie Augustine


TOWNSEND and TOWNSEND and CREW LLP | 2 Embarcadero Center, 8th floor |
San
Francisco, CA 94111
Tel: 415-576-0200 | Fax: 415-576-0300 | Email: LJAugustine@townsend.com
|
Web: www.townsend.com




        -----Original Message-----
        From:   Augustine Jr., Leonard J.
```

```
Sent:       Wednesday, February 20, 2008 7:08 PM
To:         Ahren Hoffman (ahoffman@morganlewis.com)
Cc:         Andrew J. Wu (awu@morganlewis.com); Brett Schuman
(bschuman@morganlewis.com); Amy Spicer (aspicer@morganlewis.com);
Hulse, Matthew R; Jacobs, Eric P.; Shoiket, Igor


Subject:        Stipulation and [Proposed] Order Amending the
Court's
Jan. 17, 2008, Order re: Disclosure of Confidential Information to
Richard Blanchard
```

Ahren,

Attached is the stipulation and [proposed] order we discussed earlier
relating to the Court's Order with respect to the disclosure of
confidential information to Dr. Blanchard.  Please let us know by
tomorrow if you have any questions or concerns.

Regards,
Lennie Augustine

TOWNSEND and TOWNSEND and CREW LLP | 2 Embarcadero Center, 8th floor
| San Francisco, CA 94111
Tel: 415-576-0200 | Fax: 415-576-0300 | Email:
LJAugustine@townsend.com | Web: www.townsend.com

<< File: FAIR: Stipulation and [Proposed] Order Amending the
Court's Jan. 17, 2008, Order re: Disclosure of Confidential
Information to Richard Blanchard.DOC >>

DISCLAIMER
This e-mail message is intended only for the personal
use of the recipient(s) named above. This message may
be an attorney-client communication and as such privileged
and confidential.  If you are not an intended recipient,
you may not review, copy or distribute this message. If
you have received this communication in error, please
notify us immediately by e-mail and delete the original
message.

----- Message from bschuman@morganlewis.com on Mon, 25 Feb 2008 21:03:54
-0700 -----

To: "Augustine Jr., Leonard J." <ljaugustine@townsend.com>,

     ahoffman@morganlewis.com

cc: awu@morganlewis.com, aspicer@morganlewis.com, "Hulse, Matthew R"

    <mrhulse@townsend.com>, "Jacobs, Eric P." <epjacobs@townsend.com>,

    "Shoiket, Igor" <ishoiket@townsend.com>


Subj Re: Stipulation and [Proposed] Order Amending the Court's Jan. 17,

ect: 2008, Order re: Disclosure of Confidential Information to Richard

    Blanchard



Lennie - as soon as we have authority to sign your proposed stipulation, we
will let you know.  If we do not get authority to sign, we will let you
know that too.

Brett
-----------------
Sent from my BlackBerry Handheld.


---------------------------------

  ----- Original Message -----
  From: "Augustine Jr., Leonard J." [ljaugustine@townsend.com]
  Sent: 02/25/2008 06:28 PM PST
  To: Ahren Hoffman
  Cc: Andrew Wu; Brett Schuman; Amy Spicer; Hulse, Matthew R"
<mrhulse@townsend.com>; Jacobs, Eric P." <epjacobs@townsend.com>;
Shoiket,
Igor" <ishoiket@townsend.com>
  Subject: RE: Stipulation and [Proposed] Order Amending the Court's
Jan.
17, 2008, Order re: Disclosure of Confidential Information to Richard
Blanchard



Ahren,

I left you voicemails both Friday and earlier today, as well as with
Andrew
Wu earlier today, asking for a response to the requested stipulation we
sent you last Wednesday.  We still have not heard from you - please
provide
a response to our request by tomorrow.

Regards,

Lennie Augustine

TOWNSEND and TOWNSEND and CREW LLP | 2 Embarcadero Center, 8th floor |
San
Francisco, CA 94111
Tel: 415-576-0200 | Fax: 415-576-0300 | Email: LJAugustine@townsend.com
|

Web: www.townsend.com <file://www.townsend.com/>


                      -----Original Message-----
               From:    Augustine Jr., Leonard J.
               Sent:    Wednesday, February 20, 2008 7:08 PM
               To:      Ahren Hoffman (ahoffman@morganlewis.com)
               Cc:      Andrew J. Wu (awu@morganlewis.com); Brett Schuman
(bschuman@morganlewis.com); Amy Spicer (aspicer@morganlewis.com); Hulse,
Matthew R; Jacobs, Eric P.; Shoiket, Igor

               Subject:          Stipulation and [Proposed] Order Amending
the
Court's Jan. 17, 2008, Order re: Disclosure of Confidential Information
to
Richard Blanchard


               Ahren,

               Attached is the stipulation and [proposed] order we
discussed
earlier relating to the Court's Order with respect to the disclosure of
confidential information to Dr. Blanchard.  Please let us know by
tomorrow
if you have any questions or concerns.

               Regards,
               Lennie Augustine

               TOWNSEND and TOWNSEND and CREW LLP | 2 Embarcadero Center,
8th
floor | San Francisco, CA 94111
               Tel: 415-576-0200 | Fax: 415-576-0300 | Email:
LJAugustine@townsend.com | Web: www.townsend.com
<file://www.townsend.com/>


               << File: FAIR:  Stipulation and [Proposed] Order Amending
the
Court's Jan. 17, 2008, Order re: Disclosure of Confidential Information
to
Richard Blanchard.DOC >>

DISCLAIMER
This e-mail message is intended only for the personal
use of the recipient(s) named above. This message may
be an attorney-client communication and as such privileged
and confidential.  If you are not an intended recipient,
you may not review, copy or distribute this message. If
you have received this communication in error, please
notify us immediately by e-mail and delete the original
message.



DISCLAIMER
This e-mail message is intended only for the personal
use of the recipient(s) named above. This message may
be an attorney-client communication and as such privileged
and confidential.  If you are not an intended recipient,

you may not review, copy or distribute this message. If
you have received this communication in error, please
notify us immediately by e-mail and delete the original
message.


DISCLAIMER This e-mail message is intended only for the personal use of the recipient(s) named above. This
message may be an attorney-client communication and as such privileged and confidential. If you are not an
intended recipient, you may not review, copy or distribute this message. If you have received this
communication in error, please notify us immediately by e-mail and delete the original message.

# Exhibit 9

| | |
|---|---|
| **From:** | Sreenivasan, Priya |
| **Sent:** | Thursday, June 19, 2008 12:24 PM |
| **To:** | 'Brett M. Schuman' |
| **Cc:** | Ahren C. Hoffman; Amy M. Spicer; Andrew J. Wu; Jacobs, Eric P.; Harry F. Doscher; Shoiket, Igor; Augustine Jr., Leonard J.; Hulse, Matthew R; Rita E. Tautkus; Randy A. Wilkins; Trish M. Majidian |
| **Subject:** | RE: Fairchild/AOS-Sreenivasan Letter to Schuman |

Brett:

The request is consistent with the parties' agreement to proceed on the basis of representative parts. Fairchild is in the process of determining an appropriate set of representative AOS parts, as AOS agreed. So that Fairchild can continue its investigation and determination of which AOS parts, including any of the additional parts, are representative of the accused AOS product line, AOS should identify which previously produced process flows, gds files and other technical documents (including recipes) correspond to the additional accused parts on the AOS website. If no process flows, gds files and other technical documents (including recipes) have been produced for the additional parts, these documents must be produced immediately.

Regards,

Priya Sreenivasan, Esq.
Litigation Associate
Townsend and Townsend and Crew, LLP
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111
Phone: 415.273.4742
Fax: 415.576.0300
psreenivasan@townsend.com
www.townsend.com

Offices in: Denver | Palo Alto | San Diego | San Francisco | Seattle | Tokyo | Walnut Creek | Washington D.C.

This message may contain confidential information. If you are not the intended recipient and received this message in error, any use or distribution of this message is strictly prohibited. Please also notify us immediately by return e-mail, and delete this message from your computer system. Thank you.

     -----Original Message-----
     **From:** Brett M. Schuman [mailto:bschuman@morganlewis.com]
     **Sent:** Friday, June 13, 2008 3:21 PM
     **To:** Sreenivasan, Priya
     **Cc:** Ahren C. Hoffman; Amy M. Spicer; Andrew J. Wu; Jacobs, Eric P.; Harry F. Doscher; Shoiket, Igor; Augustine Jr., Leonard J.; Hulse, Matthew R; Rita E. Tautkus; Randy A. Wilkins; Trish M. Majidian
     **Subject:** RE: Fairchild/AOS-Sreenivasan Letter to Schuman

     Priya - what is the basis for your suggestion that Fairchild is entitled to "all relevant process flows, GDS files and all other technical documentation" regarding additional AOS parts? How is this request consistent with the parties agreement to proceed on the basis of representative parts?

     Thanks.

     Brett

     Brett M. Schuman
     Morgan, Lewis & Bockius LLP

"Sreenivasan, Priya" <psreenivasan@townsend.com>

| | |
|---|---|
| "Sreenivasan, Priya"<br><psreenivasan@townsend.com><br><br>06/13/08 01:03 PM | To bschuman@morganlewis.com,<br>ccawu@morganlewis.com, rtautkus@morganlewis.com,<br>aspicer@morganlewis.com, ahoffman@morganlewis.com,<br>hdoscher@morganlewis.com, rwilkins@morganlewis.com,<br>tmajidian@morganlewis.com, "Jacobs, Eric P."<br><epjacobs@townsend.com>, "Shoiket, Igor"<br><ishoiket@townsend.com>, "Hulse, Matthew R"<br><mrhulse@townsend.com>, "Augustine Jr., Leonard J."<br><ljaugustine@townsend.com><br>SubjectRE: Fairchild/AOS-Sreenivasan Letter to Schuman |

Brett:
I still haven't received a reply to the letter attached to this e-mail.

Please let me know AOS's response immediately.
-Priya

-----Original Message-----
From: Sreenivasan, Priya
Sent: Wednesday, May 21, 2008 2:13 PM
To: 'bschuman@morganlewis.com'
Cc: 'awu@morganlewis.com'; 'rtautkus@morganlewis.com';
'aspicer@morganlewis.com'; 'ahoffman@morganlewis.com';
'hdoscher@morganlewis.com'; 'rwilkins@morganlewis.com';
'tmajidian@morganlewis.com'; Jacobs, Eric P.; Shoiket, Igor; Hulse,
Matthew R; Augustine Jr., Leonard J.
Subject: Fairchild/AOS-Sreenivasan Letter to Schuman


Brett:

Please see attached letter.

Regards,

Priya Sreenivasan, Esq.
Litigation Associate
Townsend and Townsend and Crew, LLP
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111
Phone: 415.273.4742
Fax: 415.576.0300
psreenivasan@townsend.com
www.townsend.com

Offices in: Denver | Palo Alto | San Diego | San Francisco | Seattle |
Tokyo | Walnut Creek | Washington D.C.

This message may contain confidential information. If you are not the
intended recipient and received this message in error, any use or
distribution of this message is strictly prohibited. Please also notify
us immediately by return e-mail, and delete this message from your
computer system. Thank you.
*(See attached file: 2008-05-21 Sreenivasan to Schuman re devices on AOS website not disclosed or not included in Accused Part list.pdf)*

DISCLAIMER
This e-mail message is intended only for the personal
use of the recipient(s) named above. This message may

be an attorney-client communication and as such privileged
and confidential.  If you are not an intended recipient,
you may not review, copy or distribute this message. If
you have received this communication in error, please
notify us immediately by e-mail and delete the original
message.

# Exhibit 10

TOWNSEND
*and*
TOWNSEND
*and*
CREW
LLP

San Francisco

Two Embarcadero Center
Eighth Floor
San Francisco, California 94111-3834
Tel 415.576.0200
Fax 415.576.0300

Matthew R. Hulse
415.273.7511
mrhulse@townsend.com

June 27, 2008

*VIA E-MAIL*

Ahren C. Hoffman
Morgan Lewis & Bockius LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306

Dear Ahren:

I write in response to your June 23, 2008, letter to Priya Sreenivasan.  Contrary to the assertion in your letter, Fairchild has not "given up" on its attempt to group AOS products.  We have been analyzing the process flows and other technical information AOS has produced.  But given that AOS has failed to produce process recipes for its products, we are unable to propose groupings of AOS products at this time.

Please produce process recipes for all AOS products.  This production is long overdue.  We requested the recipes months ago, and have subsequently asked for them repeatedly.  AOS, however, has not produced any recipes.  Additionally, as we pointed out previously, AOS's web site refers to 56 AOS products that AOS did not include in the "AOS Representative Parts List" dated January 18, 2008.  Please update the list to include these products and all other new ones, and also produce process flows, GDS files, process recipes, and other technical documents corresponding to the additional products.

We will continue to work to develop groupings of AOS products once we receive this information in an effort to make discovery less burdensome for the parties.  We cannot make further progress, though, until AOS produces the information.  We therefore request that AOS produce the documents described above by July 7, 2008.  If AOS fails to do so, we will file a motion to compel.

Very truly yours,

/s/
Matthew R. Hulse