TOWNSEND AND TOWNSEND AND CREW LLP
ERIC P. JACOBS (State Bar No. 88413)
PETER H. GOLDSMITH (State Bar No. 91294)
ROBERT A. McFARLANE (State Bar No. 172650)
IGOR SHOIKET (State Bar No. 190066)
Two Embarcadero Center, 8th Floor
San Francisco, California  94111
Telephone:      (415) 576-0200
Facsimile:       (415) 576-0300
E-mail:          epjacobs@townsend.com
                 phgoldsmith@townsend.com
                 ramcfarlane@townsend.com
                 ishoiket@townsend.com

Attorneys for Defendant and Counterclaimant
FAIRCHILD SEMICONDUCTOR CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>      Plaintiffs and Counterdefendants,<br><br>      v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>      Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 07-2638 JSW (EDL)<br>(Consolidated with Case No. C 07-2664 JSW)<br><br>**[PROPOSED] ORDER GRANTING FAIRCHILD SEMICONDUCTOR CORPORATION'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>Date:        September 16, 2008<br>Time:        9:00 a.m.<br>Courtroom:  Courtroom E, 15th Floor<br><br>Hon. Elizabeth D. Laporte |

[PROPOSED] ORDER GRANTING FAIRCHILD SEMICONDUCTOR CORPORATION'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS
CASE NO. C 07-02638 JSW (EDL) (CONSOLIDATED WITH CASE NO. C 07-2664 JSW)

1

1    Pursuant to Defendant and Counterclaimant Fairchild Semiconductor Corporation's Motion To

2    Compel Production Of Documents, and good cause appearing,

3    IT IS HEREBY ORDERED that the motion is GRANTED.

4    AOS must produce the following categories of documents for all AOS products (including

5    those identified in Fairchild's preliminary infringement contentions and the additional 56 AOS

6    products identified by Fairchild in its May 21, 2008, letter to AOS):

7    (1)    Manufacturing documents (including recipes, process flows, GDS files (including

8    documents sufficient to correlate each GDS file to each AOS product and process flow), wafer

9    specifications, and epitaxial layer specifications);

10    (2)    Simulation documents including input files and data (including coefficient files, input

11    command files, mask files, structure boundary files, and measured doping files) and output files and

12    data (including simulated electrical data, structure output files, doping output files, and/or grid output

13    files);

14    (3)    Device structure documents (including secondary ion mass spectroscopy data, scanning

15    capacitance microscopy images, spreading resistance profiles, scanning electron microscopy images,

16    and in-line data); and

17    (4)    Device operation documents (including electrical breakdown current-voltage

18    characteristics data, operational transistor current-voltage characteristics data, unclamped inductive

19    switching data, and data upon which each datasheet for each AOS product is based).

20

21    AOS must complete the production described above within fourteen days of the issuance of the

22    this Order.

23

24

25

26    Dated:_____          _____

27                                                                        Honorable Elizabeth D. Laporte

28    61462362 v1