TOWNSEND AND TOWNSEND AND CREW LLP
ERIC P. JACOBS (State Bar No. 88413)
PETER H. GOLDSMITH (State Bar No. 91294)
ROBERT A. McFARLANE (State Bar No. 172650)
IGOR SHOIKET (State Bar No. 190066)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone:    (415) 576-0200
Facsimile:    (415) 576-0300
E-mail:       epjacobs@townsend.com
              phgoldsmith@townsend.com
              ramcfarlane@townsend.com
              ishoiket@townsend.com

Attorneys for Defendant and Counterclaimant
FAIRCHILD SEMICONDUCTOR CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>Plaintiffs and Counterdefendants,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 07-2638 JSW (EDL)<br>(Consolidated with Case No. C 07-2664 JSW)<br><br>**ADMINISTRATIVE MOTION FOR AN ORDER PERMITTING THE FILING OF DOCUMENTS UNDER SEAL PURSUANT TO CIVIL L.R. 79-5(c) AND CIVIL L.R. 79-5(d)**<br><br>Date:    September 16, 2008<br>Time:    9:00 a.m.<br>Courtroom:    Courtroom E, 15th Floor<br><br>Hon. Elizabeth D. Laporte |

<u>Civil L.R. 79-5(c) Motion</u>

Fairchild submits this Administrative Motion with the Court pursuant to Civil Local Rules 7-11 and 79-5(c) for permission to file the following documents under seal:

**EXHIBITS 16 AND 27 TO THE DECLARATION OF LEONARD J. AUGUSTINE, JR. IN SUPPORT OF FAIRCHILD SEMICONDUCTOR CORPORATION'S NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

This Administrative Motion is made pursuant to the Court's Order Granting Stipulated Protective Order, entered on August 2, 2007 [Docket No. 27], and is narrowly tailored to seal only that material for which good cause to seal has been established.

Pursuant to Local Rule 79-5(c), sealed copies of the above-described Exhibits are being lodged with the clerk.

Submitted herewith is a Proposed Order granting Fairchild's Administrative Motion to file the foregoing documents under seal, and the Declaration of Leonard J. Augustine, Jr. in support of this Administrative Motion.

<u>Civil L.R. 79-5(d) Motion</u>

Defendant and Counterclaimant Fairchild Semiconductor Corporation ("Fairchild"), submits this Administrative Motion with the Court pursuant to Civil Local Rules 7-11 and 79-5(d) for permission to file the following documents under seal:

**EXHIBITS 7, 18 AND 26 TO THE DECLARATION OF LEONARD J. AUGUSTINE, JR. IN SUPPORT OF FAIRCHILD SEMICONDUCTOR CORPORATION'S NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

Fairchild submits this Administrative Motion because Plaintiffs and Counterdefendants Alpha and Omega Semiconductor, Inc. and Alpha and Omega Semiconductor, Ltd. (collectively "AOS") have designated documents attached as the above-described Exhibits 7, 18 and 26 as "Highly Confidential, Attorneys' Eyes Only" pursuant to the Court's Order Granting Stipulated Protective Order, entered on August 2, 2007 [Docket No. 27].

Pursuant to Civil L.R. 79-5(d), within five (5) days of the filing of this Administrative Motion, the designating party, AOS, must file with the Court and serve a declaration establishing that the designated information is sealable, and must lodge and serve a narrowly tailored proposed sealing

1  order, or must withdraw the designation of confidentiality.

3  DATED: August 12, 2008         Respectfully submitted,

4                                 TOWNSEND AND TOWNSEND AND CREW LLP

6                                 By: /s/
7                                     Leonard J. Augustine, Jr.

                                  Attorneys for Defendant and Counterclaimant
8                                 FAIRCHILD SEMICONDUCTOR CORPORATION

10  61458301 v1