1   TOWNSEND AND TOWNSEND AND CREW LLP
    ERIC P. JACOBS (State Bar No. 88413)
2   PETER H. GOLDSMITH (State Bar No. 91294)
    ROBERT A. McFARLANE (State Bar No. 172650)
3   IGOR SHOIKET (State Bar No. 190066)
    Two Embarcadero Center, 8th Floor
4   San Francisco, California  94111
    Telephone:     (415) 576-0200
5   Facsimile:     (415) 576-0300
    E-mail:        epjacobs@townsend.com
6                  phgoldsmith@townsend.com
                   ramcfarlane@townsend.com
7                  ishoiket@townsend.com

8   Attorneys for Defendant and Counterclaimant
    FAIRCHILD SEMICONDUCTOR CORPORATION
9

10                  UNITED STATES DISTRICT COURT

11             FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13

14
    ALPHA & OMEGA SEMICONDUCTOR,              Case No. C 07-2638 JSW (EDL)
15  INC., a California corporation; and       (Consolidated with Case No. C 07-2664 JSW)

16  ALPHA & OMEGA SEMICONDUCTOR,              **DECLARATION OF LEONARD J.**
    LTD., a Bermuda corporation,              **AUGUSTINE, JR. IN SUPPORT OF**
17                                            **ADMINISTRATIVE MOTION FOR AN**
           Plaintiffs and Counterdefendants,  **ORDER PERMITTING THE FILING OF**
18                                            **DOCUMENTS UNDER SEAL**
                   v.                         **PURSUANT TO CIVIL L.R. 79-5(d)**
19  FAIRCHILD SEMICONDUCTOR
    CORP., a Delaware corporation,
20         Defendant and Counterclaimant.     Date:        September 16, 2008
                                              Time:        9:00 a.m.
21                                            Courtroom:   Courtroom E, 15th Floor
22
                                              Hon. Elizabeth D. Laporte
23
    ─────────────────────────────
24  AND RELATED COUNTERCLAIMS.

25

26

27

28

1    I, Leonard J. Augustine, Jr., declare as follows:

2    1.    I am an attorney and member in good standing of the State Bar of California and the

3    Bar of this Court. I am an associate attorney in the law firm of Townsend and Townsend and Crew

4    LLP ("Townsend"), counsel for Defendant Fairchild Semiconductor Corp. ("Fairchild"). I have

5    personal knowledge of the matters stated, except where otherwise indicated, in this Declaration and

6    could competently testify to them if I were called as a witness.

7    2.    On August 2, 2007, the Court entered a Stipulated Protective Order [Docket No. 27] in

8    this case.

9    3.    On August 12, 2008, Fairchild lodged with the clerk "Confidential Exhibit 7,"

10    "Confidential Exhibit 18" and "Confidential Exhibit 26" attached to the Declaration of Leonard J.

11    Augustine, Jr. in Support of Fairchild Semiconductor Corporation's Motion to Compel Production of

12    Documents.

13    4.    Confidential Exhibits 7, 18 and 26 to the Declaration of Leonard J. Augustine, Jr.

14    contain information that Plaintiffs and Counterdefendants Alpha & Omega Semiconductor, Inc. and

15    Alpha & Omega Semiconductor, Ltd. (collectively, "AOS") have designated "Highly Confidential -

16    Attorneys' Eyes Only" under the Stipulated Protective Order.

17    5.    Pursuant to Civil L.R. 79-5(d), within five (5) days of the filing of this Administrative

18    Motion, the designating party, AOS, must file with the Court and serve a declaration establishing that

19    the designated information is sealable, and must lodge and serve a narrowly tailored proposed sealing

20    order, or must withdraw the designation of confidentiality

21    I declare under penalty of perjury under the laws of the United States that the foregoing is true

22    and correct and that this Declaration was executed on August 12, 2008 at San Francisco, California.

23

24    By:  /s/ Leonard J. Augustine, Jr.
                Leonard J. Augustine, Jr.
25

26    61463051 v1

27

28