TOWNSEND AND TOWNSEND AND CREW LLP
ERIC P. JACOBS (State Bar No. 88413)
PETER H. GOLDSMITH (State Bar No. 91294)
ROBERT A. McFARLANE (State Bar No. 172650)
IGOR SHOIKET (State Bar No. 190066)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone:   (415) 576-0200
Facsimile:   (415) 576-0300
E-mail:      epjacobs@townsend.com
             phgoldsmith@townsend.com
             ramcfarlane@townsend.com
             ishoiket@townsend.com

Attorneys for Defendant and Counterclaimant
FAIRCHILD SEMICONDUCTOR CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>Plaintiffs and Counterdefendants,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 07-2638 JSW (EDL)<br>(Consolidated with Case No. C 07-2664 JSW)<br><br>**DECLARATION OF LEONARD J. AUGUSTINE, JR. IN SUPPORT OF ADMINISTRATIVE MOTION FOR AN ORDER PERMITTING THE FILING OF DOCUMENTS UNDER SEAL PURSUANT TO CIVIL L.R. 79-5(c)**<br><br>Date:       September 16, 2008<br>Time:       9:00 a.m.<br>Courtroom:  Courtroom E, 15th Floor<br><br>Hon. Elizabeth D. Laporte |

1     I, Leonard J. Augustine, Jr., declare as follows:

2     1.     I am an attorney and member in good standing of the State Bar of California and the Bar of this Court. I am an associate attorney in the law firm of Townsend and Townsend and Crew LLP ("Townsend"), counsel for Defendant Fairchild Semiconductor Corp. ("Fairchild"). I have personal knowledge of the matters stated, except where otherwise indicated, in this Declaration and could competently testify to them if I were called as a witness.

7     2.     On August 2, 2007, the Court entered a Stipulated Protective Order [Docket No. 27] in this case.

9     3.     On August 12, 2008, Fairchild lodged with the clerk "Confidential Exhibit 16" and "Confidential Exhibit 27" attached to the Declaration of Leonard J. Augustine, Jr. in Support of Fairchild Semiconductor Corporation's Motion to Compel Production of Documents.

12    4.     Confidential Exhibit 16 and Confidential Exhibit 27 to the Declaration of Leonard J. Augustine, Jr. are sealable under the Court's Protective Order and Local Rules because the document contains information of Fairchild that: (1) is confidential; (2) has not been disclosed to the public; and (3) could, if disclosed to the general public, cause harm to Fairchild's competitive positions. Accordingly, Fairchild requests that the documents remain sealed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on August 12, 2008 at San Francisco, California.

By: /s/ Leonard J. Augustine, Jr.
    Leonard J. Augustine, Jr.

61458334 v1