1   TOWNSEND AND TOWNSEND AND CREW LLP
    ERIC P. JACOBS (State Bar No. 88413)
2   PETER H. GOLDSMITH (State Bar No. 91294)
    ROBERT A. McFARLANE (State Bar No. 172650)
3   IGOR SHOIKET (State Bar No. 190066)
    Two Embarcadero Center, 8th Floor
4   San Francisco, California  94111
    Telephone:     (415) 576-0200
5   Facsimile:     (415) 576-0300
    E-mail:        epjacobs@townsend.com
6                  phgoldsmith@townsend.com
                   ramcfarlane@townsend.com
7                  ishoiket@townsend.com

8   Attorneys for Defendant and Counterclaimant
    FAIRCHILD SEMICONDUCTOR CORPORATION

9

10              UNITED STATES DISTRICT COURT

11         FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                 SAN FRANCISCO DIVISION

13

14
    ALPHA & OMEGA SEMICONDUCTOR,          Case No. C 07-2638 JSW (EDL)
15  INC., a California corporation; and    (Consolidated with Case No. C 07-2664 JSW)

16  ALPHA & OMEGA SEMICONDUCTOR,          **ADMINISTRATIVE MOTION TO**
    LTD., a Bermuda corporation,          **REMOVE DOCUMENTS ASSERTED BY**
17                                         **AOS TO BE FILED INCORRECTLY**
        Plaintiffs and Counterdefendants,  **(DOCKET NOS. 176 AND 184)**
18
                    v.
19
    FAIRCHILD SEMICONDUCTOR
20  CORP., a Delaware corporation,

        Defendant and Counterclaimant.
21  ─────────────────────────────────
    AND RELATED COUNTERCLAIMS.
22

23

24

25

26

27

28

Defendant and counterclaimant Fairchild Semiconductor Corporation ("Fairchild") previously filed through the electronic case filing (ECF) system of the Northern District of California a Notice of Motion and Motion to Compel Production of Documents (Docket No. 176) on August 12, 2008 (the "Original Motion to Compel") and an Amended Notice of Motion and Motion to Compel Production of Documents (Docket No. 184) on August 13, 2008 (the "Amended Motion to Compel").  Plaintiffs and Counterdefendants Alpha and Omega Semiconductor, Inc. and Alpha and Omega Semiconductor, Ltd. (collectively "AOS") assert that the Original Motion to Compel and Amended Motion to Compel contain confidential information of AOS that must not be viewed by the public as a whole.  AOS has requested that Fairchild remove the Original Motion to Compel and Amended Motion to Compel from the electronic case filing (ECF) system of the Northern District of California and file a Second Amended Notice of Motion and Motion to Compel Production of Documents with certain material specified by AOS removed.

Fairchild does not agree that the Original Motion to Compel and the Amended Motion to Compel contain any confidential information of AOS.  However, the information that AOS seeks to remove from public record is not critical to the motion.  Therefore, Fairchild does not object to AOS's request to remove the Original Motion to Compel and Amended Motion to Compel from public record.  Fairchild also agrees to file a Second Amended Notice of Motion and Motion to Compel Production of Documents with certain material removed as specified by AOS, said Second Amended Notice of Motion and Motion to be noticed for the same hearing date as the Original Motion to Compel and Amended Motion to Compel.  Counsel for AOS has informed Fairchild that AOS will file a declaration in support of this motion.

Fairchild accordingly requests that the Original Motion to Compel (Docket No. 176) and Amended Motion to Compel (Docket No. 184) be permanently removed from the electronic case filing (ECF) system of the Northern District of California.  This request is based upon this motion and a declaration of counsel for AOS in support of this motion to be filed by AOS.

1    DATED:  August 15, 2008          Respectfully submitted,

2                                     TOWNSEND AND TOWNSEND AND CREW LLP

3

4                                     By:   /s/
                                           Leonard J. Augustine, Jr.
5
                                     Attorneys for Defendant and Counterclaimant
6                                    FAIRCHILD SEMICONDUCTOR CORPORATION

7

8    61467314 v1

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28