1  TOWNSEND AND TOWNSEND AND CREW LLP
   ERIC P. JACOBS (State Bar No. 88413)
2  PETER H. GOLDSMITH (State Bar No. 91294)
   ROBERT A. McFARLANE (State Bar No. 172650)
3  IGOR SHOIKET (State Bar No. 190066)
   Two Embarcadero Center, 8th Floor
4  San Francisco, California  94111
   Telephone:     (415) 576-0200
5  Facsimile:     (415) 576-0300
   E-mail:        epjacobs@townsend.com
6                 phgoldsmith@townsend.com
                  ramcfarlane@townsend.com
7                 ishoiket@townsend.com

8  Attorneys for Defendant and Counterclaimant
   FAIRCHILD SEMICONDUCTOR CORPORATION
9

10                 UNITED STATES DISTRICT COURT

11          FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13

14

15  ALPHA & OMEGA SEMICONDUCTOR,          Case No. C 07-2638 JSW (EDL)
    INC., a California corporation; and   (Consolidated with Case No. C 07-2664 JSW)
16  ALPHA & OMEGA SEMICONDUCTOR,
    LTD., a Bermuda corporation,          **EXHIBIT A TO FAIRCHILD
17                                         SEMICONDUCTOR CORPORATION'S
            Plaintiffs and Counterdefendants,   SECOND AMENDED NOTICE OF MOTION
18                                         AND MOTION TO COMPEL PRODUCTION
            v.                             OF DOCUMENTS**
19
    FAIRCHILD SEMICONDUCTOR              Date:        September 16, 2008
20  CORP., a Delaware corporation,      Time:        9:00 a.m.
                                        Courtroom:   Courtroom E, 15th Floor
21          Defendant and Counterclaimant.
                                        Hon. Elizabeth D. Laporte
22

23  AND RELATED COUNTERCLAIMS.

24

25

26

27

28

**I.    STATEMENT SETTING FORTH EACH REQUEST THAT IS A MATTER OF DISPUTE IN FULL, FOLLOWED IMMEDIATELY BY THE OBJECTIONS AND/OR RESPONSES THERETO PURSUANT TO CIVIL L.R. 37-2**

The requests that are the subject of this motion and AOS's responses are set forth in the following pages.

REQUEST FOR PRODUCTION NO. 1:

All documents describing any aspect of the structure or design of any accused product, including without limitation plots of mask layers, cell plots, design drawings, electronic design automation files and starting material descriptions.

RESPONSE TO REQUEST FOR PRODUCTION NO. 1:

AOS incorporates by this reference its General Objections.  AOS further objects to this request as overly broad, vague, ambiguous, unduly burdensome, and not reasonably calculated to lead the the discovery of admissible evidence.  Subject to and without waiving its objections, AOS will produce non-privileged documents responsive to this request sufficient to show the technical design and operation of the accused products.

REQUEST FOR PRODUCTION NO. 2:

All documents describing any aspect of the process of manufacture of any accused product, including without limitation process, flows, process travelers and process recipes.

RESPONSE TO REQUEST FOR PRODUCTION NO. 2

AOS incorporates by this reference its General Objections.  AOS further objects to this request as overly broad, vague, ambiguous, unduly burdensome, and not reasonably calculated to lead the the discovery of admissible evidence.  Subject to and without waiving its objections, AOS will produce non-privileged documents responsive to this request sufficient to describe the manufacture of the accused products.

REQUEST FOR PRODUCTION NO. 3:

All documents describing the configuration of any accused product at any stage of its manufacture (including without limitation documents depicting the configuration of the semiconductor junctions and layers atop the silicon substrate and how those junction patterns and layers are/were formed).

EXHIBIT A TO FAIRCHILD'S SECOND AMENDED NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS
CASE NO. C 07-02638 JSW (EDL) (CONSOLIDATED WITH CASE NO. C 07-2664 JSW)

1

1    RESPONSE TO REQUEST FOR PRODUCTION NO. 3

2        AOS incorporates by this reference its General Objections.  AOS further objects to this request

3    as overly broad, vague, ambiguous, unduly burdensome, and not reasonably calculated to lead the the

4    discovery of admissible evidence.  AOS further objects that the undefined term "configuration," as

5    used in this request, is vague, ambiguous and unintelligible.  Subject to and without waiving its

6    objections, AOS will produce non-privileged documents responsive to this request sufficient to

7    describe the manufacture of the accused products.

8    REQUEST FOR PRODUCTION NO. 7:

9        All documents and things, including but not limited to, photographs, micrographs or

10   prototypes that relate to or were referred to, examined or used in the design or development of the

11   accused products.

12   RESPONSE TO REQUEST FOR PRODUCTION NO. 7

13       AOS incorporates by this reference its General Objections.  AOS further objects to this request

14   as overly broad, vague, ambiguous, unduly burdensome, and not reasonably calculated to lead the the

15   discovery of admissible evidence.  Subject to and without waiving its objections, AOS will produce

16   non-privileged documents responsive to this request sufficient to show the design and development of

17   the accused products.

18   REQUEST FOR PRODUCTION NO. 8:

19       All documents and things that relate to the structure or design of the accused products.

20   RESPONSE TO REQUEST FOR PRODUCTION NO. 8

21       AOS incorporates by this reference its General Objections.  AOS further objects to this request

22   as overly broad, vague, ambiguous, unduly burdensome, and not reasonably calculated to lead the the

23   discovery of admissible evidence.  Subject to and without waiving its objections, AOS will produce

24   non-privileged documents responsive to this request sufficient to show the structure and design of the

25   accused products.

26   REQUEST FOR PRODUCTION NO. 61:

27       All documents and things describing any analyses of the Accused AOS devices, including but

28   not limited to Secondary Ion Mass Spectrometry (SMS), Scanning Electron Microscopy (SEM), or

1  Transmission Electron Microscopy.

2  <u>RESPONSE TO REQUEST FOR PRODUCTION NO. 61</u>

3         AOS incorporates by this reference its General Objections.  AOS further objects to this request

4  in that it is substantially identical to a request that AOS served on Fairchild; to the extent that Fairchild

5  has objected to AOS's request and that Fairchild's objections are given weight by the Court or

6  agreement of the parties, AOS incorporates those same objections herein.  AOS objects further to this

7  request as being overly broad, unduly burdensome, vague, ambiguous, and not reasonably calculated

8  to lead the the discovery of admissible evidence.  AOS further objects to this request as premature and

9  calling for expert analysis.  AOS objects further to this request to the extent that it seeks materials

10  protected by the attorney-client privilege or work-product doctrine.  Subject to and without waiving its

11  objections, AOS responds that it either already has or will produce non-privileged responsive

12  documents in its possession, custody, or control to the extent they exist and can be located through a

13  reasonable search.

14
   61468215 v1
15

16

17

18

19

20

21

22

23

24

25

26

27

28