MORGAN, LEWIS & BOCKIUS LLP
Daniel Johnson, Jr. (State Bar No. 57409)
Brett M. Schuman (State Bar No. 189247)
Amy M. Spicer (State Bar No. 188399)
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
djjohnson@morganlewis.com
bschuman@morganlewis.com
aspicer@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Andrew J. Wu (State Bar No. 214442)
Harry F. Doscher (State Bar No. 245969)
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
awu@morganlewis.com
hdoscher@morganlewis.com

Attorneys for Plaintiffs and Counterdefendants
ALPHA & OMEGA SEMICONDUCTOR, INC.
ALPHA & OMEGA SEMICONDUCTOR, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 07-2638 JSW (EDL)<br>(Consolidated with Case No. 07-2664 JSW)<br><br>**[PROPOSED] ORDER GRANTING FAIRCHILD SEMICONDUCTOR CORPORATION'S ADMINISTRATIVE MOTION FOR AN ORDER PERMITTING THE FILING UNDER SEAL OF CONFIDENTIAL EXHIBITS 7, 18, AND 26 TO THE DECLARATION OF LEONARD J. AUGUSTINE, JR. IN SUPPORT OF FAIRCHILD SEMICONDUCTOR CORPORATION'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>Hon. Elizabeth D. Laporte |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/20809649.1

[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION TO SEAL; CASE NO. 07-2638 JSW (EDL)

1  The Court having considered the papers submitted, and the papers on file in this case, and
2  upon good cause showing,
3  IT IS HEREBY ORDERED that, pursuant to Civil L.R. 79-5, the Clerk shall place under
4  seal: Confidential Exhibits 7, 18, and 26 to the Declaration of Leonard J. Augustine, Jr. in
5  Support of Fairchild Semiconductor Corporation's Motion to Compel Production of Documents
6  [D.I. 178].
7  IT IS SO ORDERED.

Dated:                              By: _____
                                        HON. ELIZABETH D. LAPORTE
                                        UNITED STATES MAGISTRATE JUDGE