| | |
|---|---|
| 1 | TOWNSEND AND TOWNSEND AND CREW LLP |
| | ERIC P. JACOBS (State Bar No. 88413) |
| 2 | PETER H. GOLDSMITH (State Bar No. 91294) |
| | ROBERT A. McFARLANE (State Bar No. 172650) |
| 3 | IGOR SHOIKET (State Bar No. 190066) |
| | Two Embarcadero Center, 8th Floor |
| 4 | San Francisco, California  94111 |
| | Telephone:     (415) 576-0200 |
| 5 | Facsimile:      (415) 576-0300 |
| | E-mail:          epjacobs@townsend.com |
| 6 |                        phgoldsmith@townsend.com |
| |                        ramcfarlane@townsend.com |
| 7 |                        ishoiket@townsend.com |
| 8 | Attorneys for Defendant and Counterclaimant |
| | FAIRCHILD SEMICONDUCTOR CORPORATION |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation, <br><br>    Plaintiffs and Counterdefendants, <br><br>         v. <br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation, <br><br>    Defendant and Counterclaimant. <br><br>AND RELATED COUNTERCLAIMS. | Case No. C 07-2638 JSW (EDL) <br>(Consolidated with Case No. C 07-2664 JSW) <br><br>**[PROPOSED] ORDER RE ADMINISTRATIVE MOTION TO REMOVE DOCUMENTS ASSERTED BY AOS TO BE FILED INCORRECTLY (DOCKET NOS. 176 AND 184)** |

The Court having considered the Motion to Remove and good cause appearing,

IT IS HEREBY ORDERED that the following documents shall be removed from the electronic case filing (ECF) system of the Northern District of California in Case No. C 07-2638 JSW (EDL) (Consolidated with Case No. C 07-2664 JSW):

**DOCKET NO. 176 - FAIRCHILD SEMICONDUCTOR CORPORATION'S NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

**DOCKET NO. 184 - FAIRCHILD SEMICONDUCTOR CORPORATION'S AMENDED NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

DATED: __August 20__, 2008

_____
The Honorable Elizabeth D. Laporte

IT IS SO ORDERED
Judge Elizabeth D. Laporte

61468079 v1