**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALPHA & OMEGA SEMICONDUCTOR, LTD., et al.,

    Plaintiffs,

    v.

FAIRCHILD SEMICONDUCTOR CORPORATION

    Defendant.
_____/

No. C07-02638 JSW (EDL)

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on Defendant's Second Motion to Compel Production of Documents noticed for 9:00 a.m. on September 16, 2008 has been **reset to 2:00 p.m.** before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco.

Dated: August 21, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____*[signature]*_____
Lili M. Harrell
Courtroom Deputy