MORGAN, LEWIS & BOCKIUS LLP
Daniel Johnson, Jr. (State Bar No. 57409)
Brett M. Schuman (State Bar No. 189247)
Amy M. Spicer (State Bar No. 188399)
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
djjohnson@morganlewis.com
bschuman@morganlewis.com
aspicer@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Andrew J. Wu (State Bar No. 214442)
Harry F. Doscher (State Bar No. 245969)
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
awu@morganlewis.com
hdoscher@morganlewis.com

Attorneys for Plaintiffs and Counterdefendants
ALPHA & OMEGA SEMICONDUCTOR, INC.
ALPHA & OMEGA SEMICONDUCTOR, LTD.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>    Plaintiffs and Counterdefendants,<br>v.<br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>    Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 07-2638 JSW (EDL)<br>(Consolidated with Case No. 07-2664 JSW)<br><br>**[SEALED] ALPHA & OMEGA SEMICONDUCTOR, INC. AND ALPHA & OMEGA SEMICONDUCTOR LTD.'S OPPOSITION TO FAIRCHILD'S MOTION TO COMPEL** |

### MANUAL FILING NOTIFICATION

<u>Regarding:</u>   [SEALED] ALPHA & OMEGA SEMICONDUCTOR, INC. AND ALPHA & OMEGA SEMICONDUCTOR LTD.'S OPPOSITION TO FAIRCHILD'S MOTION TO COMPEL

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/20818424.1

MANUAL FILING NOTIFICATION, CASE NO. 07-2638 JSW (EDL)
CONSOL. WITH CASE NO. 07-2664 JSW)

1  This filing is in paper or physical form only, and is being maintained in the case file in the
Clerk's office.  If you are a participant in this case, this filing will be served in hard-copy shortly.
For information on retrieving this filing directly from the court, please see the court's main web
site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

    _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

    _____


Dated:     August 26, 2008            Respectfully submitted,

                                      MORGAN, LEWIS & BOCKIUS LLP


                                      By:  /s/  Brett Schuman
                                           Brett Schuman

                                      *Attorneys for Plaintiffs and
                                      Counterdefendants Alpha & Omega
                                      Semiconductor, Inc. and Alpha & Omega
                                      Semiconductor, Ltd.*