MORGAN, LEWIS & BOCKIUS LLP
Daniel Johnson, Jr. (State Bar No. 57409)
Brett M. Schuman (State Bar No. 189247)
Amy M. Spicer (State Bar No. 188399)
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
djjohnson@morganlewis.com
bschuman@morganlewis.com
aspicer@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Andrew J. Wu (State Bar No. 214442)
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
awu@morganlewis.com

Attorneys for Plaintiffs and Counterdefendants
ALPHA & OMEGA SEMICONDUCTOR, INC.
ALPHA & OMEGA SEMICONDUCTOR, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>Plaintiffs and Counterdefendants,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 07-2638 JSW (EDL)<br>(Consolidated with Case No. 07-2664 JSW)<br><br>**[PROPOSED] ORDER DENYING FAIRCHILD'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/20818381.1

[PROPOSED] ORDER DENYING FAIRCHILD'S
MOTION TO COMPEL; CASE NO. 07-2638 JSW (EDL)

1   The Motion to Compel Production of Documents filed by Defendant and Counterclaimant
2   Fairchild Semiconductor Corporation ("Fairchild") on August 13, 2008, came for consideration
3   under L.R. 7-1, 7-2, and 37-2 before the Honorable Elizabeth D. Laporte. After considering the
4   papers filed by the parties and the arguments of counsel, and good cause appearing, the Court
5   HEREBY DENIES Fairchild's Motion to Compel Production of Documents.

7   Dated: _____     By: _____
                                           HON. ELIZABETH D. LAPORTE
8                                          UNITED STATES MAGISTRATE JUDGE