1  MORGAN, LEWIS & BOCKIUS LLP
   Daniel Johnson, Jr. (State Bar No. 57409)
2  Brett M. Schuman (State Bar No. 189247)
   Amy M. Spicer (State Bar No. 188399)
3  One Market, Spear Street Tower
   San Francisco, CA 94105-1126
4  Tel: 415.442.1000
   Fax: 415.442.1001
5  djjohnson@morganlewis.com
   bschuman@morganlewis.com
6  aspicer@morganlewis.com

7  MORGAN, LEWIS & BOCKIUS LLP
   Andrew J. Wu (State Bar No. 214442)
8  Harry F. Doscher (State Bar No. 245969)
   2 Palo Alto Square
9  3000 El Camino Real, Suite 700
   Palo Alto, CA 94306-2122
10 Tel: 650.843.4000
   Fax: 650.843.4001
11 awu@morganlewis.com
   hdoscher@morganlewis.com

12
   Attorneys for Plaintiffs and Counterdefendants
13 ALPHA & OMEGA SEMICONDUCTOR, INC.
   ALPHA & OMEGA SEMICONDUCTOR, LTD.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>Plaintiffs and Counterdefendants,<br>v.<br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 07-2638 JSW (EDL)<br>(Consolidated with Case No. 07-2664 JSW)<br><br>**[SEALED] DECLARATION OF FRANCOIS HEBERT IN SUPPORT OF PLAINTIFFS' OPPOSITION TO FAIRCHILD'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS** |

## MANUAL FILING NOTIFICATION

Regarding:    [SEALED] DECLARATION OF FRANCOIS HEBERT IN SUPPORT OF

PLAINTIFFS' OPPOSITION TO FAIRCHILD'S MOTION TO COMPEL PRODUCTION OF

DOCUMENTS

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/20818421.1

MANUAL FILING NOTIFICATION, CASE NO. 07-2638 JSW (EDL)
CONSOL. WITH CASE NO. 07-2664 JSW

1   This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

    _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

    _____

Dated:    August 26, 2008              Respectfully submitted,

                                       MORGAN, LEWIS & BOCKIUS LLP


                                       By:  /s/  Brett Schuman
                                            Brett Schuman

                                       *Attorneys for Plaintiffs and
                                       Counterdefendants Alpha & Omega
                                       Semiconductor, Inc. and Alpha & Omega
                                       Semiconductor, Ltd.*