MORGAN, LEWIS & BOCKIUS LLP
Daniel Johnson, Jr. (State Bar No. 57409)
Brett M. Schuman (State Bar No. 189247)
Amy M. Spicer (State Bar No. 188399)
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
djjohnson@morganlewis.com
bschuman@morganlewis.com
aspicer@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Andrew J. Wu (State Bar No. 214442)
Harry F. Doscher (State Bar No. 245969)
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
awu@morganlewis.com
hdoscher@morganlewis.com

Attorneys for Plaintiffs and Counterdefendants
ALPHA & OMEGA SEMICONDUCTOR, INC.
ALPHA & OMEGA SEMICONDUCTOR, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>Plaintiffs and Counterdefendants,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 07-2638 JSW (EDL)<br>(Consolidated with Case No. 07-2664 JSW)<br><br>**DECLARATION OF HARRY F. DOSCHER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO FAIRCHILD'S MOTION TO COMPEL**<br><br>Date: September 16, 2008<br>Time: 2:00 p.m.<br>Ctrm: Courtroom E, 15th Floor<br>Judge: Hon. Elizabeth D. Laporte |

1    I, Harry F. Doscher, declare as follows:

2    1.    I am an Associate at the law firm of Morgan, Lewis & Bockius LLP, 2 Palo Alto Square, 3000 El Camino Real, Suite 700, Palo Alto, California 94306, and a member in good standing of the Bar of the State of California. I am admitted to practice in the United States District Court for the Northern District of California. Morgan, Lewis & Bockius LLP has been retained as trial counsel for Plaintiffs and Counterdefendants Alpha & Omega Semiconductor, Inc. and Alpha & Omega Semiconductor, Ltd. (together, "AOS") in the present action. I am making this declaration in support of AOS's Opposition to Fairchild Semiconductor Corp.'s Motion to Compel.

2.    Attached hereto as Exhibit A is a true and correct copy of the Joint Case Management Conference Statement, Docket # 28, filed Aug. 10, 2007.

3.    Attached hereto as Exhibit B is a true and correct copy of Fairchild's Motion to Compel Responses to Interrogatories and Production of Documents, Docket #57, filed Nov. 6, 2007.

4.    Attached hereto as Exhibit C is a true and correct copy of Fairchild's Reply Brief in Support of Its Motion to Compel Responses to Interrogatories and Production of Documents, Docket #105, filed Nov. 27, 2007.

5.    Attached hereto as Exhibit D is a true and correct copy of Hebert Decl. ISO Pl.'s Reply ISO Mtn. to Strike Fairchild's Patent L.R. 3-1 Disclosures, Docket #77, filed Nov. 13, 2007.

6.    Attached hereto as Exhibit E is a true and correct copy of Fairchild's Notice of Withdrawal of Motion to Compel Responses to Interrogatories and Production of Documents, Docket #132, filed Jan. 17, 2008.

7.    Attached hereto as Exhibit F is a true and correct copy of AOS's Notice of Withdrawal of Pl.'s Motion to Compel Responses to Interrogatories and Production of Documents, Docket #133, filed Jan. 17, 2008.

8.    Attached hereto as Exhibit G is a true and correct copy of a December 28, 2007 email from E. Jacobs to A.Wu.

9.    Attached hereto as Exhibit H is a true and correct copy of a March 21, 2008 email from A. Hoffman to E. Jacobs.

10. Attached hereto as <u>Exhibit I</u> is a true and correct copy of an April 14, 2008 email from L. Augustine to A. Hoffman.

11. Attached hereto as <u>Exhibit J</u> is a true and correct copy of a February 22, 2008 letter from M. Wong to L. Augustine, producing at least process flows bearing production numbers AOS_F00014159-14638 and GDS files bearing production numbers AOS_F5000011-24.

12. Attached hereto as <u>Confidential Exhibit K</u> is a true and correct copy of a March 14, 2008 letter from T. Majidian to E. Jacobs, et. al., producing at least the GDS file list bearing production number AOS_F00014740 and process flows bearing production numbers AOS_F00014741-47, and excerpts from same.

13. Attached hereto as <u>Confidential Exhibit L</u> is a true and correct copy of the process flow for AOS's wafer number AOSN281 bearing production numbers AOS_F00014159-161.

14. Attached hereto as <u>Confidential Exhibit M</u> is a true and correct copy of a July 17, 2008 production letter from T. Majidian to E. Jacobs, et. al. and excerpts from natively produced Microsoft Excel files bearing production numbers AOS_F00015363-5.

15. Attached hereto as <u>Exhibit N</u> is a true and correct copy of a January 11, 2008 letter from A. Hoffman to E. Jacobs producing at least GDS files bearing production numbers AOS_F5000000-10.

16. Attached hereto as <u>Confidential Exhibit O</u> is a true and correct copy of an April 16, 2008 letter from T. Majidian to L. Augustine, et. al., producing at least the design layout and mask information bearing production numbers AOS_F00014768-9 and GDS files bearing production numbers AOS_F5000025-197, and excerpts from same.

17. Attached hereto as <u>Confidential Exhibit P</u> is a true and correct copy of a July 10, 2008 letter from T. Majidian to E. Jacobs, et. al., producing at least wafer epitaxial specifications bearing production number AOS_F00015259 and a wafer database bearing production numbers AOS_F00015362, and excerpts from same.

18. Attached hereto as <u>Confidential Exhibit Q</u> is a true and correct copy of an August 1, 2008 production letter from T. Majidian to E. Jacobs, et. al., producing at least Design Review documents at AOS_F00015366-17129, and excerpts from same.

19. Attached hereto as <u>Confidential Exhibit R</u> is a true and correct copy of an August 20, 2008 letter from T. Majidian to E. Jacobs, et. al., producing at least reverse engineering documents bearing production numbers AOS_F00133346-753, and excerpts from same.

20. Attached hereto as <u>Confidential Exhibit S</u> is a true and correct copy of an October 10, 2007 letter from T. Majidian to E. Jacobs, et. al., producing AOS_F00000199-10526. This production included spread resistance profile analyses, an example of which is attached bearing production numbers AOS_F00001567-1584.

21. Attached hereto as <u>Exhibit T</u> is a true and correct copy of a letter dated November 15, 2007 from A. Wu to I. Shoiket.

22. Attached hereto as <u>Confidential Exhibit U</u> is a true and correct copy of an August 18, 2008 letter from H. Doscher to I. Shoiket, and excerpts from native Microsoft Excel file samples of AOS's "inline" manufacturing quality control data bearing production numbers AOS_F0017130-131.

23. Attached hereto as <u>Confidential Exhibit V</u> is a true and correct copy of an August 19, 2008 production letter from T. Majidian to E. Jacobs, et. al., including excerpts bearing production numbers AOS_F00129607-14, AOS_F00129643, AOS_F00130533, AOS_F00133073-133091, AOS_F00024777, AOS_F00126644, and AOS_F00090246-284.

24. Attached hereto as <u>Confidential Exhibit W</u> is a true and correct copy of Fairchild's Second Supplemental Response to AOS's First Interrogatories.

25. Attached hereto as <u>Confidential Exhibit X</u> is a true and correct copy of a letter dated August 19, 2008 from L. Casto to E. Jacobs.

26. Attached hereto as <u>Exhibit Y</u> is a true and correct copy of relevant portions of the June 4, 2008 Markman hearing transcript.

27. Attached hereto as <u>Exhibit Z</u> is a true and correct copy of U.S. Patent No. 6,828,195.

28. Attached hereto as <u>Exhibit AA</u> is a true and correct copy of U.S. Patent No. 7,148,111.

29. Attached hereto as <u>Exhibit BB</u> is a true and correct copy of U.S. Patent No. 6,818,947.

30. Attached hereto as <u>Exhibit CC</u> is a true and correct copy of an August 25, 2008 letter from M. Hulse to H. Doscher.

1   I declare under penalty of perjury under the laws of the United States that the
2   foregoing is true and correct to my personal knowledge.
3   Executed this 26th day of August, 2008, at Palo Alto, California.

      /s/ Harry F. Doscher
      Harry F. Doscher

DB2/20817979.1    5    DOSCHER DECL. ISO PLAINTIFFS' OPPOSITION TO MOTION TO COMPEL; CASE NO. 07-2638 JSW (EDL)