# EXHIBIT E

TOWNSEND AND TOWNSEND AND CREW LLP
ERIC P. JACOBS (State Bar No. 88413)
PETER H. GOLDSMITH (State Bar No. 91294)
ROBERT A. McFARLANE (State Bar No. 172650)
IGOR SHOIKET (State Bar No. 190066)
Two Embarcadero Center, 8th Floor
San Francisco, California  94111
Telephone:      (415) 576-0200
Facsimile:       (415) 576-0300
E-mail:          epjacobs@townsend.com
                 phgoldsmith@townsend.com
                 ramcfarlane@townsend.com
                 ishoiket@townsend.com

Attorneys for Defendant and Counterclaimant
FAIRCHILD SEMICONDUCTOR CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation, <br><br> Plaintiffs and Counterdefendants, <br><br> v. <br><br> FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation, <br><br> Defendant and Counterclaimant. <br><br><br> AND RELATED COUNTERCLAIMS. | Case No. C 07-2638 JSW (EDL) (Consolidated with Case No. C 07-2664 JSW) <br><br> **NOTICE OF WITHDRAWAL OF MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS** <br><br> Date:           January 22, 2008 <br> Time:           2:30 p.m. <br> Courtroom:   Courtroom E, 15th Floor <br><br> Hon. Elizabeth D. Laporte |

        NOTICE IS HEREBY GIVEN that defendant and counterclaimant Fairchild Semiconductor

Corporation ("Fairchild") hereby withdraws, without prejudice, its Motion to Compel Responses To

Interrogatories And Production Of Documents set for hearing on January 22, 2008 (court docket no.

1  57).  Fairchild is withdrawing the motion based upon the following premises:  (1) the

2  parties are actively engaged in arriving at an agreement governing the use of

3  representative parts for purposes of discovery and trial, and such an agreement should

4  resolve the issues raised in the motion, and (2) plaintiffs and counterdefendants have

5  represented that they are withdrawing their motion to compel, which is also set for

6  hearing on January 22, 2008, for the same reason.

7

8  DATED:  January 17, 2008          Respectfully submitted,

9

10                                   By:   /s/ Eric P. Jacobs
                                          Eric P. Jacobs
11                                        Peter H. Goldsmith
                                          Robert A. McFarlane
12                                        Igor Shoiket
                                          TOWNSEND AND TOWNSEND AND CREW LLP
13                                        Two Embarcadero Center, 8th Floor
                                          San Francisco, California  94111
14                                        Telephone:  (415) 576-0200
                                          Facsimile:  (415) 576-0300
15
16                                   Attorneys for Defendant and Counterclaimant
                                     FAIRCHILD SEMICONDUCTOR CORPORATION
17

18  61260622 v1

19

20

21

22

23

24

25

26

27

28

# EXHIBIT F

1   Daniel Johnson, Jr. (State Bar No. 57409)
    Brett M. Schuman (State Bar No. 189247)
2   Amy M. Spicer (State Bar No. 188399)
    MORGAN, LEWIS & BOCKIUS LLP
3   One Market, Spear Street Tower
    San Francisco, CA 94105-1126
4   Tel: 415.442.1000
    Fax: 415.442.1001
5   djjohnson@morganlewis.com
    bschuman@morganlewis.com
6   aspicer@morganlewis.com

7   Andrew J. Wu (State Bar No. 214442)
    MORGAN, LEWIS & BOCKIUS LLP
8   2 Palo Alto Square
    3000 El Camino Real, Suite 700
9   Palo Alto, CA 94306-2122
    Tel: 650.843.4000
10  Fax: 650.843.4001
    awu@morganlewis.com
11
    Attorneys for Plaintiffs and Counterdefendants
12  ALPHA & OMEGA SEMICONDUCTOR, INC.
    ALPHA & OMEGA SEMICONDUCTOR, LTD.

13

14                  UNITED STATES DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA

16                    SAN FRANCISCO DIVISION

17

18  ALPHA & OMEGA SEMICONDUCTOR,        Case No. 07-2638 JSW (EDL)
    INC., a California corporation; and  (Consolidated with Case No. 07-2664 JSW)
19  ALPHA & OMEGA SEMICONDUCTOR,
    LTD., a Bermuda corporation,         **NOTICE OF WITHDRAWAL OF**
20                                       **PLAINTIFFS' MOTION TO COMPEL**
                     Plaintiffs,         **RESPONSES TO INTERROGATORIES**
21                                       **AND PRODUCTION OF DOCUMENTS**
           v.
22
    FAIRCHILD SEMICONDUCTOR
23  CORP., a Delaware corporation,

24                   Defendant.

25  _____

    AND RELATED COUNTERCLAIMS
26

27

28

MORGAN, LEWIS &
  BOCKIUS LLP
 ATTORNEYS AT LAW
  SAN FRANCISCO

1        On November 13, 2007, Alpha & Omega Semiconductor, Inc. and Alpha & Omega

2    Semiconductor, Ltd. (collectively "AOS") filed a Motion to Compel Responses to Interrogatories

3    and Production of Documents (Docket #71, hereafter "AOS's Motion to Compel").  Defendant

4    Fairchild Semiconductor Corp. ("Fairchild") also filed a Motion to Compel Responses to

5    Interrogatories and Production of Documents (Docket #57, hereafter "Fairchild's Motion to

6    Compel").  Subsequent to the filing of these motions, and at the Court's suggestion, the parties

7    have been meeting and conferring regarding an agreement to proceed with discovery on the basis

8    of "representative parts."  Such an agreement would, if achieved, obviate the pending motions.

9    While the parties have not yet reached a representative parts agreement, the parties believe good

10    faith negotiations towards such an agreement have progressed to the point that the pending

11    motions to compel can be withdrawn.

12        Accordingly, AOS hereby withdraws its motion to compel, Docket #71, on the

13    understanding that Fairchild is also withdrawing its motion to compel, Docket #57.  AOS reserves

14    its right to seek relief from the Court on discovery issues, including issues addressed in AOS's

15    motion to compel, if the parties are unable to consummate the contemplated representative parts

16    agreement.  As Fairchild is simultaneously withdrawing its motion, AOS respectfully requests

17    that the Court cancel the continued hearing on these motions currently scheduled for January 22,

18    2008.

19

20    Dated:     January 17, 2008           MORGAN, LEWIS & BOCKIUS LLP

21                      By:   /s/ Brett M. Schuman

22                         Brett M. Schuman
                              *Attorneys for Plaintiffs and Counterclaim*

23                              *Defendants Alpha & Omega Semiconductor,*
                              *Ltd. and Alpha & Omega Semiconductor,*

24                              *Inc.*

25

26

27

28

NOTICE OF WITHDRAWAL OF MOTION TO COMPEL,
CASE NO. 07-2638 JSW (EDL)
(CONSOL. WITH CASE NO. 07-2664 JSW)

## <u>CERTIFICATE OF SERVICE</u>

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

  /s/ Brett M. Schuman
Brett M. Schuman

NOTICE OF WITHDRAWAL OF MOTION TO COMPEL
CASE NO. 07-2638 JSW (EDL)
(CONSOL. WITH CASE NO. 07-2664 JSW)

# EXHIBIT G



"Jacobs, Eric P."
<epjacobs@townsend.com>
12/28/2007 04:31 PM

To  awu@morganlewis.com, bschuman@morganlewis.com

cc  "Shoiket, Igor" <ishoiket@townsend.com>

Subject  Missing AOS Process Documents

Andrew,

As we discussed earlier today, we don't seem to have received process flows and recipes for a number of AOS processes that are referenced in some of the AOS documents. I've attached a spreadsheet that identifies some of those processes. In addition, I've attached PDFs that identify additional processes for which no flows/recipes were produced. Please review this and let us know if there are additional documents that have not yet been produced for these processes.

Also, please identify the process used to make each of the 342 accused AOS parts identified by part number in Fairchild's PICs. This will help us determine how to proceed on the representative parts issue.

Eric

Eric P. Jacobs

TOWNSEND *and* TOWNSEND *and* CREW LLP
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111
Phone: 415.576.0200
Fax: 415.576.0300
epjacobs@townsend.com

www.townsend.com

Denver | Palo Alto | San Diego | San Francisco | Seattle | Walnut Creek | Washington, DC | Tokyo

NOTICE: This email message is the property of Townsend and Townsend and Crew LLP. The contents of this message and any attachments are for the sole use of the intended recipient and may contain confidential information that is protected by law under the attorney-client privilege, attorney work product doctrine, and/or other applicable privileges. If you are not the intended recipient of this message, please reply to epjacobs@townsend.com and delete the message and any attachments from your computer system. Thank you.

     

Missing AOS Process Documents.xls  AOS_F00013128_qual_product_list_mar2007.zip

# EXHIBIT H

Ahren C.
Hoffman/PA/MLBLaw

03/21/2008 05:00 PM

To   "Jacobs, Eric P." <epjacobs@townsend.com>

cc   aspicer@morganlewis.com, awu@morganlewis.com,
bschuman@morganlewis.com, "Shoiket, Igor"
<ishoiket@townsend.com>, "Augustine Jr., Leonard J."
<ljaugustine@townsend.com>

bcc

Subject   RE: AOS v. Fairchild - today's meet and confer.

Eric,

During today's call, we heard from you that Fairchild will work diligently and in good faith to articulate meaningful groupings for AOS's products if and when it obtains the GDS files for each of the products on AOS's representative parts list.  In light of that promise, and in the interest of reducing future discovery burdens, AOS will begin producing its GDS files next week.  Please confirm that there are no misunderstandings here as to what Fairchild has promised and intends to do upon receiving AOS's GDS files.  Thanks.

-Ahren

Ahren C. Hoffman
Morgan, Lewis & Bockius LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, California 94306
650-843-7250 (office)
650-843-4001 (fax)
ahoffman@morganlewis.com


"Augustine Jr., Leonard J." <ljaugustine@townsend.com>



"Augustine Jr., Leonard J."
<ljaugustine@townsend.com>

03/21/2008 03:03 PM

To   ahoffman@morganlewis.com

cc   aspicer@morganlewis.com, awu@morganlewis.com,
bschuman@morganlewis.com, "Jacobs, Eric P."
<epjacobs@townsend.com>, "Shoiket, Igor"
<ishoiket@townsend.com>

Subject   RE: AOS v. Fairchild - today's meet and confer.


Ahren,

I don't think anyone has circulated call-in information.  Let's use the following:

Dial in Number 1- 888-899-7789
Participant Number 415-555-4829

Lennie Augustine

TOWNSEND and TOWNSEND and CREW LLP | 2 Embarcadero Center, 8th floor | San Francisco, CA 94111

Tel: 415-576-0200 | Fax: 415-576-0300 | Email: LJAugustine@townsend.com | Web: www.townsend.com

-----Original Message-----
**From:** ahoffman@morganlewis.com [mailto:ahoffman@morganlewis.com]
**Sent:** Friday, March 21, 2008 10:26 AM
**To:** Augustine Jr., Leonard J.
**Cc:** aspicer@morganlewis.com; awu@morganlewis.com; bschuman@morganlewis.com; Jacobs, Eric P.; Shoiket, Igor
**Subject:** AOS v. Fairchild - today's meet and confer.

Lennie,

We are available at 3pm today to discuss GDS files.  While we have your team on the line, I propose that we also address these issues:

-Gate runner/wire bond exemplars and list of corresponding parts

-De-designation from AEO to Confidential of Fairchild's Amended Representative Parts List dated 2/1/2008 (FAIR0019566A) and List of Part Number Corresponding to Technologies Identified in 2/1/2008 Representative Parts List (starting at FAIR0019567)

-Explanation of how you grouped Fairchild's products into the listed families and identification of documents/persons relied on to create this list

-Production of technical documents for additional Fairchild products in each listed family

Thanks,
Ahren

Ahren C. Hoffman
Morgan, Lewis & Bockius LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, California 94306
650-843-7250 (office)
650-843-4001 (fax)
ahoffman@morganlewis.com

DISCLAIMER
This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential.  If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

# EXHIBIT I



**"Augustine Jr., Leonard J."**
**<ljaugustine@townsend.com>**

04/14/2008 05:29 PM

To    ahoffman@morganlewis.com

cc    aspicer@morganlewis.com, awu@morganlewis.com,
bschuman@morganlewis.com, "Jacobs, Eric P."
<epjacobs@townsend.com>, "Shoiket, Igor"
<ishoiket@townsend.com>

Subject    RE: AOS v. Fairchild - today's meet and confer.

Ahren,

We are already working toward the goal of identifying product groupings for AOS's products - we will of
course continue to work in good faith toward that goal upon receiving AOS's remaining GDS files.

Lennie Augustine

TOWNSEND and TOWNSEND and CREW LLP | 2 Embarcadero Center, 8th floor | San Francisco, CA 94111
Tel: 415-576-0200 | Fax: 415-576-0300 | Email: LJAugustine@townsend.com | Web: www.townsend.com

-----Original Message-----
**From:** ahoffman@morganlewis.com [mailto:ahoffman@morganlewis.com]
**Sent:** Monday, April 14, 2008 5:14 PM
**To:** Augustine Jr., Leonard J.
**Cc:** aspicer@morganlewis.com; awu@morganlewis.com; bschuman@morganlewis.com; Jacobs,
Eric P.; Shoiket, Igor
**Subject:** RE: AOS v. Fairchild - today's meet and confer.

Lennie,

We have not heard from you as to whether, upon receiving AOS's GDS files, Fairchild will work in
good faith to identify product groupings for AOS.  Where do we stand on that?

-Ahren

Ahren C. Hoffman
Morgan, Lewis & Bockius LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, California 94306
650-843-7250 (office)
650-843-4001 (fax)

ahoffman@morganlewis.com

"Augustine Jr., Leonard J."
<ljaugustine@townsend.com>

04/14/2008 03:47 PM

To ahoffman@morganlewis.com

cc aspicer@morganlewis.com, awu@morganlewis.com, bschuman@morganlewis.com, "Shoiket, Igor" <ishoiket@townsend.com>, "Jacobs, Eric P."
<epjacobs@townsend.com>

Subject RE: AOS v. Fairchild - today's meet and confer.

Ahren,

Your email below stated that you would begin producing GDS files the week of March 24-28.  It is now April 14 and we still have not received any of these files.  Please provide a date certain by which you will produce the missing GDS files.

Regards,

Lennie

Lennie Augustine

TOWNSEND and TOWNSEND and CREW LLP | 2 Embarcadero Center, 8th floor | San Francisco, CA 94111
Tel: 415-576-0200 | Fax: 415-576-0300 | Email: LJAugustine@townsend.com | Web: www.townsend.com

-----Original Message-----
**From:** ahoffman@morganlewis.com [mailto:ahoffman@morganlewis.com]
**Sent:** Friday, March 21, 2008 5:00 PM
**To:** Jacobs, Eric P.
**Cc:** aspicer@morganlewis.com; awu@morganlewis.com; bschuman@morganlewis.com; Shoiket, Igor; Augustine Jr., Leonard J.
**Subject:** RE: AOS v. Fairchild - today's meet and confer.

Eric,

During today's call, we heard from you that Fairchild will work diligently and in good faith to articulate meaningful groupings for AOS's products if and when it obtains the GDS files for each of the products on AOS's representative parts list.  In light of that promise, and in the interest of reducing future discovery burdens, AOS will begin producing its GDS files next week.  Please confirm that there are no misunderstandings here as to what Fairchild has promised and intends to do upon receiving AOS's GDS files.  Thanks.

-Ahren

Ahren C. Hoffman
Morgan, Lewis & Bockius LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, California 94306
650-843-7250 (office)
650-843-4001 (fax)
ahoffman@morganlewis.com

"Augustine Jr., Leonard J."
<ljaugustine@townsend.com>

03/21/2008 03:03 PM

To ahoffman@morganlewis.com

cc aspicer@morganlewis.com, awu@morganlewis.com, bschuman@morganlewis.com, "Jacobs, Eric P." <epjacobs@townsend.com>, "Shoiket, Igor"
<ishoiket@townsend.com>

Subject RE: AOS v. Fairchild - today's meet and confer.

Ahren,

I don't think anyone has circulated call-in information.  Let's use the following:

Dial in Number 1- 888-899-7789
Participant Number 415-555-4829

Lennie Augustine

TOWNSEND and TOWNSEND and CREW LLP | 2 Embarcadero Center, 8th floor | San Francisco, CA 94111
Tel: 415-576-0200 | Fax: 415-576-0300 | Email: LJAugustine@townsend.com | Web: www.townsend.com

-----Original Message-----

**From:** ahoffman@morganlewis.com [mailto:ahoffman@morganlewis.com]
**Sent:** Friday, March 21, 2008 10:26 AM
**To:** Augustine Jr., Leonard J.
**Cc:** aspicer@morganlewis.com; awu@morganlewis.com; bschuman@morganlewis.com; Jacobs, Eric P.; Shoiket, Igor
**Subject:** AOS v. Fairchild - today's meet and confer.


Lennie,

We are available at 3pm today to discuss GDS files.  While we have your team on the line, I propose that we also address these issues:

-Gate runner/wire bond exemplars and list of corresponding parts

-De-designation from AEO to Confidential of Fairchild's Amended Representative Parts List dated 2/1/2008 (FAIR0019566A) and List of Part Number Corresponding to Technologies Identified in 2/1/2008 Representative Parts List (starting at FAIR0019567)

-Explanation of how you grouped Fairchild's products into the listed families and identification of documents/persons relied on to create this list

-Production of technical documents for additional Fairchild products in each listed family

Thanks,
Ahren

Ahren C. Hoffman
Morgan, Lewis & Bockius LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, California 94306
650-843-7250 (office)
650-843-4001 (fax)
ahoffman@morganlewis.com

DISCLAIMER
This e-mail message is intended only for the personal
use of the recipient(s) named above. This message may
be an attorney-client communication and as such privileged
and confidential.  If you are not an intended recipient,
you may not review, copy or distribute this message. If
you have received this communication in error, please
notify us immediately by e-mail and delete the original
message.

DISCLAIMER
This e-mail message is intended only for the personal
use of the recipient(s) named above. This message may
be an attorney-client communication and as such privileged
and confidential.  If you are not an intended recipient,
you may not review, copy or distribute this message. If

you have received this communication in error, please
notify us immediately by e-mail and delete the original
message.

DISCLAIMER
This e-mail message is intended only for the personal
use of the recipient(s) named above. This message may
be an attorney-client communication and as such privileged
and confidential.  If you are not an intended recipient,
you may not review, copy or distribute this message. If
you have received this communication in error, please
notify us immediately by e-mail and delete the original
message.

# EXHIBIT J

Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: 415.442.1000
Fax: 415.442.1001
www.morganlewis.com



**Morgan Lewis**
C O U N S E L O R S   A T   L A W

**Mary C. Wong**
Legal Secretary
415.442.1029
mcwong@morganlewis.com

February 22, 2008

**VIA FEDEX**

Leonard J. Augustine, Jr., Esq.
Townsend and Townsend and Crew LLP
2 Embarcadero Center, 8th Floor
San Francisco, CA  94111

Re:    *Alpha & Omega Semiconductor, Ltd. v. Fairchild Semiconductor Corp.*
       Case No. C 07-2638 JSW (consolidated with Case No. C-07-2664 JSW)

Dear Mr. Augustine:

Per Brett Schuman's request, please find enclosed two CD's:

     1.    AOS-F 00014159 -- 00014638; and

     2.    AOS-F 05000011 -- 05000024

Please note that both CD's are designated as "highly confidential -- attorneys eyes only".

Very truly yours,

Mary C. Wong
Assistant to Brett M. Schuman

Encls.

c:  Brett M. Schuman

1-SF/7669217.1

