# EXHIBIT K

# [FILED UNDER SEAL]

# EXHIBIT L

# [FILED UNDER SEAL]

# EXHIBIT M

# [FILED UNDER SEAL]

# EXHIBIT N

Morgan, Lewis & Bockius LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel. 650.843.4000
Fax: 650.843.4001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

**Ahren C. Hoffman**
Associate
650.843.7250
ahoffman@morganlewis.com

January 11, 2008

**VIA FEDEX AND E-MAIL (epjacobs@townsend.com)**

Eric P. Jacobs, Esq.
Townsend and Townsend and Crew LLP
Two Embarcadero Center
Eighth Floor
San Francisco, CA 94111-3834

Re: *Alpha & Omega Semiconductor, Ltd. et al. v Fairchild Semiconductor Corp.*
Case No. C 07-2638 JSW (consolidated with Case No. C 07-2664 JSW)

Dear Eric:

Per our conversation on January 9, 2008, we are providing you with the GDS files relating to each product for which AOS has already provided discovery. These files are designated as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY pursuant to the Protective Oder entered in this case. In addition, AOS identifies the following products to which these GDS files relate:

| Accused Product | GDS File |
|---|---|
| AO4407 | AOS_F05000003_aos8tb001.gds |
| AO4410 | AOS_F05000000_aos8ta006_rev1_hhnec2.gds |
| AO4413A | AOS_F05000009_aos8ti032_ASMC.gds |
| AO4422 | AOS_F05000004_aos8tb004.gds |
| AO4468 | AOS_F05000005_aos8td027_rev0_8_17_07.gds |
| AO4704 | AOS_F05000001_AOS8TA009.gds |

Eric P. Jacobs, Esq.
January 11, 2008
Page 2



| AO4812 | AOS_F05000008_aos8tf007.gds |
|--------|------------------------------|
| AO4912 | AOS_F05000006_aos8te003.gds |
| AO4914 | AOS_F05000004_aos8tb004.gds |
| AO6402 | AOS_F05000008_aos8tf007.gds |
| AO6405 | AOS_F05000008_aos8tf007.gds |
| AOD404 | AOS_F05000007_AOS8TE008.gds |
| AOD406 | AOS_F05000000_aos8ta006_rev1_hhnec2.gds |
| AOD412 | AOS_F05000007_AOS8TE008.gds |
| AOD414 | AOS_F05000000_aos8ta006_rev1_hhnec2.gds |
| AOD438 | AOS_F05000002_aos8ta031_rev2.gds |
| AOL1412 | AOS_F05000010_aos8ti071_hhnec_rev3.gds |
| AOL1414 | AOS_F05000007_AOS8TE008.gds |

In making this production, AOS expects Fairchild to do the same and provide GDS files relating to each product for which it has already provided discovery. To date, Fairchild has only produced a total of four GDS files and has not identified the products to which two of these files relate. Please confirm that you will produce the missing files immediately.

Yours sincerely,

Ahren C. Hoffman

cc: Leonard J. Augustine, Jr., Esq. (via email: ljaugustine@townsend.com)
    Igor Shoiket, Esq. (via email: ishoiket@townsend.com)
    Matthew R. Hulse, Esq. (via email: mrhulse@townsend.com)
    Priya Sreenivasan, Esq. (via email: psreenivasan@townsend.com)

1-PA/3685022.1



# EXHIBIT O

# [FILED UNDER SEAL]

Case 3:07-cv-02638-JSW   Document 195-4   Filed 08/26/2008   Page 8 of 12

# EXHIBIT P

# [FILED UNDER SEAL]

# EXHIBIT Q

# [FILED UNDER SEAL]

# EXHIBIT R

# [FILED UNDER SEAL]

# EXHIBIT S

# [FILED UNDER SEAL]