# EXHIBIT T

Morgan, Lewis & Bockius LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306
Tel: 650.843.4000
Fax: 650.843.4001
www.morganlewis.com

**Andrew J. Wu**
Partner
650.843.7511
awu@morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

November 15, 2007

*VIA EMAIL & FIRST CLASS MAIL* (ishoiket@townsend.com)

Igor Shoiket
Townsend & Townsend & Crew LLP
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111

Dear Igor:

I write to follow-up on our recent discussions regarding discovery. As I mentioned last week, AOS proposes that the parties agree to exclude from production manufacturing test data. This would relate to quality control data that is generated during the manufacturing process, rather than testing that is performed for purposes of process or device improvement. Each side would produce documents sufficient to show what type of manufacturing test data it generates and maintains, and each party would reserve the right to seek broader production of this manufacturing test data.

Regarding our discussion regarding representative products this past Monday, AOS is still considering the issue. Fairchild has committed to providing supplemental responses to AOS's interrogatories tomorrow, November 16, which will identify the recipes Fairchild employs to manufacture at least the 8 products specifically identified in AOS's PICs. We would like to review these recipes before moving forward with any discussion regarding representative products.

In addition, it is our understanding that each side will bear the costs of its own document production. Let me know if Fairchild disagrees.

Finally, I believe the parties have discussed a time cut-off for logging of privileged documents, but have not yet reached final agreement, *i.e.*, documents after filing of the first complaint need not be logged except for certain categories such as prosecution of the asserted patents or foreign counterparts, licensing of the asserted patents, and preparation of the complaints. Could you let me know Fairchild's position regarding the agreement proposed by Amy Spicer during the last meet and confer teleconference on this subject?

1-PA/3675580.1

Morgan Lewis
COUNSELORS AT LAW

Igor Shoiket
November 15, 2007
Page 2


Thank you. If you have any comments or concerns regarding the foregoing, please feel free to contact me.

Sincerely,

*[signature: Andrew Wu]*

Andrew J. Wu

1-PA/3675580.1

# EXHIBIT U

# [FILED UNDER SEAL]

# EXHIBIT V

# [FILED UNDER SEAL]

# EXHIBIT W

# [FILED UNDER SEAL]

# EXHIBIT X

# [FILED UNDER SEAL]