MORGAN, LEWIS & BOCKIUS LLP
Daniel Johnson, Jr. (State Bar No. 57409)
Brett M. Schuman (State Bar No. 189247)
Amy M. Spicer (State Bar No. 188399)
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
djjohnson@morganlewis.com
bschuman@morganlewis.com
aspicer@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Andrew J. Wu (State Bar No. 214442)
Harry F. Doscher (State Bar No. 245969)
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
awu@morganlewis.com
hdoscher@morganlewis.com

Attorneys for Plaintiffs and Counterdefendants
ALPHA & OMEGA SEMICONDUCTOR, INC.
ALPHA & OMEGA SEMICONDUCTOR, LTD.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>Plaintiffs and Counterdefendants,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 07-2638 JSW (EDL)<br>(Consolidated with Case No. 07-2664 JSW)<br><br>**ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 79-5: (1) ALPHA & OMEGA SEMICONDUCTOR, INC. AND ALPHA & OMEGA SEMICONDUCTOR LTD.'S OPPOSITION TO FAIRCHILD'S MOTION TO COMPEL; (2) DECLARATION OF FRANCOIS HEBERT IN SUPPORT OF PLAINTIFFS' OPPOSITION TO FAIRCHILD'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS; (3) EXHIBITS A AND B TO THE DECLARATION OF FRANCOIS HEBERT IN SUPPORT OF PLAINTIFFS' OPPOSITION TO FAIRCHILD'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS; AND (4) CONFIDENTIAL EXHIBITS K, L, M, O, P, Q, R, S, U, V, W, AND X TO THE DECLARATION OF HARRY F. DOSCHER IN SUPPORT OF ALPHA & OMEGA SEMICONDUCTOR'S OPPOSITION TO FAIRCHILD'S MOTION TO COMPEL AND SUPPORTING DECLARATION OF HARRY F. DOSCHER** |

1  Pursuant to Civil L.R. 79-5 and the Stipulated Protective Order entered by this Court on August 2, 2007 [D.I. 27], Plaintiffs and Counterdefendants Alpha & Omega Semiconductor, Inc. and Alpha & Omega Semiconductor, Ltd. (collectively, "AOS") request the following documents to be filed under seal:

2. 1. Alpha & Omega Semiconductor, Inc. And Alpha & Omega Semiconductor Ltd.'s Opposition To Fairchild's Motion To Compel contains highly confidential proprietary technical information regarding the fabrication and structure of AOS's products that would place AOS at a competitive disadvantage if the information were to become publicly known, particularly to the competitors of AOS, and has been designated by AOS as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order.

3. 2. The Declaration Of Francois Hebert In Support Of Plaintiffs' Opposition To Fairchild's Motion To Compel Production Of Documents contains highly confidential business and proprietary technical information regarding the design, fabrication, and structure of AOS's products that would place AOS at a competitive disadvantage if the information were to become publicly known, particularly to the competitors of AOS, and has been designated by AOS as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order.

4. 3. Exhibits A and B To The Declaration Of Francois Hebert In Support Of Plaintiffs' Opposition To Fairchild's Motion To Compel Production Of Documents contain highly confidential proprietary technical information regarding the fabrication and structure of AOS's products that would place AOS at a competitive disadvantage if the information were to become publicly known, particularly to the competitors of AOS, and has been designated by AOS as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order.

5. 4. Confidential Exhibits K, L, M, O, P, Q, R, S, U, V, and W to the Declaration of Harry F. Doscher In Support Of Alpha & Omega Semiconductor's Opposition To Fairchild's Motion To Compel contain highly confidential proprietary technical information regarding the fabrication and structure of AOS's products that would place AOS at a competitive disadvantage if the information were to become publicly known, particularly to the competitors of AOS, and has been designated by AOS as "Highly Confidential – Attorneys' Eyes Only" pursuant to the

1  Stipulated Protective Order.

2      5.    Confidential Exhibit X to the Declaration of Harry F. Doscher In Support Of Alpha & Omega Semiconductor's Opposition To Fairchild's Motion To Compel contains information that Defendant and Counterclaimant Fairchild Semiconductor Corp. ("Fairchild") has designated "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order. Pursuant to Civil L.R. 79-5(d), within five (5) days of the filing of this Administrative Motion, the designating party, Fairchild, must file with the Court and serve a declaration establishing that the designated information is sealable, and must lodge and serve a narrowly tailored proposed sealing order, or must withdraw the designation of confidentiality.

    AOS will lodge the aforementioned documents in hard copy with the Court. This request is supported by the following declaration.

    For the foregoing reasons, AOS requests that the Court order the above documents sealed pursuant to the Stipulated Protective Order.

Dated: August 26, 2008        Respectfully submitted,

                                    MORGAN, LEWIS & BOCKIUS LLP

                                    By: /s/ Harry F. Doscher
                                        Harry F. Doscher

                                  *Attorneys for Plaintiffs and Counterdefendants Alpha & Omega Semiconductor, Inc. and Alpha & Omega Semiconductor, Ltd.*

I, Harry F. Doscher, declare as follows:

    1.    I am an attorney at the law firm of Morgan, Lewis & Bockius LLP, attorneys for AOS. I am a member in good standing of the Bar of the State of California and admitted to practice in the United States District Court for the Northern District of California. I submit this declaration in support of the above Administrative Request to File Documents Under Seal Pursuant to Civil L.R. 79-5.

    2.    I have personal knowledge of each statement set forth in the Administrative

1 | Request to File Under Seal Pursuant to Civil L.R. 79-5, and each such statement is true and
2 | correct.
3 |     I declare under penalty of perjury that the foregoing is true and correct.  Executed on this
4 | the 26th day of August, 2008 in Palo Alto, California.

                                /s/ Harry F. Doscher
                                    Harry F. Doscher