MORGAN, LEWIS & BOCKIUS LLP
Daniel Johnson, Jr. (State Bar No. 57409)
Brett M. Schuman (State Bar No. 189247)
Amy M. Spicer (State Bar No. 188399)
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
djjohnson@morganlewis.com
bschuman@morganlewis.com
aspicer@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Andrew J. Wu (State Bar No. 214442)
Harry F. Doscher (State Bar No. 245969)
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
awu@morganlewis.com
hdoscher@morganlewis.com

Attorneys for Plaintiffs and Counterdefendants
ALPHA & OMEGA SEMICONDUCTOR, INC.
ALPHA & OMEGA SEMICONDUCTOR, LTD.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>Plaintiffs and Counterdefendants,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 07-2638 JSW (EDL)<br>(Consolidated with Case No. 07-2664 JSW)<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 79-5: (1) ALPHA & OMEGA SEMICONDUCTOR, INC. AND ALPHA & OMEGA SEMICONDUCTOR LTD.'S OPPOSITION TO FAIRCHILD'S MOTION TO COMPEL; (2) DECLARATION OF FRANCOIS HEBERT IN SUPPORT OF PLAINTIFFS' OPPOSITION TO FAIRCHILD'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS; (3) EXHIBITS A AND B TO THE DECLARATION OF FRANCOIS HEBERT IN SUPPORT OF PLAINTIFFS' OPPOSITION TO FAIRCHILD'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS; AND (4) CONFIDENTIAL EXHIBITS K, L, M, O, P, Q, R, S, U, V, W, AND X TO THE DECLARATION OF HARRY F. DOSCHER IN SUPPORT OF ALPHA & OMEGA SEMICONDUCTOR'S OPPOSITION TO FAIRCHILD'S MOTION TO COMPEL** |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/20818349.2

[PROPOSED] ORDER GRANTING AOS'S
MOTION TO SEAL
CASE NO. 07-2638 JSW (EDL)

The Court having considered the papers submitted, and the papers on file in this case, and upon good cause showing,

IT IS HEREBY ORDERED:

Pursuant to Civil L.R. 79-5, the Clerk shall place under seal the following documents:

1. Alpha & Omega Semiconductor, Inc. And Alpha & Omega Semiconductor Ltd.'s Opposition To Fairchild's Motion To Compel;

2. Declaration Of Francois Hebert In Support Of Plaintiffs' Opposition To Fairchild's Motion To Compel Production Of Documents;

3. Exhibits A and B To The Declaration Of Francois Hebert In Support Of Plaintiffs' Opposition To Fairchild's Motion To Compel Production Of Documents; and

4. Confidential Exhibits K, L, M, O, P, Q, R, S, U, V, and W to the Declaration of Harry F. Doscher In Support Of Alpha & Omega Semiconductor's Opposition To Fairchild's Motion To Compel

Dated:                                    By: _____
                                              HON. ELIZABETH D. LAPORTE
                                              UNITED STATES MAGISTRATE JUDGE