1  MORGAN, LEWIS & BOCKIUS LLP
   Daniel Johnson, Jr. (State Bar No. 57409)
2  Brett M. Schuman (State Bar No. 189247)
3  Amy M. Spicer (State Bar No. 188399)
   One Market, Spear Street Tower
4  San Francisco, CA 94105-1126
   Tel: 415.442.1000
5  Fax: 415.442.1001
   djjohnson@morganlewis.com
6  bschuman@morganlewis.com
7  aspicer@morganlewis.com

8  MORGAN, LEWIS & BOCKIUS LLP
   Andrew J. Wu (State Bar No. 214442)
9  Harry F. Doscher (State Bar No. 245969)
   2 Palo Alto Square
10 3000 El Camino Real, Suite 700
   Palo Alto, CA 94306-2122
11 Tel: 650.843.4000
12 Fax: 650.843.4001
   awu@morganlewis.com
13 hdoscher@morganlewis.com

14 Attorneys for Plaintiffs and Counterdefendants
   ALPHA & OMEGA SEMICONDUCTOR, INC.
15 ALPHA & OMEGA SEMICONDUCTOR, LTD.

16                    UNITED STATES DISTRICT COURT
17                   NORTHERN DISTRICT OF CALIFORNIA
18                        SAN FRANCISCO DIVISION
19

20 ALPHA & OMEGA SEMICONDUCTOR,           Case No. C 07-02638 JSW
21 LTD., a Bermuda corporation; and        (Consolidated with Case No. C-07-02664 JSW)
   ALPHA & OMEGA SEMICONDUCTOR,
22 INC., a California corporation,
                                           **PROOF OF SERVICE**
23      Plaintiffs and Counterdefendants,

24            v.

25 FAIRCHILD SEMICONDUCTOR
   CORP., a Delaware corporation,
26
        Defendant and Counterclaimant.
27  ─────────────────────────────────
28 AND RELATED COUNTERCLAIMS.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

DB2/20818395.1                                          PROOF OF SERVICE
                                          C07-02638 JSW (Consolidated with C07-02664 JSW)

I am employed in the City of Palo Alto, County of Santa Clara, State of California, I am over the age of 18 years and not a party to the within action. My business address is 2 Palo Alto Square, 3000 El Camino Real, Suite 700, Palo Alto, California 94306. On August 27, 2008, I caused copies of the attached document(s) described as follows:

**1) CONFIDENTIAL – SUBMITTED UNDER SEAL**
**ALPHA & OMEGA SEMICONDUCTOR, INC. AND ALPHA & OMEGA SEMICONDUCTOR LTD.'S OPPOSITION TO FAIRCHILD'S MOTION TO COMPEL**

**2) CONFIDENTIAL – SUBMITTED UNDER SEAL**
**DECLARATION OF FRANCOIS HEBERT IN SUPPORT OF PLAINTIFFS' OPPOSITION TO FAIRCHILD'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

**3) CONFIDENTIAL – SUBMITTED UNDER SEAL**
**EXHIBITS K, L, M, O, P, Q, R, S, U, V, W, AND X TO DECLARATION OF HARRY F. DOSCHER IN SUPPORT OF ALPHA & OMEGA SEMICONDUCTOR'S OPPOSITION TO FAIRCHILD'S MOTION TO COMPEL**

to be served on:

Eric P. Jacobs
TOWNSEND & TOWNSEND
2 Embarcadero Center, 8th Floor
San Francisco, CA 94111
Tel:   415.576.0200
Fax:   415.576.0300

☐ (BY FIRST CLASS MAIL) I caused each such envelope to the addressee(s) noted above, with postage thereon fully prepaid, to be placed in the United States mail in Palo Alto, California. I am readily familiar with the practice of Morgan, Lewis & Bockius LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business mail is deposited in the United States Postal Service the same date as it is placed for collection.

☒ (BY PERSONAL SERVICE) The person whose name is noted below caused to be delivered by hand each such envelope to the addressee(s) noted above.

☐ (BY FACSIMILE) The person whose name is noted below caused to be transmitted by facsimile each such document to the addressee(s) noted above.

☒ (BY ELECTRONIC MAIL) The person whose name is noted below caused to be transmitted by electronic mail each such document to the addressee(s) noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Palo Alto, California, on August 27, 2008.

                                                   Ahren C. Hoffman
                                                   Ahren C. Hoffman