TOWNSEND AND TOWNSEND AND CREW LLP
Eric P. Jacobs (State Bar No. 88413)
Peter H. Goldsmith (State Bar No. 91294)
Robert A. McFarlane (State Bar No. 172650)
Igor Shoiket (State Bar No. 190066)
Matthew R. Hulse (State Bar No. 209490)
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111
Tel: 415.576.0200
Fax: 415.576.0300
E-mail: epjacobs@townsend.com
  phgoldsmith@townsend.com
  ramcfarlane@townsend.com
  ishoiket@townsend.com
  mrhulse@townsend.com

Attorneys for Defendant and Counterclaimant
FAIRCHILD SEMICONDUCTOR CORPORATION

MORGAN, LEWIS & BOCKIUS LLP
Daniel Johnson, Jr. (State Bar No. 57409)
Brett M. Schuman (State Bar No. 189247)
Amy M. Spicer (State Bar No. 188399)
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: djjohnson@morganlewis.com
  bschuman@morganlewis.com
  aspicer@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Andrew J. Wu (State Bar No. 214442)
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: awu@morganlewis.com

Attorneys for Plaintiffs and Counterdefendants
ALPHA & OMEGA SEMICONDUCTOR, INC.
ALPHA & OMEGA SEMICONDUCTOR, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>Plaintiffs and Counterdefendants,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 07-2638 JSW (EDL)<br>(Consolidated with Case No. C 07-2664 JSW)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME FOR FAIRCHILD SEMICONDUCTOR CORPORATION TO FILE AND SERVE A REPLY BRIEF TO AOS'S OPPOSITION TO FAIRCHILD'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS** |

# STIPULATION

WHEREAS Alpha & Omega Semiconductor, Inc., Alpha & Omega Semiconductor, Ltd. (collectively "AOS") and Fairchild Semiconductor Corporation ("Fairchild") are parties to the above-captioned matters.

WHEREAS, on August 12, 2008, Fairchild filed and served a motion to compel production of documents, as amended on August 13, 2008 and August 15, 2008;

WHEREAS, Fairchild's motion to compel has been set for hearing by the Court at 2:00 p.m. on September 16, 2008;

WHEREAS, pursuant to Civil L.R. 7-3(a), the due date for AOS's opposition to Fairchild's motion to compel was August 26, 2008;

WHEREAS, AOS filed its opposition on August 26, 2008;

WHEREAS, AOS served on Fairchild a complete set of its opposition papers, including documents filed under seal, on August 27, 2008;

WHEREAS, there have been no previous time modifications in the case, whether by stipulation or Court order, related to this motion, and the stipulated time modification is not expected to have any effect on the schedule for the case;

IT IS THEREFORE STIPULATED by and between the parties, through their undersigned counsel of record, that pursuant to Civil Local Rules 6-1(b), 6-2 and 7-12, Fairchild may file and serve its reply brief and supporting documents to AOS's opposition to Fairchild's motion to compel on September 3, 2008.

///
///
///
///
///
///
///
///

1  ///

2      IT IS SO AGREED AND STIPULATED.

3  Dated: August 28, 2008                TOWNSEND AND TOWNSEND AND
                                         CREW LLP

                                         By:    /s/
                                             Leonard J. Augustine, Jr.
                                             Attorneys for Defendant and
                                             Counterclaimant
                                             FAIRCHILD SEMICONDUCTOR
                                             CORPORATION


10  Dated: August 28, 2008               MORGAN, LEWIS & BOCKIUS LLP

                                         By:    /s/
                                             Andrew Wu.
                                             Attorneys for Plaintiffs and
                                             Counterdefendants
                                             ALPHA & OMEGA SEMICONDUCTOR,
                                             LTD., AND ALPHA & OMEGA
                                             SEMICONDUCTOR, INC.

1 **[PROPOSED] ORDER**

Pursuant to the parties' stipulation set forth above,

**IT IS SO ORDERED.**

Dated:

_____
HON. ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

1    Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Leonard J.
2  Augustine, Jr., attest that concurrence in the filing of this document has been obtained from each
3  of the other signatories.  I declare under penalty of perjury under the laws of the United States of
4  America that the foregoing is true and correct.  Executed this 28th day of August, 2008, at San
5  Francisco, California.

                                               /s/
                                      Leonard J. Augustine, Jr.

61481178 v1