| | |
|---|---|
| TOWNSEND AND TOWNSEND AND CREW LLP<br>Eric P. Jacobs (State Bar No. 88413)<br>Peter H. Goldsmith (State Bar No. 91294)<br>Robert A. McFarlane (State Bar No. 172650)<br>Igor Shoiket (State Bar No. 190066)<br>Matthew R. Hulse (State Bar No. 209490)<br>Two Embarcadero Center, 8th Floor<br>San Francisco, CA 94111<br>Tel: 415.576.0200<br>Fax: 415.576.0300<br>E-mail: epjacobs@townsend.com<br>          phgoldsmith@townsend.com<br>          ramcfarlane@townsend.com<br>          ishoiket@townsend.com<br>          mrhulse@townsend.com<br><br>Attorneys for Defendant and Counterclaimant<br>FAIRCHILD SEMICONDUCTOR CORPORATION | MORGAN, LEWIS & BOCKIUS LLP<br>Daniel Johnson, Jr. (State Bar No. 57409)<br>Brett M. Schuman (State Bar No. 189247)<br>Amy M. Spicer (State Bar No. 188399)<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1126<br>Tel: 415.442.1000<br>Fax: 415.442.1001<br>E-mail: djjohnson@morganlewis.com<br>          bschuman@morganlewis.com<br>          aspicer@morganlewis.com<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>Andrew J. Wu (State Bar No. 214442)<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 700<br>Palo Alto, CA 94306-2122<br>Tel: 650.843.4000<br>Fax: 650.843.4001<br>E-mail: awu@morganlewis.com<br><br>Attorneys for Plaintiffs and Counterdefendants<br>ALPHA & OMEGA SEMICONDUCTOR, INC.<br>ALPHA & OMEGA SEMICONDUCTOR, LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>　　　Plaintiffs and Counterdefendants,<br><br>　　　　　v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>　　　Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 07-2638 JSW (EDL)<br>(Consolidated with Case No. C 07-2664 JSW)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DISCLOSURE OF AOS CONFIDENTIAL INFORMATION TO PAUL CLIFTON** |

1

STIPULATION AND [PROPOSED] ORDER RE: DISCLOSURE OF
AOS CONFIDENTIAL INFORMATION TO PAUL CLIFTON
C 07-2638 JSW (EDL) (CONSOLIDATED WITH C 07-2664 JSW)

## STIPULATION

WHEREAS Alpha & Omega Semiconductor, Inc., Alpha & Omega Semiconductor, Ltd. (collectively "AOS") and Fairchild Semiconductor Corporation ("Fairchild") are parties to the above captioned matters;

WHEREAS Fairchild desires to disclose to Dr. Paul Clifton information AOS has designated as "Highly Confidential -- Attorneys' Eyes Only" and/or "Confidential" (collectively, "AOS confidential information"), pursuant to Section 7 of the Protective Order issued by the Court on August 2, 2007 (the "Protective Order"), and Fairchild provided notice to AOS of its intention to do so pursuant to Section 7.4(a) of the Protective Order;

WHEREAS, AOS objected to the disclosure of its confidential information to Dr. Clifton pursuant to Section 7.4(b) of the Protective Order, based on AOS's belief that its confidential information could be used for the benefit of an IP development and licensing company which employs Dr. Clifton;

WHEREAS the parties have reached an agreement on the following terms, in addition to those set forth in the Protective Order, on which Dr. Clifton may have access to AOS confidential information:

Until three (3) years have passed after the earlier of (1) the conclusion of this litigation or (2) the last day on which AOS confidential information is disclosed to Fairchild:

(a) Dr. Clifton will only have access to AOS confidential information regarding the technical design, manufacture, or operation of AOS's low-voltage (*i.e.*, 200V or less) trench power MOSFET devices. Dr. Clifton will be prohibited from reviewing any information that does not concern these products, including but not limited to AOS confidential information concerning high-voltage (i.e., more than 200V) or planar products. Dr. Clifton will also be prohibited from reviewing any information relating to the use of SiGe in any power MOSFET device;

(b) Dr. Clifton will not have access to any AOS confidential information regarding AOS's agreements with its foundries, including without limitation the terms of agreements with foundries or assembly sub-contractors, including but not limited to wafer pricing and quantities, and volumes for any foundry manufacturing;

(c) Dr. Clifton will abstain from any involvement in consulting, directing, managing or other professional activities—including but not limited to research, product development, engineering, manufacturing activities, or intellectual property development—relating to low-voltage trench power MOSFET products and technology, except that Dr. Clifton shall be allowed to consult on this litigation for Fairchild;

2

STIPULATION AND [PROPOSED] ORDER RE: DISCLOSURE OF
AOS CONFIDENTIAL INFORMATION TO PAUL CLIFTON
C 07-2638 JSW (EDL) (CONSOLIDATED WITH C 07-2664 JSW)

(d) Dr. Clifton will abstain from being a named inventor on or otherwise authoring or participating in the drafting, filing, or prosecution of any patent application in the field of low-voltage trench power MOSFET technology; and

(e) Dr. Clifton will abstain from authoring any paper or publication in the field of low-voltage trench power MOSFET technology.

WHEREAS, Fairchild reserves the right in the future to request that Dr. Clifton be permitted to access AOS confidential information not addressed in the agreement set forth above;

IT IS THEREFORE STIPULATED by and between the parties, through their undersigned counsel of record that Fairchild and Dr. Clifton will comply with the above terms, in addition to those set forth in the Protective Order, regarding Dr. Clifton's access to AOS confidential information.

/////////////////

1 | IT IS SO AGREED AND STIPULATED.

2

3 | Dated: August 22, 2008                    TOWNSEND AND TOWNSEND AND CREW LLP

4

5 |                                           By:   /s/ Leonard J. Augustine, Jr.
6 |                                               Leonard J. Augustine, Jr.
                                                 Attorneys for Defendant and
7 |                                               Counterclaimant
                                                 FAIRCHILD SEMICONDUCTOR
8 |                                               CORPORATION

9

10 | Dated: August 22, 2008                    MORGAN, LEWIS & BOCKIUS LLP

11

12

13 |                                           By:   /s/ Andrew J. Wu
                                                 Andrew J. Wu
14 |                                               Attorneys for Plaintiffs and
                                                 Counterdefendants
15 |                                               ALPHA & OMEGA
                                                 SEMICONDUCTOR, LTD., AND
16 |                                               ALPHA & OMEGA
                                                 SEMICONDUCTOR, INC.

17

18

19

20

21

22

23

24

25

26

27

28

4   STIPULATION AND [P~~ROPOSE~~D] ORDER RE: DISCLOSURE
    OF AOS CONFIDENTIAL INFORMATION TO PAUL CLIFTON
    C 07-2638 JSW (EDL) (CONSOLIDATED WITH C 07-2664 JSW)

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation set forth above,

**IT IS SO ORDERED.**

Dated:  August 27, 2008



_____
HON. ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER RE: DISCLOSURE OF AOS CONFIDENTIAL INFORMATION TO PAUL CLIFTON
C 07-2638 JSW (EDL) (CONSOLIDATED WITH C 07-2664 JSW)

1  Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Leonard J. Augustine, Jr., attest that concurrence in the filing of this document has been obtained from each of the other signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 22nd day of August, 2008, at San Francisco, California.

                                                      /s/ Leonard J. Augustine, Jr.
                                                         Leonard J. Augustine, Jr.