| | |
|---|---|
| TOWNSEND AND TOWNSEND AND CREW LLP<br>Eric P. Jacobs (State Bar No. 88413)<br>Peter H. Goldsmith (State Bar No. 91294)<br>Robert A. McFarlane (State Bar No. 172650)<br>Igor Shoiket (State Bar No. 190066)<br>Matthew R. Hulse (State Bar No. 209490)<br>Two Embarcadero Center, 8th Floor<br>San Francisco, CA 94111<br>Tel: 415.576.0200<br>Fax: 415.576.0300<br>E-mail: epjacobs@townsend.com<br>        phgoldsmith@townsend.com<br>        ramcfarlane@townsend.com<br>        ishoiket@townsend.com<br>        mrhulse@townsend.com<br><br>Attorneys for Defendant and Counterclaimant<br>FAIRCHILD SEMICONDUCTOR CORPORATION | MORGAN, LEWIS & BOCKIUS LLP<br>Daniel Johnson, Jr. (State Bar No. 57409)<br>Brett M. Schuman (State Bar No. 189247)<br>Amy M. Spicer (State Bar No. 188399)<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1126<br>Tel: 415.442.1000<br>Fax: 415.442.1001<br>E-mail: djjohnson@morganlewis.com<br>        bschuman@morganlewis.com<br>        aspicer@morganlewis.com<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>Andrew J. Wu (State Bar No. 214442)<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 700<br>Palo Alto, CA 94306-2122<br>Tel: 650.843.4000<br>Fax: 650.843.4001<br>E-mail: awu@morganlewis.com<br><br>Attorneys for Plaintiffs and Counterdefendants<br>ALPHA & OMEGA SEMICONDUCTOR, INC.<br>ALPHA & OMEGA SEMICONDUCTOR, LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>    Plaintiffs and Counterdefendants,<br><br>    v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>    Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 07-2638 JSW (EDL)<br>(Consolidated with Case No. C 07-2664 JSW)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME FOR FAIRCHILD SEMICONDUCTOR CORPORATION TO FILE AND SERVE A REPLY BRIEF TO AOS'S OPPOSITION TO FAIRCHILD'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS** |

**STIPULATION**

WHEREAS Alpha & Omega Semiconductor, Inc., Alpha & Omega Semiconductor, Ltd. (collectively "AOS") and Fairchild Semiconductor Corporation ("Fairchild") are parties to the above-captioned matters.

WHEREAS, on August 12, 2008, Fairchild filed and served a motion to compel production of documents, as amended on August 13, 2008 and August 15, 2008;

WHEREAS, Fairchild's motion to compel has been set for hearing by the Court at 2:00 p.m. on September 16, 2008;

WHEREAS, pursuant to Civil L.R. 7-3(a), the due date for AOS's opposition to Fairchild's motion to compel was August 26, 2008;

WHEREAS, AOS filed its opposition on August 26, 2008;

WHEREAS, AOS served on Fairchild a complete set of its opposition papers, including documents filed under seal, on August 27, 2008;

WHEREAS, there have been no previous time modifications in the case, whether by stipulation or Court order, related to this motion, and the stipulated time modification is not expected to have any effect on the schedule for the case;

IT IS THEREFORE STIPULATED by and between the parties, through their undersigned counsel of record, that pursuant to Civil Local Rules 6-1(b), 6-2 and 7-12, Fairchild may file and serve its reply brief and supporting documents to AOS's opposition to Fairchild's motion to compel on September 3, 2008.

///
///
///
///
///
///
///
///

1  ///

2      IT IS SO AGREED AND STIPULATED.

3  Dated: August 28, 2008        TOWNSEND AND TOWNSEND AND CREW LLP

                                      By: /s/
                                            Leonard J. Augustine, Jr.
                                            Attorneys for Defendant and Counterclaimant
                                            FAIRCHILD SEMICONDUCTOR CORPORATION

Dated: August 28, 2008        MORGAN, LEWIS & BOCKIUS LLP

                                        By: /s/
                                            Andrew Wu.
                                            Attorneys for Plaintiffs and Counterdefendants
                                            ALPHA & OMEGA SEMICONDUCTOR, LTD., AND ALPHA & OMEGA SEMICONDUCTOR, INC.

1 **[PROPOSED] ORDER**

Pursuant to the parties' stipulation set forth above,

**IT IS SO ORDERED.**

Dated: August 29, 2008



_____
HON. _____
UNITED STATES MAGISTRATE JUDGE

3  STIPULATION AND [PROPOSED] ORDER EXTENDING TIME
FOR FAIRCHILD'S REPLY BRIEF RE: MTN TO COMPEL
C 07-2638 JSW (EDL) (CONSOLIDATED WITH C 07-2664 JSW)

1  Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Leonard J. Augustine, Jr., attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 28th day of August, 2008, at San Francisco, California.

/s/
Leonard J. Augustine, Jr.

61481178 v1