TOWNSEND AND TOWNSEND AND CREW LLP
ERIC P. JACOBS (State Bar No. 88413)
PETER H. GOLDSMITH (State Bar No. 91294)
ROBERT A. McFARLANE (State Bar No. 172650)
IGOR SHOIKET (State Bar No. 190066)
Two Embarcadero Center, 8th Floor
San Francisco, California  94111
Telephone:      (415) 576-0200
Facsimile:       (415) 576-0300
E-mail:           epjacobs@townsend.com
                    phgoldsmith@townsend.com
                    ramcfarlane@townsend.com
                    ishoiket@townsend.com

Attorneys for Defendant and Counterclaimant
FAIRCHILD SEMICONDUCTOR CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>Plaintiffs and Counterdefendants,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>Defendant and Counterclaimant.<br><hr>AND RELATED COUNTERCLAIMS. | Case No. C 07-2638 JSW (EDL)<br>(Consolidated with Case No. C 07-2664 JSW)<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 79-5: EXHIBIT X TO THE DECLARATION OF HARRY F. DOSCHER IN SUPPORT OF ALPHA & OMEGA SEMICONDUCTOR'S OPPOSITION TO FAIRCHILD'S MOTION TO COMPEL** |

1    I, Igor Shoiket, declare as follows:

2    1.    I am an attorney licensed to practice law in the State of California and am admitted to practice before this Court. I am a partner in the law firm Townsend and Townsend and Crew LLP, and am one of the attorneys representing Defendant and Counterclaimant Fairchild Semiconductor Corporation ("Fairchild") in the above-captioned matter. I make this declaration on personal knowledge and if called as a witness could and would competently testify with respect to the matters stated herein.

3    2.    On August 2, 2007, the Court entered a Stipulated Protective Order in this case. [Docket No. 28].

4    3.    On August 26, 2008, plaintiffs Alpha & Omega Semiconductor, Inc. and Alpha & Omega Semiconductor, Ltd. (collectively, "AOS") filed an Administrative Request to File Under Seal Pursuant to Civil L.R. 79-5: (1) Alpha & Omega Semiconductor, Inc. and Alpha & Omega Semiconductor Ltd.'s Opposition to Fairchild's Motion to Compel; (2) Declaration of Francois Hebert in Support of Plaintiffs' Opposition to Fairchild's Motion to Compel Production of Documents; (3) Exhibits A and B to the Declaration of Plaintiffs' Opposition to Fairchild's Motion to Compel Production of Documents; and (4) Confidential Exhibits K, L, M, O, P, Q, R, S, U, V, W, and X to the Declaration of Harry F. Doscher in Support of Alpha & Omega Semiconductor's Opposition to Fairchild's Motion to Compel and Supporting Declaration of Harry F. Doscher [Court Docket No. 196].

5    4.    Pursuant to the Stipulated Protective Order entered in this case, Exhibit X to the Declaration of Harry F. Doscher in Support of Alpha & Omega Semiconductor's Opposition to Fairchild's Motion to Compel and Supporting Declaration of Harry F. Doscher is sealable because the document contains highly confidential, proprietary information about Fairchild's internal business information and practices, as it references deposition testimony from three Fairchild employees which has been designated Highly Confidential - Attorneys' Eyes only pursuant to the Protective Order. The information in this document is highly confidential and Fairchild would suffer from competitive harm if the information within the document was publicly disclosed.

6    5.    For the foregoing reasons, I believe that good and sufficient cause exists for Exhibit X

1  to the Declaration of Harry F. Doscher to be filed under sealed.

2

3      I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

4

5      Executed on September 3, 2008, at San Francisco, California.

6                    By: /s/ *Igor Shoiket*

7                        Igor Shoiket

61487381 v1

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECL. OF COUNSEL ISO ADMIN. REQUEST TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 79-5: EXHIBIT X TO THE DECL. OF HARRY F. DOSCHER ISO AOS' OPPOSITION TO FAIRCHILD'S MOTION TO COMPEL
CASE NO. C 07-02638 JSW (EDL) (CONSOLIDATED WITH CASE NO. C 07-2664 JSW)     3