```
 1  TOWNSEND AND TOWNSEND AND CREW LLP
    ERIC P. JACOBS (State Bar No. 88413)
 2  PETER H. GOLDSMITH (State Bar No. 91294)
    ROBERT A. McFARLANE (State Bar No. 172650)
 3  IGOR SHOIKET (State Bar No. 190066)
    Two Embarcadero Center, 8th Floor
 4  San Francisco, California  94111
    Telephone:    (415) 576-0200
 5  Facsimile:    (415) 576-0300
    E-mail:       epjacobs@townsend.com
 6                phgoldsmith@townsend.com
                  ramcfarlane@townsend.com
 7                ishoiket@townsend.com

 8  Attorneys for Defendant and Counterclaimant
    FAIRCHILD SEMICONDUCTOR CORPORATION
 9
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>    Plaintiffs and Counterdefendants,<br><br>    v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>    Defendant and Counterclaimant. | Case No. C 07-2638 JSW (EDL)<br>(Consolidated with Case No. C 07-2664 JSW)<br><br>**ADMINISTRATIVE MOTION FOR AN ORDER PERMITTING THE FILING OF DOCUMENTS UNDER SEAL PURSUANT TO CIVIL L.R. 79-5(c) AND CIVIL L.R. 79-5(d)**<br><br>Date:        September 16, 2008<br>Time:       2:00 p.m.<br>Courtroom: E, 15th Floor<br>                Hon. Elizabeth D. Laporte |
| AND RELATED COUNTERCLAIMS. | |

**Civil L.R. 79-5(c) Motion**

Defendant and Counterclaimant Fairchild Semiconductor Corporation ("Fairchild"), submits this Administrative Motion with the Court pursuant to Civil Local Rules 7-11 and 79-5(c) for permission to file the following documents under seal:

**CONFIDENTIAL EXHIBITS 2 AND 3 TO THE DECLARATION OF LEONARD J. AUGUSTINE JR. IN SUPPORT OF FAIRCHILD SEMICONDUCTOR CORPORATION'S REPLY TO AOS'S OPPOSITION TO FAIRCHILD'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

This Administrative Motion is made pursuant to the Court's Order Granting Stipulated Protective Order, entered on August 2, 2007 [Docket No. 27], and is narrowly tailored to seal only that material for which good cause to seal has been established.

Pursuant to Local Rule 79-5(c), sealed copies of the above-described Confidential Exhibits 2 and 3 are being lodged with the clerk.

Submitted herewith is a Proposed Order granting Fairchild's Administrative Motion to file the foregoing documents under seal, and the Declaration of Leonard J. Augustine, Jr. in support of this Administrative Motion.

**Civil L.R. 79-5(d) Motion**

Defendant and Counterclaimant Fairchild Semiconductor Corporation ("Fairchild"), submits this Administrative Motion with the Court pursuant to Civil Local Rules 7-11 and 79-5(d) for permission to file the following documents under seal:

**FAIRCHILD SEMICONDUCTOR CORPORATION'S CONFIDENTIAL REPLY TO AOS'S OPPOSITION TO FAIRCHILD'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND DECLARATION OF DR. RICHARD A. BLANCHARD IN SUPPORT OF FAIRCHILD SEMICONDUCTOR CORPORATION'S REPLY TO AOS'S OPPOSITION TO FAIRCHILD'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

Fairchild submits this Administrative Motion because Fairchild Semiconductor Corporation's Reply To AOS's Opposition To Fairchild's Motion To Compel Production of Documents and the Declaration of Dr. Richard A. Blanchard contains information that has been designated by AOS as

1  "Highly Confidential, Attorneys' Eyes Only" pursuant to the Court's Order Granting Stipulated
2  Protective Order, entered on August 2, 2007 [Docket No. 27].
3      Pursuant to Civil L.R. 79-5(d), within five (5) days of the filing of this Administrative Motion,
4  the designating party, AOS, must file with the Court and serve a declaration establishing that the
5  designated information is sealable, and must lodge and serve a narrowly tailored proposed sealing
6  order, or must withdraw the designation of confidentiality.

8  DATED:  September 3, 2008    Respectfully submitted,
9      TOWNSEND AND TOWNSEND AND CREW LLP

11      By:  /s/ Leonard J. Augustine, Jr.
        Leonard J. Augustine, Jr.

13      Attorneys for Defendant and Counterclaimant
    FAIRCHILD SEMICONDUCTOR CORPORATION

15  61482255 v2