1  TOWNSEND AND TOWNSEND AND CREW LLP
   ERIC P. JACOBS (State Bar No. 88413)
2  PETER H. GOLDSMITH (State Bar No. 91294)
   ROBERT A. McFARLANE (State Bar No. 172650)
3  IGOR SHOIKET (State Bar No. 190066)
   Two Embarcadero Center, 8th Floor
4  San Francisco, California  94111
   Telephone:    (415) 576-0200
5  Facsimile:    (415) 576-0300
   E-mail:       epjacobs@townsend.com
6                phgoldsmith@townsend.com
                 ramcfarlane@townsend.com
7                ishoiket@townsend.com

8  Attorneys for Defendant and Counterclaimant
   FAIRCHILD SEMICONDUCTOR CORPORATION
9

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>    Plaintiffs and Counterdefendants,<br><br>    v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>    Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 07-2638 JSW (EDL)<br>(Consolidated with Case No. C 07-2664 JSW)<br><br>**[PROPOSED] ORDER RE ADMINISTRATIVE MOTION FOR AN ORDER PERMITTING THE FILING OF DOCUMENTS UNDER SEAL PURSUANT TO CIVIL L.R. 79-5(c)**<br><br>Date:        September 16, 2008<br>Time:        2:00 p.m.<br>Courtroom:   E, 15th Floor<br>             Hon. Elizabeth D. Laporte |

[PROPOSED] ORDER RE: FAIRCHILD'S ADMIN. MOTION FOR ORDER PERMITTING FILING OF DOCUMENTS UNDER SEAL PURSUANT TO CIVIL L.R. 79-5(c)
CASE NO. C 07-02638 JSW (EDL)  (CONSOLIDATED WITH CASE NO. C 07-2664 JSW)

1.  On August 7, 2007 the Court entered a Stipulated Protective Order [Docket No. 27].

2.  Defendant Fairchild Semiconductor Corporation ("Fairchild") has lodged with the Court Confidential Exhibits 2 and 3 to the Declaration of Leonard J. Augustine, Jr. in support of Fairchild Semiconductor Corporation's Reply to AOS's Opposition to Fairchild's Motion to Compel Production of Documents.

3.  Fairchild Semiconductor Corporation's Confidential Exhibits 2 and 3 contain Fairchild confidential information and documents.

The Court having considered Fairchild's Administrative Motion and Declaration, and good cause appearing,

IT IS HEREBY ORDERED that the Clerk shall accept for filing under seal the lodged sealed copies of the following documents:

**CONFIDENTIAL EXHIBITS 2 AND 3 TO THE DECLARATION OF LEONARD J. AUGUSTINE JR. IN SUPPORT OF FAIRCHILD SEMICONDUCTOR CORPORATION'S REPLY TO AOS'S OPPOSITION TO FAIRCHILD'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

DATED: _____, 2008        _____
                                  The Honorable Elizabeth D. Laporte
                                  United States District Court Judge

61482293 v1