```
TOWNSEND AND TOWNSEND AND CREW LLP
ERIC P. JACOBS (State Bar No. 88413)
PETER H. GOLDSMITH (State Bar No. 91294)
ROBERT A. McFARLANE (State Bar No. 172650)
IGOR SHOIKET (State Bar No. 190066)
Two Embarcadero Center, 8th Floor
San Francisco, California  94111
Telephone:     (415) 576-0200
Facsimile:     (415) 576-0300
E-mail:        epjacobs@townsend.com
               phgoldsmith@townsend.com
               ramcfarlane@townsend.com
               ishoiket@townsend.com
```

Attorneys for Defendant and Counterclaimant
FAIRCHILD SEMICONDUCTOR CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>Plaintiffs and Counterdefendants,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 07-2638 JSW (EDL)<br>(Consolidated with Case No. C 07-2664 JSW)<br><br>**DECLARATION OF LEONARD J. AUGUSTINE JR. IN SUPPORT OF FAIRCHILD SEMICONDUCTOR CORPORATION'S REPLY TO AOS'S OPPOSITION TO FAIRCHILD'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>Date:        September 16, 2008<br>Time:        2:00 p.m.<br>Courtroom:   E, 15th Floor<br>             Hon. Elizabeth D. Laporte |

I, Leonard J. Augustine, Jr., declare as follows:

1.   I am an attorney licensed to practice law in the State of California and am admitted to practice in this Court.  I am an associate attorney at Townsend and Townsend and Crew LLP, counsel for Defendant and Counterclaimant Fairchild Semiconductor Corporation ("Fairchild") in this matter.

2. This Declaration is submitted in support of Fairchild's Reply to AOS's Opposition Re: Fairchild's Motion to Compel Production of Documents, filed concurrently. I have personal knowledge of the matters stated herein and if called to testify as a witness, I could and would competently testify thereto.

3. Attached hereto as Exhibit 1 is a true and correct copy of a letter dated August 25, 2008, from Fairchild counsel Matthew Hulse to AOS counsel Harry F. Doscher.

4. Attached hereto as Exhibit 2 is a true and correct copy of a letter dated August 8, 2008, from Fairchild counsel Robert G. Litts to AOS counsel Andrew J. Wu.

5. Attached hereto as Exhibit 3 is a true and correct copy of a letter dated August 20, 2008, from Fairchild counsel Robert G. Litts to AOS counsel Andrew J. Wu.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13rd day of September, 2008, in San Francisco, California.

By: /s/ *Leonard J. Augustine Jr.*
LEONARD J. AUGUSTINE JR.

61490943 v1

DECLARATION OF LEONARD J. AUGUSTINE JR. IN SUPPORT OF FAIRCHILD'S REPLY
TO AOS'S OPPOSITION RE MOTION TO COMPEL PRODUCTION OF DOCUMENTS
CASE NO. C 07-02638 JSW (EDL) (CONSOLIDATED WITH CASE NO. C 07-2664 JSW)

2