# Exhibit 1

TOWNSEND
and
TOWNSEND
and
CREW
LLP

San Francisco

Two Embarcadero Center
Eighth Floor
San Francisco, California 94111-3834
Tel 415.576.0200
Fax 415.576.0300

Direct: (415) 273-7511
mrhulse@townsend.com

August 25, 2008

VIA EMAIL AND U.S. FIRST CLASS MAIL

Harry F. Doscher
Morgan Lewis & Bockius LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306

Re: *Alpha & Omega Semiconductor v. Fairchild Semiconductor*
USDC N.D. CA Case No. C07-02638 JSW (EDL)
Consolidated with Case No. C07-02664 JSW
Our Reference No. 18865P-021600

Dear Harry:

I write in response to your August 18, 2008, letter to Igor Shoiket concerning Fairchild's request for AOS's in-line data. Your letter is filled with inaccurate assertions. You claim that Fairchild "has never shown an interest" in the production of in-line data, for example. Yet Fairchild sought this data long ago. AOS's in-line data is responsive to at least Request Nos. 1, 3, and 8 in Fairchild's First Set of Requests for Production of Documents, which we served more than a year ago. We requested this data again on July 11, 2008. (Letter from Hulse to Hoffman, July 11, 2008, ("in-line data . . . must be produced for every AOS product.")). There are other inaccuracies in the letter which I will not spend time addressing now.

In any event, we reject your request to withhold all of AOS's in-line data from discovery in this case. In-line data is collected during the manufacturing process, and typically includes information concerning the structural features of devices. Accordingly, certain in-line data is highly relevant to infringement issues in this case, as many asserted claims of the Fairchild Mo patents include limitations directed to structural aspects of devices, including the depths of trenches, doped wells, and other features. *See, e.g.,* claim 1 of the '481 patent. Additionally, in-line data can be used as input information for simulations of AOS's accused products.

AOS objects to the production of in-line data on the grounds that it is irrelevant and unduly burdensome to produce. We disagree. As for relevance, for the reasons explained above, certain in-line data is highly relevant to infringement issues presented by the Fairchild patents. We are willing to work with AOS to reduce the burden this production may impose. But AOS's

TOWNSEND
*and*
TOWNSEND
*and*
CREW
LLP

Harry F. Doscher
August 25, 2008
Page 2

prior proposal regarding quality control data is unacceptable to the extent it would potentially exclude from production certain categories of relevant data, including some listed above. Nevertheless, there is some in-line data that may be excluded from production. AOS produced two spreadsheets after we filed the motion to compel which you represented in your August 18, 2008, letter were samples of AOS's quality assurance documents. AOS can exclude from production these spreadsheets for all AOS products. However, AOS should produce other categories of in-line data, including trench measurements, field oxide measurements, gate oxide measurements, poly gate measurements, and other measurements relating to the structure of AOS's accused products. We are willing to consider any proposals AOS may have to reduce the burden of producing such data.

Very truly yours,

Matthew R. Hulse

61476915 v1

# Exhibit 2
# Highly Confidential - Attorneys' Eyes Only
# (Filed under Seal)

# Exhibit 3
# Highly Confidential - Attorneys' Eyes Only
# (Filed under Seal)