1   MORGAN, LEWIS & BOCKIUS LLP
    Daniel Johnson, Jr. (State Bar No. 57409)
2   Brett M. Schuman (State Bar No. 189247)
    Amy M. Spicer (State Bar No. 188399)
3   One Market, Spear Street Tower
    San Francisco, CA  94105-1126
4   Tel:  415.442.1000
    Fax:  415.442.1001
5   djjohnson@morganlewis.com
    bschuman@morganlewis.com
6   aspicer@morganlewis.com

7   MORGAN, LEWIS & BOCKIUS LLP
    Andrew J. Wu (State Bar No. 214442)
8   Harry F. Doscher (State Bar No. 245969)
    2 Palo Alto Square
9   3000 El Camino Real, Suite 700
    Palo Alto, CA  94306-2122
10  Tel:  650.843.4000
    Fax:  650.843.4001
11  awu@morganlewis.com
    hdoscher@morganlewis.com

12
    Attorneys for Plaintiffs and Counterdefendants
13  ALPHA & OMEGA SEMICONDUCTOR, INC.
    ALPHA & OMEGA SEMICONDUCTOR, LTD.

14
                    UNITED STATES DISTRICT COURT
15
                  NORTHERN DISTRICT OF CALIFORNIA
16
                      SAN FRANCISCO DIVISION
17

18  ALPHA & OMEGA SEMICONDUCTOR,          Case No. 07-2638 JSW (EDL)
    INC., a California corporation; and   (Consolidated with Case No. 07-2664 JSW)
    ALPHA & OMEGA SEMICONDUCTOR,
19  LTD., a Bermuda corporation,          **DECLARATION OF HARRY F. DOSCHER
                                          IN SUPPORT OF FAIRCHILD
20                  Plaintiffs,           SEMICONDUCTOR CORPORATION'S
                                          ADMINISTRATIVE MOTION FOR AN
21            v.                          ORDER PERMITTING THE FILING OF
                                          DOCUMENTS UNDER SEAL PURSUANT
22  FAIRCHILD SEMICONDUCTOR               TO CIVIL L.R. 79-5**
    CORP., a Delaware corporation,
23                                        Date:       September 16, 2008
                    Defendant.           Time:       2:00 p.m.
24                                        Location:   Courtroom E, 15th Floor
                                          Judge:      Hon. Elizabeth D. Laporte
25  AND RELATED COUNTERCLAIMS

26

27

28
MORGAN, LEWIS &
BOCKIUS LLP                                       DOSCHER DECLARATION IN SUPPORT OF
ATTORNEYS AT LAW     BD2/20824827.1        DEFENDANT'S MOTION FOR ORDER TO FILE UNDER
SAN FRANCISCO                                   SEAL; CASE NO. 07-2638 JSW (EDL)

1    I, Harry F. Doscher, declare as follows:

2    I am an Associate at the law firm of Morgan, Lewis & Bockius LLP, 2 Palo Alto Square,

3    3000 El Camino Real, Suite 700, Palo Alto, California 94306, and a member in good standing of

4    the Bar of the State of California.  I am admitted to practice in the United States District Court for

5    the Northern District of California.  Morgan, Lewis & Bockius LLP has been retained as trial

6    counsel for Plaintiffs and Counterdefendants Alpha & Omega Semiconductor, Inc. and Alpha &

7    Omega Semiconductor, Ltd. (together, "AOS") in the present action.  I submit this declaration

8    pursuant to Civil L.R. 79-5(d), regarding Fairchild Semiconductor Corporation's Administrative

9    Motion for an Order Permitting the Filing of Documents Under Seal Pursuant To Civil L.R. 79-5.

10   I have personal knowledge of each statement set forth herein, and each such statement is true and

11   correct.

12       1.   On August 2, 2007, the Court entered the Stipulated Protective Order.  [D.I. 27].

13   The Stipulated Protective Order evidences the general agreement of the parties to this action that

14   information concerning product design and structure, manufacturing, and proprietary commercial

15   information, among other things, is highly confidential, and disclosure would create a substantial

16   risk of serious injury:

17       "Highly Confidential – Attorneys' Eyes Only" Information or
         Items:  highly sensitive "Confidential Information or Items," the
18       disclosure of which to another Party or non-party would create a
         substantial risk of serious injury to the Producing Party.
19

                                        *   *   *
20

21       Without written permission from the Designating Party or a court
         order secured after appropriate notice to all interested persons, a
22       Party may not file in the public record in this Action any Protected
         Material. A Party that seeks to file under seal any Protected
23       Material must comply with Civil Local Rule 79-5.

24   Stipulated Protective Order [D.I. 27] at 1:22-24 & 11:18-21.  Protected Material, as defined in the

25   Stipulated Protective Order, includes material that is designated as "Confidential" or "Highly

26   Confidential – Attorneys' Eyes Only."  *Id.* at 2:4-5.

27       2.   Fairchild Semiconductor Corporation's Confidential Reply To AOS's Opposition

28   To Fairchild's Motion To Compel Production Of Documents contains highly confidential

1 | proprietary technical and business information regarding the design, specifications, fabrication,

2 | and structure of AOS's products, and confidential internal business practices, which would place

3 | AOS at a competitive disadvantage if the information were to become publicly known,

4 | particularly to the competitors of AOS, and has been designated by AOS as "Highly Confidential

5 | – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order.

6 |         3.  The Declaration Of Dr. Richard A. Blanchard In Support Of Fairchild

7 | Semiconductor Corporation's Reply To AOS's Opposition To Fairchild's Motion To Compel

8 | Production Of Documents contains highly confidential proprietary technical and business

9 | information regarding the design, specifications, fabrication, and structure of AOS's products,

10 | and confidential internal business practices, which would place AOS at a competitive

11 | disadvantage if the information were to become publicly known, particularly to the competitors of

12 | AOS, and has been designated by AOS as "Highly Confidential – Attorneys' Eyes Only"

13 | pursuant to the Stipulated Protective Order.

14 |         4.  For the foregoing reasons, I believe that good cause exists to protect Fairchild

15 | Semiconductor Corporation's Confidential Reply To AOS's Opposition To Fairchild's Motion To

16 | Compel Production Of Documents, by filing it under seal pursuant to Civil L.R. 79-5.

17 |         5.  For the foregoing reasons, I believe that good cause exists to protect the

18 | Declaration Of Dr. Richard A. Blanchard In Support Of Fairchild Semiconductor Corporation's

19 | Reply To AOS's Opposition To Fairchild's Motion To Compel Production Of Documents, by

20 | filing it under seal pursuant to Civil L.R. 79-5.

21 |     I declare under penalty of perjury under the laws of the United States that the foregoing is

22 | true and correct to my personal knowledge.

23 |     Executed this 5th day of September, 2008, at Palo Alto, California.

24 |

25 |           /s/ Harry F. Doscher

26 |            Harry F. Doscher

27 |

28 |

BD2/20824827.1         3

DOSCHER DECLARATION IN SUPPORT OF
DEFENDANT'S MOTION FOR ORDER TO FILE
UNDER SEAL; CASE NO. 07-2638 JSW (EDL)