TOWNSEND AND TOWNSEND AND CREW LLP
ERIC P. JACOBS (State Bar No. 88413)
PETER H. GOLDSMITH (State Bar No. 91294)
ROBERT A. McFARLANE (State Bar No. 172650)
IGOR SHOIKET (State Bar No. 190066)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
E-mail: epjacobs@townsend.com
phgoldsmith@townsend.com
ramcfarlane@townsend.com
ishoiket@townsend.com

Attorneys for Defendant and Counterclaimant
FAIRCHILD SEMICONDUCTOR CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>  Plaintiffs and Counterdefendants,<br><br>  v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>  Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 07-2638 JSW (EDL)<br>(Consolidated with Case No. C 07-2664 JSW)<br><br>**[PROPOSED] ORDER RE ADMINISTRATIVE MOTION FOR AN ORDER PERMITTING THE FILING OF DOCUMENTS UNDER SEAL PURSUANT TO CIVIL L.R. 79-5(c)**<br><br>Date: September 16, 2008<br>Time: 9:00 a.m.<br>Courtroom: Courtroom E, 15th Floor<br><br>Hon. Elizabeth D. Laporte |

1.  1. On August 7, 2008 the Court entered a Stipulated Protective Order [Docket No. 27].

2.  2. Defendant Fairchild Semiconductor Corp. ("Fairchild") has lodged with the Court Confidential Exhibits 16 and 27 to Declaration of Leonard J. Augustine, Jr. in support of the Motion to Compel.

3.  3. Confidential Exhibits 16 and 27 contain Fairchild confidential documents.

The Court having considered Fairchild's Administrative Motion and Declaration, and good cause appearing,

IT IS HEREBY ORDERED that the Clerk shall accept for filing under seal the lodged sealed copies of the following documents:

**EXHIBITS 16 AND 27 TO THE DECLARATION OF LEONARD J. AUGUSTINE, JR. IN SUPPORT OF FAIRCHILD SEMICONDUCTOR CORPORATION'S NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENT**

DATED: __ Sept. 9 ___, 2008

_____
The Honorable Elizabeth D. Laporte
United States District Court Judge

IT IS SO ORDERED
Judge Elizabeth D. Laporte

61458347 v1