1 | MORGAN, LEWIS & BOCKIUS LLP
Daniel Johnson, Jr. (State Bar No. 57409)
2 | Brett M. Schuman (State Bar No. 189247)
Amy M. Spicer (State Bar No. 188399)
3 | One Market, Spear Street Tower
San Francisco, CA 94105-1126
4 | Tel: 415.442.1000
Fax: 415.442.1001
5 | djjohnson@morganlewis.com
bschuman@morganlewis.com
6 | aspicer@morganlewis.com

7 | MORGAN, LEWIS & BOCKIUS LLP
Andrew J. Wu (State Bar No. 214442)
8 | Harry F. Doscher (State Bar No. 245969)
2 Palo Alto Square
9 | 3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
10 | Tel: 650.843.4000
Fax: 650.843.4001
11 | awu@morganlewis.com
hdoscher@morganlewis.com

Attorneys for Plaintiffs and Counterdefendants
ALPHA & OMEGA SEMICONDUCTOR, INC.
ALPHA & OMEGA SEMICONDUCTOR, LTD.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>Plaintiffs and Counterdefendants,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 07-2638 JSW (EDL)<br>(Consolidated with Case No. 07-2664 JSW)<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 79-5: (1) ALPHA & OMEGA SEMICONDUCTOR, INC. AND ALPHA & OMEGA SEMICONDUCTOR LTD.'S OPPOSITION TO FAIRCHILD'S MOTION TO COMPEL; (2) DECLARATION OF FRANCOIS HEBERT IN SUPPORT OF PLAINTIFFS' OPPOSITION TO FAIRCHILD'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS; (3) EXHIBITS A AND B TO THE DECLARATION OF FRANCOIS HEBERT IN SUPPORT OF PLAINTIFFS' OPPOSITION TO FAIRCHILD'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS; AND (4) CONFIDENTIAL EXHIBITS K, L, M, O, P, Q, R, S, U, V, W, AND X TO THE DECLARATION OF HARRY F. DOSCHER IN SUPPORT OF ALPHA & OMEGA SEMICONDUCTOR'S OPPOSITION TO FAIRCHILD'S MOTION TO COMPEL** |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/20818349.2

[PROPOSED] ORDER GRANTING AOS'S
MOTION TO SEAL
CASE NO. 07-2638 JSW (EDL)

The Court having considered the papers submitted, and the papers on file in this case, and upon good cause showing,

IT IS HEREBY ORDERED:

Pursuant to Civil L.R. 79-5, the Clerk shall place under seal the following documents:

1. Alpha & Omega Semiconductor, Inc. And Alpha & Omega Semiconductor Ltd.'s Opposition To Fairchild's Motion To Compel;

2. Declaration Of Francois Hebert In Support Of Plaintiffs' Opposition To Fairchild's Motion To Compel Production Of Documents;

3. Exhibits A and B To The Declaration Of Francois Hebert In Support Of Plaintiffs' Opposition To Fairchild's Motion To Compel Production Of Documents; and

4. Confidential Exhibits K, L, M, O, P, Q, R, S, U, V, and W to the Declaration of Harry F. Doscher In Support Of Alpha & Omega Semiconductor's Opposition To Fairchild's Motion To Compel

Dated: 9/9/08   By: _____
HON. _____
UNITED STATES _____ JUDGE

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

DB2/20818349.2

1

[PROPOSED] ORDER GRANTING AOS'S MOTION TO SEAL
CASE NO. 07-2638 JSW (EDL)