TOWNSEND AND TOWNSEND AND CREW LLP
ERIC P. JACOBS (State Bar No. 88413)
PETER H. GOLDSMITH (State Bar No. 91294)
ROBERT A. McFARLANE (State Bar No. 172650)
IGOR SHOIKET (State Bar No. 190066)
Two Embarcadero Center, 8th Floor
San Francisco, California  94111
Telephone:    (415) 576-0200
Facsimile:    (415) 576-0300
E-mail:    epjacobs@townsend.com
           phgoldsmith@townsend.com
           ramcfarlane@townsend.com
           ishoiket@townsend.com

Attorneys for Defendant and Counterclaimant
FAIRCHILD SEMICONDUCTOR CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>Plaintiffs and Counterdefendants,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 07-2638 JSW (EDL)<br>(Consolidated with Case No. C 07-2664 JSW)<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 79-5:  EXHIBIT X TO THE DECLARATION OF HARRY F. DOSCHER IN SUPPORT OF ALPHA & OMEGA SEMICONDUCTOR'S OPPOSITION TO FAIRCHILD'S MOTION TO COMPEL** |

1.    On August 2, 2007, the Court entered a Stipulated Protective Order in this case. [Docket No. 28].

2.    On August 26, 2008, plaintiffs Alpha & Omega Semiconductor, Inc. and Alpha &

1  Omega Semiconductor, Ltd. (collectively, "AOS") filed an Administrative Request to File Under Seal
2  Pursuant to Civil L.R. 79-5: (1) Alpha & Omega Semiconductor, Inc. and Alpha & Omega
3  Semiconductor Ltd.'s Opposition to Fairchild's Motion to Compel; (2) Declaration of Francois Hebert
4  in Support of Plaintiffs' Opposition to Fairchild's Motion to Compel Production of Documents; (3)
5  Exhibits A and B to the Declaration of Plaintiffs' Opposition to Fairchild's Motion to Compel
6  Production of Documents; and (4) Confidential Exhibits K, L, M, O, P, Q, R, S, U, V, W, and X to the
7  Declaration of Harry F. Doscher in Support of Alpha & Omega Semiconductor's Opposition to
8  Fairchild's Motion to Compel and Supporting Declaration of Harry F. Doscher [Court Docket No.
9  196].

10  The Court having considered the parties' submissions, and good cause appearing.

11  IT IS HEREBY ORDERED that the Clerk shall accept for filing under seal the lodged sealed
12  copies of the following document:

13  Exhibit X to the Declaration of Harry F. Doscher in Support of Alpha & Omega
    Semiconductor's Opposition to Fairchild's Motion to Compel and Supporting Declaration of
14  Harry F. Doscher

16  DATED ___ Sept. 9 _, 2008

17  61487470 v1

    Honorable Elizabeth D. Laporte

    IT IS SO ORDERED
    Judge Elizabeth D. Laporte
    UNITED STATES DISTRICT COURT
    NORTHERN DISTRICT OF CALIFORNIA