TOWNSEND AND TOWNSEND AND CREW LLP
ERIC P. JACOBS (State Bar No. 88413)
PETER H. GOLDSMITH (State Bar No. 91294)
ROBERT A. McFARLANE (State Bar No. 172650)
IGOR SHOIKET (State Bar No. 190066)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone:     (415) 576-0200
Facsimile:     (415) 576-0300
E-mail:        epjacobs@townsend.com
               phgoldsmith@townsend.com
               ramcfarlane@townsend.com
               ishoiket@townsend.com

Attorneys for Defendant and Counterclaimant
FAIRCHILD SEMICONDUCTOR CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>Plaintiffs and Counterdefendants,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 07-2638 JSW (EDL)<br>(Consolidated with Case No. C 07-2664 JSW)<br><br>[~~PROPOSED~~] ORDER RE ADMINISTRATIVE MOTION FOR AN ORDER PERMITTING THE FILING OF DOCUMENTS UNDER SEAL PURSUANT TO CIVIL L.R. 79-5(c)<br><br>Date:       September 16, 2008<br>Time:       2:00 p.m.<br>Courtroom:  E, 15th Floor<br>            Hon. Elizabeth D. Laporte |

1. On August 7, 2007 the Court entered a Stipulated Protective Order [Docket No. 27].

2. Defendant Fairchild Semiconductor Corporation ("Fairchild") has lodged with the Court Confidential Exhibits 2 and 3 to the Declaration of Leonard J. Augustine, Jr. in support of Fairchild Semiconductor Corporation's Reply to AOS's Opposition to Fairchild's Motion to Compel Production of Documents.

3. Fairchild Semiconductor Corporation's Confidential Exhibits 2 and 3 contain Fairchild confidential information and documents.

The Court having considered Fairchild's Administrative Motion and Declaration, and good cause appearing,

IT IS HEREBY ORDERED that the Clerk shall accept for filing under seal the lodged sealed copies of the following documents:

**CONFIDENTIAL EXHIBITS 2 AND 3 TO THE DECLARATION OF LEONARD J. AUGUSTINE JR. IN SUPPORT OF FAIRCHILD SEMICONDUCTOR CORPORATION'S REPLY TO AOS'S OPPOSITION TO FAIRCHILD'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

DATED: __Sept. 9____, 2008

_____
The Honorable Elizabeth D. Laporte
United States District Court Judge

IT IS SO ORDERED
Judge Elizabeth D. Laporte

61482293 v1