# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL MINUTES

**ELIZABETH D. LAPORTE**  
**UNITED STATES MAGISTRATE JUDGE**  
Date: September 16, 2008

**Case No:** C-07-02638 JSW (EDL)

**Title:** ALPHA & OMEGA SEMICONDUCTOR, INC v FAIRCHILD SEMICONDUCTOR

**Attorneys:**  Plaintiff: Brett M. Schuman    Defendant: Igor Shoiket, Leonard Augustine, Jr.

**Deputy Clerk:** Lili M. Harrell    **Court Reporter:** Sahar McVickar
(Time: 2:29pm - 3:15pm)

| **PROCEEDINGS:** | **RULINGS:** |
|---|---|
| Defendant's Motion to Compel Further Production of Documents | Granted in part |

**ORDERED AFTER HEARING:**

**ORDER TO BE PREPARED BY:** [ ] Plaintiff  [X] Defendant  [ ] Court

**Case Continued to:**

Notes:

cc: