TOWNSEND AND TOWNSEND AND CREW LLP
Eric P. Jacobs (State Bar No. 88413)
Peter H. Goldsmith (State Bar No. 91294)
Robert A. McFarlane (State Bar No. 172650)
Igor Shoiket (State Bar No. 190066)
Matthew R. Hulse (State Bar No. 209490)
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111
Tel: 415.576.0200
Fax: 415.576.0300
E-mail: epjacobs@townsend.com
        phgoldsmith@townsend.com
        ramcfarlane@townsend.com
        ishoiket@townsend.com
        mrhulse@townsend.com

Attorneys for Defendant and Counterclaimant
FAIRCHILD SEMICONDUCTOR CORPORATION

MORGAN, LEWIS & BOCKIUS LLP
Daniel Johnson, Jr. (State Bar No. 57409)
Brett M. Schuman (State Bar No. 189247)
Amy M. Spicer (State Bar No. 188399)
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: djjohnson@morganlewis.com
        bschuman@morganlewis.com
        aspicer@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Andrew J. Wu (State Bar No. 214442)
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: awu@morganlewis.com

Attorneys for Plaintiffs and Counterdefendants
ALPHA & OMEGA SEMICONDUCTOR, INC.
ALPHA & OMEGA SEMICONDUCTOR, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>Plaintiffs and Counterdefendants,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 07-2638 JSW (EDL)<br>(Consolidated with Case No. C 07-2664 JSW)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER GRANTING LEAVE TO SUPPLEMENT DISCLOSURES UNDER PATENT LOCAL RULE 3-3**<br><br>Judge: Hon. Elizabeth D. Laporte |

DB2/20851635.1

STIP. AND [~~PROPOSED~~] ORDER GRANTING LEAVE TO
AMEND DISCLOSURES UNDER PATENT LOCAL RULES 3-3
C 07-2638 JSW (EDL) (CONSOLIDATED WITH C 07-2664 JSW)

**STIPULATION**

WHEREAS Alpha & Omega Semiconductor, Inc., Alpha & Omega Semiconductor, Ltd. (collectively "AOS") and Fairchild Semiconductor Corporation ("Fairchild") are parties to the above-captioned matters.

WHEREAS, on November 29, 2007, AOS served preliminary invalidity contentions ("P.L.R. 3-3 Disclosures") for U.S. Patent Nos. 6,429,481 ("the '481 patent), 6,521,497 ("the '497 patent"), 6,710,406 ("the '406 patent"), 6,828,195 ("the '195 patent"), 7,148,111 ("the '111 patent), and 6,818,947 ("the '947 patent") (collectively, "the Asserted Fairchild Patents").

WHEREAS, on November 29, 2007, Fairchild served P.L.R. 3-3 Disclosures for U.S. Patent Nos. 5,767,567 ("the '567 patent"), 5,907,776 ("the '776 patent") and 5,930,630 ("the '630 patent") (collectively, "the Asserted AOS Patents").

WHEREAS, each party discovered prior art during discovery and the claim construction proceedings in this action that, in that party's view, may be invalidating prior art to one or more of the Asserted Fairchild Patents or the Asserted AOS Patents.

WHEREAS, each party seeks to amend its P.L.R. 3-3 Disclosures to include prior art discovered during discovery or the claim construction proceedings in this action.

WHEREAS, AOS served proposed amended P.L.R. 3-3 Disclosures, titled "AOS's Third Supplemental Preliminary Invalidity Contentions," on September 24, 2008, and Fairchild served proposed amended P.L.R. 3-3 Disclosures, titled "Fairchild Semiconductor Corporation's Supplemental Preliminary Invalidity Contentions," on August 22, 2008;

WHEREAS, each party reserves the right to raise additional claim construction issues in the future to the extent such issues arise from the amendment or supplementation of the other party's P.L.R. 3-3 Disclosures herein.

IT IS THEREFORE STIPULATED by and between the parties, through their undersigned counsel of record, that pursuant to Northern District of California Patent Local Rule 3-7,

(a)   each party shall be permitted to supplement its preliminary invalidity contentions to reflect the changes described above without prejudice to further amendments as permitted by the Court; and

DB2/20851635.1

STIP. AND [PROPOSED] ORDER GRANTING LEAVE TO
AMEND DISCLOSURES UNDER PATENT LOCAL RULES 3-3
C 07-2638 JSW (EDL) (CONSOLIDATED WITH C 07-2664 JSW)

     (b)    Fairchild's Supplemental Preliminary Invalidity Contentions served on August 22, 2008 shall constitute Fairchild's preliminary invalidity contentions in this action for the Asserted AOS Patents; and

     (c)    AOS's Third Supplemental Preliminary Invalidity Contentions served on September 24, 2008 shall constitute AOS's preliminary invalidity contentions in this action for the Asserted Fairchild Patents.

IT IS SO AGREED AND STIPULATED.

Dated: September 26, 2008        MORGAN, LEWIS & BOCKIUS LLP

By: /s/
Andrew J. Wu
Attorneys for Plaintiffs and
Counterdefendants
ALPHA & OMEGA SEMICONDUCTOR, LTD., AND ALPHA & OMEGA SEMICONDUCTOR, INC.

Dated: September 26, 2008        TOWNSEND AND TOWNSEND AND CREW LLP

By: /s/
Matthew R. Hulse
Attorneys for Defendant and
Counterclaimant
FAIRCHILD SEMICONDUCTOR CORPORATION

## [~~PROPOSED~~] ORDER

Pursuant to the parties' stipulation set forth above,

**IT IS SO ORDERED.**

Dated: September 29, 2008

HON. ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*
(Seal: United States District Court, Northern District of California)