1   TOWNSEND AND TOWNSEND AND
CREW LLP

2   Eric P. Jacobs (State Bar No. 88413)
Peter H. Goldsmith (State Bar No. 91294)

3   Robert A. McFarlane (State Bar No. 172650)
Igor Shoiket (State Bar No. 190066)

4   Matthew R. Hulse (State Bar No. 209490)
Two Embarcadero Center, 8th Floor

5   San Francisco, CA  94111
Tel:  415.576.0200

6   Fax:  415.576.0300
E-mail:  epjacobs@townsend.com

7          phgoldsmith@townsend.com
       ramcfarlane@townsend.com

8          ishoiket@townsend.com
       mrhulse@townsend.com

9
Attorneys for Defendant and Counterclaimant

10  FAIRCHILD SEMICONDUCTOR
CORPORATION

11

12

13

14

MORGAN, LEWIS & BOCKIUS LLP
Daniel Johnson, Jr. (State Bar No. 57409)
Brett M. Schuman (State Bar No. 189247)
Amy M. Spicer (State Bar No. 188399)
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001
E-mail:  djjohnson@morganlewis.com
       bschuman@morganlewis.com
       aspicer@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Andrew J. Wu (State Bar No. 214442)
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306-2122
Tel:  650.843.4000
Fax:  650.843.4001
E-mail:  awu@morganlewis.com

Attorneys for Plaintiffs and
Counterdefendants
ALPHA & OMEGA SEMICONDUCTOR,
INC.
ALPHA & OMEGA SEMICONDUCTOR,
LTD.

15

16

17

18

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

19  ALPHA & OMEGA SEMICONDUCTOR,
INC., a California corporation; and

20  ALPHA & OMEGA SEMICONDUCTOR,
LTD., a Bermuda corporation,

21      Plaintiffs and Counterdefendants,

22      v.

23  FAIRCHILD SEMICONDUCTOR
CORP., a Delaware corporation,

24

25      Defendant and Counterclaimant.

26  AND RELATED COUNTERCLAIMS

27

28

Case No. C 07-2638 JSW (EDL)
(Consolidated with Case No. C 07-2664 JSW)

**STIPULATION AND [~~PROPOSED~~]
ORDER LIFTING RESTRICTIONS ON
DR. RICHARD A. BLANCHARD
IMPOSED BY THE COURT'S
JANUARY 17, 2008, ORDER**

1

**STIPULATION**

2       WHEREAS Alpha & Omega Semiconductor, Inc., Alpha & Omega Semiconductor, Ltd.

3   (collectively "AOS") and Fairchild Semiconductor Corporation ("Fairchild") are parties to the

4   above-captioned matters;

5       WHEREAS on January 17, 2008, pursuant to the parties' stipulation, the Court issued an

6   Order (Docket No. 131) (the "Blanchard Disclosure Order") adopting the terms of an agreement

7   between the parties regarding the terms on which Dr. Blanchard could have access to information

8   designated by AOS as "Highly Confidential – Attorneys' Eyes Only" or "Confidential" pursuant

9   to the Protective Order entered in this case by the Court on August 2, 2007 ("AOS confidential

10  information");

11      WHEREAS the terms of the Blanchard Disclosure Order provide for the following terms,

12  in addition to those set forth in the Protective Order issued by the Court on August 2, 2007, on

13  which Dr. Blanchard could have access to AOS confidential information:

14
15
Until three (3) years have passed after the earlier of (1) the conclusion of this
litigation or (2) the last day on which AOS confidential information is disclosed to
Fairchild:

16      (a)   Dr. Blanchard will only have access to AOS confidential information
17            regarding the technical design, manufacture, or operation of AOS's low-
              voltage (i.e., 200V or less) trench power MOSFET devices. Dr. Blanchard
18            will be prohibited from reviewing any information that does not concern
              these products, including but not limited to AOS confidential information
19            concerning high-voltage (i.e., more than 200V) or planar products;
        (b)   Dr. Blanchard will not have access to any AOS confidential information
20            regarding AOS's agreements with its foundries, including without
              limitation the terms of agreements with foundries or assembly sub-
21            contractors, including but not limited to wafer pricing and quantities, and
              volumes for any foundry manufacturing;
22      (c)   Dr. Blanchard will abstain from any involvement in consulting activities
23            including but not limited to research, product development, engineering,
              manufacturing activities, or intellectual property development-relating to
24            low-voltage trench power MOSFET products and technology, except that
              Dr. Blanchard shall be allowed to consult on this litigation for Fairchild as
25            well as on the litigation currently pending between AOS and Siliconix;
        (d)   Dr. Blanchard will abstain from being a named inventor on or otherwise
26            authoring or filing any patent application in the field of low-voltage trench
              power MOSFET technology.  To allow Dr. Blanchard to pursue intellectual
27            property based on ideas he has developed prior to reviewing AOS's
28            confidential information, Dr. Blanchard will not be given access to any

STIPULATION RE: LIFTING RESTRICTIONS
ON DR. BLANCHARD
C 07-2638 JSW (EDL) (CONSOLIDATED WITH C 07-2664 JSW)

1

2

3

      AOS confidential information until February 11,2008, during which time
Dr. Blanchard may file applications for patents, which he may continue to
pursue after February 11, 2008 so long as he does not add any new matter
to the applications on file as of February 11, 2008; and

4

5

6

7

8

9

10

(e)    Dr. Blanchard will abstain from authoring any paper or publication, in the
field of low-voltage trench power MOSFET technology, except that Dr.
Blanchard shall be allowed to author papers or publications concerning
historical developments in the field of low-voltage trench power MOSFET
technology that are reviewed and approved by AOS before publication. Dr.
Blanchard shall tender any draft of a historical paper or publication to AOS
for review and approval no later than forty-five (45) days before the
anticipated publication date.  Dr. François Hébert, or another designated
representative of AOS, will review and approve for publication any draft of
a historical paper or publication within twenty (21) after receiving the draft
so long as the draft does not contain, reflect, or reveal any AOS
confidential information.

11

     WHEREAS on March 13, 2008, pursuant to the parties' stipulation, the Court issued an

12

Order (Docket No. 143) (the "Blanchard Disclosure Order Amendment"), revising the terms of

13

the Blanchard Disclosure Order to extend certain deadlines;

14

     WHEREAS, the parties have arrived at a settlement of this action;

15

     WHEREAS, as set forth in his declaration attached as Exhibit A, Dr. Blanchard confirms

16

that the only information designated by AOS as Confidential or Highly Confidential – Attorneys'

17

Eyes Only disclosed to Dr. Blanchard was contained in a spreadsheet containing a summary of

18

certain process parameters (the "Spreadsheet"), and a copy of that spreadsheet was provided to

19

AOS's counsel for review on October 21, 2008;

20

     WHEREAS, as set forth in his declaration attached as Exhibit B, Eric P. Jacobs of

21

Townsend and Townsend and Crew LLP ("Townsend"), attorney of record for Fairchild in this

22

matter, confirms that the only information designated by AOS as Confidential or Highly

23

Confidential – Attorneys' Eyes Only disclosed to Dr. Blanchard was contained in the

24

Spreadsheet;

25

     NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

26

     1.     Given Dr. Blanchard's limited access to AOS confidential information in this

27

matter and his agreement to be bound by this stipulation as set forth in his accompanying

28

STIPULATION RE: LIFTING RESTRICTIONS
ON DR. BLANCHARD
C 07-2638 JSW (EDL) (CONSOLIDATED WITH C 07-2664 JSW)

1   declaration, the restrictions on Dr. Blanchard contained in paragraphs (c), (d), and (e) of the

2   Blanchard Disclosure Order and the Blanchard Disclosure Order Amendment should be lifted on

3   the conditions which follow.

4          2.      Dr. Blanchard shall not serve as a retained expert consultant or witness in any

5   future litigation or dispute against AOS, except for the following:

6                  (a)     If an action between Fairchild and AOS occurs for which Dr. Blanchard is

7          retained by Fairchild as an expert consultant or witness, Dr. Blanchard shall be bound in

8          such action by the terms of the Blanchard Disclosure Order unless the parties agree

9          otherwise; and

10                 (b)     Dr. Blanchard may testify as a fact witness in litigation brought by any

11         entity against AOS if required by subpoena or Court order, including, by way of example,

12         if he is a named inventor on an asserted patent or with respect to his authorship of a prior

13         art reference.

14         3.      Dr. Blanchard remains bound by the terms of the Protective Order issued by the

15   Court on August 2, 2007, particularly with respect to the information contained in the

16   Spreadsheet.

17         IT IS SO AGREED AND STIPULATED.

18

19   Dated: October 28, 2008                   MORGAN, LEWIS & BOCKIUS LLP

20

21                                             By:   /s/*Andrew J. Wu*
                                                     Andrew J. Wu
22                                                   Attorneys for Plaintiffs and
                                                     Counterdefendants
23                                                   ALPHA & OMEGA SEMICONDUCTOR,
                                                     LTD., AND ALPHA & OMEGA
24                                                   SEMICONDUCTOR, INC.

25

26   ///

27   ///

28   ///

STIPULATION RE: LIFTING RESTRICTIONS
ON DR. BLANCHARD
C 07-2638 JSW (EDL) (CONSOLIDATED WITH C 07-2664 JSW)

1    Dated: October 28, 2008                      TOWNSEND AND TOWNSEND AND
                                                  CREW LLP
2

3

4                                                 By:_____/s/*Eric P. Jacobs*_____
                                                     Eric P. Jacobs
5                                                    Attorneys for Defendant and
                                                     Counterclaimant
6                                                    FAIRCHILD SEMICONDUCTOR
                                                     CORPORATION
7

8

9                              [~~PROPOSED~~] ORDER

10

11        Pursuant to the parties' stipulation set forth above,

12        **IT IS SO ORDERED.**

13

14   DATED:__October 29, 2008

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION RE: LIFTING RESTRICTIONS
ON DR. BLANCHARD
C 07-2638 JSW (EDL) (CONSOLIDATED WITH C 07-2664 JSW)

1

**GENERAL ORDER 45 ATTESTATION**

2          I, Eric P. Jacobs, am the ECF user whose ID and password are being used to file this

3    STIPULATION AND [PROPOSED] ORDER LIFTING RESTRICTIONS ON DR. RICHARD

4    A. BLANCHARD IMPOSED BY THE COURT'S JANUARY 17, 2008, ORDER.  In compliance

5    with General Order 45, X.B., I hereby attest that Andrew J. Wu has concurred in this filing.

6                                                                   /s/*Eric P. Jacobs*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION RE: LIFTING RESTRICTIONS
ON DR. BLANCHARD
C 07-2638 JSW (EDL) (CONSOLIDATED WITH C 07-2664 JSW)