| | |
|---|---|
| DANIEL JOHNSON, JR. (SBN 57409)<br>BRETT M. SCHUMAN (SBN 189247)<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1126<br>Tel: 415.442.1000<br>Fax: 415.442.1001<br>djjohnson@morganlewis.com<br>bschuman@morganlewis.com<br><br>ANDREW J. WU (SBN 214442)<br>MORGAN, LEWIS & BOCKIUS LLP<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 700<br>Palo Alto, CA 94306-2122<br>Tel: 650.843.4000<br>Fax: 650.843.4001<br>awu@morganlewis.com<br>dsanker@morganlewis.com<br><br>Attorneys for Plaintiffs and Counterdefendants<br>ALPHA & OMEGA SEMICONDUCTOR, LTD.<br>ALPHA & OMEGA SEMICONDUCTOR, INC. | TOWNSEND AND TOWNSEND AND CREW LLP<br>ERIC P. JACOBS (SBN 88413)<br>PETER H. GOLDSMITH (SBN 91294)<br>ROBERT A. McFARLANE (SBN 172650)<br>IGOR SHOIKET (SBN 190066)<br>Two Embarcadero Center, 8th Floor<br>San Francisco, California, 94111<br>Telephone: (415) 576-0200<br>Facsimile: (415) 576-0300<br>E-mail: epjacobs@townsend.com<br>phgoldsmith@townsend.com<br>ramcfarlane@townsend.com<br>ishoiket@townsend.com<br><br>Attorneys for Defendant and Counterclaimant FAIRCHILD SEMICONDUCTOR CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation; and ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation,<br><br>Plaintiffs and Counterdefendants,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 07-2638 JSW (EDL)<br>(Consolidated with Case No. C-07-2664 JSW)<br><br>**STIPULATION OF DISMISSAL OF CONSOLIDATED ACTIONS** |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/20874520.1

STIPULATION OF DISMISSAL
(C 07-2638 JSW)

1  The undersigned hereby stipulate pursuant to the terms of their settlement agreement that
2  the instant consolidated actions, Case No. C 07-2638 JSW (EDL) and Case No. C-07-2664 JSW,
3  are hereby dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.
4  SO STIPULATED

Dated: October 28, 2008                MORGAN, LEWIS & BOCKIUS LLP


                                       By  /s/
                                          Daniel Johnson, Jr.

                                       Attorneys for Plaintiffs and
                                       Counterdefendants
                                       ALPHA & OMEGA SEMICONDUCTOR,
                                       LTD. AND ALPHA & OMEGA
                                       SEMICONDUCTOR, INC.


Dated: October 28, 2008                TOWNSEND AND TOWNSEND AND
                                       CREW LLP


                                       By  /s/
                                          Eric P. Jacobs

                                       Attorneys for Defendant and
                                       Counterclaimant FAIRCHILD
                                       SEMICONDUCTOR CORPORATION

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2                    STIPULATION OF DISMISSAL
                     (C 07-2638 JSW)

1 **GENERAL ORDER ATTESTATION**

2 Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Andrew J. Wu,

3 attest that concurrence in the filing of this document has been obtained from Eric P. Jacobs. I

4 declare under penalty of perjury under the laws of the United States of America that the foregoing

5 is true and correct. Executed this 28th day of October, 2008, in Palo Alto, California.

8 \_\_\_\_\_/s/_____

9 Andrew J. Wu

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATION OF DISMISSAL
(C 07-2638 JSW)

# ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: __October 30__, 2008

_____
Hon. Jeffrey S. White
United States District Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

STIPULATION OF DISMISSAL
(C 07-2638 JSW)