TOWNSEND AND TOWNSEND AND CREW LLP
ERIC P. JACOBS (State Bar No. 88413), epjacobs@townsend.com
PETER H. GOLDSMITH (State Bar No. 91294), phgoldsmith@townsend.com
ROBERT A. McFARLANE (State Bar No. 172650), ramcfarlane@townsend.com
IGOR SHOIKET (State Bar No. 190066), ishoiket@townsend.com
Two Embarcadero Center, 8th Floor
San Francisco, California  94111
Telephone:     (415) 576-0200
Facsimile:      (415) 576-0300

Attorneys for Defendant and Counterclaimant,
FAIRCHILD SEMICONDUCTOR CORP.

MORGAN LEWIS & BOCKIUS LLP
DANIEL JOHNSON, JR., (State Bar No. 57409), djjohnson@morganlewis.com
RITA E. TAUTKUS (State Bar No. 162090), retautkus@ morganlewis.com
BRETT M. SCHUMAN ((State Bar No. 189247), bschuman@ morganlewis.com
One Market Street, Spear Street Tower
San Francisco, CA 94105-1126
Telephone:     (415) 442-1000
Facsimile:      (415) 442-1001

ANDREW J. WU (State Bar No. 214442), awu@ morganlewis.com
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306-2122
Telephone:     (650) 843-4000
Facsimile:      (415) 843-4000

Attorneys for Plaintiffs and Counterdefendants,
ALPHA & OMEGA SEMICONDUCTOR, LTD.
ALPHA & OMEGA SEMICONDUCTOR, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>    Plaintiffs and Counterdefendants,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>    Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 07-2638 JSW (EDL)<br>(Consolidated with Case No. C 07-2664 JSW)<br><br>**STIPULATION AND [PROPOSED] ORDER LIFTING RESTRICTION ON DR. RICHARD A. BLANCHARD FOR LIMITED PURPOSES** |

1     WHEREAS Alpha & Omega Semiconductor, Inc., Alpha & Omega Semiconductor, Ltd. (collectively "AOS"), and Fairchild Semiconductor Corporation ("Fairchild"), are parties to the above-captioned matters;

    WHEREAS, on January 17, 2008, pursuant to the parties' stipulation, the Court issued an Order (Docket No. 131) (the "Blanchard Disclosure Order") adopting the terms of an agreement between the parties regarding the terms on which Dr. Richard A. Blanchard, Fairchild's technical expert, could have access to information designated by AOS as "Highly Confidential – Attorneys' Eyes Only" or "Confidential" ("AOS confidential information") pursuant to the Protective Order entered in this case by the Court on August 2, 2007 (Docket No. 27);

    WHEREAS, the Blanchard Disclosure Order provides for the following terms, in addition to those set forth in the Protective Order, on which Dr. Blanchard could have access to AOS confidential information:

> Until three (3) years have passed after the earlier of (1) the conclusion of this litigation or (2) the last day on which AOS confidential information is disclosed to Fairchild:
>
> (a)   Dr. Blanchard will only have access to AOS confidential information regarding the technical design, manufacture, or operation of AOS's low-voltage (i.e., 200V or less) trench power MOSFET devices. Dr. Blanchard will be prohibited from reviewing any information that does not concern these products, including but not limited to AOS confidential information concerning high-voltage (i.e., more than 200V) or planar products;
>
> (b)   Dr. Blanchard will not have access to any AOS confidential information regarding AOS's agreements with its foundries, including without limitation the terms of agreements with foundries or assembly sub-contractors, including but not limited to wafer pricing and quantities, and volumes for any foundry manufacturing;
>
> (c)   Dr. Blanchard will abstain from any involvement in consulting activities including but not limited to research, product development, engineering, manufacturing activities, or intellectual property development-relating to low-voltage trench power MOSFET products and technology, except that Dr. Blanchard shall be allowed to consult on this litigation for Fairchild as well as on the litigation currently pending between AOS and Siliconix;
>
> (d)   Dr. Blanchard will abstain from being a named inventor on or otherwise authoring or filing any patent application in the field of low-voltage trench power MOSFET technology. To allow Dr. Blanchard to pursue intellectual property based on ideas he has developed prior to reviewing AOS's confidential information, Dr. Blanchard will not be

given access to any AOS confidential information until February 11, 2008, during which time Dr. Blanchard may file applications for patents, which he may continue to pursue after February 11, 2008 so long as he does not add any new matter to the applications on file as of February 11, 2008; and

(e) Dr. Blanchard will abstain from authoring any paper or publication, in the field of low-voltage trench power MOSFET technology, except that Dr. Blanchard shall be allowed to author papers or publications concerning historical developments in the field of low-voltage trench power MOSFET technology that are reviewed and approved by AOS before publication. Dr. Blanchard shall tender any draft of a historical paper or publication to AOS for review and approval no later than forty-five (45) days before the anticipated publication date. Dr. François Hébert, or another designated representative of AOS, will review and approve for publication any draft of a historical paper or publication within twenty (21) after receiving the draft so long as the draft does not contain, reflect, or reveal any AOS confidential information.

WHEREAS, the parties arrived at a settlement of this action, and filed a Stipulation of Dismissal of Consolidated Actions on October 28, 2008 (Docket No. 234), which was adopted and issued as an Order by the Court in each of the above-captioned matters on October 30, 2008 (Docket No. 236 in case 3:07-cv-02638-JSW and Docket No. 22 in case 3:07-cv-02664-JSW);

WHEREAS, Fairchild would now like to retain Dr. Blanchard as an expert consultant or witness in two unrelated actions: (1) Infineon Technologies AG, Infineon Technologies Austria AG, and Infineon Technologies North America Corporation v. Fairchild Semiconductor Corporation and Fairchild Semiconductor International, Inc. (U.S.D.C., Dist. of Delaware, Action No. 08-887 (SLR)); and (2) Fairchild Semiconductor Corporation v. Infineon Technologies AG and Infineon Technologies North America Corporation (U.S.D.C., Dist. of Maine (Portland), Case No. 2:08-cv-00411-DBH) (collectively, the "Fairchild/Infineon Actions");

WHEREAS, because of the nature of the issues in the Fairchild/Infineon Actions, Dr. Blanchard is potentially precluded from engaging in work relating to the Fairchild/Infineon Actions in view of paragraph (c) in the Blanchard Disclosure Order, and Fairchild would therefore like the restrictions on Dr. Blanchard in paragraph (c) of the Blanchard Disclosure Order to be lifted for the sole purpose of permitting Fairchild to retain Dr. Blanchard as an expert consultant or witness in the Fairchild/Infineon Actions;

NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

1. The restrictions on Dr. Blanchard in paragraph (c) of the Blanchard Disclosure Order shall be lifted for the limited purpose of permitting Dr. Blanchard to serve as an expert consultant or witness in Fairchild/Infineon Actions.

2. All other restrictions set forth in the Blanchard Disclosure Order will remain in place without prejudice to further modifications pursuant to stipulation or court order.

IT IS SO AGREED AND STIPULATED.

Dated: February 25, 2009                MORGAN, LEWIS & BOCKIUS LLP


By:  /s/ *Andrew J. Wu*
     Andrew J. Wu
Attorneys for Plaintiffs and Counterdefendants,
ALPHA & OMEGA SEMICONDUCTOR, LTD.,
AND ALPHA & OMEGA SEMICONDUCTOR, INC.


Dated: February 25, 2009                TOWNSEND AND TOWNSEND AND CREW LLP


By:  /s/ *Matthew R. Hulse*
     Matthew R. Hulse
Attorneys for Defendant and Counterclaimant,
FAIRCHILD SEMICONDUCTOR CORP.

1 **[~~PROPOSED~~] ORDER**

2   Pursuant to the parties' stipulation set forth above,

3   **IT IS SO ORDERED.**

5   DATED: February 26, 2009

    _____
    HON. ELIZABETH D. LAPORTE
    UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

**GENERAL ORDER ATTESTATION**

I, Matthew R. Hulse, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER LIFTING RESTRICTION ON DR. RICHARD A. BLANCHARD FOR LIMITED PURPOSES. Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest that concurrence in the filing of this document has been obtained for each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 25th day of February, 2009, at San Francisco, California.

                                                */s/ Matthew R. Hulse*
                                                Matthew R. Hulse

61815353 v2

STIPULATION AND [PROPOSED] ORDER LIFTING RESTRICTION ON DR. BLANCHARD FOR LIMITED PURPOSES
CASE NO. C 07-02638 JSW (EDL) (CONSOLIDATED WITH CASE NO. C 07-2664 JSW)

6